IH-32                                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

THE AUTHORS GUILD; WILLIAM GOLDSTEIN;
ELIZABETH KADETSKY; VALERIE ORLANDO;
KATALIN BALOG; BENJAMIN HOLTZMAN; LEE
JASPERSE; and NICOLE JENKINS, on behalf of
themselves and all others similarly situated,

|  | Case Number |
|---|---|
| **Plaintiff** |  |
| vs. | 1:25-cv-03923 |
| NATIONAL ENDOWMENT FOR THE HUMANITIES; MICHAEL LMCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities; UNITED STATES DOGE SERVICE; AMY GLEASON, in her official capacity as Acting Administrator of the United States DOGE Service; NATE CAVANAUGH, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration; and JUSTIN FOX, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration. |  |
| **Defendant** |  |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

AMERICAN COUNCIL OF LEARNED
SOCIETIES, AMERICAN HISTORICAL
FOUNDATION, AND MODERN
LANGUAGE ASSOCIATION,

|  | Case Number |
|---|---|
| **Plaintiff** |  |
| vs. | 1:25-cv-03657 |
| MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment of the Humanities; NATIONAL ENDOWMENT FOR THE HUMANITIES, UNITED STATES DOGE SERVICE; AMY GLEASON, in her official capacity as Acting Administrator of the United States DOGE Service; NATE CAVANAUGH, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration. |  |
| **Defendant** |  |

IH-32                                                                                     Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

The Earlier Filed Case was filed on May 1, 2025. On May 2, 2025, the case was assigned to Judge Colleen McMahon and Magistrate Judge Barbara C. Moses. On May 5, 2025, Judge McMahon ordered the parties to create a case management plan before a pretrial conference set for September 4, 2025.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed action, Authors Guild et al. v. NEH et al., arises from the same underlying course of conduct challenged in American Council of Learned Societies et al. v. NEH et al.: the mass termination of grants by the National Endowment for the Humanities (NEH) and the effective dismantling of the agency under the direction of the United States DOGE Service. Both cases allege that NEH's actions violate constitutional separation-of-powers principles, the Impoundment Control Act, and the Administrative Procedure Act, among other laws.

While the plaintiffs differ, the central factual allegations, legal theories, and defendants overlap substantially. Both suits challenge the same NEH grant terminations—executed via mass emails by DOGE operatives—and seek to enjoin NEH and DOGE from continuing to dismantle the agency. The overlapping legal and factual issues in both cases make them appropriate for coordination to promote judicial economy and consistent rulings.

Signature: /s/ Yinka Onayemi            Date: 5/12/2025

Firm: Fairmark Partners LLP