**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES,<br>    633 Third Avenue, 8th Floor New York, NY 10017,<br><br>AMERICAN HISTORICAL ASSOCIATION,<br>    400 A Street SE Washington, DC 20003,<br><br>MODERN LANGUAGE ASSOCIATION,<br>    85 Broad Street, New York, NY 10004,<br><br>                    *Plaintiffs,*<br><br>            v.<br><br>MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities,<br>    400 7th St SW, Washington, DC 20506,<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES,<br>    400 7th St SW, Washington, DC 20506,<br><br>UNITED STATES DOGE SERVICE,<br>    736 Jackson Pl NW Washington, DC 20503,<br><br>AMY GLEASON, in her official capacity as Acting Administrator of the United States DOGE Service,<br>    736 Jackson Pl NW Washington, DC 20503,<br><br>NATE CAVANAUGH, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration,<br>    1800 F St NW Washington, DC 20006,<br><br>JUSTIN FOX, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration,<br>    1800 F St NW Washington, DC 20006,<br><br>                    *Defendants*. | No. 25 Civ. 3657 (CM) |

| | |
|---|---|
| THE AUTHORS GUILD, WILLIAM GOLDSTEIN, ELIZABETH KADETSKY, VALERIE ORLANDO, KATALIN BALOG, BENJAMIN HOLTZMAN, LEE JASPERSE, and NICOLE JENKINS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES;<br><br>MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities;<br><br>UNITED STATES DOGE SERVICE;<br><br>AMY GLEASON, in her official capacity as Acting Administrator of the United States DOGE Service;<br><br>NATE CAVANAUGH, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration; and,<br><br>JUSTIN FOX, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration,<br><br>*Defendants.* | No. 25 Civ. 3923 (CM) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Defendants' Motion to Dismiss, dated May 30, 2025, Defendants the National Endowment for the Humanities ("NEH"), Michael McDonald, in his official capacity as Acting Chairman of NEH, United States DOGE Service, Amy Gleason, in her official capacity as Acting Administrator of the U.S. DOGE Service, Nate Cavanaugh, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration, and Justin Fox, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration, through their

2

attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the above-referenced consolidated actions under Rule 12 of the Federal Rules of Civil Procedure.

Dated: New York, New York
       May 30, 2025

                                      Respectfully submitted,

                                      JAY CLAYTON
                                      United States Attorney for
                                      the Southern District of New York
                                      Attorney for Defendants

                           By:  /s/ Mary Ellen Brennan
                                      MARY ELLEN BRENNAN
                                      RACHAEL DOUD
                                      Assistant United States Attorneys
                                      86 Chambers Street, 3rd floor
                                      New York, New York 10007
                                      Telephone: (212) 637-2652
                                      MaryEllen.Brennan@usdoj.gov