UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

THE AUTHORS GUILD, *et al.*,

                       Plaintiffs,

                -v-

NATIONAL ENDOWMENT FOR THE
HUMANITIES, *et al.*,

                       Defendants.

No. 25 Civ. 3657 (CM) (BCM)
No. 25 Civ. 3923 (CM) (BCM)

## ORDER GRANTING PRELIMINARY INJUNCTION

For the reasons stated in the Court's memorandum opinion (Dkt. No. 40 in 25-cv- 03923; Dkt. No. 116 in 25-cv-03657), it is **ORDERED** that the Motion for Preliminary Injunction filed by Plaintiffs The Authors Guild, William Goldstein, Elizabeth Kadetsky, Valerie Orlando, Katalin Balog, Benjamin Holtzman, Lee Jasperse, and Nicole Jenkins, on behalf of themselves and all others similarly situated (Dkt. No. 65 in 25-cv-03657) is **GRANTED**, to the following extent:

1.      The Individual Grantee Class, as pleaded, consists of all individual NEH grant recipients whose grants were terminated as part of the April 1-3, 2025 Mass Termination described in the Court's memorandum opinion (the "Mass Termination"). The Subrecipient Class, as pleaded, consists of all NEH grant subrecipients whose sponsors' grants were terminated as part of the Mass Termination. Together, the members of the Individual Grantee Class and the Subrecipient Class are referred to herein as "Class Members," and the grants to Class Members that were terminated in the Mass Termination are referred to herein as the "Grants."

2. The effectiveness of the termination of The Grants to Class Members is stayed *pendente lite*;

3. To give effect to this order, Defendants are preliminarily enjoined from re-obligating the funds that would have been payable under the Grants;

4. This preliminary injunction extends only to Class Members and to the Grants. Nothing in this Order imposes any obligations on Defendants with respect to any person who is not a Class Member, or with respect to any NEH grant that was not terminated as part of the Mass Termination;

5. Nothing in this Order precludes Defendants from taking any action consistent with the terms of the grants awarded to Class Members, including disbursing funds to Class Members; however, nothing in this order obligates Defendants to pay out any funds associated with The Grants during the pendency of this lawsuit.

**SO ORDERED**

Dated: August 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.