

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 15, 2025

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     Re: *American Council of Learned Societies v. National Endowment for the Humanities*, No. 25 Civ. 3657 (CM), and *The Authors Guild v. National Endowment for the Humanities*, No. 25 Civ. 3923 (CM)

Dear Judge McMahon:

   This Office represents the Government in the above-referenced cases. We write respectfully to ask the Court to enter the attached stipulation and proposed protective order. Plaintiffs have signed the order and consent to its entry. The proposed order authorizes the United States to produce information relating to third parties that otherwise may be prohibited from disclosure under the Privacy Act, and it permits any producing party to designate as confidential certain materials that contain (1) information of which public disclosure is restricted by law or (2) personal or intimate information about any individual in which the individual possesses a reasonable expectation of privacy.

   Rule 26(c) provides that "[a] party or any person from whom discovery is sought may move for a protective order in the court where the action is pending" and that "[t]he court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c). Here, good cause exists for the entry of the attached order because the Government anticipates that its production will contain certain private information about individual third parties, such as spreadsheets that contain personally identifiable information about grantees or grantee contact persons and spreadsheets that contain private personal information from employee personnel files. Moreover, because the Court's December 22, 2025, discovery order has required the Government to review and produce personal cell phone data of Government employees or former employees, the Government seeks to ensure that it will be able to protect the confidentiality of materials that contain private personal information about such individuals. The proposed order incorporates this Court's addendum for confidentiality orders.

   The Government respectfully asks the Court to enter the order by tomorrow, in light of the production deadline.

The Honorable Colleen McMahon
Page 2

      We thank the Court for its consideration of this submission.

                              Respectfully submitted,

                              JAY CLAYTON
                              United States Attorney for the
                              Southern District of New York

                    By:  *s/ Mary Ellen Brennan*
                              MARY ELLEN BRENNAN
                              RACHAEL DOUD
                              Assistant United States Attorneys
                              86 Chambers St., 3rd Floor
                              New York, New York 10007
                              (212) 637-2699
                              (212) 637-2652

cc:     All counsel of record (via ECF)