**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE AUTHORS GUILD, WILLIAM GOLDSTEIN, ELIZABETH KADETSKY, VALERIE ORLANDO, KATALIN BALOG, BENJAMIN HOLTZMAN, LEE JASPERSE, and NICOLE JENKINS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES, et al.,<br><br>        Defendants. | Case No. 1:25-cv-03923 |

**SUPPLEMENT TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF MATERIAL WITHHELD UNDER IMPROPER PRIVILEGE CLAIMS[1]**

Prior to filing their motion to compel, Plaintiffs attempted to meet and confer to narrow the areas of disagreement as quick as possible while still trying to preserve their ability to conduct fulsome depositions of essential witnesses—indeed, named Defendants—this week and next. Plaintiffs therefore felt compelled to move today.[2] This was particularly the case because Defendants have previously refused to agree to reopen the depositions if needed due to the delayed document productions. After Plaintiffs filed their motion to compel, Defendants provided additional information regarding several of the documents they withheld under claims of privilege.

---

[1] Undersigned counsel for the Authors Guild Plaintiffs has conferred with counsel for the ACLS Plaintiffs, who join this submission in full.

[2] Plaintiffs note that on a call with Chambers earlier today, Defendants represented that they did not know Plaintiffs were going to file this motion. This is incorrect. Plaintiffs informed Defendants on January 18 by email that they would likely file Wednesday (today) and repeated this again in the meet-and-confer on January 20 and three more times in a follow-up email the same day.

First, Defendants have represented to Plaintiffs they will withdraw their claims of privilege and produce the following 13 documents that were challenged by Plaintiffs' motion to compel:

- Various attachments to emails that Defendants now concede are not themselves privileged: Control Nos. 895.1, 903.1, 920.1, 1239.1, 1754.1, 929.1, 938.1, 947.1, 1253.1, 1868.1, 4739.1, 4712.1

- Document with Control No. 38473.1, which Defendants previously withheld as privileged.

So that the court can easily identify which documents are still at issue, Plaintiffs are submitting with this filing a revised version of Exhibit 1 to the Motion to Compel, ECF No. 188-2 (Defendants' January 16, 2026, privilege log) that removes the highlights from these 13 documents. The documents still at issue with Plaintiffs' motion to compel continue to be highlighted in this revised Exhibit 1 in either orange or yellow (the colors correspond to the basis for Plaintiffs' challenge as outlined in Plaintiffs' Motion).[3]

Second, although they have not yet provided a revised privilege log, Defendants provided more information to Plaintiffs about the documents and communications for which no attorney previously had been identified as having any involvement. For almost all, Defendants identified U.S. DOGE Service (USDS) attorneys as the attorneys conferring privilege. As outlined in Plaintiffs' Motion to Compel, USDS attorneys do not have an attorney-client relationship with employees of GSA and NEH, Mot. at 4-7, ECF No. 188, and so this additional information does not resolve Plaintiffs' challenges. For the remaining, Defendants claim privilege over communications between non-attorneys in which an employee noted they were waiting to receive advice from unidentified attorneys in NEH's Office of General Counsel, and over other communications based on vague descriptions of draft website language and a "decisional memo

---

[3] Plaintiffs do not object to a review of all 400 documents Defendants withheld.

on matching funds for terminated awards" exchanged between NEH attorneys. For the reasons

outlined in Plaintiffs' Motion, this does not resolve Plaintiffs' challenges. Mot. at 7-8, 9-10.


Dated: January 21, 2026                    Respectfully submitted,

                                           By:___/s/ *Jamie Crooks*____
                                           Jamie Crooks (pro hac vice)
                                           Michael Lieberman (pro hac vice)
                                           Amanda R. Vaughn (pro hac vice)
                                           Yinka Onayemi
                                           FAIRMARK PARTNERS, LLP
                                           400 7th Street, NW, Suite 304
                                           Washington, DC 20004
                                           Tel: 619.507.4182
                                           jamie@fairmarklaw.com
                                           michael@fairmarklaw.com
                                           amanda@fairmarklaw.com
                                           yinka@fairmarklaw.com

                                           *Attorneys for Plaintiffs and the Proposed*
                                           *Classes*