UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

American Council of Learned Societies, et al.,

                              Plaintiff,

   -against-

Michael McDonald, et al.,

                             Defendants.



No. 25 Civ. 3657 (CM) (BCM)

The Authors Guild, et al.,

                              Plaintiff,

   -against-

National Endowment for the Humanities, et al.,

                             Defendants.

No. 25 Civ. 3923 (CM) (BCM)

**ORDER**

McMahon, J.:

    The parties have until the close of business on Wednesday, July 2 (July 3 and 4 being court holidays) to provide the court with their views about how the Supreme Court's June 27, 2025 opinion in *Trump v. CASA* impacts the requests for relief in these cases and the ability of this court to issue relief with respect to any specific discrete aspect of the complaints. I am ordering simultaneous briefing; if I conclude that responsive briefing is required I will ask for it next week, but as of now I discern no reason why simultaneous briefing should not suffice for the court's purposes. There is absolutely no need to reargue anything that has been fully briefed and is not potentially impacted by CASA; for example, the applicability of the Tucker Act to various claims and the court's power to entertain such claims does not need to be re-addressed. 15 pages should suffice, but you may exceed that by a few more if you believe it absolutely necessary.

Dated: June 27, 2025

_____
U.S.D.J

BY ECF TO ALL COUNSEL