

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 17, 2026

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *American Council of Learned Societies v. National Endowment for the Humanities*, No. 25 Civ. 3657 (CM), and *The Authors Guild v. National Endowment for the Humanities*, No. 25 Civ. 3923 (CM)

Dear Judge McMahon:

      We write to withdraw our letter motion filed on February 13, 2026, seeking a 4-day extension of time to comply with the Court's order issued on Friday afternoon, directing the Government to produce the results of an additional search requested by Plaintiff by Monday, February 16, 2026.  *See* ECF Nos. 216, 218.  With the help of more than 15 additional attorneys and paralegals, as well as the Office's litigation support staff, working through the weekend, the Government was able to review the nearly 5,000 documents and meet the Court's deadline.  The requested extension is thus no longer necessary.

                                                Respectfully submitted,

                                                JAY CLAYTON
                                                United States Attorney for the
                                                Southern District of New York

                                    By:  <u>s/ *Mary Ellen Brennan*</u>
                                                MARY ELLEN BRENNAN
                                                RACHAEL DOUD
                                                JONAKI SINGH
                                                Assistant United States Attorneys
                                                86 Chambers St., 3rd Floor
                                                New York, New York 10007
                                                (212) 637-2699

cc:    All counsel of record (via ECF)