

**Mike M**

> 
>
> **Jews thought Trump wanted to fight antisemitism. Why did he cut all of their grants?**
> forward.com

Sun, Apr 13 at 8:17 AM

 👍

Thanks for sending. Well, it is the case that DOGE cut grants having nothing to do with DEI. As they said it was a government wide effort to claw back money. But note the tendentious accusation that the administration is acting like all authoritarian (or even totalitarian!) governments to destroy the humanities. Their ultimate goal supposedly being to destroy independent thought. But the progressive version of the humanities accomplished that some time ago. Today it goes by the term wokeness and intersectionality.

Subject to Protective Order                    US-000062916