**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMERICAN COUNCIL OF LEARNED SOCIETIES,
     633 Third Avenue, 8th Floor New York, NY 10017,

AMERICAN HISTORICAL ASSOCIATION,
     400 A Street SE Washington, DC 20003,

MODERN LANGUAGE ASSOCIATION,
     85 Broad Street, New York, NY 10004,

         *Plaintiffs,*

        v.

MICHAEL MCDONALD, in his official capacity as Acting
Chairman of the National Endowment for the Humanities,
     400 7th St SW, Washington, DC 20506,

NATIONAL ENDOWMENT FOR THE HUMANITIES,
     400 7th St SW, Washington, DC 20506,

UNITED STATES DOGE SERVICE,
     736 Jackson Pl NW Washington, DC 20503,

AMY GLEASON, in her official capacity as Acting
Administrator of the United States DOGE Service,
     736 Jackson Pl NW Washington, DC 20503,

NATE CAVANAUGH, in his official capacity as an employee
of the U.S. DOGE Service or the General Services
Administration,
     1800 F St NW Washington, DC 20006,

JUSTIN FOX, in his official capacity as an employee of the
U.S. DOGE Service or the General Services Administration,
     1800 F St NW Washington, DC 20006,

         *Defendants*.

No. 25 Civ. 3657 (CM)

THE AUTHORS GUILD, WILLIAM GOLDSTEIN,
ELIZABETH KADETSKY, VALERIE ORLANDO,
KATALIN BALOG, BENJAMIN HOLTZMAN,
LEE JASPERSE, and NICOLE JENKINS,
on behalf of themselves and all others similarly situated,

*Plaintiffs,*

v.

NATIONAL ENDOWMENT FOR THE HUMANITIES;          No. 25 Civ. 3923 (CM)

MICHAEL MCDONALD, in his official capacity as Acting
Chairman of the National Endowment for the Humanities;

UNITED STATES DOGE SERVICE;

AMY GLEASON, in her official capacity as Acting
Administrator of the United States DOGE Service;

NATE CAVANAUGH, in his official capacity as an employee
of the U.S. DOGE Service or the General Services
Administration; and,

JUSTIN FOX, in his official capacity as an employee of the
U.S. DOGE Service or the General Services Administration,

*Defendants.*

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of the Defendants' Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion

for Summary Judgment, dated March 27, 2026, the Declaration of Assistant United States Attorney

Rachael Doud, dated March 27, 2026, and the exhibits annexed thereto, and Defendants' Rule 56.1

Statement, dated March 27, 2026, Defendants the National Endowment for the Humanities

("NEH"), Adam Wolfson, in his official capacity as Acting Chairman of NEH, United States

DOGE Service, Amy Gleason, in her official capacity as Acting Administrator of the U.S. DOGE

2

Service, Nate Cavanaugh, in his official capacity as an employee of the General Services Administration, and Justin Fox, in his official capacity as an employee of the General Services Administration, through their attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby move this Court for an order granting summary judgment in Defendants' favor under Rule 56 of the Federal Rules of Civil Procedure.

Dated: New York, New York
      March 27, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for
the Southern District of New York
Attorney for Defendants

By:  /s/ Mary Ellen Brennan
      MARY ELLEN BRENNAN
      RACHAEL DOUD
      JONAKI SINGH
      Assistant United States Attorneys
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (212) 637-2652
      MaryEllen.Brennan@usdoj.gov
      Rachael.Doud@usdoj.gov
      Jonaki.Singh@usdoj.gov