**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ADAM WOLFSON, in his official capacity as Acting Chairman of the National Endowment for the Humanities, *et al.*, <br><br> *Defendants.* | No. 25 Civ. 3657 (CM) |
| THE AUTHORS GUILD, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NATIONAL ENDOWMENT FOR THE HUMANITIES, *et al.*, <br><br> *Defendants.* | No. 25 Civ. 3923 (CM) |

**DECLARATION OF RACHAEL DOUD**

I, Rachael Doud, hereby declare under penalty of perjury that the following is true and correct:

1.    I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York, attorney for the Defendants in the above actions, which the Court consolidated.

2.    I make this declaration in support of the Government's Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment.

3.    This declaration is based on my personal knowledge.

4.      Attached hereto as Exhibit 1 is a true and correct copy of the portions of the transcript of the January 23, 2026, deposition of Nate Cavanaugh to which Defendants cite in their memorandum of law.

5.      Attached hereto as Exhibit 2 is a true and correct copy of the portions of the transcript of the January 28, 2026, deposition of Justin Fox to which Defendants cite in their memorandum of law.

6.      Attached hereto as Exhibit 3 is a true and correct copy of the portions of the transcript of the January 30, 2026, deposition of Michael McDonald to which Defendants cite in their memorandum of law.

7.      Attached hereto as Exhibit 4 is a true and correct copy of the portions of the transcript of the January 29, 2026, deposition of Adam Wolfson to which Defendants cite in their memorandum of law.

8.      Attached hereto as Exhibit 5 is a true and correct copy of NEH_AR_000001, a February 7, 2025, email.

9.      Attached hereto as Exhibit 6 is a true and correct copy of NEH_AR_000021, an April 1, 2025, email chain.

10.     Attached hereto as Exhibit 7 is a true and correct copy of NEH_AR_000005, a March 13, 2025, email.

11.     Exhibit 8 is a true and correct copy of a pdf of NEH_AR_000006, a spreadsheet to which a link was included in the March 13, 2025, email at Exhibit 6.  A native version is being emailed to chambers.  Due to the size and number of tabs we were unable to convert it to pdf.

12.     Attached hereto as Exhibit 9 is a true and correct copy of a pdf of US-000016154, a spreadsheet.

2

13.    Attached hereto as Exhibit 10 is a true and correct copy of US-000000839, a March 17, 2025, email.

14.    Attached hereto as Exhibit 11 is a true and correct copy of US-000000847, the pdf version of the NEH grant list that was included as an attachment to the March 17, 2025, email at Exhibit 10.

15.    Exhibit 12 is a true and correct copy of US-000000936, the excel version of the NEH grant list that was included as an attachment to the March 17, 2025, email at Exhibit 10.  It is being emailed to chambers.

16.    Attached hereto as Exhibit 13 is a true and correct copy of US-000041372, a March 19, 2025, email.

17.    Attached hereto as Exhibit 14 is a true and correct copy of a pdf of US-000041427, a spreadsheet that was included as an attachment to the March 19, 2025, email at Exhibit 13.  A native version is being emailed to chambers.

18.    Attached hereto as Exhibit 15 is a true and correct copy of a pdf of US-000062485, a spreadsheet.

19.    Attached hereto as Exhibit 16 is a true and correct copy of NEH_AR_000013, a March 31, 2025, email chain.

20.    Attached hereto as Exhibit 17 is a true and correct copy of a pdf of NEH_AR_000024, a spreadsheet.

21.    Attached hereto as Exhibit 18 is a true and correct copy of US-000054016, a March 31, 2025, email chain.

3

22.    Attached hereto as Exhibit 19 is a true and correct copy of a pdf of US-000054017, a spreadsheet that was attached to the email at the top of the March 31, 2025, email chain at Exhibit 18.

23.    Attached hereto as Exhibit 20 is a true and correct copy of US-000065318, an April 1, 2025, email.

24.    Attached hereto as Exhibit 21 is a true and correct copy of a pdf of US-000065319, a spreadsheet attached to the April 1, 2025, email at Exhibit 20.

25.    Attached hereto as Exhibit 22 is a true and correct copy of US-000061330 – US-000061422, an April 1, 2025, and attachment.

26.    Attached hereto as Exhibit 23 is a true and correct copy of US-000000756, an April 1, 2025, email chain.

27.    Attached hereto as Exhibit 24 is a true and correct copy of a pdf of US-000000758, a spreadsheet attached to the email at the top of the April 1, 2025, email chain at Exhibit 23.

28.    Attached hereto as Exhibit 25 is a true and correct copy of US-000061427, an April 1, 2025, email chain.

29.    Attached hereto as Exhibit 26 is a true and correct copy of US-000061429, a pdf of a spreadsheet attached to the email at the top of the April 1, 2025, email chain at Exhibit 25.

30.    Attached hereto as Exhibit 27 is a true and correct copy of US-000061430 – US-000061491, an April 1, 2025, email chain and attachment.

31.    Exhibit 28 is a true and correct copy of US-000061492, the excel version of the list attached to the top email in the April 1, 2025, email chain at Exhibit 27.  It is being emailed to chambers.

4

32.      Attached hereto as Exhibit 29 is a true and correct copy of US-000002717 – US-000002721, an April 2, 2025, email chain and attachments.

33.      Attached hereto as Exhibit 30 is a true and correct copy of US-000050461, an April 2, 2025, email chain.

34.      Attached hereto as Exhibit 31 is a true and correct copy of NEH_AR_0000135, an April 7, 2025, email chain.

35.      Attached hereto as Exhibit 32 is a true and copy of a pdf of NEH_AR_0000136, a spreadsheet attached to the top email in the April 7, 2025, email chain at Exhibit 31.

36.      Attached hereto as Exhibit 33 is a true and correct copy of NEH_AR_000017, an April 1, 2025, email chain.

37.      Attached hereto as Exhibit 34 is a true and correct copy of NEH_AR_000094, an example termination letter.


Dated: New York, New York
        March 27, 2026

                                        /s/ Rachael Doud_____
                                        RACHAEL DOUD
                                        Assistant United States Attorney

5