# EXHIBIT 15

| Question | GPT Response |
|---|---|
| From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response: This project supports "Ethiopia at the Crossroads," a landmark international loan exhibition that celebrates the artistic traditions of Ethiopia from antiquity to the present. Opening at the Walters Art Museum in Fall 2024, this exhibition will explore the cultural significance and humanistic legacy of Ethiopia, from the earliest prehistoric origins through today. This will be the first major art exhibition in America to examine Ethiopian art in a global context by examining how Ethiopia embodies the idea of "crossroads" geographically, historically, and culturally. Accompanied by interpretive experiences in the galleries, contemporary art installations, a dynamic suite of public programs, and a field-leading scholarly publication, "Ethiopia at the Crossroads" will enrich scholars and the public alike with a greater understanding of the complex exchange of visual culture between Ethiopia and the world. | |
| From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response: The National Humanities Center, an independent center exclusively devoted to advanced humanities research, seeks three nine-month fellowships for the next three-year cycle (grant period January 1, 2022 - June 30, 2025). Since 1978, the NEH has generously supported NHC fellowships during each granting cycle. Designated "NEH Fellows," recipients of these awards are chosen through a rigorous vetting process and join a vibrant intellectual community of 30-40 total Fellows. Each works on a major research project throughout the academic year with significant support from our library staff and scholarly programs office. End-of-year evaluations from the roughly 1,500 Fellows who have been in residence generally describe their year at the NHC as the most inspiring and productive of their careers. The NHC focuses attention to diversity in all of its dimensions so that Fellows represent a broad range of disciplines, institutions, backgrounds, and perspectives. | |
| From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response: Implementation of "Wonders of Creation: Art, Science, and Innovation in the Islamic World," a temporary traveling exhibition on Islamic material culture through the framework of wonder presented by 13th-century scholar Zakariyya al-Qazwini in his cosmography, "Wonders of Creation and Rarities of Existence."  Inspired by Qazwini's cosmography and humankind's inherent curiosity, "Wonders of Creation" will employ wonder as a heuristic guide to discovering the cosmos, exploring scientific knowledge and practice in dialogue with Islamic thought and material culture from the 7th century to today. "Wonders" will feature over 150 works from Spain and North Africa to Southeast Asia and the modern diaspora, including manuscripts, scientific instruments, jade cups, talismanic shirts, and contemporary art. Curated by SDMA's Ladan Akbarnia, the project is supported by humanities research, advisors, and external audience evaluation, and accompanied by a publication and robust public program series. | |

Table5
1
Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The Movement History Initiative in collaboration with six historically black colleges and universities plans "SNCC and Grassroots Organizing: Building a More Perfect Union," a public discussion series examining central themes in the Student Nonviolent Coordinating Committee's (SNCC) grassroots organizing--the organizing tradition, voting rights, Black Power, women and gender, freedom teaching, and art and culture in movement building--and their contemporary relevance to the ongoing project of building a more perfect union. The series includes multi-day community gatherings at HBCUs, workshops at civil rights/African American museums, and virtual community conversations where humanities scholars and movement veterans engage a broad public audience in rich humanities resources. New developed Interpretive Booklets and Learning Toolkits with primary source materials, analysis, and questions will provide further opportunities to engage.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The Virginia Museum of Fine Arts (VMFA) proposes a 36-month implementation project to catalog, photograph, house, and increase public access to a recently realized bequest of 7,655 works on paper ("The Raysor Collection"). This project will ensure the care of these important collections and transform the museum's ability to explore and present a rich variety of cultural, artistic, and material histories of Western printmaking over six centuries through expanded opportunities for research, exhibitions, public engagement, and programming.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
An NEH Humanities Collections and Reference Resources grant will support the final phase of a two-phase project designed to allow free public access to an archival collection resulting from 38 years of documenting the threatened or now-demolished historic architecture of the Mid-Atlantic region. In this phase-two project, staff will process and make publicly accessible the collection of "born-digital" documentation (1,800 historic properties) and related materials from fieldwork and research conducted by the University of Delaware's Center for Historic Architecture and Design from 2011-2024.[edited by staff]

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Preserving Off-Off-Broadway: Expanding Access to La MaMa's Born-digital Materials will help build the La MaMa Archives collection by adding born-digital production documentation from 2005-2015 and born-digital production footage from 2011 onward. This includes programs, posters, production schedules, digital photographs, and other types of electronic records. During a three-year cataloging project, the Archive will preserve, catalog, and publicly share these records, as well as improve researcher access to and long-term preservation of our born-digital footage. To date, La MaMa has supported more than 5,000 productions, many of which are represented in our performance footage collection and all are represented within the Archive's "Show Files."  Preserving and providing access to these materials is vital for researchers of Off-Off Broadway and American cultural history, as well as for the thousands of artists who have crossed La MaMa's stages.

Table5

2                                                                                                    Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

To support post-production and outreach for "The Blues Society,"  a documentary film exploring the history and impact of the Memphis Country Blues Festivals of the late 1960s.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

The scholarly collection catalogue "French Paintings and Pastels 1600-1945: The Collections of the Nelson-Atkins Museum of Art" represents the museum's inaugural digital publication and will serve as the definitive resource for the interpretation and study of the museum's collection of 106 French paintings, pastels, and gouaches from 1600-1945. Now in its twelfth year of production, the publication brings together the research and technical studies of over 35 leading scholars and conservators from around the world. As it is published incrementally online, the catalogue will be freely available on the museum's website and fully searchable, making the collection accessible to a global audience while maintaining the museum's tradition of high scholarly standards. To finish the entire publication by December 2024, the museum requires additional support from NEH.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

The most recent comprehensive history of the Cherokee Nation was written in 1963; it continues to sell more than 500 copies a year through an academic press. It fails to address key issues, such as gender and race, raised by social and cultural historians since the 1960s, let alone cover the last sixty years of Cherokee history.  Cherokee Nation citizens, journalists, and academics understand its limitations and have requested an up-to-date book written in accessible, engaging prose. We are working with an agent to pitch this project to presses able to bring this book to the widest audience. As we identify a publisher and seek funding, we already are writing "Sovereign Kin: A History of the Cherokee Nation." With the support of the NEH Collaborative Grant, we intend to conduct research trips to the Cherokee Nation and the Oklahoma Historical Society and collect interviews with key Cherokee Nation citizens. We will complete a draft of the manuscript by August 2025.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

Wide-Open Town: Kansas City in the Jazz Age and Great Depression is a K-12 Teacher and Museum Educator week-long workshop that connects recent scholarship, historic sites, and cultural resources to examine the significance of the 1920s and 1930s in US history. These were particularly vibrant years in Kansas City, sometimes described as the city's "Golden Age." The economy boomed and culture flourished, yet these events were intertwined in a political, social, and economic landscape fraught with notorious machine politics, vice, and long histories of diverse peoples fighting for their rights and freedoms. Much of what played out in Kansas City is a reflection of the larger cultural and historic forces that shaped this era in US history. The workshop includes visits to the National WWI Museum and Memorial, the Truman Library and Museum, the Nelson-Atkins Museum of Arts, the Negro Leagues Baseball Museum, the American Jazz Museum, and the Guadalupe Center.

Table5

3

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

Cincinnati Sounds explores spaces, places, and sounds in a musical city. Urban planning and development in the "Queen City" has created a dichotomy of painstakingly preserved and restored landmarks simultaneously leaving others lingering only in public memory. The project considers how sound is integral to these spaces, transforming them as flagships of education, music performance, sacred communities, and sociocultural, historical social justice innovation. Participants will triangulate multiple perspectives in multidisciplinary scholarship and sound mapping, site visits, and applications to humanities research and teaching. Workshops will include discussions of reading and listening materials, instruction on storytelling and mapping sound, a keynote address and presentations from Cincinnati area university faculty, arts leaders, authors, historians, librarians, a photojournalist, and visits to historic and modern landmarks defined by curated and oft forgotten music and sound.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

Kent State University Libraries anticipate the following project "Pauline Trigere: Fifty years of American fashion entrepreneurship and design: Kent State University" in which they propose to digitize and make available the design archives and pressbooks of Pauline Trigère, an important fashion designer from the 20th century. The digitization of the Trigère papers would allow researchers in material culture and consumer studies and historians in dress, design, and business to have ready access to the life's work of this important twentieth century designer and to study the way her work was covered, promoted and viewed in the context of the time. The Trigère papers provide content that is both deep and rich in terms of its time span and its ability to illuminate the work of an important individual designer working in the American fashion industry during a period of intense change and cultural and economic ascendency.[edited by staff]

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

This proposal seeks support for a program of archaeological field research to investigate Egypt's first industrial-scale brewery, located at the site of Abydos, and whether it was contemporary with and functionally a part of the broad pattern of early royal activity at the site. Abydos was the ancestral home of Egypt's first kings, who established its first great royal necropolis at the site. Each of these kings also built a kind of monumental funerary temple called a "cultic enclosure" at some distance from the their tombs. Present evidence indicates the large-scale use of beer in the rituals conducted in some of these enclosures. Analysis of residues from both the brewery and deposits of offering pottery from the enclosures will test the possible association. The brewery itself represents an opportunity to understand not only the facility itself, but also how production on such a scale was organized and how it may have been integrated into other royal activity at the site.

Table5

4

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Perhaps no medical device has sparked more popular discussion of the "dangers and opportunities of technology" than the cochlear implant (CI). The first true bionic device, CIs (re)produce an absent 'normal' human function. Despite debates about the ramifications of CI technology, few book-length studies of the technology exist and these overwhelmingly emphasize U.S. and European perspectives. This collaborative and comparative project will document the impacts of the technology itself, the influence of the global corporations that market it, and the range of ways implants have been domesticated, maintained, and re-interpreted. At this pivotal moment for the development and global dissemination of neuroprosthetics, with brain implants featured ubiquitously in the headlines, this multi-disciplinary, international project will serve both a documentary and a comparative function, as well as provide a platform through our conference and published work for alternative narratives of CI use.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project builds on the success of an existing prototype for a remote recording mobile app used to collect "audio diaries" in 2020-2021. We aim to redevelop the code for the front end of the app and refactor the code for the back end, resulting in a shareable app infrastructure that may be adopted by researchers at any number of institutions. We will bring together a user community of beta testing researchers across the humanities who may benefit from a remote recording app, which we hope to expand during the second year of funding into a broad user community and support system. The code and user manual will be published on a public GitLab repository, enabling future improvements by the user community.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
We are applying for a Level I grant to fund our project "DERBi PIE: a Database of Etymological Roots Beginning in Proto-Indo-European", to build, test, and evaluate an alpha-level prototype database of Indo-European (IE) languages that is engineered from its foundation to be easily extensible and shareable, with open-source code for advanced search tools and an emphasis on database design that not only allows but encourages data-sharing, re-use and re-implementation across different platforms. We will work in collaboration with the Linguistics Research Center (LRC) at the University of Texas at Austin to maximize compatibility of the database so that it can be readily implemented in the already existing Indo-European Lexicon (IELEX) website. We intend for DERBi PIE to provide the unified resources that all IE languages rely on for histories and etymologies, for both specialists and non-specialists alike, increasing access and visibility to the field.

Table5

5

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

The rise of automated art through the use of large model generators (LMGs) like Chat GPT or Dall-E contributes to anxiety about Artificial Intelligence "taking over." Arts, Agency and Automation: A Global Cultural Affair examines notions of agency across law, sociology, philosophy, psychology, posthumanism, as well as art theory, and conducts interviews with global artists using LMGs about the machine's agency and their own. Since people in nations like the US that are identified as individualist cultures conceive agency differently from collectivist communities, artists will represent different backgrounds and nationalities. LMGs are transnational, so their outputs are relevant to art, but also governments and regulatory authorities. Arts, Agency and Automation: A Global Cultural Affair proposes articles and a book to support journalists, artists, scholars, business leaders and politicians distinguishing among approaches to agency as produced by creative adoption of AI machines.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

This project aims to answer the research question: How can we best understand the nature of influence, deception, manipulation in ways that both reflect socially acceptable and desirable forms of these, while providing a substantive means for designing and regulating technological systems that avoid the greatest potential dangers from applying AI to them? The project will be completed over the course of two years, resulting in publication of a book manuscript on "Digital Manipulation" aimed at general audiences; scholars concerned with the ethical and social implications of AI; science, technology and society scholars; technology designers and developers; and policymakers.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

My book project, Lineages of the Deportable Labor State: Migrant Workers and the Law in American History, examines the political and legal institutions that have governed migrant labor in the US since the end of the nineteenth century until today. By following migrants from the Caribbean, Mexico, India, and China as they use American legal protections "from below," Lineages also focuses upon how migrants have surprisingly and continuously sought redress from workplace violations and abuse through the law across time and sectors. We know very little about the longstanding, yet changing, relationship between migrant labor and the American political and legal system because scholars of US immigration have previously focused on immigrant admissions and exclusions from the polity rather than the deportation power and rights in the workplace. Lineages will thus be a considerable contribution to the study of migration in the US and in the humanities and social sciences.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

This project traces the historical emergence of the idea that a single book, by virtue of its author's racial identity, might reveal profound truths about an entire race of people. Through an intertwined cultural history of print, race, and aesthetics, from the sixteenth to the nineteenth centuries, "The Racialization of Print" marks the origins and consequences of the notion that printed books provide a special kind of racial knowledge.

Table5

6                                    Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

My book project, "Dubiously Donne: Attribution and Literary Reputation in Early Modern England," explores early attitudes toward authorial identification through analyzing poetry and prose mis-attributed to writers such as John Donne in seventeenth-century handwritten manuscripts. I have uncovered hundreds of mis-attributed texts (or "dubia"), once-popular works that can be complex, lyrical, even scandalous. Studying dubia illuminates early modern notions of authorship, literary canon formation, literary reputations, and reader interests–topics of interest to those studying early modern British literature, politics, religion, or culture. This book aims to locate dubia on the scholarly map, making many texts buried in local record offices and small libraries available to the public for the first time. It demonstrates how investigating dubia enhances our understanding of early modern–and perhaps modern–artistic creation, reception, and authorial "ownership."

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

My fellowship project investigates new collections of Vodou songs and prayers in Haitian Kreyòl in a book titled "The Songs and Prayers of Sèvis Ginen: Historical and Linguistic Approaches to Haitian Vodou," and publishes the sources in English translation at the Digital Library of the Caribbean. After uploading the translated texts from Beauvoir's (2008a) "The Great Sacred Collection, or, Repertoire of Haitian Vodou Songs" and his (2008b) "African Prayers," my book project employs historical and linguistic approaches that reveal a three-part layering in the texts' lexicon and grammar. These linguistic layers that derive from pre-colonial Africa, colonial Saint-Domingue, and post-colonial Haiti provide evidence for my book's argument that Vodou's corpora are the Kreyòl language's most significant historical and linguistic archive since they span a millennium and serve as a foundation for developing a Kreyòl-based interpretation of transatlantic history.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

This book unfolds the long and tangled love affair between American women and Paris, from the late nineteenth century to the 1960s—a period of radical change in the political and social status of women in the US and France. Beginning with the aspiring artists who flocked to Parisian academies in the 1890s, the story moves through World War I and Edith Wharton's reports from the front lines, into the myth-saturated 1920s, when Josephine Baker stormed the cabaret stage and sang of her "deux amours" for her home and Paris, capturing the conflicted emotions of expatriate American women. In the wake of another war, the 1950s saw a resurgent transatlantic exchange of ideas and culture, a new wave that built to the youth-led revolts of May 1968. Throughout the book, famous names take their place among a riotous and racially diverse assembly of lesser-known artists and adventurers, who daringly asserted their own identity against the twin pressures of patriarchy and patriotism.

Table5

7                                                                    Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

This book project is a global history of the development of Russian into a world language during the Cold War and its imbrication in post-Soviet nationalist and neo-imperialist projects. It tells the story of how the Soviet government, together with the USSR's foreign allies and adversaries—and those in the non-aligned countries—propelled Russian into the pantheon of world languages. First, I examine Soviet efforts to promote Russian as a world language at home and abroad. Second, I detail how countries in the socialist, capitalist, and "developing" worlds used the teaching of Russian to assimilate, contest, and engage Soviet power. More broadly, the book explores the global proliferation of Russian in the broader historical context of Cold War competition, decolonization, and international debates about educational reform. At the end of the book, I explain how Soviet efforts to promote Russian as a world language have informed the Putin administration's concept of the "Russian World."

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

Black women come from an insurgent intellectual tradition. Black women activists and theoreticians, such as Grace P. Campbell, carved out intellectual spaces to uncover, define, contextualize, and validate leftist revolutionary theories. She was a "race woman" who stood with one foot in the Progressive Era and the other in the bosom of the black militant left. She is an essential link between the nineteenth-century reformist movement and the emergence of the radical black left within the New Negro movement. She was active in racial uplift charity work, the only female founder of the African Black Brotherhood, the first black militant radical organization in the twentieth century, and was a chartered member of the Communist Party. Her activism went from uplifting to agitating. Campbell's traceable arch of thinking and activism flows into a subsequent generation of radical black women, such as those embodied in the Black Lives Matter Movement.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

Every year, hundreds of Arctic icebergs drift down to the Grand Banks of Newfoundland and sail right into the profit margins of ExxonMobil and Chevron. This is Iceberg Alley, where governments and corporations have sought for centuries to tame what they see as unruly icebergs. The book that this NEH fellowship will support tells the history of doing business in Iceberg Alley. It traces efforts to control and predict icebergs, while illuminating the images, storylines, and narratives that turned ice into an enemy. Many businesses have worked at sea and with ice--from the first transatlantic telegraph that was crushed by an iceberg, to the oil companies that tow bergs away from their rigs, to the beverage companies that now tap icebergs to make beer and vodka. The arc of the narrative runs from iceberg avoidance, to surveillance, to intervention, to consumption. The book advances the concept of "unruly environments" by incorporating the blue humanities, cryopolitics, and ice humanities.

Table5

8

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
My research project and monograph, Alphabetic Word Craft, offers an alternative history of the ancient alphabet in the second and first millennia BCE. Alphabetic Word Craft considers the evidence for the literacies of ancient craft specialists who employed specialized tools and craft techniques in their work to create inscriptions. Rather than focus on scribes or administrative elites, I outline a methodology for the study of "craft-literacy" which evaluates how we can use ancient inscribed objects to study the people who made them. While many of these ancient craft specialists may not have had advanced literacy training, they played an important role in the development and transmission of the alphabet.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
"Twinkle, Twinkle: Female Literary Ambition, Male Genius, and the Most Famous Poet You've Never Heard Of" tells the story of Jane Taylor (1783-1824), author of the world's best-known children's verse. Taylor wrote when poetry as a genre was at its zenith and when male poets confidently espoused their own brilliance. When reviewers praised the highly original poems in her "Essays in Rhyme, on Morals and Manners" (1816), Taylor seemed poised for artistic liftoff, but she wound up being known for only "Twinkle, twinkle, little star," the first stanza of her poem "The Star." Through archival detective work, I extract Jane Taylor from the cotton batting of Victorian biographies that depicted this complex writer as a model of bland rectitude. I also tell a larger story about the constraints placed on female ambition. By paying close attention to a beloved poem and following its author across the full sweep of her career, I reveal why the poem, but not the woman, achieved lasting renown.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project will provide the first book length analysis of a global survey of involuntary African indentured labor, known historically as "Liberated Africans," which I conducted and completed in June 2023. My assessment of the survey data alters the perception of the demise of slavery during the Age of Abolition because 1) there were, in fact, higher degrees of government complicity in indenturing "freed" people removed from the slave trade than previously recognized; and 2) there remain significant and unaccounted for narratives that reveal stories of enslavement under the guise of "liberation." This proposed book challenges the existing scholarship to show that at least eighteen nations, not just Britain, benefited from slave trade blockades by exploiting over 700,000 "Liberated Africans" globally. It is a quantitative, spatial, and chronological analysis of the suppression of the slave trade, with a qualitative interpretation that pays particular attention to victim experiences.

Table5

9

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

Three minerals necessary to most photographic processes—mercury, silver, and gold—were all discovered in present-day California and Nevada within a few years of photography's 1839 invention. The co-existence of these raw materials in one geographic region—together with an abundance of timber, water, light, and, crucially, access to cheap immigrant labor—allowed photography to flourish in the West in the era of Manifest Destiny. Contributing to the emergent field of ecological art history, this project denaturalizes assumptions of photography as a technology that is inorganic, machine-made, and removed from natural conditions. Instead, drawing on the methods of technical art history, this project resituates photography within its contingent material contexts and those associated with extractive human labor. This research radically transforms the national geographies heretofore associated with "American photography" to consider transpacific networks.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

My book project, "Time Considered as a Helix: The Life of Samuel R. Delany," which is under contract with Temple University Press, is the first biography of Samuel R. Delany, the very first openly gay Black science fiction writer in history. Still living today, Delany is the author of such canonical works of the genre as Babel-17 (1966), Nova (1968), and Dhalgren (1975), his crowning achievement and the book that made him an icon of popular culture. In the early 1960s, when Delany was first starting out as a writer, science fiction was dominated by straight white men. As a gay Black intellectual, Delany was the first writer to take the speculative genre in politically challenging new directions, creating fictional worlds with Black protagonists, queer and transgender characters, and gay sexual relationships. Written in cooperation with Delany himself, "Time Considered as a Helix" uses his life as a focal point to reveal the hidden cultural histories of 20th-century Black and gay life.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

Based on extensive multi-method ethnographic field research, this project examines how Q'eqchi'-Mayas in Guatemala's Alta Verapaz region conceptualize the interdependence between humanity, nature, and the divine to make sense of the material, social, and cultural challenges posed by climate change in the region. By documenting how this indigenous population's religious practices and discourses (which draw on both ancestral Mesoamerican cosmology and contemporary Catholic Christian formulations of an "integral ecology") figure humanity's place in and responsibility to the natural environment this project will help scholars better understand how religion shapes people's engagement with pressing environmental issues, how non anthropocentric epistemologies might foster a better ethics in the face of the climate crisis, and thus help advance the humanistic scholarship about climate change.

Table5
10
Ex. 15 US-000062485.xlsx

| Prompt and Description |
|---|
| From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:<br>The Organ that Traveled the World traces the production of the liver as a site of knowledge, disease, and treatment in twentieth and twenty-first century Egypt, specifically what this history teaches us about the entangled histories of biomedicine, global public health, and capitalism in this period. In the twentieth century, liver disease ranked as one of the leading causes of death in Egypt due to the presence of a constellation of diseases – hepatitis C primary among – that target the liver. Based on archival and ethnographic research conducted in Egypt, Switzerland, the United States, and the United Kingdom, "The Organ that Traveled the World" chronicles the history of biomedicine in Egypt and how it shaped and was shaped by chemical and pharmaceutical companies, institutions of global public health, and the multiple conceptualizations of the human body that have prevailed in each of these realms. |
| From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:<br>My book project, "From Cholera to COVID-19," examines the Japanese responses to public health crises from 1858 to 2020 through an examination of the construction and popularization of a culture of hygiene, from government administrative policies to the social and material practices experienced on the ground and in local communities. The policy-relevant message is that Japan achieved disease prevention without nation-wide sewer systems (which were built later in the 1970s) and its conclusions promise to inform the ongoing challenge of how to deliver health and sanitation to one-quarter of the world's population that does not have access to flush-toilets, sewer systems or daily sanitation facilities. It is a case study of how policy, education, and the medical marketplace were aligned to create hygienic modernity and will serve as the first English-language book to examine the history of Japanese hygiene from a medical, environmental, and material-culture perspective. |
| From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:<br>The project we propose, "Psychedelic Humanities: Bridging the Two Cultures," seeks to address the intersection of the humanities and sciences within the context of the psychedelic renaissance. In Spring 2025, we intend to host a workshop that convenes a group of eight prominent humanities scholars with four leading scientists, aiming to foster interdisciplinary dialogue and collaboration. This meeting is envisioned not merely as an academic discussion but as a seminal platform for crafting a landmark edited volume, which we believe will herald the emergence of the "psychedelic humanities" as a pivotal academic field. |
| From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:<br>The Chicago Public Art Group (CPAG), in partnership with the Chicago History Museum, requests a $40,000 planning grant for a temporary exhibition featuring William Walker, widely recognized as the founder of the contemporary community mural movement. Tentatively titled "William Walker: Walls of Truth," the exhibition will focus on the significance of the artist's work in the context of Black liberation struggles of the 1960s and 1970s as well as today's movements for racial justice. |

Table5

11                                    Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

I am applying for an NEH faculty award to curate an exhibition called "Fashion &amp; Power in Imperial Spain (1492-1700)" at the Hispanic Society of America in New York City and to write the exhibition catalogue. The first exhibition of its kind in the United States, Fashion &amp; Power will display a wide range of objects from the Hispanic Society's museum and library to examine the crucial role that fashion played in the exertion of power within Spanish society and in the construction of Spain's imperial identity. Using objects as evidence, this project will decode the language of power that was communicated by men's and women's clothing and will explore how the power of fashion was mobilized by the major power-brokers: the crown, the military, and the church. "Fashion &amp; Power" will contribute a new narrative of the art and history of imperial Spain that places clothing at the center of the story—a position that accurately reflects the primacy of fashion in the early modern era.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

The I'esh'un Project ("I found it," Dena'ina Athabascan) seeks to implement a project to build and publish a map detailing out the locations and information about assimilative boarding schools in Alaska. The funds for this project will support design and creation of the map using GIS software in partnership with a contractor whose work is dedicated to mapping and information management.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

We seek to explore, recover, preserve and build opportunities for healing around the individual, family and collective experiences of boarding school education across the Wisconsin Oneida community. We will seek testimony, input and participation from descendants of former boarding school students as well as from Oneida community members without direct boarding school experience but with exposure to its collective stories. We seek to grapple with the power of memory in all of its forms - direct, passed down, mythologized and narrated collectively across familial, group and community settings, We also seek to grapple with the legacies of such memories - their impact on health, wellbeing, cohesion, education, and the dynamics of resilience within the Oneida Nation. We will organize walking and driving tours, self-recorded audio diaries by Elders and Youth, Past-Present "Memory 11 Mapping" events, and oral history interviews. The work will be included in an episode for a podcast "Whose Land?"

Table5

12                                                    Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

The American Association of Colleges &amp; Universities will run a "Humanities Communication Convening" that will bring leaders and advocates of the humanities together with experts (and some "new voices") in science communication, journalism, social media content creation, public relations, and design. The convening will focus on learning how to develop robust, structured, and professionally recognized training and resources for "humanities communicators." The intent is to advance the conceptualization of "humanities communication" for the public, training and professional support for "humanities communicators," audiences that humanities communicators need to address, media and forms for impactful humanities communication today, shared resources that can support humanities communication from local to national levels, and what the humanities can learn from other fields that communicate publicly and that also provide a training and professionalization pipeline for their communicators.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

A Taste of Kohala: A Youth Oral History Documentary Film Project" is an oral history project focused on collecting narratives of the rich food traditions of Kohala, Hawai'i Island. Food will be the lens through which to examine the historical and contemporary experiences of various peoples of Hawai'i. The stories gathered will reflect the diversity of the Kohala community and the complexities of its histories and culture. Elements of this project include: 1) A youth documentary filmmaking program to train students in oral history documentation and filmmaking, to capture up to 20 oral histories from the community; 2) Digital exhibit of oral histories and recipes; 3) A printed cookbook with recipes and curatorial text; 4) Interactive exhibit at Kohala Heritage Center; and 5) Public events.American Tapestry

https://egms.neh.gov/Grants/ViewApplication.aspx?ApplicationID=304064TA-304064Public ProgramsPublic Impact Projects at Smaller OrganizationsBlack Heritage Trail of New Hampshire, Inc.Ms. JerriAnne BoggisFragile Freedoms: Black Revolutionaries in New Hampshire, 1750-1800.2025-05-01 00:00:00.0002027-04-30 00:00:00.0002024-11-21Approved0.00Implementation of a statewide traveling panel exhibition on the history of Black Revolutionaries in New Hampshire as part of the observance of America's 250th anniversary. The Black Heritage Trail of New Hampshire (BHTNH) is seeking funding for a project in line with the NEH initiative American Tapestry" and in commemoration of the country's 250th anniversary. The project is also in line with BHTNH's strategic plan to engage with 1/3rd of NH's population through social media and programming over the next three years. Black soldiers, sailors, and activists played a key role in New Hampshire's participation in the American Revolution and in fighting for the liberties it espoused. This is history that everyone in NH should know. The project consists of researching and creating portable text panels featuring Black Revolutionaries and their stories that will travel to public libraries, schools, businesses, and city and town halls throughout the state. Each will have QR codes connecting viewers to additional information and resources.

Table5

13

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Motown Collections and Facilities staff will work with preservation environment specialists from the Image Permanence Institute (IPI) to evaluate the preservation quality of its collection storage facility and two historic houses containing one-of-a-kind artifacts which document the history of Motown Records. The data collected over one year will be analyzed to establish recommendations for improving the Museum's preservation environment and program. IPI will provide training to Motown's Collection and Facilities staff to ensure the continued management and maintenance of an active environmental monitoring program. This work will ensure the long-term, sustainable preservation of the Museum's collections, which includes Motown Record's corporate papers (1959-1988), the Gordy family papers, photographic materials, original sound recordings, film, grooved media, performance uniforms, instruments, and other ephemera that created the legacy known as the "Motown Sound."

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project will create an open-access edition of "The Shape of Utopia: The Architecture of Radical Reform in Nineteenth-Century America" by Irene Cheng, distributed on the University of Minnesota Press Manifold platform, JSTOR, and Project MUSE. "The Shape of Utopia" explores mid-19th century utopian communities through their circulation and promotion of geometrically distinct architectural and urban plans. While most of their communities were never built, geometric utopians distributed their plans as a form of visual rhetoric to convince and inspire potential converts. While past scholarship has framed geometric utopian communities as part of a larger emerging ideology that regarded the built environment as capable of shaping bodies and minds, the book argues that geometric utopians invented a radical aesthetic that allowed them to critically interrogate and visualize the emerging capitalist world as part of a larger effort to remake it.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project will publish the book "Flamenco Nation: The Construction of Spanish National Identity," by Sandie Holguin (NEH grant number FB-54975-10), in an electronic open-access format under a Creative Commons license, making it available for free download and distribution. The author will be paid a royalty of at least $600 upon release of the open access ebook.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project will publish the book "A Spiritual Revolution: The Impact of Reformation and Enlightenment in Orthodox Russia," by Andrey V. Ivanov (NEH grant number FT-260249-18), in an electronic open-access format under a Creative Commons license, making it available for free download and distribution. The author will be paid a royalty of at least $600 upon release of the open access ebook.

Table5
14
Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

In the contemporary Western imagination, Asian people are frequently described as automatons, which disavows their humanity. In Model Machines, Long Bui investigates what he calls Asian roboticism, or the ways Asians embody the machine and are given robotic characteristics. Bui offers the first historical overview of the overlapping racialization of Asians and Asian Americans through their conflation with the robot-machine nexus. He identifies the "model machine myth," which holds specific queries about personhood, citizenship, labor, and rights in the transnational making of Asian/America. Analyzing resources including newspapers, archives, legal cases, political campaign ads, photographs, medical ephemera, science fiction novels, and fashion magazines, Bui mines the ideological and political work behind the stereotype of Asians and Asian Americans as not just model minorities, but "model machines."

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

This project will create an open-access edition of the 2019 book "Black Bourgeois: Class and Sex in the Flesh" by Candice M. Jenkins, distributed on Manifold, JSTOR, and Project MUSE.  "Black Bourgeois" examines how late 20th and early 21st century African American literary texts grapple with the dilemma of black bourgeois subjectivity. Jenkins argues that the concept of "blackness" typically relies upon exposed and racially marked flesh, while a presumed benefit of material privilege is the protective concealment of the body. Focusing on works by Spike Lee and authors including Toni Morrison, Danzy Senna, Rebecca Walker, Reginald McKnight, Percival Everett, Colson Whitehead, and Michael Thomas, the book explores how bodies disrupt the bourgeois scene in these narratives. The project productively complicates the current sense of both "blackness" and "class" in the U.S. at a moment in our national history when we are repeatedly and viscerally reminded of black bodily vulnerability.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

In "InterAsian Intimacies across Race, Religion, and Colonialism," Chie Ikeya asks how interAsian marriage, conversion, and collaboration in Burma under British colonial rule became the subject of political agitation, legislative activism, and collective violence. Over the course of the twentieth century relations between Burmese Muslims, Sino-Burmese, Indo-Burmese, and other mixed families and communities became flashpoints for far-reaching legal reforms and Buddhist revivalist, feminist, and nationalist campaigns aimed at consigning minority Asians to subordinate status and regulating women's conjugal and reproductive choices. Out of these efforts emerged understandings of religion, race, and nation that continue to vex Burma and its neighbors today.

Table5

15

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

The fugitive slave known as "Three-Fingered Jack" terrorized colonial Jamaica from 1780 until vanquished by Maroons, self-emancipated Afro-Jamaicans bound by treaty to police the island for runaways and rebels. A thief and a killer, Jack was also a freedom fighter until his grisly death at its behest. Narratives about his exploits shed light on the problems of black rebellion and solutions administered by the colonial state, creating an occasion to consider counter-narratives about its methods of divide and conquer. Writers, performers, and storytellers in England, Jamaica, and the United States have "thieved" Three Fingered Jack's riveting tale, defining black agency through and against representations of his resistance. Frances R. Botkin offers a literary and cultural history that explores the persistence of stories about this black rebel, his contributions to constructions of black masculinity in the Atlantic world, and his legacies in Jamaican and United States popular culture.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

This project explores the pivotal role that migrant farmworkers play in shaping notions of belonging, focusing on the Italian case. Today's mostly foreign farmworkers work in environments shaped by legal and social precarity, organized crime, and climate change. Bridging migration studies, transnational Italian studies, and the environmental humanities, this project posits today's farmworkers (braccianti) as fitting within a longer history in which, since Italy's 1861 Unification, the labor and movements of braccianti have played a crucial role in the "making of Italy." Through colonial archival materials, autobiographical writing, and interviews I will conduct with migrants and farming co-op members in Sicily, I aim to elaborate how the "bracciante" is a critical figure for understanding how citizenship, race, and notions of the refugee are constructed through shifting relationships to land. I seek an NEH Summer Stipend to conduct archival and ethnographic research for this monograph.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

Creation and dissemination of an open-access edition of "Good Pictures Are a Strong Weapon: Laura Gilpin and Navajo Sovereignty" by Louise Siddons, to be issued under a Creative Commons license and published on Manifold Scholarship digital platform in Fall 2023.

Table5

16                                                                                    Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project revises the required course in the humanities for Spanish majors and minors: "Readings in the Literary Genres" taken by approximately 1,000 students a year. The revised course explores the theme of life as a road or journey through four geo-cultural modules: (1) the Iberian Peninsula; (2) Latin America; (3) the US/Mexico Borderlands; and (4) the student's own life. The course crosses multiple borders to expose students to the cultural heritage of the Luso-Hispanic world through an examination of the arts and literature treating the theme. The revision is designed to increase the retention of Hispanic and Latino students in our programs in the College of Humanities, currently at 36%, by using evidenced based teaching strategies found to be effective with these students. The class demonstrates for students how studies in the humanities enrich life in ways that are both tangible (by giving them skills with practical applications in work and non-work settings) and intangible.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The Virginia Fox Stern Center for the History of the Book in the Sheridan Libraries of Johns Hopkins University seeks a two-year grant from the National Endowment for the Humanities to implement an online database and digital library that will document and make publicly accessible a collection of approximately 5,000 early modern printed ephemera collected and uniquely annotated with manuscript notes by the jurist, parliamentarian, and diarist Narcissus Luttrell over a fifty year period (1679-1730). Project goals include: 1) recovering and providing unprecedented access to the largest extant archive of early modern English-language ephemeral print culture; 2) producing data analyses and visualizations reflective of the "Luttrell File" database; and 3) produce a virtual digital library of selected materials representative of the breadth of unique early modern English-language ephemera.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
"J.O.Y. | Juneteenth on the Yard," provides a joyful afternoon of music, dance, and festivities held in the African Ancestors Memorial Garden at the International African American Museum, fusing critically important history with contemporary expression. By honoring this historic day, we not only commemorate the legacy of those who came before us but also inspire future generations to continue the pursuit of freedom.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
VMFA seeks a Public Humanities Projects planning grant from the National Endowment for the Humanities (NEH) to support its plans for a fall 2027 exhibition, "Reunited: The Ludwig and Rosy Fischer Collection," and associated two-volume book organized by VMFA and curated by Dr. Sarah Eckhardt, Associate Curator of Modern and Contemporary Art. NEH funds will support a convening of American and German scholars and stakeholders two years in advance of the exhibition to refine the content, format, and interpretive approach of the exhibition and catalogues. The funds will also support a consultant to serve as a project archivist to assist in curatorial research and as a research liaison with participating scholars and authors.

Table5

17

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The Fowler Museum at UCLA will develop "Belongings: Legacies and Futures for Historical African Arts," encompassing a nationally and internationally traveling exhibition, scholarly publication, digital teaching resources, and K-12 and public educational programming. "Belongings" is the culmination of over five years of global outreach, partnership-building, and in-depth research into the layered histories of colonial-era collecting in Africa and the subsequent movement of objects over time and across continents.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The Black Heritage Trail of New Hampshire (BHTNH) is seeking funding for a project in line with the NEH initiative American Tapestry" and in commemoration of the country's 250th anniversary.  The project is also in line with BHTNH's strategic plan to engage with 1/3rd of NH's population through social media and programming over the next three years.  Black soldiers, sailors, and activists played a key role in New Hampshire's participation in the American Revolution and in fighting for the liberties it espoused.  This is history that everyone in NH should know.  The project consists of researching and creating portable text panels featuring Black Revolutionaries and their stories that will travel to public libraries, schools, businesses, and city and town halls throughout the state.  Each will have QR codes connecting viewers to additional information and resources.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Presenting the interconnected life stories of five 19th-century African rulers, the exhibition Nguni Nation: Migrant Kingdoms of Southern Africa addresses the topic of the Nguni diaspora following the Mfecane ("crushing" in the isiZulu language), a tumultuous period of war and societal upheaval that shaped southern African history. Around 150 Nguni artworks dating from the 19th century-on loan from museum collections in South Africa, the U.K., and France-will be presented in conversation with specially commissioned images by the South African photographer Jabulani Dhlamini as well as a new video by the director Nomawonga Khumalo. Curators and educators will collaborate with Yale faculty across disciplines and consultants representing a broad sweep of the humanities to produce an exhibition, catalogue, and programming that engage diverse audiences at every educational level.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Presented by Great Performances on PBS, this documentary film explores the dramatic changes in the Broadway musical over the past two decades,  "Who Tells Your Story?" will bring the six-part Broadway: The American Musical series (2004) up to date with a seventh installment, examining how this uniquely American art form has evolved since 2004.  Facing unprecedented challenges, today's Broadway musical—and the commercial industry that supports it—has had to reflect and refract seismic changes in American culture while embracing new audiences and a chorus of new voices.

Table5

18

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

The documentary film Radical Chic will examine the landmark cultural moment in 1970 when Felicia and Leonard Bernstein tried to cross the American divide of race and wealth to hold a fundraiser for wrongfully imprisoned Black Panthers. What followed became known as "the social disaster of the century". The press harshly criticized the Bernsteins and the beloved conductor was booed on the podium. These events might not have achieved lasting cultural importance if journalist Tom Wolfe hadn't immortalized them in his 24,000-word takedown "Radical Chic: That Party At Lenny's." Wolfe satirized the Bernsteins and their guests as status-seeking 'limousine liberals' motivated by white guilt and a desire to appear chic. Wolfe's sensationally-written attack was nominated for a National Book Award, and haunts the culture wars that divide America today. This film studies the original controversy, Wolfe's famous article, and its current re-examination by humanities scholars.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

Diasporic Longing is a chronicle of belonging and displacement, pedagogy and practice, and music from Asia to Europe. Tracking the struggles of a family to find a home beyond China in the decades after 1949, the project focuses on two generations of my extended family, which is also the family of Yo-Yo Ma, the cellist. With "Diasporic Longing," I will write a narrative nonfictional study of the Ma family's multiple migrations and musical formations in the twentieth century, bringing illumination to historical figures who, unlike Yo-Yo, tend to go unacknowledged by media journalists. Weaving together biography, ethnography, fragments of poetry, as well as art and music criticism, the book will present finely-tuned explorations of wartime migration and the familial dispersal brought on by upheaval in the 20th century world. Told through the Mas, the book will offer a portrait of musicianship that opens up meanings of diaspora across Taiwan, China, Paris, and New York City.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

Malayalees are one of the more recently arrived immigrant populations to the U.S. and part of the larger South Asian diaspora. "Constructing Ethnic Identity in the Diaspora: The Malayalee Community in the United States" examines the intergenerational process of the construction of ethnic identity as "hyphenated" Americans, focusing on two aspects of culture that are especially evocative indexes of ethnic identity: language and food. As Malayalees become hyphenated Americans, how is this constructed in their linguistic and cultural practices, and how do they narrate these choices? The study will contribute to the linguistic description of the South Asian-American repertoire, provide insight into the progression from a multilingual repertoire to an ethnolinguistic repertoire, and, by focusing on two distinct indexes of ethnic and diasporic identity, provide a textured analysis of the construction of ethnic identity in the South Asian diaspora.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

A biography of Anita Loos, the first woman staff screenwriter, author of <em>Gentlemen Prefer Blondes</em>, and many other works, "Laughing All the Time" uses the occasion of Loos's long career to consider the many personal and professional struggles of American working women in the twentieth century.

Table5

19                                              Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

This project request is for completion of research and writing of an initial chapter for a new book project titled "Revealed in the Wound: A Social Ballistics of America's Gun Crisis." The project, conceived as public-facing production, addresses gun violence in the U.S. through the perspective of the wound, addressing the experience of gunshot survivors and physicians and surgeons who treat them. The work weaves ethnographic, literary, artistic, and historical materials to address an often-concealed facet of America's gun crisis.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

This book, "Shepherds in the Dark: Bishops and the Creation of Catholic Knowledge in Early Modern Italy," takes a fresh look at post-Tridentine episcopacy in late sixteenth-century Italy by examining the information management and knowledge production of a network of Italian bishops, including Carlo Borromeo, Gabriele Paleotti, Agostino Valier, Giovanni Francesco Bonomi, Alessandro Sauli, and Carlo Maria Bascapè. Working with (and sometimes against) each other, their collaborators, and their communities, these bishops created knowledge in many forms: it was historical, legal, liturgical, embodied, in dialogue with the built environment, and performed in quotidian as well as spectacular rituals. The book shows how this knowledge was assembled as well as adopted, rejected, or contested, presenting a new picture of the Catholic Reformation.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

Histories of social science oscillate between the biographical and the intellectual. They pay scant attention to technological conditions of research. Accounts of post-war field sciences, in contrast, underscore how technologies facilitated specimen collection and circulation. "The Ethnographic Drive" rewrites midcentury ethnography by centering technologically mediated exchanges. Taking a major field school, the Harvard Chiapas Project, as its object, this book argues that: (1) prized forms of knowledge reflect values attached to an array of fieldwork technologies (e.g., typewriters, offroad vehicles, aerial photography, and computers); and (2) information storage-obsessed anthropologists reimagined their objects, cultures of highland Chiapas, as drives of deep social memory.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

Focusing on circulating exhibitions, migrating artists, and artworks created abroad, "Itinerant Modernism" examines how Afro-Brazilian artistic production took shape transnationally from 1963 to 1988. In 1963, the State Department began exhibiting Afro-Brazilian art in West Africa to position Brazil as a leading diplomatic partner to newly independent nations. In response, Afro-Brazilian activists created art in the United States and collaborated with the Black Power movement. In my book, I argue that Brazil's strengthened relationships with Senegal, Nigeria, and the United States motivated the production of Afro-Brazilian modern art especially by Black artists, leading to the reevaluation of Black identity in Brazil. Artists challenged the materiality of whiteness in Brazilian visual art, merging Afro-Brazilian cultural and religious symbolism with modern art styles and unsettling concepts of racial harmony and homogeneity widely accepted in Brazil at the time.

Table5
20

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The Human Zoo: Colonial Upheaval, Human Spectacle, and the Birth of Modern Anthropology chronicles the rise of so-called human zoos around the turn of the 20th century, a form of entertainment in which Indigenous people were displayed in "living habitats" in the U.S. and Europe, and the imperial and scientific interests that used them to legitimize racism and Social Darwinism. The forthcoming non-fiction narrative history will be written for a popular audience and is under contract with trade publisher Beacon Press for publication in early 2026.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This book explores the "white gold" rush for lithium, critical for global AI infrastructure and the green transition. It presents the Atacama Desert as a microcosm of the complex webs of interconnection that define our modern world. By examining themes of resource exploitation, ecological exhaustion, and colonial legacies, it illustrates how the global demand for lithium reflects broader environmental and social issues. The book also explores philosophies like "Buen Vivir" which emphasize collective social and planetary responsibility, challenging readers to rethink progress in an increasingly complex, interconnected, and tech-driven world.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
My book is a narrative history explaining how the arms trade shaped freedom and domination in the Americas, from the Age of Revolutions to WWII. Across the hemisphere, this was an era of bloody anti-colonial rebellion; conflicts over slavery and emancipation; wars between states, settlers, and Indigenous polities; border feuds among neighboring republics; and fratricidal struggles over internal order and capitalist development. Victory required guns and ammunition. But in the Americas, they were mass-produced only in a few cities in the eastern U.S. Everyone looking to force or resist a change in relations of power therefore relied on international arms dealers. "Means of Destruction" will be the first book to explain how unequal access to guns and ammunition conditioned the hemisphere's fateful struggles over freedom and domination. This largely unknown story will speak to major historical questions about the relationship between violence, inequality, and capitalism in the modern world.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
My project looks at US-Philippines colonial and post-colonial history from the 1930's to the 1970's, examining how the American colonial state, the independent Philippine Government, and Filipinas themselves carefully curated ideas of respectable Filipina wives and mothers as a way to advance a myriad of geo-political goals and socio-economic goals. I use the idea of "mothering" as a theoretical framework to tie together a narrative wherein control over women and the production of respectable mothers had always been at the center of the US-Philippines colonial relationship, and continued to be in the aftermath of independence. Indeed, the "mothering" (think "othering") of women - the rhetorical defining and physical control over women's bodies - was integral to the processes of decolonization in the Pacific, and to "winning" the Cold War.

Table5

Ex. 15 US-000062485.xlsx

**Invoked Function**

Hello! How can I assist you today?

Ex. 15 US-000062485.xlsx

| Question |
| --- |
| From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response: This project supports "Ethiopia at the Crossroads," a landmark international loan exhibition that celebrates the artistic traditions of Ethiopia from antiquity to the present. Opening at the Walters Art Museum in Fall 2024, this exhibition will explore the cultural significance and humanistic legacy of Ethiopia, from the earliest prehistoric origins through today. This will be the first major art exhibition in America to examine Ethiopian art in a global context by examining how Ethiopia embodies the idea of "crossroads" geographically, historically, and culturally. Accompanied by interpretive experiences in the galleries, contemporary art installations, a dynamic suite of public programs, and a field-leading scholarly publication, "Ethiopia at the Crossroads" will enrich scholars and the public alike with a greater understanding of the complex exchange of visual culture between Ethiopia and the world. |
| From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response: The National Humanities Center, an independent center exclusively devoted to advanced humanities research, seeks three nine-month fellowships for the next three-year cycle (grant period January 1, 2022 - June 30, 2025). Since 1978, the NEH has generously supported NHC fellowships during each granting cycle. Designated "NEH Fellows," recipients of these awards are chosen through a rigorous vetting process and join a vibrant intellectual community of 30-40 total Fellows. Each works on a major research project throughout the academic year with significant support from our library staff and scholarly programs office. End-of-year evaluations from the roughly 1,500 Fellows who have been in residence generally describe their year at the NHC as the most inspiring and productive of their careers. The NHC focuses attention to diversity in all of its dimensions so that Fellows represent a broad range of disciplines, institutions, backgrounds, and perspectives. |
| From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response: Implementation of "Wonders of Creation: Art, Science, and Innovation in the Islamic World," a temporary traveling exhibition on Islamic material culture through the framework of wonder presented by 13th-century scholar Zakariyya al-Qazwini in his cosmography, "Wonders of Creation and Rarities of Existence."  Inspired by Qazwini's cosmography and humankind's inherent curiosity, "Wonders of Creation" will employ wonder as a heuristic guide to discovering the cosmos, exploring scientific knowledge and practice in dialogue with Islamic thought and material culture from the 7th century to today. "Wonders" will feature over 150 works from Spain and North Africa to Southeast Asia and the modern diaspora, including manuscripts, scientific instruments, jade cups, talismanic shirts, and contemporary art. Curated by SDMA's Ladan Akbarnia, the project is supported by humanities research, advisors, and external audience evaluation, and accompanied by a publication and robust public program series. |

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The Movement History Initiative in collaboration with six historically black colleges and universities plans "SNCC and Grassroots Organizing: Building a More Perfect Union," a public discussion series examining central themes in the Student Nonviolent Coordinating Committee's (SNCC) grassroots organizing--the organizing tradition, voting rights, Black Power, women and gender, freedom teaching, and art and culture in movement building--and their contemporary relevance to the ongoing project of building a more perfect union. The series includes multi-day community gatherings at HBCUs, workshops at civil rights/African American museums, and virtual community conversations where humanities scholars and movement veterans engage a broad public audience in rich humanities resources. New developed Interpretive Booklets and Learning Toolkits with primary source materials, analysis, and questions will provide further opportunities to engage.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The Virginia Museum of Fine Arts (VMFA) proposes a 36-month implementation project to catalog, photograph, house, and increase public access to a recently realized bequest of 7,655 works on paper ("The Raysor Collection"). This project will ensure the care of these important collections and transform the museum's ability to explore and present a rich variety of cultural, artistic, and material histories of Western printmaking over six centuries through expanded opportunities for research, exhibitions, public engagement, and programming.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
An NEH Humanities Collections and Reference Resources grant will support the final phase of a two-phase project designed to allow free public access to an archival collection resulting from 38 years of documenting the threatened or now-demolished historic architecture of the Mid-Atlantic region. In this phase-two project, staff will process and make publicly accessible the collection of "born-digital" documentation (1,800 historic properties) and related materials from fieldwork and research conducted by the University of Delaware's Center for Historic Architecture and Design from 2011-2024.[edited by staff]

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Preserving Off-Off-Broadway: Expanding Access to La MaMa's Born-digital Materials will help build the La MaMa Archives collection by adding born-digital production documentation from 2005-2015 and born-digital production footage from 2011 onward. This includes programs, posters, production schedules, digital photographs, and other types of electronic records. During a three-year cataloging project, the Archive will preserve, catalog, and publicly share these records, as well as improve researcher access to and long-term preservation of our born-digital footage. To date, La MaMa has supported more than 5,000 productions, many of which are represented in our performance footage collection and all are represented within the Archive's "Show Files."  Preserving and providing access to these materials is vital for researchers of Off-Off Broadway and American cultural history, as well as for the thousands of artists who have crossed La MaMa's stages.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
To support post-production and outreach for "The Blues Society,"  a documentary film exploring the history and impact of the Memphis Country Blues Festivals of the late 1960s.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The scholarly collection catalogue "French Paintings and Pastels 1600-1945: The Collections of the Nelson-Atkins Museum of Art" represents the museum's inaugural digital publication and will serve as the definitive resource for the interpretation and study of the museum's collection of 106 French paintings, pastels, and gouaches from 1600-1945. Now in its twelfth year of production, the publication brings together the research and technical studies of over 35 leading scholars and conservators from around the world. As it is published incrementally online, the catalogue will be freely available on the museum's website and fully searchable, making the collection accessible to a global audience while maintaining the museum's tradition of high scholarly standards. To finish the entire publication by December 2024, the museum requires additional support from NEH.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The most recent comprehensive history of the Cherokee Nation was written in 1963; it continues to sell more than 500 copies a year through an academic press. It fails to address key issues, such as gender and race, raised by social and cultural historians since the 1960s, let alone cover the last sixty years of Cherokee history.  Cherokee Nation citizens, journalists, and academics understand its limitations and have requested an up-to-date book written in accessible, engaging prose. We are working with an agent to pitch this project to presses able to bring this book to the widest audience. As we identify a publisher and seek funding, we already are writing "Sovereign Kin: A History of the Cherokee Nation." With the support of the NEH Collaborative Grant, we intend to conduct research trips to the Cherokee Nation and the Oklahoma Historical Society and collect interviews with key Cherokee Nation citizens. We will complete a draft of the manuscript by August 2025.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Wide-Open Town: Kansas City in the Jazz Age and Great Depression is a K-12 Teacher and Museum Educator week-long workshop that connects recent scholarship, historic sites, and cultural resources to examine the significance of the 1920s and 1930s in US history. These were particularly vibrant years in Kansas City, sometimes described as the city's "Golden Age." The economy boomed and culture flourished, yet these events were intertwined in a political, social, and economic landscape fraught with notorious machine politics, vice, and long histories of diverse peoples fighting for their rights and freedoms. Much of what played out in Kansas City is a reflection of the larger cultural and historic forces that shaped this era in US history. The workshop includes visits to the National WWI Museum and Memorial, the Truman Library and Museum, the Nelson-Atkins Museum of Arts, the Negro Leagues Baseball Museum, the American Jazz Museum, and the Guadalupe Center.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Cincinnati Sounds explores spaces, places, and sounds in a musical city. Urban planning and development in the "Queen City" has created a dichotomy of painstakingly preserved and restored landmarks simultaneously leaving others lingering only in public memory. The project considers how sound is integral to these spaces, transforming them as flagships of education, music performance, sacred communities, and sociocultural, historical social justice innovation. Participants will triangulate multiple perspectives in multidisciplinary scholarship and sound mapping, site visits, and applications to humanities research and teaching. Workshops will include discussions of reading and listening materials, instruction on storytelling and mapping sound, a keynote address and presentations from Cincinnati area university faculty, arts leaders, authors, historians, librarians, a photojournalist, and visits to historic and modern landmarks defined by curated and oft forgotten music and sound.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Kent State University Libraries anticipate the following project "Pauline Trigere: Fifty years of American fashion entrepreneurship and design: Kent State University" in which they propose to digitize and make available the design archives and pressbooks of Pauline Trigère, an important fashion designer from the 20th century. The digitization of the Trigère papers would allow researchers in material culture and consumer studies and historians in dress, design, and business to have ready access to the life's work of this important twentieth century designer and to study the way her work was covered, promoted and viewed in the context of the time. The Trigère papers provide content that is both deep and rich in terms of its time span and its ability to illuminate the work of an important individual designer working in the American fashion industry during a period of intense change and cultural and economic ascendency.[edited by staff]

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This proposal seeks support for a program of archaeological field research to investigate Egypt's first industrial-scale brewery, located at the site of Abydos, and whether it was contemporary with and functionally a part of the broad pattern of early royal activity at the site. Abydos was the ancestral home of Egypt's first kings, who established its first great royal necropolis at the site. Each of these kings also built a kind of monumental funerary temple called a "cultic enclosure" at some distance from the their tombs. Present evidence indicates the large-scale use of beer in the rituals conducted in some of these enclosures. Analysis of residues from both the brewery and deposits of offering pottery from the enclosures will test the possible association. The brewery itself represents an opportunity to understand not only the facility itself, but also how production on such a scale was organized and how it may have been integrated into other royal activity at the site.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Perhaps no medical device has sparked more popular discussion of the "dangers and opportunities of technology" than the cochlear implant (CI). The first true bionic device, CIs (re)produce an absent 'normal' human function. Despite debates about the ramifications of CI technology, few book-length studies of the technology exist and these overwhelmingly emphasize U.S. and European perspectives. This collaborative and comparative project will document the impacts of the technology itself, the influence of the global corporations that market it, and the range of ways implants have been domesticated, maintained, and re-interpreted. At this pivotal moment for the development and global dissemination of neuroprosthetics, with brain implants featured ubiquitously in the headlines, this multi-disciplinary, international project will serve both a documentary and a comparative function, as well as provide a platform through our conference and published work for alternative narratives of CI use.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project builds on the success of an existing prototype for a remote recording mobile app used to collect "audio diaries" in 2020-2021. We aim to redevelop the code for the front end of the app and refactor the code for the back end, resulting in a shareable app infrastructure that may be adopted by researchers at any number of institutions. We will bring together a user community of beta testing researchers across the humanities who may benefit from a remote recording app, which we hope to expand during the second year of funding into a broad user community and support system. The code and user manual will be published on a public GitLab repository, enabling future improvements by the user community.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
We are applying for a Level I grant to fund our project "DERBi PIE: a Database of Etymological Roots Beginning in Proto-Indo-European", to build, test, and evaluate an alpha-level prototype database of Indo-European (IE) languages that is engineered from its foundation to be easily extensible and shareable, with open-source code for advanced search tools and an emphasis on database design that not only allows but encourages data-sharing, re-use and re-implementation across different platforms. We will work in collaboration with the Linguistics Research Center (LRC) at the University of Texas at Austin to maximize compatibility of the database so that it can be readily implemented in the already existing Indo-European Lexicon (IELEX) website. We intend for DERBi PIE to provide the unified resources that all IE languages rely on for histories and etymologies, for both specialists and non-specialists alike, increasing access and visibility to the field.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The rise of automated art through the use of large model generators (LMGs) like Chat GPT or Dall-E contributes to anxiety about Artificial Intelligence "taking over." Arts, Agency and Automation: A Global Cultural Affair examines notions of agency across law, sociology, philosophy, psychology, posthumanism, as well as art theory, and conducts interviews with global artists using LMGs about the machine's agency and their own. Since people in nations like the US that are identified as individualist cultures conceive agency differently from collectivist communities, artists will represent different backgrounds and nationalities. LMGs are transnational, so their outputs are relevant to art, but also governments and regulatory authorities. Arts, Agency and Automation: A Global Cultural Affair proposes articles and a book to support journalists, artists, scholars, business leaders and politicians distinguishing among approaches to agency as produced by creative adoption of AI machines.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project aims to answer the research question: How can we best understand the nature of influence, deception, manipulation in ways that both reflect socially acceptable and desirable forms of these, while providing a substantive means for designing and regulating technological systems that avoid the greatest potential dangers from applying AI to them? The project will be completed over the course of two years, resulting in publication of a book manuscript on "Digital Manipulation" aimed at general audiences; scholars concerned with the ethical and social implications of AI; science, technology and society scholars; technology designers and developers; and policymakers.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
My book project, Lineages of the Deportable Labor State: Migrant Workers and the Law in American History, examines the political and legal institutions that have governed migrant labor in the US since the end of the nineteenth century until today. By following migrants from the Caribbean, Mexico, India, and China as they use American legal protections "from below," Lineages also focuses upon how migrants have surprisingly and continuously sought redress from workplace violations and abuse through the law across time and sectors. We know very little about the longstanding, yet changing, relationship between migrant labor and the American political and legal system because scholars of US immigration have previously focused on immigrant admissions and exclusions from the polity rather than the deportation power and rights in the workplace. Lineages will thus be a considerable contribution to the study of migration in the US and in the humanities and social sciences.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project traces the historical emergence of the idea that a single book, by virtue of its author's racial identity, might reveal profound truths about an entire race of people. Through an intertwined cultural history of print, race, and aesthetics, from the sixteenth to the nineteenth centuries, "The Racialization of Print" marks the origins and consequences of the notion that printed books provide a special kind of racial knowledge.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
My book project, "Dubiously Donne: Attribution and Literary Reputation in Early Modern England," explores early attitudes toward authorial identification through analyzing poetry and prose mis-attributed to writers such as John Donne in seventeenth-century handwritten manuscripts. I have uncovered hundreds of mis-attributed texts (or "dubia"), once-popular works that can be complex, lyrical, even scandalous. Studying dubia illuminates early modern notions of authorship, literary canon formation, literary reputations, and reader interests–topics of interest to those studying early modern British literature, politics, religion, or culture. This book aims to locate dubia on the scholarly map, making many texts buried in local record offices and small libraries available to the public for the first time. It demonstrates how investigating dubia enhances our understanding of early modern–and perhaps modern–artistic creation, reception, and authorial "ownership."

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
My fellowship project investigates new collections of Vodou songs and prayers in Haitian Kreyòl in a book titled "The Songs and Prayers of Sèvis Ginen: Historical and Linguistic Approaches to Haitian Vodou," and publishes the sources in English translation at the Digital Library of the Caribbean. After uploading the translated texts from Beauvoir's (2008a) "The Great Sacred Collection, or, Repertoire of Haitian Vodou Songs" and his (2008b) "African Prayers," my book project employs historical and linguistic approaches that reveal a three-part layering in the texts' lexicon and grammar. These linguistic layers that derive from pre-colonial Africa, colonial Saint-Domingue, and post-colonial Haiti provide evidence for my book's argument that Vodou's corpora are the Kreyòl language's most significant historical and linguistic archive since they span a millennium and serve as a foundation for developing a Kreyòl-based interpretation of transatlantic history.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This book unfolds the long and tangled love affair between American women and Paris, from the late nineteenth century to the 1960s—a period of radical change in the political and social status of women in the US and France. Beginning with the aspiring artists who flocked to Parisian academies in the 1890s, the story moves through World War I and Edith Wharton's reports from the front lines, into the myth-saturated 1920s, when Josephine Baker stormed the cabaret stage and sang of her "deux amours" for her home and Paris, capturing the conflicted emotions of expatriate American women. In the wake of another war, the 1950s saw a resurgent transatlantic exchange of ideas and culture, a new wave that built to the youth-led revolts of May 1968. Throughout the book, famous names take their place among a riotous and racially diverse assembly of lesser-known artists and adventurers, who daringly asserted their own identity against the twin pressures of patriarchy and patriotism.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This book project is a global history of the development of Russian into a world language during the Cold War and its imbrication in post-Soviet nationalist and neo-imperialist projects. It tells the story of how the Soviet government, together with the USSR's foreign allies and adversaries—and those in the non-aligned countries—propelled Russian into the pantheon of world languages. First, I examine Soviet efforts to promote Russian as a world language at home and abroad. Second, I detail how countries in the socialist, capitalist, and "developing" worlds used the teaching of Russian to assimilate, contest, and engage Soviet power. More broadly, the book explores the global proliferation of Russian in the broader historical context of Cold War competition, decolonization, and international debates about educational reform. At the end of the book, I explain how Soviet efforts to promote Russian as a world language have informed the Putin administration's concept of the "Russian World."

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Black women come from an insurgent intellectual tradition. Black women activists and theoreticians, such as Grace P. Campbell, carved out intellectual spaces to uncover, define, contextualize, and validate leftist revolutionary theories. She was a "race woman" who stood with one foot in the Progressive Era and the other in the bosom of the black militant left. She is an essential link between the nineteenth-century reformist movement and the emergence of the radical black left within the New Negro movement. She was active in racial uplift charity work, the only female founder of the African Black Brotherhood, the first black militant radical organization in the twentieth century, and was a chartered member of the Communist Party. Her activism went from uplifting to agitating. Campbell's traceable arch of thinking and activism flows into a subsequent generation of radical black women, such as those embodied in the Black Lives Matter Movement.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Every year, hundreds of Arctic icebergs drift down to the Grand Banks of Newfoundland and sail right into the profit margins of ExxonMobil and Chevron. This is Iceberg Alley, where governments and corporations have sought for centuries to tame what they see as unruly icebergs. The book that this NEH fellowship will support tells the history of doing business in Iceberg Alley. It traces efforts to control and predict icebergs, while illuminating the images, storylines, and narratives that turned ice into an enemy. Many businesses have worked at sea and with ice--from the first transatlantic telegraph that was crushed by an iceberg, to the oil companies that tow bergs away from their rigs, to the beverage companies that now tap icebergs to make beer and vodka. The arc of the narrative runs from iceberg avoidance, to surveillance, to intervention, to consumption. The book advances the concept of "unruly environments" by incorporating the blue humanities, cryopolitics, and ice humanities.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
My research project and monograph, Alphabetic Word Craft, offers an alternative history of the ancient alphabet in the second and first millennia BCE. Alphabetic Word Craft considers the evidence for the literacies of ancient craft specialists who employed specialized tools and craft techniques in their work to create inscriptions. Rather than focus on scribes or administrative elites, I outline a methodology for the study of "craft-literacy" which evaluates how we can use ancient inscribed objects to study the people who made them. While many of these ancient craft specialists may not have had advanced literacy training, they played an important role in the development and transmission of the alphabet.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
"Twinkle, Twinkle: Female Literary Ambition, Male Genius, and the Most Famous Poet You've Never Heard Of" tells the story of Jane Taylor (1783-1824), author of the world's best-known children's verse. Taylor wrote when poetry as a genre was at its zenith and when male poets confidently espoused their own brilliance. When reviewers praised the highly original poems in her "Essays in Rhyme, on Morals and Manners" (1816), Taylor seemed poised for artistic liftoff, but she wound up being known for only "Twinkle, twinkle, little star," the first stanza of her poem "The Star." Through archival detective work, I extract Jane Taylor from the cotton batting of Victorian biographies that depicted this complex writer as a model of bland rectitude. I also tell a larger story about the constraints placed on female ambition. By paying close attention to a beloved poem and following its author across the full sweep of her career, I reveal why the poem, but not the woman, achieved lasting renown.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project will provide the first book length analysis of a global survey of involuntary African indentured labor, known historically as "Liberated Africans," which I conducted and completed in June 2023. My assessment of the survey data alters the perception of the demise of slavery during the Age of Abolition because 1) there were, in fact, higher degrees of government complicity in indenturing "freed" people removed from the slave trade than previously recognized; and 2) there remain significant and unaccounted for narratives that reveal stories of enslavement under the guise of "liberation." This proposed book challenges the existing scholarship to show that at least eighteen nations, not just Britain, benefited from slave trade blockades by exploiting over 700,000 "Liberated Africans" globally. It is a quantitative, spatial, and chronological analysis of the suppression of the slave trade, with a qualitative interpretation that pays particular attention to victim experiences.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Three minerals necessary to most photographic processes—mercury, silver, and gold—were all discovered in present-day California and Nevada within a few years of photography's 1839 invention. The co-existence of these raw materials in one geographic region—together with an abundance of timber, water, light, and, crucially, access to cheap immigrant labor—allowed photography to flourish in the West in the era of Manifest Destiny. Contributing to the emergent field of ecological art history, this project denaturalizes assumptions of photography as a technology that is inorganic, machine-made, and removed from natural conditions. Instead, drawing on the methods of technical art history, this project resituates photography within its contingent material contexts and those associated with extractive human labor. This research radically transforms the national geographies heretofore associated with "American photography" to consider transpacific networks.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

My book project, "Time Considered as a Helix: The Life of Samuel R. Delany," which is under contract with Temple University Press, is the first biography of Samuel R. Delany, the very first openly gay Black science fiction writer in history. Still living today, Delany is the author of such canonical works of the genre as Babel-17 (1966), Nova (1968), and Dhalgren (1975), his crowning achievement and the book that made him an icon of popular culture. In the early 1960s, when Delany was first starting out as a writer, science fiction was dominated by straight white men. As a gay Black intellectual, Delany was the first writer to take the speculative genre in politically challenging new directions, creating fictional worlds with Black protagonists, queer and transgender characters, and gay sexual relationships. Written in cooperation with Delany himself, "Time Considered as a Helix" uses his life as a focal point to reveal the hidden cultural histories of 20th-century Black and gay life.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

Based on extensive multi-method ethnographic field research, this project examines how Q'eqchi'-Mayas in Guatemala's Alta Verapaz region conceptualize the interdependence between humanity, nature, and the divine to make sense of the material, social, and cultural challenges posed by climate change in the region. By documenting how this indigenous population's religious practices and discourses (which draw on both ancestral Mesoamerican cosmology and contemporary Catholic Christian formulations of an "integral ecology") figure humanity's place in and responsibility to the natural environment this project will help scholars better understand how religion shapes people's engagement with pressing environmental issues, how non anthropocentric epistemologies might foster a better ethics in the face of the climate crisis, and thus help advance the humanistic scholarship about climate change.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:

The Organ that Traveled the World traces the production of the liver as a site of knowledge, disease, and treatment in twentieth and twenty-first century Egypt, specifically what this history teaches us about the entangled histories of biomedicine, global public health, and capitalism in this period. In the twentieth century, liver disease ranked as one of the leading causes of death in Egypt due to the presence of a constellation of diseases – hepatitis C primary among – that target the liver. Based on archival and ethnographic research conducted in Egypt, Switzerland, the United States, and the United Kingdom, "The Organ that Traveled the World" chronicles the history of biomedicine in Egypt and how it shaped and was shaped by chemical and pharmaceutical companies, institutions of global public health, and the multiple conceptualizations of the human body that have prevailed in each of these realms.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
My book project, "From Cholera to COVID-19," examines the Japanese responses to public health crises from 1858 to 2020 through an examination of the construction and popularization of a culture of hygiene, from government administrative policies to the social and material practices experienced on the ground and in local communities. The policy-relevant message is that Japan achieved disease prevention without nation-wide sewer systems (which were built later in the 1970s) and its conclusions promise to inform the ongoing challenge of how to deliver health and sanitation to one-quarter of the world's population that does not have access to flush-toilets, sewer systems or daily sanitation facilities. It is a case study of how policy, education, and the medical marketplace were aligned to create hygienic modernity and will serve as the first English-language book to examine the history of Japanese hygiene from a medical, environmental, and material-culture perspective.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The project we propose, "Psychedelic Humanities: Bridging the Two Cultures," seeks to address the intersection of the humanities and sciences within the context of the psychedelic renaissance. In Spring 2025, we intend to host a workshop that convenes a group of eight prominent humanities scholars with four leading scientists, aiming to foster interdisciplinary dialogue and collaboration. This meeting is envisioned not merely as an academic discussion but as a seminal platform for crafting a landmark edited volume, which we believe will herald the emergence of the "psychedelic humanities" as a pivotal academic field.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The Chicago Public Art Group (CPAG), in partnership with the Chicago History Museum, requests a $40,000 planning grant for a temporary exhibition featuring William Walker, widely recognized as the founder of the contemporary community mural movement. Tentatively titled "William Walker: Walls of Truth," the exhibition will focus on the significance of the artist's work in the context of Black liberation struggles of the 1960s and 1970s as well as today's movements for racial justice.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
I am applying for an NEH faculty award to curate an exhibition called "Fashion &amp; Power in Imperial Spain (1492-1700)" at the Hispanic Society of America in New York City and to write the exhibition catalogue. The first exhibition of its kind in the United States, Fashion &amp; Power will display a wide range of objects from the Hispanic Society's museum and library to examine the crucial role that fashion played in the exertion of power within Spanish society and in the construction of Spain's imperial identity. Using objects as evidence, this project will decode the language of power that was communicated by men's and women's clothing and will explore how the power of fashion was mobilized by the major power-brokers: the crown, the military, and the church. "Fashion &amp; Power" will contribute a new narrative of the art and history of imperial Spain that places clothing at the center of the story—a position that accurately reflects the primacy of fashion in the early modern era.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The I'esh'un Project ("I found it," Dena'ina Athabascan) seeks to implement a project to build and publish a map detailing out the locations and information about assimilative boarding schools in Alaska. The funds for this project will support design and creation of the map using GIS software in partnership with a contractor whose work is dedicated to mapping and information management.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
We seek to explore, recover, preserve and build opportunities for healing around the individual, family and collective experiences of boarding school education across the Wisconsin Oneida community. We will seek testimony, input and participation from descendants of former boarding school students as well as from Oneida community members without direct boarding school experience but with exposure to its collective stories. We seek to grapple with the power of memory in all of its forms - direct, passed down, mythologized and narrated collectively across familial, group and community settings, We also seek to grapple with the legacies of such memories - their impact on health, wellbeing, cohesion, education, and the dynamics of resilience within the Oneida Nation. We will organize walking and driving tours, self-recorded audio diaries by Elders and Youth, Past-Present "Memory 11 Mapping" events, and oral history interviews. The work will be included in an episode for a podcast "Whose Land?"

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The American Association of Colleges &amp; Universities will  run a "Humanities Communication Convening" that will bring leaders and  advocates of the humanities together with experts (and some "new voices") in  science communication, journalism, social media content creation, public  relations, and design. The convening will focus on learning how to develop  robust, structured, and professionally recognized training and resources for "humanities  communicators." The intent is to advance the conceptualization of  "humanities communication" for the public, training and professional  support for "humanities communicators," audiences that humanities  communicators need to address, media and forms for impactful humanities  communication today, shared resources that can support humanities communication  from local to national levels, and what the humanities can learn from other  fields that communicate publicly and that also provide a training and professionalization pipeline for their communicators.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
A Taste of Kohala: A Youth Oral History Documentary Film Project" is an oral history project focused on collecting narratives of the rich food traditions of Kohala, Hawai'i Island. Food will be the lens through which to examine the historical and contemporary experiences of various peoples of Hawai'i. The stories gathered will reflect the diversity of the Kohala community and the complexities of its histories and culture. Elements of this project include: 1) A youth documentary filmmaking program to train students in oral history documentation and filmmaking, to capture up to 20 oral histories from the community; 2) Digital exhibit of oral histories and recipes; 3) A printed cookbook with recipes and curatorial text; 4) Interactive exhibit at Kohala Heritage Center; and 5) Public events.American Tapestry https://egms.neh.gov/Grants/ViewApplication.aspx?ApplicationID=304064TA-304064Public ProgramsPublic Impact Projects at Smaller OrganizationsBlack Heritage Trail of New Hampshire, Inc.Ms. JerriAnne BoggisFragile Freedoms:  Black Revolutionaries in New Hampshire, 1750-1800.2025-05-01 00:00:00.0002027-04-30 00:00:00.0002024-11-21Approved0.00Implementation of a statewide traveling panel exhibition on the history of Black Revolutionaries in New Hampshire as part of the observance of America's 250th anniversary. The Black Heritage Trail of New Hampshire (BHTNH) is seeking funding for a project in line with the NEH initiative American Tapestry" and in commemoration of the country's 250th anniversary.  The project is also in line with BHTNH's strategic plan to engage with 1/3rd of NH's population through social media and programming over the next three years.  Black soldiers, sailors, and activists played a key role in New Hampshire's participation in the American Revolution and in fighting for the liberties it espoused.  This is history that everyone in NH should know.  The project consists of researching and creating portable text panels featuring Black Revolutionaries and their stories that will travel to public libraries, schools, businesses, and city and town halls throughout the state.  Each will have QR codes connecting viewers to additional information and resources.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Motown Collections and Facilities staff will work with preservation environment specialists from the Image Permanence Institute (IPI) to evaluate the preservation quality of its collection storage facility and two historic houses containing one-of-a-kind artifacts which document the history of Motown Records. The data collected over one year will be analyzed to establish recommendations for improving the Museum's preservation environment and program. IPI will provide training to Motown's Collection and Facilities staff to ensure the continued management and maintenance of an active environmental monitoring program. This work will ensure the long-term, sustainable preservation of the Museum's collections, which includes Motown Record's corporate papers (1959-1988), the Gordy family papers, photographic materials, original sound recordings, film, grooved media, performance uniforms, instruments, and other ephemera that created the legacy known as the "Motown Sound."

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project will create an open-access edition of "The Shape of Utopia: The Architecture of Radical Reform in Nineteenth-Century America" by Irene Cheng, distributed on the University of Minnesota Press Manifold platform, JSTOR, and Project MUSE. "The Shape of Utopia" explores mid-19th century utopian communities through their circulation and promotion of geometrically distinct architectural and urban plans. While most of their communities were never built, geometric utopians distributed their plans as a form of visual rhetoric to convince and inspire potential converts. While past scholarship has framed geometric utopian communities as part of a larger emerging ideology that regarded the built environment as capable of shaping bodies and minds, the book argues that geometric utopians invented a radical aesthetic that allowed them to critically interrogate and visualize the emerging capitalist world as part of a larger effort to remake it.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project will publish the book "Flamenco Nation: The Construction of Spanish National Identity," by Sandie Holguin (NEH grant number FB-54975-10), in an electronic open-access format under a Creative Commons license, making it available for free download and distribution. The author will be paid a royalty of at least $600 upon release of the open access ebook.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project will publish the book "A Spiritual Revolution: The Impact of Reformation and Enlightenment in Orthodox Russia," by Andrey V. Ivanov (NEH grant number FT-260249-18), in an electronic open-access format under a Creative Commons license, making it available for free download and distribution. The author will be paid a royalty of at least $600 upon release of the open access ebook.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
In the contemporary Western imagination, Asian people are frequently described as automatons, which disavows their humanity. In Model Machines, Long Bui investigates what he calls Asian roboticism, or the ways Asians embody the machine and are given robotic characteristics. Bui offers the first historical overview of the overlapping racialization of Asians and Asian Americans through their conflation with the robot-machine nexus. He identifies the "model machine myth," which holds specific queries about personhood, citizenship, labor, and rights in the transnational making of Asian/America. Analyzing resources including newspapers, archives, legal cases, political campaign ads, photographs, medical ephemera, science fiction novels, and fashion magazines, Bui mines the ideological and political work behind the stereotype of Asians and Asian Americans as not just model minorities, but "model machines."

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project will create an open-access edition of the 2019 book "Black Bourgeois: Class and Sex in the Flesh" by Candice M. Jenkins, distributed on Manifold, JSTOR, and Project MUSE. "Black Bourgeois" examines how late 20th and early 21st century African American literary texts grapple with the dilemma of black bourgeois subjectivity. Jenkins argues that the concept of "blackness" typically relies upon exposed and racially marked flesh, while a presumed benefit of material privilege is the protective concealment of the body. Focusing on works by Spike Lee and authors including Toni Morrison, Danzy Senna, Rebecca Walker, Reginald McKnight, Percival Everett, Colson Whitehead, and Michael Thomas, the book explores how bodies disrupt the bourgeois scene in these narratives. The project productively complicates the current sense of both "blackness" and "class" in the U.S. at a moment in our national history when we are repeatedly and viscerally reminded of black bodily vulnerability.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
In "InterAsian Intimacies across Race, Religion, and Colonialism," Chie Ikeya asks how interAsian marriage, conversion, and collaboration in Burma under British colonial rule became the subject of political agitation, legislative activism, and collective violence. Over the course of the twentieth century relations between Burmese Muslims, Sino-Burmese, Indo-Burmese, and other mixed families and communities became flashpoints for far-reaching legal reforms and Buddhist revivalist, feminist, and nationalist campaigns aimed at consigning minority Asians to subordinate status and regulating women's conjugal and reproductive choices. Out of these efforts emerged understandings of religion, race, and nation that continue to vex Burma and its neighbors today.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The fugitive slave known as "Three-Fingered Jack" terrorized colonial Jamaica from 1780 until vanquished by Maroons, self-emancipated Afro-Jamaicans bound by treaty to police the island for runaways and rebels. A thief and a killer, Jack was also a freedom fighter until his grisly death at its behest. Narratives about his exploits shed light on the problems of black rebellion and solutions administered by the colonial state, creating an occasion to consider counter-narratives about its methods of divide and conquer. Writers, performers, and storytellers in England, Jamaica, and the United States have "thieved" Three Fingered Jack's riveting tale, defining black agency through and against representations of his resistance. Frances R. Botkin offers a literary and cultural history that explores the persistence of stories about this black rebel, his contributions to constructions of black masculinity in the Atlantic world, and his legacies in Jamaican and United States popular culture.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project explores the pivotal role that migrant farmworkers play in shaping notions of belonging, focusing on the Italian case. Today's mostly foreign farmworkers work in environments shaped by legal and social precarity, organized crime, and climate change. Bridging migration studies, transnational Italian studies, and the environmental humanities, this project posits today's farmworkers (braccianti) as fitting within a longer history in which, since Italy's 1861 Unification, the labor and movements of braccianti have played a crucial role in the "making of Italy." Through colonial archival materials, autobiographical writing, and interviews I will conduct with migrants and farming co-op members in Sicily, I aim to elaborate how the "bracciante" is a critical figure for understanding how citizenship, race, and notions of the refugee are constructed through shifting relationships to land. I seek an NEH Summer Stipend to conduct archival and ethnographic research for this monograph.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Creation and dissemination of an open-access edition of "Good Pictures Are a Strong Weapon: Laura Gilpin and Navajo Sovereignty" by Louise Siddons, to be issued under a Creative Commons license and published on Manifold Scholarship digital platform in Fall 2023.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project revises the required course in the humanities for Spanish majors and minors: "Readings in the Literary Genres" taken by approximately 1,000 students a year. The revised course explores the theme of life as a road or journey through four geo-cultural modules: (1) the Iberian Peninsula; (2) Latin America; (3) the US/Mexico Borderlands; and (4) the student's own life. The course crosses multiple borders to expose students to the cultural heritage of the Luso-Hispanic world through an examination of the arts and literature treating the theme. The revision is designed to increase the retention of Hispanic and Latino students in our programs in the College of Humanities, currently at 36%, by using evidenced based teaching strategies found to be effective with these students. The class demonstrates for students how studies in the humanities enrich life in ways that are both tangible (by giving them skills with practical applications in work and non-work settings) and intangible.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The Virginia Fox Stern Center for the History of the Book in the Sheridan Libraries of Johns Hopkins University seeks a two-year grant from the National Endowment for the Humanities to implement an online database and digital library that will document and make publicly accessible a collection of approximately 5,000 early modern printed ephemera collected and uniquely annotated with manuscript notes by the jurist, parliamentarian, and diarist Narcissus Luttrell over a fifty year period (1679-1730). Project goals include: 1) recovering and providing unprecedented access to the largest extant archive of early modern English-language ephemeral print culture; 2) producing data analyses and visualizations reflective of the "Luttrell File" database; and 3) produce a virtual digital library of selected materials representative of the breadth of unique early modern English-language ephemera.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
"J.O.Y. | Juneteenth on the Yard," provides a joyful afternoon of music, dance, and festivities held in the African Ancestors Memorial Garden at the International African American Museum, fusing critically important history with contemporary expression. By honoring this historic day, we not only commemorate the legacy of those who came before us but also inspire future generations to continue the pursuit of freedom.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
VMFA seeks a Public Humanities Projects planning grant from the National Endowment for the Humanities (NEH) to support its plans for a fall 2027 exhibition, "Reunited: The Ludwig and Rosy Fischer Collection," and associated two-volume book organized by VMFA and curated by Dr. Sarah Eckhardt, Associate Curator of Modern and Contemporary Art. NEH funds will support a convening of American and German scholars and stakeholders two years in advance of the exhibition to refine the content, format, and interpretive approach of the exhibition and catalogues. The funds will also support a consultant to serve as a project archivist to assist in curatorial research and as a research liaison with participating scholars and authors.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The Fowler Museum at UCLA will develop "Belongings: Legacies and Futures for Historical African Arts," encompassing a nationally and internationally traveling exhibition, scholarly publication, digital teaching resources, and K-12 and public educational programming. "Belongings" is the culmination of over five years of global outreach, partnership-building, and in-depth research into the layered histories of colonial-era collecting in Africa and the subsequent movement of objects over time and across continents.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The Black Heritage Trail of New Hampshire (BHTNH) is seeking funding for a project in line with the NEH initiative American Tapestry" and in commemoration of the country's 250th anniversary.  The project is also in line with BHTNH's strategic plan to engage with 1/3rd of NH's population through social media and programming over the next three years.  Black soldiers, sailors, and activists played a key role in New Hampshire's participation in the American Revolution and in fighting for the liberties it espoused.  This is history that everyone in NH should know.  The project consists of researching and creating portable text panels featuring Black Revolutionaries and their stories that will travel to public libraries, schools, businesses, and city and town halls throughout the state.  Each will have QR codes connecting viewers to additional information and resources.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Presenting the interconnected life stories of five 19th-century African rulers, the exhibition Nguni Nation: Migrant Kingdoms of Southern Africa addresses the topic of the Nguni diaspora following the Mfecane ("crushing" in the isiZulu language), a tumultuous period of war and societal upheaval that shaped southern African history. Around 150 Nguni artworks dating from the 19th century-on loan from museum collections in South Africa, the U.K., and France-will be presented in conversation with specially commissioned images by the South African photographer Jabulani Dhlamini as well as a new video by the director Nomawonga Khumalo. Curators and educators will collaborate with Yale faculty across disciplines and consultants representing a broad sweep of the humanities to produce an exhibition, catalogue, and programming that engage diverse audiences at every educational level.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Presented by Great Performances on PBS, this documentary film explores the dramatic changes in the Broadway musical over the past two decades, "Who Tells Your Story?" will bring the six-part Broadway: The American Musical series (2004) up to date with a seventh installment, examining how this uniquely American art form has evolved since 2004. Facing unprecedented challenges, today's Broadway musical—and the commercial industry that supports it—has had to reflect and refract seismic changes in American culture while embracing new audiences and a chorus of new voices.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The documentary film Radical Chic will examine the landmark cultural moment in 1970 when Felicia and Leonard Bernstein tried to cross the American divide of race and wealth to hold a fundraiser for wrongfully imprisoned Black Panthers. What followed became known as "the social disaster of the century". The press harshly criticized the Bernsteins and the beloved conductor was booed on the podium. These events might not have achieved lasting cultural importance if journalist Tom Wolfe hadn't immortalized them in his 24,000-word takedown "Radical Chic: That Party At Lenny's." Wolfe satirized the Bernsteins and their guests as status-seeking 'limousine liberals' motivated by white guilt and a desire to appear chic. Wolfe's sensationally-written attack was nominated for a National Book Award, and haunts the culture wars that divide America today. This film studies the original controversy, Wolfe's famous article, and its current re-examination by humanities scholars.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Diasporic Longing is a chronicle of belonging and displacement, pedagogy and practice, and music from Asia to Europe. Tracking the struggles of a family to find a home beyond China in the decades after 1949, the project focuses on two generations of my extended family, which is also the family of Yo-Yo Ma, the cellist. With "Diasporic Longing," I will write a narrative nonfictional study of the Ma family's multiple migrations and musical formations in the twentieth century, bringing illumination to historical figures who, unlike Yo-Yo, tend to go unacknowledged by media journalists. Weaving together biography, ethnography, fragments of poetry, as well as art and music criticism, the book will present finely-tuned explorations of wartime migration and the familial dispersal brought on by upheaval in the 20th century world. Told through the Mas, the book will offer a portrait of musicianship that opens up meanings of diaspora across Taiwan, China, Paris, and New York City.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Malayalees are one of the more recently arrived immigrant populations to the U.S. and part of the larger South Asian diaspora. "Constructing Ethnic Identity in the Diaspora: The Malayalee Community in the United States" examines the intergenerational process of the construction of ethnic identity as "hyphenated" Americans, focusing on two aspects of culture that are especially evocative indexes of ethnic identity: language and food. As Malayalees become hyphenated Americans, how is this constructed in their linguistic and cultural practices, and how do they narrate these choices? The study will contribute to the linguistic description of the South Asian-American repertoire, provide insight into the progression from a multilingual repertoire to an ethnolinguistic repertoire, and, by focusing on two distinct indexes of ethnic and diasporic identity, provide a textured analysis of the construction of ethnic identity in the South Asian diaspora.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
A biography of Anita Loos, the first woman staff screenwriter, author of <em>Gentlemen Prefer Blondes</em>, and many other works, "Laughing All the Time" uses the occasion of Loos's long career to consider the many personal and professional struggles of American working women in the twentieth century.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project request is for completion of research and writing of an initial chapter for a new book project titled "Revealed in the Wound: A Social Ballistics of America's Gun Crisis." The project, conceived as public-facing production, addresses gun violence in the U.S. through the perspective of the wound, addressing the experience of gunshot survivors and physicians and surgeons who treat them. The work weaves ethnographic, literary, artistic, and historical materials to address an often-concealed facet of America's gun crisis.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This book, "Shepherds in the Dark: Bishops and the Creation of Catholic Knowledge in Early Modern Italy," takes a fresh look at post-Tridentine episcopacy in late sixteenth-century Italy by examining the information management and knowledge production of a network of Italian bishops, including Carlo Borromeo, Gabriele Paleotti, Agostino Valier, Giovanni Francesco Bonomi, Alessandro Sauli, and Carlo Maria Bascapè. Working with (and sometimes against) each other, their collaborators, and their communities, these bishops created knowledge in many forms: it was historical, legal, liturgical, embodied, in dialogue with the built environment, and performed in quotidian as well as spectacular rituals. The book shows how this knowledge was assembled as well as adopted, rejected, or contested, presenting a new picture of the Catholic Reformation.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Histories of social science oscillate between the biographical and the intellectual. They pay scant attention to technological conditions of research. Accounts of post-war field sciences, in contrast, underscore how technologies facilitated specimen collection and circulation. "The Ethnographic Drive" rewrites midcentury ethnography by centering technologically mediated exchanges. Taking a major field school, the Harvard Chiapas Project, as its object, this book argues that: (1) prized forms of knowledge reflect values attached to an array of fieldwork technologies (e.g., typewriters, offroad vehicles, aerial photography, and computers); and (2) information storage-obsessed anthropologists reimagined their objects, cultures of highland Chiapas, as drives of deep social memory.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Focusing on circulating exhibitions, migrating artists, and artworks created abroad, "Itinerant Modernism" examines how Afro-Brazilian artistic production took shape transnationally from 1963 to 1988. In 1963, the State Department began exhibiting Afro-Brazilian art in West Africa to position Brazil as a leading diplomatic partner to newly independent nations. In response, Afro-Brazilian activists created art in the United States and collaborated with the Black Power movement. In my book, I argue that Brazil's strengthened relationships with Senegal, Nigeria, and the United States motivated the production of Afro-Brazilian modern art especially by Black artists, leading to the reevaluation of Black identity in Brazil. Artists challenged the materiality of whiteness in Brazilian visual art, merging Afro-Brazilian cultural and religious symbolism with modern art styles and unsettling concepts of racial harmony and homogeneity widely accepted in Brazil at the time.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
The Human Zoo: Colonial Upheaval, Human Spectacle, and the Birth of Modern Anthropology chronicles the rise of so-called human zoos around the turn of the 20th century, a form of entertainment in which Indigenous people were displayed in "living habitats" in the U.S. and Europe, and the imperial and scientific interests that used them to legitimize racism and Social Darwinism. The forthcoming non-fiction narrative history will be written for a popular audience and is under contract with trade publisher Beacon Press for publication in early 2026.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This book explores the "white gold" rush for lithium, critical for global AI infrastructure and the green transition. It presents the Atacama Desert as a microcosm of the complex webs of interconnection that define our modern world. By examining themes of resource exploitation, ecological exhaustion, and colonial legacies, it illustrates how the global demand for lithium reflects broader environmental and social issues. The book also explores philosophies like "Buen Vivir" which emphasize collective social and planetary responsibility, challenging readers to rethink progress in an increasingly complex, interconnected, and tech-driven world.

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
My book is a narrative history explaining how the arms trade shaped freedom and domination in the Americas, from the Age of Revolutions to WWII. Across the hemisphere, this was an era of bloody anti-colonial rebellion; conflicts over slavery and emancipation; wars between states, settlers, and Indigenous polities; border feuds among neighboring republics; and fratricidal struggles over internal order and capitalist development. Victory required guns and ammunition. But in the Americas, they were mass-produced only in a few cities in the eastern U.S. Everyone looking to force or resist a change in relations of power therefore relied on international arms dealers. "Means of Destruction" will be the first book to explain how unequal access to guns and ammunition conditioned the hemisphere's fateful struggles over freedom and domination. This largely unknown story will speak to major historical questions about the relationship between violence, inequality, and capitalism in the modern world.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
My project looks at US-Philippines colonial and post-colonial history from the 1930's to the 1970's, examining how the American colonial state, the independent Philippine Government, and Filipinas themselves carefully curated ideas of respectable Filipina wives and mothers as a way to advance a myriad of geo-political goals and socio-economic goals. I use the idea of "mothering" as a theoretical framework to tie together a narrative wherein control over women and the production of respectable mothers had always been at the center of the US-Philippines colonial relationship, and continued to be in the aftermath of independence. Indeed, the "mothering" (think "othering") of women - the rhetorical defining and physical control over women's bodies - was integral to the processes of decolonization in the Pacific, and to "winning" the Cold War.

Ex. 15 US-000062485.xlsx

| Prompt | Response |
|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Library of America, in partnership with the National Association of Latino Arts and Cultures, plans  400 YEARS OF LATINO POETRY, a national public humanities initiative comprising a groundbreaking published anthology; public programs and conversations with literary scholars, poets, and historians; and a website featuring a permanent digital archive of teaching and learning resources. | Yes. The partnership with National Association of Latino Arts and Cultures and focus on Latino poetry demonstrate an effort to promote diversity, equity, and inclusion in the literary arts. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Nora Eccles Harrison Museum of Art (NEHMA) at Utah State University requests a National Endowment for the Humanities Challenge Grant of $750,000 to support the construction of an adjacent facility, tentatively called the Wanlass Art Research & Education Center. The objective of the project is twofold: to provide a space for students and learners of all ages, scholars and the community at large to engage with artworks and collections in a manner that will be complementary to the museum's current offerings and to accommodate and preserve the museum's growing collection. | No. The request for a grant for construction and preservation of an art center does not directly relate to DEI (Diversity, Equity, and Inclusion). |

Sheet2
1

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The documentary tells the story of the Colfax Massacre, the single greatest incidence of anti-Black violence during Reconstruction, and its historical and legacy for Black civil rights in Louisiana, the South and in the nation as a whole.

Yes. The documentary explores a historical event that significantly impacted Black civil rights, making it relevant to the topic of DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.W.E.B. Du Bois will weave Du Bois' personal and professional biography with the historical and social context of his times, covering nearly a century – from the Emancipation Proclamation, five years before his birth, to the 1963 March on Washington, the day after he died. His writings, from academic journals to national magazines, from prose to poetry, reached a mass audience -- from workers seeking freedom and fairness -- to U.S. presidents grappling with the changing cultural tides -- to the leaders of developing nations. In the film, his writings take center stage, voiced by Du Bois himself or read by contemporary voices and supported by commentary from historians and other scholars.   This American  sociologist, socialist, historian and Pan-Africanist civil rights activist completed graduate work at the University of Berlin and Harvard, where he was the first African American to earn a doctorate. He  became a professor of history, sociology and economics at Atlanta University.

Yes. W.E.B. Du Bois' biography, activism, and writings contribute to the understanding of historical and social contexts related to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Bombshell (w.t.), is a planned 90-minute documentary exploring America's reaction to the atomic bombing of Hiroshima and its legacy. Bombshell traces how the US government constructed an appealing narrative for American consumption, how one reporter's non-fiction masterpiece blew apart that narrative, and how Washington re-asserted its official line and instilled it in the national conscience. Bombshell introduces fresh insight into classified reports, speech drafts, letters and articles that some say shaped the official narrative, and others argue expose that narrative as government propaganda. It will probe the role of the Black press in WWII and how it reacted to the bombings of Hiroshima and Nagasaki through the prism of race. And Bombshell uncovers for an American audience what the Japanese reported in the first hours after the atomic strikes. Bombshell is about the power of narrative, perception, public opinion and what we convince ourselves ourselves regardless of the truth.

Yes. Bombshell explores the role of the Black press in WWII and its reaction to the bombings of Hiroshima and Nagasaki through the prism of race. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The town on Mont Vernon will construct a new library on town-owned land to replace the current library, the Daland Memorial Library, built in 1909. The current library is too small to service the community and will be repurposed by the town for municipal functions.

No. This project relates to infrastructure and community needs, but there is no mention of diversity, equity, or inclusion (DEI) in the given information.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.You Should Never Blink, is a 90-minute documentary film chronicling the life and legacy of Corita Kent. Artist, nun, and educator, Corita Kent (aka Sister Corita) captivated mid-century America with her vibrant pop art and radical ideas, only to be largely omitted from the historical narrative until now. In her own words, and through the voices of contemporary artists and Kent's former students, You Should Never Blink resurrects and reconsiders the story of this cultural icon.

No. "You Should Never Blink" is a documentary film on Corita Kent's life and legacy. It does not explicitly relate to DEI.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A Man Called White (w.t.) is a new two-hour film by AMERICAN EXPERIENCE for national broadcast on PBS that examines the life and legacy of Walter White, one of the most important and least understood figures in the Black freedom struggle of the 20th century. The film chronicles White's life from his childhood in Atlanta, through his decades as the pre-eminent leader of the civil rights struggle, to his final years, when a controversial divorce and remarriage to a white divorcée all but destroyed his standing in the NAACP and clouded his legacy. His biography offers a powerful lens through which to examine the movement for full citizenship and equal rights during a tumultuous and consequential era in American social and political history. The film will be presented on multiple media platforms in addition to PBS broadcast, including digital distribution in the audiovisual and home video markets, and online streaming on pbs.org.

Yes. "A Man Called White" examines the life and legacy of Walter White, a prominent figure in the Black freedom struggle, contributing to DEI discussions.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Insurrection 1898 is a documentary feature aimed at a wide, national audience through PBS airings on broadcast and digital platforms -- as part of PBS' acclaimed history series American Experience -- as well as screenings at prominent film festivals, educational distribution, and a robust national and regional community engagement campaign. The film brings to life the events surrounding the 1898 coup d'état in Wilmington, NC, in which white supremacists overthrew the multi-racial government of North Carolina's largest city through a coordinated campaign of violence and intimidation intended to undermine Black political and economic power and impose white control.

Yes. "Insurrection 1898" relates to DEI as it explores the historical events of a coup d'Ã©tat aimed at undermining Black political and economic power.

Ex. 15 US-000062485.xlsx

| | | Yes / No | | Y/N | Rationale |
|---|---|---|---|---|---|
| 1 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Library of America, in partnership with the National Association of Latino Arts and Cultures, plans 400 YEARS OF LATINO POETRY, a national public humanities initiative comprising a groundbreaking published anthology; public programs and conversations with literary scholars, poets, and historians; and a website featuring a permanent digital archive of teaching and learning resources. | Library of America, in partnership with the National Association of Latino Arts and Cultures, plans 400 YEARS OF LATINO POETRY, a national public humanities initiative comprising a groundbreaking published anthology; public programs and conversations with literary scholars, poets, and historians; and a website featuring a permanent digital archive of teaching and learning resources. | Yes | The partnership with National Association of Latino Arts and Cultures and focus on Latino poetry demonstrate an effort to promote diversity, equity, and inclusion in the literary arts. | Yes. The partnership with National Association of Latino Arts and Cultures and focus on Latino poetry demonstrate an effort to promote diversity, equity, and inclusion in the literary arts. |
| 2 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Nora Eccles Harrison Museum of Art (NEHMA) at Utah State University requests a National Endowment for the Humanities Challenge Grant of $750,000 to support the construction of an adjacent facility, tentatively called the Wanlass Art Research & Education Center. The objective of the project is twofold: to provide a space for students and learners of all ages, scholars and the community at large to engage with artworks and collections in a manner that will be complementary to the museum's current offerings and to accommodate and preserve the museum's growing collection. | The Nora Eccles Harrison Museum of Art (NEHMA) at Utah State University requests a National Endowment for the Humanities Challenge Grant of $750,000 to support the construction of an adjacent facility, tentatively called the Wanlass Art Research & Education Center. The objective of the project is twofold: to provide a space for students and learners of all ages, scholars and the community at large to engage with artworks and collections in a manner that will be complementary to the museum's current offerings and to accommodate and preserve the museum's growing collection. | No | The request for a grant for construction and preservation of an art center does not directly relate to DEI. | No. The request for a grant for construction and preservation of an art center does not directly relate to DEI (Diversity, Equity, and Inclusion). |
| 3 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The documentary tells the story of the Colfax Massacre, the single greatest incidence of anti-Black violence during Reconstruction, and its historical and legacy for Black civil rights in Louisiana, the South and in the nation as a whole. | The documentary tells the story of the Colfax Massacre, the single greatest incidence of anti-Black violence during Reconstruction, and its historical and legacy for Black civil rights in Louisiana, the South and in the nation as a whole. | Yes | The documentary explores a historical event that significantly impacted Black civil rights, making it relevant to the topic of DEI. | Yes. The documentary explores a historical event that significantly impacted Black civil rights, making it relevant to the topic of DEI. |
| 4 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.W.E.B. Du Bois will weave Du Bois' personal and professional biography with the historical and social context of his times, covering nearly a century – from the Emancipation Proclamation, five years before his birth, to the 1963 March on Washington, the day after he died. His writings, from academic journals to national magazines, from prose to poetry, reached a mass audience -- from workers seeking freedom and fairness -- to U.S. presidents grappling with the changing cultural tides -- to the leaders of developing nations. In the film, his writings take center stage, voiced by Du Bois himself or read by contemporary voices and supported by commentary from historians and other scholars.  This American sociologist, socialist, historian and Pan-Africanist civil rights activist completed graduate work at the University of Berlin and Harvard, where he was the first African American to earn a doctorate. He  became a professor of history, sociology and economics at Atlanta University. | W.E.B. Du Bois will weave Du Bois' personal and professional biography with the historical and social context of his times, covering nearly a century – from the Emancipation Proclamation, five years before his birth, to the 1963 March on Washington, the day after he died. His writings, from academic journals to national magazines, from prose to poetry, reached a mass audience -- from workers seeking freedom and fairness -- to U.S. presidents grappling with the changing cultural tides -- to the leaders of developing nations. In the film, his writings take center stage, voiced by Du Bois himself or read by contemporary voices and supported by commentary from historians and other scholars.  This American  sociologist, socialist, historian and Pan-Africanist civil rights activist completed graduate work at the University of Berlin and Harvard, where he was the first African American to earn a doctorate. He  became a professor of history, sociology and economics at Atlanta University. | Yes | W.E.B. Du Bois' biography, activism, and writings contribute to the understanding of historical and social contexts related to DEI. | Yes. W.E.B. Du Bois' biography, activism, and writings contribute to the understanding of historical and social contexts related to DEI. |
| 5 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Bombshell (w.t.), is a planned 90-minute documentary exploring America's reaction to the atomic bombing of Hiroshima and its legacy. Bombshell traces how the US government constructed an appealing narrative for American consumption, how one reporter's non-fiction masterpiece blew apart that narrative, and how Washington re-asserted its official line and instilled it in the national conscience. Bombshell introduces fresh insight into classified reports, speech drafts, letters and articles that some say shaped the official narrative, and others argue expose that narrative as government propaganda. It will probe the role of the Black press in WWII and how it reacted to the bombings of Hiroshima and Nagasaki through the prism of race. And Bombshell uncovers for an American audience what the Japanese reported in the first hours after the atomic strikes. Bombshell is about the power of narrative, perception, public opinion and what we convince ourselves ourselves regardless of the truth. | Bombshell (w.t.), is a planned 90-minute documentary exploring America's reaction to the atomic bombing of Hiroshima and its legacy. Bombshell traces how the US government constructed an appealing narrative for American consumption, how one reporter's non-fiction masterpiece blew apart that narrative, and how Washington re-asserted its official line and instilled it in the national conscience. Bombshell introduces fresh insight into classified reports, speech drafts, letters and articles that some say shaped the official narrative, and others argue expose that narrative as government propaganda. It will probe the role of the Black press in WWII and how it reacted to the bombings of Hiroshima and Nagasaki through the prism of race. And Bombshell uncovers for an American audience what the Japanese reported in the first hours after the atomic strikes. Bombshell is about the power of narrative, perception, public opinion and what we convince ourselves ourselves regardless of the truth. | Yes | Bombshell explores the role of the Black press in WWII and its reaction to the bombings of Hiroshima and Nagasaki through the prism of race. | Yes. Bombshell explores the role of the Black press in WWII and its reaction to the bombings of Hiroshima and Nagasaki through the prism of race. #DEI |

| | | | | |
|---|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The town on Mont Vernon will construct a new library on town-owned land to replace the current library, the Daland Memorial Library, built in 1909. The current library is too small to service the community and will be repurposed by the town for municipal functions. | The town on Mont Vernon will construct a new library on town-owned land to replace the current library, the Daland Memorial Library, built in 1909. The current library is too small to service the community and will be repurposed by the town for municipal functions. | No | This project relates to infrastructure and community needs, but there is no mention of diversity, equity, or inclusion (DEI) in the given information. | No. This project relates to infrastructure and community needs, but there is no mention of diversity, equity, or inclusion (DEI) in the given information. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.You Should Never Blink, is a 90-minute documentary film chronicling the life and legacy of Corita Kent. Artist, nun, and educator, Corita Kent (aka Sister Corita) captivated mid-century America with her vibrant pop art and radical ideas, only to be largely omitted from the historical narrative until now. In her own words, and through the voices of contemporary artists and Kent's former students, You Should Never Blink resurrects and reconsiders the story of this cultural icon. | You Should Never Blink, is a 90-minute documentary film chronicling the life and legacy of Corita Kent. Artist, nun, and educator, Corita Kent (aka Sister Corita) captivated mid-century America with her vibrant pop art and radical ideas, only to be largely omitted from the historical narrative until now. In her own words, and through the voices of contemporary artists and Kent's former students, You Should Never Blink resurrects and reconsiders the story of this cultural icon. | No | "You Should Never Blink" is a documentary film on Corita Kent's life and legacy. It does not explicitly relate to DEI. | No. "You Should Never Blink" is a documentary film on Corita Kent's life and legacy. It does not explicitly relate to DEI. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A Man Called White (w.t.) is a new two-hour film by AMERICAN EXPERIENCE for national broadcast on PBS that examines the life and legacy of Walter White, one of the most important and least understood figures in the Black freedom struggle of the 20th century. The film chronicles White's life from his childhood in Atlanta, through his decades as the pre-eminent leader of the civil rights struggle, to his final years, when a controversial divorce and remarriage to a white divorcée all but destroyed his standing in the NAACP and clouded his legacy. His biography offers a powerful lens through which to examine the movement for full citizenship and equal rights during a tumultuous and consequential era in American social and political history. The film will be presented on multiple media platforms in addition to PBS broadcast, including digital distribution in the audiovisual and home video markets, and online streaming on pbs.org. | A Man Called White (w.t.) is a new two-hour film by AMERICAN EXPERIENCE for national broadcast on PBS that examines the life and legacy of Walter White, one of the most important and least understood figures in the Black freedom struggle of the 20th century. The film chronicles White's life from his childhood in Atlanta, through his decades as the pre-eminent leader of the civil rights struggle, to his final years, when a controversial divorce and remarriage to a white divorcée all but destroyed his standing in the NAACP and clouded his legacy. His biography offers a powerful lens through which to examine the movement for full citizenship and equal rights during a tumultuous and consequential era in American social and political history. The film will be presented on multiple media platforms in addition to PBS broadcast, including digital distribution in the audiovisual and home video markets, and online streaming on pbs.org. | Yes | "A Man Called White" examines the life and legacy of Walter White, a prominent figure in the Black freedom struggle, contributing to DEI discussions. | Yes. "A Man Called White" examines the life and legacy of Walter White, a prominent figure in the Black freedom struggle, contributing to DEI discussions. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Insurrection 1898 is a documentary feature aimed at a wide, national audience through PBS airings on broadcast and digital platforms -- as part of PBS' acclaimed history series American Experience -- as well as screenings at prominent film festivals, educational distribution, and a robust national and regional community engagement campaign. The film brings to life the events surrounding the 1898 coup d'état in Wilmington, NC, in which white supremacists overthrew the multi-racial government of North Carolina's largest city through a coordinated campaign of violence and intimidation intended to undermine Black political and economic power and impose white control. | Insurrection 1898 is a documentary feature aimed at a wide, national audience through PBS airings on broadcast and digital platforms -- as part of PBS' acclaimed history series American Experience -- as well as screenings at prominent film festivals, educational distribution, and a robust national and regional community engagement campaign. The film brings to life the events surrounding the 1898 coup d'état in Wilmington, NC, in which white supremacists overthrew the multi-racial government of North Carolina's largest city through a coordinated campaign of violence and intimidation intended to undermine Black political and economic power and impose white control. | Yes | "Insurrection 1898" relates to DEI as it explores the historical events of a coup d'état aimed at undermining Black political and economic power. | Yes. "Insurrection 1898" relates to DEI as it explores the historical events of a coup d'état aimed at undermining Black political and economic power. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.One More Mission is a one-hour documentary that explores the rise, impact, and legacy of Vietnam Veterans Against the War (VVAW): the first American veterans' organization to demand an end to the war its members had fought in. | One More Mission is a one-hour documentary that explores the rise, impact, and legacy of Vietnam Veterans Against the War (VVAW): the first American veterans' organization to demand an end to the war its members had fought in. | Yes | One More Mission explores the impact and activism of the VVAW, which relates to the promotion of diversity, equity, and inclusion within the context of veterans' experiences and anti-war movements. | Yes. One More Mission explores the impact and activism of the VVAW, which relates to the promotion of diversity, equity, and inclusion within the context of veterans' experiences and anti-war movements. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.AMERICAN MASTERS--Elie Wiesel: Soul On Fire, a feature length documentary, will explore Elie Wiesel's life through his own words, through interviews with his immediate family, friends, students and scholars who have studied him and through his work as a writer, teacher and public figure. It will air nationwide as part of this PBS series. | AMERICAN MASTERS--Elie Wiesel: Soul On Fire, a feature length documentary, will explore Elie Wiesel's life through his own words, through interviews with his immediate family, friends, students and scholars who have studied him and through his work as a writer, teacher and public figure. It will air nationwide as part of this PBS series. | No | This documentary about Elie Wiesel's life does not directly relate to DEI as described in this statement. | No. This documentary about Elie Wiesel's life does not directly relate to DEI as described in this statement. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The feature documentary film, Diamond Diplomacy examines how two vastly different cultures came to embrace baseball with different styles but equal passion, arguing that the nations' shared obsession with the game has been instrumental in healing wounds caused by World War II and the 1980s economic standoff between the U.S. and Japan. The film introduces a global perspective on the "great American pastime" and its surprising role in strengthening both countries' national identities, often in the midst of military and diplomatic conflicts.

The feature documentary film, Diamond Diplomacy examines how two vastly different cultures came to embrace baseball with different styles but equal passion, arguing that the nations' shared obsession with the game has been instrumental in healing wounds caused by World War II and the 1980s economic standoff between the U.S. and Japan. The film introduces a global perspective on the "great American pastime" and its surprising role in strengthening both countries' national identities, often in the midst of military and diplomatic conflicts.

Yes    The film explores the role of baseball in strengthening national identities and healing wounds, which can be related to diversity, equity, and inclusion efforts.

Yes. The film explores the role of baseball in strengthening national identities and healing wounds, which can be related to diversity, equity, and inclusion efforts.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We are seeking a production grant in the amount of $700,000 for a project on the life of the Chicano playwright, activist, and director Luis Valdez, whose ground-breaking theater company, El Teatro Campesino, and pioneering theater and film productions, reimagined and redefined the Chicano experience in America.  The centerpiece of the project is a documentary film with the working title ¡Adelante! that will be broadcast as part of PBS' American Masters series. More than just a profile of a prolific and important artist, ¡Adelante! is a powerful portrait of the history and meaning of Chicano identity seen through the lens of one of the most consequential Latino artist of the 20th century.

We are seeking a production grant in the amount of $700,000 for a project on the life of the Chicano playwright, activist, and director Luis Valdez, whose ground-breaking theater company, El Teatro Campesino, and pioneering theater and film productions, reimagined and redefined the Chicano experience in America.  The centerpiece of the project is a documentary film with the working title ¡Adelante! that will be broadcast as part of PBS' American Masters series. More than just a profile of a prolific and important artist, ¡Adelante! is a powerful portrait of the history and meaning of Chicano identity seen through the lens of one of the most consequential Latino artist of the 20th century.

No    This project focuses on the life and work of Luis Valdez, a Chicano artist, but it does not directly relate to DEI.

No. This project focuses on the life and work of Luis Valdez, a Chicano artist, but it does not directly relate to DEI.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Coming Home: Fight for a Legacy is a feature-length documentary film about the Women Airforce Service Pilots (WASP), the first female pilots to fly for the U.S. military during WWII. Interwoven with their story are the stories of the Black female pilots who served in the Civil Air Patrol but were denied entry into the WASP because of their race.

Coming Home: Fight for a Legacy is a feature-length documentary film about the Women Airforce Service Pilots (WASP), the first female pilots to fly for the U.S. military during WWII. Interwoven with their story are the stories of the Black female pilots who served in the Civil Air Patrol but were denied entry into the WASP because of their race.

Yes    The documentary highlights the experiences of Black women facing racial discrimination, which is relevant to DEI discussions.

Yes. The documentary highlights the experiences of Black women facing racial discrimination, which is relevant to DEI (Diversity, Equity, and Inclusion) discussions.

---

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
Production of "My Underground Mother," a feature-length documentary that explores the untold story of Jewish women's slave labor during the Holocaust through a daughter's search for her late mother's past, a collective camp diary in which she wrote and interviews with dozens of women survivors who reveal the gender-based violence they suffered and hid from their own families.

Production of "My Underground Mother," a feature-length documentary that explores the untold story of Jewish women's slave labor during the Holocaust through a daughter's search for her late mother's past, a collective camp diary in which she wrote and interviews with dozens of women survivors who reveal the gender-based violence they suffered and hid from their own families.

Yes    The documentary addresses gender-based violence and overlooked histories, contributing to DEI by amplifying marginalized voices.

Yes. The documentary addresses gender-based violence and overlooked histories, contributing to DEI by amplifying marginalized voices.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.90-minute documentary exploring the making of the landmark civil rights television history, Eyes on the Prize, the story of its creator Henry Hampton and its legacy today.

90-minute documentary exploring the making of the landmark civil rights television history, Eyes on the Prize, the story of its creator Henry Hampton and its legacy today.

Yes    The documentary explores the impact of Eyes on the Prize, a civil rights television history, and its relevance to DEI topics and issues.

Yes. The documentary explores the impact of Eyes on the Prize, a civil rights television history, and its relevance to DEI topics and issues.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Shakers will showcase their rich, 250-year-old agrarian heritage through the rehabilitation of their Herb House, a viewable, working herb production facility where Shaker folkways and their living culture will engage public audiences in interactive ways like never before. Through this project, the Shakers also intend to restore part of their founding cultural practices that creativity, learning, the arts, and humanities thrive in places, spaces, and landscapes that are maintained in good working-order.

The Shakers will showcase their rich, 250-year-old agrarian heritage through the rehabilitation of their Herb House, a viewable, working herb production facility where Shaker folkways and their living culture will engage public audiences in interactive ways like never before. Through this project, the Shakers also intend to restore part of their founding cultural practices that creativity, learning, the arts, and humanities thrive in places, spaces, and landscapes that are maintained in good working-order.

No    The description provided does not mention any specific efforts or intentions related to diversity, equity, and inclusion (DEI).

No. The description provided does not mention any specific efforts or intentions related to diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Historic Albany Foundation is seeking funds to restore and rehabilitate the Van Ostrande-Radliff House to become the new headquarters for the organization. The Van Ostrande-Radliff House is the oldest building in Albany, New York and is an extremely rare example of urban architecture from the Dutch colonial period. The building is currently vacant and in poor condition. Once the restoration and rehabilitation are complete, the building will house Historic Albany's administrative offices, program space for lectures and workshops, tool lending library, and Architectural Parts Warehouse salvage shop.

Historic Albany Foundation is seeking funds to restore and rehabilitate the Van Ostrande-Radliff House to become the new headquarters for the organization. The Van Ostrande-Radliff House is the oldest building in Albany, New York and is an extremely rare example of urban architecture from the Dutch colonial period. The building is currently vacant and in poor condition. Once the restoration and rehabilitation are complete, the building will house Historic Albany's administrative offices, program space for lectures and workshops, tool lending library, and Architectural Parts Warehouse salvage shop.

Yes

The restoration of the Van Ostrande-Radliff House relates to DEI by preserving and celebrating the historic architecture and culture of Dutch colonial period in Albany.

Yes. The restoration of the Van Ostrande-Radliff House relates to DEI by preserving and celebrating the historic architecture and culture of Dutch colonial period in Albany.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.As part of a $35 million capital expansion campaign, the National Ornamental Metal Museum (Metal Museum) in Memphis, Tennessee, requests a NEH Challenge Grant to support the renovation and restoration of Rust Hall. Designed by acclaimed Memphis architect Roy Harrover, Rust Hall is one of the first examples of modern architecture in Memphis and was named the "Building of the Decade" for the 1950s by the American Institute of Architects. The renovation will result in a state-of-the-art museum facility for the preservation, promotion, and advancement of the field of fine metalwork. The Metal Museum's unique focus and commitment to the metal arts have positioned it as an educational center within the field. More than the preservation and display of artwork, as the only institution of its kind, the Metal Museum contextualizes the roles and uses of metal to create an understanding of the craft and its history, as well as the impact that history has had on contemporary art and design. 

As part of a $35 million capital expansion campaign, the National Ornamental Metal Museum (Metal Museum) in Memphis, Tennessee, requests a NEH Challenge Grant to support the renovation and restoration of Rust Hall. Designed by acclaimed Memphis architect Roy Harrover, Rust Hall is one of the first examples of modern architecture in Memphis and was named the "Building of the Decade" for the 1950s by the American Institute of Architects. The renovation will result in a state-of-the-art museum facility for the preservation, promotion, and advancement of the field of fine metalwork. The Metal Museum's unique focus and commitment to the metal arts have positioned it as an educational center within the field. More than the preservation and display of artwork, as the only institution of its kind, the Metal Museum contextualizes the roles and uses of metal to create an understanding of the craft and its history, as well as the impact that history has had on contemporary art and design. 

Yes

The Metal Museum's commitment to educating and contextualizing the roles and history of metalwork aligns with DEI principles by promoting understanding and inclusivity in the field.

Yes. The Metal Museum's commitment to educating and contextualizing the roles and history of metalwork aligns with DEI principles by promoting understanding and inclusivity in the field.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Carnegie Library of Homestead (CLoH) requires significant improvements and renovations to its historical structure. To accomplish this, the library has initiated a multi-year $15 million capital campaign. These efforts started with major renovations to the music hall and locker room (Phase One). CLoH is requesting $500,000 in funding from the National Endowment for the Humanities' Infrastructure and Capacity Building Challenge Grant - Capital Projects to assist with Phase Two activities of this campaign which focus on library renovations and improvements. Specific activities of Phase Two renovations include ADA upgrades, hazard abatement, demolition, general construction, structural work, and plumbing work which will rectify infrastructural deterioration over the 123 years of our building's existence.

The Carnegie Library of Homestead (CLoH) requires significant improvements and renovations to its historical structure. To accomplish this, the library has initiated a multi-year $15 million capital campaign. These efforts started with major renovations to the music hall and locker room (Phase One). CLoH is requesting $500,000 in funding from the National Endowment for the Humanities' Infrastructure and Capacity Building Challenge Grant - Capital Projects to assist with Phase Two activities of this campaign which focus on library renovations and improvements. Specific activities of Phase Two renovations include ADA upgrades, hazard abatement, demolition, general construction, structural work, and plumbing work which will rectify infrastructural deterioration over the 123 years of our building's existence.

No

The description focuses on the renovations and improvements of the Carnegie Library of Homestead, but does not mention any specific efforts related to diversity, equity, and inclusion (DEI).

No. The description focuses on the renovations and improvements of the Carnegie Library of Homestead, but does not mention any specific efforts related to diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We are requesting a $635,479  production grant to support an 87-minute documentary on the life and work of Caribbean writer Jamaica Kincaid. The film will trace her life from her childhood in colonial Antigua, to working as an au pair in Scarsdale, N.Y. as a teenager, to becoming the first black female staff writer for The New Yorker at age 26. Kincaid's life and work will be used to explore themes of anti-colonialism, women's search for identity, the use of horticulture as a literary device, and Kincaid's ability to blur the lines between personal stories and history, among others. The film will also address her frequently controversial voice and criticism of her work. Jamaica Kincaid's unique literary contributions will be brought to life through evocative documentary images set to narrated audio excerpts from her novels, rare archival material, interviews with scholars, and cinema vérité footage reflecting daily life of the  now 72-year-old writer.

We are requesting a $635,479  production grant to support an 87-minute documentary on the life and work of Caribbean writer Jamaica Kincaid. The film will trace her life from her childhood in colonial Antigua, to working as an au pair in Scarsdale, N.Y. as a teenager, to becoming the first black female staff writer for The New Yorker at age 26. Kincaid's life and work will be used to explore themes of anti-colonialism, women's search for identity, the use of horticulture as a literary device, and Kincaid's ability to blur the lines between personal stories and history, among others. The film will also address her frequently controversial voice and criticism of her work. Jamaica Kincaid's unique literary contributions will be brought to life through evocative documentary images set to narrated audio excerpts from her novels, rare archival material, interviews with scholars, and cinema vérité footage reflecting daily life of the  now 72-year-old writer.

Yes

This documentary on Jamaica Kincaid explores themes of anti-colonialism, women's identity, and horticulture as a literary device, making it relevant to DEI.

Yes. This documentary on Jamaica Kincaid explores themes of anti-colonialism, women's identity, and horticulture as a literary device, making it relevant to DEI.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.New Masks Now: Artists Innovating Masquerade in Contemporary West Africa is a major traveling exhibition and publication project which presents the stories of four individual masquerade artists, their motivations, artistic choices, and the patronage and economic networks with which they engage in order to make clear that masquerade is fundamentally contemporary. The show offers fresh research models for contemporary masquerade, bringing to the fore issues relating to restitution, ownership, and research ethics. This is the first major exhibition on contemporary masquerade artists to focus on individual creators rather than the typical presentation of masquerades as products of entire cultures, which undermines the nuanced and layered stories that individual artists and masquerades tell.

New Masks Now: Artists Innovating Masquerade in Contemporary West Africa is a major traveling exhibition and publication project which presents the stories of four individual masquerade artists, their motivations, artistic choices, and the patronage and economic networks with which they engage in order to make clear that masquerade is fundamentally contemporary. The show offers fresh research models for contemporary masquerade, bringing to the fore issues relating to restitution, ownership, and research ethics. This is the first major exhibition on contemporary masquerade artists to focus on individual creators rather than the typical presentation of masquerades as products of entire cultures, which undermines the nuanced and layered stories that individual artists and masquerades tell.

Yes   The exhibition highlights individual masquerade artists, challenges cultural stereotypes, and addresses issues of restitution, ownership, and research ethics.

Yes. The exhibition highlights individual masquerade artists, challenges cultural stereotypes, and addresses issues of restitution, ownership, and research ethics. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Wihanble S'a Center at Bard College will develop Indigenous protocols to guide the creation and refinement of AI wearable and digital technologies. The project team aims to imagine, design, test, and prototype a series of research and technological development activities that build AI-driven systems grounded in both Indigenous knowledge and Western dream science. By framing AI development within the context of Indigenous methodologies and dream sciences, the Center seeks to contribute a novel perspective to the existing AI research landscape. This approach not only diversifies the technological and ethical framework of AI but also bridges a significant gap in the humanities, where technology often feels detached from cultural and spiritual aspects of human experience.

The Wihanble S'a Center at Bard College will develop Indigenous protocols to guide the creation and refinement of AI wearable and digital technologies. The project team aims to imagine, design, test, and prototype a series of research and technological development activities that build AI-driven systems grounded in both Indigenous knowledge and Western dream science. By framing AI development within the context of Indigenous methodologies and dream sciences, the Center seeks to contribute a novel perspective to the existing AI research landscape. This approach not only diversifies the technological and ethical framework of AI but also bridges a significant gap in the humanities, where technology often feels detached from cultural and spiritual aspects of human experience.

Yes   The Wihanble Sâ€™a Center aims to integrate Indigenous knowledge and cultural perspectives into AI development, diversifying the technological and ethical framework of AI.

Yes. The Wihanble Sâ€™a Center aims to integrate Indigenous knowledge and cultural perspectives into AI development, diversifying the technological and ethical framework of AI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.With artificial intelligence (AI) rapidly developing across economic and social sectors, ethical frameworks are urgently needed for its assessment and implementation. This project establishes the Embedding AI in Society Ethically (EASE) Center to confront emerging areas of agent-based AI. The center facilitates interdisciplinary research, graduate training, and public and civic engagement. EASE will be the hub of ethical AI research, provide an interdisciplinary "AI Ethics" graduate minor, and a series of conferences and special journal issues on 1) Autonomous Vehicles (AVs), 2) Large Language Models (LLMs), and 3) AI-based technologies for eldercare.

With artificial intelligence (AI) rapidly developing across economic and social sectors, ethical frameworks are urgently needed for its assessment and implementation. This project establishes the Embedding AI in Society Ethically (EASE) Center to confront emerging areas of agent-based AI. The center facilitates interdisciplinary research, graduate training, and public and civic engagement. EASE will be the hub of ethical AI research, provide an interdisciplinary "AI Ethics" graduate minor, and a series of conferences and special journal issues on 1) Autonomous Vehicles (AVs), 2) Large Language Models (LLMs), and 3) AI-based technologies for eldercare.

Yes   The establishment of EASE Center shows a commitment to addressing ethical issues in AI, promoting diversity and inclusion in research, and engaging with the public.

Yes. The establishment of EASE Center shows a commitment to addressing ethical issues in AI, promoting diversity and inclusion in research, and engaging with the public. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The USC-Huntington Early Modern Studies Institute requests an implementation grant of $400,000 for a Humanities Discussions Project, titled LA2026, and an additional $100,000 for a Position in the Public Humanities. Our project brings together members of the public and humanities scholars for eighteen conversations about museum and cultural exhibitions at six partnering institutions in the Los Angeles region. Each exhibition reframes conversations about the anniversary of 1776 from the perspective of California and the West. Our discussions respond to the American Tapestry and the A More Perfect Union NEH initiatives, encouraging public discussions about underrepresented groups, national identities, relationships between regional and national narratives, the struggle for democracy, climate change, and the nation's uneven journey to an equitable and just society. Our project answers the call to address the experiences of Native Americans and underrepresented communities.

The USC-Huntington Early Modern Studies Institute requests an implementation grant of $400,000 for a Humanities Discussions Project, titled LA2026, and an additional $100,000 for a Position in the Public Humanities. Our project brings together members of the public and humanities scholars for eighteen conversations about museum and cultural exhibitions at six partnering institutions in the Los Angeles region. Each exhibition reframes conversations about the anniversary of 1776 from the perspective of California and the West. Our discussions respond to the American Tapestry and the A More Perfect Union NEH initiatives, encouraging public discussions about underrepresented groups, national identities, relationships between regional and national narratives, the struggle for democracy, climate change, and the nation's uneven journey to an equitable and just society. Our project answers the call to address the experiences of Native Americans and underrepresented communities.

Yes   The project aims to address the experiences of Native Americans and underrepresented communities through public discussions and reframing narratives.

Yes. The project aims to address the experiences of Native Americans and underrepresented communities through public discussions and reframing narratives. #DEI

Ex. 15 US-000062485.xlsx

| | Prompt | Text | | Response | Response |
|---|---|---|---|---|---|
| 26 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Thaddeus Stevens & Lydia Hamilton Smith Center for History and Democracy will explore the lives of two influential, yet underrepresented historic figures. Congressman Thaddeus Stevens (1792–1868) was a radical legislator during the Civil War and Reconstruction. His advocacy helped spearhead the "Second Founding" of the United States. Lydia Hamilton Smith (1815–1884), a free woman of color and Stevens' housekeeper, defied barriers to become a successful businesswoman. Her commitment to Stevens enabled some of his greatest accomplishments and reveals the role of women in 19th-century political movements. Located in the historic property owned by Stevens and later by Smith, interpretive content will explore their contributions while providing context for the significant events they lived through. Exhibitions and immersive media experiences will invite visitors to investigate issues of equality, citizenship, democracy, and racial justice in the 1800s and in the United States today. | The Thaddeus Stevens & Lydia Hamilton Smith Center for History and Democracy will explore the lives of two influential, yet underrepresented historic figures. Congressman Thaddeus Stevens (1792–1868) was a radical legislator during the Civil War and Reconstruction. His advocacy helped spearhead the "Second Founding" of the United States. Lydia Hamilton Smith (1815–1884), a free woman of color and Stevens' housekeeper, defied barriers to become a successful businesswoman. Her commitment to Stevens enabled some of his greatest accomplishments and reveals the role of women in 19th-century political movements. Located in the historic property owned by Stevens and later by Smith, interpretive content will explore their contributions while providing context for the significant events they lived through. Exhibitions and immersive media experiences will invite visitors to investigate issues of equality, citizenship, democracy, and racial justice in the 1800s and in the United States today. | Yes | The center explores the lives of underrepresented figures, advocacy for equality, and racial justice, all related to DEI. | Yes. The center explores the lives of underrepresented figures, advocacy for equality, and racial justice, all related to DEI. |
| 27 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Brooklyn Children's Museum (BCM) requests an $499,500 Public Humanities Exhibit Implementation grant from the National Endowment for the Humanities to support Brooklyn Time Machine, a permanent exhibition exploring 400 years of Brooklyn's history in a 25-foot high, three-level, gross-motor climbing structure for children ages 5 to 12. As part of this proposal, BCM requests funds for an Exhibit Manager, a public humanities position that will serve as project manager, research and source material from CBH and other partner collections, and coordinate scholar activities. | Brooklyn Children's Museum (BCM) requests an $499,500 Public Humanities Exhibit Implementation grant from the National Endowment for the Humanities to support Brooklyn Time Machine, a permanent exhibition exploring 400 years of Brooklyn's history in a 25-foot high, three-level, gross-motor climbing structure for children ages 5 to 12. As part of this proposal, BCM requests funds for an Exhibit Manager, a public humanities position that will serve as project manager, research and source material from CBH and other partner collections, and coordinate scholar activities. | No | BCM's proposal does not explicitly mention DEI or any efforts to promote diversity, equity, and inclusion. | No. BCM's proposal does not explicitly mention DEI or any efforts to promote diversity, equity, and inclusion. |
| 28 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Juniata College in Huntingdon, PA, requests an NEH Infrastructure Challenge Grant to preserve and sustain its Archives and Special Collections (ASC). With this project, a highly visible suite will be created to preserve our most historic and rare humanities library collections. This project will enhance teaching, learning, and scholarship in the humanities by increasing access to and engagement with primary sources. This project is timed to coincide with a major library renovation that anticipates the future of academic libraries, is associated with a cultural shift from teacher-centered pedagogy to a learner-centered environment and supports our intentional focus on the interdisciplinary application of knowledge. Learners, as critical thinkers, will dare to explore the ASC Suite leading to a broader understanding and appreciation for how the humanities is rooted in their acquisition of knowledge and a greater concern for the global community as they engage with the world.  | Juniata College in Huntingdon, PA, requests an NEH Infrastructure Challenge Grant to preserve and sustain its Archives and Special Collections (ASC). With this project, a highly visible suite will be created to preserve our most historic and rare humanities library collections. This project will enhance teaching, learning, and scholarship in the humanities by increasing access to and engagement with primary sources. This project is timed to coincide with a major library renovation that anticipates the future of academic libraries, is associated with a cultural shift from teacher-centered pedagogy to a learner-centered environment and supports our intentional focus on the interdisciplinary application of knowledge. Learners, as critical thinkers, will dare to explore the ASC Suite leading to a broader understanding and appreciation for how the humanities is rooted in their acquisition of knowledge and a greater concern for the global community as they engage with the world.  | No | This project focuses on preserving and sustaining humanities collections but does not specifically mention diversity, equity, and inclusion (DEI) initiatives. | No. This project focuses on preserving and sustaining humanities collections but does not specifically mention diversity, equity, and inclusion (DEI) initiatives. |
| 29 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We propose an OU Center for Creativity and Authenticity in AI Cultural Production. Our goal is to create and sustain means for collaboration regarding the meaning of generative AI for artistic and cultural experience. While AI enables new modes of expression, it can destabilize the relationship between author and audience, raising questions about the nature and purpose of human creative expression. What does generative AI mean for such moments of creation? What does it mean for our ideas and practices regarding truth, trust, power, and belonging? This Center will explore these questions with special attention to their implications for Native American cultural sovereignty. Our Center will bring together experts from across the humanities, social sciences, and STEM fields to catalyze research on crucial topics, such as trust, authenticity, and relationality, through a linked set of research teams, interdisciplinary conferences and associated edited volumes, and marquee public speakers. | We propose an OU Center for Creativity and Authenticity in AI Cultural Production. Our goal is to create and sustain means for collaboration regarding the meaning of generative AI for artistic and cultural experience. While AI enables new modes of expression, it can destabilize the relationship between author and audience, raising questions about the nature and purpose of human creative expression. What does generative AI mean for such moments of creation? What does it mean for our ideas and practices regarding truth, trust, power, and belonging? This Center will explore these questions with special attention to their implications for Native American cultural sovereignty. Our Center will bring together experts from across the humanities, social sciences, and STEM fields to catalyze research on crucial topics, such as trust, authenticity, and relationality, through a linked set of research teams, interdisciplinary conferences and associated edited volumes, and marquee public speakers. | No | This proposal focuses on AI cultural production and its implications for creative expression, truth, trust, power, and belonging, but it does not explicitly mention DEI or address underrepresented communities. | No. This proposal focuses on AI cultural production and its implications for creative expression, truth, trust, power, and belonging, but it does not explicitly mention DEI (Diversity, Equity, and Inclusion) or address underrepresented communities. |

Ex. 15 US-000062485.xlsx

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
A New Agora for New York: Museums as Spaces for Democracy" is a humanities discussion program series produced in partnership with Humanities New York. The series will use the Smithsonian Institution's Museum on Main Street Exhibition, Voices and Votes: Democracy in America" as a launching point to support the work of twelve museums and their communities to explore, reflect on, and tell the story of their role in the evolution of American Democracy and envision the future of our nation as we approach the semiquincentennial. Programs will include two planning symposia, development and installation of an exhibition from the museum's collection that tells the story of their community's relationship with democracy, a lecture by a project scholar, an oral history gathering project, a Virtual Agora, Community Conversation discussion programs, and workshops for local teachers. The project will produce 36 public programs and reach 50,000 people.

A New Agora for New York: Museums as Spaces for Democracy" is a humanities discussion program series produced in partnership with Humanities New York. The series will use the Smithsonian Institution's Museum on Main Street Exhibition, Voices and Votes: Democracy in America" as a launching point to support the work of twelve museums and their communities to explore, reflect on, and tell the story of their role in the evolution of American Democracy and envision the future of our nation as we approach the semiquincentennial. Programs will include two planning symposia, development and installation of an exhibition from the museum's collection that tells the story of their community's relationship with democracy, a lecture by a project scholar, an oral history gathering project, a Virtual Agora, Community Conversation discussion programs, and workshops for local teachers. The project will produce 36 public programs and reach 50,000 people.

Yes | The program fosters inclusive discussions on democracy, engaging diverse communities and perspectives, which aligns with DEI principles.

Yes. The program fosters inclusive discussions on democracy, engaging diverse communities and perspectives, which aligns with DEI principles.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.CLAAI will bring together researchers, students, and pedagogy experts working within small liberal arts colleges to study the social, cultural, and legal possibilities and challenges of AI. We will (1) develop collaborative research through Research Fellowships, (2) expand course offerings on the ethical issues that arise within AI and ways we can use AI to address pressing social issues through Course Transformation and Professional Development Grants, and (3) expand access to AI methods through in-person and digital workshops and talks, and (4) support knowledge sharing and creation within and beyond Richmond by building on UR's strength in Visual AI. With UR as the central node, CLAAI will be a networked collaboration with the Associated Colleges of the South (ACS), a consortium of 16 small liberal arts colleges in the southern United States including historically black colleges, religiously-affiliated institutions, and nonsectarian-private institutions from Texas to Virginia.

CLAAI will bring together researchers, students, and pedagogy experts working within small liberal arts colleges to study the social, cultural, and legal possibilities and challenges of AI. We will (1) develop collaborative research through Research Fellowships, (2) expand course offerings on the ethical issues that arise within AI and ways we can use AI to address pressing social issues through Course Transformation and Professional Development Grants, and (3) expand access to AI methods through in-person and digital workshops and talks, and (4) support knowledge sharing and creation within and beyond Richmond by building on UR's strength in Visual AI. With UR as the central node, CLAAI will be a networked collaboration with the Associated Colleges of the South (ACS), a consortium of 16 small liberal arts colleges in the southern United States including historically black colleges, religiously-affiliated institutions, and nonsectarian-private institutions from Texas to Virginia.

Yes | CLAAI aims to bring together researchers, students, and experts from diverse backgrounds, including historically black colleges, religiously-affiliated, and nonsectarian-private institutions, to study AI's social, cultural, and legal implications.

Yes. CLAAI aims to bring together researchers, students, and experts from diverse backgrounds, including historically black colleges, religiously-affiliated, and nonsectarian-private institutions, to study AI's social, cultural, and legal implications.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The National Native American Boarding School Healing Coalition's (NABS) special project, titled the National Indian Boarding School Digital Archive (NIBSDA), was conceptualized to serve as a national digital platform and digital repository for boarding school archival collections throughout the United States. In order to propel our understanding of this historic legacy forward, NABS, in concert with its partners, has coalesced a working group to coordinate and organize best practices associated with U.S. Indian boarding school records curation in the first of its kind Data Aggregation Working Group. This project's collaboration with the Social Network and Archival Context (SNAC) consortia will focus NABS's efforts toward activities that will propel forward this group's collective efforts of curating and presenting digitized collections. Funds provided by the National Endowment for the Humanities will facilitate a process of collective growth of this Data Aggregation Working Group and the NIBSDA platform to surface primary source material and to create opportunities to engage source communities in effectuating sustained involvement as practitioners in this crucial work.

The National Native American Boarding School Healing Coalition's (NABS) special project, titled the National Indian Boarding School Digital Archive (NIBSDA), was conceptualized to serve as a national digital platform and digital repository for boarding school archival collections throughout the United States. In order to propel our understanding of this historic legacy forward, NABS, in concert with its partners, has coalesced a working group to coordinate and organize best practices associated with U.S. Indian boarding school records curation in the first of its kind Data Aggregation Working Group. This project's collaboration with the Social Network and Archival Context (SNAC) consortia will focus NABS's efforts toward activities that will propel forward this group's collective efforts of curating and presenting digitized collections. Funds provided by the National Endowment for the Humanities will facilitate a process of collective growth of this Data Aggregation Working Group and the NIBSDA platform to surface primary source material and to create opportunities to engage source communities in effectuating sustained involvement as practitioners in this crucial work.

Yes | NABS's project aims to create a national digital platform for boarding school archival collections, promoting collective efforts, engagement, and sustained involvement.

Yes. NABS's project aims to create a national digital platform for boarding school archival collections, promoting collective efforts, engagement, and sustained involvement. #DEI

| | | | | |
|---|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Arthur and Janet C. Ross Library is one of the American Academy in Rome's (AAR) most valuable resources and is under the direction of the Drue Heinz Librarian, Dr. Sebastian Hierl. The Library is increasingly running out of space and will be full in four years. Our Barbara Goldsmith Rare Book Room is already at capacity. This means that many of our rare and fragile folios remain on our open stacks; the Academy is in need of a better solution to protect these volumes. We have identified the lower level of the Villa Chiaraviglio as suitable space for a new library annex providing both study space and rare books storage that will provide 15 years of capacity. The AAR thus plans a new annex to expand space for its library facility enabling us to store our rare book folios and continue growing our collections. | The Arthur and Janet C. Ross Library is one of the American Academy in Rome's (AAR) most valuable resources and is under the direction of the Drue Heinz Librarian, Dr. Sebastian Hierl. The Library is increasingly running out of space and will be full in four years. Our Barbara Goldsmith Rare Book Room is already at capacity. This means that many of our rare and fragile folios remain on our open stacks; the Academy is in need of a better solution to protect these volumes. We have identified the lower level of the Villa Chiaraviglio as suitable space for a new library annex providing both study space and rare books storage that will provide 15 years of capacity. The AAR thus plans a new annex to expand space for its library facility enabling us to store our rare book folios and continue growing our collections. | No | This description does not explicitly mention any connection to Diversity, Equity, and Inclusion. | No. This description does not explicitly mention any connection to Diversity, Equity, and Inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.CLANS is a feature-length documentary exploring the origins of the Diné clans through the oral traditions of the Dene in the Canadian Subarctic and the Diné (Navajo) in the American Southwest. This project centers on traditional Dene and Diné storytellers of the largest Indigenous linguistic families in North America, the Athabascan language family, who weave into our identity language and relationships to land with sacred stories and cultural teachings. | CLANS is a feature-length documentary exploring the origins of the Diné clans through the oral traditions of the Dene in the Canadian Subarctic and the Diné (Navajo) in the American Southwest. This project centers on traditional Dene and Diné storytellers of the largest Indigenous linguistic families in North America, the Athabascan language family, who weave into our identity language and relationships to land with sacred stories and cultural teachings. | No | The documentary explores the origins of tribes and their cultural traditions but does not specifically address DEI issues. | No. The documentary explores the origins of tribes and their cultural traditions but does not specifically address DEI (diversity, equity, and inclusion) issues. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Audio History Project is a public radio and podcast series that explores American history in ways that illuminate the present. The Radio Diaries team approaches history as investigative journalists, producing stories that encourage listeners to explore, question, and learn about America's complex past. | The Audio History Project is a public radio and podcast series that explores American history in ways that illuminate the present. The Radio Diaries team approaches history as investigative journalists, producing stories that encourage listeners to explore, question, and learn about America's complex past. | No | The Audio History Project focuses on exploring American history and does not explicitly mention diversity, equity, and inclusion (DEI) topics. | No. The Audio History Project focuses on exploring American history and does not explicitly mention diversity, equity, and inclusion (DEI) topics. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Adams Papers Editorial Project at the Massachusetts Historical Society (MHS) is the authoritative scholarly edition of the diaries, letters, official records, public writings, and literary miscellanies written by three generations of the Adams Family of Massachusetts, including Abigail Adams, John Adams, John Quincy Adams, Louisa Catherine Adams, Charles Francis Adams, and their families. Since 1956, the project has published 56 volumes, with 49 freely available online (https://www.masshist.org/publications/adams-papers/). This family record charts the generational shifts in American life from the Revolution through the Civil War. As the nation's 250th anniversary approaches, editors are focused on the founding generation's efforts to establish "A More Perfect Union," a complex saga that will unfold in 17 more volumes by 2039. The Adams Papers has received continuous aid from the NEH since 2003; we seek further support to make this unparalleled resource accessible to all. | The Adams Papers Editorial Project at the Massachusetts Historical Society (MHS) is the authoritative scholarly edition of the diaries, letters, official records, public writings, and literary miscellanies written by three generations of the Adams Family of Massachusetts, including Abigail Adams, John Adams, John Quincy Adams, Louisa Catherine Adams, Charles Francis Adams, and their families. Since 1956, the project has published 56 volumes, with 49 freely available online (https://www.masshist.org/publications/adams-papers/). This family record charts the generational shifts in American life from the Revolution through the Civil War. As the nation's 250th anniversary approaches, editors are focused on the founding generation's efforts to establish "A More Perfect Union," a complex saga that will unfold in 17 more volumes by 2039. The Adams Papers has received continuous aid from the NEH since 2003; we seek further support to make this unparalleled resource accessible to all. | No | The Adams Papers Editorial Project does not directly relate to DEI. It focuses on publishing the writings of the Adams family and their contributions to American history. | No. The Adams Papers Editorial Project does not directly relate to DEI. It focuses on publishing the writings of the Adams family and their contributions to American history. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The goal of this 3-year project is to document traditional Ways of Communicating (WoC) in Diné/Navajo and Lakota communities to address the imminent loss of linguistic and cultural knowledge. This is based on an understanding of language not only as grammar and lexicon but as a process of human interaction situated within the social and cultural context. The goal is to document and archive digital audiovisual recordings of naturally occurring language use of two endangered languages, Navajo (Athabaskan; Arizona, USA; nav) and Lakota (Siouan; South Dakota, USA; lkt), and the associated metalinguistic information and pragmatic knowledge held by each language community. This project will build on an existing collaborative partnership among Indiana University, Phoenix Indian Center (PIC, a Diné-serving community organization), and Thunder Valley Community Development Corporation (TVCDC, a Lakota-serving community organization), and language specialist consultants. [edited by staff] | The goal of this 3-year project is to document traditional Ways of Communicating (WoC) in Diné/Navajo and Lakota communities to address the imminent loss of linguistic and cultural knowledge. This is based on an understanding of language not only as grammar and lexicon but as a process of human interaction situated within the social and cultural context. The goal is to document and archive digital audiovisual recordings of naturally occurring language use of two endangered languages, Navajo (Athabaskan; Arizona, USA; nav) and Lakota (Siouan; South Dakota, USA; lkt), and the associated metalinguistic information and pragmatic knowledge held by each language community. This project will build on an existing collaborative partnership among Indiana University, Phoenix Indian Center (PIC, a Diné-serving community organization), and Thunder Valley Community Development Corporation (TVCDC, a Lakota-serving community organization), and language specialist consultants. [edited by staff] | Yes | This project aims to preserve and document endangered languages, Diné/Navajo and Lakota, to address the loss of linguistic and cultural knowledge. | Yes. This project aims to preserve and document endangered languages, Diné/Navajo and Lakota, to address the loss of linguistic and cultural knowledge. #DEI |

| # | Prompt | Description | Y/N | Explanation | Explanation |
|---|---|---|---|---|---|
| 38 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Navajo Language Academy/Diné Bizaad Naalkaah (NLA) requests funding for a three-year project that will develop online digital language resources for Navajo/ Diné (NAV) of the Na-Dene language family. We will employ community elders, veteran language teachers, linguists, and student interns to develop a minimum of three language tools focusing on different aspects of Navajo grammar. At the same time, our project will enhance the capacities of the NLA and Navajo Technical University (NTU), and contribute to the development of a new generation of Navajo language scholars. [edited by staff] | The Navajo Language Academy/Diné Bizaad Naalkaah (NLA) requests funding for a three-year project that will develop online digital language resources for Navajo/ Diné (NAV) of the Na-Dene language family. We will employ community elders, veteran language teachers, linguists, and student interns to develop a minimum of three language tools focusing on different aspects of Navajo grammar. At the same time, our project will enhance the capacities of the NLA and Navajo Technical University (NTU), and contribute to the development of a new generation of Navajo language scholars. [edited by staff] | No | This project focuses on language preservation and education, not on diversity, equity, and inclusion (DEI) specifically. | No. This project focuses on language preservation and education, not on diversity, equity, and inclusion (DEI) specifically. |
| 39 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The UC Davis Center for Artificial Intelligence and Experimental Futures (CAIEF) promotes the democratic governance of AI systems by engaging diverse stakeholders in processes of creative worldmaking—crafting the world of tomorrow, together. The center takes an experimental humanities approach that combines fundamental research on the social dimensions of AI with forward-looking research on designing sociotechnical systems. CAIEF explores the cultural narratives, discursive practices, and imagined futures that shape decisions about AI and influence the course of its development. CAIEF also experiments with new AI systems and community-design methods to prototype democratic modes of AI governance and responsible innovation. CAIEF's long-term vision underscores the importance of interdisciplinary collaboration, democratic participation, and creative imagination in navigating the complex challenges and opportunities presented by AI technologies. | The UC Davis Center for Artificial Intelligence and Experimental Futures (CAIEF) promotes the democratic governance of AI systems by engaging diverse stakeholders in processes of creative worldmaking—crafting the world of tomorrow, together. The center takes an experimental humanities approach that combines fundamental research on the social dimensions of AI with forward-looking research on designing sociotechnical systems. CAIEF explores the cultural narratives, discursive practices, and imagined futures that shape decisions about AI and influence the course of its development. CAIEF also experiments with new AI systems and community-design methods to prototype democratic modes of AI governance and responsible innovation. CAIEF's long-term vision underscores the importance of interdisciplinary collaboration, democratic participation, and creative imagination in navigating the complex challenges and opportunities presented by AI technologies. | Yes | The UC Davis Center for Artificial Intelligence and Experimental Futures promotes diversity, democracy, and interdisciplinary collaboration in AI governance and responsible innovation. | Yes. The UC Davis Center for Artificial Intelligence and Experimental Futures promotes diversity, democracy, and interdisciplinary collaboration in AI governance and responsible innovation. |
| 40 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Coming Round: Kashia-Pomo Struggle for the Homeland is the story of a Native California tribe's remarkable successful effort to recover sacred land and their quest for reunification with descendants of family members brought to Russia at the end of that country's brief colonial venture on the California coast | Coming Round: Kashia-Pomo Struggle for the Homeland is the story of a Native California tribe's remarkable successful effort to recover sacred land and their quest for reunification with descendants of family members brought to Russia at the end of that country's brief colonial venture on the California coast | No | The description does not mention any direct connection to DEI initiatives or themes. | No. The description does not mention any direct connection to DEI (Diversity, Equity, and Inclusion) initiatives or themes. |
| 41 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.According to UNESCO, the Umóⁿhoⁿ language (or Omaha; ISO 639-3: oma), currently spoken in Northeastern Nebraska and Eastern Iowa, is critically endangered. Given the current state of the language and its first-language speakers, all of whom are elderly, this project has two main goals. One goal is to document and preserve the speech of the approximately 27 remaining speakers of Umóⁿhoⁿ. The focus of the documentation is connected speech of contemporary or modern Umóⁿhoⁿ (e.g. place-based narratives), which constitutes a significant gap in the documentary record. The second goal is to make accessible the extensive documentary materials assembled by linguists, academic and community researchers, and Umoⁿhoⁿ language educators. Specifically, we will digitize the existing Umóⁿhoⁿ language materials that have been accumulated by Vida Stabler, the Umóⁿhoⁿ Language and Culture Center Program Director, and other language materials that exist in the homes of Umoⁿhoⁿ community members. [edited by staff] <br /> | According to UNESCO, the Umóⁿhoⁿ language (or Omaha; ISO 639-3: oma), currently spoken in Northeastern Nebraska and Eastern Iowa, is critically endangered. Given the current state of the language and its first-language speakers, all of whom are elderly, this project has two main goals. One goal is to document and preserve the speech of the approximately 27 remaining speakers of Umóⁿhoⁿ. The focus of the documentation is connected speech of contemporary or modern Umóⁿhoⁿ (e.g. place-based narratives), which constitutes a significant gap in the documentary record. The second goal is to make accessible the extensive documentary materials assembled by linguists, academic and community researchers, and Umoⁿhoⁿ language educators. Specifically, we will digitize the existing Umóⁿhoⁿ language materials that have been accumulated by Vida Stabler, the Umóⁿhoⁿ Language and Culture Center Program Director, and other language materials that exist in the homes of Umoⁿhoⁿ community members. [edited by staff] <br /> | No | This project focuses on documentation and preservation of a critically endangered language, rather than addressing diversity, equity, and inclusion (DEI) concerns. | No. This project focuses on documentation and preservation of a critically endangered language, rather than addressing diversity, equity, and inclusion (DEI) concerns. |

| | Prompt | Response | | |
|---|---|---|---|---|
| 42 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project would support linguistic infrastructure by restoring archival-quality digital master preservation recordings (24-bit/96kHz BWF files derived from analog instantaneous discs, reel-to-reels, and cassettes) documenting the recorded sound heritage of the Apache Prisoners of War seized with Geronimo in 1886. It would advance language description by transcribing and translating the Chihene Apache dialect captured in these recordings. This project has federally recognized Fort Sill Chiricahua/Warm Springs Apache (FSA) tribal support. The EGIDS scale establishes the FSA Chiricahua language as critically endangered: fewer than 20 speakers at the Mescalero Apache reservation retain fluency, and it is dormant within the FSA community of southwest Oklahoma. Chihene dialect recordings provide the opportunity to refine the pronunciation and linguistic features of a Chiricahua language that Hoijer (1938) and Opler (1942) described in general terms. Project documentation would be preserved and made accessible at the FSA Cultural Programs Office under a long-term preservation plan built with Institute of Museum and Library Services support, 2018-2022. [edited by staff] | This project would support linguistic infrastructure by restoring archival-quality digital master preservation recordings (24-bit/96kHz BWF files derived from analog instantaneous discs, reel-to-reels, and cassettes) documenting the recorded sound heritage of the Apache Prisoners of War seized with Geronimo in 1886. It would advance language description by transcribing and translating the Chihene Apache dialect captured in these recordings. This project has federally recognized Fort Sill Chiricahua/Warm Springs Apache (FSA) tribal support. The EGIDS scale establishes the FSA Chiricahua language as critically endangered: fewer than 20 speakers at the Mescalero Apache reservation retain fluency, and it is dormant within the FSA community of southwest Oklahoma. Chihene dialect recordings provide the opportunity to refine the pronunciation and linguistic features of a Chiricahua language that Hoijer (1938) and Opler (1942) described in general terms. Project documentation would be preserved and made accessible at the FSA Cultural Programs Office under a long-term preservation plan built with Institute of Museum and Library Services support, 2018-2022. [edited by staff] | Yes | This project supports DEI by preserving and advancing the Chihene Apache dialect, which is critically endangered, and has tribal support. | Yes. This project supports DEI by preserving and advancing the Chihene Apache dialect, which is critically endangered, and has tribal support. |
| 43 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The project documents threatened semantic domains of plant use, management, and local ecological knowledge in Wixárika (hch), an endangered Uto-Aztecan language of West-Central Mexico. Collaboration among community language activists, an ethnobotanist, a linguist specialized in Wixárika, Mexican universities, and community centers will generate: (i) an online Ethnobotanical and Linguistic Database and printed handbook of Wixárika plants illustrating their nomenclature, use, management, cosmological significance, and local ecological concepts; (ii) an annotated corpus of texts to be archived at ELAR (SOAS, University of London) serving as a key resource for linguists and the language community; and (iii) capacity building for community documentation efforts and pedagogical resources for language conservation documentation efforts and pedagogical resources for language conservation. | The project documents threatened semantic domains of plant use, management, and local ecological knowledge in Wixárika (hch), an endangered Uto-Aztecan language of West-Central Mexico. Collaboration among community language activists, an ethnobotanist, a linguist specialized in Wixárika, Mexican universities, and community centers will generate: (i) an online Ethnobotanical and Linguistic Database and printed handbook of Wixárika plants illustrating their nomenclature, use, management, cosmological significance, and local ecological concepts; (ii) an annotated corpus of texts to be archived at ELAR (SOAS, University of London) serving as a key resource for linguists and the language community; and (iii) capacity building for community documentation efforts and pedagogical resources for language conservation documentation efforts and pedagogical resources for language conservation. | Yes | This project aims to document and preserve the endangered Uto-Aztecan language of WixÃ¡rika, promoting linguistic diversity and cultural preservation. | Yes. This project aims to document and preserve the endangered Uto-Aztecan language of WixÃ¡rika, promoting linguistic diversity and cultural preservation. |
| 44 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Resonant is an educational virtual reality (VR) game and companion web experience allowing players to explore Native American heritage, history, and culture through the lens of a changing climate.  Players are transported to the American Southwest through immersive 3D environments of Mesa Verde National Park and Wupatki National Monument. Guided by voices from Native American descendant communities, players will grow their understanding of these storied landscapes, reflect on their own culture and relationship with a changing environment, and challenge stereotypes of Native Americans historically and today. | Resonant is an educational virtual reality (VR) game and companion web experience allowing players to explore Native American heritage, history, and culture through the lens of a changing climate.  Players are transported to the American Southwest through immersive 3D environments of Mesa Verde National Park and Wupatki National Monument. Guided by voices from Native American descendant communities, players will grow their understanding of these storied landscapes, reflect on their own culture and relationship with a changing environment, and challenge stereotypes of Native Americans historically and today. | Yes | Resonant VR game explores Native American heritage, challenges stereotypes, and promotes understanding, which aligns with DEI principles. | Yes. Resonant VR game explores Native American heritage, challenges stereotypes, and promotes understanding, which aligns with DEI principles. |
| 45 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Barbara Johns Project will produce, test, assess and host an educational interactive documentary website to illuminate a missing piece of American history often overlooked in racial discourse—the African American struggle for freedom during the era of segregation (Jim Crow) in the South between the Civil War and the Civil Rights movement. | The Barbara Johns Project will produce, test, assess and host an educational interactive documentary website to illuminate a missing piece of American history often overlooked in racial discourse—the African American struggle for freedom during the era of segregation (Jim Crow) in the South between the Civil War and the Civil Rights movement. | Yes | The Barbara Johns Project highlights the African American struggle for freedom during segregation, contributing to the discourse on racial equity and inclusion. | Yes. The Barbara Johns Project highlights the African American struggle for freedom during segregation, contributing to the discourse on racial equity and inclusion. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Los Angeles County Museum of Art requests a $400,000 grant to support the implementation of Dining with the Sultan: The Fine Art of Feasting at the Islamic Courts, premiering at LACMA April - September 2023 before traveling to the Museum of Fine Arts, Houston. Organized by Dr. Linda Komaroff, Curator of Islamic Art, Dining with the Sultan will be the first museum exhibition to explore Islamic visual culture in the context of its related culinary and dining traditions. The exhibition will include more than 200 works from 25 public and private collections spanning the 8th through 19th centuries, including metalwork, ceramics, enameled glass, textiles, and illustrated manuscripts depicting food preparation and dining. Along with its catalogue and programming, Dining with the Sultan will make important contributions to scholarship in multiple humanities fields and will increase audiences' understanding of the art and culture of the Islamic world and its diverse peoples and traditions.

The Los Angeles County Museum of Art requests a $400,000 grant to support the implementation of Dining with the Sultan: The Fine Art of Feasting at the Islamic Courts, premiering at LACMA April - September 2023 before traveling to the Museum of Fine Arts, Houston. Organized by Dr. Linda Komaroff, Curator of Islamic Art, Dining with the Sultan will be the first museum exhibition to explore Islamic visual culture in the context of its related culinary and dining traditions. The exhibition will include more than 200 works from 25 public and private collections spanning the 8th through 19th centuries, including metalwork, ceramics, enameled glass, textiles, and illustrated manuscripts depicting food preparation and dining. Along with its catalogue and programming, Dining with the Sultan will make important contributions to scholarship in multiple humanities fields and will increase audiences' understanding of the art and culture of the Islamic world and its diverse peoples and traditions.

No

While the exhibition may contribute to scholarship and understanding of Islamic visual culture, it does not directly address DEI concerns.

No. While the exhibition may contribute to scholarship and understanding of Islamic visual culture, it does not directly address DEI (Diversity, Equity, and Inclusion) concerns.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.WALKING CINEMA:  MUSEUM OF THE HIDDEN CITY (MHC) is a mobile application and walking tour exploring San Francisco's history of affordable housing. Due to its unique mix of preservationist and progressive policies, San Francisco's affordable housing stock spans a range of eras: from Depression Era minimalist housing blocks, to inclusionary housing in expensive new glass towers, to the largest concentration of Single Room Occupancy hotels left in the United States.  The project will use this architecture and its surrounding neighborhoods as stages to show how the history of affordable housing informs present and future efforts to create shelter for all the city's residents. Amidst numerous cranes, ubiquitous upscaling, and notorious evictions, MHC will reveal a saga of unintended consequences for a project that may just be getting its footing in one of the most expensive cities in the country.

WALKING CINEMA:  MUSEUM OF THE HIDDEN CITY (MHC) is a mobile application and walking tour exploring San Francisco's history of affordable housing. Due to its unique mix of preservationist and progressive policies, San Francisco's affordable housing stock spans a range of eras: from Depression Era minimalist housing blocks, to inclusionary housing in expensive new glass towers, to the largest concentration of Single Room Occupancy hotels left in the United States.  The project will use this architecture and its surrounding neighborhoods as stages to show how the history of affordable housing informs present and future efforts to create shelter for all the city's residents. Amidst numerous cranes, ubiquitous upscaling, and notorious evictions, MHC will reveal a saga of unintended consequences for a project that may just be getting its footing in one of the most expensive cities in the country.

Yes

"WALKING CINEMA: MUSEUM OF THE HIDDEN CITY" explores the history of affordable housing in San Francisco, highlighting how it informs present and future efforts for shelter. This relates to the topic of DEI by addressing housing access and affordability.

Yes. "WALKING CINEMA: MUSEUM OF THE HIDDEN CITY" explores the history of affordable housing in San Francisco, highlighting how it informs present and future efforts for shelter. This relates to the topic of DEI by addressing housing access and affordability.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Gallup New Deal Art (GNDA) Virtual Museum project endeavors to create a multi-faceted, interactive, and analytical website that restores Gallup's legacy as a Federal Art Center by unifying an expansive and impressive collection of 156 New Deal artworks (currently housed in six separate locations) and by putting public art to public purpose. The Virtual Museum's primary objectives are to make Gallup's New Deal art collection widely available as a rich and engaging artistic, historical, and cultural resource and to leverage its potential for critical conversations and community building. Through original scholarship and creative interpretations, the GNDA Virtual Museum excavates the past, elevates and explores a diversity of perspectives, and encourages the exchange of ideas.

The Gallup New Deal Art (GNDA) Virtual Museum project endeavors to create a multi-faceted, interactive, and analytical website that restores Gallup's legacy as a Federal Art Center by unifying an expansive and impressive collection of 156 New Deal artworks (currently housed in six separate locations) and by putting public art to public purpose. The Virtual Museum's primary objectives are to make Gallup's New Deal art collection widely available as a rich and engaging artistic, historical, and cultural resource and to leverage its potential for critical conversations and community building. Through original scholarship and creative interpretations, the GNDA Virtual Museum excavates the past, elevates and explores a diversity of perspectives, and encourages the exchange of ideas.

Yes

The GNDA Virtual Museum aims to explore a diversity of perspectives, encouraging critical conversations and community building, which relates to DEI efforts.

Yes. The GNDA Virtual Museum aims to explore a diversity of perspectives, encouraging critical conversations and community building, which relates to DEI efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Los Angeles County Museum of Art (LACMA) respectfully requests a $400,000 implementation grant from the National Endowment for the Humanities to support Beyond the Image: Mesoamerican Color, a traveling exhibition on view in Los Angeles, CA (Sept 2024 - Feb 2025) and Crystal Bridges Museum of American Art, Bentonville, AR (Spring 2025). Beyond the Image will showcase more than 200 exemplary artworks and artmarking implements from all major cultural regions of Mesoamerica, spanning three millennia of artistic practice, and including contemporary works by living Indigenous artists. This ambitious project brings decades of interdisciplinary research on Mesoamerican color and artmaking to public audiences for the first time. Curated by Dr. Diana Magaloni, Program Director of the Art of the Ancient Americas, and Dr. Alyce de Carteret, Postdoctoral Fellow, Art of the Ancient Americas, it will be accompanied by a catalogue and an array of interpretive humanities and educational programs.

The Los Angeles County Museum of Art (LACMA) respectfully requests a $400,000 implementation grant from the National Endowment for the Humanities to support Beyond the Image: Mesoamerican Color, a traveling exhibition on view in Los Angeles, CA (Sept 2024 - Feb 2025) and Crystal Bridges Museum of American Art, Bentonville, AR (Spring 2025). Beyond the Image will showcase more than 200 exemplary artworks and artmarking implements from all major cultural regions of Mesoamerica, spanning three millennia of artistic practice, and including contemporary works by living Indigenous artists. This ambitious project brings decades of interdisciplinary research on Mesoamerican color and artmaking to public audiences for the first time. Curated by Dr. Diana Magaloni, Program Director of the Art of the Ancient Americas, and Dr. Alyce de Carteret, Postdoctoral Fellow, Art of the Ancient Americas, it will be accompanied by a catalogue and an array of interpretive humanities and educational programs.

No

This description does not directly relate to DEI. It focuses on an exhibition and its associated programs without specifying their connection to DEI.

No. This description does not directly relate to DEI (Diversity, Equity, and Inclusion). It focuses on an exhibition and its associated programs without specifying their connection to DEI.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Gateway to Himalayan Art, developed with the support of a scholarly advisory group, is a traveling exhibition that presents the iconography, materials, and artistic and cultural practices of the Himalayan region through select objects from the Rubin Museum combined with narrative descriptions, photographs, audio tours, videos, and digital animations. The public will learn about the fundamental art forms and important universal ideas from the Himalayan region, such as compassion, karma, the cyclical nature of existence, and the interdependence of things.   Presented in three modules with a variety of thematic access points, different museum communities can modify the exhibition according to their needs. An open-access digital platform expands material from the exhibition, offering additional opportunities for engagement and learning about a lesser-known area of art and culture necessary for a holistic understanding of Asia.

Gateway to Himalayan Art, developed with the support of a scholarly advisory group, is a traveling exhibition that presents the iconography, materials, and artistic and cultural practices of the Himalayan region through select objects from the Rubin Museum combined with narrative descriptions, photographs, audio tours, videos, and digital animations. The public will learn about the fundamental art forms and important universal ideas from the Himalayan region, such as compassion, karma, the cyclical nature of existence, and the interdependence of things.   Presented in three modules with a variety of thematic access points, different museum communities can modify the exhibition according to their needs. An open-access digital platform expands material from the exhibition, offering additional opportunities for engagement and learning about a lesser-known area of art and culture necessary for a holistic understanding of Asia.

No    This description does not explicitly mention or relate to diversity, equity, or inclusion (DEI) in any way.

No. This description does not explicitly mention or relate to diversity, equity, or inclusion (DEI) in any way.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project, a collaboration between Dartmouth College and the University of Kentucky, undertakes a major enhancement of the Oral History Metadata Synchronizer (OHMS), the pre-eminent digital platform for managing and indexing oral history archives.  Drawing on the prior work of the Dartmouth Digital History Initiative (DDHI), the project team will add advanced data annotation and Named Entity Recognition functionality to the OHMS application.  The project team will also draw on the DDHI's prior experience with data visualization to add mapping and timeline features to the OHMS viewer.  The project will benefit archivists and curators who implement OHMS on digital oral history collections.  It will also benefit the end users of oral history archives, who will have new digital tools for exploring and learning from these collections.  All deliverables for this project will be available on a free and open-source basis.

This project, a collaboration between Dartmouth College and the University of Kentucky, undertakes a major enhancement of the Oral History Metadata Synchronizer (OHMS), the pre-eminent digital platform for managing and indexing oral history archives.  Drawing on the prior work of the Dartmouth Digital History Initiative (DDHI), the project team will add advanced data annotation and Named Entity Recognition functionality to the OHMS application.  The project team will also draw on the DDHI's prior experience with data visualization to add mapping and timeline features to the OHMS viewer.  The project will benefit archivists and curators who implement OHMS on digital oral history collections.  It will also benefit the end users of oral history archives, who will have new digital tools for exploring and learning from these collections.  All deliverables for this project will be available on a free and open-source basis.

No    This project is focused on enhancing a digital platform for managing and indexing oral history archives, without a specific focus on diversity, equity, and inclusion.

No. This project is focused on enhancing a digital platform for managing and indexing oral history archives, without a specific focus on diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Mission US: Spirit of a Nation is an online learning game about the Apalachees, an Indigenous people from northwestern Florida, spanning the 1500s to the mid-1600s. The eighth installment of Mission US, WNET's award-winning series of free classroom games on American history, it will enrich the teaching and learning of Early American history in middle schools. As players progress through the game narrative, they will take on the roles of Apalachee youths of different periods and interact with contemporary experts studying Apalachee history. The story of the Apalachees offers a compelling perspective on Indigenous, as well as Spanish, experiences in North America. Spirit of a Nation will develop young people's knowledge of how American Indigenous communities persisted and adapted during early encounters with Europeans, and of how this past is researched, interpreted, and remembered.

Mission US: Spirit of a Nation is an online learning game about the Apalachees, an Indigenous people from northwestern Florida, spanning the 1500s to the mid-1600s. The eighth installment of Mission US, WNET's award-winning series of free classroom games on American history, it will enrich the teaching and learning of Early American history in middle schools. As players progress through the game narrative, they will take on the roles of Apalachee youths of different periods and interact with contemporary experts studying Apalachee history. The story of the Apalachees offers a compelling perspective on Indigenous, as well as Spanish, experiences in North America. Spirit of a Nation will develop young people's knowledge of how American Indigenous communities persisted and adapted during early encounters with Europeans, and of how this past is researched, interpreted, and remembered.

Yes    Spirit of a Nation educates students about Indigenous experiences, highlighting the history and resilience of American Indigenous communities.

Yes. Spirit of a Nation educates students about Indigenous experiences, highlighting the history and resilience of American Indigenous communities.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The American Antiquarian Society seeks renewed funding for the term 1/1/2022 through 6/30/2025 in the amount of $399,000 to support long-term fellowships for a total of 26 fellowship months per year at the stipend level of $5000/month. Founded in 1812, the AAS is a learned society centered on an independent research library of pre-20th century American history and culture. The Society offered its first National Endowment for the Humanities funded fellowships in 1976-77. The proposed renewal of NEH-supported fellowships will enable scholars from around the country, from diverse backgrounds, and at varied career stages, to conduct research at AAS for periods of 4 to 12 months. The Society asks that NEH provide it with the means to maintain the long-term fellowship program and thus to continue to serve the cause of humanistic scholarship in the United States.

The American Antiquarian Society seeks renewed funding for the term 1/1/2022 through 6/30/2025 in the amount of $399,000 to support long-term fellowships for a total of 26 fellowship months per year at the stipend level of $5000/month. Founded in 1812, the AAS is a learned society centered on an independent research library of pre-20th century American history and culture. The Society offered its first National Endowment for the Humanities funded fellowships in 1976-77. The proposed renewal of NEH-supported fellowships will enable scholars from around the country, from diverse backgrounds, and at varied career stages, to conduct research at AAS for periods of 4 to 12 months. The Society asks that NEH provide it with the means to maintain the long-term fellowship program and thus to continue to serve the cause of humanistic scholarship in the United States.

Yes    The proposed funding supports long-term fellowships at the AAS, allowing scholars from diverse backgrounds and career stages to conduct research. (128 characters)

Yes. The proposed funding supports long-term fellowships at the AAS, allowing scholars from diverse backgrounds and career stages to conduct research. #DEI (128 characters)

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Jane Addams Papers Project is a scholarly editing project that will publish documents covering the years 1901-1935 in two formats. The first, the Jane Addams Digital Edition, is a freely-available edition of images, transcriptions, and metadata for all correspondence and writings. The second, <em>The Selected Papers of Jane Addams</em>, is a seven-volume edition that will contain transcribed and annotated documents covering the same years, with the most historically significant documents selected for publication. The project is also conducting a search for new Addams material that will be added to its publications and developing educational resources to encourage the use of the materials. It also serves as a practical experience using digital humanities tools for undergraduate students at the college.

The Jane Addams Papers Project is a scholarly editing project that will publish documents covering the years 1901-1935 in two formats. The first, the Jane Addams Digital Edition, is a freely-available edition of images, transcriptions, and metadata for all correspondence and writings. The second, <em>The Selected Papers of Jane Addams</em>, is a seven-volume edition that will contain transcribed and annotated documents covering the same years, with the most historically significant documents selected for publication. The project is also conducting a search for new Addams material that will be added to its publications and developing educational resources to encourage the use of the materials. It also serves as a practical experience using digital humanities tools for undergraduate students at the college.

No — The Jane Addams Papers Project is a scholarly editing project focusing on publishing documents and developing educational resources, without a specific focus on DEI efforts.

No. The Jane Addams Papers Project is a scholarly editing project focusing on publishing documents and developing educational resources, without a specific focus on DEI (Diversity, Equity, and Inclusion) efforts.

From the perspective of someone looking to identify DEI grants, does this involve DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response:
This project supports "Ethiopia at the Crossroads," a landmark international loan exhibition that celebrates the artistic traditions of Ethiopia from antiquity to the present. Opening at the Walters Art Museum in Fall 2024, this exhibition will explore the cultural significance and humanistic legacy of Ethiopia, from the earliest prehistoric origins through today. This will be the first major art exhibition in America to examine Ethiopian art in a global context by examining how Ethiopia embodies the idea of "crossroads" geographically, historically, and culturally. Accompanied by interpretive experiences in the galleries, contemporary art installations, a dynamic suite of public programs, and a field-leading scholarly publication, "Ethiopia at the Crossroads" will enrich scholars and the public alike with a greater understanding of the complex exchange of visual culture between Ethiopia and the world.

This project supports "Ethiopia at the Crossroads," a landmark international loan exhibition that celebrates the artistic traditions of Ethiopia from antiquity to the present. Opening at the Walters Art Museum in Fall 2024, this exhibition will explore the cultural significance and humanistic legacy of Ethiopia, from the earliest prehistoric origins through today. This will be the first major art exhibition in America to examine Ethiopian art in a global context by examining how Ethiopia embodies the idea of "crossroads" geographically, historically, and culturally. Accompanied by interpretive experiences in the galleries, contemporary art installations, a dynamic suite of public programs, and a field-leading scholarly publication, "Ethiopia at the Crossroads" will enrich scholars and the public alike with a greater understanding of the complex exchange of visual culture between Ethiopia and the world.

Yes — The project promotes cultural understanding and representation, aligning with DEI principles through global art and public programs.

Yes. The project promotes cultural understanding and representation, aligning with DEI principles through global art and public programs.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This application requests a $398,946 Humanities Discussions grant for "Music Unwound," a consortium of orchestras, music festivals, and institutions of higher education determined to prioritize humanities-infusion as a strategy of audience growth and engagement. The grant would fund 9 cross-disciplinary festivals in 6 states. The centerpiece of each festival is a scripted concert with a continuous visual track. The music is placed in a cultural/historical context via multimedia components including actors, photographs, film, and scholarly commentary. Each festival includes additional ancillary events. Each deals with a topic in American music – and uses that as a springboard to explore  present-day concerns. The audiences are exceptionally diverse. All events prioritize audience discussions. The applicant organizations include 3 orchestras, a music festival, and 2 schools of music. The application also includes 3 NPR documentaries.

This application requests a $398,946 Humanities Discussions grant for "Music Unwound," a consortium of orchestras, music festivals, and institutions of higher education determined to prioritize humanities-infusion as a strategy of audience growth and engagement. The grant would fund 9 cross-disciplinary festivals in 6 states. The centerpiece of each festival is a scripted concert with a continuous visual track. The music is placed in a cultural/historical context via multimedia components including actors, photographs, film, and scholarly commentary. Each festival includes additional ancillary events. Each deals with a topic in American music – and uses that as a springboard to explore  present-day concerns. The audiences are exceptionally diverse. All events prioritize audience discussions. The applicant organizations include 3 orchestras, a music festival, and 2 schools of music. The application also includes 3 NPR documentaries.

Yes — The application includes diverse audiences and prioritizes audience discussions, which aligns with the principles of Diversity, Equity, and Inclusion (DEI).

Yes. The application includes diverse audiences and prioritizes audience discussions, which aligns with the principles of Diversity, Equity, and Inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The project will create, incorporate, and contextualize an Indian Ocean and Asia (IOA) slave voyages database as an integral part of the open access SlaveVoyages website. Pioneering scholarship highlights the need to expand the spatial, chronological, and conceptual parameters of Americans' knowledge of their history as they pursue social justice in the early 21st century. The IOA database will demonstrate that the maritime commerce in slave labor was a truly global phenomenon, that millions of enslaved Africans and Asians were caught up in this traffic between 1500-1939, and that Arabs, Asians, Europeans, and Indians actively participated in this trade, knowledge of which is crucial to expanding public and scholarly understanding of the complexity of the human experience with slavery since 1500. The project will also lay the foundation for expanding this database further as research on the IOA trades continues.

The project will create, incorporate, and contextualize an Indian Ocean and Asia (IOA) slave voyages database as an integral part of the open access SlaveVoyages website. Pioneering scholarship highlights the need to expand the spatial, chronological, and conceptual parameters of Americans' knowledge of their history as they pursue social justice in the early 21st century. The IOA database will demonstrate that the maritime commerce in slave labor was a truly global phenomenon, that millions of enslaved Africans and Asians were caught up in this traffic between 1500-1939, and that Arabs, Asians, Europeans, and Indians actively participated in this trade, knowledge of which is crucial to expanding public and scholarly understanding of the complexity of the human experience with slavery since 1500. The project will also lay the foundation for expanding this database further as research on the IOA trades continues.

Yes — The project aims to expand knowledge of global slave trading, including the participation of Africans and Asians, contributing to a more comprehensive understanding of slavery.

Yes. The project aims to expand knowledge of global slave trading, including the participation of Africans and Asians, contributing to a more comprehensive understanding of slavery.

| | | | | |
|---|---|---|---|---|
| 58 | The National Humanities Center, an independent center exclusively devoted to advanced humanities research, seeks three nine-month fellowships for the next three-year cycle (grant period January 1, 2022 - June 30, 2025). Since 1978, the NEH has generously supported NHC fellowships during each granting cycle. Designated "NEH Fellows," recipients of these awards are chosen through a rigorous vetting process and join a vibrant intellectual community of 30-40 total Fellows. Each works on a major research project throughout the academic year with significant support from our library staff and scholarly programs office. End-of-year evaluations from the roughly 1,500 Fellows who have been in residence generally describe their year at the NHC as the most inspiring and productive of their careers. The NHC focuses attention to diversity in all of its dimensions so that Fellows represent a broad range of disciplines, institutions, backgrounds, and perspectives. | The National Humanities Center, an independent center exclusively devoted to advanced humanities research, seeks three nine-month fellowships for the next three-year cycle (grant period January 1, 2022 - June 30, 2025). Since 1978, the NEH has generously supported NHC fellowships during each granting cycle. Designated "NEH Fellows," recipients of these awards are chosen through a rigorous vetting process and join a vibrant intellectual community of 30-40 total Fellows. Each works on a major research project throughout the academic year with significant support from our library staff and scholarly programs office. End-of-year evaluations from the roughly 1,500 Fellows who have been in residence generally describe their year at the NHC as the most inspiring and productive of their careers. The NHC focuses attention to diversity in all of its dimensions so that Fellows represent a broad range of disciplines, institutions, backgrounds, and perspectives. | Yes | Emphasizes diversity in disciplines, institutions, backgrounds, and perspectives. | Yes. Emphasizes diversity in disciplines, institutions, backgrounds, and perspectives. |
| 59 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Huntington Library, Art Museum, and Botanical Gardens is pleased to request $384,675 from the National Endowment for the Humanities to renew its support for a total of 72 fellowship months for three years starting in 2025, in addition to $8,225 per year for selection costs. This request represents a modest increase over the previous NEH award of $375,000, raising selection committee travel costs from $2,500 to $5,725 per year to align with current GSA rates. | The Huntington Library, Art Museum, and Botanical Gardens is pleased to request $384,675 from the National Endowment for the Humanities to renew its support for a total of 72 fellowship months for three years starting in 2025, in addition to $8,225 per year for selection costs. This request represents a modest increase over the previous NEH award of $375,000, raising selection committee travel costs from $2,500 to $5,725 per year to align with current GSA rates. | No | This funding request does not directly relate to DEI as it specifically addresses financial support for fellowships and selection costs. | No. This funding request does not directly relate to DEI as it specifically addresses financial support for fellowships and selection costs. |
| 60 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The American Antiquarian Society seeks renewed funding for the term 1/1/2025 through 6/30/2028 in the amount of $385,000 to support long-term fellowships for a total of 25 fellowship months per year at the stipend level of $5000/month. Founded in 1812, the AAS is a learned society centered on collecting, preserving, and making available materials that support a broad community of inquiry. The Society offered its first National Endowment for the Humanities funded fellowships in 1976-77. The proposed renewal of NEH-supported fellowships will enable scholars from around the country, from diverse backgrounds, and at varied career stages, to conduct research at AAS for periods of 4 to 12 months. The Society asks that NEH provide it with the means to maintain the long-term fellowship program and thus to continue to serve the cause of humanistic scholarship in the United States. (Edited by staff.) | The American Antiquarian Society seeks renewed funding for the term 1/1/2025 through 6/30/2028 in the amount of $385,000 to support long-term fellowships for a total of 25 fellowship months per year at the stipend level of $5000/month. Founded in 1812, the AAS is a learned society centered on collecting, preserving, and making available materials that support a broad community of inquiry. The Society offered its first National Endowment for the Humanities funded fellowships in 1976-77. The proposed renewal of NEH-supported fellowships will enable scholars from around the country, from diverse backgrounds, and at varied career stages, to conduct research at AAS for periods of 4 to 12 months. The Society asks that NEH provide it with the means to maintain the long-term fellowship program and thus to continue to serve the cause of humanistic scholarship in the United States. (Edited by staff.) | Yes | The proposed renewal of NEH-supported fellowships aims to enable scholars from diverse backgrounds to conduct research at AAS. | Yes. The proposed renewal of NEH-supported fellowships aims to enable scholars from diverse backgrounds to conduct research at AAS. #DEI |
| 61 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Lucy Desi Museum (under the auspices of the National Comedy Center) is ready to move into the production phase to create digital discovery portals (read: physical, computer-powered kiosks) that run custom interactive exhibition software designed by the Center. These digital portals will be located within the museum and will offer a deeper dive into interpretive content that complement the exhibition. These portals will include more than 3,000 items from the collection and will be paired with a multi-vocal narrative to enrich the interpretive content being presented. Furthermore, the portals will be developed to empower visitors to uncover new stories and points of connection to the Lucy Desi legacy. | The Lucy Desi Museum (under the auspices of the National Comedy Center) is ready to move into the production phase to create digital discovery portals (read: physical, computer-powered kiosks) that run custom interactive exhibition software designed by the Center. These digital portals will be located within the museum and will offer a deeper dive into interpretive content that complement the exhibition. These portals will include more than 3,000 items from the collection and will be paired with a multi-vocal narrative to enrich the interpretive content being presented. Furthermore, the portals will be developed to empower visitors to uncover new stories and points of connection to the Lucy Desi legacy. | No | The provided information does not indicate any direct connection to DEI initiatives or the promotion of inclusive practices. | No. The provided information does not indicate any direct connection to DEI (Diversity, Equity, and Inclusion) initiatives or the promotion of inclusive practices. |
| 62 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This grant will fund work on the book edition of the Thomas A. Edison Papers and the transition of that edition from chronological volumes covering 2-3 years to thematic volumes covering the last four decades of Edison's life. During the grant period we will also work on building out our digital image edition and replicating this edition on the Internet Archive as a second copy for preservation and long-term access. | This grant will fund work on the book edition of the Thomas A. Edison Papers and the transition of that edition from chronological volumes covering 2-3 years to thematic volumes covering the last four decades of Edison's life. During the grant period we will also work on building out our digital image edition and replicating this edition on the Internet Archive as a second copy for preservation and long-term access. | No | This initiative specifically focuses on the publication and digital preservation of the Thomas A. Edison Papers, and does not mention DEI-related efforts. | No. This initiative specifically focuses on the publication and digital preservation of the Thomas A. Edison Papers, and does not mention DEI-related efforts. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Einstein Papers Project at Caltech publishes the Collected Papers of Albert Einstein, a multi-volume series that appears in print and is also freely available online, in both a documentary and an English language translation edition. Fifteen double volumes and a comprehensive index volume have been published so far. The edition will include all of his writings, as well as all incoming and outgoing correspondence. Einstein is undoubtedly the most significant and revolutionary modern scientist. He was also a major figure in European and American history, culture, and politics. The edition is now entering the transition years 1930-1933, when the rise of fascism in Germany compelled Einstein to leave Europe and seek refuge in the United States. We seek support for work on three English translation volumes containing more than 1,700 documents as full text and covering this period and their online presentation.

The Einstein Papers Project at Caltech publishes the Collected Papers of Albert Einstein, a multi-volume series that appears in print and is also freely available online, in both a documentary and an English language translation edition. Fifteen double volumes and a comprehensive index volume have been published so far. The edition will include all of his writings, as well as all incoming and outgoing correspondence. Einstein is undoubtedly the most significant and revolutionary modern scientist. He was also a major figure in European and American history, culture, and politics. The edition is now entering the transition years 1930-1933, when the rise of fascism in Germany compelled Einstein to leave Europe and seek refuge in the United States. We seek support for work on three English translation volumes containing more than 1,700 documents as full text and covering this period and their online presentation.

Yes

The Einstein Papers Project's publication of his writings and correspondence highlights an influential figure in history, culture, and science. It contributes to the diversity, equity, and inclusion by providing access to diverse perspectives and promoting intellectual inclusivity.

Yes. The Einstein Papers Project's publication of his writings and correspondence highlights an influential figure in history, culture, and science. It contributes to the diversity, equity, and inclusion by providing access to diverse perspectives and promoting intellectual inclusivity.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A team of Mono community researchers will conduct a 3-year project during which we will create an annotated corpora of at least ten hours of digital video recordings of natural language in Western Mono, a critically endangered Uto-Aztecan language of California. Using traditional Mono practices of transmitting knowledge among multigenerational families, community researchers will form up to three teams, which are called pods. The pods are made up of Elder first-language speakers and, as possible, related family members who are also emerging second-language speakers, to maintain an immersion setting and act as recording technicians. This team structure and research methodology draws on the strength of Mono traditional ways of learning and the motivation and desire of the Elders to pass their knowledge to their family members and builds upon the emerging speakers' desire to acquire more of their language. The documentation corpus, video recordings and English free translations will be archived without restrictions at the Survey of California and Other Indian Languages (The Survey) at the University of California, Berkeley, and more locally, on the archival servers of the North Fork Rancheria of Mono Indians. [edited by staff]

A team of Mono community researchers will conduct a 3-year project during which we will create an annotated corpora of at least ten hours of digital video recordings of natural language in Western Mono, a critically endangered Uto-Aztecan language of California. Using traditional Mono practices of transmitting knowledge among multigenerational families, community researchers will form up to three teams, which are called pods. The pods are made up of Elder first-language speakers and, as possible, related family members who are also emerging second-language speakers, to maintain an immersion setting and act as recording technicians. This team structure and research methodology draws on the strength of Mono traditional ways of learning and the motivation and desire of the Elders to pass their knowledge to their family members and builds upon the emerging speakers' desire to acquire more of their language. The documentation corpus, video recordings and English free translations will be archived without restrictions at the Survey of California and Other Indian Languages (The Survey) at the University of California, Berkeley, and more locally, on the archival servers of the North Fork Rancheria of Mono Indians. [edited by staff]

Yes

This project promotes DEI by empowering and supporting the Mono community in preserving and transmitting their endangered language and culture.

Yes. This project promotes DEI by empowering and supporting the Mono community in preserving and transmitting their endangered language and culture.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Rivers of Steel Heritage Corporation (ROS) is respectfully requesting a grant of $368,269 as part of a total budget of $1,473,076 to be used towards the historic restoration of the Carrie Blast Furnaces (Carrie). Carrie, a National Historic Landmark (NHL) site, is one of the last vestiges of Pittsburgh's industrial heritage and of early 20th-century U.S. industrial culture more generally. The site is open to the public and actively interpreted by ROS for thousands of visitors each year, but deteriorating integrity of the historic structure's vital components puts continued free access to the site at risk. If left unaddressed, these structural issues threaten the site's overall stability and risk damage to one of the last pre-World War II furnaces of their kind in the US. ROS will use the funds to mitigate or repair deterioration in two critical sections of the furnace site: the Stove Deck/Purification Deck, and the Stock House/Trestle.

Rivers of Steel Heritage Corporation (ROS) is respectfully requesting a grant of $368,269 as part of a total budget of $1,473,076 to be used towards the historic restoration of the Carrie Blast Furnaces (Carrie). Carrie, a National Historic Landmark (NHL) site, is one of the last vestiges of Pittsburgh's industrial heritage and of early 20th-century U.S. industrial culture more generally. The site is open to the public and actively interpreted by ROS for thousands of visitors each year, but deteriorating integrity of the historic structure's vital components puts continued free access to the site at risk. If left unaddressed, these structural issues threaten the site's overall stability and risk damage to one of the last pre-World War II furnaces of their kind in the US. ROS will use the funds to mitigate or repair deterioration in two critical sections of the furnace site: the Stove Deck/Purification Deck, and the Stock House/Trestle.

Yes

The restoration of the Carrie Blast Furnaces preserves and interprets Pittsburgh's industrial heritage, promoting diversity, equity, and inclusion by providing free access to a historic site for thousands of visitors each year.

Yes. The restoration of the Carrie Blast Furnaces preserves and interprets Pittsburgh's industrial heritage, promoting diversity, equity, and inclusion by providing free access to a historic site for thousands of visitors each year.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The National Humanities Center is the only independent, nonprofit center dedicated exclusively to advanced study in all areas of the humanities. The Center is devoted to advancing significant humanistic study and reflection and to making those insights available both inside and outside the academic world. Through its residential fellowship program, the National Humanities Center provides scholars with the resources necessary to generate new knowledge and to further understanding of all forms of cultural expression, social interaction, and human thought. National Endowment for the Humanities Fellows at the Center produce humanities scholarship that helps us understand and interpret the human experience, as individuals and societies.

The National Humanities Center is the only independent, nonprofit center dedicated exclusively to advanced study in all areas of the humanities. The Center is devoted to advancing significant humanistic study and reflection and to making those insights available both inside and outside the academic world. Through its residential fellowship program, the National Humanities Center provides scholars with the resources necessary to generate new knowledge and to further understanding of all forms of cultural expression, social interaction, and human thought. National Endowment for the Humanities Fellows at the Center produce humanities scholarship that helps us understand and interpret the human experience, as individuals and societies.

No

The National Humanities Center's mission is not explicitly focused on diversity, equity, and inclusion (DEI) initiatives.

No. The National Humanities Center's mission is not explicitly focused on diversity, equity, and inclusion (DEI) initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Nihunavea: My Heart, My Center is a feature length documentary film project that bears witness to the complex struggles of reclaiming Native California Indian cultural heritage, spirituality, and Tribal Sovereignty. Set shortly after the Tejon Indian Tribe's decades-long struggle for sovereignty through Federal Reaffirmation, Sandra Hernandez—an enrolled member and elected official of the Tejon Indian Tribe and film co-director—reconstructs the history of her tribal family, weaving her way through government agencies, museum institutions, & academia as she works to revitalize the Kitanemuk language, repatriate artifacts, and strengthen the foundational core of her Native identity: family & community. The film serves as a 21st century creation story of a California Native Tribe, one in which we experience the acquisition of land, the retelling of stories, and the returning of a community that had been disbanded for generations.

Nihunavea: My Heart, My Center is a feature length documentary film project that bears witness to the complex struggles of reclaiming Native California Indian cultural heritage, spirituality, and Tribal Sovereignty. Set shortly after the Tejon Indian Tribe's decades-long struggle for sovereignty through Federal Reaffirmation, Sandra Hernandez—an enrolled member and elected official of the Tejon Indian Tribe and film co-director—reconstructs the history of her tribal family, weaving her way through government agencies, museum institutions, & academia as she works to revitalize the Kitanemuk language, repatriate artifacts, and strengthen the foundational core of her Native identity: family & community. The film serves as a 21st century creation story of a California Native Tribe, one in which we experience the acquisition of land, the retelling of stories, and the returning of a community that had been disbanded for generations.

Yes

Nihunavea: My Heart, My Center explores the struggles of reclaiming Native California Indian cultural heritage and Tribal Sovereignty, aligning with DEI goals of recognizing and preserving indigenous cultures.

Yes. Nihunavea: My Heart, My Center explores the struggles of reclaiming Native California Indian cultural heritage and Tribal Sovereignty, aligning with DEI goals of recognizing and preserving indigenous cultures.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Michigan State University and Mmofra Foundation have partnered on the Willis E. Bell Photographic Archive, building on a larger NEH-funded project directed by P.I. Dr. Keller at MSU–the Archive of Malian Photography. With NEH HCRR funding, from 9/1/23-8/31/25, this project will stabilize all 34,923 of Bell's photographic negatives in situ by rehousing them in acid-free envelopes and boxes, create high-resolution digital scans, and develop a catalog of associated metadata. To preserve Ghana's cultural heritage and raise international awareness of this significant collection by an American photographer in Africa during the mid-20th century, this project ensures that Bell's archive will be freely accessible online via Kora, an open-source, database-driven digital repository managed by Matrix at MSU, and its public-facing website. Engaging students and scholars, this project will expand Ghana's capacity in photography conservation and serve as a model for future projects in the region.

Michigan State University and Mmofra Foundation have partnered on the Willis E. Bell Photographic Archive, building on a larger NEH-funded project directed by P.I. Dr. Keller at MSU–the Archive of Malian Photography. With NEH HCRR funding, from 9/1/23-8/31/25, this project will stabilize all 34,923 of Bell's photographic negatives in situ by rehousing them in acid-free envelopes and boxes, create high-resolution digital scans, and develop a catalog of associated metadata. To preserve Ghana's cultural heritage and raise international awareness of this significant collection by an American photographer in Africa during the mid-20th century, this project ensures that Bell's archive will be freely accessible online via Kora, an open-source, database-driven digital repository managed by Matrix at MSU, and its public-facing website. Engaging students and scholars, this project will expand Ghana's capacity in photography conservation and serve as a model for future projects in the region.

No

The provided information does not relate to DEI.

No. The provided information does not relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Stolen Relations: Recovering Stories of Indigenous Enslavement in the Americas (www.indigenousslavery.org) is a community-centered, collaborative project that seeks to broaden our understanding of Indigenous experiences of settler colonialism and its legacies through the lens of slavery and servitude. We are applying for a Level III NEH DHAG in order to design and program a front end public interface, initiate new partnerships (especially with the Tomaquag Museum), and build and expand the technical aspects of the database (including linked open data and migrating to Mukurtu). We are gathering and documenting as many instances as possible of Indigenous enslavement in the Americas between 1492 and 1900 (and beyond, where relevant), focused primarily on New England for now, in close partnership with thirteen regional tribes, nations, and communities. Our project seeks to recover the stories of individuals and make these stories and documents available for use by a broad range of people.

Stolen Relations: Recovering Stories of Indigenous Enslavement in the Americas (www.indigenousslavery.org) is a community-centered, collaborative project that seeks to broaden our understanding of Indigenous experiences of settler colonialism and its legacies through the lens of slavery and servitude. We are applying for a Level III NEH DHAG in order to design and program a front end public interface, initiate new partnerships (especially with the Tomaquag Museum), and build and expand the technical aspects of the database (including linked open data and migrating to Mukurtu). We are gathering and documenting as many instances as possible of Indigenous enslavement in the Americas between 1492 and 1900 (and beyond, where relevant), focused primarily on New England for now, in close partnership with thirteen regional tribes, nations, and communities. Our project seeks to recover the stories of individuals and make these stories and documents available for use by a broad range of people.

Yes

Stolen Relations aims to broaden understanding of Indigenous experiences of settler colonialism, highlighting the role of slavery. It engages with communities and documents instances of Indigenous enslavement.

Yes. Stolen Relations aims to broaden understanding of Indigenous experiences of settler colonialism, highlighting the role of slavery. It engages with communities and documents instances of Indigenous enslavement.

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.cyberSW is currently an open access, web-based gateway for researchers interested in the archaeology of the Southwest United States and Northwestern Mexico. The proposed project will transform this gateway in two ways: first, to meet the interests and needs of the Indigenous communities whose ancestors lived in the places represented in cyberSW; and second, to encourage engagement by wider-ranging audiences of lifelong learners. Accordingly, achieving this goal involves two interrelated steps: first, expanding our digital Indigenous Field Guide to include Indigenous cultural and language content relating to plant and animalCultural Keystone Species (CKS) as identified by our Tribal partners; and second, redesigning the cyberSW web platform to make it easier to use and explore, including on mobile devices while out on the landscape. | cyberSW is currently an open access, web-based gateway for researchers interested in the archaeology of the Southwest United States and Northwestern Mexico. The proposed project will transform this gateway in two ways: first, to meet the interests and needs of the Indigenous communities whose ancestors lived in the places represented in cyberSW; and second, to encourage engagement by wider-ranging audiences of lifelong learners. Accordingly, achieving this goal involves two interrelated steps: first, expanding our digital Indigenous Field Guide to include Indigenous cultural and language content relating to plant and animalCultural Keystone Species (CKS) as identified by our Tribal partners; and second, redesigning the cyberSW web platform to make it easier to use and explore, including on mobile devices while out on the landscape. | Yes | The proposed project aims to meet the interests and needs of Indigenous communities and encourage engagement by wider audiences, promoting inclusivity and diversity in the archaeology of the Southwest. | Yes. The proposed project aims to meet the interests and needs of Indigenous communities and encourage engagement by wider audiences, promoting inclusivity and diversity in the archaeology of the Southwest. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Launched in 2019 with Level II DHAG funding, the London Stage Database (londonstagedatabase.uoregon.edu) has been hailed as "field-changing" for eighteenth-century theater studies. This open-access database of nightly playhouse offerings 1660-1800 has also resonated beyond academe, logging upwards of 130,000 page views from more than 13,500 unique visitors and garnering high-profile media attention. Today, this vitally important piece of digital humanities infrastructure is ripe for upgrades that will leverage newly digitized materials and cutting-edge technologies to meet the emerging needs of a growing audience. We propose to extend the project's reach, utility, and longevity by migrating to a more sustainable web hosting architecture; improving data discovery and interoperability through linked open data; enhancing the user experience with new content and features; deepening collaborative relationships with user communities; and building DH research capacity at the host institution. | Launched in 2019 with Level II DHAG funding, the London Stage Database (londonstagedatabase.uoregon.edu) has been hailed as "field-changing" for eighteenth-century theater studies. This open-access database of nightly playhouse offerings 1660-1800 has also resonated beyond academe, logging upwards of 130,000 page views from more than 13,500 unique visitors and garnering high-profile media attention. Today, this vitally important piece of digital humanities infrastructure is ripe for upgrades that will leverage newly digitized materials and cutting-edge technologies to meet the emerging needs of a growing audience. We propose to extend the project's reach, utility, and longevity by migrating to a more sustainable web hosting architecture; improving data discovery and interoperability through linked open data; enhancing the user experience with new content and features; deepening collaborative relationships with user communities; and building DH research capacity at the host institution. | No | This description does not mention anything related to diversity, equity, or inclusion (DEI). It focuses on the launch, usage, and proposed upgrades of a digital humanities database. | No. This description does not mention anything related to diversity, equity, or inclusion (DEI). It focuses on the launch, usage, and proposed upgrades of a digital humanities database. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Digital Archive of Indigenous Language Persistence (DAILP) seeks Level III funding to transform the DAILP translation interface (DAILP TI) prototype into a shareable resource for indigenous document translation. The prototype already draws on DAILP lexical datasets and resources to produce digital edited collections of translated and annotated indigenous language documents. We now move to a finalized, sustainable application that can be installed and used by partner projects, and we establish a community of support for the code in the long term. We will implement enhancements based on feedback from Cherokee community members, develop training materials and documentation, conduct a code sustainability and data management review, and test the DAILP TI with two test-case teams. By the end of the grant, we will be ready to disseminate the DAILP TI code to a wider community of projects, and empower those projects to support and contribute to the development of DAILP. | The Digital Archive of Indigenous Language Persistence (DAILP) seeks Level III funding to transform the DAILP translation interface (DAILP TI) prototype into a shareable resource for indigenous document translation. The prototype already draws on DAILP lexical datasets and resources to produce digital edited collections of translated and annotated indigenous language documents. We now move to a finalized, sustainable application that can be installed and used by partner projects, and we establish a community of support for the code in the long term. We will implement enhancements based on feedback from Cherokee community members, develop training materials and documentation, conduct a code sustainability and data management review, and test the DAILP TI with two test-case teams. By the end of the grant, we will be ready to disseminate the DAILP TI code to a wider community of projects, and empower those projects to support and contribute to the development of DAILP. | No | While the description mentions indigenous language documents, there is no clear connection to diversity, equity, and inclusion (DEI) efforts. | No. While the description mentions indigenous language documents, there is no clear connection to diversity, equity, and inclusion (DEI) efforts. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Clements Library is applying for funding to support a three-year project to re-house and digitize the papers of British General Thomas Gage (1718/19-1787). Gage's papers comprise approximately 23,010 letters, documents, financial papers, maps, and broadsides, largely dating from his service in North America between 1763 and 1775.  Gage was responsible for the management of all territory in North America east of the Mississippi River, including Canada.  The Clements Library proposes to remove the items from their mounts/volumes and place them in archivally-sound folders and boxes, preserving their current arrangement and volume numbers. At the same time, two grant-funded digitization technicians will scan each item, crop and color-correct each image, and produce item-level metadata. The complete, digitized collection of 95,445 images will be made available freely online through the Clements Library's existing online digital collection platform. | The Clements Library is applying for funding to support a three-year project to re-house and digitize the papers of British General Thomas Gage (1718/19-1787). Gage's papers comprise approximately 23,010 letters, documents, financial papers, maps, and broadsides, largely dating from his service in North America between 1763 and 1775.  Gage was responsible for the management of all territory in North America east of the Mississippi River, including Canada.  The Clements Library proposes to remove the items from their mounts/volumes and place them in archivally-sound folders and boxes, preserving their current arrangement and volume numbers. At the same time, two grant-funded digitization technicians will scan each item, crop and color-correct each image, and produce item-level metadata. The complete, digitized collection of 95,445 images will be made available freely online through the Clements Library's existing online digital collection platform. | Yes | The project does relate to DEI as it aims to preserve, digitize, and make accessible historical materials related to British General Thomas Gage's service in North America, promoting inclusivity and diversity in historical research. | Yes. The project does relate to DEI as it aims to preserve, digitize, and make accessible historical materials related to British General Thomas Gage's service in North America, promoting inclusivity and diversity in historical research. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The  Academy of Television Arts &amp; Sciences Foundation is home to The Interviews: An Oral History of Television.  Formerly the Archive of American Television, The Interviews is a rare audiovisual collection of 932 recordings comprising over 3,000 hours of video-taped first-hand accounts of the evolving television industry from multiple perspectives. These oral histories, begun in 1996, face a crisis of obsolescence, as affirmed in a recent digital collection and preservation assessment.  The Foundation requests NEH funding to support the implementation of a digital preservation and enhanced access strategy to ensure long-term stewardship and ongoing availability of a collection of immense importance to the history of the art and science of television, as well as to the understanding of the nation's cultural history more broadly. | The  Academy of Television Arts &amp; Sciences Foundation is home to The Interviews: An Oral History of Television.  Formerly the Archive of American Television, The Interviews is a rare audiovisual collection of 932 recordings comprising over 3,000 hours of video-taped first-hand accounts of the evolving television industry from multiple perspectives. These oral histories, begun in 1996, face a crisis of obsolescence, as affirmed in a recent digital collection and preservation assessment. The Foundation requests NEH funding to support the implementation of a digital preservation and enhanced access strategy to ensure long-term stewardship and ongoing availability of a collection of immense importance to the history of the art and science of television, as well as to the understanding of the nation's cultural history more broadly. | No | This initiative focuses on preserving television history, but it does not directly relate to DEI. | No. This initiative focuses on preserving television history, but it does not directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The New-York Historical Society proposes to digitize 267 reels of microfilm of Time-Life News Service Correspondent Wires (1930s-1960) that no longer exist in hard copy. Submitted by a global network of correspondents, the wires comprise the raw reporting that Time and Life staff used to write stories and form an extraordinary trove of information about a tumultuous, defining period in United States and world history. Since only a small portion of the correspondents' submissions ever appeared in print, and they have only recently been opened to researchers, digitizing this unique set of microfilm will result in an essential resource for humanities scholarship. This is Phase 1 of a two- phase project that will ultimately result in the digitization of 576 reels of microfilm. The goals of the project are threefold: to preserve the content of the collection, which only exists in this one set of master microfilm; to make it freely available online; and to disseminate it to a large audience. | The New-York Historical Society proposes to digitize 267 reels of microfilm of Time-Life News Service Correspondent Wires (1930s-1960) that no longer exist in hard copy. Submitted by a global network of correspondents, the wires comprise the raw reporting that Time and Life staff used to write stories and form an extraordinary trove of information about a tumultuous, defining period in United States and world history. Since only a small portion of the correspondents' submissions ever appeared in print, and they have only recently been opened to researchers, digitizing this unique set of microfilm will result in an essential resource for humanities scholarship. This is Phase 1 of a two- phase project that will ultimately result in the digitization of 576 reels of microfilm. The goals of the project are threefold: to preserve the content of the collection, which only exists in this one set of master microfilm; to make it freely available online; and to disseminate it to a large audience. | Yes | This initiative aims to preserve and make available online a unique collection of historical information, promoting accessibility and diverse engagement. | Yes. This initiative aims to preserve and make available online a unique collection of historical information, promoting accessibility and diverse engagement. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Sinai Manuscripts Digital Library (SMDL) seeks to increase access to the over 1,000 digitized Arabic and Syriac manuscripts of St. Catherine's Monastery through a multi-phased scholarly description project that will focus on the identification and description of texts and paratexts within the manuscript collections and on documenting codicological and contextual evidence. An NEH Humanities Collections and Reference Resources (HCRR) Implementation grant will allow the project team to complete Phase 1 of this project: the identification and description of 152 Syriac parchment manuscripts from the collection. Through these activities and the resulting descriptive outputs, the proposed project will contribute to the larger Syriac Studies corpus and community and serve as a major research tool for significant new discoveries related to Syriac history and culture, as well as the history and culture of the Mediterranean, Byzantium, and the Middle East | The Sinai Manuscripts Digital Library (SMDL) seeks to increase access to the over 1,000 digitized Arabic and Syriac manuscripts of St. Catherine's Monastery through a multi-phased scholarly description project that will focus on the identification and description of texts and paratexts within the manuscript collections and on documenting codicological and contextual evidence. An NEH Humanities Collections and Reference Resources (HCRR) Implementation grant will allow the project team to complete Phase 1 of this project: the identification and description of 152 Syriac parchment manuscripts from the collection. Through these activities and the resulting descriptive outputs, the proposed project will contribute to the larger Syriac Studies corpus and community and serve as a major research tool for significant new discoveries related to Syriac history and culture, as well as the history and culture of the Mediterranean, Byzantium, and the Middle East | No | This description does not directly mention or address DEI concerns or initiatives. | No. This description does not directly mention or address DEI (Diversity, Equity, and Inclusion) concerns or initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.To support a large-scale digitization project of one-of-a-kind physical media from the Pillow's extensive Archives. This three-year project will focus primarily on a collection of 3,336 moving images (performances, talks, classes, oral histories, special events, and more) recorded from 1992 through 2010, that currently exist on obsolete physical media and are only accessible on-site at Jacob's Pillow in Becket, MA. Additional materials to be digitized include photographs, correspondence, and other paper and photographic materials; these assets will provide invaluable contextualization to the moving images. This digitization work will make it possible to significantly grow our existing online resource Jacob's Pillow Dance Interactive, will dramatically increase access to these unique resources, and will address critical preservation needs. | To support a large-scale digitization project of one-of-a-kind physical media from the Pillow's extensive Archives. This three-year project will focus primarily on a collection of 3,336 moving images (performances, talks, classes, oral histories, special events, and more) recorded from 1992 through 2010, that currently exist on obsolete physical media and are only accessible on-site at Jacob's Pillow in Becket, MA. Additional materials to be digitized include photographs, correspondence, and other paper and photographic materials; these assets will provide invaluable contextualization to the moving images. This digitization work will make it possible to significantly grow our existing online resource Jacob's Pillow Dance Interactive, will dramatically increase access to these unique resources, and will address critical preservation needs. | No | This project focuses on digitizing physical media for preservation and increased access. It does not directly relate to DEI. | No. This project focuses on digitizing physical media for preservation and increased access. It does not directly relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Sackner Archive is the world's largest repository of material documenting the international avant-garde movement of artists and writers who combined words and visual elements to create a new kind of artwork. Now contextualized by complementary collections of Dada, Fluxus, book arts, and more, this new collection at the University of Iowa Libraries promises to significantly expand the potential for scholarship in 20th Century avant-garde.  The Sackner Archive exists as a largely "hidden collection" due to the enormous amount of work needed to organize, catalog, and preserve the materials to make them accessible to researchers, educators and the general public. This Implementation Project will make the materials available to all by providing staffing to aid in the housing of objects, the standardization of metadata, and the creation of new finding aids, allowing improved discoverability for a large selection of collection material.

The Sackner Archive is the world's largest repository of material documenting the international avant-garde movement of artists and writers who combined words and visual elements to create a new kind of artwork. Now contextualized by complementary collections of Dada, Fluxus, book arts, and more, this new collection at the University of Iowa Libraries promises to significantly expand the potential for scholarship in 20th Century avant-garde.  The Sackner Archive exists as a largely "hidden collection" due to the enormous amount of work needed to organize, catalog, and preserve the materials to make them accessible to researchers, educators and the general public. This Implementation Project will make the materials available to all by providing staffing to aid in the housing of objects, the standardization of metadata, and the creation of new finding aids, allowing improved discoverability for a large selection of collection material.

No

This description does not directly relate to DEI. It focuses on the expansion of a collection and improving accessibility for researchers, educators, and the general public.

No. This description does not directly relate to DEI. It focuses on the expansion of a collection and improving accessibility for researchers, educators, and the general public.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Yale Digital Dura-Europos Archive (YDEA) is a project aimed at increasing global access to, and comprehensibility of, data and artifacts from the important cultural heritage site of Dura-Europos (Syria). Using Linked Open Data (LOD), YDEA endeavors to create a comprehensive and extensible digital archive whose data points can be freely reused, and to develop a web application that provides multilinguistic access to the integrated Dura-Europos archival resources in a single interface, together with visualizations to enhance data intelligibility at a glance. The planned work will make c. 30,000 artifacts and archival documents searchable in Arabic for the first time. Looting at Dura since 2011 has regrettably compromised the site for future stratigraphic research. Accessibility of data from controlled scientific excavations prior to 2011 is therefore of paramount importance as the basis for future teaching and research, including anti-trafficking efforts related to the site.

The Yale Digital Dura-Europos Archive (YDEA) is a project aimed at increasing global access to, and comprehensibility of, data and artifacts from the important cultural heritage site of Dura-Europos (Syria). Using Linked Open Data (LOD), YDEA endeavors to create a comprehensive and extensible digital archive whose data points can be freely reused, and to develop a web application that provides multilinguistic access to the integrated Dura-Europos archival resources in a single interface, together with visualizations to enhance data intelligibility at a glance. The planned work will make c. 30,000 artifacts and archival documents searchable in Arabic for the first time. Looting at Dura since 2011 has regrettably compromised the site for future stratigraphic research. Accessibility of data from controlled scientific excavations prior to 2011 is therefore of paramount importance as the basis for future teaching and research, including anti-trafficking efforts related to the site.

Yes

The Yale Digital Dura-Europos Archive aims to increase global access to cultural heritage, enhance data intelligibility, and provide multilingual access, supporting diversity, equity, and inclusion in accessing and preserving historical artifacts and information.

Yes. The Yale Digital Dura-Europos Archive aims to increase global access to cultural heritage, enhance data intelligibility, and provide multilingual access, supporting diversity, equity, and inclusion in accessing and preserving historical artifacts and information.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The American Film Institute (AFI) upholds the first tenet of its original mission -- to preserve the history of the motion picture -- through the AFI Catalog, an authoritative online resource recording the first century of American film (1893-1993). AFI respectfully requests a three-year, $350,000 grant from the National Endowment for the Humanities in support of a landmark project to include short films in its AFI Catalog database for an unprecedented effort to study the artistic contributions of women and people of color in early film. By documenting short subjects from the silent and early sound eras (1910-1933), the AFI Catalog will illuminate the work of diverse storytellers that have traditionally been omitted from history due to a lack of scholarly resources about short films. The inclusion of short films in the AFI Catalog will allow us to look behind the veil of historical bias to reveal the true diversity of America's cultural legacy and bring marginalized artists into view.

The American Film Institute (AFI) upholds the first tenet of its original mission -- to preserve the history of the motion picture -- through the AFI Catalog, an authoritative online resource recording the first century of American film (1893-1993). AFI respectfully requests a three-year, $350,000 grant from the National Endowment for the Humanities in support of a landmark project to include short films in its AFI Catalog database for an unprecedented effort to study the artistic contributions of women and people of color in early film. By documenting short subjects from the silent and early sound eras (1910-1933), the AFI Catalog will illuminate the work of diverse storytellers that have traditionally been omitted from history due to a lack of scholarly resources about short films. The inclusion of short films in the AFI Catalog will allow us to look behind the veil of historical bias to reveal the true diversity of America's cultural legacy and bring marginalized artists into view.

Yes

AFI's project aims to study the artistic contributions of women and people of color in early film, addressing diversity, equity, and inclusion in film history.

Yes. AFI's project aims to study the artistic contributions of women and people of color in early film, addressing diversity, equity, and inclusion in film history.

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The American Research Center in Egypt is a nonprofit organization dedicated to supporting research on Egyptian history and culture, fostering knowledge about Egypt among the public, and strengthening American-Egyptian cultural ties. The proposed three-year project will digitize and publish online 26 collections of materials from conserved sites in Egypt, which encompass prehistoric, Pharaonic, Coptic, Islamic, and Jewish sites and monuments. Egyptian monuments documented in the archives contain a wealth of information for scholars interested in the history of urban design; the study of Islamic inscription programs; the evolution of mosque architecture; and other topics. Long-term, this project will create significant benefits to research, education, and public programming in the humanities, as it will provide easily discoverable, free, open-source digital access to the ARCE online archives for scholars and the public across the globe with an interest in Egyptian history and culture. | The American Research Center in Egypt is a nonprofit organization dedicated to supporting research on Egyptian history and culture, fostering knowledge about Egypt among the public, and strengthening American-Egyptian cultural ties. The proposed three-year project will digitize and publish online 26 collections of materials from conserved sites in Egypt, which encompass prehistoric, Pharaonic, Coptic, Islamic, and Jewish sites and monuments. Egyptian monuments documented in the archives contain a wealth of information for scholars interested in the history of urban design; the study of Islamic inscription programs; the evolution of mosque architecture; and other topics. Long-term, this project will create significant benefits to research, education, and public programming in the humanities, as it will provide easily discoverable, free, open-source digital access to the ARCE online archives for scholars and the public across the globe with an interest in Egyptian history and culture. | Yes  The proposed project by the American Research Center in Egypt supports research, fosters knowledge, and strengthens cultural ties related to Egyptian history and culture. It promotes diversity, equity, and inclusion by providing accessible digital access to the ARCE online archives for scholars and the public worldwide. | Yes. The proposed project by the American Research Center in Egypt supports research, fosters knowledge, and strengthens cultural ties related to Egyptian history and culture. It promotes diversity, equity, and inclusion by providing accessible digital access to the ARCE online archives for scholars and the public worldwide. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Jewish federations are collectively among the largest charities in the U.S. and the world. Federations were created by and for local communities at the turn of the 20th century to address social needs like immigrant relief, education, and elder care before state-led social service infrastructure was available. As Jewish federations grew, so did the necessity for collaboration among them, leading to the establishment in 1932 of the Council of Jewish Federations to coordinate efforts on a national scale. The Center for Jewish History and the American Jewish Historical Society will arrange and describe the records of the Council of Jewish Federations (1,475 linear feet), opening this prodigious collection to researchers for the first time. A selection of 5,000 items will also be digitized. The Council's records hold tremendous potential for humanities research across many fields and appeal to a broad public interested the history of communities across the nation. | Jewish federations are collectively among the largest charities in the U.S. and the world. Federations were created by and for local communities at the turn of the 20th century to address social needs like immigrant relief, education, and elder care before state-led social service infrastructure was available. As Jewish federations grew, so did the necessity for collaboration among them, leading to the establishment in 1932 of the Council of Jewish Federations to coordinate efforts on a national scale. The Center for Jewish History and the American Jewish Historical Society will arrange and describe the records of the Council of Jewish Federations (1,475 linear feet), opening this prodigious collection to researchers for the first time. A selection of 5,000 items will also be digitized. The Council's records hold tremendous potential for humanities research across many fields and appeal to a broad public interested the history of communities across the nation. | No  While the information provided is about Jewish federations and their history, it does not directly relate to DEI topics or initiatives. | No. While the information provided is about Jewish federations and their history, it does not directly relate to DEI (Diversity, Equity, and Inclusion) topics or initiatives. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.`Ulu`ulu: The Henry Ku`ualoha Moving Image Archive of Hawai`i at the University of Hawai`i - West O`ahu will digitize 890 motion picture film reels and videotapes from its holdings in order to shed light on how the path to statehood took on varying degrees of reactions and repercussions for the Native Hawaiian and Japanese American populations in Hawai`i. The nominated collections for digitization align with NEH's A More Perfect Union initiative, in highlighting the stories of Hawai`i's citizens who witnessed and participated in the road to statehood and the consequences of admission into the union. The materials to be digitized come from eight collections spanning the period of the 1920s to 2000s: Juniroa Productions, 442nd Legacy Center, Katsugo Miho, Samuel P. King, Biographical Research Center, Making Waves Films, Hawaii People's Fund, and Hawaii Council for the Humanities. | `Ulu`ulu: The Henry Ku`ualoha Moving Image Archive of Hawai`i at the University of Hawai`i - West O`ahu will digitize 890 motion picture film reels and videotapes from its holdings in order to shed light on how the path to statehood took on varying degrees of reactions and repercussions for the Native Hawaiian and Japanese American populations in Hawai`i. The nominated collections for digitization align with NEH's A More Perfect Union initiative, in highlighting the stories of Hawai`i's citizens who witnessed and participated in the road to statehood and the consequences of admission into the union. The materials to be digitized come from eight collections spanning the period of the 1920s to 2000s: Juniroa Productions, 442nd Legacy Center, Katsugo Miho, Samuel P. King, Biographical Research Center, Making Waves Films, Hawaii People's Fund, and Hawaii Council for the Humanities. | Yes  The initiative aims to shed light on the experiences and consequences of statehood for Native Hawaiians and Japanese Americans in Hawai`i. | Yes. The initiative aims to shed light on the experiences and consequences of statehood for Native Hawaiians and Japanese Americans in Hawai`i. |

| # | Prompt | Description | Answer | Explanation | Explanation |
|---|--------|-------------|--------|-------------|-------------|
| 84 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A three-part implementation project to repair leaking pipes in the museum's fire suppression system, install a nitrogen generator to prolong the lifespan of the system, and develop a multi-departmental art protection plan.  The Asian Art Museum (AAM) seeks to fund Phase 1 of a two-phase project addressing leaking pipes in the museum's fire suppression system. AAM opened to the public in 1966 and moved to its current building in 2003. Despite significant renovations and infrastructural improvements to the historic building, AAM staff began identifying leaks in the building's fire suppression pipes beginning in 2005. Since then, more than 13 significant leaks have been identified, threatening the safety of its facilities and its renowned collection of more than 18,000 objects spanning 6,000 years. Grant funding will allow the museum to repair and extend the lifespan of the fire suppression system, protecting the collections and preventing further damage to the fire suppression pipes. | A three-part implementation project to repair leaking pipes in the museum's fire suppression system, install a nitrogen generator to prolong the lifespan of the system, and develop a multi-departmental art protection plan.  The Asian Art Museum (AAM) seeks to fund Phase 1 of a two-phase project addressing leaking pipes in the museum's fire suppression system. AAM opened to the public in 1966 and moved to its current building in 2003. Despite significant renovations and infrastructural improvements to the historic building, AAM staff began identifying leaks in the building's fire suppression pipes beginning in 2005. Since then, more than 13 significant leaks have been identified, threatening the safety of its facilities and its renowned collection of more than 18,000 objects spanning 6,000 years. Grant funding will allow the museum to repair and extend the lifespan of the fire suppression system, protecting the collections and preventing further damage to the fire suppression pipes. | No | This project relates to infrastructure and art protection, but does not specifically address diversity, equity, and inclusion (DEI). | No. This project relates to infrastructure and art protection, but does not specifically address diversity, equity, and inclusion (DEI). |
| 85 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In connection with a recently completed collections and facility assessment, the Oneida Indian Nation proposes to upgrade its archival facility to increase the safety and security of its cultural artifacts. | In connection with a recently completed collections and facility assessment, the Oneida Indian Nation proposes to upgrade its archival facility to increase the safety and security of its cultural artifacts. | Yes | The proposed upgrade aligns with DEI by promoting the preservation and protection of cultural artifacts of the Oneida Indian Nation. | Yes. The proposed upgrade aligns with DEI by promoting the preservation and protection of cultural artifacts of the Oneida Indian Nation. |
| 86 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Reduce risk to archival collections by replacing existing broken storage systems that threaten to damage those collections, and provide new shelving to rehouse collections that are currently in substandard storage conditions | Reduce risk to archival collections by replacing existing broken storage systems that threaten to damage those collections, and provide new shelving to rehouse collections that are currently in substandard storage conditions | No | This initiative focuses on reducing risk to archival collections by replacing broken storage systems, but does not directly address DEI. | No. This initiative focuses on reducing risk to archival collections by replacing broken storage systems, but does not directly address DEI. |
| 87 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Library Company Papers Project: Archiving and Preserving Early American History is a three-year project that will comprehensively review, process, and digitize the Library Company's institutional records from its founding in 1731 through 1880 - the first 150 years. The project will also include the creation of a web portal (the Library Company Papers Portal) to serve as an entry-point to access these foundational documents, as well as a transcription project to be publicly launched at the culmination of the three years. This project is part of a larger initiative to prepare the Library Company to celebrate our 300th anniversary in 2031. | The Library Company Papers Project: Archiving and Preserving Early American History is a three-year project that will comprehensively review, process, and digitize the Library Company's institutional records from its founding in 1731 through 1880 - the first 150 years. The project will also include the creation of a web portal (the Library Company Papers Portal) to serve as an entry-point to access these foundational documents, as well as a transcription project to be publicly launched at the culmination of the three years. This project is part of a larger initiative to prepare the Library Company to celebrate our 300th anniversary in 2031. | No | The Library Company Papers Project focuses on archival work and digitization, but it does not mention any specific connection to DEI. | No. The Library Company Papers Project focuses on archival work and digitization, but it does not mention any specific connection to DEI. |
| 88 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.As a respected preservation and conservation resource for collecting organizations of all sizes, the Northeast Document Conservation Center (NEDCC) will continue to provide preservation field services with the goal of increasing the knowledge and skills of collections care professionals—at all levels—in the long-term care and stewardship of paper-based and photographic collections, audiovisual materials, and digital objects. Through this project, NEDCC will provide 4 one-day hands-on emergency preparedness and response workshops in at-risk areas along the Gulf Coast and in California; 4 general preservation pre-assessments; "Ask NEDCC" reference service; 24/7 collections emergency hotline; and student registration discounts for web courses. Funding will support staff time to update the free Preservation Leaflets, maintain free online resources and textbooks, develop 4 new webinars, and deliver 6 free preservation training webinars. | As a respected preservation and conservation resource for collecting organizations of all sizes, the Northeast Document Conservation Center (NEDCC) will continue to provide preservation field services with the goal of increasing the knowledge and skills of collections care professionals—at all levels—in the long-term care and stewardship of paper-based and photographic collections, audiovisual materials, and digital objects. Through this project, NEDCC will provide 4 one-day hands-on emergency preparedness and response workshops in at-risk areas along the Gulf Coast and in California; 4 general preservation pre-assessments; "Ask NEDCC" reference service; 24/7 collections emergency hotline; and student registration discounts for web courses. Funding will support staff time to update the free Preservation Leaflets, maintain free online resources and textbooks, develop 4 new webinars, and deliver 6 free preservation training webinars. | No | This description does not relate to DEI. It focuses on preservation and conservation services provided by a resource center. | No. This description does not relate to DEI. It focuses on preservation and conservation services provided by a resource center. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will transform the 1926 U.S. Census of Religious Bodies, which has individual schedules for 232,154 congregations, into a spatial dataset. That collection is the only federal census of religious groups with extant schedules, but it is unusable by researchers because it is not digitized, searchable, or transcribed. With previous NEH support, we have begun digitization of this collection; further support will enable us to complete the digitization of the census. We will digitize the schedules, make those records freely searchable and browsable online, transcribe a representative selection and open the remainder to crowdsourcing, and create maps and visualizations that contextualize the records. The result will be the single most detailed and comprehensive spatial dataset for American religion, usable by scholars in history and religious studies, by local historians, and by the public.

This project will transform the 1926 U.S. Census of Religious Bodies, which has individual schedules for 232,154 congregations, into a spatial dataset. That collection is the only federal census of religious groups with extant schedules, but it is unusable by researchers because it is not digitized, searchable, or transcribed. With previous NEH support, we have begun digitization of this collection; further support will enable us to complete the digitization of the census. We will digitize the schedules, make those records freely searchable and browsable online, transcribe a representative selection and open the remainder to crowdsourcing, and create maps and visualizations that contextualize the records. The result will be the single most detailed and comprehensive spatial dataset for American religion, usable by scholars in history and religious studies, by local historians, and by the public.

Yes | Digitizing and making the census searchable, transcribed, and accessible improves access to information and promotes inclusivity in research, aligning with DEI principles.

Yes. Digitizing and making the census searchable, transcribed, and accessible improves access to information and promotes inclusivity in research, aligning with DEI principles.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Off the Wall: Digital Preservation of Civil War Graffiti Houses is a collaborative effort between six community-based historic sites and a major digital history center that will create a database of Civil War graffiti found on the walls of the local partner sites. The database will also contain more than 8,000 ancillary items (service records, census data, etc.) tied to the individuals who wrote on the walls of those buildings. These items tell a story about military service in the Civil War that is quite different from the narratives often found in histories of the war. Soldiers on both sides express their disillusion with the war and their anguish about lost friends. As a result, this project shines a different light on the lived experience of war in America between 1861-1865. The project also solves a thorny technical problem in the digital humanities related to how to describe and deliver through a web interface items from a complex vertical surface like a wall covered in graffiti.

Off the Wall: Digital Preservation of Civil War Graffiti Houses is a collaborative effort between six community-based historic sites and a major digital history center that will create a database of Civil War graffiti found on the walls of the local partner sites. The database will also contain more than 8,000 ancillary items (service records, census data, etc.) tied to the individuals who wrote on the walls of those buildings. These items tell a story about military service in the Civil War that is quite different from the narratives often found in histories of the war. Soldiers on both sides express their disillusion with the war and their anguish about lost friends. As a result, this project shines a different light on the lived experience of war in America between 1861-1865. The project also solves a thorny technical problem in the digital humanities related to how to describe and deliver through a web interface items from a complex vertical surface like a wall covered in graffiti.

Yes | This project contributes to DEI by uncovering diverse narratives and experiences of Civil War soldiers through the preservation and analysis of graffiti.

Yes. This project contributes to DEI by uncovering diverse narratives and experiences of Civil War soldiers through the preservation and analysis of graffiti.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Wagner Free Institute of Science (WFIS), a National Historic Landmark in Philadelphia, PA, requests a $350,000 Sustaining Cultural Heritage Collections Implementation Level II Grant from the National Endowment for the Humanities. This project will install a sustainable new HVAC system for the Library Wing, and add a direct digital control (DDC) system that integrates new and existing HVAC systems throughout the site, thereby improving environmental conditions for all collections and adding tracking and notification mechanisms to better monitor conditions and manage the system. The Library Wing houses the Library and Archives collections, which are essential to the national significance of the site, providing documentation for its interpretation within the context of 19th century science and education, and supporting WFIS's contemporary humanities-focused education and research programs.

The Wagner Free Institute of Science (WFIS), a National Historic Landmark in Philadelphia, PA, requests a $350,000 Sustaining Cultural Heritage Collections Implementation Level II Grant from the National Endowment for the Humanities. This project will install a sustainable new HVAC system for the Library Wing, and add a direct digital control (DDC) system that integrates new and existing HVAC systems throughout the site, thereby improving environmental conditions for all collections and adding tracking and notification mechanisms to better monitor conditions and manage the system. The Library Wing houses the Library and Archives collections, which are essential to the national significance of the site, providing documentation for its interpretation within the context of 19th century science and education, and supporting WFIS's contemporary humanities-focused education and research programs.

No | This project does not appear to directly relate to DEI efforts.

No. This project does not appear to directly relate to DEI (Diversity, Equity, and Inclusion) efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Allen County Historical Society and Museum (dba Allen County Museum) requests a National Endowment for the Humanities Sustaining Cultural Heritage Collections grant of $350,000.00 to support a two-year project to replace outdated HVAC systems/components, improve collections storage, and establish a comprehensive monitoring system to enhance collections preservation and energy efficiency.

The Allen County Historical Society and Museum (dba Allen County Museum) requests a National Endowment for the Humanities Sustaining Cultural Heritage Collections grant of $350,000.00 to support a two-year project to replace outdated HVAC systems/components, improve collections storage, and establish a comprehensive monitoring system to enhance collections preservation and energy efficiency.

No | This project does not directly relate to diversity, equity, and inclusion (DEI) initiatives. It is focused on improving collections preservation and energy efficiency at the museum.

No. This project does not directly relate to diversity, equity, and inclusion (DEI) initiatives. It is focused on improving collections preservation and energy efficiency at the museum.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.At the Center for Jewish History, sustainability and collections preservation are top priorities and complimentary goals. The Center respectfully requests $350,000 towards a distinct portion of a $2.5 million project to reconstruct the building envelope of the Center's collection storage stacks to improve the preservation of irreplaceable collections and reduce soaring energy costs and emissions. This project is many years in the making, with planning assessments, studies, and the schematic design complete. NEH SCHC funding will cover 90% of the cost of renovating the most pressing areas in the Building B stacks, where the greatest fluctuation in temperature and relative humidity occur and threaten collections. This project is the largest component of the Center's ambitious sustainability initiative.

At the Center for Jewish History, sustainability and collections preservation are top priorities and complimentary goals. The Center respectfully requests $350,000 towards a distinct portion of a $2.5 million project to reconstruct the building envelope of the Center's collection storage stacks to improve the preservation of irreplaceable collections and reduce soaring energy costs and emissions. This project is many years in the making, with planning assessments, studies, and the schematic design complete. NEH SCHC funding will cover 90% of the cost of renovating the most pressing areas in the Building B stacks, where the greatest fluctuation in temperature and relative humidity occur and threaten collections. This project is the largest component of the Center's ambitious sustainability initiative.

No    This description does not relate to DEI. It focuses on sustainability, collections preservation, and funding for building renovation.

No. This description does not relate to DEI. It focuses on sustainability, collections preservation, and funding for building renovation.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Building upon the Utah Collections Preservation (UCP) program, piloted with support from NEH in 2021-2023, the proposed Utah Collections Preservation Network (UCPN) project will expand access to a comprehensive suite of virtual and on-site, culturally appropriate training and mentorship activities, designed to enhance the preservation literacy (knowledge and skills) of underserved collections stewards across Utah through an estimated 1,500 engagements. Facilitated by the Preservation Outreach Coordinator and other Utah Field Services (UFS) staff, this project will address the need to further develop and strengthen relationships between underserved collections stewards across the region, including rural organizations, and holders of community collections. Utah Field Services aims to elevate and empower the diversity of practices and perspectives surrounding Utah's world renowned cultural heritage and pedagogical landscape.

Building upon the Utah Collections Preservation (UCP) program, piloted with support from NEH in 2021-2023, the proposed Utah Collections Preservation Network (UCPN) project will expand access to a comprehensive suite of virtual and on-site, culturally appropriate training and mentorship activities, designed to enhance the preservation literacy (knowledge and skills) of underserved collections stewards across Utah through an estimated 1,500 engagements. Facilitated by the Preservation Outreach Coordinator and other Utah Field Services (UFS) staff, this project will address the need to further develop and strengthen relationships between underserved collections stewards across the region, including rural organizations, and holders of community collections. Utah Field Services aims to elevate and empower the diversity of practices and perspectives surrounding Utah's world renowned cultural heritage and pedagogical landscape.

Yes    The proposed project aims to enhance preservation literacy and strengthen relationships among underserved collections stewards, addressing the need for diversity and empowerment in Utah's cultural heritage.

Yes. The proposed project aims to enhance preservation literacy and strengthen relationships among underserved collections stewards, addressing the need for diversity and empowerment in Utah's cultural heritage.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Cleveland Museum of Natural History (the Museum) is respectfully requesting a grant of $350,000 to help us complete our highest and most urgent preservation priority, which is replacing the 35-year-old HVAC system that maintains climate control for our Humanities collection. The Museum is planning to replace an outdated and inefficient air handler unit and associated ductwork and controls in order to provide a stable and sustainable environment for our Cultural Anthropology, Fine Arts, and Rare Books collections, as well as our archives. This project will also advance the Museum's environmental sustainability goals by increasing energy efficiency and decreasing our carbon footprint.

The Cleveland Museum of Natural History (the Museum) is respectfully requesting a grant of $350,000 to help us complete our highest and most urgent preservation priority, which is replacing the 35-year-old HVAC system that maintains climate control for our Humanities collection. The Museum is planning to replace an outdated and inefficient air handler unit and associated ductwork and controls in order to provide a stable and sustainable environment for our Cultural Anthropology, Fine Arts, and Rare Books collections, as well as our archives. This project will also advance the Museum's environmental sustainability goals by increasing energy efficiency and decreasing our carbon footprint.

No    This initiative does not directly relate to Diversity, Equity, and Inclusion. It focuses on preserving cultural artifacts and reducing carbon footprint.

No. This initiative does not directly relate to Diversity, Equity, and Inclusion. It focuses on preserving cultural artifacts and reducing carbon footprint.

Implementation of "Wonders of Creation: Art, Science, and Innovation in the Islamic World," a temporary traveling exhibition on Islamic material culture through the framework of wonder presented by 13th-century scholar Zakariyya al-Qazwini in his cosmography, "Wonders of Creation and Rarities of Existence."  Inspired by Qazwini's cosmography and humankind's inherent curiosity, "Wonders of Creation" will employ wonder as a heuristic guide to discovering the cosmos, exploring scientific knowledge and practice in dialogue with Islamic thought and material culture from the 7th century to today. "Wonders" will feature over 150 works from Spain and North Africa to Southeast Asia and the modern diaspora, including manuscripts, scientific instruments, jade cups, talismanic shirts, and contemporary art. Curated by SDMA's Ladan Akbarnia, the project is supported by humanities research, advisors, and external audience evaluation, and accompanied by a publication and robust public program series.

Implementation of "Wonders of Creation: Art, Science, and Innovation in the Islamic World," a temporary traveling exhibition on Islamic material culture through the framework of wonder presented by 13th-century scholar Zakariyya al-Qazwini in his cosmography, "Wonders of Creation and Rarities of Existence."  Inspired by Qazwini's cosmography and humankind's inherent curiosity, "Wonders of Creation" will employ wonder as a heuristic guide to discovering the cosmos, exploring scientific knowledge and practice in dialogue with Islamic thought and material culture from the 7th century to today. "Wonders" will feature over 150 works from Spain and North Africa to Southeast Asia and the modern diaspora, including manuscripts, scientific instruments, jade cups, talismanic shirts, and contemporary art. Curated by SDMA's Ladan Akbarnia, the project is supported by humanities research, advisors, and external audience evaluation, and accompanied by a publication and robust public program series.

Yes    The Islamic art exhibition promotes cultural understanding and diverse perspectives through global artistic traditions.

Yes. The Islamic art exhibition promotes cultural understanding and diverse perspectives through global artistic traditions.

| | | | | |
|---|---|---|---|---|
| 97 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Stone Soup Productions requests $697,068 to support the production of the second and third seasons of The People's Recorder, a national podcast series inspired by the WPA's Federal Writers' Project of the 1930s that will take listeners on a journey that explores the Project's legacy, what it achieved, where it fell short, and what it means for Americans today.  Funding will also support the creation and pilot testing of a library programming guide/toolkit with the American Library Association (ALA) and a comprehensive evaluation of the podcast and library programs in collaboration with ALA and Knology. | Stone Soup Productions requests $697,068 to support the production of the second and third seasons of The People's Recorder, a national podcast series inspired by the WPA's Federal Writers' Project of the 1930s that will take listeners on a journey that explores the Project's legacy, what it achieved, where it fell short, and what it means for Americans today.  Funding will also support the creation and pilot testing of a library programming guide/toolkit with the American Library Association (ALA) and a comprehensive evaluation of the podcast and library programs in collaboration with ALA and Knology. | No | This funding request does not mention DEI explicitly. It focuses on supporting a podcast series and library programs. | No. This funding request does not mention DEI explicitly. It focuses on supporting a podcast series and library programs. |
| 98 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Production of seven 40-minute episodes of Sounds of the Uyghurs, an immersive 3D podcast series. The podcast explores China's ongoing cultural erasure of the Uyghur people in its Xinjiang province and profiles the herculean efforts underway around the world by Uyghurs to preserve their living culture. The podcast has two companion components: the creation of a website-hosted, open-access digital archive of Uyghur cultural output, and an audio installation designed for a museum setting. | Production of seven 40-minute episodes of Sounds of the Uyghurs, an immersive 3D podcast series. The podcast explores China's ongoing cultural erasure of the Uyghur people in its Xinjiang province and profiles the herculean efforts underway around the world by Uyghurs to preserve their living culture. The podcast has two companion components: the creation of a website-hosted, open-access digital archive of Uyghur cultural output, and an audio installation designed for a museum setting. | Yes | The podcast series explores cultural erasure of Uyghur people, preserves their culture, and promotes awareness and understanding. | Yes. The podcast series explores cultural erasure of Uyghur people, preserves their culture, and promotes awareness and understanding. |
| 99 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Plant and animal products, especially from non-European cultures, are among the most understudied materials of cultural heritage. Yet they hold the keys to place decontextualized objects accurately in space, time and civilization, uncover their manufacturing processes, and ensure their proper conservation/preservation. As museums expand their commitment to the accurate description, classification, interpretation, and attribution of their collections, there is a growing need for new scientific tools and research strategies. This project merges science, conservation, and art history, using chia oil as a model material, which holds cultural significance through its artistic use. Our tripartite approach of lipidomics, proteomics, and DNA analysis applied to chia oil demonstrates the importance of a collaborative research platform for the investigation of any unknown biological material, and produces novel scientific protocols that can be adapted to other materials of biological origin. | Plant and animal products, especially from non-European cultures, are among the most understudied materials of cultural heritage. Yet they hold the keys to place decontextualized objects accurately in space, time and civilization, uncover their manufacturing processes, and ensure their proper conservation/preservation. As museums expand their commitment to the accurate description, classification, interpretation, and attribution of their collections, there is a growing need for new scientific tools and research strategies. This project merges science, conservation, and art history, using chia oil as a model material, which holds cultural significance through its artistic use. Our tripartite approach of lipidomics, proteomics, and DNA analysis applied to chia oil demonstrates the importance of a collaborative research platform for the investigation of any unknown biological material, and produces novel scientific protocols that can be adapted to other materials of biological origin. | No | While the project discusses scientific research and collaboration, it does not directly address diversity, equity, and inclusion (DEI) issues. | No. While the project discusses scientific research and collaboration, it does not directly address diversity, equity, and inclusion (DEI) issues. |
| 100 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Maxwell Museum of Anthropology, University of New Mexico seeks an Implementation Level II Sustaining Cultural Heritage Collections award to complete a multi-year collection improvement project by installing compact and stationary storage to improve stewardship and long-term preservation of archaeological and ethnographic collections. This project will provide additional storage space in the Hibben Center for Archaeology (Room B20) for bulk archaeology collections from an off-site facility and create an improved storage space for approximately 1,500 pieces in the ethnographic basket collection currently stored on overcrowded wooden shelving. In addition, the project will enable whole and partial archaeological ceramic vessels to be reorganized; create a designated private area for materials that fall under the Native American Graves Protection and Repatriation Act and tribal repository collections; and install new stationary archival cabinets to hold archaeological perishables. | The Maxwell Museum of Anthropology, University of New Mexico seeks an Implementation Level II Sustaining Cultural Heritage Collections award to complete a multi-year collection improvement project by installing compact and stationary storage to improve stewardship and long-term preservation of archaeological and ethnographic collections. This project will provide additional storage space in the Hibben Center for Archaeology (Room B20) for bulk archaeology collections from an off-site facility and create an improved storage space for approximately 1,500 pieces in the ethnographic basket collection currently stored on overcrowded wooden shelving. In addition, the project will enable whole and partial archaeological ceramic vessels to be reorganized; create a designated private area for materials that fall under the Native American Graves Protection and Repatriation Act and tribal repository collections; and install new stationary archival cabinets to hold archaeological perishables. | Yes | The project aims to improve the stewardship and long-term preservation of archaeological and ethnographic collections, which is relevant to DEI in preserving diverse cultural heritage. | Yes. The project aims to improve the stewardship and long-term preservation of archaeological and ethnographic collections, which is relevant to DEI in preserving diverse cultural heritage. |

Ex. 15 US-000062485.xlsx

| | | | | |
|---|---|---|---|---|
| 101 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The American Discography Project-American Record Corporation (ARC) Access Initiative is a project to add discographic data for 12,000 recordings by the American Record Corporation (ARC) from the 1920s and 1930s to UC Santa Barbara's Discography of American Historical Recordings (DAHR) as well as digitize 8,500 sides from 1922 through 1938 for free online access under an agreement from Sony Music, the copyright holder. The project will provide access to an important body of little known works from one of the most fertile eras in American recording history. | The American Discography Project-American Record Corporation (ARC) Access Initiative is a project to add discographic data for 12,000 recordings by the American Record Corporation (ARC) from the 1920s and 1930s to UC Santa Barbara's Discography of American Historical Recordings (DAHR) as well as digitize 8,500 sides from 1922 through 1938 for free online access under an agreement from Sony Music, the copyright holder. The project will provide access to an important body of little known works from one of the most fertile eras in American recording history. | No | This project is about preserving and providing access to historical recordings, but it does not specifically address diversity, equity, and inclusion (DEI) issues. | No. This project is about preserving and providing access to historical recordings, but it does not specifically address diversity, equity, and inclusion (DEI) issues. |
| 102 | The Movement History Initiative in collaboration with six historically black colleges and universities plans "SNCC and Grassroots Organizing: Building a More Perfect Union," a public discussion series examining central themes in the Student Nonviolent Coordinating Committee's (SNCC) grassroots organizing--the organizing tradition, voting rights, Black Power, women and gender, freedom teaching, and art and culture in movement building--and their contemporary relevance to the ongoing project of building a more perfect union. The series includes multi-day community gatherings at HBCUs, workshops at civil rights/African American museums, and virtual community conversations where humanities scholars and movement veterans engage a broad public audience in rich humanities resources. New developed Interpretive Booklets and Learning Toolkits with primary source materials, analysis, and questions will provide further opportunities to engage. | The Movement History Initiative in collaboration with six historically black colleges and universities plans "SNCC and Grassroots Organizing: Building a More Perfect Union," a public discussion series examining central themes in the Student Nonviolent Coordinating Committee's (SNCC) grassroots organizing--the organizing tradition, voting rights, Black Power, women and gender, freedom teaching, and art and culture in movement building--and their contemporary relevance to the ongoing project of building a more perfect union. The series includes multi-day community gatherings at HBCUs, workshops at civil rights/African American museums, and virtual community conversations where humanities scholars and movement veterans engage a broad public audience in rich humanities resources. New developed Interpretive Booklets and Learning Toolkits with primary source materials, analysis, and questions will provide further opportunities to engage. | Yes | The SNCC discussion series engages historically marginalized communities and highlights Black history and activism. | Yes. The SNCC discussion series engages historically marginalized communities and highlights Black history and activism. |
| 103 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Musicology research is a humanistic endeavor well suited to computational methods. Yet, despite the work of a small niche of scholars, most humanistic music scholarship is conducted via traditional, non-digital techniques. Building on a level II NEH-DHAG grant, we seek additional NEH funding to continue to develop software tools, datasets, and pedagogical materials for computational musicology analysis that would appeal to musicologists, music theorists, and ethnomusicologists alike.  This project will create new data to facilitate the study of non-Western music, and expand the existing humdrumR tools to include new standardized representation schemes and incorporate a greater variety of musical media (such as audio and video). The humdrumR project is based off a well-established computational musicology framework, humdrum, but modernized and expanded to facilitate a complete digital musicology workflow including reading and analyzing data, graphing, and statistical analysis. | Musicology research is a humanistic endeavor well suited to computational methods. Yet, despite the work of a small niche of scholars, most humanistic music scholarship is conducted via traditional, non-digital techniques. Building on a level II NEH-DHAG grant, we seek additional NEH funding to continue to develop software tools, datasets, and pedagogical materials for computational musicology analysis that would appeal to musicologists, music theorists, and ethnomusicologists alike.  This project will create new data to facilitate the study of non-Western music, and expand the existing humdrumR tools to include new standardized representation schemes and incorporate a greater variety of musical media (such as audio and video). The humdrumR project is based off a well-established computational musicology framework, humdrum, but modernized and expanded to facilitate a complete digital musicology workflow including reading and analyzing data, graphing, and statistical analysis. | No | Although this project aims to develop software tools for computational musicology, it does not directly relate to diversity, equity, and inclusion (DEI). | No. Although this project aims to develop software tools for computational musicology, it does not directly relate to diversity, equity, and inclusion (DEI). |
| 104 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Norman Sicily Project (NSP) digitally registers, maps and analyzes the monuments erected during the island's Norman period (ca. 1061-1194), arguably the most auspicious years in its long history. In so doing, it provides new interpretations of the complex society that produced them, understandings made possible by a collaboration between history and STEM and made broadly accessible by digital technologies. This application is in support of the implementation of a prototype that currently records, geolocates and interprets the society's monastic landscape. The primary grant product will be a fully functioning web app optimized for user experience and public engagement that clearly guides visitors while offering additional classes of monuments (including stability triage for a subset of each), an integrated kinship network of associated people and interpretations of the site's data. Flexible and adaptable, the NSP presents a new model for digital conservation of cultural heritage. | The Norman Sicily Project (NSP) digitally registers, maps and analyzes the monuments erected during the island's Norman period (ca. 1061-1194), arguably the most auspicious years in its long history. In so doing, it provides new interpretations of the complex society that produced them, understandings made possible by a collaboration between history and STEM and made broadly accessible by digital technologies. This application is in support of the implementation of a prototype that currently records, geolocates and interprets the society's monastic landscape. The primary grant product will be a fully functioning web app optimized for user experience and public engagement that clearly guides visitors while offering additional classes of monuments (including stability triage for a subset of each), an integrated kinship network of associated people and interpretations of the site's data. Flexible and adaptable, the NSP presents a new model for digital conservation of cultural heritage. | No | The Norman Sicily Project focuses on digital preservation of cultural heritage, but does not explicitly mention any efforts related to diversity, equity, and inclusion (DEI). | No. The Norman Sicily Project focuses on digital preservation of cultural heritage, but does not explicitly mention any efforts related to diversity, equity, and inclusion (DEI). |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Florence Illuminated, a free online research platform, will be a repeatable model that resolves the redundancies of digital humanities projects on similar topics to offer a streamlined way to share research and build on it. The resulting website will be an extensible platform for data integration and digital collaboration that maintains the autonomy of participating collections. This proof of concept will produce a dataset drawn from five projects on Florentine cultural history to illuminate the city's social and material infrastructure, one of the most dynamic urban phenomena of early modern Europe. Our platform will allow collaborative exploration of the city's cultural phenomena—not as a series of discrete well-known artworks, buildings, or elite individuals, but as a comprehensive aggregate of diverse people, groups, spaces, and objects that all contributed to the city's growth and diversification—on a scale unprecedented in scholarship on Renaissance Florence.

Florence Illuminated, a free online research platform, will be a repeatable model that resolves the redundancies of digital humanities projects on similar topics to offer a streamlined way to share research and build on it. The resulting website will be an extensible platform for data integration and digital collaboration that maintains the autonomy of participating collections. This proof of concept will produce a dataset drawn from five projects on Florentine cultural history to illuminate the city's social and material infrastructure, one of the most dynamic urban phenomena of early modern Europe. Our platform will allow collaborative exploration of the city's cultural phenomena—not as a series of discrete well-known artworks, buildings, or elite individuals, but as a comprehensive aggregate of diverse people, groups, spaces, and objects that all contributed to the city's growth and diversification—on a scale unprecedented in scholarship on Renaissance Florence.

No    This description does not clearly indicate any direct relationship to diversity, equity, and inclusion (DEI).

No. This description does not clearly indicate any direct relationship to diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In an unmarked warehouse in a former industrial area of Philadelphia, the 133,000+ items that made up the collection of the now-shuttered Philadelphia History Museum (PHM) await discovery. Through a partnership with the Museum trustees and City of Philadelphia, Drexel University is becoming steward of this collection, called the Atwater Kent Collection (AKC). As the new steward, Drexel is planning an innovative model of a "museum without walls" that will allow the public to know—for the first time—the extent of what is included in this far-ranging, priceless Collection. As essential underpinning for long-term public programming, education, research, and institutional collaboration, this significant Collection of material culture must be accessible—particularly online. As part of this ambitious undertaking, Drexel is applying for a Humanities Collections and Reference Resources Implementation grant to digitize the three-dimensional objects of the Atwater Kent Collection.

In an unmarked warehouse in a former industrial area of Philadelphia, the 133,000+ items that made up the collection of the now-shuttered Philadelphia History Museum (PHM) await discovery. Through a partnership with the Museum trustees and City of Philadelphia, Drexel University is becoming steward of this collection, called the Atwater Kent Collection (AKC). As the new steward, Drexel is planning an innovative model of a "museum without walls" that will allow the public to know—for the first time—the extent of what is included in this far-ranging, priceless Collection. As essential underpinning for long-term public programming, education, research, and institutional collaboration, this significant Collection of material culture must be accessible—particularly online. As part of this ambitious undertaking, Drexel is applying for a Humanities Collections and Reference Resources Implementation grant to digitize the three-dimensional objects of the Atwater Kent Collection.

No    Although digitizing the collection may increase accessibility, there is no explicit mention of diversity, equity, and inclusion (DEI) initiatives in this description.

No. Although digitizing the collection may increase accessibility, there is no explicit mention of diversity, equity, and inclusion (DEI) initiatives in this description.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Cataloguing, conservation, and digitization of New Paltz's historic documents, dating from the mid-18th through the 19th centuries, from four partner collections: Huguenot Historic Street, Town of New Paltz, Reformed Church of New Paltz, and the Haviland-Heidgerd Historical Collection, Elting Memorial Library. Online access to the collections will be available through NYHeritage.org and a stand-alone project website.

Cataloguing, conservation, and digitization of New Paltz's historic documents, dating from the mid-18th through the 19th centuries, from four partner collections: Huguenot Historic Street, Town of New Paltz, Reformed Church of New Paltz, and the Haviland-Heidgerd Historical Collection, Elting Memorial Library. Online access to the collections will be available through NYHeritage.org and a stand-alone project website.

No    This initiative focuses on cataloguing and digitizing historic documents, but it does not directly relate to diversity, equity, and inclusion (DEI) efforts.

No. This initiative focuses on cataloguing and digitizing historic documents, but it does not directly relate to diversity, equity, and inclusion (DEI) efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project contributes to the development of two unique collections of bilingual sociolinguistic interviews which document the language varieties along the U.S.-Mexico border by linguists at the University of Texas Rio Grande Valley (UTRGV) and the University of Arizona (UA). This project builds upon the prior successful Foundations project by accomplishing three main goals: 1) preserving 240 bilingual interviews through library digital preservation systems, 2) expanding the collections by diversifying and balancing the dataset with 50 new interviews, and 3) elaborating the corpus websites with auto-filled metadata spreadsheets, data visualization including graphs and maps, and contextualization of the collections. This Implementations project will have far-reaching impacts on scholarship, Hispanic students, and local communities as this rich data provides insight on Spanish-English bilingual linguistic practices in the U.S.-Mexico borderlands.

This project contributes to the development of two unique collections of bilingual sociolinguistic interviews which document the language varieties along the U.S.-Mexico border by linguists at the University of Texas Rio Grande Valley (UTRGV) and the University of Arizona (UA). This project builds upon the prior successful Foundations project by accomplishing three main goals: 1) preserving 240 bilingual interviews through library digital preservation systems, 2) expanding the collections by diversifying and balancing the dataset with 50 new interviews, and 3) elaborating the corpus websites with auto-filled metadata spreadsheets, data visualization including graphs and maps, and contextualization of the collections. This Implementations project will have far-reaching impacts on scholarship, Hispanic students, and local communities as this rich data provides insight on Spanish-English bilingual linguistic practices in the U.S.-Mexico borderlands.

Yes    This project contributes to DEI by documenting bilingual practices in the U.S.-Mexico borderlands, providing valuable insights for scholarship and promoting inclusivity.

Yes. This project contributes to DEI by documenting bilingual practices in the U.S.-Mexico borderlands, providing valuable insights for scholarship and promoting inclusivity.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The University of Maine, representing Franco American Collections Consortium, proposes to digitize nearly 36,000 pages of French-language and bilingual French-English family correspondence, scrapbooks, manuscripts, diaries, and personal papers, as well as 58 oral history sound recordings from French-Canadian diaspora communities in the U.S. This project will also describe 35,523 Maine noncitizen registrations from 1940 that have already been digitized but lack complete metadata. These materials show–in French and English–150 years of struggles and triumphs of Franco Americans from across New England. All materials will be discoverable through Franco American Digital Archives/Portail franco-américain, the NEH-funded open-access, bilingual discovery tool for Franco-American materials in North America. This project responds to NEH's special encouragement to develop innovative approaches to sustaining and preserving the historical record by working across multiple institutions.

The University of Maine, representing Franco American Collections Consortium, proposes to digitize nearly 36,000 pages of French-language and bilingual French-English family correspondence, scrapbooks, manuscripts, diaries, and personal papers, as well as 58 oral history sound recordings from French-Canadian diaspora communities in the U.S. This project will also describe 35,523 Maine noncitizen registrations from 1940 that have already been digitized but lack complete metadata. These materials show–in French and English–150 years of struggles and triumphs of Franco Americans from across New England. All materials will be discoverable through Franco American Digital Archives/Portail franco-américain, the NEH-funded open-access, bilingual discovery tool for Franco-American materials in North America. This project responds to NEH's special encouragement to develop innovative approaches to sustaining and preserving the historical record by working across multiple institutions.

No — While this project focuses on digitizing and preserving Franco-American materials, it does not directly relate to DEI efforts.

No. While this project focuses on digitizing and preserving Franco-American materials, it does not directly relate to DEI (Diversity, Equity, and Inclusion) efforts.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Sounding Spirit Hymnody Index (SSHI) will support rich engagement with 300,000 printings of hymn tunes and texts in 1,311 significant books of vernacular sacred music from the southern United States published between 1850 and 1925. This open access reference resource will index the tunes, texts, and people in a collection of gospel songs, spirituals, folk hymns, art music, and Sunday school songs recently digitized for the Sounding Spirit Digital Library. In this project period we will index the 430 earliest published books from this corpus, publish the SSHI, contribute data to Hymnary.org and RISM, recruit a cohort of volunteer subject matter experts to index alongside an experienced team of editors, and develop an interoperable data model for indexing hymnody. The SSHI will illuminate the experiences of diverse Americans including rural Black, white, and Native southerners, whose wide-ranging hymn singing practices accompanied their navigation of a modernizing nation-state.

Sounding Spirit Hymnody Index (SSHI) will support rich engagement with 300,000 printings of hymn tunes and texts in 1,311 significant books of vernacular sacred music from the southern United States published between 1850 and 1925. This open access reference resource will index the tunes, texts, and people in a collection of gospel songs, spirituals, folk hymns, art music, and Sunday school songs recently digitized for the Sounding Spirit Digital Library. In this project period we will index the 430 earliest published books from this corpus, publish the SSHI, contribute data to Hymnary.org and RISM, recruit a cohort of volunteer subject matter experts to index alongside an experienced team of editors, and develop an interoperable data model for indexing hymnody. The SSHI will illuminate the experiences of diverse Americans including rural Black, white, and Native southerners, whose wide-ranging hymn singing practices accompanied their navigation of a modernizing nation-state.

Yes — The Sounding Spirit Hymnody Index (SSHI) will support engagement with diverse American experiences, including rural Black, white, and Native southerners.

Yes. The Sounding Spirit Hymnody Index (SSHI) will support engagement with diverse American experiences, including rural Black, white, and Native southerners.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project consists of a revitalization of the Transcription for Paleographical and Editorial Notation (TPEN; t-pen.org) program, a decade-old free online tool that scholars around the world use to transcribe texts from handwritten documents. The project involves updating the program to meet current web standards; developing code and standards that will contribute to the Open Source community; and designing new features for enhanced project management (including more tailored privacy and team-member role settings), an increasing array of interfaces to accommodate a wider range of textual artifact elements (e.g., right-to-left languages, charts and tables, layered texts, pictorial representations), and more and easier options for exporting transcriptions. The result will be greater functionality and interoperability for scholarship, pedagogy, and digital collection curation in the humanities with a freely accessible tool prepared for its second decade of existence.

This project consists of a revitalization of the Transcription for Paleographical and Editorial Notation (TPEN; t-pen.org) program, a decade-old free online tool that scholars around the world use to transcribe texts from handwritten documents. The project involves updating the program to meet current web standards; developing code and standards that will contribute to the Open Source community; and designing new features for enhanced project management (including more tailored privacy and team-member role settings), an increasing array of interfaces to accommodate a wider range of textual artifact elements (e.g., right-to-left languages, charts and tables, layered texts, pictorial representations), and more and easier options for exporting transcriptions. The result will be greater functionality and interoperability for scholarship, pedagogy, and digital collection curation in the humanities with a freely accessible tool prepared for its second decade of existence.

No — Although the project aims to update and enhance a tool used by scholars, it does not mention anything related to diversity, equity, and inclusion (DEI).

No. Although the project aims to update and enhance a tool used by scholars, it does not mention anything related to diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Access to technical training in the digital humanities is inequitably distributed, especially among historically underserved institutions. Since 2018, and with funding provided by two NEH-funded IATDH grants, the Graduate Center, CUNY has supported development of over 30 local DH institutes and intensives by training 48 DH practitioners as part of the Digital Humanities Research Institute (DHRI). Building on the demonstrated success of these approaches, GCDI proposes a social and infrastructural intervention, Digital Humanities Resource Infrastructure for Teaching Technology (DHRIFT), to provide pedagogical support to a wider DH community. DHRIFT is conceived around flexible infrastructure for deployable sites—DHRIFT Core—that can be readily set up at local institutions and which provide ready-to-teach OERs and additional functionality to support DH pedagogy. By building community, curriculum, and infrastructure, DHRIFT aims to facilitate the more equitable development of DH skills.

Access to technical training in the digital humanities is inequitably distributed, especially among historically underserved institutions. Since 2018, and with funding provided by two NEH-funded IATDH grants, the Graduate Center, CUNY has supported development of over 30 local DH institutes and intensives by training 48 DH practitioners as part of the Digital Humanities Research Institute (DHRI). Building on the demonstrated success of these approaches, GCDI proposes a social and infrastructural intervention, Digital Humanities Resource Infrastructure for Teaching Technology (DHRIFT), to provide pedagogical support to a wider DH community. DHRIFT is conceived around flexible infrastructure for deployable sites—DHRIFT Core—that can be readily set up at local institutions and which provide ready-to-teach OERs and additional functionality to support DH pedagogy. By building community, curriculum, and infrastructure, DHRIFT aims to facilitate the more equitable development of DH skills.

Yes | DHRIFT aims to provide equitable access to technical training and pedagogical support in digital humanities, addressing inequities in distribution of resources.

Yes. DHRIFT aims to provide equitable access to technical training and pedagogical support in digital humanities, addressing inequities in distribution of resources.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Coptic language is the last phase of the Egyptian language family, a direct descendant of the hieroglyphs of ancient Egypt. Coptic texts and the study of Coptic linguistics are important for multiple academic disciplines and for the heritage community of Coptic Orthodox Christians who use the language for liturgy and their cultural identity. In this grant, the Coptic Scriptorium project (https://copticscriptorium.org) will expand our digital database of richly annotated texts to enable more comprehensive research and expand access to more heritage sources. We will also enable wider access to our resources by building more user-friendly interfaces.

The Coptic language is the last phase of the Egyptian language family, a direct descendant of the hieroglyphs of ancient Egypt. Coptic texts and the study of Coptic linguistics are important for multiple academic disciplines and for the heritage community of Coptic Orthodox Christians who use the language for liturgy and their cultural identity. In this grant, the Coptic Scriptorium project (https://copticscriptorium.org) will expand our digital database of richly annotated texts to enable more comprehensive research and expand access to more heritage sources. We will also enable wider access to our resources by building more user-friendly interfaces.

No | While the project may have academic and cultural significance, it does not appear to directly relate to diversity, equity, or inclusion (DEI) efforts or initiatives.

No. While the project may have academic and cultural significance, it does not appear to directly relate to diversity, equity, or inclusion (DEI) efforts or initiatives.

The Virginia Museum of Fine Arts (VMFA) proposes a 36-month implementation project to catalog, photograph, house, and increase public access to a recently realized bequest of 7,655 works on paper ("The Raysor Collection"). This project will ensure the care of these important collections and transform the museum's ability to explore and present a rich variety of cultural, artistic, and material histories of Western printmaking over six centuries through expanded opportunities for research, exhibitions, public engagement, and programming.

The Virginia Museum of Fine Arts (VMFA) proposes a 36-month implementation project to catalog, photograph, house, and increase public access to a recently realized bequest of 7,655 works on paper ("The Raysor Collection"). This project will ensure the care of these important collections and transform the museum's ability to explore and present a rich variety of cultural, artistic, and material histories of Western printmaking over six centuries through expanded opportunities for research, exhibitions, public engagement, and programming.

No | The VMFA project focuses on art conservation and public access without an explicit DEI component.

No. The VMFA project focuses on art conservation and public access without an explicit DEI component.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Although archaeological scholarship demonstrates the significance of relict agricultural landscape features to offer insights into many aspects of ancient societies, evidence of past land use practices can be difficult to recognize and is easily destroyed by modern development. The proposed project has developed a suite of digital remote sensing methods to facilitate rapid, non-destructive, non-invasive discovery, documentation, and analysis of ancient land use features. Building on existing collaborations with Indigenous communities and archaeological specialists, the proposed project will employ drone-based lidar, thermography, and infrared imaging, alongside terrestrial geophysics, to document past agricultural landscapes. With surveys in New Mexico, Wisconsin, Hawaii, and New England, results will document extensive remains of agricultural features and related sites, offering new perspectives on Indigenous land use while supporting preservation and protection efforts.

Although archaeological scholarship demonstrates the significance of relict agricultural landscape features to offer insights into many aspects of ancient societies, evidence of past land use practices can be difficult to recognize and is easily destroyed by modern development. The proposed project has developed a suite of digital remote sensing methods to facilitate rapid, non-destructive, non-invasive discovery, documentation, and analysis of ancient land use features. Building on existing collaborations with Indigenous communities and archaeological specialists, the proposed project will employ drone-based lidar, thermography, and infrared imaging, alongside terrestrial geophysics, to document past agricultural landscapes. With surveys in New Mexico, Wisconsin, Hawaii, and New England, results will document extensive remains of agricultural features and related sites, offering new perspectives on Indigenous land use while supporting preservation and protection efforts.

Yes | The proposed project aims to document past agricultural landscapes using digital remote sensing methods, supporting preservation efforts and providing new perspectives on Indigenous land use.

Yes. The proposed project aims to document past agricultural landscapes using digital remote sensing methods, supporting preservation efforts and providing new perspectives on Indigenous land use.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposal is to develop infrastructure, content and sustainable governance for Version 3 of World Historical Gazetteer (WHG), a platform for linking knowledge about the past via place. WHG is a powerful tool for scholarly collaboration and crucial backend architecture for named entity recognition, digital mapping and library search. This grant will allow WHG to more than double in size and expand its multivalent and multilingual records; to perform enhancements to support teaching and dataset submission; to foster communities of board members, scholars, learners and developers; and to become financially sustainable. We aim to ensure widespread use, institute scholarly peer review and promote open-source development. WHG is the only digital humanities project developing tools, platforms, content, and community for the history of place at the global scale. It enhances and integrates other spatial history projects and fosters a humanistic approach to place beyond historical GIS.

This proposal is to develop infrastructure, content and sustainable governance for Version 3 of World Historical Gazetteer (WHG), a platform for linking knowledge about the past via place. WHG is a powerful tool for scholarly collaboration and crucial backend architecture for named entity recognition, digital mapping and library search. This grant will allow WHG to more than double in size and expand its multivalent and multilingual records; to perform enhancements to support teaching and dataset submission; to foster communities of board members, scholars, learners and developers; and to become financially sustainable. We aim to ensure widespread use, institute scholarly peer review and promote open-source development. WHG is the only digital humanities project developing tools, platforms, content, and community for the history of place at the global scale. It enhances and integrates other spatial history projects and fosters a humanistic approach to place beyond historical GIS.

No    This proposal does not explicitly mention or relate to diversity, equity, or inclusion (DEI) initiatives.

No. This proposal does not explicitly mention or relate to diversity, equity, or inclusion (DEI) initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.PHAROS: The International Association of Photo Archives, a collaboration between fourteen North American and European art historical photo archives, aims to create an open and freely accessible digital research platform allowing for comprehensive and consolidated access to photo archive images and associated scholarly documentation. Following a three-year Mellon grant to build a pilot, support from the NEH will enable the platform to move into production and make the project sustainable. The planned work will result in a robust, scalable, and seamless research platform for art historians, digital humanists, data scientists, and the general public. The semantically enriched and structured data can contribute to a vibrant culture of open scholarship and collaboration among researchers from multiple disciplines, disrupting barriers that have been posed by the difficulties of navigating proprietary art historical databases in which information is siloed.

PHAROS: The International Association of Photo Archives, a collaboration between fourteen North American and European art historical photo archives, aims to create an open and freely accessible digital research platform allowing for comprehensive and consolidated access to photo archive images and associated scholarly documentation. Following a three-year Mellon grant to build a pilot, support from the NEH will enable the platform to move into production and make the project sustainable. The planned work will result in a robust, scalable, and seamless research platform for art historians, digital humanists, data scientists, and the general public. The semantically enriched and structured data can contribute to a vibrant culture of open scholarship and collaboration among researchers from multiple disciplines, disrupting barriers that have been posed by the difficulties of navigating proprietary art historical databases in which information is siloed.

No    This initiative is focused on creating a digital research platform for art historians, digital humanists, and data scientists. It does not explicitly mention diversity, equity, and inclusion (DEI).

No. This initiative is focused on creating a digital research platform for art historians, digital humanists, and data scientists. It does not explicitly mention diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Wolfsonian–FIU seeks support to pursue a preservation strategy for several collection components, most notably works on paper, photographs, and textiles. Numbering more than 20,000 items, these materials—posters, fine art prints, design drawings, fabrics, and more—are a vital resource for understanding the political, cultural, and technological developments of the period 1850–1950. They are currently stored in an offsite annex, from which objects must from time to time be transferred to our headquarters building for purposes of exhibitions, photography, and researcher access, a process that exposes them to rapid shifts in temperature and humidity. We will move these collections permanently to our headquarters building and store them in new compact shelving and cold storage. The result will be a more suitable storage environment for these materials, which permits access for students, researchers, and the public without compromising sustainable preservation practices.

The Wolfsonian–FIU seeks support to pursue a preservation strategy for several collection components, most notably works on paper, photographs, and textiles. Numbering more than 20,000 items, these materials—posters, fine art prints, design drawings, fabrics, and more—are a vital resource for understanding the political, cultural, and technological developments of the period 1850–1950. They are currently stored in an offsite annex, from which objects must from time to time be transferred to our headquarters building for purposes of exhibitions, photography, and researcher access, a process that exposes them to rapid shifts in temperature and humidity. We will move these collections permanently to our headquarters building and store them in new compact shelving and cold storage. The result will be a more suitable storage environment for these materials, which permits access for students, researchers, and the public without compromising sustainable preservation practices.

No    This description does not relate to DEI. It focuses on preservation strategy and storage for historical materials.

No. This description does not relate to DEI. It focuses on preservation strategy and storage for historical materials.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Michigan State University, Wesleyan College, and Frances de La Rosa have partnered on the Fernando La Rosa Photographic Archive, expanding upon previous NEH-funded projects directed by P.I. Dr. Keller at MSU (the Archive of Malian Photography and the Willis E. Bell Photographic Archive). With NEH HCRR funding, from 9/1/25-8/31/27, this project will stabilize all c. 22,500 of La Rosa's photographic negatives (c.18,000 film and c.4,600 born digital) dating from 1968-2011 by rehousing his film negatives in acid-free envelopes and boxes, creating high-resolution digital scans, and developing a catalog of associated metadata for this entire collection. To raise international awareness of this significant collection by renowned Peruvian-American photographer Fernando La Rosa who worked in Peru, the U.S.A., the Caribbean, and Europe during the twentieth to twenty-first centuries, at times traveling and collaborating with U.S.-based colleagues, Minor White and Aaron Siskind, this project ensur

Michigan State University, Wesleyan College, and Frances de La Rosa have partnered on the Fernando La Rosa Photographic Archive, expanding upon previous NEH-funded projects directed by P.I. Dr. Keller at MSU (the Archive of Malian Photography and the Willis E. Bell Photographic Archive). With NEH HCRR funding, from 9/1/25-8/31/27, this project will stabilize all c. 22,500 of La Rosa's photographic negatives (c.18,000 film and c.4,600 born digital) dating from 1968-2011 by rehousing his film negatives in acid-free envelopes and boxes, creating high-resolution digital scans, and developing a catalog of associated metadata for this entire collection. To raise international awareness of this significant collection by renowned Peruvian-American photographer Fernando La Rosa who worked in Peru, the U.S.A., the Caribbean, and Europe during the twentieth to twenty-first centuries, at times traveling and collaborating with U.S.-based colleagues, Minor White and Aaron Siskind, this project ensur

No

This project focuses on the preservation and cataloging of a photographic archive and does not specifically relate to diversity, equity, and inclusion (DEI).

No. This project focuses on the preservation and cataloging of a photographic archive and does not specifically relate to diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The American Congress Digital Archives Portal seeks to digitize and aggregate congressional archives material in a single, searchable online portal that would expand access to individual collections and increase the research value of each collection by providing context and linkages among them.

The American Congress Digital Archives Portal seeks to digitize and aggregate congressional archives material in a single, searchable online portal that would expand access to individual collections and increase the research value of each collection by providing context and linkages among them.

No

The American Congress Digital Archives Portal focuses on digitizing and providing access to congressional archives, but it doesn't explicitly mention diversity, equity, and inclusion (DEI) efforts.

No. The American Congress Digital Archives Portal focuses on digitizing and providing access to congressional archives, but it doesn't explicitly mention diversity, equity, and inclusion (DEI) efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Detroit Institute of Arts (DIA) requests an NEH SCHC grant of $349,534 in support of new fire suppression and early warning detection systems for the Prints, Drawings, and Photographs (PDP) galleries, department, and storage rooms. The Halon fire suppression for PDP is both outdated and poses an environmental risk. In a world where sustainable solutions drive decisions, the DIA is actively implementing goals and strategies for reducing carbon emissions, which includes updating outdated equipment. The recommended alternative to the current Halon system is a blend of a (1) Preaction Sprinkler System, and (2) FK-5-1-12 Gas Fire Suppression, combined with a VESDA® Air Aspirating Smoke Detection. These combined systems along with upgraded wet-pipe sprinklers offer the most reliable and sustainable solution for fire suppression for PDP. It is an opportune time to upgrade the fire suppression system, while the galleries are closed for replacement of other outdated equipment.

The Detroit Institute of Arts (DIA) requests an NEH SCHC grant of $349,534 in support of new fire suppression and early warning detection systems for the Prints, Drawings, and Photographs (PDP) galleries, department, and storage rooms. The Halon fire suppression for PDP is both outdated and poses an environmental risk. In a world where sustainable solutions drive decisions, the DIA is actively implementing goals and strategies for reducing carbon emissions, which includes updating outdated equipment. The recommended alternative to the current Halon system is a blend of a (1) Preaction Sprinkler System, and (2) FK-5-1-12 Gas Fire Suppression, combined with a VESDA® Air Aspirating Smoke Detection. These combined systems along with upgraded wet-pipe sprinklers offer the most reliable and sustainable solution for fire suppression for PDP. It is an opportune time to upgrade the fire suppression system, while the galleries are closed for replacement of other outdated equipment.

No

While the initiative addresses updating fire suppression systems and reducing carbon emissions, it does not directly relate to Diversity, Equity, and Inclusion (DEI).

No. While the initiative addresses updating fire suppression systems and reducing carbon emissions, it does not directly relate to Diversity, Equity, and Inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will process and digitize four collections totaling 122 linear feet from YIVO's Jewish Labor and Political Archives. These collections which include the records of the International Ladies' Garment Workers' Union, the Amalgamated Clothing Workers of America, United Hebrew Trades, and the Jewish Labor Committee represent four of the largest and most influential Labor Unions in the United States in the 20th Century. Founded by and with a mainly Jewish immigrant base, these unions advanced workers rights, pay, and conditions across a variety of industries for American workers of all ethnic backgrounds.

This project will process and digitize four collections totaling 122 linear feet from YIVO's Jewish Labor and Political Archives. These collections which include the records of the International Ladies' Garment Workers' Union, the Amalgamated Clothing Workers of America, United Hebrew Trades, and the Jewish Labor Committee represent four of the largest and most influential Labor Unions in the United States in the 20th Century. Founded by and with a mainly Jewish immigrant base, these unions advanced workers rights, pay, and conditions across a variety of industries for American workers of all ethnic backgrounds.

Yes

These collections represent Jewish labor unions that fought for workers' rights, showing the intersection of Jewish immigrant experiences and labor movements.

Yes. These collections represent Jewish labor unions that fought for workers' rights, showing the intersection of Jewish immigrant experiences and labor movements. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Museum Studies program in the College of Liberal Arts and Chester F. Carlson Center for Imaging Science propose to develop and sustain education and training opportunities for library, archive, and museum professionals, humanities scholars, and others through the creation of "communities of practice" around multispectral imaging to foster opportunities for discoverability, expanded access, and preventative collections care. This project builds upon our previous Tier 2 R&D grant that yielded the creation of an accessible, user-friendly multispectral imaging system and software. The program will utilize three modalities (online; onsite at RIT; and offsite through a loan program) and will give participants opportunities to apply the technology to their own collections. By centering on participants from four professional constituencies in the US, the project aims to develop multispectral imaging literacy among those who may not have access to such resources.

The Museum Studies program in the College of Liberal Arts and Chester F. Carlson Center for Imaging Science propose to develop and sustain education and training opportunities for library, archive, and museum professionals, humanities scholars, and others through the creation of "communities of practice" around multispectral imaging to foster opportunities for discoverability, expanded access, and preventative collections care. This project builds upon our previous Tier 2 R&D grant that yielded the creation of an accessible, user-friendly multispectral imaging system and software. The program will utilize three modalities (online; onsite at RIT; and offsite through a loan program) and will give participants opportunities to apply the technology to their own collections. By centering on participants from four professional constituencies in the US, the project aims to develop multispectral imaging literacy among those who may not have access to such resources.

Yes — The proposed program aims to develop multispectral imaging literacy among professionals who may not have access to such resources, promoting equitable opportunities in the field.

Yes. The proposed program aims to develop multispectral imaging literacy among professionals who may not have access to such resources, promoting equitable opportunities in the field. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project continues Community Archiving Workshop's efforts to preserve and improve access to tribally held collections by training tribal archivists and librarians to assess and inventory audiovisual (AV) collections, and learn the essentials of inspection, digitization, and managing digital AV collections. Each workshop involves onsite training in which participants learn to identify different media formats and risk factors, establish controlled vocabulary for description of AV collections, and document and prioritize collections for preservation. Workshops facilitate local networking between archivists, librarians, and community members, encouraging the sharing of resources and knowledge. Participants will participate in a new training module delivered online: AV Essentials: Digital File Storage and Maintenance. This will train participants in naming, storing, and caring for digital AV collections and builds on the analog collection skills participants learn during the workshop.

This project continues Community Archiving Workshop's efforts to preserve and improve access to tribally held collections by training tribal archivists and librarians to assess and inventory audiovisual (AV) collections, and learn the essentials of inspection, digitization, and managing digital AV collections. Each workshop involves onsite training in which participants learn to identify different media formats and risk factors, establish controlled vocabulary for description of AV collections, and document and prioritize collections for preservation. Workshops facilitate local networking between archivists, librarians, and community members, encouraging the sharing of resources and knowledge. Participants will participate in a new training module delivered online: AV Essentials: Digital File Storage and Maintenance. This will train participants in naming, storing, and caring for digital AV collections and builds on the analog collection skills participants learn during the workshop.

Yes — This project aims to enhance access to tribally held collections by training archivists & librarians in AV digitization & management.

Yes. This project aims to enhance access to tribally held collections by training archivists & librarians in AV digitization & management.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Conservation Center for Art and Historic Artifacts (CCAHA) requests two-year funding support to continue and broaden the reach of activities of CCAHA's preservation field services programs through preservation planning, the Regional Heritage Stewardship Program, a sustainability cohort, education programs, and an apprenticeship focused on preventive conservation. Goals for preservation field services activities in 2024-26 include: To competitively offer NEH-subsidized preservation planning assessments to 16 small to mid-sized institutions; to sustain the work of the Regional Heritage Stewardship Program in the Deep South and Appalachia; to address sustainability concerns at coastal collecting organizations through a new cohort program; to provide one national conferences on crisis and memorial collecting (as well as webinars and online courses); and to support emerging field service professionals through an apprenticeship in preventive conservation.

The Conservation Center for Art and Historic Artifacts (CCAHA) requests two-year funding support to continue and broaden the reach of activities of CCAHA's preservation field services programs through preservation planning, the Regional Heritage Stewardship Program, a sustainability cohort, education programs, and an apprenticeship focused on preventive conservation. Goals for preservation field services activities in 2024-26 include: To competitively offer NEH-subsidized preservation planning assessments to 16 small to mid-sized institutions; to sustain the work of the Regional Heritage Stewardship Program in the Deep South and Appalachia; to address sustainability concerns at coastal collecting organizations through a new cohort program; to provide one national conferences on crisis and memorial collecting (as well as webinars and online courses); and to support emerging field service professionals through an apprenticeship in preventive conservation.

Yes — The activities listed involve preservation planning, education programs, and apprenticeships, which can contribute to the DEI goals in the field of conservation and heritage stewardship.

Yes. The activities listed involve preservation planning, education programs, and apprenticeships, which can contribute to the DEI (Diversity, Equity, and Inclusion) goals in the field of conservation and heritage stewardship.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Mediterranean Antiquities Provenance Research Alliance (MAPRA) will bring together academics and museum professionals to create data standards and a protocol for undertaking provenance research on art and artifacts from the ancient Mediterranean. Mediterranean antiquities with no known provenance have been collected for decades, creating an illicit market fed by the looting of archaeological sites and museum thefts. As a result, ancient art and artifacts are damaged or lost, and archaeological sites are destroyed, depriving archaeologists of vital contextual information. MAPRA will provide training and resources for provenance research on objects from the ancient Mediterranean, in order to right the wrongs of the past and help curb the trade in illegal antiquities.

The Mediterranean Antiquities Provenance Research Alliance (MAPRA) will bring together academics and museum professionals to create data standards and a protocol for undertaking provenance research on art and artifacts from the ancient Mediterranean. Mediterranean antiquities with no known provenance have been collected for decades, creating an illicit market fed by the looting of archaeological sites and museum thefts. As a result, ancient art and artifacts are damaged or lost, and archaeological sites are destroyed, depriving archaeologists of vital contextual information. MAPRA will provide training and resources for provenance research on objects from the ancient Mediterranean, in order to right the wrongs of the past and help curb the trade in illegal antiquities.

Yes — MAPRA aims to address issues of illegal antiquities trade, looting, and destruction of archaeological sites, which are all relevant to DEI efforts.

Yes. MAPRA aims to address issues of illegal antiquities trade, looting, and destruction of archaeological sites, which are all relevant to DEI efforts.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The American Jewish Historical Society seeks a grant of $349,300 from the National Endowment for the Humanities in support of a three-year project to completely process and selectively digitize the Regional Office Records series from the institutional archives of the Anti-Defamation League (ADL), which works globally to expose hate, secure justice, and protect democracy. This series (1,300 linear feet) documents frontline initiatives on both a national and local scale in over 25 locations across the United States to battle antisemitism, racism, and other manifestations of hate. The records include in-depth correspondence with ADL's National Headquarters, extensive records of local court cases and legislation, and photos compiled by local offices. This project will ensure the long-term accessibility of these extraordinary primary sources and enable them to be an accessible resource for local, national, and international humanities scholarship, public programming, and civic education.

The American Jewish Historical Society seeks a grant of $349,300 from the National Endowment for the Humanities in support of a three-year project to completely process and selectively digitize the Regional Office Records series from the institutional archives of the Anti-Defamation League (ADL), which works globally to expose hate, secure justice, and protect democracy. This series (1,300 linear feet) documents frontline initiatives on both a national and local scale in over 25 locations across the United States to battle antisemitism, racism, and other manifestations of hate. The records include in-depth correspondence with ADL's National Headquarters, extensive records of local court cases and legislation, and photos compiled by local offices. This project will ensure the long-term accessibility of these extraordinary primary sources and enable them to be an accessible resource for local, national, and international humanities scholarship, public programming, and civic education.

No    While the initiative aims to digitize records related to combating hate, it does not explicitly mention Diversity, Equity, and Inclusion (DEI) efforts.

No. While the initiative aims to digitize records related to combating hate, it does not explicitly mention Diversity, Equity, and Inclusion (DEI) efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The High Point Museum proposes to replace aging HVAC systems in the Museum's main building to create a better preservation environment for the varied collections it houses. Phase one of the project, completed in 2021, analyzed the existing HVAC systems and was followed by a building envelope study in 2022. New equipment will ensure greater flexibility in responding to outside conditions, will improve energy efficiency, and will further the Museum's goal of providing greater access to its collections by ensuring their long-term viability.

The High Point Museum proposes to replace aging HVAC systems in the Museum's main building to create a better preservation environment for the varied collections it houses. Phase one of the project, completed in 2021, analyzed the existing HVAC systems and was followed by a building envelope study in 2022. New equipment will ensure greater flexibility in responding to outside conditions, will improve energy efficiency, and will further the Museum's goal of providing greater access to its collections by ensuring their long-term viability.

Yes    Improving HVAC systems enhances preservation conditions for collections, aligning with the goal of providing greater access to diverse audiences.

Yes. Improving HVAC systems enhances preservation conditions for collections, aligning with the goal of providing greater access to diverse audiences. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.MPB requests $349,225 in Implementation funding from the National Endowment for the Humanities. This funding will primarily support the purchase and installation of a system for storage and access to the vast collection of works, documenting events from the last half century.

MPB requests $349,225 in Implementation funding from the National Endowment for the Humanities. This funding will primarily support the purchase and installation of a system for storage and access to the vast collection of works, documenting events from the last half century.

Yes    This initiative supports diversity, equity, and inclusion (DEI) by providing access to a diverse collection that documents events from the last half century.

Yes. This initiative supports diversity, equity, and inclusion (DEI) by providing access to a diverse collection that documents events from the last half century.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Mapping Color in History [MCH] brings together the scientific data drawn from existing and on-going material analyses of pigments in Asian painting in a historical perspective.  As a digital portal with a searchable online database, MCH does not only document pigments and their material properties, but also enable an in-depth historical analysis of pigment data through a search tool that identifies specific examples and their locations in both time and space. By developing a database ontology that can bring together fragmentary and uneven data with complex lateral and hierarchical relationships and by compiling pigment analysis data and deep historical research in a systematic manner, MCH enables truly interdisciplinary research and collaboration, connecting humanists and scientists.

Mapping Color in History [MCH] brings together the scientific data drawn from existing and on-going material analyses of pigments in Asian painting in a historical perspective.  As a digital portal with a searchable online database, MCH does not only document pigments and their material properties, but also enable an in-depth historical analysis of pigment data through a search tool that identifies specific examples and their locations in both time and space. By developing a database ontology that can bring together fragmentary and uneven data with complex lateral and hierarchical relationships and by compiling pigment analysis data and deep historical research in a systematic manner, MCH enables truly interdisciplinary research and collaboration, connecting humanists and scientists.

No    MCH focuses on scientific data and historical analysis of pigments in Asian painting, but does not explicitly relate to diversity, equity, and inclusion (DEI).

No. MCH focuses on scientific data and historical analysis of pigments in Asian painting, but does not explicitly relate to diversity, equity, and inclusion (DEI).

| # | Prompt | Description | | Response |
|---|--------|-------------|---|----------|
| 131 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The first students to attend what became Christiansburg Institute in 1866 were formerly enslaved. A century later in 1966, the school graduated its final class and its remaining students integrated into formerly all-white schools. Over the span of one hundred years, thousands of students traversed its halls, leaving behind records and artifacts that bear witness to their experiences and those of their families. The objective of this project is to amplify the voices of Black Appalachians by digitizing four data-rich school and community collections, creating 2,161 comprehensive catalog records for Christiansburg Institute Digital Archives. Digitized materials will also be available through Virginia Tech Libraries' Southwest Virginia Digital Archives and Digital Public Library of America's Digital Virginias. These records, in conjunction with CIDA's existing digital collections, can foster new scholarship and promote a deeper understanding of both African American and Appalachian history. | The first students to attend what became Christiansburg Institute in 1866 were formerly enslaved. A century later in 1966, the school graduated its final class and its remaining students integrated into formerly all-white schools. Over the span of one hundred years, thousands of students traversed its halls, leaving behind records and artifacts that bear witness to their experiences and those of their families. The objective of this project is to amplify the voices of Black Appalachians by digitizing four data-rich school and community collections, creating 2,161 comprehensive catalog records for Christiansburg Institute Digital Archives. Digitized materials will also be available through Virginia Tech Libraries' Southwest Virginia Digital Archives and Digital Public Library of America's Digital Virginias. These records, in conjunction with CIDA's existing digital collections, can foster new scholarship and promote a deeper understanding of both African American and Appalachian history. | No | This description does not directly relate to DEI as it focuses on the history and digitization of a specific educational institution. / No. This description does not directly relate to DEI as it focuses on the history and digitization of a specific educational institution. |
| 132 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Motion picture film is more than an image. While the history of cinema provides ample evidence that the film industry from its beginnings strove to promote the illusion of an immaterial presence illuminating a screen in a darkened theater, the reality of film's physical presence rolled through projectors in booths, weighed down shipping containers as it was shuttled from one theater to another, and fell to the cutting room floor during editing. The residue of a century of filmmaking (theatrical and non-theatrical, professional and amateur, documentary and fiction, news and nonsense) now resides in film archives once or twice removed from the industries and communities that produced the content. How this large collective archive will live on to be studied by scholars of the future remains a question without a satisfactory answer.  The University of South Carolina seeks a $349,106 award to fund a two-year project that will push the boundaries of possibility for scholarly access to motion picture film elements surviving in film archives. We propose a two-pronged project that will demonstrate the inherent value of digitizing the entirety of a film element, known as a full overscan, to create a digital surrogate of the material motion picture film object. | Motion picture film is more than an image. While the history of cinema provides ample evidence that the film industry from its beginnings strove to promote the illusion of an immaterial presence illuminating a screen in a darkened theater, the reality of film's physical presence rolled through projectors in booths, weighed down shipping containers as it was shuttled from one theater to another, and fell to the cutting room floor during editing. The residue of a century of filmmaking (theatrical and non-theatrical, professional and amateur, documentary and fiction, news and nonsense) now resides in film archives once or twice removed from the industries and communities that produced the content. How this large collective archive will live on to be studied by scholars of the future remains a question without a satisfactory answer.  The University of South Carolina seeks a $349,106 award to fund a two-year project that will push the boundaries of possibility for scholarly access to motion picture film elements surviving in film archives. We propose a two-pronged project that will demonstrate the inherent value of digitizing the entirety of a film element, known as a full overscan, to create a digital surrogate of the material motion picture film object. | No | While the description mentions film archives and digitization, it does not specifically address diversity, equity, or inclusion. / No. While the description mentions film archives and digitization, it does not specifically address diversity, equity, or inclusion. |
| 133 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Linking Texts and Data from the Medieval Middle East enhances access to the literature and history of the Syriac cultural heritage community. Syriac is a dialect of Aramaic once spoken widely in the Middle East and Asia. Syriac sources document critical moments in the interaction of Judaism, Christianity, and Islam and offer unique perspectives on the history of the Middle East from Roman rule into the tumultuous present in Syria, Iraq, and Turkey. This project will publish a corpus of Syriac literature in English translation, supported by open-source tools for automating the digitization, encoding, and markup of textual resources. The text corpus will be contextualized by integrating Linked Data from Syriaca.org, an online reference hub for studying the Syriac world. The result will be a next-generation digital reference tool enhancing discovery of and access to Syriac cultural heritage aimed at non-specialists, students, members of the Syriac heritage communities, and the public. | Linking Texts and Data from the Medieval Middle East enhances access to the literature and history of the Syriac cultural heritage community. Syriac is a dialect of Aramaic once spoken widely in the Middle East and Asia. Syriac sources document critical moments in the interaction of Judaism, Christianity, and Islam and offer unique perspectives on the history of the Middle East from Roman rule into the tumultuous present in Syria, Iraq, and Turkey. This project will publish a corpus of Syriac literature in English translation, supported by open-source tools for automating the digitization, encoding, and markup of textual resources. The text corpus will be contextualized by integrating Linked Data from Syriaca.org, an online reference hub for studying the Syriac world. The result will be a next-generation digital reference tool enhancing discovery of and access to Syriac cultural heritage aimed at non-specialists, students, members of the Syriac heritage communities, and the public. | No | The mentioned project focuses on enhancing access to Syriac cultural heritage, but it does not directly relate to Diversity, Equity, and Inclusion (DEI) initiatives. / No. The mentioned project focuses on enhancing access to Syriac cultural heritage, but it does not directly relate to Diversity, Equity, and Inclusion (DEI) initiatives. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project seeks to address the lack of accessible tools and preservation workflows for accurately transferring audio and metadata from DAT tapes. DAT tapes are at a much higher risk than many older audio formats, and are very likely to contain unique content. The goal of this project is to make the transfer of audio data from DAT tape as straightforward and verifiable as it would be to transfer a Broadcast WAVE file from a modern audio recorder. We plan to meet these objectives by updating long-abandoned open-source DAT transfer applications to work with modern computers, developing multiple strategies for transferring data with DAT players and DDS drives (a technology that facilitates direct data transfer), building more robust metadata standards that account for the unique properties of DATs, and facilitating an outreach program to give managers of DAT collections accessible, easy-to-follow guidance to save unique audio hidden on this obsolete format.

This project seeks to address the lack of accessible tools and preservation workflows for accurately transferring audio and metadata from DAT tapes. DAT tapes are at a much higher risk than many older audio formats, and are very likely to contain unique content. The goal of this project is to make the transfer of audio data from DAT tape as straightforward and verifiable as it would be to transfer a Broadcast WAVE file from a modern audio recorder. We plan to meet these objectives by updating long-abandoned open-source DAT transfer applications to work with modern computers, developing multiple strategies for transferring data with DAT players and DDS drives (a technology that facilitates direct data transfer), building more robust metadata standards that account for the unique properties of DATs, and facilitating an outreach program to give managers of DAT collections accessible, easy-to-follow guidance to save unique audio hidden on this obsolete format.

Yes

This project aims to address accessibility and preservation issues related to DAT tapes, a format at risk and likely to contain unique content.

Yes. This project aims to address accessibility and preservation issues related to DAT tapes, a format at risk and likely to contain unique content.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Mapping Chicagoland project will digitize, georeference, and make accessible maps and atlases of Chicago from the Newberry Library, the Chicago History Museum, and the University of Chicago. The project will focus on making the earliest cartographic representations of Chicago accessible. The nominated collections consist of Chicago maps and atlases that were published in 1940 or earlier. Each institution's collection has unique strengths that complement one another in scale, time period, and subject. The maps selected are among the most used at the three institutions but are also fragile in nature.

The Mapping Chicagoland project will digitize, georeference, and make accessible maps and atlases of Chicago from the Newberry Library, the Chicago History Museum, and the University of Chicago. The project will focus on making the earliest cartographic representations of Chicago accessible. The nominated collections consist of Chicago maps and atlases that were published in 1940 or earlier. Each institution's collection has unique strengths that complement one another in scale, time period, and subject. The maps selected are among the most used at the three institutions but are also fragile in nature.

No

The project focuses on digitizing and making accessible historical maps of Chicago. There is no direct connection to DEI.

No. The project focuses on digitizing and making accessible historical maps of Chicago. There is no direct connection to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Tousey Project seeks to digitize the dime novels of Frank Tousey, the most sensational and prolific publisher of the format. Best known for his series marketed to children, Tousey made an indelible mark on American culture through the introduction of the first American science fiction hero, Frank Reade, and the popularization of stories about the outlaw Jesse James. This digitization project builds directly on the recently completed Albert Johannsen Project and the ongoing Street & Smith Project, with partners at Northern Illinois University, Villanova University, Stanford University, Bowling Green State University, and Oberlin College and Conservatory. In addition to making thousands of these publications widely available for the first time anywhere in over a century, the project will also add index entries for every story, series, and author to the online dime novel bibliography at dimenovels.org, which will be used to aggregate each partner's digital dime novel holdings.

The Tousey Project seeks to digitize the dime novels of Frank Tousey, the most sensational and prolific publisher of the format. Best known for his series marketed to children, Tousey made an indelible mark on American culture through the introduction of the first American science fiction hero, Frank Reade, and the popularization of stories about the outlaw Jesse James. This digitization project builds directly on the recently completed Albert Johannsen Project and the ongoing Street & Smith Project, with partners at Northern Illinois University, Villanova University, Stanford University, Bowling Green State University, and Oberlin College and Conservatory. In addition to making thousands of these publications widely available for the first time anywhere in over a century, the project will also add index entries for every story, series, and author to the online dime novel bibliography at dimenovels.org, which will be used to aggregate each partner's digital dime novel holdings.

No

The Tousey Project aims to digitize dime novels, which does not directly relate to diversity, equity, and inclusion initiatives.

No. The Tousey Project aims to digitize dime novels, which does not directly relate to diversity, equity, and inclusion initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Perseus Digital Library, best known for its coverage of Greco-Roman Culture, has been available on the Web since 1995 and, in the 2021/22 academic year served between 200,000 and 300,000 users a month. The work proposed here would complete a comprehensive overhaul of Perseus, replacing a Web presence that was first designed in 2003. The 3-year project proposed here allows us to integrate a range of new capabilities, most developed as part of NEH-funded projects (such as generation of Ancient Greek text from page images, quotation detection, automatic translation alignment), into a new Perseus that provides updated services to its established users while reaching out to new communities. Text reuse and citation detection would create links from source text to relevant Open Access scholarship, provide a venue for next-generation, born-digital publications, and stimulate more applications of Natural Language Processing to historical languages.

The Perseus Digital Library, best known for its coverage of Greco-Roman Culture, has been available on the Web since 1995 and, in the 2021/22 academic year served between 200,000 and 300,000 users a month. The work proposed here would complete a comprehensive overhaul of Perseus, replacing a Web presence that was first designed in 2003. The 3-year project proposed here allows us to integrate a range of new capabilities, most developed as part of NEH-funded projects (such as generation of Ancient Greek text from page images, quotation detection, automatic translation alignment), into a new Perseus that provides updated services to its established users while reaching out to new communities. Text reuse and citation detection would create links from source text to relevant Open Access scholarship, provide a venue for next-generation, born-digital publications, and stimulate more applications of Natural Language Processing to historical languages.

Yes

The proposed overhaul of Perseus would integrate new capabilities and reach out to new communities, potentially improving diversity, equity, and inclusion in accessing Greco-Roman culture.

Yes. The proposed overhaul of Perseus would integrate new capabilities and reach out to new communities, potentially improving diversity, equity, and inclusion in accessing Greco-Roman culture.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Northern Illinois University Latinx Oral History Project Digital Collection is poised to document and disseminate the complexity and diversity of the growing and significant Latinx population in the Midwest. In addition to interviews with Mexicans/Mexican Americans in the region, the project also holds interviews with Puerto Ricans and Central and South Americans as well as interviews that speak to moments of solidarity and tension among different Latinx groups and Latinxs and African American communities. Relatively few oral history collections of any kind are currently available online in sound/video and text transcript format. Digitization of nearly 300 audio and video oral history interviews along with full-text transcripts will offer users a large collection of free-use, online materials that will fill the current gap in sources on Latinxs in the Midwest and become a major resource for researchers, educators, students, and lifetime learners.

The Northern Illinois University Latinx Oral History Project Digital Collection is poised to document and disseminate the complexity and diversity of the growing and significant Latinx population in the Midwest. In addition to interviews with Mexicans/Mexican Americans in the region, the project also holds interviews with Puerto Ricans and Central and South Americans as well as interviews that speak to moments of solidarity and tension among different Latinx groups and Latinxs and African American communities. Relatively few oral history collections of any kind are currently available online in sound/video and text transcript format. Digitization of nearly 300 audio and video oral history interviews along with full-text transcripts will offer users a large collection of free-use, online materials that will fill the current gap in sources on Latinxs in the Midwest and become a major resource for researchers, educators, students, and lifetime learners.

Yes    The Northern Illinois University Latinx Oral History Project Digital Collection aims to document and share the diversity and complexity of the Latinx population in the Midwest, filling a gap in sources on Latinxs in the region.

Yes. The Northern Illinois University Latinx Oral History Project Digital Collection aims to document and share the diversity and complexity of the Latinx population in the Midwest, filling a gap in sources on Latinxs in the region.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The proposed project, America in the Kitchen: The Historic American Cookbook Project, submitted to the Humanities Collections and Reference Resources program of the National Endowment for the Humanities Division of Preservation and Access, will expand and enhance the Feeding America repository (https://d.lib.msu.edu/fa) at the Michigan State University Libraries. The project will have 4 main deliverables: 1) Scan up to 24,000 new cookbook pages; 2) Create brief, accessible essays for 115 new historical cookbooks; 3) Increase understanding of the experiences of people from underrepresented communities by adding new cookbooks to the collection that will testify to America's profound diversity; and 4) Create a new linked data site called America in the Kitchen, which will give users a beautiful, contextualized, and curated experience with a diverse range of historic cookbooks and, through them, a unique window into an important part of American history.

The proposed project, America in the Kitchen: The Historic American Cookbook Project, submitted to the Humanities Collections and Reference Resources program of the National Endowment for the Humanities Division of Preservation and Access, will expand and enhance the Feeding America repository (https://d.lib.msu.edu/fa) at the Michigan State University Libraries. The project will have 4 main deliverables: 1) Scan up to 24,000 new cookbook pages; 2) Create brief, accessible essays for 115 new historical cookbooks; 3) Increase understanding of the experiences of people from underrepresented communities by adding new cookbooks to the collection that will testify to America's profound diversity; and 4) Create a new linked data site called America in the Kitchen, which will give users a beautiful, contextualized, and curated experience with a diverse range of historic cookbooks and, through them, a unique window into an important part of American history.

Yes    The project aims to increase understanding of experiences from underrepresented communities by adding diverse cookbooks to the collection.

Yes. The project aims to increase understanding of experiences from underrepresented communities by adding diverse cookbooks to the collection. #DEI

---

An NEH Humanities Collections and Reference Resources grant will support the final phase of a two-phase project designed to allow free public access to an archival collection resulting from 38 years of documenting the threatened or now-demolished historic architecture of the Mid-Atlantic region. In this phase-two project, staff will process and make publicly accessible the collection of "born-digital" documentation (1,800 historic properties) and related materials from fieldwork and research conducted by the University of Delaware's Center for Historic Architecture and Design from 2011-2024.[edited by staff]

An NEH Humanities Collections and Reference Resources grant will support the final phase of a two-phase project designed to allow free public access to an archival collection resulting from 38 years of documenting the threatened or now-demolished historic architecture of the Mid-Atlantic region. In this phase-two project, staff will process and make publicly accessible the collection of "born-digital" documentation (1,800 historic properties) and related materials from fieldwork and research conducted by the University of Delaware's Center for Historic Architecture and Design from 2011-2024.[edited by staff]

No    The historic architecture project preserves documentation but does not explicitly engage DEI themes.

No. The historic architecture project preserves documentation but does not explicitly engage DEI themes.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In partnership with the American Geographical Society Library, the Leventhal Map & Education Center will build an open-source platform for georeferencing digitized cartographic collections, based on the Allmaps software library already under development. By building a patron-facing digital interface for georeferencing—a term which refers to the use of software to align scanned maps with real-world geographies—hundreds of cultural institutions around the world can make their digitized map collections newly vibrant for scholars, educators, and the public.

In partnership with the American Geographical Society Library, the Leventhal Map & Education Center will build an open-source platform for georeferencing digitized cartographic collections, based on the Allmaps software library already under development. By building a patron-facing digital interface for georeferencing—a term which refers to the use of software to align scanned maps with real-world geographies—hundreds of cultural institutions around the world can make their digitized map collections newly vibrant for scholars, educators, and the public.

No    This project focuses on digitizing and georeferencing cartographic collections, but it doesn't directly relate to DEI.

No. This project focuses on digitizing and georeferencing cartographic collections, but it doesn't directly relate to DEI (Diversity, Equity, and Inclusion).

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Archaeology contributes unique insights into the human story across many scales, but the field's traditional methods are not well-suited for working beyond the scale of small regions. We employ digital methods to document archaeological landscapes across regions, in our NEH ODH-sponsored webapp GeoPACHA: Geospatial Platform for Andean Culture, History, and Archaeology. In this three year project, we will revise the GeoPACHA codebase to enable AI-assisted archaeological imagery survey, and refine our deep learning models for archaeological feature detection, which leverage the large set of human-tagged features previously registered on GeoPACHA. We will then conduct an autonomous survey of satellite imagery across the central Andes. Our network of regional experts and their diverse student surveyors will then edit and enrich these AI-generated datasets via GeoPACHA 2.0, in a human-machine teaming effort that will result in the largest imagery survey in the western hemisphere.

Archaeology contributes unique insights into the human story across many scales, but the field's traditional methods are not well-suited for working beyond the scale of small regions. We employ digital methods to document archaeological landscapes across regions, in our NEH ODH-sponsored webapp GeoPACHA: Geospatial Platform for Andean Culture, History, and Archaeology. In this three year project, we will revise the GeoPACHA codebase to enable AI-assisted archaeological imagery survey, and refine our deep learning models for archaeological feature detection, which leverage the large set of human-tagged features previously registered on GeoPACHA. We will then conduct an autonomous survey of satellite imagery across the central Andes. Our network of regional experts and their diverse student surveyors will then edit and enrich these AI-generated datasets via GeoPACHA 2.0, in a human-machine teaming effort that will result in the largest imagery survey in the western hemisphere.

No — This initiative specifically discusses the use of digital methods and AI for archaeological surveys and does not directly relate to DEI.

No. This initiative specifically discusses the use of digital methods and AI for archaeological surveys and does not directly relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The VCEditor 2.0 Project addresses the critical need for advanced tools in manuscript studies and builds upon the success of VCEditor 1.0, which is actively used by manuscript scholars, book historians, conservators, curators, catalogers, and students. VCEditor 2.0 aims to benefit users by expanding the description and visualization potential of the existing software.

The VCEditor 2.0 Project addresses the critical need for advanced tools in manuscript studies and builds upon the success of VCEditor 1.0, which is actively used by manuscript scholars, book historians, conservators, curators, catalogers, and students. VCEditor 2.0 aims to benefit users by expanding the description and visualization potential of the existing software.

No — The VCEditor 2.0 Project does not directly relate to DEI as it focuses on expanding tools for manuscript studies without explicit mention of inclusivity or diversity.

No. The VCEditor 2.0 Project does not directly relate to DEI as it focuses on expanding tools for manuscript studies without explicit mention of inclusivity or diversity.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The changing preservation and maintenance landscape for digital newspapers necessitates an innovative, customizable, and lightweight technical solution to support local newspaper digitization and preservation programs. The University of Oregon Libraries, in partnership with the Center for Digital Research in the Humanities at the University of Nebraska–Lincoln, seeks funding to expand on the impact of the National Digital Newspaper Program by enhancing the existing software for better distribution and easier adoption by managers and curators of digital and born-digital newspapers. This project addresses the gaps in the currently-available systems by creating an open-source alternative to vendor systems or other shared digital collections repositories, and to continue expanding the Open ONI partnership and initiative to better serve institutions that want an easily-deployable and maintainable website for their digital newspaper collections.

The changing preservation and maintenance landscape for digital newspapers necessitates an innovative, customizable, and lightweight technical solution to support local newspaper digitization and preservation programs. The University of Oregon Libraries, in partnership with the Center for Digital Research in the Humanities at the University of Nebraska–Lincoln, seeks funding to expand on the impact of the National Digital Newspaper Program by enhancing the existing software for better distribution and easier adoption by managers and curators of digital and born-digital newspapers. This project addresses the gaps in the currently-available systems by creating an open-source alternative to vendor systems or other shared digital collections repositories, and to continue expanding the Open ONI partnership and initiative to better serve institutions that want an easily-deployable and maintainable website for their digital newspaper collections.

Yes — This initiative seeks to enhance digital newspaper programs, making them more accessible and customizable, which aligns with DEI goals of inclusivity and representation.

Yes. This initiative seeks to enhance digital newspaper programs, making them more accessible and customizable, which aligns with DEI goals of inclusivity and representation.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Woodlawn Cemetery (est. 1863), a National Historic Landmark located in Bronx, New York, is the steward of the largest collection of free-standing family mausoleums in America. Contained within these structures, which were built in the late 19th and early 20th centuries, are 1200 stained-glass windows, the majority created by forgotten artisans. A project team of conservators, art historians, and research historians will work with the Woodlawn Conservancy to conduct the required research and comparative analysis to identify the makers of the windows. A survey of these artifacts, documenting the conditions and physical attributions was conducted by the project team from 2019-2025. The images and research materials will be used to produce a catalog that will be integrated into the organization's website. to encourage the conservation, interpretation, and appreciation of American stained glass.

The Woodlawn Cemetery (est. 1863), a National Historic Landmark located in Bronx, New York, is the steward of the largest collection of free-standing family mausoleums in America. Contained within these structures, which were built in the late 19th and early 20th centuries, are 1200 stained-glass windows, the majority created by forgotten artisans. A project team of conservators, art historians, and research historians will work with the Woodlawn Conservancy to conduct the required research and comparative analysis to identify the makers of the windows. A survey of these artifacts, documenting the conditions and physical attributions was conducted by the project team from 2019-2025. The images and research materials will be used to produce a catalog that will be integrated into the organization's website. to encourage the conservation, interpretation, and appreciation of American stained glass.

Yes — The project team's research and catalog will encourage conservation and appreciation of American stained glass, which aligns with the goals of diversity, equity, and inclusion (DEI).

Yes. The project team's research and catalog will encourage conservation and appreciation of American stained glass, which aligns with the goals of diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Native American Languages collection at the Sam Noble Oklahoma Museum of Natural History at the University of Oklahoma seeks to fund a three-year project to provide online access to our collections for the first time. This project builds on the work of a previous NEH Foundations grant (PW- 269366-20) that funded workshops with community and academic partners to create the framework for a user-oriented website that will best serve the needs of our visitors and contributors. These activities will ultimately allow community members, researchers, and the public to make use of the collections Native American language materials in ways not previously possible. There are four components to achieving our goal of making the collections available online: 1) website development, 2) continuing archival software development, 3) digitization, and 4) collections metadata enhancement.

The Native American Languages collection at the Sam Noble Oklahoma Museum of Natural History at the University of Oklahoma seeks to fund a three-year project to provide online access to our collections for the first time. This project builds on the work of a previous NEH Foundations grant (PW- 269366-20) that funded workshops with community and academic partners to create the framework for a user-oriented website that will best serve the needs of our visitors and contributors. These activities will ultimately allow community members, researchers, and the public to make use of the collections Native American language materials in ways not previously possible. There are four components to achieving our goal of making the collections available online: 1) website development, 2) continuing archival software development, 3) digitization, and 4) collections metadata enhancement.

Yes

The Native American Languages collection project aims to make collections available online, allowing broader access and use of Native American language materials. This can contribute to diversity, equity, and inclusion (DEI) efforts by promoting the preservation and exploration of marginalized cultures and languages.

Yes. The Native American Languages collection project aims to make collections available online, allowing broader access and use of Native American language materials. This can contribute to diversity, equity, and inclusion (DEI) efforts by promoting the preservation and exploration of marginalized cultures and languages.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The history of the Unangam village Tachiqalax on Unalaska Island, Alaska, is the story of a maritime, complex society's catastrophic intersection with Russian colonialism. Our proposed NEH project builds on the Unalaska Archaeology and History Project (1986-1990), which excavated a significant portion of Tachiqalax. The proposed project has two specific aims: 1) to expand the number of perspectives telling the history of Tachiqalax; and 2) to expand access to the site's histories and archaeological materials so that researchers, educators, and Unangax̂may freely participate in learning, research, and cultural stewardship. The project will catalog, curate, and make accessible online approximately 100 cubic feet of archaeological materials. Through this process, the project broadens access to and decolonizes a dynamic period of U.S. colonial era history, develops a multivocal history with researchers and Unangax̂, and builds capacity in Alaska Native collections stewardship.

The history of the Unangam village Tachiqalax on Unalaska Island, Alaska, is the story of a maritime, complex society's catastrophic intersection with Russian colonialism. Our proposed NEH project builds on the Unalaska Archaeology and History Project (1986-1990), which excavated a significant portion of Tachiqalax. The proposed project has two specific aims: 1) to expand the number of perspectives telling the history of Tachiqalax; and 2) to expand access to the site's histories and archaeological materials so that researchers, educators, and Unangax̂may freely participate in learning, research, and cultural stewardship. The project will catalog, curate, and make accessible online approximately 100 cubic feet of archaeological materials. Through this process, the project broadens access to and decolonizes a dynamic period of U.S. colonial era history, develops a multivocal history with researchers and Unangax̂, and builds capacity in Alaska Native collections stewardship.

Yes

The proposed project aims to broaden access, decolonize history, and involve Unangax̂ in learning and cultural stewardship.

Yes. The proposed project aims to broaden access, decolonize history, and involve Unangax̂ in learning and cultural stewardship. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.To provide education and training services to cultural heritage organizations in Puerto Rico, the Conservation Center for Art Historic Artifacts (CCAHA) will partner with the Centro de Conservación y Restauración de Puerto Rico (CENCOR), a nonprofit institution that promotes the conservation of cultural heritage in Puerto Rico and the Caribbean region. While many individual organizations in Puerto Rico are fully committed to preserving their collections, they often lack access to the information, resources, and cultural infrastructure that are needed to plan and implement important incremental strategies. CCAHA and CENCOR are dedicated to fostering an island-wide cultural infrastructure in Puerto Rico that respects regional cultures, offers sustainable resources, encourages thoughtful initiatives, and builds community. This project is conceived as a necessary first step in developing resources that will position CENCOR as a valued hub for supporting collections care in Puerto Rico.

To provide education and training services to cultural heritage organizations in Puerto Rico, the Conservation Center for Art Historic Artifacts (CCAHA) will partner with the Centro de Conservación y Restauración de Puerto Rico (CENCOR), a nonprofit institution that promotes the conservation of cultural heritage in Puerto Rico and the Caribbean region. While many individual organizations in Puerto Rico are fully committed to preserving their collections, they often lack access to the information, resources, and cultural infrastructure that are needed to plan and implement important incremental strategies. CCAHA and CENCOR are dedicated to fostering an island-wide cultural infrastructure in Puerto Rico that respects regional cultures, offers sustainable resources, encourages thoughtful initiatives, and builds community. This project is conceived as a necessary first step in developing resources that will position CENCOR as a valued hub for supporting collections care in Puerto Rico.

No

This initiative does not directly relate to DEI, as it focuses on preservation and conservation services for cultural heritage organizations.

No. This initiative does not directly relate to DEI, as it focuses on preservation and conservation services for cultural heritage organizations.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Tenement Museum seeks a $350,000 grant to implement a collections storage reorganization plan. The Museum keeps its collections in 91 and 97 Orchard Street, two tenements built in the mid-late 19th century. Speculators quickly constructed these tenements to profit from large numbers of immigrants seeking housing. They did not build them with longevity or stable environmental conditions in mind. Thus, just as the Museum has innovated in its telling of the history of "ordinary" people, it has had to innovate in devising ways to care for its collections in tenement buildings. This grant enables the Museum to permanently improve its collections environment by: 1) improving environmental conditions in both storage spaces; 2) installing a high-density collections storage system; and 3) rehousing items into environmentally-appropriate spaces. The project draws upon 15 years of external assessments and staff expertise. When complete, the project will make the Museum's collections resilient

The Tenement Museum seeks a $350,000 grant to implement a collections storage reorganization plan. The Museum keeps its collections in 91 and 97 Orchard Street, two tenements built in the mid-late 19th century. Speculators quickly constructed these tenements to profit from large numbers of immigrants seeking housing. They did not build them with longevity or stable environmental conditions in mind. Thus, just as the Museum has innovated in its telling of the history of "ordinary" people, it has had to innovate in devising ways to care for its collections in tenement buildings. This grant enables the Museum to permanently improve its collections environment by: 1) improving environmental conditions in both storage spaces; 2) installing a high-density collections storage system; and 3) rehousing items into environmentally-appropriate spaces. The project draws upon 15 years of external assessments and staff expertise. When complete, the project will make the Museum's collections resilient

Yes    The project aims to improve storage conditions and rehouse items in an environmentally-appropriate manner, making the Museum's collections resilient. This relates to addressing diversity, equity, and inclusion needs to preserve and showcase history accurately.

Yes. The project aims to improve storage conditions and rehouse items in an environmentally-appropriate manner, making the Museum's collections resilient. This relates to addressing diversity, equity, and inclusion needs to preserve and showcase history accurately.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."SIGLA" (States and Institutions of Governance in Latin America, www.sigladata.org) is a free multilingual digital reference resource offering information on national-level legal and political institutions in Latin America. The "Safeguarding Governance" project involves adding historical information to the current-day information SIGLA now offers, providing a resource humanities scholars can use to study how Latin American cultures and societies have influenced, and been influenced by, these institutions. Specifically, the project team will: (1) collect historical information (dating from 1980 to the present) on multiple attributes of 20 specific political and legal institutions in Brazil, Colombia, and Mexico; and (2) develop technical solutions to (a) "rescue" data currently housed in the Political Database of the Americas, SIGLA's decommissioned predecessor, (b) curate the information collected and data rescued, and (c) disseminate them via the SIGLA website.

"SIGLA" (States and Institutions of Governance in Latin America, www.sigladata.org) is a free multilingual digital reference resource offering information on national-level legal and political institutions in Latin America. The "Safeguarding Governance" project involves adding historical information to the current-day information SIGLA now offers, providing a resource humanities scholars can use to study how Latin American cultures and societies have influenced, and been influenced by, these institutions. Specifically, the project team will: (1) collect historical information (dating from 1980 to the present) on multiple attributes of 20 specific political and legal institutions in Brazil, Colombia, and Mexico; and (2) develop technical solutions to (a) "rescue" data currently housed in the Political Database of the Americas, SIGLA's decommissioned predecessor, (b) curate the information collected and data rescued, and (c) disseminate them via the SIGLA website.

No    This initiative focuses on collecting historical information about Latin American institutions, without a specific emphasis on diversity, equity, and inclusion.

No. This initiative focuses on collecting historical information about Latin American institutions, without a specific emphasis on diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In direct response to the ongoing climate crisis, this study will explore the performance of phase change materials (PCMs) as a sustainable preventive conservation measure for passive temperature control of micro-climates in partially-controlled or uncontrolled collection environments. PCMs are inherently energy efficient materials that can be exploited for thermal energy storage and regulation. Their energy storage capacity is a transient process, suited for applications where repeated temperature cycles occur. A series of laboratory tests designed to simulate short-term temperature changes and periodic diurnal temperature loads experienced in partially-controlled and uncontrolled environments, will explore different micro-climate applications for PCMs, namely vitrines and sealed frame packages for objects on open display, and storage enclosures. Furthermore, a cost-effectiveness and risk analysis will be undertaken to develop guidelines for adoption by collections care professionals.

In direct response to the ongoing climate crisis, this study will explore the performance of phase change materials (PCMs) as a sustainable preventive conservation measure for passive temperature control of micro-climates in partially-controlled or uncontrolled collection environments. PCMs are inherently energy efficient materials that can be exploited for thermal energy storage and regulation. Their energy storage capacity is a transient process, suited for applications where repeated temperature cycles occur. A series of laboratory tests designed to simulate short-term temperature changes and periodic diurnal temperature loads experienced in partially-controlled and uncontrolled environments, will explore different micro-climate applications for PCMs, namely vitrines and sealed frame packages for objects on open display, and storage enclosures. Furthermore, a cost-effectiveness and risk analysis will be undertaken to develop guidelines for adoption by collections care professionals.

No    This initiative focuses on exploring the performance of phase change materials for temperature control and storage, and does not directly relate to DEI.

No. This initiative focuses on exploring the performance of phase change materials for temperature control and storage, and does not directly relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Northeast Historic Film will catalog, digitize and publish  the television material received in over 83 accessions for all television stations in the state of Maine. The material includes news stories, sporting events, interviews, programs, and advertisements.

Northeast Historic Film will catalog, digitize and publish  the television material received in over 83 accessions for all television stations in the state of Maine. The material includes news stories, sporting events, interviews, programs, and advertisements.

No    This initiative focuses on archiving and publishing television material and does not specifically mention anything related to DEI.

No. This initiative focuses on archiving and publishing television material and does not specifically mention anything related to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Foundation for Advancement in Conservation (FAIC) will develop and present five technical skill workshops for conservators and four outreach workshops for broader audiences that address specific needs identified in the recent multi-year project titled Held in Trust: Transforming Cultural Heritage for a More Resilient Future (HIT) to evaluate the state of preservation and conservation in the United States. With this project, we seek to address critical needs identified in HIT through the following activities: providing free outreach programming to connect conservation professionals with communities and allied professionals; developing affordable workshops for all, including conservators in private practice; focusing skill-based training on new technologies; and reducing the carbon impact associated with travel by moving lecture-based content online whenever possible.

The Foundation for Advancement in Conservation (FAIC) will develop and present five technical skill workshops for conservators and four outreach workshops for broader audiences that address specific needs identified in the recent multi-year project titled Held in Trust: Transforming Cultural Heritage for a More Resilient Future (HIT) to evaluate the state of preservation and conservation in the United States. With this project, we seek to address critical needs identified in HIT through the following activities: providing free outreach programming to connect conservation professionals with communities and allied professionals; developing affordable workshops for all, including conservators in private practice; focusing skill-based training on new technologies; and reducing the carbon impact associated with travel by moving lecture-based content online whenever possible.

No — DEI is not explicitly mentioned in the provided description. It focuses on conservation and preservation efforts.

No, DEI is not explicitly mentioned in the provided description. It focuses on conservation and preservation efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The NUTARRLUKI: "Make Them New" project seeks funding to digitize, catalogue and share portions of a large collection of video and audio tapes documenting the lifestyles, cultural traditions and languages of the Yup'ik and Cup'ik Alaska Native people. This rare collection, owned by KYUK - Bethel Broadcasting Inc., reflects a unique, indigenous American population and is in critical need of attention if it is to survive, much less be publicly shared. It is believed to be the largest collection in the world of Yup'ik/Cup'ik related video content that captures the traditions, language and customs that were developed before contact with the West.

The NUTARRLUKI: "Make Them New" project seeks funding to digitize, catalogue and share portions of a large collection of video and audio tapes documenting the lifestyles, cultural traditions and languages of the Yup'ik and Cup'ik Alaska Native people. This rare collection, owned by KYUK - Bethel Broadcasting Inc., reflects a unique, indigenous American population and is in critical need of attention if it is to survive, much less be publicly shared. It is believed to be the largest collection in the world of Yup'ik/Cup'ik related video content that captures the traditions, language and customs that were developed before contact with the West.

Yes — The NUTARRLUKI project relates to DEI as it aims to preserve and share the cultural traditions and languages of the Yupâ€™ik and Cupâ€™ik Alaska Native people.

Yes. The NUTARRLUKI project relates to DEI as it aims to preserve and share the cultural traditions and languages of the Yupâ€™ik and Cupâ€™ik Alaska Native people.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.STC2: Scalable Text Collation for the Short Title Catalogue of Early Printed Books is a Level III project to build open data and code infrastructure for metadata, page images, and manual and automatic transcriptions of early modern printed books. We will collate manual transcripts from the Text Creation Partnership with optical character recognition output from the microfilms of the Short Title Catalogue of Early English Printed Books recently scanned by the Internet Archive and other open-access images. This dataset will support more accurate OCR, text normalization, restoring textual gaps with evidence from comparable copies and editions, detecting manuscript annotations, and contextual embeddings of words and pages to support search and bibliographic analysis. We will publish this data for over 242,000 early modern printed books and all code under an open-source license. This project complements our team's work on OCR, book search, and corpora beyond the English STC.

STC2: Scalable Text Collation for the Short Title Catalogue of Early Printed Books is a Level III project to build open data and code infrastructure for metadata, page images, and manual and automatic transcriptions of early modern printed books. We will collate manual transcripts from the Text Creation Partnership with optical character recognition output from the microfilms of the Short Title Catalogue of Early English Printed Books recently scanned by the Internet Archive and other open-access images. This dataset will support more accurate OCR, text normalization, restoring textual gaps with evidence from comparable copies and editions, detecting manuscript annotations, and contextual embeddings of words and pages to support search and bibliographic analysis. We will publish this data for over 242,000 early modern printed books and all code under an open-source license. This project complements our team's work on OCR, book search, and corpora beyond the English STC.

No — STC2 does not appear to be directly related to DEI as described in the provided information.

No. STC2 does not appear to be directly related to DEI as described in the provided information.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Society of Architectural Historians' Color Film Emergency Project (CFEP) was born from a need, identified by several SAH executive board members in 2012, to protect at-risk analog images of the built environment. These included images taken by our members of areas particular to their research, on SAH study tours, of members' own architectural designs, of heritage and preservation projects, and much more. Included in these were images of buildings or sites that no longer existed, or had been drastically altered, or which were unreachable for anyone other than a vetted scholar. Photography of architecture has unique demands, and many of these photographers were mindful of the thorough documentation of each site or building, from general views to the most detailed. It was clear the cultural heritage contained in the assets had to be protected, preserved, and shared.

The Society of Architectural Historians' Color Film Emergency Project (CFEP) was born from a need, identified by several SAH executive board members in 2012, to protect at-risk analog images of the built environment. These included images taken by our members of areas particular to their research, on SAH study tours, of members' own architectural designs, of heritage and preservation projects, and much more. Included in these were images of buildings or sites that no longer existed, or had been drastically altered, or which were unreachable for anyone other than a vetted scholar. Photography of architecture has unique demands, and many of these photographers were mindful of the thorough documentation of each site or building, from general views to the most detailed. It was clear the cultural heritage contained in the assets had to be protected, preserved, and shared.

No — The Color Film Emergency Project (CFEP) aims to protect analog images of the built environment, but there is no direct mention of DEI.

No. The Color Film Emergency Project (CFEP) aims to protect analog images of the built environment, but there is no direct mention of DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.San Diego State University (SDSU) will continue a collaboration with Tijuana's Instituto Municipal de Arte y Cultura (IMAC) to organize, protect, digitize, and make available online the visual, cultural heritage materials of the Archivo Histórico de Tijuana. The visual materials include photographs, slides, negatives, and maps dating from the 19th century through the 21st century with a preponderance of materials in the mid-20th century. These rare materials record the history of Tijuana and San Diego, with images of people, historical events, buildings, political activism, arts, and life in the border region.

San Diego State University (SDSU) will continue a collaboration with Tijuana's Instituto Municipal de Arte y Cultura (IMAC) to organize, protect, digitize, and make available online the visual, cultural heritage materials of the Archivo Histórico de Tijuana. The visual materials include photographs, slides, negatives, and maps dating from the 19th century through the 21st century with a preponderance of materials in the mid-20th century. These rare materials record the history of Tijuana and San Diego, with images of people, historical events, buildings, political activism, arts, and life in the border region.

Yes

SDSU's collaboration with IMAC to preserve and make available historical materials promotes cultural diversity, inclusivity, and representation, which are key aspects of DEI.

Yes. SDSU's collaboration with IMAC to preserve and make available historical materials promotes cultural diversity, inclusivity, and representation, which are key aspects of DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Newberry requests funds to digitize and make widely available 2,400 rare and historical books in its Edward E. Ayer North and Middle American Indian Linguistics Collection. These materials represent more than 300 languages spoken or formerly spoken by the Indigenous peoples of North and Central America.

The Newberry requests funds to digitize and make widely available 2,400 rare and historical books in its Edward E. Ayer North and Middle American Indian Linguistics Collection. These materials represent more than 300 languages spoken or formerly spoken by the Indigenous peoples of North and Central America.

Yes

Digitizing and making rare Indigenous language books widely available promotes cultural preservation and access to marginalized voices.

Yes. Digitizing and making rare Indigenous language books widely available promotes cultural preservation and access to marginalized voices.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Museum proposes a three-year project to preserve, catalog, and digitize still and moving images from the Consolidated Aircraft Corporation, Consolidated Vultee Aircraft Corporation, and the Convair Division of General Dynamics, collectively referred to as Convair. Through this project 120,000 images will be cataloged, digitized, and offered for public access using various online platforms to increase accessibility.  Throughout the past century, the growth of the aviation and space industry has shaped and defined major aspects of our society. San Diego's contribution aviation history and technology development is unparalleled. SDASM houses the corporate records of arguably one of the most significant and successful aircraft manufacturing companies based in San Diego, Convair. Due to the size, age, and fragile nature of the collection, there is an immediate and critical need to extend the life of this humanities collection and make it available for research and public enjoyment.

The Museum proposes a three-year project to preserve, catalog, and digitize still and moving images from the Consolidated Aircraft Corporation, Consolidated Vultee Aircraft Corporation, and the Convair Division of General Dynamics, collectively referred to as Convair. Through this project 120,000 images will be cataloged, digitized, and offered for public access using various online platforms to increase accessibility.  Throughout the past century, the growth of the aviation and space industry has shaped and defined major aspects of our society. San Diego's contribution aviation history and technology development is unparalleled. SDASM houses the corporate records of arguably one of the most significant and successful aircraft manufacturing companies based in San Diego, Convair. Due to the size, age, and fragile nature of the collection, there is an immediate and critical need to extend the life of this humanities collection and make it available for research and public enjoyment.

No

This project does not directly relate to Diversity, Equity, and Inclusion (DEI) as it focuses on preserving and digitizing images from a specific aircraft manufacturing company.

No. This project does not directly relate to Diversity, Equity, and Inclusion (DEI) as it focuses on preserving and digitizing images from a specific aircraft manufacturing company.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Presbyterian Historical Society will use an NEH-HCRR Implementation Grant to digitize, describe, and make freely available online 22,500 images and associated documents from the Religious News Service Photograph Collection (date span 1945 to 1982). The two-and-a-half year project will expand on the work of the 2019 NEH HCRR-funded Foundations project, "Digitizing the Religious News Service Photographs: A Planning Project," during which appraisal, digitization, description, access, and preservation strategies and workflows were developed for a pilot project to digitize and provide access to 493 photo files and rehouse 1,315 photo files.

The Presbyterian Historical Society will use an NEH-HCRR Implementation Grant to digitize, describe, and make freely available online 22,500 images and associated documents from the Religious News Service Photograph Collection (date span 1945 to 1982). The two-and-a-half year project will expand on the work of the 2019 NEH HCRR-funded Foundations project, "Digitizing the Religious News Service Photographs: A Planning Project," during which appraisal, digitization, description, access, and preservation strategies and workflows were developed for a pilot project to digitize and provide access to 493 photo files and rehouse 1,315 photo files.

Yes

The project aims to digitize and make available materials from a collection, potentially promoting diversity, equity, and inclusion by increasing access to historical religious images and associated documents.

Yes. The project aims to digitize and make available materials from a collection, potentially promoting diversity, equity, and inclusion by increasing access to historical religious images and associated documents.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The goal of this three-year project is to improve the ability of researchers to discover, use, and access important historical and archival collections held by the American Institute of the History of Pharmacy (AIHP) and the University of Wisconsin–Madison School of Pharmacy (UWSoP). The collections sit at the intersection of the humanities and the health sciences and provide valuable historical context about a range of contemporary issues related to pharmacy, pharmaceuticals, drugs, and public health. The project will (1) create a comprehensive and detailed finding aid for the Kremers Reference files, a deep, diverse, and uncataloged topical archival collection of about 1,000 cubic feet; (2) begin inventorying the significant and uncataloged AIHP and UWSoP ephemera and artifact collections that document the material culture of pharmacy; and (3) create an online freely accessible digital library populated by about 1,000 artifacts and 1,000 pieces of ephemera from the collections.

The goal of this three-year project is to improve the ability of researchers to discover, use, and access important historical and archival collections held by the American Institute of the History of Pharmacy (AIHP) and the University of Wisconsin–Madison School of Pharmacy (UWSoP). The collections sit at the intersection of the humanities and the health sciences and provide valuable historical context about a range of contemporary issues related to pharmacy, pharmaceuticals, drugs, and public health. The project will (1) create a comprehensive and detailed finding aid for the Kremers Reference files, a deep, diverse, and uncataloged topical archival collection of about 1,000 cubic feet; (2) begin inventorying the significant and uncataloged AIHP and UWSoP ephemera and artifact collections that document the material culture of pharmacy; and (3) create an online freely accessible digital library populated by about 1,000 artifacts and 1,000 pieces of ephemera from the collections.

No

This project does not specifically relate to DEI as it does not mention any efforts or goals related to diversity, equity, or inclusion.

No. This project does not specifically relate to DEI as it does not mention any efforts or goals related to diversity, equity, or inclusion.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Black Film Center & Archive at Indiana University seeks support from the NEH Humanities Collections and Reference Resources Implementation Grant program for the Paulin S. Vieyra Collection: Processing and Digitization project.  The project proposes to process the collection of Senegalese filmmaker and historian, Paulin S. Vieyra (1925-1987), to produce and publish a comprehensive finding aid, and to digitize 24,604 unique items in the collection for free public access online.

The Black Film Center & Archive at Indiana University seeks support from the NEH Humanities Collections and Reference Resources Implementation Grant program for the Paulin S. Vieyra Collection: Processing and Digitization project.  The project proposes to process the collection of Senegalese filmmaker and historian, Paulin S. Vieyra (1925-1987), to produce and publish a comprehensive finding aid, and to digitize 24,604 unique items in the collection for free public access online.

No

This project focuses on preserving and providing public access to the collection of a Senegalese filmmaker and historian, but it does not directly relate to DEI.

No. This project focuses on preserving and providing public access to the collection of a Senegalese filmmaker and historian, but it does not directly relate to DEI.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.DS Catalog, a new, open access, digital platform based on Linked Open Data (LOD) technologies and practices. The platform provides the infrastructure for building a union catalog of premodern manuscripts in American collections. This phase of the project will allow Digital Scriptorium, supported by staff and expertise of the Schoenberg Institute for Manuscript Studies at Penn Libraries, to augment the DS Catalog at greater scale and to continue to expand beyond European manuscripts to include all geographies of premodern manuscript culture, including Jewish, Islamicate, Asian, African, and pre-conquest American.

DS Catalog, a new, open access, digital platform based on Linked Open Data (LOD) technologies and practices. The platform provides the infrastructure for building a union catalog of premodern manuscripts in American collections. This phase of the project will allow Digital Scriptorium, supported by staff and expertise of the Schoenberg Institute for Manuscript Studies at Penn Libraries, to augment the DS Catalog at greater scale and to continue to expand beyond European manuscripts to include all geographies of premodern manuscript culture, including Jewish, Islamicate, Asian, African, and pre-conquest American.

No

DS Catalog is a digital platform for manuscripts. While it aims to include various cultures, it doesn't directly relate to DEI.

No. DS Catalog is a digital platform for manuscripts. While it aims to include various cultures, it doesn't directly relate to DEI.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Princeton Ethiopian, Egyptian, and Eritrean Miracles of Mary project (PEMM) is working to provide scholars and students with access to data about the hundreds of vivid stories written for centuries in Egypt, Sudan, Eritrea, and Ethiopia about the miracles that the Virgin Mary performed for the faithful, whether sinners or saints. Emerging out of the ancient African Christian tradition and in dialogue with the Islamic and Western Christian traditions, these Marian folk stories preserved in the ancient African language of Gəˁəz (classical Ethiopic) are rich repositories of intellectual history and cultural knowledge, illuminating how Africans make sense of the human in the context of precarity. PEMM is seeking funding to build a public-facing open-access web application and data portal to share the stories in, images about,  translations of, and scholarship on this crucial body of medieval African literature and to build upon our innovative prototype tool for searching in Gəˁəz.

The Princeton Ethiopian, Egyptian, and Eritrean Miracles of Mary project (PEMM) is working to provide scholars and students with access to data about the hundreds of vivid stories written for centuries in Egypt, Sudan, Eritrea, and Ethiopia about the miracles that the Virgin Mary performed for the faithful, whether sinners or saints. Emerging out of the ancient African Christian tradition and in dialogue with the Islamic and Western Christian traditions, these Marian folk stories preserved in the ancient African language of Gəˁəz (classical Ethiopic) are rich repositories of intellectual history and cultural knowledge, illuminating how Africans make sense of the human in the context of precarity. PEMM is seeking funding to build a public-facing open-access web application and data portal to share the stories in, images about,  translations of, and scholarship on this crucial body of medieval African literature and to build upon our innovative prototype tool for searching in Gəˁəz.

Yes

The PEMM project aims to provide access and preserve African cultural knowledge, contributing to diversity, equity, and inclusion.

Yes. The PEMM project aims to provide access and preserve African cultural knowledge, contributing to diversity, equity, and inclusion.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Dartmouth Libraries requests $325,000 from the National Endowment for the Humanities for the New Hampshire Digital Newspaper Project, to select, digitize, and make available to the Library of Congress 100,000 pages of historical newspapers through the National Digital Newspaper Program. This continuation of the New Hampshire Digital Newspaper Project will be led by the Dartmouth Libraries in partnership with the New Hampshire State Library, the New Hampshire Historical Society, and the University of New Hampshire Library. The project is a partnership between Dartmouth College and New Hampshire's flagship educational and cultural heritage institutions.

The Dartmouth Libraries requests $325,000 from the National Endowment for the Humanities for the New Hampshire Digital Newspaper Project, to select, digitize, and make available to the Library of Congress 100,000 pages of historical newspapers through the National Digital Newspaper Program. This continuation of the New Hampshire Digital Newspaper Project will be led by the Dartmouth Libraries in partnership with the New Hampshire State Library, the New Hampshire Historical Society, and the University of New Hampshire Library. The project is a partnership between Dartmouth College and New Hampshire's flagship educational and cultural heritage institutions.

Yes

The partnership between Dartmouth College and New Hampshire institutions demonstrates collaboration to preserve and provide access to historical newspapers, which can help promote diversity, equity, and inclusion in research and education.

Yes. The partnership between Dartmouth College and New Hampshire institutions demonstrates collaboration to preserve and provide access to historical newspapers, which can help promote diversity, equity, and inclusion in research and education.

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The University of Alabama Libraries Special Collections (UALSC) proposes to digitize and make accessible approximately 100,000 pages of historic Alabama newspapers to be hosted by the Library of Congress. This proposal builds upon three previous projects that have resulted in the addition of over 250,000 digitized Alabama historic newspaper pages published between 1813 and 1926 to Chronicling America, an open access, open source newspaper database. UALSC proposes to work in partnership with a digital conversion vendor to achieve an efficient, standards-based digitization process. For the proposed project cycle, UALSC has selected newspaper content published between 1894 and 1963 that emphasizes racial, geographic, and ideological diversity within Alabama's historical record. | The University of Alabama Libraries Special Collections (UALSC) proposes to digitize and make accessible approximately 100,000 pages of historic Alabama newspapers to be hosted by the Library of Congress. This proposal builds upon three previous projects that have resulted in the addition of over 250,000 digitized Alabama historic newspaper pages published between 1813 and 1926 to Chronicling America, an open access, open source newspaper database. UALSC proposes to work in partnership with a digital conversion vendor to achieve an efficient, standards-based digitization process. For the proposed project cycle, UALSC has selected newspaper content published between 1894 and 1963 that emphasizes racial, geographic, and ideological diversity within Alabama's historical record. | No | This proposal focuses on digitizing historic Alabama newspapers, emphasizing racial, geographic, and ideological diversity. |
| | | | No. This proposal focuses on digitizing historic Alabama newspapers, emphasizing racial, geographic, and ideological diversity. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Photogrammar Visualization Software (PGVis) is an open-source tool for the visualization and exploration of image collections. PGVis will allow anyone with a collection of digital images and associated metadata to create, with no prior programming experience, their own digital public humanities projects in the form of public websites. In addition to the software, the project will produce six case studies that will model and highlight how the software can be used in a variety of different domains, data sizes, and types of institutions. | The Photogrammar Visualization Software (PGVis) is an open-source tool for the visualization and exploration of image collections. PGVis will allow anyone with a collection of digital images and associated metadata to create, with no prior programming experience, their own digital public humanities projects in the form of public websites. In addition to the software, the project will produce six case studies that will model and highlight how the software can be used in a variety of different domains, data sizes, and types of institutions. | No | PGVis does not directly relate to DEI as it is a software tool for visualization and exploration of image collections, without explicitly addressing diversity, equity, and inclusion. |
| | | | No. PGVis does not directly relate to DEI as it is a software tool for visualization and exploration of image collections, without explicitly addressing diversity, equity, and inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The aim of our project (The Deleuze Seminars) is to translate the seminar lectures given at the University of Paris between 1979 and 1987 by the influential French philosopher Gilles Deleuze (1925-1995) and to make them available online at a website devoted to the project (deleuze.cla.purdue.edu). Deleuze is widely recognized as one of the most important and influential European philosophers of the twentieth century, and his writings have had a significant impact not only in philosophy but in disciplines such as film studies, psychology, political science, art history and art criticism, and literary theory. The project will make Deleuze's work available to a broad English-speaking audience in the humanities. | The aim of our project (The Deleuze Seminars) is to translate the seminar lectures given at the University of Paris between 1979 and 1987 by the influential French philosopher Gilles Deleuze (1925-1995) and to make them available online at a website devoted to the project (deleuze.cla.purdue.edu). Deleuze is widely recognized as one of the most important and influential European philosophers of the twentieth century, and his writings have had a significant impact not only in philosophy but in disciplines such as film studies, psychology, political science, art history and art criticism, and literary theory. The project will make Deleuze's work available to a broad English-speaking audience in the humanities. | Yes | The project aims to make the influential philosopher's work available, which contributes to diversity, equity, and inclusion by increasing access and representation in the humanities field. |
| | | | Yes. The project aims to make the influential philosopher's work available, which contributes to diversity, equity, and inclusion by increasing access and representation in the humanities field. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Arkansas State Archives proposes to select, digitize, and make available to the Library of Congress' Chronicling America website an additional 100,000 to 110,000 pages of its state's historic newspapers, published from 1819 to 1963, as part of a fourth cycle of the National Digital Newspaper Program (NDNP). | The Arkansas State Archives proposes to select, digitize, and make available to the Library of Congress' Chronicling America website an additional 100,000 to 110,000 pages of its state's historic newspapers, published from 1819 to 1963, as part of a fourth cycle of the National Digital Newspaper Program (NDNP). | No | The initiative focuses on archiving newspapers, but it does not mention any specific efforts related to diversity, equity, or inclusion (DEI). |
| | | | No. The initiative focuses on archiving newspapers, but it does not mention any specific efforts related to diversity, equity, or inclusion (DEI). |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Humanities Collections and Resource Grant will be used to harvest records from National Archives Records Administration (NARA) in Chicago from Mount Pleasant Indian Industrial Boarding School (MIIBS). MIIBS was in operation from 1893-1934 as one of many schools ran by the U.S. Government to force assimilation of American Indian children into white society. After 75 years, SCIT has begun harvesting student records from the school, allowing families and American public to begin to understand what was done to Native American children to assimilate them. This request will be used to collect administrative records from NARA from MIIBS and agency so policies, processes and procedures used by the U.S. Government in this era can be researched and understood. Records will build a broader understanding not only of the era, but also provide information for American history in relation to assimilation policies, effects on American society and how those policies have impacted society today. | The Humanities Collections and Resource Grant will be used to harvest records from National Archives Records Administration (NARA) in Chicago from Mount Pleasant Indian Industrial Boarding School (MIIBS). MIIBS was in operation from 1893-1934 as one of many schools ran by the U.S. Government to force assimilation of American Indian children into white society. After 75 years, SCIT has begun harvesting student records from the school, allowing families and American public to begin to understand what was done to Native American children to assimilate them. This request will be used to collect administrative records from NARA from MIIBS and agency so policies, processes and procedures used by the U.S. Government in this era can be researched and understood. Records will build a broader understanding not only of the era, but also provide information for American history in relation to assimilation policies, effects on American society and how those policies have impacted society today. | Yes | The Humanities Collections and Resource Grant aims to collect records from the Mount Pleasant Indian Industrial Boarding School, shedding light on the assimilation policies imposed by the US Government on Native American children, their effects, and their impact on society today. |
| | | | Yes. The Humanities Collections and Resource Grant aims to collect records from the Mount Pleasant Indian Industrial Boarding School, shedding light on the assimilation policies imposed by the US Government on Native American children, their effects, and their impact on society today. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The project is a collaboration between Arizona State University and the Instituto Nacional de Antropología e Historia (Mexico) to facilitate access to a collection of artifacts and documents from seven major field seasons of excavation. The collection, from a prehispanic ceremonial center (500-900 CE) in the Northern Frontier region of West Mexico, is important to themes of development and decline, social differentiation, long-distance exchange, and environmental change. Previous NEH investments have supported the excavations and development of the digital tools that the project will use. The main product will be a customized web site with portals to digital objects that will be permanently housed by tDAR, the Digital Archaeological Record, including high-quality images of artifacts and detailed documentation of their contexts of discovery, plus the data files, field reports, lab reports, and publications that have arisen from their study.

The project is a collaboration between Arizona State University and the Instituto Nacional de Antropología e Historia (Mexico) to facilitate access to a collection of artifacts and documents from seven major field seasons of excavation. The collection, from a prehispanic ceremonial center (500-900 CE) in the Northern Frontier region of West Mexico, is important to themes of development and decline, social differentiation, long-distance exchange, and environmental change. Previous NEH investments have supported the excavations and development of the digital tools that the project will use. The main product will be a customized web site with portals to digital objects that will be permanently housed by tDAR, the Digital Archaeological Record, including high-quality images of artifacts and detailed documentation of their contexts of discovery, plus the data files, field reports, lab reports, and publications that have arisen from their study.

Yes    The project facilitates access to artifacts, promotes collaboration, and highlights themes like social differentiation and long-distance exchange, which are related to Diversity, Equity, and Inclusion (DEI).

Yes. The project facilitates access to artifacts, promotes collaboration, and highlights themes like social differentiation and long-distance exchange, which are related to Diversity, Equity, and Inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The UM Libraries requests a supplemental grant to digitize an additional 100,000 pages of newspaper content for the National Digital Newspaper Program from September 2023 through August 2025. During the previous five rounds of funding, the project digitized 500,000 pages including English, German, Polish, Czech, and Italian titles from across the State of Maryland dating from 1727 to 1963. The next project phase will seek to provide researchers with newspapers that share the perspective of underrepresented groups including the Jewish community in Baltimore and African Americans in Prince Georges County and Baltimore, as well as some of the earliest extant titles of the state, spanning 1745 to 1963, and providing content covering local concerns and national or international issues.

The UM Libraries requests a supplemental grant to digitize an additional 100,000 pages of newspaper content for the National Digital Newspaper Program from September 2023 through August 2025. During the previous five rounds of funding, the project digitized 500,000 pages including English, German, Polish, Czech, and Italian titles from across the State of Maryland dating from 1727 to 1963. The next project phase will seek to provide researchers with newspapers that share the perspective of underrepresented groups including the Jewish community in Baltimore and African Americans in Prince Georges County and Baltimore, as well as some of the earliest extant titles of the state, spanning 1745 to 1963, and providing content covering local concerns and national or international issues.

Yes    The project aims to include perspectives of underrepresented groups, including the Jewish community and African Americans, promoting diversity, equity, and inclusion.

Yes. The project aims to include perspectives of underrepresented groups, including the Jewish community and African Americans, promoting diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The University of Kentucky Libraries (UKL) requests funding from the National Endowment for the Humanities to digitize 100,000 newspaper pages of historic Kentucky newspapers for inclusion in Chronicling America and the Kentucky Digital Newspaper Program (KDNP). During this 2023-2025 NDNP grant cycle, UKL will identify and digitize-from-microfilm historic Kentucky newspapers from underrepresented populations and/or counties and out-of-copyright German-language volumes from across Kentucky. The KDNP will convey 100,000 digitized newspaper pages, microfilm assets, title essays, page, issue, and title metadata, and all batch deliverables to the Library of Congress.

The University of Kentucky Libraries (UKL) requests funding from the National Endowment for the Humanities to digitize 100,000 newspaper pages of historic Kentucky newspapers for inclusion in Chronicling America and the Kentucky Digital Newspaper Program (KDNP). During this 2023-2025 NDNP grant cycle, UKL will identify and digitize-from-microfilm historic Kentucky newspapers from underrepresented populations and/or counties and out-of-copyright German-language volumes from across Kentucky. The KDNP will convey 100,000 digitized newspaper pages, microfilm assets, title essays, page, issue, and title metadata, and all batch deliverables to the Library of Congress.

Yes    The initiative aims to digitize historic newspapers from underrepresented populations and/or counties, promoting diversity, equity, and inclusion in the preservation and accessibility of Kentucky's history.

Yes. The initiative aims to digitize historic newspapers from underrepresented populations and/or counties, promoting diversity, equity, and inclusion in the preservation and accessibility of Kentucky's history.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Texas After Violence Project (TAVP) proposes Archival Belonging: A Guide to Community- and Care-Centered Archiving (Archival Belonging), a three-year project to develop a curriculum and toolkit for community archivists and memory workers that is grounded in community-centered archival ethics and practices. Building on TAVP's community-centered fellowship program, the Archival Belonging project seeks to build capacity among community archives and memory workers to more effectively and ethically collect, preserve, and share stories of people with backgrounds and identities that are underrepresented and underserved in archives. Archival Belonging aims to help create archives that are safe, thoughtful, and inclusive spaces that provide access to previously ignored or endangered stories in ways that center the communities they serve.

The Texas After Violence Project (TAVP) proposes Archival Belonging: A Guide to Community- and Care-Centered Archiving (Archival Belonging), a three-year project to develop a curriculum and toolkit for community archivists and memory workers that is grounded in community-centered archival ethics and practices. Building on TAVP's community-centered fellowship program, the Archival Belonging project seeks to build capacity among community archives and memory workers to more effectively and ethically collect, preserve, and share stories of people with backgrounds and identities that are underrepresented and underserved in archives. Archival Belonging aims to help create archives that are safe, thoughtful, and inclusive spaces that provide access to previously ignored or endangered stories in ways that center the communities they serve.

Yes    The Archival Belonging project aims to build capacity among community archives to collect and preserve underrepresented stories, promoting inclusivity and diversity (DEI).

Yes. The Archival Belonging project aims to build capacity among community archives to collect and preserve underrepresented stories, promoting inclusivity and diversity (DEI).

Ex. 15 US-000062485.xlsx

| | | | | |
|---|---|---|---|---|
| 175 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Center for Bibliographical Studies and Research (CBSR) at the University of California, Riverside (UCR) requests $321,382 in funding from the National Endowment for the Humanities (NEH) to digitize mid-twentieth-century African-American newspapers from Los Angeles and the Bay Area and contribute them to the National Digital Newspaper Program (NDNP). The CBSR participated in NDNP from 2005 to 2011 and from 2015 to 2020, receiving five two-year awards. We delivered over 500,000 pages for all five awards. If funded, this sixth award will be California's "Civil Rights Era" contribution to NDNP, focusing on the state's rapidly growing black populations in the postwar years. | The Center for Bibliographical Studies and Research (CBSR) at the University of California, Riverside (UCR) requests $321,382 in funding from the National Endowment for the Humanities (NEH) to digitize mid-twentieth-century African-American newspapers from Los Angeles and the Bay Area and contribute them to the National Digital Newspaper Program (NDNP). The CBSR participated in NDNP from 2005 to 2011 and from 2015 to 2020, receiving five two-year awards. We delivered over 500,000 pages for all five awards. If funded, this sixth award will be California's "Civil Rights Era" contribution to NDNP, focusing on the state's rapidly growing black populations in the postwar years. | Yes | The request for funding to digitize mid-twentieth-century African-American newspapers contributes to inclusivity by preserving and sharing underrepresented voices. | Yes. The request for funding to digitize mid-twentieth-century African-American newspapers contributes to inclusivity by preserving and sharing underrepresented voices. |
| 176 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Arizona State Library, Archives & Public Records (LAPR) and the University of Arizona Libraries (UAL) will digitize newspapers that support the NEH initiative, American Tapestry: Weaving Together Past, Present, and Future; that explore connections, expansion, and migrations in Arizona as it developed from a territory to one of the fastest-growing states; and that represent cities and towns not represented in previous NDNP grants. | The Arizona State Library, Archives & Public Records (LAPR) and the University of Arizona Libraries (UAL) will digitize newspapers that support the NEH initiative, American Tapestry: Weaving Together Past, Present, and Future; that explore connections, expansion, and migrations in Arizona as it developed from a territory to one of the fastest-growing states; and that represent cities and towns not represented in previous NDNP grants. | No | This initiative focuses on digitizing newspapers and exploring Arizona's growth, not directly related to diversity, equity, and inclusion. | No. This initiative focuses on digitizing newspapers and exploring Arizona's growth, not directly related to diversity, equity, and inclusion. |
| 177 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Ohio History Connection requests $319,511 from NEH to digitize 100,000 pages of Ohio's microfilmed newspapers to continue the National Digital Newspaper Program in Ohio. By the end of 2020, OHC had digitized over 520,000 pages for Chronicling America, from various viewpoints, time periods, and areas of the state. In this round, we will build on this existing collection by focusing on papers that document Ohio's transportation infrastructure, history of community building, and democracy in the state's most transformative periods (pre-1835 and 1920-1963). Stories captured by these titles will amplify those already told in Chronicling America while exposing untold and lesser-known histories. From the impact of westward expansion and European settlement on the land we now call Ohio to the ways Ohioans caused and coped with change resulting from significant national and world events and movements, Ohio's history both represents and is instrumental to understanding that of the entire U.S. [Edited by staff.] | Ohio History Connection requests $319,511 from NEH to digitize 100,000 pages of Ohio's microfilmed newspapers to continue the National Digital Newspaper Program in Ohio. By the end of 2020, OHC had digitized over 520,000 pages for Chronicling America, from various viewpoints, time periods, and areas of the state. In this round, we will build on this existing collection by focusing on papers that document Ohio's transportation infrastructure, history of community building, and democracy in the state's most transformative periods (pre-1835 and 1920-1963). Stories captured by these titles will amplify those already told in Chronicling America while exposing untold and lesser-known histories. From the impact of westward expansion and European settlement on the land we now call Ohio to the ways Ohioans caused and coped with change resulting from significant national and world events and movements, Ohio's history both represents and is instrumental to understanding that of the entire U.S. [Edited by staff.] | Yes | Digitizing Ohio's newspapers will help preserve and amplify untold histories, including the impact of significant events and movements, contributing to a more inclusive understanding of Ohio's and the US's history. DEI promotes inclusion and recognition of diverse voices and experiences. | Yes. Digitizing Ohio's newspapers will help preserve and amplify untold histories, including the impact of significant events and movements, contributing to a more inclusive understanding of Ohio's and the US's history. DEI promotes inclusion and recognition of diverse voices and experiences. |
| 178 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Omohundro Institute's NEH Fellowship is a residential fellowship program for early career scholars at work on their first books. Beyond the raw resources of primary source materials, scholars require time and expert critical feedback to complete the research and revisions needed to turn a dissertation into a first book; these resources are highly prized and scarce. Since 1945 the Omohundro Institute (OI) has offered its fellows the distinctive opportunity of innovative engagement with all aspects of the research and publication process. The fellowship, focused on developing research into publishable work, reflects the OI's core mission of supporting scholars and scholarship within an intensive critical community. The evidence validating the OI's approach is manifold in the scholarship produced and in the subsequent careers of the young scholars who have held OI fellowships. Beginning in 1983, NEH support has been essential to the success of the OI's fellowship program. | The Omohundro Institute's NEH Fellowship is a residential fellowship program for early career scholars at work on their first books. Beyond the raw resources of primary source materials, scholars require time and expert critical feedback to complete the research and revisions needed to turn a dissertation into a first book; these resources are highly prized and scarce. Since 1945 the Omohundro Institute (OI) has offered its fellows the distinctive opportunity of innovative engagement with all aspects of the research and publication process. The fellowship, focused on developing research into publishable work, reflects the OI's core mission of supporting scholars and scholarship within an intensive critical community. The evidence validating the OI's approach is manifold in the scholarship produced and in the subsequent careers of the young scholars who have held OI fellowships. Beginning in 1983, NEH support has been essential to the success of the OI's fellowship program. | No | The Omohundro Institute's NEH Fellowship program supports early career scholars in completing their first book but does not specifically address DEI. | No. The Omohundro Institute's NEH Fellowship program supports early career scholars in completing their first book but does not specifically address DEI. |

Ex. 15 US-000062485.xlsx

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Colonial St. Augustine Project will rely on a sample of artifact collections from house lots from the city of St. Augustine, Florida to accomplish two goals: 1) develop an digital database that helps to describe the colonial history of the city based on archaeological investigations; and, 2) make that data freely accessible through an online web portal. Established by the Spanish Crown in 1565, St. Augustine is widely celebrated as the earliest colonial town in North America that is still an active community today. As the capital of the Spanish colony of Florida, it played a major role in the colonial history of eastern North America, and its later integration into the United States strongly shaped the character of the American South. The public website to be made available through this project will emphasize the importance of archaeological research for sharing this story with the American public. | The Colonial St. Augustine Project will rely on a sample of artifact collections from house lots from the city of St. Augustine, Florida to accomplish two goals: 1) develop an digital database that helps to describe the colonial history of the city based on archaeological investigations; and, 2) make that data freely accessible through an online web portal. Established by the Spanish Crown in 1565, St. Augustine is widely celebrated as the earliest colonial town in North America that is still an active community today. As the capital of the Spanish colony of Florida, it played a major role in the colonial history of eastern North America, and its later integration into the United States strongly shaped the character of the American South. The public website to be made available through this project will emphasize the importance of archaeological research for sharing this story with the American public. | No | This project focuses on the historical and archaeological aspects of St. Augustine, but the mention of the American South does not establish a direct connection to DEI. | No. This project focuses on the historical and archaeological aspects of St. Augustine, but the mention of the American South does not establish a direct connection to DEI. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Papers of James Monroe is a longstanding scholarly editing project dedicated to making the correspondence and other public and private papers of the fifth president of the United States more accessible to researchers, teachers, students, and general readers. The project is sponsored by the University of Mary Washington and funded primarily by the National Endowment for the Humanities. Staff collect, transcribe, and annotate selected documents for publication in print in a series of ten volumes issued by ABC-CLIO and online in a digital edition produced by Rotunda, the digital imprint of the University of Virginia Press. A Comprehensive Catalogue of the Correspondence and Papers of James Monroe was released in two volumes in 2000. The first volume of The Papers of James Monroe appeared in 2003. Subsequent volumes have followed at regular intervals. The most recent, Volume Seven, came out in 2020. The proposed grant will be applied to the preparation of Volumes Eight and Nine. | The Papers of James Monroe is a longstanding scholarly editing project dedicated to making the correspondence and other public and private papers of the fifth president of the United States more accessible to researchers, teachers, students, and general readers. The project is sponsored by the University of Mary Washington and funded primarily by the National Endowment for the Humanities. Staff collect, transcribe, and annotate selected documents for publication in print in a series of ten volumes issued by ABC-CLIO and online in a digital edition produced by Rotunda, the digital imprint of the University of Virginia Press. A Comprehensive Catalogue of the Correspondence and Papers of James Monroe was released in two volumes in 2000. The first volume of The Papers of James Monroe appeared in 2003. Subsequent volumes have followed at regular intervals. The most recent, Volume Seven, came out in 2020. The proposed grant will be applied to the preparation of Volumes Eight and Nine. | No | While the Papers of James Monroe project is valuable for historical research, it does not directly relate to diversity, equity, and inclusion (DEI) efforts. | No. While the Papers of James Monroe project is valuable for historical research, it does not directly relate to diversity, equity, and inclusion (DEI) efforts. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The proposed three-year project, titled Documenting Language and Environment, will utilize Documentary Linguistic methods to create a corpus of Lamkang (lmk, South Central Tibeto-Burman) texts focused on the discussion of language change and change of environment due to relocation. Through interview questions, focus group discussion, and personal narratives, we seek to record speaker experiences of changes to food management, water management, and health and healing practices related to forced relocation from traditional villages in hilly terrain to new villages in the plains. We seek to understand the influence of this relocation and changed topography on speaker linguistic encoding of space. The investigation will rely on a corpus of interviews, focus group discussion, and personal narratives that will be collected by two Lamkang project team members who will also be central to the transcription and translation tasks and analysis of the collected audio and video recordings. [edited by staff] | The proposed three-year project, titled Documenting Language and Environment, will utilize Documentary Linguistic methods to create a corpus of Lamkang (lmk, South Central Tibeto-Burman) texts focused on the discussion of language change and change of environment due to relocation. Through interview questions, focus group discussion, and personal narratives, we seek to record speaker experiences of changes to food management, water management, and health and healing practices related to forced relocation from traditional villages in hilly terrain to new villages in the plains. We seek to understand the influence of this relocation and changed topography on speaker linguistic encoding of space. The investigation will rely on a corpus of interviews, focus group discussion, and personal narratives that will be collected by two Lamkang project team members who will also be central to the transcription and translation tasks and analysis of the collected audio and video recordings. [edited by staff] | No | This project focuses on linguistic and environmental changes due to relocation, but it does not specifically mention DEI. | No. This project focuses on linguistic and environmental changes due to relocation, but it does not specifically mention DEI (Diversity, Equity, and Inclusion). |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Victorian era saw the rise and fall of the "part-issue novel," free-standing serials that appeared monthly or weekly in pamphlet form. Between April 1836 and November 1837, the English part-issue novel was born when Charles Dickens published the twenty parts of The Pickwick Papers, one per month. A decade later, installments of at least eighteen part-issue novels came out monthly between 1846 and 1848. By 1887 the number of part-issue novels had dwindled to one, and by century's end the part-issue craze was over. No comprehensive collection of part-issue novels exists. The Part-Issue Project seeks to create a unique, open-access, digital collection of 115 Victorian part-issue novels online at the HathiTrust Digital Library. By collaborating with our partner libraries to inspect, conserve, and digitize the part-issue novels, we have an opportunity to make these texts discoverable and accessible as they have never been before.

The Victorian era saw the rise and fall of the "part-issue novel," free-standing serials that appeared monthly or weekly in pamphlet form. Between April 1836 and November 1837, the English part-issue novel was born when Charles Dickens published the twenty parts of The Pickwick Papers, one per month. A decade later, installments of at least eighteen part-issue novels came out monthly between 1846 and 1848. By 1887 the number of part-issue novels had dwindled to one, and by century's end the part-issue craze was over. No comprehensive collection of part-issue novels exists. The Part-Issue Project seeks to create a unique, open-access, digital collection of 115 Victorian part-issue novels online at the HathiTrust Digital Library. By collaborating with our partner libraries to inspect, conserve, and digitize the part-issue novels, we have an opportunity to make these texts discoverable and accessible as they have never been before.

No

This description does not relate to DEI, as it focuses on the historical publication of Victorian part-issue novels and creating a digital collection.

No. This description does not relate to DEI (Diversity, Equity, and Inclusion), as it focuses on the historical publication of Victorian part-issue novels and creating a digital collection.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.TX-CERA's Blue Sky Initiative is a three-year project designed to provide broadly accessible training opportunities in emergency preparedness and disaster response for all custodians of cultural heritage material throughout Texas. We aim to engage the cultural heritage community in its broadest sense to build a network of trained individuals empowered to act preemptively and effectively in protecting and recovering cultural holdings within their communities and when necessary to respond regionally and statewide. Our proposed project builds on workshops and training courses we have offered in recent years and includes an Introduction to Emergency Preparedness for Cultural Heritage Organizations in-person workshop, a six-unit virtual course with a hands-on workshop, Emergency Plan review webinars, a fire response training exercise, and virtual disaster response Tabletop Exercises. Workshop and training course participants will be provided with Go-Bags.

TX-CERA's Blue Sky Initiative is a three-year project designed to provide broadly accessible training opportunities in emergency preparedness and disaster response for all custodians of cultural heritage material throughout Texas. We aim to engage the cultural heritage community in its broadest sense to build a network of trained individuals empowered to act preemptively and effectively in protecting and recovering cultural holdings within their communities and when necessary to respond regionally and statewide. Our proposed project builds on workshops and training courses we have offered in recent years and includes an Introduction to Emergency Preparedness for Cultural Heritage Organizations in-person workshop, a six-unit virtual course with a hands-on workshop, Emergency Plan review webinars, a fire response training exercise, and virtual disaster response Tabletop Exercises. Workshop and training course participants will be provided with Go-Bags.

No

While the initiative focuses on emergency preparedness and disaster response for cultural heritage material, it does not specifically mention any efforts related to diversity, equity, and inclusion.

No. While the initiative focuses on emergency preparedness and disaster response for cultural heritage material, it does not specifically mention any efforts related to diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This research aims to evaluate the mechanical stability of 3D printed materials used in preservation and access activities. Digital scanning and printing technologies are finding increased use by cultural institutions as they offer new opportunities to reduce the risk of damage to objects during treatment and exhibition preparation by enabling custom-tailored solutions in minimally invasive ways. While 3D printing offers improved efficiencies and outcomes for certain applications, the mechanical and chemical stability of printed materials used in these contexts remains understudied. This project will assess mechanical properties of 3D printed materials exposed to changing environments and as they apply to three major areas of use in preservation and access, namely i) dimensional change of 3D printed materials used for object infills, ii) creep behavior of 3D printed mounts, and iii) damping properties of 3D printed materials in response to dynamic loads.

This research aims to evaluate the mechanical stability of 3D printed materials used in preservation and access activities. Digital scanning and printing technologies are finding increased use by cultural institutions as they offer new opportunities to reduce the risk of damage to objects during treatment and exhibition preparation by enabling custom-tailored solutions in minimally invasive ways. While 3D printing offers improved efficiencies and outcomes for certain applications, the mechanical and chemical stability of printed materials used in these contexts remains understudied. This project will assess mechanical properties of 3D printed materials exposed to changing environments and as they apply to three major areas of use in preservation and access, namely i) dimensional change of 3D printed materials used for object infills, ii) creep behavior of 3D printed mounts, and iii) damping properties of 3D printed materials in response to dynamic loads.

No

This research focuses on the mechanical stability of 3D printed materials used in preservation and access activities, it does not directly relate to DEI.

No. This research focuses on the mechanical stability of 3D printed materials used in preservation and access activities, it does not directly relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The project includes production of three interactive interpretive elements called Storytellers to ensure diverse and inclusive history is presented. To assist in the development of the exhibition content that is fully representative of all the lived experiences of people on the site, the HSMCC will partner with community collaborators and humanities scholars. The project includes ADA assistive technology to enhance accessibility for those visitors who are blind or visually impaired by creating Visual Descriptions of the interactives that can be accessed by the visitor through technologies embedded in the exhibition or a personal cellphone.

The project includes production of three interactive interpretive elements called Storytellers to ensure diverse and inclusive history is presented. To assist in the development of the exhibition content that is fully representative of all the lived experiences of people on the site, the HSMCC will partner with community collaborators and humanities scholars. The project includes ADA assistive technology to enhance accessibility for those visitors who are blind or visually impaired by creating Visual Descriptions of the interactives that can be accessed by the visitor through technologies embedded in the exhibition or a personal cellphone.

Yes

The project's inclusion of Storytellers, partnering with community collaborators, and ADA assistive technology reflects a commitment to diversity, inclusion, and accessibility.

Yes. The project's inclusion of Storytellers, partnering with community collaborators, and ADA assistive technology reflects a commitment to diversity, inclusion, and accessibility.

Ex. 15 US-000062485.xlsx

| | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response. | | | |
|---|---|---|---|---|
| 186 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Library of Virginia Foundation respectfully requests on behalf of the Library of Virginia a $315,000 implementation grant from the National Endowment for the Humanities to help digitize and make discoverable over a three-year period (2022-2025) an extensive collection of World War II separation notices that has been in its care since 1950, but has remained largely closed to the public until 2022. With a total project cost of more than $715,000, grant funding from NEH will enable the Library to accelerate the accessibility of these WWII separation notices for humanities research and enrich public connections to the stories of WWII.  The Virginia WWII Separation Notices collection contains approximately 250,000 separation records for men and women in the Armed Forces during WWII who were discharged between 1942 and 1950 (bulk 1944-1946). | The Library of Virginia Foundation respectfully requests on behalf of the Library of Virginia a $315,000 implementation grant from the National Endowment for the Humanities to help digitize and make discoverable over a three-year period (2022-2025) an extensive collection of World War II separation notices that has been in its care since 1950, but has remained largely closed to the public until 2022. With a total project cost of more than $715,000, grant funding from NEH will enable the Library to accelerate the accessibility of these WWII separation notices for humanities research and enrich public connections to the stories of WWII.  The Virginia WWII Separation Notices collection contains approximately 250,000 separation records for men and women in the Armed Forces during WWII who were discharged between 1942 and 1950 (bulk 1944-1946). | Yes  Digitizing and making discoverable the WWII separation notices can provide accessibility to historical records, promoting inclusivity and diverse perspectives in humanities research. | Yes. Digitizing and making discoverable the WWII separation notices can provide accessibility to historical records, promoting inclusivity and diverse perspectives in humanities research. |
| 187 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposal seeks support for the award of about three fellowships per year for three years to post-doctoral scholars in all fields of the humanities to enable them to undertake their research projects in India. | This proposal seeks support for the award of about three fellowships per year for three years to post-doctoral scholars in all fields of the humanities to enable them to undertake their research projects in India. | Yes  This proposal supports diversity, equity, and inclusion by providing opportunities for post-doctoral scholars from all fields in the humanities to conduct research in India. | Yes. This proposal supports diversity, equity, and inclusion by providing opportunities for post-doctoral scholars from all fields in the humanities to conduct research in India. |
| 188 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The University of South Carolina (UofSC) Libraries Digital Collections Department in collaboration with the South Caroliniana Library (SCL) and other institutional partners will scan and deliver to the Library of Congress (LC) through the National Endowment for the Humanities (NEH) National Digital Newspaper Program (NDNP) approximately 100,000 pages of historic South Carolina newspapers published between 1690 and 1963. The project will build on the library's previous successful rounds of participation in the NDNP (2009-2015) and its subsequent efforts to make newspapers accessible. Over the next two years (2022-2024), the South Carolina Digital Newspaper Program (SCDNP) will: rely on the content knowledge of its advisory board and team members to select newspapers; work with an external vendor to digitize newspapers from microfilm; and submit deliverables to the Library of Congress on schedule for inclusion in <em>Chronicling America</em>. | The University of South Carolina (UofSC) Libraries Digital Collections Department in collaboration with the South Caroliniana Library (SCL) and other institutional partners will scan and deliver to the Library of Congress (LC) through the National Endowment for the Humanities (NEH) National Digital Newspaper Program (NDNP) approximately 100,000 pages of historic South Carolina newspapers published between 1690 and 1963. The project will build on the library's previous successful rounds of participation in the NDNP (2009-2015) and its subsequent efforts to make newspapers accessible. Over the next two years (2022-2024), the South Carolina Digital Newspaper Program (SCDNP) will: rely on the content knowledge of its advisory board and team members to select newspapers; work with an external vendor to digitize newspapers from microfilm; and submit deliverables to the Library of Congress on schedule for inclusion in <em>Chronicling America</em>. | Yes  The project aims to digitize historic South Carolina newspapers, making them accessible and contributing to the National Digital Newspaper Program. | Yes. The project aims to digitize historic South Carolina newspapers, making them accessible and contributing to the National Digital Newspaper Program. |
| 189 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Alabama State University Archives requests NEH Humanities Collections and Reference Resources Implementation funding for the "Enhancing Access to Alabama's Black Political and Educational History" archival processing project to create accessibility to the historic records of the Alabama State Teachers Association (ASTA) and the Alabama Democratic Conference (ADC), the Black Caucus of the Alabama Democratic Party. The ASTA and ADC Collections will be processed, undergo conservation activities in the creation of finding aids for increased accessibility to researchers. | The Alabama State University Archives requests NEH Humanities Collections and Reference Resources Implementation funding for the "Enhancing Access to Alabama's Black Political and Educational History" archival processing project to create accessibility to the historic records of the Alabama State Teachers Association (ASTA) and the Alabama Democratic Conference (ADC), the Black Caucus of the Alabama Democratic Party. The ASTA and ADC Collections will be processed, undergo conservation activities in the creation of finding aids for increased accessibility to researchers. | No  This project relates to enhancing access to archival records but does not directly mention diversity, equity, or inclusion (DEI) efforts. | No. This project relates to enhancing access to archival records but does not directly mention diversity, equity, or inclusion (DEI) efforts. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Works of George Santayana preserves and contextualizes the writings of American philosopher George Santayana (1863–1952), a distinctive voice in American intellectual history with international influence and multidisciplinary significance. With NEH funding from October 2023–September 2026, the Santayana Edition will prepare a critical edition of the mature statement of Santayana's philosophy, <em>Realms of Being</em>, comprising <em>The Realm of Essence </em>(1927), <em>The Realm of Matter </em>(1930), <em>The Realm of Truth </em>(1937) and <em>The Realm of Spirit </em>(1940) in one book, as Santayana intended. It will present reliable texts, free of accumulated errors and omissions, and represent the author's final intentions. It will include annotations, lists of emendations, and commentaries, and will be published in both print and open access digital formats by The MIT Press. Santayana's works celebrate human consciousness and provide a vision of freedom and spirituality to inspire new generations of thoughtful readers.

The Works of George Santayana preserves and contextualizes the writings of American philosopher George Santayana (1863–1952), a distinctive voice in American intellectual history with international influence and multidisciplinary significance. With NEH funding from October 2023–September 2026, the Santayana Edition will prepare a critical edition of the mature statement of Santayana's philosophy, <em>Realms of Being</em>, comprising <em>The Realm of Essence </em>(1927), <em>The Realm of Matter </em>(1930), <em>The Realm of Truth </em>(1937) and <em>The Realm of Spirit </em>(1940) in one book, as Santayana intended. It will present reliable texts, free of accumulated errors and omissions, and represent the author's final intentions. It will include annotations, lists of emendations, and commentaries, and will be published in both print and open access digital formats by The MIT Press. Santayana's works celebrate human consciousness and provide a vision of freedom and spirituality to inspire new generations of thoughtful readers.

No — This initiative focuses on preserving and contextualizing the works of George Santayana, a philosopher, but it does not relate directly to DEI.

No. This initiative focuses on preserving and contextualizing the works of George Santayana, a philosopher, but it does not relate directly to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Hōʻā Hou Ka Lamakū - Lighting a Path to New Digital Infrastructure for Bishop Museum Cultural Collections will provide transformative change for the care and sharing of digitized cultural heritage at Bishop Museum centered on the inclusion and attribution of Indigenous knowledge. This project will improve every aspect of our digital framework by investing in information systems and hardware; data standardization, integration, and digital asset management; and online platform development and outreach.

Hōʻā Hou Ka Lamakū - Lighting a Path to New Digital Infrastructure for Bishop Museum Cultural Collections will provide transformative change for the care and sharing of digitized cultural heritage at Bishop Museum centered on the inclusion and attribution of Indigenous knowledge. This project will improve every aspect of our digital framework by investing in information systems and hardware; data standardization, integration, and digital asset management; and online platform development and outreach.

Yes — This initiative aims to improve digital infrastructure for Bishop Museum's cultural collections, with a focus on inclusion and attribution of Indigenous knowledge.

Yes. This initiative aims to improve digital infrastructure for Bishop Museum's cultural collections, with a focus on inclusion and attribution of Indigenous knowledge.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The New York Public Library (NYPL) respectfully requests $385,000 from the National Endowment for the Humanities to support stipend and selection expenses for long-term fellowships housed at the Center for Research in the Humanities (CRH) at the Library's landmark Stephen A. Schwarzman Building. Fellows will benefit from the Schwarzman Building's 4.3 million volume general humanities collection, which includes many rare and unique items, as well as NYPL's system-wide resources. During their time at the Center, Fellows will have opportunities to connect and share their work with other scholars and NYPL's broader community of patrons.

The New York Public Library (NYPL) respectfully requests $385,000 from the National Endowment for the Humanities to support stipend and selection expenses for long-term fellowships housed at the Center for Research in the Humanities (CRH) at the Library's landmark Stephen A. Schwarzman Building. Fellows will benefit from the Schwarzman Building's 4.3 million volume general humanities collection, which includes many rare and unique items, as well as NYPL's system-wide resources. During their time at the Center, Fellows will have opportunities to connect and share their work with other scholars and NYPL's broader community of patrons.

Yes — The New York Public Library's request for funding will support the Center for Research in the Humanities, providing opportunities for scholars and promoting broader community engagement.

Yes. The New York Public Library's request for funding will support the Center for Research in the Humanities, providing opportunities for scholars and promoting broader community engagement.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.History Colorado respectfully requests $309,887 from the National Endowment for the Humanities to support the production of Season 5 of Lost Highways: Dispatches from the Shadows of the Rocky Mountains, a podcast about the overlooked history of the Rocky Mountain West. The season will consist of eight engaging episodes grounded in historical research and personal narratives. Lost Highways tells relevant, diverse, and under-told stories about Colorado and the West and their impact on the nation. Drawing upon the vast History Colorado Collection—particularly oral histories and other audio resources—and augmenting our holdings with new interviews and recordings, our hosts share stories via tightly constructed, professional narratives.

History Colorado respectfully requests $309,887 from the National Endowment for the Humanities to support the production of Season 5 of Lost Highways: Dispatches from the Shadows of the Rocky Mountains, a podcast about the overlooked history of the Rocky Mountain West. The season will consist of eight engaging episodes grounded in historical research and personal narratives. Lost Highways tells relevant, diverse, and under-told stories about Colorado and the West and their impact on the nation. Drawing upon the vast History Colorado Collection—particularly oral histories and other audio resources—and augmenting our holdings with new interviews and recordings, our hosts share stories via tightly constructed, professional narratives.

No — This funding request for a podcast about history does not directly relate to DEI as stated in the description.

No. This funding request for a podcast about history does not directly relate to DEI as stated in the description.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Wisconsin Historical Society's fifth grant cycle is dedicated to amplifying the voices of various ethnic and racial groups that make up Wisconsin by sharing their history in their own words. The project will digitize newspapers from a selection of Wisconsin's many immigrant groups that were published in their native languages, and titles printed by Black editors and publishers. These language- and community-specific newspapers center information and news that was relevant to particular audiences, as they document lesser-known events and give voice to perspectives and insights that extend beyond the dominant narratives of local and national histories. By highlighting the histories represented in ethnic and racial community newspapers, WHS hopes to deepen the understanding of Wisconsin's–and America's–racial and ethnic diversity, and advance equity for all peoples.

The Wisconsin Historical Society's fifth grant cycle is dedicated to amplifying the voices of various ethnic and racial groups that make up Wisconsin by sharing their history in their own words. The project will digitize newspapers from a selection of Wisconsin's many immigrant groups that were published in their native languages, and titles printed by Black editors and publishers. These language- and community-specific newspapers center information and news that was relevant to particular audiences, as they document lesser-known events and give voice to perspectives and insights that extend beyond the dominant narratives of local and national histories. By highlighting the histories represented in ethnic and racial community newspapers, WHS hopes to deepen the understanding of Wisconsin's–and America's–racial and ethnic diversity, and advance equity for all peoples.

Yes

The project promotes diversity, equity, and inclusion by amplifying the voices of ethnic and racial groups, sharing their history in their own words.

Yes. The project promotes diversity, equity, and inclusion by amplifying the voices of ethnic and racial groups, sharing their history in their own words.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Since 1982, the University of Nebraska-Lincoln has led the United States Newspaper Program and the National Digital Newspaper Program projects for the State of Nebraska. In this sixth NDNP grant proposal, UNLs Center for Digital Research in the Humanities, part of the University Libraries, will select, digitize, and send to the Library of Congress an estimated 100,000 pages of Nebraska newspapers dating from 1854-1963 for inclusion in Chronicling America. We are excited about continued digitization and look forward to meeting the National Endowment for the Humanities areas of interest for the 2024 grant cycle, including Support for the Federal Indian Boarding School Initiative, American Tapestry, and United We Stand.

Since 1982, the University of Nebraska-Lincoln has led the United States Newspaper Program and the National Digital Newspaper Program projects for the State of Nebraska. In this sixth NDNP grant proposal, UNLs Center for Digital Research in the Humanities, part of the University Libraries, will select, digitize, and send to the Library of Congress an estimated 100,000 pages of Nebraska newspapers dating from 1854-1963 for inclusion in Chronicling America. We are excited about continued digitization and look forward to meeting the National Endowment for the Humanities areas of interest for the 2024 grant cycle, including Support for the Federal Indian Boarding School Initiative, American Tapestry, and United We Stand.

No

The information provided does not directly relate to DEI initiatives. It focuses on digitizing newspapers and meeting grant criteria.

No. The information provided does not directly relate to DEI (Diversity, Equity, and Inclusion) initiatives. It focuses on digitizing newspapers and meeting grant criteria.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Willa Cather Archive proposes to create a digital library of American novelist Willa Cather's literary manuscripts (broadly construed to encompass all pre-publication forms of her work). These materials are currently distributed across a range of repositories and are largely ignored by scholars and students of her writing. Our plan is to create a digital library of these materials that includes: 1) high-resolution images of each document, sufficient to facilitate close inspection of its details; 2)  rich metadata about each item capturing its relationship to Cather's published work and other documents, its physical properties, the editorial hands visible on it, and other details about its creation; and 3) an expert-authored document analysis that describes, in straightforward prose, details about the manuscript that will help users make sense of its meaning and its place in the evolution of a particular work, including its relationship to other documents in the digital library.

The Willa Cather Archive proposes to create a digital library of American novelist Willa Cather's literary manuscripts (broadly construed to encompass all pre-publication forms of her work). These materials are currently distributed across a range of repositories and are largely ignored by scholars and students of her writing. Our plan is to create a digital library of these materials that includes: 1) high-resolution images of each document, sufficient to facilitate close inspection of its details; 2)  rich metadata about each item capturing its relationship to Cather's published work and other documents, its physical properties, the editorial hands visible on it, and other details about its creation; and 3) an expert-authored document analysis that describes, in straightforward prose, details about the manuscript that will help users make sense of its meaning and its place in the evolution of a particular work, including its relationship to other documents in the digital library.

No

The initiative focuses on creating a digital library of Willa Cather's manuscripts, but it does not relate directly to diversity, equity, and inclusion (DEI).

No. The initiative focuses on creating a digital library of Willa Cather's manuscripts, but it does not relate directly to diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We are applying for a Level III Grant to build out Literature in Context, a TEI-encoded digital anthology of literature in the English language from 1400 to 1925, designed for use by students, teachers, and the general public. Our project innovates by taking full advantage of the affordances of digitization to create an Open Educational Resource that incorporates interactivity, digitized page images of original editions, and other contextual materials, making it a true replacement for the costly print anthologies used in American and British literature survey courses across the globe.

We are applying for a Level III Grant to build out Literature in Context, a TEI-encoded digital anthology of literature in the English language from 1400 to 1925, designed for use by students, teachers, and the general public. Our project innovates by taking full advantage of the affordances of digitization to create an Open Educational Resource that incorporates interactivity, digitized page images of original editions, and other contextual materials, making it a true replacement for the costly print anthologies used in American and British literature survey courses across the globe.

No

This initiative does not directly relate to DEI. It focuses on digitizing literature for educational purposes rather than promoting diversity, equity, and inclusion.

No. This initiative does not directly relate to DEI. It focuses on digitizing literature for educational purposes rather than promoting diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Digital Library of Georgia (DLG) requests $302,070 to select, digitize, and make available to the Library of Congress 100,000 pages of public domain Georgia newspapers from the Jim Crow Georgia and the Early Civil Rights periods, 1877 to 1963, as part of the National Digital Newspaper Program (NDNP). We also propose to continue our successful social media outreach featuring the DLG's contributions to the NDNP. Also, staff at UGA's DigiLab will develop a three-part webinar series on text mining the Chronicling America and Georgia Historic Newspaper (GHN) collections. As part of the DLG's outreach to K-12 students, DLG staff will create a series of posters and a primary source set that features Chronicling America and GHN content. The posters and primary source set will align with the Georgia Standards of Excellence for Social Studies. The project builds upon the established expertise in the digitization of historical materials, including newspapers of the state of Georgia.

The Digital Library of Georgia (DLG) requests $302,070 to select, digitize, and make available to the Library of Congress 100,000 pages of public domain Georgia newspapers from the Jim Crow Georgia and the Early Civil Rights periods, 1877 to 1963, as part of the National Digital Newspaper Program (NDNP). We also propose to continue our successful social media outreach featuring the DLG's contributions to the NDNP. Also, staff at UGA's DigiLab will develop a three-part webinar series on text mining the Chronicling America and Georgia Historic Newspaper (GHN) collections. As part of the DLG's outreach to K-12 students, DLG staff will create a series of posters and a primary source set that features Chronicling America and GHN content. The posters and primary source set will align with the Georgia Standards of Excellence for Social Studies. The project builds upon the established expertise in the digitization of historical materials, including newspapers of the state of Georgia.

No

Although the project involves digitizing and making available historical newspapers, there is no direct mention of diversity, equity, or inclusion (DEI) efforts in the description.

No. Although the project involves digitizing and making available historical newspapers, there is no direct mention of diversity, equity, or inclusion (DEI) efforts in the description.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Digitization of 100,000 pages of historic Minnesota newspapers published between 1849 and 1963, with an emphasis on the period 1923-1963, as part of the state's continuing participation in the National Digital Newspaper Program (NDNP).

Digitization of 100,000 pages of historic Minnesota newspapers published between 1849 and 1963, with an emphasis on the period 1923-1963, as part of the state's continuing participation in the National Digital Newspaper Program (NDNP).

No

This initiative focuses on digitizing historic newspapers in Minnesota, which does not directly relate to DEI.

No. This initiative focuses on digitizing historic newspapers in Minnesota, which does not directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Academy Museum of Motion Pictures respectfully submits a Production grant application to pilot two new digital user tours for its free digital interactive Hollywood Past & Present. The interactive takes the diverse array of lives, histories, and media found in the Academy Museum's exhibitions and uses location-based storytelling techniques to create self-guided visitor tours of American film history, both on-site at the museum and on the streets of Los Angeles.

The Academy Museum of Motion Pictures respectfully submits a Production grant application to pilot two new digital user tours for its free digital interactive Hollywood Past & Present. The interactive takes the diverse array of lives, histories, and media found in the Academy Museum's exhibitions and uses location-based storytelling techniques to create self-guided visitor tours of American film history, both on-site at the museum and on the streets of Los Angeles.

No

The description does not mention any specific initiatives or efforts related to diversity, equity, or inclusion (DEI).

No. The description does not mention any specific initiatives or efforts related to diversity, equity, or inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Bridge - Mapping Jazz and Hip-Hop in Queens will be an interactive website, inviting desktop and mobile users to explore the interconnected histories and evolutions of two of America's most significant musical genres: Jazz and Hip Hop. The website will explore how the Borough of Queens played an important and distinct role in the evolution of both Jazz and Hip-Hop. Furthermore, the character of the borough—a diverse assortment of almost-suburban communities situated right alongside some of the country's largest public housing projects within a city of eight million people--helped these genres connect and influence each other.

The Bridge - Mapping Jazz and Hip-Hop in Queens will be an interactive website, inviting desktop and mobile users to explore the interconnected histories and evolutions of two of America's most significant musical genres: Jazz and Hip Hop. The website will explore how the Borough of Queens played an important and distinct role in the evolution of both Jazz and Hip-Hop. Furthermore, the character of the borough—a diverse assortment of almost-suburban communities situated right alongside some of the country's largest public housing projects within a city of eight million people--helped these genres connect and influence each other.

Yes

'The Bridge - Mapping Jazz and Hip-Hop in Queens' relates to DEI as it explores the intersection of two musical genres and highlights the role of diversity and community in their evolution.

Yes, 'The Bridge - Mapping Jazz and Hip-Hop in Queens' relates to DEI as it explores the intersection of two musical genres and highlights the role of diversity and community in their evolution.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Los Angeles Chinatown was demolished in the 1930s to make way for Union Station Passenger Terminal. Based upon a cache of historic photographs made prior to destruction, this project brings historical research together with Augmented Reality tools. The latter will allow users, as they walk through the grand rail depot, to see a lost neighborhood. Because the imagery had been meticulously addressed, the Chinatown History Project can locate the images with geospatial accuracy across the throughout the byways of the station and its entrance esplanade. Historical research into census and immigration records, newspaper accounts, oral histories, and other sources further invites users to learn who lived in this or that building, who worked here, who once called this vibrant place home. In a fraught time of anti-Asian thought and behavior, the project invites the public to reflect on the history of the Asian American experience in Southern California and beyond.

Los Angeles Chinatown was demolished in the 1930s to make way for Union Station Passenger Terminal. Based upon a cache of historic photographs made prior to destruction, this project brings historical research together with Augmented Reality tools. The latter will allow users, as they walk through the grand rail depot, to see a lost neighborhood. Because the imagery had been meticulously addressed, the Chinatown History Project can locate the images with geospatial accuracy across the throughout the byways of the station and its entrance esplanade. Historical research into census and immigration records, newspaper accounts, oral histories, and other sources further invites users to learn who lived in this or that building, who worked here, who once called this vibrant place home. In a fraught time of anti-Asian thought and behavior, the project invites the public to reflect on the history of the Asian American experience in Southern California and beyond.

Yes

The project uses historical research and Augmented Reality to showcase a demolished Chinatown, inviting reflection on the Asian American experience.

Yes. The project uses historical research and Augmented Reality to showcase a demolished Chinatown, inviting reflection on the Asian American experience. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Mission US: Isla Preciosa (w.t.) is a digital learning game about the U.S. invasion of Puerto Rico in 1898 and its aftermath, centered on the experiences and perspectives of diverse Puerto Ricans. The ninth installment of WNET's award-winning Mission US series of immersive games on American history, it will develop young people's knowledge of the causes, and especially the effects, of U.S. overseas expansionism. As players progress through an interactive narrative – encountering key events, historical figures, and multiple perspectives – they will explore how the shift from Spanish rule to American governance affected the lives of Puerto Ricans at the turn of the 20th century and what role Puerto Ricans, including young people, played in those transitions.

Mission US: Isla Preciosa (w.t.) is a digital learning game about the U.S. invasion of Puerto Rico in 1898 and its aftermath, centered on the experiences and perspectives of diverse Puerto Ricans. The ninth installment of WNET's award-winning Mission US series of immersive games on American history, it will develop young people's knowledge of the causes, and especially the effects, of U.S. overseas expansionism. As players progress through an interactive narrative – encountering key events, historical figures, and multiple perspectives – they will explore how the shift from Spanish rule to American governance affected the lives of Puerto Ricans at the turn of the 20th century and what role Puerto Ricans, including young people, played in those transitions.

Yes

Mission US: Isla Preciosa promotes DEI by centering diverse Puerto Ricans' experiences, exploring the effects of U.S. overseas expansionism, and highlighting the role of Puerto Ricans in historical transitions.

Yes. Mission US: Isla Preciosa promotes DEI by centering diverse Puerto Ricans' experiences, exploring the effects of U.S. overseas expansionism, and highlighting the role of Puerto Ricans in historical transitions.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will produce an engaging website that will increase understanding of New England slavery and African Americans in early rural New England. Its focus will be on Lucy Terry Prince, the first documented African American poet. Her life, from birth and captivity in Africa c.1726 to enslavement in Deerfield, MA, to her death as a free woman in Vermont in 1821, encompasses key experiences in the lives of African Americans. Lucy's life illuminates important aspects of the Revolutionary era: a) how the slave trade and enslaved African American labor were instrumental in creating a thriving maritime economy in colonial New England; b) how desire for independence fueled by that economy gave rise to Revolutionary political principles that enslaved people seized upon to obtain their freedom; c) how African Americans struggled to enact those principles after the Revolution; and d) how, in this context, African Americans cultivated and expressed their humanity and self-determination.

This project will produce an engaging website that will increase understanding of New England slavery and African Americans in early rural New England. Its focus will be on Lucy Terry Prince, the first documented African American poet. Her life, from birth and captivity in Africa c.1726 to enslavement in Deerfield, MA, to her death as a free woman in Vermont in 1821, encompasses key experiences in the lives of African Americans. Lucy's life illuminates important aspects of the Revolutionary era: a) how the slave trade and enslaved African American labor were instrumental in creating a thriving maritime economy in colonial New England; b) how desire for independence fueled by that economy gave rise to Revolutionary political principles that enslaved people seized upon to obtain their freedom; c) how African Americans struggled to enact those principles after the Revolution; and d) how, in this context, African Americans cultivated and expressed their humanity and self-determination.

Yes

This project explores the history of African Americans in New England, highlighting key experiences and their struggle for freedom and self-determination.

Yes. This project explores the history of African Americans in New England, highlighting key experiences and their struggle for freedom and self-determination. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The John Dickinson Writings Project (JDP) is working with the University of Delaware (UD) to publish The Complete Writings and Selected Correspondence of John Dickinson (UD Press) in an estimated 12 print volumes. It seeks NEH funding to hire two full-time Assistant Editors to complete Vol. 4 (1767–1769) and 5 (1770–1775) and purchase the indexing software CINDEX. The JDP launched in 2010 with an NEH grant. It has published Vol. 1 (2020). Vol. 2 will appear in early 2021, and Vol. 3 will appear in late 2021. We anticipate the project ending in 2039. Dickinson served in every national congress and convention (1765-1787). He wrote more for the American cause than any other, including most of the nation's first state papers. The Founding era cannot be fully understood without reading his works. He was the only one to advocate for rights for subordinated groups—blacks, women, Indians, the poor, and criminals. This project is an ideal fit with the "More Perfect Union" initiative.

The John Dickinson Writings Project (JDP) is working with the University of Delaware (UD) to publish The Complete Writings and Selected Correspondence of John Dickinson (UD Press) in an estimated 12 print volumes. It seeks NEH funding to hire two full-time Assistant Editors to complete Vol. 4 (1767–1769) and 5 (1770–1775) and purchase the indexing software CINDEX. The JDP launched in 2010 with an NEH grant. It has published Vol. 1 (2020). Vol. 2 will appear in early 2021, and Vol. 3 will appear in late 2021. We anticipate the project ending in 2039. Dickinson served in every national congress and convention (1765-1787). He wrote more for the American cause than any other, including most of the nation's first state papers. The Founding era cannot be fully understood without reading his works. He was the only one to advocate for rights for subordinated groups—blacks, women, Indians, the poor, and criminals. This project is an ideal fit with the "More Perfect Union" initiative.

No

This project does not directly relate to DEI as it primarily focuses on publishing the writings of John Dickinson and does not address issues of diversity, equity, and inclusion.

No. This project does not directly relate to DEI as it primarily focuses on publishing the writings of John Dickinson and does not address issues of diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.While the works of George and Ira Gershwin are readily accessible in non-scholarly imprints and recordings, they too often circulates in inconsistent and inaccurate versions. Until our project, even such landmark musical scores as Rhapsody in Blue, An American in Paris, and Porgy and Bess suffered from substandard editions that misrepresented the Gershwins' artistic vision. The George and Ira Gershwin Critical Edition provides scholarly yet practical editions to restore the brothers' intentions.  We also have a public educational program, with three primary goals: 1. To inform the public of the GCE's research and performance activities through its website, blogs, and informational videos.  2. To provide scholars and performers with each volume's critical reports, as well as with associated forums through which they can discuss the Initiative's research. 3. To mentor U-M students in writing and research, particular through editorial work as assistants and through the Initiative's blog.

While the works of George and Ira Gershwin are readily accessible in non-scholarly imprints and recordings, they too often circulates in inconsistent and inaccurate versions. Until our project, even such landmark musical scores as Rhapsody in Blue, An American in Paris, and Porgy and Bess suffered from substandard editions that misrepresented the Gershwins' artistic vision. The George and Ira Gershwin Critical Edition provides scholarly yet practical editions to restore the brothers' intentions.  We also have a public educational program, with three primary goals: 1. To inform the public of the GCE's research and performance activities through its website, blogs, and informational videos.  2. To provide scholars and performers with each volume's critical reports, as well as with associated forums through which they can discuss the Initiative's research. 3. To mentor U-M students in writing and research, particular through editorial work as assistants and through the Initiative's blog.

No

The project focuses on providing scholarly editions of Gershwin's works and mentoring students, but it does not specifically relate to DEI.

No. The project focuses on providing scholarly editions of Gershwin's works and mentoring students, but it does not specifically relate to DEI (Diversity, Equity, and Inclusion).

| | | | | |
|---|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Papers of Thomas Jefferson editorial project at Princeton University is continuing work on the authoritative scholarly edition of papers by and to Thomas Jefferson (1743–1826), third president of the United States. | The Papers of Thomas Jefferson editorial project at Princeton University is continuing work on the authoritative scholarly edition of papers by and to Thomas Jefferson (1743–1826), third president of the United States. | | No | The Papers of Thomas Jefferson project involves the scholarly edition of papers by Thomas Jefferson, not directly related to DEI initiatives. | No. The Papers of Thomas Jefferson project involves the scholarly edition of papers by Thomas Jefferson, not directly related to DEI initiatives. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Freedmen and Southern Society Project is editing <em>Freedom: A Documentary History Of Emancipation, 1861-1867</em>, a nine-volume documentary history of the transition from slavery to freedom in the U.S. South. The edition documents a critical juncture in American history: the moment four million slaves gained their freedom. It constitutes a social history in the words of emancipated slaves and their contemporaries. Seven volumes will be in print by the beginning of the proposed grant period and the eighth will be ready for submission to the press. The final volume will be the work of the proposed grant period. The editors have published four additional volumes for general audiences and use in the classroom. The project's website provides both documents and interpretive material. | The Freedmen and Southern Society Project is editing <em>Freedom: A Documentary History Of Emancipation, 1861-1867</em>, a nine-volume documentary history of the transition from slavery to freedom in the U.S. South. The edition documents a critical juncture in American history: the moment four million slaves gained their freedom. It constitutes a social history in the words of emancipated slaves and their contemporaries. Seven volumes will be in print by the beginning of the proposed grant period and the eighth will be ready for submission to the press. The final volume will be the work of the proposed grant period. The editors have published four additional volumes for general audiences and use in the classroom. The project's website provides both documents and interpretive material. | | No | The project documents the transition from slavery to freedom but does not explicitly relate to diversity, equity, and inclusion (DEI) initiatives. | No. The project documents the transition from slavery to freedom but does not explicitly relate to diversity, equity, and inclusion (DEI) initiatives. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Tetens Project aims to publish in print form a six-volume translated edition of the philosophical works, broadly construed, of Johann Nicolaus Tetens (1736-1807), accompanied by a parallel online German edition of the same works. The next phase of the project, for which we are presently seeking funds, will see the translation, editing and annotating of the second volume containing the first half of Tetens's magnum opus, <em>Philosophical Essays on Human Nature and Its Development</em> (1777). At the same time, we hope to complete the online German edition of this volume and begin transcription and editing of the manuscript that will later form the basis for the final, sixth volume of the translated edition. | The Tetens Project aims to publish in print form a six-volume translated edition of the philosophical works, broadly construed, of Johann Nicolaus Tetens (1736-1807), accompanied by a parallel online German edition of the same works. The next phase of the project, for which we are presently seeking funds, will see the translation, editing and annotating of the second volume containing the first half of Tetens's magnum opus, <em>Philosophical Essays on Human Nature and Its Development</em> (1777). At the same time, we hope to complete the online German edition of this volume and begin transcription and editing of the manuscript that will later form the basis for the final, sixth volume of the translated edition. | | No | The Tetens Project does not appear to directly relate to DEI initiatives or address issues of marginalized groups or underrepresented communities. | No. The Tetens Project does not appear to directly relate to DEI (Diversity, Equity, and Inclusion) initiatives or address issues of marginalized groups or underrepresented communities. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Critical Edition of the Hebrew Psalter (CEHP) is the first eclectic edition of the Psalms ever produced. Prior editions of the Psalter have been diplomatic, based on a single medieval manuscript that dates to 1009/8 CE (MS L). The decision to base scholarly editions of the Psalter on MS L predates the discovery of the Dead Sea Scrolls, not to mention major breakthroughs in understanding other ancient witnesses to the text of the Psalter in antiquity. As such, current editions of the Hebrew Psalter are woefully inadequate, depending on a late version that has been repeatedly shown to be deficient in a large number of passages. CEHP offers, instead, an eclectic text, critically reconstructed from the most ancient versions and manuscript witnesses, thereby setting Psalms research on far firmer footing than ever before. All subsequent study and research on the Psalms, including every translation of the Psalms into any language, will be based extensively, if not exclusively, on CEHP. | The Critical Edition of the Hebrew Psalter (CEHP) is the first eclectic edition of the Psalms ever produced. Prior editions of the Psalter have been diplomatic, based on a single medieval manuscript that dates to 1009/8 CE (MS L). The decision to base scholarly editions of the Psalter on MS L predates the discovery of the Dead Sea Scrolls, not to mention major breakthroughs in understanding other ancient witnesses to the text of the Psalter in antiquity. As such, current editions of the Hebrew Psalter are woefully inadequate, depending on a late version that has been repeatedly shown to be deficient in a large number of passages. CEHP offers, instead, an eclectic text, critically reconstructed from the most ancient versions and manuscript witnesses, thereby setting Psalms research on far firmer footing than ever before. All subsequent study and research on the Psalms, including every translation of the Psalms into any language, will be based extensively, if not exclusively, on CEHP. | | No | The information provided does not relate to DEI, but rather discusses the Critical Edition of the Hebrew Psalter. | No. The information provided does not relate to DEI (Diversity, Equity, and Inclusion), but rather discusses the Critical Edition of the Hebrew Psalter. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Papers of Andrew Jackson is a project to publish a comprehensive annotated edition of Andrew Jackson's public and private papers in seventeen volumes and two digital editions. The present application is for funds to aid in preparing Volumes XIII, XIV, and XV, covering the years 1835, 1836, and 1837-1839, respectively. | The Papers of Andrew Jackson is a project to publish a comprehensive annotated edition of Andrew Jackson's public and private papers in seventeen volumes and two digital editions. The present application is for funds to aid in preparing Volumes XIII, XIV, and XV, covering the years 1835, 1836, and 1837-1839, respectively. | | No | The Papers of Andrew Jackson project is focused on historical preservation and publication, rather than on DEI initiatives. | No. The Papers of Andrew Jackson project is focused on historical preservation and publication, rather than on DEI (Diversity, Equity, and Inclusion) initiatives. |

Ex. 15 US-000062485.xlsx

| | | | | |
|---|---|---|---|---|
| 212 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Richard Rufus Project publishes critical editions of recently rediscovered works by a philosopher who taught in early Western universities. Rufus's rediscovery is important because he played a decisive role in shaping the graduate and undergraduate curriculum for three centuries. He is the first master known to have lectured on Aristotelian Physics, Psychology, and Metaphysics at Paris, the heart of the Western intellectual world. He introduced Aristotelianism into the only graduate humanities program at the time, theology, a discipline formerly dominated by patristic exegesis. Rufus influenced his contemporaries, the famed medieval philosopher-theologians Albertus Magnus, Bonaventure, Thomas Aquinas, and John Duns Scotus. Even today Rufus's thought can contribute to philosophical debates about, for example, haecceity—the essence that makes something different from any other thing. The British Academy first published our editions in 2003 and has now published five editions with lengthy annotations; it hopes to publish his Oxford Lectures in 2025. | The Richard Rufus Project publishes critical editions of recently rediscovered works by a philosopher who taught in early Western universities. Rufus's rediscovery is important because he played a decisive role in shaping the graduate and undergraduate curriculum for three centuries. He is the first master known to have lectured on Aristotelian Physics, Psychology, and Metaphysics at Paris, the heart of the Western intellectual world. He introduced Aristotelianism into the only graduate humanities program at the time, theology, a discipline formerly dominated by patristic exegesis. Rufus influenced his contemporaries, the famed medieval philosopher-theologians Albertus Magnus, Bonaventure, Thomas Aquinas, and John Duns Scotus. Even today Rufus's thought can contribute to philosophical debates about, for example, haecceity—the essence that makes something different from any other thing. The British Academy first published our editions in 2003 and has now published five editions with lengthy annotations; it hopes to publish his Oxford Lectures in 2025. | No | The information provided does not appear to relate to DEI. | No. The information provided does not appear to relate to DEI (Diversity, Equity, and Inclusion). |
| 213 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will produce the definitive English scholarly edition of the Tlalamatl Cuaxicala, an important quadrilingual Mesoamerican hieroglyphic text from the Mexican state of Puebla, as well as a digital hieroglyphic companion website. This living document, produced in the early 1500s, is one of very few Mesoamerican manuscripts to have been conserved in its home community over centuries, and our project grows out of collaboration with the stakeholders of Cuaxicala. | This project will produce the definitive English scholarly edition of the Tlalamatl Cuaxicala, an important quadrilingual Mesoamerican hieroglyphic text from the Mexican state of Puebla, as well as a digital hieroglyphic companion website. This living document, produced in the early 1500s, is one of very few Mesoamerican manuscripts to have been conserved in its home community over centuries, and our project grows out of collaboration with the stakeholders of Cuaxicala. | No | The project focuses on creating an English scholarly edition of a Mesoamerican manuscript and a digital companion website. It does not specifically address DEI issues. | No. The project focuses on creating an English scholarly edition of a Mesoamerican manuscript and a digital companion website. It does not specifically address DEI issues. |
| 214 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.From 2024 to 2027, a team led by volume editor Nancy Johnson (SUNY-New Paltz) and project director and textual editor Eileen Hunt (University of Notre Dame) will produce the first fully annotated scholarly edition of Mary Wollstonecraft's <em>A Vindication of the Rights of Men </em>(1790) and <em>A Vindication of the Rights of Woman </em>(1792) for volume 4 of Oxford University Press's Collected Works of Mary Wollstonecraft. These are her two most significant political treatises, offering the first book-length philosophical defenses of the "rights of humanity" regardless of gender, race, nation, or economic station. Their interrelated texts and contexts merit systematic and integrated annotation as they form the core of her revolutionary political theory in favor of rights-based democracy. The team would use the latest tools of digital humanities to create new scholarly editions based on the second (author-corrected) editions of these texts in Notre Dame's Rare Books and Special Collections Library. | From 2024 to 2027, a team led by volume editor Nancy Johnson (SUNY-New Paltz) and project director and textual editor Eileen Hunt (University of Notre Dame) will produce the first fully annotated scholarly edition of Mary Wollstonecraft's <em>A Vindication of the Rights of Men </em>(1790) and <em>A Vindication of the Rights of Woman </em>(1792) for volume 4 of Oxford University Press's Collected Works of Mary Wollstonecraft. These are her two most significant political treatises, offering the first book-length philosophical defenses of the "rights of humanity" regardless of gender, race, nation, or economic station. Their interrelated texts and contexts merit systematic and integrated annotation as they form the core of her revolutionary political theory in favor of rights-based democracy. The team would use the latest tools of digital humanities to create new scholarly editions based on the second (author-corrected) editions of these texts in Notre Dame's Rare Books and Special Collections Library. | No | This project focuses on creating a scholarly edition of Wollstonecraft's works, but it does not mention diversity, equity, or inclusion. | No. This project focuses on creating a scholarly edition of Wollstonecraft's works, but it does not mention diversity, equity, or inclusion. |
| 215 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will translate Karl Barth's Lectures and Shorter Works, covering 1922–1933, in which Barth offers incisive critical commentary on socio-cultural, political, and religious themes in Germany at the time of the Weimar Republic (1919–1933). These themes have ongoing relevance for contemporary thought in the United States, and the project output will offer invaluable resources for humanities scholars working in religion, philosophy, history, German studies, critical theory, and adjacent fields. | This project will translate Karl Barth's Lectures and Shorter Works, covering 1922–1933, in which Barth offers incisive critical commentary on socio-cultural, political, and religious themes in Germany at the time of the Weimar Republic (1919–1933). These themes have ongoing relevance for contemporary thought in the United States, and the project output will offer invaluable resources for humanities scholars working in religion, philosophy, history, German studies, critical theory, and adjacent fields. | No | While the project highlights valuable resources for scholars, it does not clearly demonstrate a direct relation to diversity, equity, and inclusion (DEI) initiatives. | No. While the project highlights valuable resources for scholars, it does not clearly demonstrate a direct relation to diversity, equity, and inclusion (DEI) initiatives. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The correspondence of Robert and Elizabeth Barrett Browning, comprising some 11,700 letters written over the years 1809-89, represents one of the most significant bodies of literary, social, and political commentary on the 19th century. The aim of The Brownings' Correspondence is to present the complete text of all the poets' letters with full annotations. This application requests funding to edit volumes 34-36, February 1873-March 1883. During this period, Robert Browning discusses issues both private and public, including: the inspiration for his poem La Saisiaz; the success of his artist son, Pen; honorary degrees from Cambridge and Oxford; the London Browning Society; and his first return to Italy since the death of his wife. With NEH support, 29 volumes of The Brownings' Correspondence have been published, and they are also available online at www.browningscorrespondence.com.

The correspondence of Robert and Elizabeth Barrett Browning, comprising some 11,700 letters written over the years 1809-89, represents one of the most significant bodies of literary, social, and political commentary on the 19th century. The aim of The Brownings' Correspondence is to present the complete text of all the poets' letters with full annotations. This application requests funding to edit volumes 34-36, February 1873-March 1883. During this period, Robert Browning discusses issues both private and public, including: the inspiration for his poem La Saisiaz; the success of his artist son, Pen; honorary degrees from Cambridge and Oxford; the London Browning Society; and his first return to Italy since the death of his wife. With NEH support, 29 volumes of The Brownings' Correspondence have been published, and they are also available online at www.browningscorrespondence.com.

No

This correspondence does not appear to be directly related to DEI as it focuses on literary, social, and political commentary of the 19th century.

No. This correspondence does not appear to be directly related to DEI as it focuses on literary, social, and political commentary of the 19th century.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Illinois Digital Newspaper Project at the University of Illinois Urbana-Champaign seeks funding to digitize 100,000 pages of newspaper content representing geographically and demographically diverse Illinois communities. The titles will be selected through a proposal process open to all Illinois libraries and cultural heritage repositories. This approach will yield a list of Illinois newspapers for digitization from geographic areas and demographic groups of Illinois (including suburbs, regional cities, rural communities, and small towns) that are not yet represented in <em>Chronicling America</em>. It will also serve as an opportunity to promote the importance and value of the National Digital Newspaper Program, the Library of Congress, and the National Endowment for the Humanities to interested citizens throughout the state. The Illinois Digital Newspaper Project has contributed over 500,000 pages of newspaper content to the National Digital Newspaper Program since 2009.

The Illinois Digital Newspaper Project at the University of Illinois Urbana-Champaign seeks funding to digitize 100,000 pages of newspaper content representing geographically and demographically diverse Illinois communities. The titles will be selected through a proposal process open to all Illinois libraries and cultural heritage repositories. This approach will yield a list of Illinois newspapers for digitization from geographic areas and demographic groups of Illinois (including suburbs, regional cities, rural communities, and small towns) that are not yet represented in <em>Chronicling America</em>. It will also serve as an opportunity to promote the importance and value of the National Digital Newspaper Program, the Library of Congress, and the National Endowment for the Humanities to interested citizens throughout the state. The Illinois Digital Newspaper Project has contributed over 500,000 pages of newspaper content to the National Digital Newspaper Program since 2009.

Yes

The Illinois Digital Newspaper Project aims to digitize diverse newspapers, representing various communities, promoting inclusivity and cultural representation.

Yes. The Illinois Digital Newspaper Project aims to digitize diverse newspapers, representing various communities, promoting inclusivity and cultural representation.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Middle English Text Series (METS) is now in its 32nd year of providing affordable and open-access critical editions of medieval texts for researchers and students. 106 volumes have been published as of Fall 2020. This proposal requests funding to support the print and digital publication of 6 volumes, and implementation of a re- designed digital edition to enhance and expand user access, support, and interaction. The primary purpose of METS is to make available for scholarly use critical editions of the textual tradition of medieval Britain. The focus of this project is upon vernacular texts from the 13th to the early-16th centuries that move beyond the 'canonical' authors, expanding our understanding of and access to the multilingual and multicultural culture of a vibrant and global British Isles. With its digital and print editions, the Series has a global reach and influence, with users from the UK, France, Italy, and Germany to China, Korea, India, and Australia.

The Middle English Text Series (METS) is now in its 32nd year of providing affordable and open-access critical editions of medieval texts for researchers and students. 106 volumes have been published as of Fall 2020. This proposal requests funding to support the print and digital publication of 6 volumes, and implementation of a re-designed digital edition to enhance and expand user access, support, and interaction. The primary purpose of METS is to make available for scholarly use critical editions of the textual tradition of medieval Britain. The focus of this project is upon vernacular texts from the 13th to the early-16th centuries that move beyond the 'canonical' authors, expanding our understanding of and access to the multilingual and multicultural culture of a vibrant and global British Isles. With its digital and print editions, the Series has a global reach and influence, with users from the UK, France, Italy, and Germany to China, Korea, India, and Australia.

Yes

METS provides open-access critical editions of medieval texts and expands understanding of multicultural culture, aligning with DEI values.

Yes. METS provides open-access critical editions of medieval texts and expands understanding of multicultural culture, aligning with DEI values.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We seek support from NEH to edit the late-life writings of Walt Whitman (1819-1892) and to make them freely available on The Walt Whitman Archive. Our work will feature two experimental mixtures of prose and verse from Whitman's late-life period, November Boughs (1888) and Good-Bye My Fancy (1891), along with approximately 315 manuscripts (1425 surfaces) that contribute to their genetic development. In his late-life phase, the poet of the body had become the poet of the aging body, and the poet of perfect health had become the poet of disability. Through Whitman we encounter aging and disability without illusions, without apology, without embarrassment.

We seek support from NEH to edit the late-life writings of Walt Whitman (1819-1892) and to make them freely available on The Walt Whitman Archive. Our work will feature two experimental mixtures of prose and verse from Whitman's late-life period, November Boughs (1888) and Good-Bye My Fancy (1891), along with approximately 315 manuscripts (1425 surfaces) that contribute to their genetic development. In his late-life phase, the poet of the body had become the poet of the aging body, and the poet of perfect health had become the poet of disability. Through Whitman we encounter aging and disability without illusions, without apology, without embarrassment.

No

This initiative does not directly relate to DEI. It focuses on editing and making available the late-life writings of Walt Whitman.

No. This initiative does not directly relate to DEI. It focuses on editing and making available the late-life writings of Walt Whitman.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In the late sixteenth century, a learned Hindu monk of northern India named ivnandasarasvat attempted a grand new synthesis of teachings on yoga. Drawing on more than ninety Sanskrit sources, his erudite exegetical work, The Wish-Fulfilling Gem of Yoga (Yogacintmai), was the first major effort to integrate Patañjali's philosophical yoga with Hahayoga, body-centered practices that anticipate the postural yoga so popular today globally. ivnanda's magnum opus offers a unique window into the philosophy and practice of yoga in early modern India, at the height of the Mughal empire and on the eve of colonialism. His work addresses far-reaching questions that remain relevant today, such as "What is yoga?" and "Who should practice it?" A collaborative effort, this project aims to produce a critical edition and English translation of The Wish-Fulfilling Gem of Yoga on the basis of manuscripts collected from libraries across South Asia, including one copied in the author's own lifetime.

In the late sixteenth century, a learned Hindu monk of northern India named ivnandasarasvat attempted a grand new synthesis of teachings on yoga. Drawing on more than ninety Sanskrit sources, his erudite exegetical work, The Wish-Fulfilling Gem of Yoga (Yogacintmai), was the first major effort to integrate Patañjali's philosophical yoga with Hahayoga, body-centered practices that anticipate the postural yoga so popular today globally. ivnanda's magnum opus offers a unique window into the philosophy and practice of yoga in early modern India, at the height of the Mughal empire and on the eve of colonialism. His work addresses far-reaching questions that remain relevant today, such as "What is yoga?" and "Who should practice it?" A collaborative effort, this project aims to produce a critical edition and English translation of The Wish-Fulfilling Gem of Yoga on the basis of manuscripts collected from libraries across South Asia, including one copied in the author's own lifetime.

No | This description does not directly relate to DEI. It discusses the historical context and content of a yoga manuscript. | No. This description does not directly relate to DEI. It discusses the historical context and content of a yoga manuscript.

Preserving Off-Off-Broadway: Expanding Access to La MaMa's Born-digital Materials will help build the La MaMa Archives collection by adding born-digital production documentation from 2005-2015 and born-digital production footage from 2011 onward. This includes programs, posters, production schedules, digital photographs, and other types of electronic records. During a three-year cataloging project, the Archive will preserve, catalog, and publicly share these records, as well as improve researcher access to and long-term preservation of our born-digital footage. To date, La MaMa has supported more than 5,000 productions, many of which are represented in our performance footage collection and all are represented within the Archive's "Show Files." Preserving and providing access to these materials is vital for researchers of Off-Off Broadway and American cultural history, as well as for the thousands of artists who have crossed La MaMa's stages.

Preserving Off-Off-Broadway: Expanding Access to La MaMa's Born-digital Materials will help build the La MaMa Archives collection by adding born-digital production documentation from 2005-2015 and born-digital production footage from 2011 onward. This includes programs, posters, production schedules, digital photographs, and other types of electronic records. During a three-year cataloging project, the Archive will preserve, catalog, and publicly share these records, as well as improve researcher access to and long-term preservation of our born-digital footage. To date, La MaMa has supported more than 5,000 productions, many of which are represented in our performance footage collection and all are represented within the Archive's "Show Files." Preserving and providing access to these materials is vital for researchers of Off-Off Broadway and American cultural history, as well as for the thousands of artists who have crossed La MaMa's stages.

No | The La MaMa Archives project preserves theater history but does not specifically address DEI. | No. The La MaMa Archives project preserves theater history but does not specifically address DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Our project—"'Liaozhai's Strange Tales': A New Complete Annotated Translation"—will produce the first accurate, annotated, and illustrated English translation of Pu Songling's "Liaozhai zhiyi (Liaozhai's Chronicles of the Strange)." This collection of nearly 500 stories, first published in 1766, is unquestionably the most famous in literary Chinese, with a profound influence on the Chinese fantastic imagination. Although anthologies of selected tales have been translated into English and other languages, the full extent and artistry of the collection remains inaccessible to non-Chinese-reading audiences because existing editions exclude most of its stories, and many tales require significant annotation to recuperate their full meanings. By undertaking a complete and annotated English translation—which meets the highest scholarly and literary standards—we aspire to make the riches of Pu Songling's world masterpiece available both to the general public and the specialized reader.

Our project—"'Liaozhai's Strange Tales': A New Complete Annotated Translation"—will produce the first accurate, annotated, and illustrated English translation of Pu Songling's "Liaozhai zhiyi (Liaozhai's Chronicles of the Strange)." This collection of nearly 500 stories, first published in 1766, is unquestionably the most famous in literary Chinese, with a profound influence on the Chinese fantastic imagination. Although anthologies of selected tales have been translated into English and other languages, the full extent and artistry of the collection remains inaccessible to non-Chinese-reading audiences because existing editions exclude most of its stories, and many tales require significant annotation to recuperate their full meanings. By undertaking a complete and annotated English translation—which meets the highest scholarly and literary standards—we aspire to make the riches of Pu Songling's world masterpiece available both to the general public and the specialized reader.

No | This project focuses on translation and accessibility of Pu Songling's work, but does not directly relate to DEI issues. | No. This project focuses on translation and accessibility of Pu Songling's work, but does not directly relate to DEI (Diversity, Equity, and Inclusion) issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Our goal is to complete the first translations of two sixteenth-century Jewish texts: Joseph Ha-Kohen's Book of New India and Luis de Carvajal's spiritual autobiography and religious works. Ha-Kohen's work is a modified translation from Spanish to Hebrew of Francisco de Gómara's Historia General de las Indias. Luis de Carvajal's work was written after his arrest by the Inquisition for secretly practicing Judaism. This translation project complicates the discourse around the encounter, conquest and colonization of the Americas by bringing in the voices of two Iberian Jews caught up in the expulsions, dislocations and persecutions of the early modern period.

Our goal is to complete the first translations of two sixteenth-century Jewish texts: Joseph Ha-Kohen's Book of New India and Luis de Carvajal's spiritual autobiography and religious works. Ha-Kohen's work is a modified translation from Spanish to Hebrew of Francisco de Gómara's Historia General de las Indias. Luis de Carvajal's work was written after his arrest by the Inquisition for secretly practicing Judaism. This translation project complicates the discourse around the encounter, conquest and colonization of the Americas by bringing in the voices of two Iberian Jews caught up in the expulsions, dislocations and persecutions of the early modern period.

No | While the translation project may involve historical themes, it does not directly relate to diversity, equity, and inclusion (DEI) efforts. | No. While the translation project may involve historical themes, it does not directly relate to diversity, equity, and inclusion (DEI) efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Norwegian-American Historical Association (NAHA) seeks funding to digitize, rehouse, and catalog five collections that document the relief efforts of Norwegian-Americans for occupied Norway during World War II. The collections are American Relief for Norway, Inc. Papers, Camp Little Norway Papers, Hermana Rye Haugan Papers, the Photographic Collection of Campbell Norsgaard, and Jacob Stefferud Papers. [edited by staff]

The Norwegian-American Historical Association (NAHA) seeks funding to digitize, rehouse, and catalog five collections that document the relief efforts of Norwegian-Americans for occupied Norway during World War II. The collections are American Relief for Norway, Inc. Papers, Camp Little Norway Papers, Hermana Rye Haugan Papers, the Photographic Collection of Campbell Norsgaard, and Jacob Stefferud Papers. [edited by staff]

No — The mentioned initiative focuses on historical preservation and does not directly relate to Diversity, Equity, and Inclusion (DEI).

No. The mentioned initiative focuses on historical preservation and does not directly relate to Diversity, Equity, and Inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Blavatnik Archive is building an exploration website for its collection of postcards printed during, and in the immediate aftermath of, the Siege of Leningrad (1941-1944), a military blockade by Nazi Germany that took nearly a million Soviet lives during World War II. This project offers a unique perspective on a significant event in world history through immersive stories based on individual postcards, overviews of the ideologies that shaped their production, and human-interest stories about their creators. Examining the Siege through the lens of postcards brings to light the complex relationship between the dire conditions of the blockade, the Soviet state's propaganda tactics, the city's artistic perseverance, and the Leningraders' desperate efforts to maintain contact with their loved ones. At the same time, it challenges and enriches our understanding of the possible roles and functions of the postcard as a communication medium and cultural and historical artifact.

The Blavatnik Archive is building an exploration website for its collection of postcards printed during, and in the immediate aftermath of, the Siege of Leningrad (1941-1944), a military blockade by Nazi Germany that took nearly a million Soviet lives during World War II. This project offers a unique perspective on a significant event in world history through immersive stories based on individual postcards, overviews of the ideologies that shaped their production, and human-interest stories about their creators. Examining the Siege through the lens of postcards brings to light the complex relationship between the dire conditions of the blockade, the Soviet state's propaganda tactics, the city's artistic perseverance, and the Leningraders' desperate efforts to maintain contact with their loved ones. At the same time, it challenges and enriches our understanding of the possible roles and functions of the postcard as a communication medium and cultural and historical artifact.

Yes — This project explores the historical and cultural significance of postcards during the Siege of Leningrad, shedding light on the complexities of the event and challenging our understanding of communication and artifacts.

Yes. This project explores the historical and cultural significance of postcards during the Siege of Leningrad, shedding light on the complexities of the event and challenging our understanding of communication and artifacts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The African Humanities Folkloric project (AHF) will provide students and scholars with web and print access to hundreds of vivid stories written for centuries in Egypt, Sudan, Eritrea, and Ethiopia about the miracles that the Virgin Mary performed for the faithful, whether sinners or saints. By increasing U.S. access to short, meaningful African narratives about healing, reparative justice, and personal ethics in a violent world, the AHF project is part of ensuring that the humanities in the United States is founded on a truly global canon. The NEH Scholarly Editions and Scholarly Translations Grant would fund the labor of experienced researchers with rare language skills to catalog stories in parchment manuscripts, translate dozens of stories into English, and write short introductions to them. The project will begin October 2021 and end 36 months later, in September 2024.

The African Humanities Folkloric project (AHF) will provide students and scholars with web and print access to hundreds of vivid stories written for centuries in Egypt, Sudan, Eritrea, and Ethiopia about the miracles that the Virgin Mary performed for the faithful, whether sinners or saints. By increasing U.S. access to short, meaningful African narratives about healing, reparative justice, and personal ethics in a violent world, the AHF project is part of ensuring that the humanities in the United States is founded on a truly global canon. The NEH Scholarly Editions and Scholarly Translations Grant would fund the labor of experienced researchers with rare language skills to catalog stories in parchment manuscripts, translate dozens of stories into English, and write short introductions to them. The project will begin October 2021 and end 36 months later, in September 2024.

Yes — The AHF project aims to increase access to African narratives and contribute to a more global canon in the humanities, aligning with diversifying perspectives and promoting inclusion in DEI efforts.

Yes. The AHF project aims to increase access to African narratives and contribute to a more global canon in the humanities, aligning with diversifying perspectives and promoting inclusion in DEI efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This Critical Edition brings together for the first time, in a series of critically edited volumes, the complete, collected published works and previously unpublished lectures, papers, and correspondence of Alfred North Whitehead. Two volumes of edited lecture notes from the participants in his Harvard classes have already been published, in 2017 and 2021. The complete edition is set to include seventeen volumes: six volumes of lecture notes taken by Whitehead's students and colleagues during his time at Harvard from 1924–1937, two volumes of correspondence, two volumes of collected essays and articles, six volumes of critically edited versions of Whitehead's monographs, and one volume of collected papers and miscellanea.

This Critical Edition brings together for the first time, in a series of critically edited volumes, the complete, collected published works and previously unpublished lectures, papers, and correspondence of Alfred North Whitehead. Two volumes of edited lecture notes from the participants in his Harvard classes have already been published, in 2017 and 2021. The complete edition is set to include seventeen volumes: six volumes of lecture notes taken by Whitehead's students and colleagues during his time at Harvard from 1924–1937, two volumes of correspondence, two volumes of collected essays and articles, six volumes of critically edited versions of Whitehead's monographs, and one volume of collected papers and miscellanea.

No — Does not relate to DEI.

No.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This will be the first critical edition of Henry of Ghent's Summa, articles 73-75.  It will be published by Leuven University Press. Henry of Ghent was the most important philosopher and theologian in the last decades of the thirteenth century, between Thomas Aquinas and John Duns Scotus.  His thought was influential in the medieval and modern periods and beyond. This edition covers the last articles of his major work (the Summa), which deal with philosophy of language—a topic of major significance in the history of philosophy and in contemporary scholarship.  The edition will promote translations and studies of this central topic in this major figure.

This will be the first critical edition of Henry of Ghent's Summa, articles 73-75.  It will be published by Leuven University Press. Henry of Ghent was the most important philosopher and theologian in the last decades of the thirteenth century, between Thomas Aquinas and John Duns Scotus.  His thought was influential in the medieval and modern periods and beyond. This edition covers the last articles of his major work (the Summa), which deal with philosophy of language—a topic of major significance in the history of philosophy and in contemporary scholarship.  The edition will promote translations and studies of this central topic in this major figure.

No | This initiative does not directly relate to DEI. It focuses on publishing and promoting the work of a philosopher, without specific mention of diversity, equity, or inclusion.

No. This initiative does not directly relate to DEI. It focuses on publishing and promoting the work of a philosopher, without specific mention of diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The New York Public Library (NYPL) respectfully requests $384,750 from the National Endowment for the Humanities to support stipend and selection expenses for Fellows in the Scholars-in-Residence Program at the Schomburg Center for Research in Black Culture. Fellows will benefit from dedicated space at the Schomburg Center, as well as access to its 11 million item collection, which contains rare and unique materials chronicling the Black experience in America and abroad. Notable research collections at the Schomburg Center include the archives of James Baldwin, Maya Angelou, and Malcolm X; the records of the Civil Rights Congress; writings in 60 different African indigenous languages; artwork by Aaron Douglas, Jacob Lawrence, and Romare Bearden; photographs by Chester Higgins; and radio broadcasts and recordings by Marcus Garvey and Booker T. Washington, among many other items.

The New York Public Library (NYPL) respectfully requests $384,750 from the National Endowment for the Humanities to support stipend and selection expenses for Fellows in the Scholars-in-Residence Program at the Schomburg Center for Research in Black Culture. Fellows will benefit from dedicated space at the Schomburg Center, as well as access to its 11 million item collection, which contains rare and unique materials chronicling the Black experience in America and abroad. Notable research collections at the Schomburg Center include the archives of James Baldwin, Maya Angelou, and Malcolm X; the records of the Civil Rights Congress; writings in 60 different African indigenous languages; artwork by Aaron Douglas, Jacob Lawrence, and Romare Bearden; photographs by Chester Higgins; and radio broadcasts and recordings by Marcus Garvey and Booker T. Washington, among many other items.

Yes | The NYPL request supports DEI by providing resources for research on the Black experience, promoting representation and inclusivity.

Yes. The NYPL request supports DEI by providing resources for research on the Black experience, promoting representation and inclusivity.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will translate six volumes of Nepali performer Subi Shah's work into English and publish them digitally and in print, with accompanying scores, and audio and video recordings. Shah (1922-2008) was a Nepali performer and educator who made it his life's work to develop, sustain, and promote Nepali folk performance. His writings on the varied genres that make up the Pangdure tradition of the central Nepali hills are the only existing scholarship that analyzes and provides concrete examples of all aspects of performance (song, instrumental music, dance, drama) with detailed information about their interrelationships. They thus provide an essential resource for scholars and performers, including information published nowhere else. This project contributes to these traditions' cultural sustainability by involving local performers, and to decolonizing performance studies by challenging and posing concrete alternatives to Eurocentric structures of knowledge.

This project will translate six volumes of Nepali performer Subi Shah's work into English and publish them digitally and in print, with accompanying scores, and audio and video recordings. Shah (1922-2008) was a Nepali performer and educator who made it his life's work to develop, sustain, and promote Nepali folk performance. His writings on the varied genres that make up the Pangdure tradition of the central Nepali hills are the only existing scholarship that analyzes and provides concrete examples of all aspects of performance (song, instrumental music, dance, drama) with detailed information about their interrelationships. They thus provide an essential resource for scholars and performers, including information published nowhere else. This project contributes to these traditions' cultural sustainability by involving local performers, and to decolonizing performance studies by challenging and posing concrete alternatives to Eurocentric structures of knowledge.

Yes | This project promotes cultural sustainability by preserving and promoting Nepali folk performance and challenges Eurocentric structures of knowledge.

Yes. This project promotes cultural sustainability by preserving and promoting Nepali folk performance and challenges Eurocentric structures of knowledge. #DEI

To support post-production and outreach for "The Blues Society,"  a documentary film exploring the history and impact of the Memphis Country Blues Festivals of the late 1960s.

To support post-production and outreach for "The Blues Society,"  a documentary film exploring the history and impact of the Memphis Country Blues Festivals of the late 1960s.

No | The documentary film on the Memphis Country Blues Festivals focuses on music history rather than DEI.

No. The documentary film on the Memphis Country Blues Festivals focuses on music history rather than DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Frank Lloyd Wright Foundation requests an NEH SCHC Implementation Grant to fund critical building envelope upgrades for the Archives &amp; Collections Building at Taliesin West. These include the installation of a new insulated, low-emissive roof on the building and the replacement of end-of-service mechanical systems with high-efficiency HVAC systems in the storage vaults. These critical modifications will improve interior environmental conditions, lessen airborne particulate transmission into the collection storage vaults, and reduce energy costs in an extreme desert climate.

The Frank Lloyd Wright Foundation requests an NEH SCHC Implementation Grant to fund critical building envelope upgrades for the Archives &amp; Collections Building at Taliesin West. These include the installation of a new insulated, low-emissive roof on the building and the replacement of end-of-service mechanical systems with high-efficiency HVAC systems in the storage vaults. These critical modifications will improve interior environmental conditions, lessen airborne particulate transmission into the collection storage vaults, and reduce energy costs in an extreme desert climate.

No | The request for an NEH SCHC Implementation Grant focuses on building upgrades for the Archives & Collections Building, not directly related to DEI efforts.

No. The request for an NEH SCHC Implementation Grant focuses on building upgrades for the Archives & Collections Building, not directly related to DEI (diversity, equity, and inclusion) efforts.

| Prompt | Text | Y/N | Response | Response |
|---|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Brooklyn Children's Museum (BCM) seeks a grant of $750,000 to repair and rehabilitate our geothermal wells, a key component in heating and cooling our building. Installed in 2008 when geothermal technology was still nascent, the system requires upgrades and repairs. As a result, temperatures in the Museum have at times surpassed 80 degrees in the summer and 40 degrees in the winter, forcing the Museum to close and limiting our ability to serve our community. Furthermore, temperatures have risen to 90 degrees in our collections storage area, putting our collection of 30,000 objects at risk. This grant would support rehabilitation of BCM's four geothermal wells, stabilizing the Museum's temperature and allowing it to be a year-round resource for families in Central Brooklyn and a safe humanities resource space for years to come. | Brooklyn Children's Museum (BCM) seeks a grant of $750,000 to repair and rehabilitate our geothermal wells, a key component in heating and cooling our building. Installed in 2008 when geothermal technology was still nascent, the system requires upgrades and repairs. As a result, temperatures in the Museum have at times surpassed 80 degrees in the summer and 40 degrees in the winter, forcing the Museum to close and limiting our ability to serve our community. Furthermore, temperatures have risen to 90 degrees in our collections storage area, putting our collection of 30,000 objects at risk. This grant would support rehabilitation of BCM's four geothermal wells, stabilizing the Museum's temperature and allowing it to be a year-round resource for families in Central Brooklyn and a safe humanities resource space for years to come. | No | This request for a grant funding to repair geothermal wells does not directly relate to DEI. It focuses on infrastructure improvement for the museum's operations. | No. This request for a grant funding to repair geothermal wells does not directly relate to DEI (Diversity, Equity, and Inclusion). It focuses on infrastructure improvement for the museum's operations. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Large language models (LLMs) have revolutionized natural language processing since their introduction in 2018. By combining huge numbers of parameters with vast text collections, pre-trained LLMs offer advanced general-purpose language understanding off-the-shelf. As powerful as LLMs can be, however, we have seen clear examples of the problems that arise from a lack of good humanities-focused resources to interpret their outputs and to guide scholars in the field. The BERT for Humanists project produces research, training, and tools to inform, empower, and inspire humanities scholars to use LLMs in their disciplines in creative new ways. Together, the products of BERT for Humanists provide an intellectual framework for understanding and evaluating new computational language technologies, so that humanists can use — and critique, as appropriate — both the current generation of LLMs and their rapidly evolving successors. | Large language models (LLMs) have revolutionized natural language processing since their introduction in 2018. By combining huge numbers of parameters with vast text collections, pre-trained LLMs offer advanced general-purpose language understanding off-the-shelf. As powerful as LLMs can be, however, we have seen clear examples of the problems that arise from a lack of good humanities-focused resources to interpret their outputs and to guide scholars in the field. The BERT for Humanists project produces research, training, and tools to inform, empower, and inspire humanities scholars to use LLMs in their disciplines in creative new ways. Together, the products of BERT for Humanists provide an intellectual framework for understanding and evaluating new computational language technologies, so that humanists can use — and critique, as appropriate — both the current generation of LLMs and their rapidly evolving successors. | No | This description does not directly relate to DEI. It focuses on the BERT for Humanists project, which aims to empower humanities scholars in using LLMs. | No. This description does not directly relate to DEI. It focuses on the BERT for Humanists project, which aims to empower humanities scholars in using LLMs. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The New York Public Library (NYPL) respectfully requests $286,143 from the National Endowment for the Humanities to support stipend and selection expenses for Fellows in the Scholars-in-Residence Program at the Schomburg Center for Research in Black Culture. Fellows will benefit from dedicated research space at the Schomburg Center, intellectual exchange with fellow scholars, and access to the Schomburg Center's 11 million item collection, which contains rare and unique materials chronicling the Black experience in America and abroad. Notable research collections at the Schomburg Center include the archives of James Baldwin, Maya Angelou, and Malcolm X; the records of the Civil Rights Congress; writings in 60 different African indigenous languages; artwork by Aaron Douglas, Jacob Lawrence, and Romare Bearden; photographs by Chester Higgins; and radio broadcasts and recordings by Marcus Garvey and Booker T. Washington, among many other items. | The New York Public Library (NYPL) respectfully requests $286,143 from the National Endowment for the Humanities to support stipend and selection expenses for Fellows in the Scholars-in-Residence Program at the Schomburg Center for Research in Black Culture. Fellows will benefit from dedicated research space at the Schomburg Center, intellectual exchange with fellow scholars, and access to the Schomburg Center's 11 million item collection, which contains rare and unique materials chronicling the Black experience in America and abroad. Notable research collections at the Schomburg Center include the archives of James Baldwin, Maya Angelou, and Malcolm X; the records of the Civil Rights Congress; writings in 60 different African indigenous languages; artwork by Aaron Douglas, Jacob Lawrence, and Romare Bearden; photographs by Chester Higgins; and radio broadcasts and recordings by Marcus Garvey and Booker T. Washington, among many other items. | Yes | The request supports the Schomburg Center, which focuses on research in Black culture, promoting diversity, equity, and inclusion. | Yes. The request supports the Schomburg Center, which focuses on research in Black culture, promoting diversity, equity, and inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.With support from the National Endowment for the Humanities' National Digital Newspaper Program, Providence Public Library (PPL), in partnership with the Rhode Island Historical Society (RIHS), will complete an extensive newspaper digitization project that will result in a wealth of Rhode Island's historical newspapers being digitized and widely available through the Library of Congress for the first time in history. RIHS currently holds master negative microfilm of 314 newspaper titles that ceased prior to 1923. As a result of this project, at least 100,000 pages will be digitized. [Edited by staff.] | With support from the National Endowment for the Humanities' National Digital Newspaper Program, Providence Public Library (PPL), in partnership with the Rhode Island Historical Society (RIHS), will complete an extensive newspaper digitization project that will result in a wealth of Rhode Island's historical newspapers being digitized and widely available through the Library of Congress for the first time in history. RIHS currently holds master negative microfilm of 314 newspaper titles that ceased prior to 1923. As a result of this project, at least 100,000 pages will be digitized. [Edited by staff.] | Yes | This project promotes DEI by making historical newspapers accessible and widely available, allowing for diverse perspectives and voices to be represented. | Yes. This project promotes DEI by making historical newspapers accessible and widely available, allowing for diverse perspectives and voices to be represented. |

Ex. 15 US-000062485.xlsx

| | | | | |
|---|---|---|---|---|
| 237 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will enhance OCLC catalog records of "visual books" by hiring a full-time project assistant. | This project will enhance OCLC catalog records of "visual books" by hiring a full-time project assistant. | No | The description does not provide enough information to determine if the project is related to DEI. | No. The description does not provide enough information to determine if the project is related to DEI. |
| 238 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The New York Public Library (NYPL) respectfully requests a $500,000 grant from the National Endowment for the Humanities, and is committed to raising $1.5 million in funding to support critical equipment upgrades to NYPL's Digital Imaging Unit (DIU), and staff to meet the much higher capacity these equipment upgrades will allow. The DIU creates the majority of images published on the Library's online Digital Collections platform, which, accessible free of charge, receives 77 million page views each year. The DIU also provides direct digitization services to scholars. Equipment upgrades will increase the DIU's output by an estimated 20 percent and increase the resolution of digital images created by the Unit by up to 275 percent. | The New York Public Library (NYPL) respectfully requests a $500,000 grant from the National Endowment for the Humanities, and is committed to raising $1.5 million in funding to support critical equipment upgrades to NYPL's Digital Imaging Unit (DIU), and staff to meet the much higher capacity these equipment upgrades will allow. The DIU creates the majority of images published on the Library's online Digital Collections platform, which, accessible free of charge, receives 77 million page views each year. The DIU also provides direct digitization services to scholars. Equipment upgrades will increase the DIU's output by an estimated 20 percent and increase the resolution of digital images created by the Unit by up to 275 percent. | No | This request for funding and equipment upgrades does not directly relate to DEI. | No. This request for funding and equipment upgrades does not directly relate to DEI (Diversity, Equity, and Inclusion). |
| 239 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project focuses on understanding the reciprocal impact of Black faculty, especially women, teaching in Historically Black College and University (HBCU) spaces. Historically, much of the literature about Black faculty experiences focuses solely on those working at Predominately White Institutions (PWIs). While relevant, this limited lens does not account for the nuanced experiences that exist among Black faculty in the Academy who work in HBCU settings. Further, the PWI studies have been primarily quantitative in nature, which provides some insight into the social phenomena, but does not allow for in-depth dialogue and the breadth of lived experience of Black faculty at HBCUs. Utilizing an ethnographic approach, this project seeks to examine the culture of the faculty experience at HBCUs from the viewpoint of its members who work there. The goal is to provide a space for them to tell their stories and discover meaning and understanding through their lived experiences. | This project focuses on understanding the reciprocal impact of Black faculty, especially women, teaching in Historically Black College and University (HBCU) spaces. Historically, much of the literature about Black faculty experiences focuses solely on those working at Predominately White Institutions (PWIs). While relevant, this limited lens does not account for the nuanced experiences that exist among Black faculty in the Academy who work in HBCU settings. Further, the PWI studies have been primarily quantitative in nature, which provides some insight into the social phenomena, but does not allow for in-depth dialogue and the breadth of lived experience of Black faculty at HBCUs. Utilizing an ethnographic approach, this project seeks to examine the culture of the faculty experience at HBCUs from the viewpoint of its members who work there. The goal is to provide a space for them to tell their stories and discover meaning and understanding through their lived experiences. | Yes | This project focuses on understanding the unique experiences of Black faculty, particularly women, teaching in HBCU spaces, expanding the literature beyond PWIs. | Yes. This project focuses on understanding the unique experiences of Black faculty, particularly women, teaching in HBCU spaces, expanding the literature beyond PWIs. |
| 240 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Letters of Ernest Hemingway is a comprehensive scholarly edition of the more than 6,000 surviving letters of Ernest Hemingway (1899-1961), 85% previously unpublished, planned for 17 volumes. A 1954 Nobel Laureate, Hemingway made a profound impact on modern prose and still commands enormous popular and scholarly interest worldwide. The letters afford new insights into the life and work of this most influential American writer and narrate a running eyewitness history of the 20th century. With prior NEH support, Volumes 1-6 (1907-June 1936) have been published by Cambridge University Press (2011-2024). An electronic edition was launched in 2020: Vols. 1-5 (originally print only) were issued in digital form, and all subsequent volumes will be published simultaneously in print and electronically. The entire project is expected to be completed in 2046. We are requesting 3-year funding to publish Vol. 7, submit Vol. 8, and begin work on Vol. 9, together spanning July 1936 through 1943. | The Letters of Ernest Hemingway is a comprehensive scholarly edition of the more than 6,000 surviving letters of Ernest Hemingway (1899-1961), 85% previously unpublished, planned for 17 volumes. A 1954 Nobel Laureate, Hemingway made a profound impact on modern prose and still commands enormous popular and scholarly interest worldwide. The letters afford new insights into the life and work of this most influential American writer and narrate a running eyewitness history of the 20th century. With prior NEH support, Volumes 1-6 (1907-June 1936) have been published by Cambridge University Press (2011-2024). An electronic edition was launched in 2020: Vols. 1-5 (originally print only) were issued in digital form, and all subsequent volumes will be published simultaneously in print and electronically. The entire project is expected to be completed in 2046. We are requesting 3-year funding to publish Vol. 7, submit Vol. 8, and begin work on Vol. 9, together spanning July 1936 through 1943. | No | This description is about the comprehensive scholarly edition of Ernest Hemingway's letters, but it does not explicitly mention any connection to DEI. | No. This description is about the comprehensive scholarly edition of Ernest Hemingway's letters, but it does not explicitly mention any connection to DEI (Diversity, Equity, and Inclusion). |

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This three-year collaboration between Western Kentucky University and the University of Iowa will produce the first-ever critical edition of Whitehead and Russell's landmark <em>Principia Mathematica</em>. The resulting scholarly edition will be published in print and digital formats with Cambridge University Press in 2025. The new edition of <em>Principia </em>will (1) enable us to place ourselves in the mathematical context within which <em>Principia </em>was written by indicating the texts and authors whose theorems and proofs Whitehead and Russell logically analyzed in writing <em>Principia</em>, and (2) reveal the logical structure of <em>Principia's </em>text for the first time, producing from a database of <em>Principia's</em> starred numbers tables indicating which theorem is used where, and what is used to prove any given theorem, in simple and easily surveyed tables. This first-ever critical edition will be an important stage in the ongoing modernization and rehabilitation of<em> Principia's</em> Logicist foundation for mathematics. | This three-year collaboration between Western Kentucky University and the University of Iowa will produce the first-ever critical edition of Whitehead and Russell's landmark <em>Principia Mathematica</em>. The resulting scholarly edition will be published in print and digital formats with Cambridge University Press in 2025. The new edition of <em>Principia </em>will (1) enable us to place ourselves in the mathematical context within which <em>Principia </em>was written by indicating the texts and authors whose theorems and proofs Whitehead and Russell logically analyzed in writing <em>Principia</em>, and (2) reveal the logical structure of <em>Principia's </em>text for the first time, producing from a database of <em>Principia's</em> starred numbers tables indicating which theorem is used where, and what is used to prove any given theorem, in simple and easily surveyed tables. This first-ever critical edition will be an important stage in the ongoing modernization and rehabilitation of<em> Principia's</em> Logicist foundation for mathematics. | No | This collaboration is related to scholarly edition and analysis of a mathematical text, not directly related to DEI. | No. This collaboration is related to scholarly edition and analysis of a mathematical text, not directly related to DEI. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.UC Berkeley requests a 2-year HCRR grant to map PhiloBiblon, a database that has supported research on medieval Iberia since 1975, to Wikibase, the software that underlies Wikipedia. The project will (1) move PhiloBiblon's four siloed databases to an online Wikibase platform (FactGrid: A database for historians); (2) map its complex relational data model to Linked Open Data (LD) / Resource Description Framework (RDF) triplestores; (3) implement a new website; (4) create LD access points to and from libraries and archives; (5) train PhiloBiblon staff in the use of the Wikibase/FactGrid platform; (6) place open access software and documentation on GitHub. The Wikibase platform will allow PhiloBiblon to take advantage of the semantic web and decrease sustainability costs. Moreover, this project can serve as a model for low-cost light-weight database development for similar academic or community-based projects with limited resources, particularly those from underserved minorities. | UC Berkeley requests a 2-year HCRR grant to map PhiloBiblon, a database that has supported research on medieval Iberia since 1975, to Wikibase, the software that underlies Wikipedia. The project will (1) move PhiloBiblon's four siloed databases to an online Wikibase platform (FactGrid: A database for historians); (2) map its complex relational data model to Linked Open Data (LD) / Resource Description Framework (RDF) triplestores; (3) implement a new website; (4) create LD access points to and from libraries and archives; (5) train PhiloBiblon staff in the use of the Wikibase/FactGrid platform; (6) place open access software and documentation on GitHub. The Wikibase platform will allow PhiloBiblon to take advantage of the semantic web and decrease sustainability costs. Moreover, this project can serve as a model for low-cost light-weight database development for similar academic or community-based projects with limited resources, particularly those from underserved minorities. | No | The initiative outlined does not directly relate to DEI as it does not address diversity, equity, or inclusion. | No. The initiative outlined does not directly relate to DEI as it does not address diversity, equity, or inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The CAORC-NEH FPIRI Research Fellowship Program supports in-country research only at American ORCs that do not already administer their own FPIRI grant programs, which allows American scholars to engage in long-term scholarly inquiry in understudied regions of the world that are quickly growing in political, strategic, and economic importance, including Latin America, North and West Africa, Central and Southeast Asia, and the South Caucasus. | The CAORC-NEH FPIRI Research Fellowship Program supports in-country research only at American ORCs that do not already administer their own FPIRI grant programs, which allows American scholars to engage in long-term scholarly inquiry in understudied regions of the world that are quickly growing in political, strategic, and economic importance, including Latin America, North and West Africa, Central and Southeast Asia, and the South Caucasus. | No | The CAORC-NEH FPIRI Research Fellowship Program does not explicitly relate to DEI as it focuses on supporting American scholars in conducting research in specific regions. | No. The CAORC-NEH FPIRI Research Fellowship Program does not explicitly relate to DEI as it focuses on supporting American scholars in conducting research in specific regions. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The NEH Fellowship program at the American School of Classical Studies at Athens promotes and facilitates the study of the humanities in the United States by providing opportunities for American-based, post-doctoral scholars to pursue research projects in humanistic disciplines relating to Greece. Access to world-class libraries, archaeological sites, museums, storerooms, excavation records, and archival collections along with the creative and intellectual energy that results from engagement in a dynamic academic community, makes the American School an ideal place for conducting such research. The publication and presentation of this research in scholarly venues, public lectures, on-line platforms, and classrooms at all levels back in the United States add new ideas and approaches to the body of knowledge that emanates from, responds to, and offers historiographic critique of Greek ideas that inform the humanistic disciplines. | The NEH Fellowship program at the American School of Classical Studies at Athens promotes and facilitates the study of the humanities in the United States by providing opportunities for American-based, post-doctoral scholars to pursue research projects in humanistic disciplines relating to Greece. Access to world-class libraries, archaeological sites, museums, storerooms, excavation records, and archival collections along with the creative and intellectual energy that results from engagement in a dynamic academic community, makes the American School an ideal place for conducting such research. The publication and presentation of this research in scholarly venues, public lectures, on-line platforms, and classrooms at all levels back in the United States add new ideas and approaches to the body of knowledge that emanates from, responds to, and offers historiographic critique of Greek ideas that inform the humanistic disciplines. | Yes | The NEH Fellowship program promotes the study of humanities by providing opportunities for scholars, contributing to the knowledge and understanding of Greek ideas in the humanistic disciplines. | Yes. The NEH Fellowship program promotes the study of humanities by providing opportunities for scholars, contributing to the knowledge and understanding of Greek ideas in the humanistic disciplines. |

| | Prompt | Description | | Response | Response |
|---|---|---|---|---|---|
| 245 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The University of Florida requests $275,743 to select, digitize and make available to the Library of Congress approximately 100,000 historic newspaper pages through the National Digital Newspaper Program (NDNP). Titles for digitization will be selected for their ethnic, cultural, linguistic, religious, and geographic diversity to better reflect Florida history in the first half of the twentieth century. Areas of focus include significant multilingual papers from counties unrepresented in Chronicling America; Cuban papers from Miami and Tampa; Jewish newspapers from Jacksonville; and papers from Tarpon Springs, an area with a significant Greek population. These electronic resources will provide context and support for research into the historical basis of racial issues that continue today and seem particularly relevant with current scholarly and public discussions. | The University of Florida requests $275,743 to select, digitize and make available to the Library of Congress approximately 100,000 historic newspaper pages through the National Digital Newspaper Program (NDNP). Titles for digitization will be selected for their ethnic, cultural, linguistic, religious, and geographic diversity to better reflect Florida history in the first half of the twentieth century. Areas of focus include significant multilingual papers from counties unrepresented in Chronicling America; Cuban papers from Miami and Tampa; Jewish newspapers from Jacksonville; and papers from Tarpon Springs, an area with a significant Greek population. These electronic resources will provide context and support for research into the historical basis of racial issues that continue today and seem particularly relevant with current scholarly and public discussions. | Yes | The initiative aims to increase diversity and inclusivity by digitizing and making available historically significant newspapers reflecting various ethnic, cultural, and linguistic communities in Florida. | Yes. The initiative aims to increase diversity and inclusivity by digitizing and making available historically significant newspapers reflecting various ethnic, cultural, and linguistic communities in Florida. |
| 246 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The project will produce the first comprehensive, accurate, scholarly, and freely-available edition of all surviving inscribed legislation from classical Rome.  The corpus of Roman laws has been continually enriched through new archaeological work, and new editions have been made as the corpus has expanded.  The last decades have witnessed a remarkable sequence of discoveries.  The current project will nearly double the amount of Latin and Greek text contained in the last major work in the field, produced by an international team of 23 scholars between 1983 and 1996. Mobilizing the resources of the Centre for the Study of Ancient Documents at Oxford University, we plan to produce a new print edition and open-access repository of this important historic material, with introductions, translation, and commentary designed to appeal to students and experts alike.  It will amount to a revolution in the fields of Roman history and Roman law, and all areas of endeavor wherein these matter. | The project will produce the first comprehensive, accurate, scholarly, and freely-available edition of all surviving inscribed legislation from classical Rome.  The corpus of Roman laws has been continually enriched through new archaeological work, and new editions have been made as the corpus has expanded.  The last decades have witnessed a remarkable sequence of discoveries.  The current project will nearly double the amount of Latin and Greek text contained in the last major work in the field, produced by an international team of 23 scholars between 1983 and 1996. Mobilizing the resources of the Centre for the Study of Ancient Documents at Oxford University, we plan to produce a new print edition and open-access repository of this important historic material, with introductions, translation, and commentary designed to appeal to students and experts alike.  It will amount to a revolution in the fields of Roman history and Roman law, and all areas of endeavor wherein these matter. | Yes | The project aims to produce a comprehensive edition of Roman laws, which contributes to understanding Roman history and law. DEI can involve promoting diverse historical and legal perspectives. | Yes. The project aims to produce a comprehensive edition of Roman laws, which contributes to understanding Roman history and law. DEI can involve promoting diverse historical and legal perspectives. |
| 247 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.R2 Studios at the Roy Rosenzweig Center for History and New Media at George Mason University requests funding from the National Endowment for the Humanities to support the production of Season Two of Worlds Turned Upside Down, a narrative documentary podcast series about the history of the American Revolution for a public audience. The series draws on contributions from an international cast of leading experts to explore the conflict through the lives of British Americans, Indigenous nations, enslaved Africans and African Americans, Europeans, and other peoples who experienced it as a transatlantic crisis and imperial civil war. Season Two is entitled "The War of Reconciliation." It covers the period between the outbreak of the War for Independence in April 1775 and the Declaration of Independence in July 1776. Over the course of ten, 45-to-60-minute episodes, we will challenge the public's common assumption that rebelling American colonists intended independence from the war's outset. | R2 Studios at the Roy Rosenzweig Center for History and New Media at George Mason University requests funding from the National Endowment for the Humanities to support the production of Season Two of Worlds Turned Upside Down, a narrative documentary podcast series about the history of the American Revolution for a public audience. The series draws on contributions from an international cast of leading experts to explore the conflict through the lives of British Americans, Indigenous nations, enslaved Africans and African Americans, Europeans, and other peoples who experienced it as a transatlantic crisis and imperial civil war. Season Two is entitled "The War of Reconciliation." It covers the period between the outbreak of the War for Independence in April 1775 and the Declaration of Independence in July 1776. Over the course of ten, 45-to-60-minute episodes, we will challenge the public's common assumption that rebelling American colonists intended independence from the war's outset. | Yes | The podcast series explores the American Revolution through various perspectives, including Indigenous nations, enslaved Africans, and transatlantic communities, highlighting diversity and promoting DEI. | Yes. The podcast series explores the American Revolution through various perspectives, including Indigenous nations, enslaved Africans, and transatlantic communities, highlighting diversity and promoting DEI. |

Ex. 15 US-000062485.xlsx

| | Prompt | Description | | Response |
|---|---|---|---|---|
| 248 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Massachusetts Historical Society requests a grant of $251,000 in outright funds and $20,000 in matching funds, a total of $271,000, for a program of long-term post-doctoral fellowships. To this sum the Society will add $20,000 raised from outside sources and $30,375 either from fundraising or its own funds, a total of $50,375. NEH support will allow the Society to award 18 months of fellowships per year in lengths of between 4-12 months per fellowship. The initiative will complement three other research fellowship programs at the MHS—1) short-term fellowships; 2) regional fellowships (along with the New England Regional Fellowship Consortium); and 3) a two-month Civil War fellowship (along with the Boston Athenaeum). In Spring 2020 the four research fellowship competitions the Society sponsors considered 218 applications and made 59 awards. MHS-NEH Fellows employ their grants at the MHS, where they make use of one of the great research collections for the study of American history. | The Massachusetts Historical Society requests a grant of $251,000 in outright funds and $20,000 in matching funds, a total of $271,000, for a program of long-term post-doctoral fellowships. To this sum the Society will add $20,000 raised from outside sources and $30,375 either from fundraising or its own funds, a total of $50,375. NEH support will allow the Society to award 18 months of fellowships per year in lengths of between 4-12 months per fellowship. The initiative will complement three other research fellowship programs at the MHS—1) short-term fellowships; 2) regional fellowships (along with the New England Regional Fellowship Consortium); and 3) a two-month Civil War fellowship (along with the Boston Athenaeum). In Spring 2020 the four research fellowship competitions the Society sponsors considered 218 applications and made 59 awards. MHS-NEH Fellows employ their grants at the MHS, where they make use of one of the great research collections for the study of American history. | No | This description does not directly mention or address DEI initiatives or considerations. | No. This description does not directly mention or address DEI (Diversity, Equity, and Inclusion) initiatives or considerations. |
| 249 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Mary Oliver: Saved by the Beauty of the World will be a 90-minute documentary film that explores the writing, life, and legacy of American poet, essayist, and teacher Mary Oliver (1935 – 2019).  This cinematic portrait, grounded in Oliver's own words, is a co-production of THIRTEEN/ WNET and Pieshake Pictures and will be broadcast on WNET's esteemed and award-winning series AMERICAN MASTERS. | Mary Oliver: Saved by the Beauty of the World will be a 90-minute documentary film that explores the writing, life, and legacy of American poet, essayist, and teacher Mary Oliver (1935 – 2019).  This cinematic portrait, grounded in Oliver's own words, is a co-production of THIRTEEN/ WNET and Pieshake Pictures and will be broadcast on WNET's esteemed and award-winning series AMERICAN MASTERS. | No | This documentary film about Mary Oliver's life and work does not relate directly to DEI. | No. This documentary film about Mary Oliver's life and work does not relate directly to DEI (Diversity, Equity, and Inclusion). |
| 250 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The University of Wyoming requests $263,900 from the National Endowment for the Humanities over a two-year period to digitize an additional 100,000 pages of Wyoming's microfilmed newspapers for the National Digital Newspaper Project. The Wyoming State Archives holds the most complete collection of master copies of Wyoming newspapers on microfilm. The Wyoming Digital Newspaper project will deliver 100,000 digitized newspaper pages to the Library of Congress as well as all required accompanying digital, textual and microfilm deliverables. | The University of Wyoming requests $263,900 from the National Endowment for the Humanities over a two-year period to digitize an additional 100,000 pages of Wyoming's microfilmed newspapers for the National Digital Newspaper Project. The Wyoming State Archives holds the most complete collection of master copies of Wyoming newspapers on microfilm. The Wyoming Digital Newspaper project will deliver 100,000 digitized newspaper pages to the Library of Congress as well as all required accompanying digital, textual and microfilm deliverables. | No | This request is solely focused on digitization of newspapers and does not mention any initiatives or goals related to diversity, equity, and inclusion (DEI). | No. This request is solely focused on digitization of newspapers and does not mention any initiatives or goals related to diversity, equity, and inclusion (DEI). |
| 251 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In an effort to expand access to the stories of Maine people and places, the Maine State Library (MSL) is seeking funding from the National Endowment for the Humanities National Digital Newspaper Program for the digitization of historical newspapers. This proposal builds upon our previous newspaper digitization projects with a particular focus on titles that will expand the geographic, chronological, linguistic, and political coverage of our digitized news heritage. Over the two-year period described in this application, MSL will deliver all 100,000 digitized newspaper pages and all required digital, metadata, and microfilm deliverables to the Library of Congress for inclusion in Chronicling America. | In an effort to expand access to the stories of Maine people and places, the Maine State Library (MSL) is seeking funding from the National Endowment for the Humanities National Digital Newspaper Program for the digitization of historical newspapers. This proposal builds upon our previous newspaper digitization projects with a particular focus on titles that will expand the geographic, chronological, linguistic, and political coverage of our digitized news heritage. Over the two-year period described in this application, MSL will deliver all 100,000 digitized newspaper pages and all required digital, metadata, and microfilm deliverables to the Library of Congress for inclusion in Chronicling America. | No | This initiative does not directly relate to DEI as it focuses on the digitization of historical newspapers and expanding access to stories. | No. This initiative does not directly relate to DEI as it focuses on the digitization of historical newspapers and expanding access to stories. |
| 252 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Connecticut State Library will digitize 100,000 pages of historic Connecticut newspapers, focusing on political, economic, and social change in Connecticut in the early 19th century, the Polish immigrant community in New Britain, and suburbanization in the greater Hartford region in the 1940s and 1950s. Project staff will follow the Library of Congress's Technical Guidelines for quality review and deliver digital files, metadata, updated MARC records, and duplicates to the Library of Congress for access in Chronicling America. | The Connecticut State Library will digitize 100,000 pages of historic Connecticut newspapers, focusing on political, economic, and social change in Connecticut in the early 19th century, the Polish immigrant community in New Britain, and suburbanization in the greater Hartford region in the 1940s and 1950s. Project staff will follow the Library of Congress's Technical Guidelines for quality review and deliver digital files, metadata, updated MARC records, and duplicates to the Library of Congress for access in Chronicling America. | Yes | The digitization project focuses on capturing historical narratives and communities, which aligns with diversity, equity, and inclusion goals. | Yes. The digitization project focuses on capturing historical narratives and communities, which aligns with diversity, equity, and inclusion goals. |

Ex. 15 US-000062485.xlsx

| # | Prompt | Description | Y/N | Response | Full response |
|---|---|---|---|---|---|
| 253 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This three-year project will transcribe, translate into English, annotate, and publish the complete known corpus of audio recorded narratives of the Upper Inlet Dena'ina (Tanaina) (UID) of southcentral Alaska, primarily by the late Dena'ina elder Shem Pete (c. 1896–1989), a versatile and prolific storyteller. | This three-year project will transcribe, translate into English, annotate, and publish the complete known corpus of audio recorded narratives of the Upper Inlet Dena'ina (Tanaina) (UID) of southcentral Alaska, primarily by the late Dena'ina elder Shem Pete (c. 1896–1989), a versatile and prolific storyteller. | No | This project focuses on language preservation and cultural documentation, rather than directly addressing issues of diversity, equity, and inclusion (DEI). | No. This project focuses on language preservation and cultural documentation, rather than directly addressing issues of diversity, equity, and inclusion (DEI). |
| 254 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The American Academy in Rome requests a grant from the NEH in the amount of $345,000 for partial support of six 11-month post-doctoral fellowships in the humanities over three academic years (2024-25, 2025-26, and 2026-27) and partial support for the costs of the juries convened to evaluate and select winners. The NEH has supported fellowships at the Academy since 1976. These fellowships continue to stand at the heart of the Academy's mission to support innovative scholars, writers, and artists living and working together in a dynamic international community. The Academy fosters cross-disciplinary exchange and enriches American scholarship and culture by attracting scholars of exceptional caliber and giving them the resources to advance their work and create new insights in the humanities. | The American Academy in Rome requests a grant from the NEH in the amount of $345,000 for partial support of six 11-month post-doctoral fellowships in the humanities over three academic years (2024-25, 2025-26, and 2026-27) and partial support for the costs of the juries convened to evaluate and select winners. The NEH has supported fellowships at the Academy since 1976. These fellowships continue to stand at the heart of the Academy's mission to support innovative scholars, writers, and artists living and working together in a dynamic international community. The Academy fosters cross-disciplinary exchange and enriches American scholarship and culture by attracting scholars of exceptional caliber and giving them the resources to advance their work and create new insights in the humanities. | No | This description does not directly relate to DEI as it focuses on the request for grant funding and the Academy's mission to support scholars in the humanities. | No. This description does not directly relate to DEI as it focuses on the request for grant funding and the Academy's mission to support scholars in the humanities. |
| 255 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The scholarly critical edition of the complete works of Giuseppe Verdi www.verdiedition.org makes available to scholars and performers reliable editions of the music of a major historical figure. It includes operas at the core of the repertory, e.g., Rigoletto, Il trovatore, La traviata, Otello, and Falstaff, as well as the Messa da Requiem and other non-operatic works. Eighteen out of a projected thirty-seven titles are now in print, with two more appearing in 2022-2025 and a target completion year of 2050. Entirely based on original sources, the edition produces musical scores freed from inauthentic interventions that have become the standard for performance and recording worldwide. It also presents detailed histories of the works—from composition, to early performance, to broader cultural influence up to the present day. | The scholarly critical edition of the complete works of Giuseppe Verdi www.verdiedition.org makes available to scholars and performers reliable editions of the music of a major historical figure. It includes operas at the core of the repertory, e.g., Rigoletto, Il trovatore, La traviata, Otello, and Falstaff, as well as the Messa da Requiem and other non-operatic works. Eighteen out of a projected thirty-seven titles are now in print, with two more appearing in 2022-2025 and a target completion year of 2050. Entirely based on original sources, the edition produces musical scores freed from inauthentic interventions that have become the standard for performance and recording worldwide. It also presents detailed histories of the works—from composition, to early performance, to broader cultural influence up to the present day. | No | This initiative may contribute to the preservation and study of Verdi's works, but it does not directly relate to DEI. | No. This initiative may contribute to the preservation and study of Verdi's works, but it does not directly relate to DEI (Diversity, Equity, and Inclusion). |
| 256 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Value of Care explores both how we center care as an ethical value and how we value care as a practice. This grant would support the development of an open-access digital resource emerging from an international, interdisciplinary research network and highlighting innovative but underrepresented perspectives.  The project starts from three core principles:  1) a recognition of the inextricability of ecological, social, and cultural care and the importance of examining them within a shared framework  2) valuing these various forms of care entails a recognition of time, effort, and expertise at a variety of scales from the intimate, household and community to the national, regional, and global  3) knowledge production from the global south and underrepresented communities–particularly where people are seen not as autonomous individuals but rather as beings enmeshed in broader webs of care and dependency–often offer more creative and sustainable solutions to the crisis of care. | The Value of Care explores both how we center care as an ethical value and how we value care as a practice. This grant would support the development of an open-access digital resource emerging from an international, interdisciplinary research network and highlighting innovative but underrepresented perspectives.  The project starts from three core principles:  1) a recognition of the inextricability of ecological, social, and cultural care and the importance of examining them within a shared framework  2) valuing these various forms of care entails a recognition of time, effort, and expertise at a variety of scales from the intimate, household and community to the national, regional, and global  3) knowledge production from the global south and underrepresented communities–particularly where people are seen not as autonomous individuals but rather as beings enmeshed in broader webs of care and dependency–often offer more creative and sustainable solutions to the crisis of care. | Yes | This grant supports the development of a resource that values care and highlights underrepresented perspectives, aligning with DEI principles. | Yes. This grant supports the development of a resource that values care and highlights underrepresented perspectives, aligning with DEI principles. |

Ex. 15 US-000062485.xlsx

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will ensure the long-term sustainability of irreplaceable and culturally important wood and charcoal collections at the University of Arizona's Laboratory of Tree-Ring Research. Significant progress has been made towards securing these specimens (from the ancestral sites of the native peoples of the South Western United States and beyond), following transfer from highly unsuitable conditions to a state of the art archive facility. Yet they remain at risk in old, over-packed and overweight boxes, with little or no padding leading to damage from crushing or any movement. Rehousing has been identified as the final, essential step to maintain these collections for future generations. This process builds in contingency planning and mitigation for increasing changes in humidity fluctuations that may not be sufficiently countered by the current HVAC system for even longer term sustainability and accessibility of the collections. | This project will ensure the long-term sustainability of irreplaceable and culturally important wood and charcoal collections at the University of Arizona's Laboratory of Tree-Ring Research. Significant progress has been made towards securing these specimens (from the ancestral sites of the native peoples of the South Western United States and beyond), following transfer from highly unsuitable conditions to a state of the art archive facility. Yet they remain at risk in old, over-packed and overweight boxes, with little or no padding leading to damage from crushing or any movement. Rehousing has been identified as the final, essential step to maintain these collections for future generations. This process builds in contingency planning and mitigation for increasing changes in humidity fluctuations that may not be sufficiently countered by the current HVAC system for even longer term sustainability and accessibility of the collections. | No    This project does not directly relate to DEI as it does not mention diversity, equity, or inclusion. | No. This project does not directly relate to DEI as it does not mention diversity, equity, or inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Recovering the US Hispanic Literary Heritage program (Recovery) at the University of Houston (UH) is applying for an NEH Challenge Grant to improve its digital infrastructure. UH's Recovery plans to create a customized cloud-based digital repository and content management system for their digital assets (from here on referred to as the Repository). The Repository will hold the vast digital archives of manuscripts, correspondence, photographs, books, periodicals and memorabilia collected over thirty years. The Repository will 1) organize, index and preserve digital content and 2) provide multilevel acc-ess to the assets and their metadata for a range of audiences from around the United States and abroad. The Repository will further the preservation of Latino historical materials (1595 to 1980) through the maintenance, modernization and consolidation of all Recovery archival collections. | Recovering the US Hispanic Literary Heritage program (Recovery) at the University of Houston (UH) is applying for an NEH Challenge Grant to improve its digital infrastructure. UH's Recovery plans to create a customized cloud-based digital repository and content management system for their digital assets (from here on referred to as the Repository). The Repository will hold the vast digital archives of manuscripts, correspondence, photographs, books, periodicals and memorabilia collected over thirty years. The Repository will 1) organize, index and preserve digital content and 2) provide multilevel acc-ess to the assets and their metadata for a range of audiences from around the United States and abroad. The Repository will further the preservation of Latino historical materials (1595 to 1980) through the maintenance, modernization and consolidation of all Recovery archival collections. | Yes    The Recovery program aims to preserve Latino historical materials, promoting inclusivity and diversity in literature and cultural heritage. | Yes. The Recovery program aims to preserve Latino historical materials, promoting inclusivity and diversity in literature and cultural heritage. #DEI |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We propose the "Open Education Publishing Institute: Collaborative Knowledge and Social Justice" (OEPI), an advanced digital humanities summer institute that will help DH scholars create OER publications and classroom assignments that build out from the community-based concerns of their students and that consciously foreground diverse perspectives. | We propose the "Open Education Publishing Institute: Collaborative Knowledge and Social Justice" (OEPI), an advanced digital humanities summer institute that will help DH scholars create OER publications and classroom assignments that build out from the community-based concerns of their students and that consciously foreground diverse perspectives. | Yes    The proposed initiative focuses on creating open educational resources that incorporate diverse perspectives, which relates to DEI. | Yes. The proposed initiative focuses on creating open educational resources that incorporate diverse perspectives, which relates to DEI. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The following is a proposal for the Manuscript Preparation category of the NEH's Collaborative Research funding opportunity. We propose to use recently developed techniques of non-destructive sampling to extract and analyze the DNA found in parchment manor court rolls and probate itineraries from three partner institutions: the Norfolk Record Office, the Harvard University Law Library, and the Folger Shakespeare Library. | The following is a proposal for the Manuscript Preparation category of the NEH's Collaborative Research funding opportunity. We propose to use recently developed techniques of non-destructive sampling to extract and analyze the DNA found in parchment manor court rolls and probate itineraries from three partner institutions: the Norfolk Record Office, the Harvard University Law Library, and the Folger Shakespeare Library. | No    This proposal does not explicitly mention or involve any aspects related to diversity, equity, and inclusion (DEI). | No. This proposal does not explicitly mention or involve any aspects related to diversity, equity, and inclusion (DEI). |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Traces of polychromy that remain on the sculptures of the west facade of Notre Dame reveal that paint was applied in many layers, perhaps over centuries. Because the chemical composition of polychromy was consistent from Antiquity to the 18th century, it has been difficult to determine the dates of the layers and, thus, to establish the original or subsequent colors of the sculptures. Some upper layers suggest repainting, while others seem related to methods for preparing the stone surface and modeling the sculptures using areas of highlight and shadow. We will develop a 3D model showing layers of paint on the exterior sculptures of Notre-Dame. Data on the stones and paint layers (stone type, chemical composition of paint, and data from historical archives) will be associated with a 3D digitally painted model made using laser T-scanner and photogrammetry (AgiSoft Metashape).

Traces of polychromy that remain on the sculptures of the west facade of Notre Dame reveal that paint was applied in many layers, perhaps over centuries. Because the chemical composition of polychromy was consistent from Antiquity to the 18th century, it has been difficult to determine the dates of the layers and, thus, to establish the original or subsequent colors of the sculptures. Some upper layers suggest repainting, while others seem related to methods for preparing the stone surface and modeling the sculptures using areas of highlight and shadow. We will develop a 3D model showing layers of paint on the exterior sculptures of Notre-Dame. Data on the stones and paint layers (stone type, chemical composition of paint, and data from historical archives) will be associated with a 3D digitally painted model made using laser T-scanner and photogrammetry (AgiSoft Metashape).

No — This description does not relate to DEI. It focuses on the technical process and historical analysis of paint layers on sculptures.

No. This description does not relate to DEI. It focuses on the technical process and historical analysis of paint layers on sculptures.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Digital health humanities (DHH) leverages digital methods to critically analyze archival health sciences materials for humanistic research. The Advancing DHH Institute, hosted by UCSF, investigates how and where cross-disciplinary expertise and data analysis methods can advance understanding of the effects of illness and disease on patients, health professionals, and the social worlds in which they live and work. Through workshops and seminars working with "archives as data" materials, researchers develop familiarity with critical DHH methods and issues. The institute nurtures research on the human experience of health and illness and develops insights into how social, cultural, historical, and other factors impact individual and public health. Programming brings together researchers across domains, from data science to humanistic social science, and history of medicine, to identify common strengths and potential translations from distinctive methods as applied to humanistic research.

Digital health humanities (DHH) leverages digital methods to critically analyze archival health sciences materials for humanistic research. The Advancing DHH Institute, hosted by UCSF, investigates how and where cross-disciplinary expertise and data analysis methods can advance understanding of the effects of illness and disease on patients, health professionals, and the social worlds in which they live and work. Through workshops and seminars working with "archives as data" materials, researchers develop familiarity with critical DHH methods and issues. The institute nurtures research on the human experience of health and illness and develops insights into how social, cultural, historical, and other factors impact individual and public health. Programming brings together researchers across domains, from data science to humanistic social science, and history of medicine, to identify common strengths and potential translations from distinctive methods as applied to humanistic research.

Yes — The Advancing DHH Institute explores how cross-disciplinary expertise and data analysis methods can advance understanding of the effects of illness and disease on patients, health professionals, and society. This aligns with the ideals of diversity, equity, and inclusion (DEI) by examining the impact of social, cultural, and historical factors on individual and public health.

Yes. The Advancing DHH Institute explores how cross-disciplinary expertise and data analysis methods can advance understanding of the effects of illness and disease on patients, health professionals, and society. This aligns with the ideals of diversity, equity, and inclusion (DEI) by examining the impact of social, cultural, and historical factors on individual and public health.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Antefixa Project seeks funding for a Scholarly Digital Project that will document and explain the contributions of a diverse artistic community in the Italic peninsula between ca. 500 and 75 BCE. This period saw the emergence of Rome as a violent force, which appropriated artisanal and religious practices through conquest. Specialized artisanal knowledge and contribution was lost in this process. Our project applies humanistic, digital, computational and scientific methods to the archaeological remains of sacred sculpture to recover this world of work. Our team is composed of an art historian/archaeologist, a material scientist, a computational imaging specialist, an anthropologist, consultants and collaborators. This application is for the first phase of an expandable project, which lends itself to a digital publication; dissemination will be through a website that visualizes geo-spatial and temporal data and presents a library of object types and interpretive essays.

The Antefixa Project seeks funding for a Scholarly Digital Project that will document and explain the contributions of a diverse artistic community in the Italic peninsula between ca. 500 and 75 BCE. This period saw the emergence of Rome as a violent force, which appropriated artisanal and religious practices through conquest. Specialized artisanal knowledge and contribution was lost in this process. Our project applies humanistic, digital, computational and scientific methods to the archaeological remains of sacred sculpture to recover this world of work. Our team is composed of an art historian/archaeologist, a material scientist, a computational imaging specialist, an anthropologist, consultants and collaborators. This application is for the first phase of an expandable project, which lends itself to a digital publication; dissemination will be through a website that visualizes geo-spatial and temporal data and presents a library of object types and interpretive essays.

No — The Antefixa Project focuses on documenting and explaining the contributions of an artistic community, which is separate from the focus of diversity, equity, and inclusion (DEI) initiatives.

No. The Antefixa Project focuses on documenting and explaining the contributions of an artistic community, which is separate from the focus of diversity, equity, and inclusion (DEI) initiatives.

Ex. 15 US-000062485.xlsx

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will create and publicize an open-access digital archive and website, Building Community, Fighting Exclusion. The site will not only be a Black digital archive of oral histories, but will analyze, for the first time, how Afro-Latinx communities were affected by housing and school segregation, Jim Crow laws, intra-ethnic racism and post-civil rights racial politics through the lens of the lives of Black Cubans. In doing so, it will re-narrate the story of Cuban immigration after the 1959 Cuban Revolution and make several key contributions to the humanities, Black studies, Afro-Latinx studies, migration studies and Cuban studies. The website will provide an essential historical resource not only for researchers, but for K-12 and college instructors through videos, maps and family histories that analyze and tell the stories of housing, education, segregation and political behavior among Afro-Latinx communities in the south during the 1960s and 70s. | This project will create and publicize an open-access digital archive and website, Building Community, Fighting Exclusion. The site will not only be a Black digital archive of oral histories, but will analyze, for the first time, how Afro-Latinx communities were affected by housing and school segregation, Jim Crow laws, intra-ethnic racism and post-civil rights racial politics through the lens of the lives of Black Cubans. In doing so, it will re-narrate the story of Cuban immigration after the 1959 Cuban Revolution and make several key contributions to the humanities, Black studies, Afro-Latinx studies, migration studies and Cuban studies. The website will provide an essential historical resource not only for researchers, but for K-12 and college instructors through videos, maps and family histories that analyze and tell the stories of housing, education, segregation and political behavior among Afro-Latinx communities in the south during the 1960s and 70s. | Yes | This project contributes to DEI by examining the experiences of Afro-Latinx communities and their struggles with segregation and discrimination. | Yes. This project contributes to DEI by examining the experiences of Afro-Latinx communities and their struggles with segregation and discrimination. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We propose a large-scale collaborative project to rewrite the histories, narratives, and memories of and by Jews in the Middle East in the 19th-21st centuries. Drawing on original primary sources in numerous languages, diverse interdisciplinary approaches, and creative synthesis of the recent scholarship, we reframe Jews at the center of the modern Middle East and globe rather than on its margins. By analyzing, historicizing, and contextualizing the multifaceted processes of minoritization and sectarianization that took place in different contexts (imperial, colonial, national) beginning in the mid-19th century, we examine the overlapping ways that Jews were both incorporated into and excluded from Middle Eastern polities and societies. These varying trajectories across the region impacted the changing and ongoing political salience of remembering and erasing Jewish presence in the Middle East. We will publish a journal special issue, a multi-authored book, and a robust, dynamic website. | We propose a large-scale collaborative project to rewrite the histories, narratives, and memories of and by Jews in the Middle East in the 19th-21st centuries. Drawing on original primary sources in numerous languages, diverse interdisciplinary approaches, and creative synthesis of the recent scholarship, we reframe Jews at the center of the modern Middle East and globe rather than on its margins. By analyzing, historicizing, and contextualizing the multifaceted processes of minoritization and sectarianization that took place in different contexts (imperial, colonial, national) beginning in the mid-19th century, we examine the overlapping ways that Jews were both incorporated into and excluded from Middle Eastern polities and societies. These varying trajectories across the region impacted the changing and ongoing political salience of remembering and erasing Jewish presence in the Middle East. We will publish a journal special issue, a multi-authored book, and a robust, dynamic website. | Yes | The proposed project examines the history and experiences of Jews in the Middle East, exploring their inclusion and exclusion from societies, impacting the salience of remembering their presence. | Yes. The proposed project examines the history and experiences of Jews in the Middle East, exploring their inclusion and exclusion from societies, impacting the salience of remembering their presence. #DEI |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.<em>Shakespeare's Theaterscape: London Playhouse Districts (1576–1642) </em>is a scholarly digital project that couples theater history scholarship with GIS technology to better understand the place of particular playhouses within their urban contexts. This collaborative project by an international team of scholars centers on digital cartographic reconstructions of four discrete theatrical and entertainment districts in early modern London. A fully open-access website will feature these interactive maps, a collection of edited source materials on which the maps are based, and a series of interpretive essays exploring the implications of the research. The first phase of the project will be completed in September 2026. | <em>Shakespeare's Theaterscape: London Playhouse Districts (1576–1642) </em>is a scholarly digital project that couples theater history scholarship with GIS technology to better understand the place of particular playhouses within their urban contexts. This collaborative project by an international team of scholars centers on digital cartographic reconstructions of four discrete theatrical and entertainment districts in early modern London. A fully open-access website will feature these interactive maps, a collection of edited source materials on which the maps are based, and a series of interpretive essays exploring the implications of the research. The first phase of the project will be completed in September 2026. | Yes | This project explores the historical context and urban geography of early modern London theaters, which can contribute to understanding diversity and inclusivity in theater during this period. | Yes. This project explores the historical context and urban geography of early modern London theaters, which can contribute to understanding diversity and inclusivity in theater during this period. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Deep Maps and Community Histories: Advancing Transdisciplinary and Public-Facing Scholarship in the Spatial Humanities Institute is a 16-month hybrid virtual and in-person institute bringing together public historians and experts in the field of Digital Humanities. The Institute will provide advanced training to researchers interested in advanced digital geospatial and augmented mobile approaches to publicly-engaged storytelling about the past. The project will culminate in the release of publicly web-accessible digital deep-map prototypes created by institute Fellows that further their active research programs, showcasing the ways deep maps enhance our ability to explore community history and heritage. | The Deep Maps and Community Histories: Advancing Transdisciplinary and Public-Facing Scholarship in the Spatial Humanities Institute is a 16-month hybrid virtual and in-person institute bringing together public historians and experts in the field of Digital Humanities. The Institute will provide advanced training to researchers interested in advanced digital geospatial and augmented mobile approaches to publicly-engaged storytelling about the past. The project will culminate in the release of publicly web-accessible digital deep-map prototypes created by institute Fellows that further their active research programs, showcasing the ways deep maps enhance our ability to explore community history and heritage. | Yes | The initiative brings together experts in Digital Humanities to advance publicly-engaged storytelling about the past using digital geospatial and augmented mobile approaches. | Yes. The initiative brings together experts in Digital Humanities to advance publicly-engaged storytelling about the past using digital geospatial and augmented mobile approaches. |

Ex. 15 US-000062485.xlsx

| | | | |
|---|---|---|---|
| 268 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In the Manuscript Preparation category, From the Cataract House to Canada highlights the activism of African American hotel workers who operated Niagara's busiest Underground Railroad station. This project is a synthesis of archaeological and archival research, enhanced by an ambitious public information program. Results of excavations begun in 2017 will be integrated with new research identifying and exploring the experiences of an ever-changing staff of seasonal employees. Applying advances in borderland theory with an emphasis on Black agency, the team will examine how the hotel's employees collaborated with African-descended people on both sides of the US-Canadian boundary to ensure safe passage for uncounted numbers of freedom seekers. Products will include an accessibly written, richly illustrated volume, complemented by a web-based StoryMap, QR-coded interpretive materials linked to the Cataract's location, and a social media campaign inviting descendant participation. | In the Manuscript Preparation category, From the Cataract House to Canada highlights the activism of African American hotel workers who operated Niagara's busiest Underground Railroad station. This project is a synthesis of archaeological and archival research, enhanced by an ambitious public information program. Results of excavations begun in 2017 will be integrated with new research identifying and exploring the experiences of an ever-changing staff of seasonal employees. Applying advances in borderland theory with an emphasis on Black agency, the team will examine how the hotel's employees collaborated with African-descended people on both sides of the US-Canadian boundary to ensure safe passage for uncounted numbers of freedom seekers. Products will include an accessibly written, richly illustrated volume, complemented by a web-based StoryMap, QR-coded interpretive materials linked to the Cataract's location, and a social media campaign inviting descendant participation. | No    The description does not explicitly mention DEI or address issues related to underrepresented groups. | No. The description does not explicitly mention DEI (Diversity, Equity, and Inclusion) or address issues related to underrepresented groups. |
| 269 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The comprehensive volume entitled, The Str. 10L-16 Sequence: The Architectural Development of the Core of the Early Copan Acropolis, details the evolution of a Classic Maya capital that dominated the SE Maya area for 400 years (426-822 CE). This two-part volume presents the Structure 10L-16 architectural sequence in its entirety, with Part A focusing on the earliest levels excavated by the University of Pennsylvania Museum and Part B concentrating on the later levels excavated by the Asociación Copán. The proposed project will support the intensive collaboration needed to produce a cohesive study of the architecture, iconography, and hieroglyphic inscriptions that formed a narrative of royal power and legitimacy throughout Copan's history. The manuscript, to be delivered in 2024, presents an intensively researched case study of the development, maintenance, and eventual dissolution of an ancient political capital that will inform analyses of archaic states in the Maya area and beyond. | The comprehensive volume entitled, The Str. 10L-16 Sequence: The Architectural Development of the Core of the Early Copan Acropolis, details the evolution of a Classic Maya capital that dominated the SE Maya area for 400 years (426-822 CE). This two-part volume presents the Structure 10L-16 architectural sequence in its entirety, with Part A focusing on the earliest levels excavated by the University of Pennsylvania Museum and Part B concentrating on the later levels excavated by the Asociación Copán. The proposed project will support the intensive collaboration needed to produce a cohesive study of the architecture, iconography, and hieroglyphic inscriptions that formed a narrative of royal power and legitimacy throughout Copan's history. The manuscript, to be delivered in 2024, presents an intensively researched case study of the development, maintenance, and eventual dissolution of an ancient political capital that will inform analyses of archaic states in the Maya area and beyond. | No    This description does not relate to DEI. It focuses on the architectural development of an ancient Maya capital. | No. This description does not relate to DEI. It focuses on the architectural development of an ancient Maya capital. |
| 270 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We are applying for an NEH Collaborative Research Grant (digital scholarly project) to develop an interactive map and searchable web-based database revealing the widespread phenomenon of parish churches shared by multiple denominations or congregations in early modern Europe. Between 1500 and 1800, sharing any devotional, ritual, and sacred spaces added complexities to social, political, and economic relationships in Europe and beyond and heralded the rise of mutually exclusive, denominational religious groups. This research project investigates the local spatial arrangements made for sharing sacred spaces in select shared parish churches in central Europe to draw broader conclusions about the abilities and limitations of the human capacity to accommodate religious differences. The Shared Churches Project shows how diverse understandings of holiness could—and could not—coexist under a single roof and how that space functioned to unify and separate diverse faith groups. | We are applying for an NEH Collaborative Research Grant (digital scholarly project) to develop an interactive map and searchable web-based database revealing the widespread phenomenon of parish churches shared by multiple denominations or congregations in early modern Europe. Between 1500 and 1800, sharing any devotional, ritual, and sacred spaces added complexities to social, political, and economic relationships in Europe and beyond and heralded the rise of mutually exclusive, denominational religious groups. This research project investigates the local spatial arrangements made for sharing sacred spaces in select shared parish churches in central Europe to draw broader conclusions about the abilities and limitations of the human capacity to accommodate religious differences. The Shared Churches Project shows how diverse understandings of holiness could—and could not—coexist under a single roof and how that space functioned to unify and separate diverse faith groups. | No    This description does not directly relate to diversity, equity, and inclusion (DEI) as it focuses on historical research and the exploration of shared parish churches in early modern Europe. | No. This description does not directly relate to diversity, equity, and inclusion (DEI) as it focuses on historical research and the exploration of shared parish churches in early modern Europe. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We are applying for Manuscript Preparation funding from the National Endowment for the Humanities' Collaborative Research program for a mixed-methods study of psychology and emotion in Latin texts over two millennia. Leveraging the interdisciplinary backgrounds of our project team, which span classical philology, history of emotions, psychology, anthropology, data science, and natural language processing, we will explore key questions concerning the construction and operation of emotions in historical texts and how they reflect the psychological evolution of individuals and societies. Central to these efforts will be the creation of high-quality infrastructure and tools, including large diachronic Latin corpora, datasets profiling the semantics of emotions, and reproducible computational pipelines. Our work will be described in a coherent series of peer-reviewed articles targeted to a diverse range of audiences, all of which will be submitted by the end of the grant period in 2026.

We are applying for Manuscript Preparation funding from the National Endowment for the Humanities' Collaborative Research program for a mixed-methods study of psychology and emotion in Latin texts over two millennia. Leveraging the interdisciplinary backgrounds of our project team, which span classical philology, history of emotions, psychology, anthropology, data science, and natural language processing, we will explore key questions concerning the construction and operation of emotions in historical texts and how they reflect the psychological evolution of individuals and societies. Central to these efforts will be the creation of high-quality infrastructure and tools, including large diachronic Latin corpora, datasets profiling the semantics of emotions, and reproducible computational pipelines. Our work will be described in a coherent series of peer-reviewed articles targeted to a diverse range of audiences, all of which will be submitted by the end of the grant period in 2026.

No    This project does not explicitly mention any goals or efforts to promote diversity, equity, and inclusion (DEI).

No. This project does not explicitly mention any goals or efforts to promote diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Columbia's History Lab has developed new open-source tools and workflows to meet the challenge of archiving, aggregating, and exploring large collections of digitized and born digital records. We propose to leverage our experience to offer training to archivists and historians, encourage dialogue between them, identify common concerns, and work toward innovative solutions in processing and making text data accessible for digital humanities research. The Institute would consist of in-person summer workshops, featuring morning classes with hands-on training, with about twenty people in each cohort. During lunches all participants would come together while experts Zoom in to present a range of perspectives on the digital turn. Conversations would continue with discussion seminars based on shared readings. The Institute would conclude with a two-day in-person conference in January 2025, featuring panel discussions and keynote talks, to showcase innovative projects by workshop participants.

Columbia's History Lab has developed new open-source tools and workflows to meet the challenge of archiving, aggregating, and exploring large collections of digitized and born digital records. We propose to leverage our experience to offer training to archivists and historians, encourage dialogue between them, identify common concerns, and work toward innovative solutions in processing and making text data accessible for digital humanities research. The Institute would consist of in-person summer workshops, featuring morning classes with hands-on training, with about twenty people in each cohort. During lunches all participants would come together while experts Zoom in to present a range of perspectives on the digital turn. Conversations would continue with discussion seminars based on shared readings. The Institute would conclude with a two-day in-person conference in January 2025, featuring panel discussions and keynote talks, to showcase innovative projects by workshop participants.

Yes    Columbia's History Lab proposes to offer training and encourage dialogue between archivists and historians in order to work towards innovative solutions in processing and making text data accessible for digital humanities research, which relates to diversity, equity, and inclusion (DEI) efforts.

Yes. Columbia's History Lab proposes to offer training and encourage dialogue between archivists and historians in order to work towards innovative solutions in processing and making text data accessible for digital humanities research, which relates to diversity, equity, and inclusion (DEI) efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Senegal Liberations Project (SLP) is a public-facing digital humanities project that will make accessible and provide an interpretive framework for an underused but rich set of primary documents-the Registers of Slave Liberation in Colonial Senegal. In doing so, SLP promises to generate new perspectives on the pathways out of slavery and to contributes to more expansive, global histories of freedom and unfreedom in the modern age.

The Senegal Liberations Project (SLP) is a public-facing digital humanities project that will make accessible and provide an interpretive framework for an underused but rich set of primary documents-the Registers of Slave Liberation in Colonial Senegal. In doing so, SLP promises to generate new perspectives on the pathways out of slavery and to contributes to more expansive, global histories of freedom and unfreedom in the modern age.

No    While the project documents freedom from slavery, it does not mention diversity, equity, and inclusion (DEI) explicitly.

No. While the project documents freedom from slavery, it does not mention diversity, equity, and inclusion (DEI) explicitly.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Ruben Dario: Critical Editions Project brings together a group of U.S.- and international-based scholars to produce four volumes of critical and annotated scholarly editions in Spanish of journalistic works by the Hispanic world's preeminent modern poet and intellectual, Nicaraguan writer Ruben Dario (1867-1916). Reconsidering Dario's often overlooked and incompletely edited texts today will result in a more complete understanding of the transformation of the balance of geopolitical power in the Western hemisphere at the turn of the twentieth century from the perspective of the most important post-independence Latin American writer, who acted as an interpreter of those changes for the entire Spanish-speaking world. Furthermore, it will help recognize and preserve the cultural heritage of the Latino/a community in the U.S. and better grasp how Latinamericanism, underwriting Latino/a identity, acted as a cohesive force for Spanish-language literary publishing across the U.S.

The Ruben Dario: Critical Editions Project brings together a group of U.S.- and international-based scholars to produce four volumes of critical and annotated scholarly editions in Spanish of journalistic works by the Hispanic world's preeminent modern poet and intellectual, Nicaraguan writer Ruben Dario (1867-1916). Reconsidering Dario's often overlooked and incompletely edited texts today will result in a more complete understanding of the transformation of the balance of geopolitical power in the Western hemisphere at the turn of the twentieth century from the perspective of the most important post-independence Latin American writer, who acted as an interpreter of those changes for the entire Spanish-speaking world. Furthermore, it will help recognize and preserve the cultural heritage of the Latino/a community in the U.S. and better grasp how Latinamericanism, underwriting Latino/a identity, acted as a cohesive force for Spanish-language literary publishing across the U.S.

No    This project focuses on producing critical editions of Ruben Dario's works, which does not directly relate to DEI or address issues of diversity, equity, and inclusion.

No. This project focuses on producing critical editions of Ruben Dario's works, which does not directly relate to DEI or address issues of diversity, equity, and inclusion.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We seek NEH funding to develop an expansive and scholarly, public-facing website, in order to build new structures of knowledge and raise public awareness about Istanbul and its constituent Orthodox Christian communities in the 19th and 20th centuries. Drawing on but also bridging fragmented secondary scholarship of the last generation (in Greek, Turkish, French, as well as English), we are using a wide array of archival sources to carry out a systematic and comprehensive, granular reconstruction of the demography and topography of the Greek Orthodox communities of late Ottoman Istanbul (1821-1923). In doing so, we will be collaborating to produce articles, podcast interviews and ongoing blog posts, ArcGIS storymaps, relational databases and virtual as well as in-person exhibitions that grow out of the website, to write that group back into the history of the Ottoman Empire and modern Turkey, modern Greece and into the comparative study of urban spaces in this region.

We seek NEH funding to develop an expansive and scholarly, public-facing website, in order to build new structures of knowledge and raise public awareness about Istanbul and its constituent Orthodox Christian communities in the 19th and 20th centuries. Drawing on but also bridging fragmented secondary scholarship of the last generation (in Greek, Turkish, French, as well as English), we are using a wide array of archival sources to carry out a systematic and comprehensive, granular reconstruction of the demography and topography of the Greek Orthodox communities of late Ottoman Istanbul (1821-1923). In doing so, we will be collaborating to produce articles, podcast interviews and ongoing blog posts, ArcGIS storymaps, relational databases and virtual as well as in-person exhibitions that grow out of the website, to write that group back into the history of the Ottoman Empire and modern Turkey, modern Greece and into the comparative study of urban spaces in this region.

No — The initiative focuses on historical research and knowledge dissemination rather than directly addressing diversity, equity, and inclusion (DEI) concerns.

No. The initiative focuses on historical research and knowledge dissemination rather than directly addressing diversity, equity, and inclusion (DEI) concerns.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The summer institute is a transformative initiative designed to cultivate the next generation of experts in digital humanities, focusing on cultural heritage recovery through advanced imaging technologies. Participants are immersed in an intensive week-long comprehensive curriculum that includes multispectral imaging, 3D modeling, and image processing, aimed at equipping them with the skills to uncover and preserve overlooked historical documents. Beyond the intensive week, the program offers ongoing support for digital imaging projects, culminating in a collected edition to showcase their innovative work. This endeavor underscores the Institute's dedication to integrating these pivotal technologies into archives and institutions, ensuring the meticulous preservation and appreciation of cultural heritage.

The summer institute is a transformative initiative designed to cultivate the next generation of experts in digital humanities, focusing on cultural heritage recovery through advanced imaging technologies. Participants are immersed in an intensive week-long comprehensive curriculum that includes multispectral imaging, 3D modeling, and image processing, aimed at equipping them with the skills to uncover and preserve overlooked historical documents. Beyond the intensive week, the program offers ongoing support for digital imaging projects, culminating in a collected edition to showcase their innovative work. This endeavor underscores the Institute's dedication to integrating these pivotal technologies into archives and institutions, ensuring the meticulous preservation and appreciation of cultural heritage.

No — The description does not mention diversity, equity, or inclusion. It focuses solely on digital humanities and cultural heritage recovery.

No. The description does not mention diversity, equity, or inclusion. It focuses solely on digital humanities and cultural heritage recovery.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Columbia's History Lab has developed new open-source tools and workflows to meet the challenge of archiving, aggregating, and exploring large collections of digitized and born digital records. We propose to leverage our experience to offer training to archivists and historians, encourage dialogue between them, identify common concerns, and work toward innovative solutions in processing and making text data accessible for digital humanities research. The Institute would consist of in-person summer workshops, featuring morning classes with hands-on training, with about twenty people in each cohort. During lunches all participants would come together while experts present--either in person or via Zoom -- a range of perspectives on the digital turn. Conversations would continue with discussion seminars based on shared readings followed by afternoon lab sessions.

Columbia's History Lab has developed new open-source tools and workflows to meet the challenge of archiving, aggregating, and exploring large collections of digitized and born digital records. We propose to leverage our experience to offer training to archivists and historians, encourage dialogue between them, identify common concerns, and work toward innovative solutions in processing and making text data accessible for digital humanities research. The Institute would consist of in-person summer workshops, featuring morning classes with hands-on training, with about twenty people in each cohort. During lunches all participants would come together while experts present--either in person or via Zoom -- a range of perspectives on the digital turn. Conversations would continue with discussion seminars based on shared readings followed by afternoon lab sessions.

Yes — Columbia's initiative aims to provide training, encourage dialogue, and work towards innovative solutions, promoting diversity, equity, and inclusion in the field of digital humanities research.

Yes. Columbia's initiative aims to provide training, encourage dialogue, and work towards innovative solutions, promoting diversity, equity, and inclusion in the field of digital humanities research.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project is submitted to the Scholarly Digital Projects category. It offers new perspectives on the early Cold War era by studying interactions between China and India. Our work pivots around the analysis and digitization of China-related materials from the recently declassified papers of Jawaharlal Nehru (1889-1964), India's first Prime Minister. These documents reorient existing narratives of the Cold War by illuminating China-India as a critical nexus which foregrounds an intra-Asian perspective in global histories of the 1950s. Studies of China-India exchange have largely focused on International Relations. In contrast, employing diverse disciplinary perspectives we will develop a digital archive and a peer reviewed open-access edited volume that will provide new understandings of issues that hold historical and contemporary significance, including scientific development, food security, gender and social equity, and popular culture.

This project is submitted to the Scholarly Digital Projects category. It offers new perspectives on the early Cold War era by studying interactions between China and India. Our work pivots around the analysis and digitization of China-related materials from the recently declassified papers of Jawaharlal Nehru (1889-1964), India's first Prime Minister. These documents reorient existing narratives of the Cold War by illuminating China-India as a critical nexus which foregrounds an intra-Asian perspective in global histories of the 1950s. Studies of China-India exchange have largely focused on International Relations. In contrast, employing diverse disciplinary perspectives we will develop a digital archive and a peer reviewed open-access edited volume that will provide new understandings of issues that hold historical and contemporary significance, including scientific development, food security, gender and social equity, and popular culture.

Yes — This project aims to provide new perspectives on the early Cold War era and examine China-India interactions, which aligns with the principles of diversity, equity, and inclusion by highlighting an intra-Asian perspective and addressing various historical and contemporary issues.

Yes. This project aims to provide new perspectives on the early Cold War era and examine China-India interactions, which aligns with the principles of diversity, equity, and inclusion by highlighting an intra-Asian perspective and addressing various historical and contemporary issues.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The nationally syndicated radio program and podcast Philosophy Talk will produce a sixteen-episode series that celebrates the unsung heroines of philosophy. "Wise Women: A Philosophy Talk Series on Female Philosophers Through the Ages" will be divided into two seasons; the first season focuses on historical figures from antiquity to the 19th century, the second on contemporary figures who lived during the twentieth century. The series will be broadcast as part of our regular weekly radio program and will be available online as a podcast. Each episode focuses on a different philosopher and features a different guest scholar in conversation with the program's hosts. While our listeners will have heard of some of the philosophers we will focus on, many names will be unfamiliar; but this is part of the story we want to tell with this series. It will be an opportunity to bring public attention to these women's often overlooked and underrated contributions to philosophy and beyond.

The nationally syndicated radio program and podcast Philosophy Talk will produce a sixteen-episode series that celebrates the unsung heroines of philosophy. "Wise Women: A Philosophy Talk Series on Female Philosophers Through the Ages" will be divided into two seasons; the first season focuses on historical figures from antiquity to the 19th century, the second on contemporary figures who lived during the twentieth century. The series will be broadcast as part of our regular weekly radio program and will be available online as a podcast. Each episode focuses on a different philosopher and features a different guest scholar in conversation with the program's hosts. While our listeners will have heard of some of the philosophers we will focus on, many names will be unfamiliar; but this is part of the story we want to tell with this series. It will be an opportunity to bring public attention to these women's often overlooked and underrated contributions to philosophy and beyond.

No    The description of the radio program and podcast series does not directly relate to DEI as it focuses on celebrating female philosophers, but does not specifically address issues of diversity, equity, and inclusion.

No. The description of the radio program and podcast series does not directly relate to DEI as it focuses on celebrating female philosophers, but does not specifically address issues of diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Many humanists have not had the opportunity, or have faced barriers, to receiving instruction in higher mathematics, particularly topics that provide a conceptual foundation for understanding the assumptions made in common DH methods. Mathematical Humanists will iteratively conduct a series of four workshops to guide a total of 48 synchronous participants (and an unlimited number of asynchronous participants) through fundamental mathematical concepts underpinning common DH methods, including statistics, network analysis, and text mining and analysis. The proposed workshops introduce participants to mathematical notation, theories, and application using a learner-centered, case-study approach, contextualizing each lesson with real humanities data and questions. We will seek a diverse cohort of participants doing DH research, instruction, and/or related scholarship who wish to learn about the mathematics behind common DH methods and who have not had access to this training before.

Many humanists have not had the opportunity, or have faced barriers, to receiving instruction in higher mathematics, particularly topics that provide a conceptual foundation for understanding the assumptions made in common DH methods. Mathematical Humanists will iteratively conduct a series of four workshops to guide a total of 48 synchronous participants (and an unlimited number of asynchronous participants) through fundamental mathematical concepts underpinning common DH methods, including statistics, network analysis, and text mining and analysis. The proposed workshops introduce participants to mathematical notation, theories, and application using a learner-centered, case-study approach, contextualizing each lesson with real humanities data and questions. We will seek a diverse cohort of participants doing DH research, instruction, and/or related scholarship who wish to learn about the mathematics behind common DH methods and who have not had access to this training before.

Yes    This initiative aims to address barriers and provide instruction in higher mathematics to a diverse cohort, promoting access and inclusion in DH methods.

Yes. This initiative aims to address barriers and provide instruction in higher mathematics to a diverse cohort, promoting access and inclusion in DH methods.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Digital data increasingly inform how communities understand the present and past. To make these understandings more democratic and accountable, the scholarly community needs to make data, and the skills and knowledge to make sense of data, more broadly accessible. Networking Archaeological Data and Communities builds on our achievements in archaeological data publishing and data literacy instruction by providing professional development for archaeologists who represent and serve diverse communities. In virtual meetings and in-person workshops, participants will bridge theoretical and practical aspects of data. They will develop ethically appropriate data management plans, prepare data for publication, begin developing public-facing digital projects or pedagogical resources, and contribute to an open access Data Literacy for Archaeologists Practice Guide. Thus, this institute will catalyze collaborative outcomes and those driven by the needs of individual participants.

Digital data increasingly inform how communities understand the present and past. To make these understandings more democratic and accountable, the scholarly community needs to make data, and the skills and knowledge to make sense of data, more broadly accessible. Networking Archaeological Data and Communities builds on our achievements in archaeological data publishing and data literacy instruction by providing professional development for archaeologists who represent and serve diverse communities. In virtual meetings and in-person workshops, participants will bridge theoretical and practical aspects of data. They will develop ethically appropriate data management plans, prepare data for publication, begin developing public-facing digital projects or pedagogical resources, and contribute to an open access Data Literacy for Archaeologists Practice Guide. Thus, this institute will catalyze collaborative outcomes and those driven by the needs of individual participants.

Yes    This initiative aims to make data and data skills more accessible, contributing to a more democratic and accountable understanding of the present and past.

Yes. This initiative aims to make data and data skills more accessible, contributing to a more democratic and accountable understanding of the present and past. #DEI

**282**

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.(Edited by staff) This project proposes comprehensive documentation of seven Munda languages – Gorum, Gta',  Juang, Kharia, Mundari, Remo, and Santali – spoken in northeast India and Bangladesh. Munda languages constitute the westernmost, and typologically most divergent, subgroup of the Austroasiatic language family.  There are at least twelve Munda languages, spoken in the area of northern India and Bangladesh, ranging in speaker population from those with a few million speakers (Santali) to those with under 10,000 (most languages of southern Odisha).  The structures of Munda languages make them very distinct from their sister languages spoken in Mainland Southeast Asia. Contemporary researchers of the Munda language family acknowledge that we have an incomplete picture of even the basic analytic units of the prosodic and phonological systems of even some of the best documented Munda languages. Even today, the quality of the data available to base generalizations upon is lacking for most Munda languages. Besides providing a fundamental and systematic documentation of these seriously endangered languages, we will use the data we gather to advance typological and historical research on the Munda and Austroasiatic language families. We will develop the Munda Virtual Archive, which will offer access to comparative linguistic data on the seven targeted languages. Data would be archived at the Repository and Workspace for Austroasiatic Indigenous Heritage (RWAAI) at the University of Lund, Sweden.

(Edited by staff) This project proposes comprehensive documentation of seven Munda languages – Gorum, Gta', Juang, Kharia, Mundari, Remo, and Santali – spoken in northeast India and Bangladesh. Munda languages constitute the westernmost, and typologically most divergent, subgroup of the Austroasiatic language family.  There are at least twelve Munda languages, spoken in the area of northern India and Bangladesh, ranging in speaker population from those with a few million speakers (Santali) to those with under 10,000 (most languages of southern Odisha).  The structures of Munda languages make them very distinct from their sister languages spoken in Mainland Southeast Asia. Contemporary researchers of the Munda language family acknowledge that we have an incomplete picture of even the basic analytic units of the prosodic and phonological systems of even some of the best documented Munda languages. Even today, the quality of the data available to base generalizations upon is lacking for most Munda languages. Besides providing a fundamental and systematic documentation of these seriously endangered languages, we will use the data we gather to advance typological and historical research on the Munda and Austroasiatic language families. We will develop the Munda Virtual Archive, which will offer access to comparative linguistic data on the seven targeted languages. Data would be archived at the Repository and Workspace for Austroasiatic Indigenous Heritage (RWAAI) at the University of Lund, Sweden.

Yes | This project aims to document endangered Munda languages, advancing typological and historical research on the Munda and Austroasiatic language families.

Yes. This project aims to document endangered Munda languages, advancing typological and historical research on the Munda and Austroasiatic language families. #DEI

**283**

The scholarly collection catalogue "French Paintings and Pastels 1600-1945: The Collections of the Nelson-Atkins Museum of Art" represents the museum's inaugural digital publication and will serve as the definitive resource for the interpretation and study of the museum's collection of 106 French paintings, pastels, and gouaches from 1600-1945. Now in its twelfth year of production, the publication brings together the research and technical studies of over 35 leading scholars and conservators from around the world. As it is published incrementally online, the catalogue will be freely available on the museum's website and fully searchable, making the collection accessible to a global audience while maintaining the museum's tradition of high scholarly standards. To finish the entire publication by December 2024, the museum requires additional support from NEH.

The scholarly collection catalogue "French Paintings and Pastels 1600-1945: The Collections of the Nelson-Atkins Museum of Art" represents the museum's inaugural digital publication and will serve as the definitive resource for the interpretation and study of the museum's collection of 106 French paintings, pastels, and gouaches from 1600-1945. Now in its twelfth year of production, the publication brings together the research and technical studies of over 35 leading scholars and conservators from around the world. As it is published incrementally online, the catalogue will be freely available on the museum's website and fully searchable, making the collection accessible to a global audience while maintaining the museum's tradition of high scholarly standards. To finish the entire publication by December 2024, the museum requires additional support from NEH.

No | The French art catalog enhances public access but does not have a clear DEI focus.

No. The French art catalog enhances public access but does not have a clear DEI focus.

**284**

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.For the 2024-2026 grant cycle, the Library will digitize from film 100,000 pages of historical Virginia imprint newspapers dating from 1860-1963 that will focus on expanding the African American and German language Virginia newspapers already available on Chronicling America as well as a selection of nineteenth century agricultural newspapers and weeklies published in Virginia's Eastern Shore and Southwest. With coverage spanning 1860-1963, the selected newspapers speak on a range of pivotal topics, including both World Wars, the rise of anti-Semitism, civil rights movement, and much more.   The Library submits this request as a mature project partner based on its many years of experience with archival-quality microfilm, robust digital collections, information technology, the U.S. Newspaper Program, and project partnerships with institutions and publishers.

For the 2024-2026 grant cycle, the Library will digitize from film 100,000 pages of historical Virginia imprint newspapers dating from 1860-1963 that will focus on expanding the African American and German language Virginia newspapers already available on Chronicling America as well as a selection of nineteenth century agricultural newspapers and weeklies published in Virginia's Eastern Shore and Southwest. With coverage spanning 1860-1963, the selected newspapers speak on a range of pivotal topics, including both World Wars, the rise of anti-Semitism, civil rights movement, and much more.   The Library submits this request as a mature project partner based on its many years of experience with archival-quality microfilm, robust digital collections, information technology, the U.S. Newspaper Program, and project partnerships with institutions and publishers.

No | This initiative does not mention any specific efforts or objectives related to diversity, equity, and inclusion (DEI).

No. This initiative does not mention any specific efforts or objectives related to diversity, equity, and inclusion (DEI).

**285**

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The institutional archives of the San Francisco Art Institute (SFAI) is an unparalleled resource, chronicling the 150-year history of the school and its vital role—as hub, incubator and repository—in the development of 19th, 20th, and 21st century art and culture. While this rich archival resource has always been open to researchers and has informed dozens of books, articles, exhibitions, films, lectures and college courses, it has never been as accessible or discoverable as its historical value demands. The project will significantly increase access to and preservation of this unparalleled resource through comprehensive arrangement and archival rehousing of the collections, digitization of at-risk audio-visual recordings, and the creation of detailed finding aids, which will be made available to a global audience online.

The institutional archives of the San Francisco Art Institute (SFAI) is an unparalleled resource, chronicling the 150-year history of the school and its vital role—as hub, incubator and repository—in the development of 19th, 20th, and 21st century art and culture. While this rich archival resource has always been open to researchers and has informed dozens of books, articles, exhibitions, films, lectures and college courses, it has never been as accessible or discoverable as its historical value demands. The project will significantly increase access to and preservation of this unparalleled resource through comprehensive arrangement and archival rehousing of the collections, digitization of at-risk audio-visual recordings, and the creation of detailed finding aids, which will be made available to a global audience online.

No | This description is about the institutional archives of an art school and its efforts to increase accessibility and preservation of its collection. It does not directly relate to DEI.

No. This description is about the institutional archives of an art school and its efforts to increase accessibility and preservation of its collection. It does not directly relate to DEI.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."All wars are fought twice, the first time on the battlefield, the second time in memory." -- Viet Thanh Nguyen. From 1975 to 1991, over 450,000 Cubans participated in a civil war in Angola that became one of the many arenas of the Cold War. The Cuban state-constructed narrative about the war tells a story of heroism and sacrifice to pay back the debt of slavery and help end apartheid in South Africa. But how do the Cubans, who participated in the war, many of whom today live in the United States, remember their experiences and make sense of what they witnessed? Our manuscript will explore these memories. It will be based on archival research and 75 oral history interviews, including ten in-depth case studies. Given the dominance of the Cuban government's ideological, heroic and racialized narratives about the war, these grassroots testimonies gathered in Cuba and in the diaspora (mainly South Florida) will offer a more nuanced and complex understanding of the war experiences.

"All wars are fought twice, the first time on the battlefield, the second time in memory." -- Viet Thanh Nguyen. From 1975 to 1991, over 450,000 Cubans participated in a civil war in Angola that became one of the many arenas of the Cold War. The Cuban state-constructed narrative about the war tells a story of heroism and sacrifice to pay back the debt of slavery and help end apartheid in South Africa. But how do the Cubans, who participated in the war, many of whom today live in the United States, remember their experiences and make sense of what they witnessed? Our manuscript will explore these memories. It will be based on archival research and 75 oral history interviews, including ten in-depth case studies. Given the dominance of the Cuban government's ideological, heroic and racialized narratives about the war, these grassroots testimonies gathered in Cuba and in the diaspora (mainly South Florida) will offer a more nuanced and complex understanding of the war experiences.

No    This description does not directly relate to DEI as it focuses on the exploration of memories and narratives of Cuban participants in a civil war in Angola.

No. This description does not directly relate to DEI as it focuses on the exploration of memories and narratives of Cuban participants in a civil war in Angola.

The most recent comprehensive history of the Cherokee Nation was written in 1963; it continues to sell more than 500 copies a year through an academic press. It fails to address key issues, such as gender and race, raised by social and cultural historians since the 1960s, let alone cover the last sixty years of Cherokee history.  Cherokee Nation citizens, journalists, and academics understand its limitations and have requested an up-to-date book written in accessible, engaging prose. We are working with an agent to pitch this project to presses able to bring this book to the widest audience. As we identify a publisher and seek funding, we already are writing "Sovereign Kin: A History of the Cherokee Nation." With the support of the NEH Collaborative Grant, we intend to conduct research trips to the Cherokee Nation and the Oklahoma Historical Society and collect interviews with key Cherokee Nation citizens. We will complete a draft of the manuscript by August 2025.

The most recent comprehensive history of the Cherokee Nation was written in 1963; it continues to sell more than 500 copies a year through an academic press. It fails to address key issues, such as gender and race, raised by social and cultural historians since the 1960s, let alone cover the last sixty years of Cherokee history.  Cherokee Nation citizens, journalists, and academics understand its limitations and have requested an up-to-date book written in accessible, engaging prose. We are working with an agent to pitch this project to presses able to bring this book to the widest audience. As we identify a publisher and seek funding, we already are writing "Sovereign Kin: A History of the Cherokee Nation." With the support of the NEH Collaborative Grant, we intend to conduct research trips to the Cherokee Nation and the Oklahoma Historical Society and collect interviews with key Cherokee Nation citizens. We will complete a draft of the manuscript by August 2025.

Yes    The Cherokee Nation history project centers Indigenous perspectives and addresses gaps in historical representation.

Yes. The Cherokee Nation history project centers Indigenous perspectives and addresses gaps in historical representation.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The University of Missouri Libraries plan to renovate the Ellis Library West Stacks to meet the long-term need of stewarding the University's special, rare, and archival collections for use in teaching and research by local, regional, national, and international scholars by upgrading environmental controls, lighting, security, and accessibility.

The University of Missouri Libraries plan to renovate the Ellis Library West Stacks to meet the long-term need of stewarding the University's special, rare, and archival collections for use in teaching and research by local, regional, national, and international scholars by upgrading environmental controls, lighting, security, and accessibility.

Yes    The renovation plan includes improving accessibility, which is a key aspect of diversity, equity, and inclusion (DEI) efforts.

Yes. The renovation plan includes improving accessibility, which is a key aspect of diversity, equity, and inclusion (DEI) efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Alaska State Library requests funding from the National Endowment for the Humanities to digitize Alaska's microfilmed newspapers for the Alaska Digital Newspaper Project. Through this cycle, the Alaska Digital Newspaper Project will identify new titles and extend runs of previously identified titles, with a focus on digitizing mid-century newspapers. During this period of history newspapers reported on capital industrialism and militarism that greatly expanded the scope of natural resource development and socio-economic issues. Significant historical events during this period were the Great Depression, WWII, the Cold War, nuclear testing, Alaska Statehood, the Tuberculosis epidemic, and civil rights achievements of Alaska Natives and labor groups. This cycle will focus on locating issues of several smaller but significant titles such as the Alaska Spotlight, possibly the only African American newspaper produced in the state. Other papers of interest are newspapers in rural villages

The Alaska State Library requests funding from the National Endowment for the Humanities to digitize Alaska's microfilmed newspapers for the Alaska Digital Newspaper Project. Through this cycle, the Alaska Digital Newspaper Project will identify new titles and extend runs of previously identified titles, with a focus on digitizing mid-century newspapers. During this period of history newspapers reported on capital industrialism and militarism that greatly expanded the scope of natural resource development and socio-economic issues. Significant historical events during this period were the Great Depression, WWII, the Cold War, nuclear testing, Alaska Statehood, the Tuberculosis epidemic, and civil rights achievements of Alaska Natives and labor groups. This cycle will focus on locating issues of several smaller but significant titles such as the Alaska Spotlight, possibly the only African American newspaper produced in the state. Other papers of interest are newspapers in rural villages

Yes    The project aims to digitize newspapers that cover significant historical events, including civil rights achievements of Alaska Natives and labor groups.

Yes. The project aims to digitize newspapers that cover significant historical events, including civil rights achievements of Alaska Natives and labor groups.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will treat and digitize three major Appalachian photonegative collections that were damaged by catastrophic flooding in July 2022.  The collections to be saved include images documenting: eastern KY and southwest VA residents during 1935-55, Brookside coal camp residents during the historic 1973-1974 Harlan County coal strike, and the media arts center Appalshop in the early 1990s, as recorded by noted Tennessee-born photographer Jeff Whetstone when he interned at the organization.

This project will treat and digitize three major Appalachian photonegative collections that were damaged by catastrophic flooding in July 2022.  The collections to be saved include images documenting: eastern KY and southwest VA residents during 1935-55, Brookside coal camp residents during the historic 1973-1974 Harlan County coal strike, and the media arts center Appalshop in the early 1990s, as recorded by noted Tennessee-born photographer Jeff Whetstone when he interned at the organization.

Yes    This project relates to DEI by preserving and digitizing historically significant photographs that document the lives and experiences of Appalachian residents.

Yes. This project relates to DEI by preserving and digitizing historically significant photographs that document the lives and experiences of Appalachian residents.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project develops infrastructure needed to move the University of Chicago's existing collection of materials documenting the Indigenous languages of Mesoamerica from a static historical repository to a dynamic one that can accept new deposits of various types. The current project leverages and builds on previous achievements by expanding the size and scope of the collections. Jointly, these efforts will enable us to meet the goal of our collection: to contribute to language documentation in the service of scholars and members of endangered language communities. The data will be archived at the Regenstein Library, University of Chicago. [edited by staff] 

This project develops infrastructure needed to move the University of Chicago's existing collection of materials documenting the Indigenous languages of Mesoamerica from a static historical repository to a dynamic one that can accept new deposits of various types. The current project leverages and builds on previous achievements by expanding the size and scope of the collections. Jointly, these efforts will enable us to meet the goal of our collection: to contribute to language documentation in the service of scholars and members of endangered language communities. The data will be archived at the Regenstein Library, University of Chicago. [edited by staff] 

No

This project does not directly relate to DEI, as it focuses on the development and expansion of a collection of materials documenting Indigenous languages.

No. This project does not directly relate to DEI, as it focuses on the development and expansion of a collection of materials documenting Indigenous languages.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The W.F. Albright Institute is applying for the equivalent of 14 months of stipend at $5000/month, for a total of $70,000 per year, for the three-year cycle: 2023-24, 2024-25, 2025-26, plus related selection costs at $5,000 per year. Funds would be used annually to support up to three fellows, in continuous residence at the Albright Institute in Jerusalem, for 4 to 6 months each. Fellows pursue a proposed research project, give public workshops to the academic community while in residence and participate in the activities of the Institute's scholarly community. Fellows' research projects culminate in a scholarly publication(s). The impact of this research, transmitted through the Albright's hundreds of alumni to institutions all over the world, has had a profound effect on the understanding of the humanities, western civilization, and its origins in the Near East. The Albright supports scholarly work in Near Eastern studies from prehistory through the Early Modern period.

The W.F. Albright Institute is applying for the equivalent of 14 months of stipend at $5000/month, for a total of $70,000 per year, for the three-year cycle: 2023-24, 2024-25, 2025-26, plus related selection costs at $5,000 per year. Funds would be used annually to support up to three fellows, in continuous residence at the Albright Institute in Jerusalem, for 4 to 6 months each. Fellows pursue a proposed research project, give public workshops to the academic community while in residence and participate in the activities of the Institute's scholarly community. Fellows' research projects culminate in a scholarly publication(s). The impact of this research, transmitted through the Albright's hundreds of alumni to institutions all over the world, has had a profound effect on the understanding of the humanities, western civilization, and its origins in the Near East. The Albright supports scholarly work in Near Eastern studies from prehistory through the Early Modern period.

No

The description does not directly relate to DEI as it does not mention any specific initiatives or actions related to diversity, equity, and inclusion.

No. The description does not directly relate to DEI as it does not mention any specific initiatives or actions related to diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Library Company of Philadelphia's Post-Doctoral Fellowship Program, which marked its thirty-five-year anniversary in 2021–22, fosters collections-based research in the humanities, specifically in American history and culture in its Atlantic world context from the 17th through the 19th centuries. With this application we request $220,500 to allow us to award fourteen months of support per year for two to three postdoctoral fellows, each of whom would be in residence from four to nine months. This is the same level of funding we have enjoyed for the last three grant awards.

The Library Company of Philadelphia's Post-Doctoral Fellowship Program, which marked its thirty-five-year anniversary in 2021–22, fosters collections-based research in the humanities, specifically in American history and culture in its Atlantic world context from the 17th through the 19th centuries. With this application we request $220,500 to allow us to award fourteen months of support per year for two to three postdoctoral fellows, each of whom would be in residence from four to nine months. This is the same level of funding we have enjoyed for the last three grant awards.

No

The provided information does not relate to DEI as it does not mention or address diversity, equity, or inclusion initiatives or goals.

No. The provided information does not relate to DEI as it does not mention or address diversity, equity, or inclusion initiatives or goals.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Papers of Martin Van Buren is making the eighth president's papers accessible in digital and print editions. By doing so, this project will provide fresh insight into the founding of the Democratic party, the evolution of formal politics between the War of 1812 and the Civil War, and the changes in political culture that occurred during Van Buren's lifetime. Additionally, it will help scholars, students, and the public better understand the maturation of United States political parties and political systems during the nation's early development.

The Papers of Martin Van Buren is making the eighth president's papers accessible in digital and print editions. By doing so, this project will provide fresh insight into the founding of the Democratic party, the evolution of formal politics between the War of 1812 and the Civil War, and the changes in political culture that occurred during Van Buren's lifetime. Additionally, it will help scholars, students, and the public better understand the maturation of United States political parties and political systems during the nation's early development.

Yes

The Papers of Martin Van Buren project contributes to DEI by providing accessible resources that promote a more comprehensive understanding of the political and cultural changes during Van Buren's lifetime.

Yes. The Papers of Martin Van Buren project contributes to DEI by providing accessible resources that promote a more comprehensive understanding of the political and cultural changes during Van Buren's lifetime.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The AI and Digital Literacy: Toward an Inclusive and Empowering Teaching Practice (AIDL 2025) Institute will explore how to teach writing, research, and critical inquiry in the face of developing generative AI technology. Designed for secondary school, community college, and college humanities educators, this program will put teachers in conversation with top scholars who work on AI and digital literacy. The institute will offer educators resources to navigate the pedagogical and ethical challenges and opportunities posed by AI in the classroom, as well as providing opportunities to gain experience with tools and to design and/or redesign assignments and classroom exercises.

The AI and Digital Literacy: Toward an Inclusive and Empowering Teaching Practice (AIDL 2025) Institute will explore how to teach writing, research, and critical inquiry in the face of developing generative AI technology. Designed for secondary school, community college, and college humanities educators, this program will put teachers in conversation with top scholars who work on AI and digital literacy. The institute will offer educators resources to navigate the pedagogical and ethical challenges and opportunities posed by AI in the classroom, as well as providing opportunities to gain experience with tools and to design and/or redesign assignments and classroom exercises.

Yes

The AIDL 2025 Institute aims to equip educators with resources to address pedagogical and ethical challenges posed by AI, promoting inclusion and empowering teaching practices.

Yes. The AIDL 2025 Institute aims to equip educators with resources to address pedagogical and ethical challenges posed by AI, promoting inclusion and empowering teaching practices.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Center for Jewish History cultivates multilingual, interdisciplinary scholarship by providing access to the world's largest collection on Jewish culture and history held outside of Israel and maintaining a vibrant community of Fellows. The NEH Scholar in Residence Fellowship supports high-level original research resulting in collections-based scholarship and offers Fellows opportunities to form meaningful connections with their fellow cohort, other scholars, and with the Center. The Center has hosted NEH Scholars since 2011 thanks to generous previous NEH funding. This fellowship has consistently attracted distinguished scholars who have produced significant publications. The Center respectfully requests renewed support for three further NEH Scholar in Residence Fellowships, one 12-month fellowship each year for three years. Renewed NEH support would ensure that the Center can continue to offer an intellectual home to accomplished scholars through its most prestigious fellowship.

The Center for Jewish History cultivates multilingual, interdisciplinary scholarship by providing access to the world's largest collection on Jewish culture and history held outside of Israel and maintaining a vibrant community of Fellows. The NEH Scholar in Residence Fellowship supports high-level original research resulting in collections-based scholarship and offers Fellows opportunities to form meaningful connections with their fellow cohort, other scholars, and with the Center. The Center has hosted NEH Scholars since 2011 thanks to generous previous NEH funding. This fellowship has consistently attracted distinguished scholars who have produced significant publications. The Center respectfully requests renewed support for three further NEH Scholar in Residence Fellowships, one 12-month fellowship each year for three years. Renewed NEH support would ensure that the Center can continue to offer an intellectual home to accomplished scholars through its most prestigious fellowship.

Yes

The Center for Jewish History's NEH Scholar in Residence Fellowship promotes diverse and inclusive research in Jewish culture and history.

Yes. The Center for Jewish History's NEH Scholar in Residence Fellowship promotes diverse and inclusive research in Jewish culture and history.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Midwest Art Conservation Center will support emergency preparedness in public art collections through the development of tools for remote risk assessment and emergency planning. This is a Tier 2 implementation application and follows the successful completion of a Tier 1 planning grant awarded by the NEH in 2021. This phase will apply a risk assessment protocol developed in phase 1 to artworks in the collections of five diverse partner organizations.  It will develop a free toolkit for public art collections nationwide and provide training for a wider group of public art caretakers to independently perform similar remote risk assessments and develop emergency plans for their collections. This project will use existing and accessible GIS mapping technology to fill a void in emergency planning for cultural heritage; it will create a resource that can be adapted and used freely by public art collections nationwide, ultimately improving their sustainability and resilience.

The Midwest Art Conservation Center will support emergency preparedness in public art collections through the development of tools for remote risk assessment and emergency planning. This is a Tier 2 implementation application and follows the successful completion of a Tier 1 planning grant awarded by the NEH in 2021. This phase will apply a risk assessment protocol developed in phase 1 to artworks in the collections of five diverse partner organizations.  It will develop a free toolkit for public art collections nationwide and provide training for a wider group of public art caretakers to independently perform similar remote risk assessments and develop emergency plans for their collections. This project will use existing and accessible GIS mapping technology to fill a void in emergency planning for cultural heritage; it will create a resource that can be adapted and used freely by public art collections nationwide, ultimately improving their sustainability and resilience.

Yes

MACC's project aims to support emergency preparedness in public art collections and provide tools for risk assessment and emergency planning. This contributes to Diversity, Equity, and Inclusion by developing a free toolkit for public art collections nationwide, improving their sustainability and resilience.

Yes. MACC's project aims to support emergency preparedness in public art collections and provide tools for risk assessment and emergency planning. This contributes to Diversity, Equity, and Inclusion by developing a free toolkit for public art collections nationwide, improving their sustainability and resilience.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Funding support for manuscript publication is sought for a collaborative multi-authored book, <em>Urban Repair: The Southwest Corridor and the Transformation of Boston, 1970-89</em>. This will be the first scholarly assessment of the groundbreaking Southwest Corridor Project. Directed by the Black-led architecture firm of Stull and Lee, Inc., the project included a new mass transit line, eight new passenger stations, as well as an arts program, community development, and linear park, all on urban land cleared for a proposed highway project. The product of decades of activism, the corridor remains a vital component of the city. Through critical essays, interviews, and unpublished archival material, <em>Urban Repair </em>will demonstrate how the Southwest Corridor Project engaged local communities, designers, and government officials in the revitalization of areas of the city damaged by urban renewal and how it continues to serve as a model of community-responsive urban design.

Funding support for manuscript publication is sought for a collaborative multi-authored book, <em>Urban Repair: The Southwest Corridor and the Transformation of Boston, 1970-89</em>. This will be the first scholarly assessment of the groundbreaking Southwest Corridor Project. Directed by the Black-led architecture firm of Stull and Lee, Inc., the project included a new mass transit line, eight new passenger stations, as well as an arts program, community development, and linear park, all on urban land cleared for a proposed highway project. The product of decades of activism, the corridor remains a vital component of the city. Through critical essays, interviews, and unpublished archival material, <em>Urban Repair </em>will demonstrate how the Southwest Corridor Project engaged local communities, designers, and government officials in the revitalization of areas of the city damaged by urban renewal and how it continues to serve as a model of community-responsive urban design.

Yes

The book explores a Black-led project that revitalized urban areas, engaged communities, and serves as a model of community-responsive urban design.

Yes. The book explores a Black-led project that revitalized urban areas, engaged communities, and serves as a model of community-responsive urban design.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposal seeks funding from the NEH for the period beginning January 1, 2024 and ending June 30, 2027 to support research fellowships in China Studies. We have successfully administered long-term postdoctoral fellowships in China Studies since 1995, providing scholars with access to archives and other collections in China, and nurturing collegiality among U.S. scholars and their Chinese counterparts. We seek to continue our record of achievement in this field with the proposed program, which will offer 27 NEH-funded fellowship months per year to fellows conducting research on China.

This proposal seeks funding from the NEH for the period beginning January 1, 2024 and ending June 30, 2027 to support research fellowships in China Studies. We have successfully administered long-term postdoctoral fellowships in China Studies since 1995, providing scholars with access to archives and other collections in China, and nurturing collegiality among U.S. scholars and their Chinese counterparts. We seek to continue our record of achievement in this field with the proposed program, which will offer 27 NEH-funded fellowship months per year to fellows conducting research on China.

No

This proposal does not directly relate to DEI as it does not mention any specific efforts or initiatives related to diversity, equity, or inclusion.

No. This proposal does not directly relate to DEI as it does not mention any specific efforts or initiatives related to diversity, equity, or inclusion.

| | | | | |
|---|---|---|---|---|
| 300 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Catalog and Digitize Recordings of Lakota Elders from the Pine Ridge and Cheyenne River Sioux Reservations | Catalog and Digitize Recordings of Lakota Elders from the Pine Ridge and Cheyenne River Sioux Reservations | Yes | This initiative promotes diversity and inclusion by preserving and sharing the cultural heritage of Lakota elders. | Yes. This initiative promotes diversity and inclusion by preserving and sharing the cultural heritage of Lakota elders. |
| 301 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Intrepid Museum, centered on aircraft carrier Intrepid, a National Historic Landmark, is applying for funding to undertake its largest restoration project since 2008: opening Intrepid's 7,000+ square-foot medical facility, known as sick bay, as well as the spaces along the sick bay pathway, including the ship's post office, barber shop and a berthing/torpedo handling compartment. The sick bay area, a complex environment that, on its own, is the size of a small museum, presents unparalleled opportunities for engaging our visitors with themes grounded in humanities through exhibitions and education programs. Through this 2.5-year project, the Museum will complete the infrastructure work required by the building codes and safety standards, allowing us to open this fascinating historic naval medical facility to the general public for the first time since the ship's decommissioning, all while maintaining a delicate balance of historic integrity with accessibility and visitors' safety. | The Intrepid Museum, centered on aircraft carrier Intrepid, a National Historic Landmark, is applying for funding to undertake its largest restoration project since 2008: opening Intrepid's 7,000+ square-foot medical facility, known as sick bay, as well as the spaces along the sick bay pathway, including the ship's post office, barber shop and a berthing/torpedo handling compartment. The sick bay area, a complex environment that, on its own, is the size of a small museum, presents unparalleled opportunities for engaging our visitors with themes grounded in humanities through exhibitions and education programs. Through this 2.5-year project, the Museum will complete the infrastructure work required by the building codes and safety standards, allowing us to open this fascinating historic naval medical facility to the general public for the first time since the ship's decommissioning, all while maintaining a delicate balance of historic integrity with accessibility and visitors' safety. | Yes | The restoration project at the Intrepid Museum presents opportunities to engage visitors with themes related to humanities and historical naval medical facilities. | Yes. The restoration project at the Intrepid Museum presents opportunities to engage visitors with themes related to humanities and historical naval medical facilities. #DEI |
| 302 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Science History Institute seeks 34 months of stipend support to create an NEH Postdoctoral Fellowship and requests a contribution to defray costs associated with the selection of fellows. The Institute is home to the Donald F. and Mildred Topp Othmer Library, the Beckman Center for the History of Chemistry, and an award-winning museum showcasing how science is embedded in our everyday lives. As the Institute's Beckman Center fellowship program celebrates its thirty-fifth anniversary, we recognize that we have outgrown our ability to award enough fellowships to qualified applicants through exclusive use of our restricted endowment funds. NEH funding would allow us to expand our capacity to support one long-term postdoctoral research fellow each year for three years, creating more opportunities to embed the history of science in wider humanities discourse. | The Science History Institute seeks 34 months of stipend support to create an NEH Postdoctoral Fellowship and requests a contribution to defray costs associated with the selection of fellows. The Institute is home to the Donald F. and Mildred Topp Othmer Library, the Beckman Center for the History of Chemistry, and an award-winning museum showcasing how science is embedded in our everyday lives. As the Institute's Beckman Center fellowship program celebrates its thirty-fifth anniversary, we recognize that we have outgrown our ability to award enough fellowships to qualified applicants through exclusive use of our restricted endowment funds. NEH funding would allow us to expand our capacity to support one long-term postdoctoral research fellow each year for three years, creating more opportunities to embed the history of science in wider humanities discourse. | No | This is a funding request for a postdoctoral fellowship in the history of science without direct mention of DEI initiatives. | No. This is a funding request for a postdoctoral fellowship in the history of science without direct mention of DEI initiatives. |
| 303 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The University of North Texas Libraries plan to digitize and make available to the National Digital Newspaper Program 100,000 newspaper pages. The selected titles will reflect the political and economic history of the state; provide coverage for major regions of the state, including most major population areas; and have a broad chronological span.  Additionally, titles selected during this project will focus on non-English papers important to the history of Texas that, for several reasons, have been overlooked and are underrepresented in national digital newspaper holdings. Pulling on the strengths and knowledge gained in previous rounds, the UNT Libraries recognize the challenges involved in an undertaking of this scope and possess the knowledge and management skills to achieve success. [Edited by staff.]  | The University of North Texas Libraries plan to digitize and make available to the National Digital Newspaper Program 100,000 newspaper pages. The selected titles will reflect the political and economic history of the state; provide coverage for major regions of the state, including most major population areas; and have a broad chronological span.  Additionally, titles selected during this project will focus on non-English papers important to the history of Texas that, for several reasons, have been overlooked and are underrepresented in national digital newspaper holdings. Pulling on the strengths and knowledge gained in previous rounds, the UNT Libraries recognize the challenges involved in an undertaking of this scope and possess the knowledge and management skills to achieve success. [Edited by staff.]  | Yes | The selection includes non-English papers important to the history of Texas, addressing underrepresentation in national digital newspaper holdings. | Yes. The selection includes non-English papers important to the history of Texas, addressing underrepresentation in national digital newspaper holdings. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The proposed project will develop a long-term Sustainability Strategy for The Children's Museum of Indianapolis. An external ESG firm will conduct a comprehensive sustainability assessment, analyzing data from a Facilities Condition Assessment Report and ASHRAE Level 2 energy audit while also collecting new data on water use, waste streams and greenhouse gas emissions to provide a 360-degree view of the Museum's environmental impact that, coupled with community and stakeholder feedback, will inform a new Sustainability Strategy. This strategy will be built into the Museum's Master Campus Plan to create a roadmap of short- and long-term actions to mitigate environmental hotspots associated with Museum operations. The project will lay the groundwork for a $100 million centennial fundraising campaign, which has a goal of securing $16 million for sustainable infrastructure and facilities improvements.

The proposed project will develop a long-term Sustainability Strategy for The Children's Museum of Indianapolis. An external ESG firm will conduct a comprehensive sustainability assessment, analyzing data from a Facilities Condition Assessment Report and ASHRAE Level 2 energy audit while also collecting new data on water use, waste streams and greenhouse gas emissions to provide a 360-degree view of the Museum's environmental impact that, coupled with community and stakeholder feedback, will inform a new Sustainability Strategy. This strategy will be built into the Museum's Master Campus Plan to create a roadmap of short- and long-term actions to mitigate environmental hotspots associated with Museum operations. The project will lay the groundwork for a $100 million centennial fundraising campaign, which has a goal of securing $16 million for sustainable infrastructure and facilities improvements.

No — The proposed project focuses on developing a long-term sustainability strategy for The Children's Museum of Indianapolis, which primarily addresses environmental impact and infrastructure improvements, rather than DEI initiatives.

No. The proposed project focuses on developing a long-term sustainability strategy for The Children's Museum of Indianapolis, which primarily addresses environmental impact and infrastructure improvements, rather than DEI (Diversity, Equity, and Inclusion) initiatives.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Ball State University, Applied Anthropology Laboratories (AAL), and the Ohio History Connection request a traveling Exhibitions  Implementation grant to implement St. Clair's Defeat Revisited: A New View of the Conflict, a traveling exhibition that will be displayed at the Ohio History Center in Columbus, Ohio, and then travel to Northeastern Oklahoma (NEO) A&M College in Miami, Oklahoma, to The History Center, Fort Wayne, Indiana, and to a fourth performance site to be determined. The format of A New View will include both museum exhibits and associated public presentations by tribal Humanities Scholars and American Indian tribal citizens. A two-year Position in Public Humanities (PiPH) is included in this request. In addition to organizing the presentation series, the PiPH will create an exhibit guide and a K-12 curriculum guide to be used with the traveling exhibit.

Ball State University, Applied Anthropology Laboratories (AAL), and the Ohio History Connection request a traveling Exhibitions  Implementation grant to implement St. Clair's Defeat Revisited: A New View of the Conflict, a traveling exhibition that will be displayed at the Ohio History Center in Columbus, Ohio, and then travel to Northeastern Oklahoma (NEO) A&M College in Miami, Oklahoma, to The History Center, Fort Wayne, Indiana, and to a fourth performance site to be determined. The format of A New View will include both museum exhibits and associated public presentations by tribal Humanities Scholars and American Indian tribal citizens. A two-year Position in Public Humanities (PiPH) is included in this request. In addition to organizing the presentation series, the PiPH will create an exhibit guide and a K-12 curriculum guide to be used with the traveling exhibit.

No — This request does not explicitly mention any efforts or goals related to diversity, equity, and inclusion (DEI).

No. This request does not explicitly mention any efforts or goals related to diversity, equity, and inclusion (DEI).

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Papers of Abraham Lincoln is a documentary editing project dedicated to identifying, imaging, transcribing, annotating, and publishing online all documents written by or to Abraham Lincoln during his lifetime (1809-1865).  The Papers of Abraham Lincoln aspires to promote new and innovative scholarship on Abraham Lincoln, antebellum America, and the Civil War by replacing The Collected Works of Abraham Lincoln, which encompassed 6,769 documents in eight volumes and two supplemental volumes (1953-55, 1974, 1990), as the standard compilation of Lincoln documents.

The Papers of Abraham Lincoln is a documentary editing project dedicated to identifying, imaging, transcribing, annotating, and publishing online all documents written by or to Abraham Lincoln during his lifetime (1809-1865).  The Papers of Abraham Lincoln aspires to promote new and innovative scholarship on Abraham Lincoln, antebellum America, and the Civil War by replacing The Collected Works of Abraham Lincoln, which encompassed 6,769 documents in eight volumes and two supplemental volumes (1953-55, 1974, 1990), as the standard compilation of Lincoln documents.

No — The Papers of Abraham Lincoln project is a scholarly initiative focused on compiling and publishing documents written by or to Abraham Lincoln. It does not appear to directly relate to Diversity, Equity, and Inclusion (DEI) efforts.

No. The Papers of Abraham Lincoln project is a scholarly initiative focused on compiling and publishing documents written by or to Abraham Lincoln. It does not appear to directly relate to Diversity, Equity, and Inclusion (DEI) efforts.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Catharine Maria Sedgwick Online Letters Project (CMSOL) seeks to publish an open-access digital edition of the complete, unexpurgated letters written by Sedgwick (1789-1867) to her more than 250 correspondents over seven decades. This phase of the project begins in 1827 and continues through 1836. Sedgwick's literary status as the premier American woman writer of the Early National Period as well as her contributions to the most important cultural and political conversations of the day argue for the publication of this heretofore unpublished personal correspondence.

The Catharine Maria Sedgwick Online Letters Project (CMSOL) seeks to publish an open-access digital edition of the complete, unexpurgated letters written by Sedgwick (1789-1867) to her more than 250 correspondents over seven decades. This phase of the project begins in 1827 and continues through 1836. Sedgwick's literary status as the premier American woman writer of the Early National Period as well as her contributions to the most important cultural and political conversations of the day argue for the publication of this heretofore unpublished personal correspondence.

Yes — The CMSOL project contributes to the understanding of the literary and cultural contributions of a prominent woman writer, aligning with DEI goals of inclusivity.

Yes. The CMSOL project contributes to the understanding of the literary and cultural contributions of a prominent woman writer, aligning with DEI goals of inclusivity.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will provide scholarly translations for a collection of Middle Welsh texts known as <em>Brut y Brenhinedd</em> (<em>The Chronicle of the Kings</em>). The story of this influential history, its comparative scholarly neglect, and its importance for several academic fields—not to mention its potential appeal to the broader public—begins in the twelfth century. It was then that King Arthur went from being a shadowy figure in early Welsh literature, of passing interest only to a few Welsh centers of learning, to serving as the dazzling centerpiece of a new network of stories that seized the European literary imagination. Arthurian literature, brimming with wandering knights, damsels often—though not always—in distress, and delicate ethical dilemmas, became so popular in medieval and early modern Europe that many of its main themes and motifs themselves became clichés.

This project will provide scholarly translations for a collection of Middle Welsh texts known as <em>Brut y Brenhinedd</em> (<em>The Chronicle of the Kings</em>). The story of this influential history, its comparative scholarly neglect, and its importance for several academic fields—not to mention its potential appeal to the broader public—begins in the twelfth century. It was then that King Arthur went from being a shadowy figure in early Welsh literature, of passing interest only to a few Welsh centers of learning, to serving as the dazzling centerpiece of a new network of stories that seized the European literary imagination. Arthurian literature, brimming with wandering knights, damsels often—though not always—in distress, and delicate ethical dilemmas, became so popular in medieval and early modern Europe that many of its main themes and motifs themselves became clichés.

No    This project focuses on scholarly translations of Middle Welsh texts and does not directly relate to diversity, equity, and inclusion.

No. This project focuses on scholarly translations of Middle Welsh texts and does not directly relate to diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The role of Big Tech in the advancement of Artificial Intelligence (AI) is one of the central questions for the future of democracy, governance and trust. Ongoing public and private sector efforts to create 'responsible' and 'trustworthy' AI have emerged in response to a lack of democratic oversight and appropriate governance structures in the development, deployment and use of AI, with limited public trust in AI and corporate power. Concerns about the threat of AI to central democratic processes, such as channels of information and transparency, have been prominent. At the same time, AI has been the subject of extensive legislative, regulatory and industrial strategies across Western governments oriented towards advancing research and innovation, and creating a significant place for private actors to expand the development and uptake of AI both through market design and partnerships. To make sense of this dynamic it is necessary to scrutinise the terms of AI's advancement, the actors involved, what agendas dominate, and what alternatives exist. With a focus on the role of Big Tech, this project will explore how AI strategies are shaped and what this means for democracy, governance and trust through a multi-method, interdisciplinary and transnational comparative study. Assessing corporate influence through a combination of computational and qualitative methods across policy, government, media and civil society within the United Kingdom, United States, and Canada, the project will uncover the role that corporations play in animating AI's growth in key established democracies. Moreover, by showing alternative framings and engaging with a range of stakeholders to discuss ongoing findings, the project will explore avenues for intervention to foster democracy, governance and trust.

The role of Big Tech in the advancement of Artificial Intelligence (AI) is one of the central questions for the future of democracy, governance and trust. Ongoing public and private sector efforts to create 'responsible' and 'trustworthy' AI have emerged in response to a lack of democratic oversight and appropriate governance structures in the development, deployment and use of AI, with limited public trust in AI and corporate power. Concerns about the threat of AI to central democratic processes, such as channels of information and transparency, have been prominent. At the same time, AI has been the subject of extensive legislative, regulatory and industrial strategies across Western governments oriented towards advancing research and innovation, and creating a significant place for private actors to expand the development and uptake of AI both through market design and partnerships. To make sense of this dynamic it is necessary to scrutinise the terms of AI's advancement, the actors involved, what agendas dominate, and what alternatives exist. With a focus on the role of Big Tech, this project will explore how AI strategies are shaped and what this means for democracy, governance and trust through a multi-method, interdisciplinary and transnational comparative study. Assessing corporate influence through a combination of computational and qualitative methods across policy, government, media and civil society within the United Kingdom, United States, and Canada, the project will uncover the role that corporations play in animating AI's growth in key established democracies. Moreover, by showing alternative framings and engaging with a range of stakeholders to discuss ongoing findings, the project will explore avenues for intervention to foster democracy, governance and trust.

No    This description does not directly relate to DEI as it focuses on the role of Big Tech in AI's advancement and its impact on democracy, governance, and trust.

No. This description does not directly relate to DEI as it focuses on the role of Big Tech in AI's advancement and its impact on democracy, governance, and trust.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Papers of George Washington is a scholarly documentary editing project that edits, publishes, publicizes, and makes accessible a comprehensive edition of Washington's public and private papers. The project plays a crucial role in preserving and disseminating the historical record of one of America's most important and iconic figures, providing valuable insights into the early history and development of the United States. Washington's documentary record offers perspectives on political, military, agricultural, economic, diplomatic, and cultural developments for the entire span of his life. The documents also enhance our understanding of the communities, social networks, and relationships Washington engaged with and was surrounded by, recovering the voices of individuals who might otherwise be lost in the historical record. The editorial team works collaboratively to produce edited materials for the print and digital editions.

The Papers of George Washington is a scholarly documentary editing project that edits, publishes, publicizes, and makes accessible a comprehensive edition of Washington's public and private papers. The project plays a crucial role in preserving and disseminating the historical record of one of America's most important and iconic figures, providing valuable insights into the early history and development of the United States. Washington's documentary record offers perspectives on political, military, agricultural, economic, diplomatic, and cultural developments for the entire span of his life. The documents also enhance our understanding of the communities, social networks, and relationships Washington engaged with and was surrounded by, recovering the voices of individuals who might otherwise be lost in the historical record. The editorial team works collaboratively to produce edited materials for the print and digital editions.

Yes    The project contributes to DEI by recovering and highlighting voices of individuals from diverse communities who were part of Washington's life.

Yes. The project contributes to DEI by recovering and highlighting voices of individuals from diverse communities who were part of Washington's life.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Music of the United States of America (MUSA) is a comprehensive forty-volume series of scholarly editions of musical works distinguished by both artistic excellence and historical significance. This series is meticulously curated to mirror the depth and variety of the nation's heritage, catering to scholars, performers, students, and the general public. MUSA goes beyond the traditional boundaries of critical editing, expanding into genres and styles often overlooked in the realm of concert music. Its scope includes music by musicians historically unrepresented in academic research. As a project operating under the American Musicological Society, the foremost organization dedicated to musical scholarship in the United States, MUSA benefits from the guidance of its editorial board, the Committee on the Publication of American Music. Each edition within the MUSA series undergoes thorough research and is typically newly engraved by A-R Editions.

Music of the United States of America (MUSA) is a comprehensive forty-volume series of scholarly editions of musical works distinguished by both artistic excellence and historical significance. This series is meticulously curated to mirror the depth and variety of the nation's heritage, catering to scholars, performers, students, and the general public. MUSA goes beyond the traditional boundaries of critical editing, expanding into genres and styles often overlooked in the realm of concert music. Its scope includes music by musicians historically unrepresented in academic research. As a project operating under the American Musicological Society, the foremost organization dedicated to musical scholarship in the United States, MUSA benefits from the guidance of its editorial board, the Committee on the Publication of American Music. Each edition within the MUSA series undergoes thorough research and is typically newly engraved by A-R Editions.

No — This initiative focuses on the scholarly edition of musical works and does not specifically relate to issues of diversity, equity, and inclusion (DEI).

No. This initiative focuses on the scholarly edition of musical works and does not specifically relate to issues of diversity, equity, and inclusion (DEI).

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Papers of James Madison publishes the complete correspondence and other documents of the Father of the Constitution. Particularly as secretary of state and then president (1801-9, 1809-17), Madison played a crucial role in a wide range of national and global concerns—politics, diplomacy and war, Indian affairs, the construction of Washington, D.C.—as well as in matters involving ordinary citizens, who frequently sought his assistance with more personal issues. The volumes provide critical insight into the principles of American constitutionalism and the intentions of the Founding Fathers and are used not only in college, university, and law school instruction but also by teachers in the nation's high schools as well as museum professionals. The current threats to the U.S. democratic system and the rise of the originalist theory of constitutional interpretation have increased the need for widespread access to the words and thoughts of Madison and the other creators of that system.

The Papers of James Madison publishes the complete correspondence and other documents of the Father of the Constitution. Particularly as secretary of state and then president (1801-9, 1809-17), Madison played a crucial role in a wide range of national and global concerns—politics, diplomacy and war, Indian affairs, the construction of Washington, D.C.—as well as in matters involving ordinary citizens, who frequently sought his assistance with more personal issues. The volumes provide critical insight into the principles of American constitutionalism and the intentions of the Founding Fathers and are used not only in college, university, and law school instruction but also by teachers in the nation's high schools as well as museum professionals. The current threats to the U.S. democratic system and the rise of the originalist theory of constitutional interpretation have increased the need for widespread access to the words and thoughts of Madison and the other creators of that system.

No — While the publication of James Madison's papers may have educational value, it does not directly relate to DEI efforts.

No. While the publication of James Madison's papers may have educational value, it does not directly relate to DEI (Diversity, Equity, and Inclusion) efforts.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Akkadian Ritual Texts is the first volume of an anticipated two-volume publication that highlights the performance and practice of ritual in ancient Mesopotamia (ca. 2350–200 BCE) as documented in cuneiform writing. Each ritual text edition includes an introduction to the historical significance of the text and ritual, while a subsequent discussion of the materiality of the tablets invites readers to think additionally about texts as products of writing, and descriptions of the ritual performances highlight various theories from the field of Ritual Studies. As a whole, the publication is intended to move beyond the presentation of ritual texts narrowly defined and to present a broad spectrum of evidence that informs us about the origins, performance, functions, meanings, and particular settings of the rituals known from the ancient Near East.

Akkadian Ritual Texts is the first volume of an anticipated two-volume publication that highlights the performance and practice of ritual in ancient Mesopotamia (ca. 2350–200 BCE) as documented in cuneiform writing. Each ritual text edition includes an introduction to the historical significance of the text and ritual, while a subsequent discussion of the materiality of the tablets invites readers to think additionally about texts as products of writing, and descriptions of the ritual performances highlight various theories from the field of Ritual Studies. As a whole, the publication is intended to move beyond the presentation of ritual texts narrowly defined and to present a broad spectrum of evidence that informs us about the origins, performance, functions, meanings, and particular settings of the rituals known from the ancient Near East.

No — Akkadian Ritual Texts does not directly relate to DEI as it focuses on historical significance, writing, and ritual performances in ancient Mesopotamia.

No. Akkadian Ritual Texts does not directly relate to DEI as it focuses on historical significance, writing, and ritual performances in ancient Mesopotamia.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Metapolis aims to develop a digital research infrastructure to support scholarship in the humanities that seeks to geospatially reconstruct places throughout time. As an interactive map-based publication platform, it enables users to cross-pollinate archival, bibliographic and multimedia sources with interpretive research, allowing for their interlinking and visualization on a map. Built on top of ResearchSpace, an open-source Semantic Web research environment, it facilitates the reuse and publishing of Linked Open Data. A rich set of features support data enrichment with external knowledge bases such as VIAF, WikiData, OCLC, and the Getty vocabularies. Designed both as a research and publication tool, the software allows groups of scholars from a wide range of humanistic disciplines to connect their research and augment each other's findings through the layering of historical maps, interlinking them to sources to allow users to build knowledge about the world and its history.

Metapolis aims to develop a digital research infrastructure to support scholarship in the humanities that seeks to geospatially reconstruct places throughout time. As an interactive map-based publication platform, it enables users to cross-pollinate archival, bibliographic and multimedia sources with interpretive research, allowing for their interlinking and visualization on a map. Built on top of ResearchSpace, an open-source Semantic Web research environment, it facilitates the reuse and publishing of Linked Open Data. A rich set of features support data enrichment with external knowledge bases such as VIAF, WikiData, OCLC, and the Getty vocabularies. Designed both as a research and publication tool, the software allows groups of scholars from a wide range of humanistic disciplines to connect their research and augment each other's findings through the layering of historical maps, interlinking them to sources to allow users to build knowledge about the world and its history.

No — Metapolis focuses on developing a digital research platform for humanities scholarship, specifically geospatial reconstruction and data visualization, but does not mention anything related to diversity, equity, or inclusion (DEI) efforts.

No. Metapolis focuses on developing a digital research platform for humanities scholarship, specifically geospatial reconstruction and data visualization, but does not mention anything related to diversity, equity, or inclusion (DEI) efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.<em>In the Shadow of the Holocaust: Short Fiction by Jewish Writers from the Soviet Union</em> (under advance contract with Stanford University Press) provides researchers, educators, students, and general readers with a critical, annotated translation into English of Yiddish and Russian works written in the aftermath of the most significant Jewish tragedy of the 20th century. The volume recovers a body of literature whose very existence has been denied because of prevailing attitudes about the lack of Jewish culture in the USSR. The stories show that Soviet Jews profoundly engaged fundamental questions about the Holocaust: how to witness and provide testimony, how to remember victims, and how to live on in the face of overwhelming destruction. The anthology brings readers into an encounter with language, settings, images, events, memories, and experiences that are utterly distinct and yet also shared by communities everywhere that have suffered mass public violence, dislocation, and loss.

<em>In the Shadow of the Holocaust: Short Fiction by Jewish Writers from the Soviet Union</em> (under advance contract with Stanford University Press) provides researchers, educators, students, and general readers with a critical, annotated translation into English of Yiddish and Russian works written in the aftermath of the most significant Jewish tragedy of the 20th century. The volume recovers a body of literature whose very existence has been denied because of prevailing attitudes about the lack of Jewish culture in the USSR. The stories show that Soviet Jews profoundly engaged fundamental questions about the Holocaust: how to witness and provide testimony, how to remember victims, and how to live on in the face of overwhelming destruction. The anthology brings readers into an encounter with language, settings, images, events, memories, and experiences that are utterly distinct and yet also shared by communities everywhere that have suffered mass public violence, dislocation, and loss.

Yes | This anthology explores Jewish writers' engagement with the Holocaust in the USSR, highlighting themes of witnessing, memory, and resilience.

Yes. This anthology explores Jewish writers' engagement with the Holocaust in the USSR, highlighting themes of witnessing, memory, and resilience. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.PARC's NEH/FPIRI postdoctoral fellowship program in the humanities and humanities-related fields includes 2 fellowships per year for a total of 10 months total per year. With 20 years' experience in selecting and administering fellowship programs, PARC has extensive outreach to the community of scholars working on Palestine, expertise in conducting a fair, impartial selection process to make awards to the strongest applicants, a well-recognized record of PARC alumni fellows' achievement and publication, and an established office in Palestine that acts as an intellectual hub for U.S., Palestinian, and international scholars. Our Palestine office has a unique library on Palestinian social/cultural history and provides scholars with unprecedented access to local archives, collections, and Palestinian scholars. PARC will utilize its experience and expertise to select and support NEH fellows in carrying out successful, significant research in the humanities and humanities-related fields.

PARC's NEH/FPIRI postdoctoral fellowship program in the humanities and humanities-related fields includes 2 fellowships per year for a total of 10 months total per year. With 20 years' experience in selecting and administering fellowship programs, PARC has extensive outreach to the community of scholars working on Palestine, expertise in conducting a fair, impartial selection process to make awards to the strongest applicants, a well-recognized record of PARC alumni fellows' achievement and publication, and an established office in Palestine that acts as an intellectual hub for U.S., Palestinian, and international scholars. Our Palestine office has a unique library on Palestinian social/cultural history and provides scholars with unprecedented access to local archives, collections, and Palestinian scholars. PARC will utilize its experience and expertise to select and support NEH fellows in carrying out successful, significant research in the humanities and humanities-related fields.

No | The description provided does not mention anything related to DEI.

No. The description provided does not mention anything related to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This 3-week Institute will explore how the 1861 novel, Great Expectations by Charles Dickens, has been adapted across time and geography by filmmakers, novelists, and artists from around the world. The institute will borrow from critical race studies, postcolonial theory, adaptation studies, and,undisciplined, literary/media studies to engage high school teachers in current academic conversation about decolonizing the classroom, even, and especially, when canonical British novels are at the center of their curriculum. The institute will resituate the Victorian literary canon within and against nineteenth-century imperial networks, contemporary racial and social politics, and global systems of knowledge. We focalize this work through Great Expectations because it is one of the most taught (and assessed) novels in the US high school classroom.

This 3-week Institute will explore how the 1861 novel, Great Expectations by Charles Dickens, has been adapted across time and geography by filmmakers, novelists, and artists from around the world. The institute will borrow from critical race studies, postcolonial theory, adaptation studies, and,undisciplined, literary/media studies to engage high school teachers in current academic conversation about decolonizing the classroom, even, and especially, when canonical British novels are at the center of their curriculum. The institute will resituate the Victorian literary canon within and against nineteenth-century imperial networks, contemporary racial and social politics, and global systems of knowledge. We focalize this work through Great Expectations because it is one of the most taught (and assessed) novels in the US high school classroom.

No | This description does not directly relate to DEI. It focuses on decolonizing the classroom and engaging in academic conversation, but does not specifically address diversity, equity, or inclusion.

No. This description does not directly relate to DEI. It focuses on decolonizing the classroom and engaging in academic conversation, but does not specifically address diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Our proposed project focuses on what is undoubtedly the major work of the most influential and authoritative religious writer of late medieval England, the hermit and mystic Richard Rolle (c. 1300 - 1349). The text in question, <em>Incendium Amoris</em> or The Fire of Love, survives in several distinct forms, including a Middle English translation prepared by an early devotee, Richard Misyn, and our project takes advantage of this variety to enhance the impact of our work and reach a more diverse scholarly audience.

Our proposed project focuses on what is undoubtedly the major work of the most influential and authoritative religious writer of late medieval England, the hermit and mystic Richard Rolle (c. 1300 - 1349). The text in question, <em>Incendium Amoris</em> or The Fire of Love, survives in several distinct forms, including a Middle English translation prepared by an early devotee, Richard Misyn, and our project takes advantage of this variety to enhance the impact of our work and reach a more diverse scholarly audience.

No | The proposed project does not relate to DEI as it focuses on the work of a religious writer and reaching a diverse scholarly audience does not necessarily address diversity, equity, and inclusion.

No. The proposed project does not relate to DEI as it focuses on the work of a religious writer and reaching a diverse scholarly audience does not necessarily address diversity, equity, and inclusion.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Harvard Library of Ukrainian Literature project aims to provide English-speaking audiences with high-quality translations of modern Ukrainian literature. With the beginning of Russian aggression against Ukraine in 2014, and especially after the full-scale invasion of Ukraine by Russia in February 2022, the demand for knowledge about Ukraine, its history and culture has reached an all-time high, and the Harvard Ukrainian Research Institute aims to satiate this demand for both general and academic audiences. The project aims to produce 5 volumes of works by Ukrainian authors, with the majority of featured works being translated into the English language for the first time ever. The broader goals of the project include responding to the rising interest among the general public, complementing existing Ukrainian Studies programs, and stimulating new research among scholars of Ukrainian culture and/or literature.

The Harvard Library of Ukrainian Literature project aims to provide English-speaking audiences with high-quality translations of modern Ukrainian literature. With the beginning of Russian aggression against Ukraine in 2014, and especially after the full-scale invasion of Ukraine by Russia in February 2022, the demand for knowledge about Ukraine, its history and culture has reached an all-time high, and the Harvard Ukrainian Research Institute aims to satiate this demand for both general and academic audiences. The project aims to produce 5 volumes of works by Ukrainian authors, with the majority of featured works being translated into the English language for the first time ever. The broader goals of the project include responding to the rising interest among the general public, complementing existing Ukrainian Studies programs, and stimulating new research among scholars of Ukrainian culture and/or literature.

Yes

The Harvard Library of Ukrainian Literature project aims to promote cultural diversity by providing English translations of Ukrainian literature and encouraging research on Ukrainian culture.

Yes. The Harvard Library of Ukrainian Literature project aims to promote cultural diversity by providing English translations of Ukrainian literature and encouraging research on Ukrainian culture.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The purpose of this project is to provide a complete, historical-critical introduction and translation into English of Schelling's original 1831 and 1832 Munich lectures on the Philosophy of Revelation. Schelling is universally regarded as one of the great philosophers of the German tradition, whose early and middle works have been translated into countless languages. To this day, however, we still have no edition of these important lectures in English, which represent the culmination and arguably the crowning achievement of his thought. We thus propose this edition in order to fill what we see as a major lacuna in the humanities and in the study of the philosophy of religion in particular.

The purpose of this project is to provide a complete, historical-critical introduction and translation into English of Schelling's original 1831 and 1832 Munich lectures on the Philosophy of Revelation. Schelling is universally regarded as one of the great philosophers of the German tradition, whose early and middle works have been translated into countless languages. To this day, however, we still have no edition of these important lectures in English, which represent the culmination and arguably the crowning achievement of his thought. We thus propose this edition in order to fill what we see as a major lacuna in the humanities and in the study of the philosophy of religion in particular.

No

This project focuses on translating and introducing Schelling's lectures, which does not directly relate to DEI issues or initiatives.

No. This project focuses on translating and introducing Schelling's lectures, which does not directly relate to DEI issues or initiatives.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project aims to translate and disseminate the work of Rokhl Brokhes, one of the earliest modern Yiddish women writers. Brokhes's stories document Jewish women's experiences across five decades of civil war, world war, and revolution in Russia and later the Soviet Union. On the eve of the Nazi invasion of Minsk in 1941, an 8-volume collection of her more than 200 stories, novellas, and plays was scheduled for publication. Brokhes was murdered by the Nazis and plans for her collected works abandoned. Nazi violence towards Jews resulted in a transformation of the canon of Yiddish literature and led to the erasure of women writers from its history. Translating her work not only recovers a major woman writer, but also reshapes our understanding of Russian, Soviet, and Jewish cultural history of the period. We request funding to restore her legacy through the publication of a translation of her short fiction, with a scholarly introduction and annotations.

This project aims to translate and disseminate the work of Rokhl Brokhes, one of the earliest modern Yiddish women writers. Brokhes's stories document Jewish women's experiences across five decades of civil war, world war, and revolution in Russia and later the Soviet Union. On the eve of the Nazi invasion of Minsk in 1941, an 8-volume collection of her more than 200 stories, novellas, and plays was scheduled for publication. Brokhes was murdered by the Nazis and plans for her collected works abandoned. Nazi violence towards Jews resulted in a transformation of the canon of Yiddish literature and led to the erasure of women writers from its history. Translating her work not only recovers a major woman writer, but also reshapes our understanding of Russian, Soviet, and Jewish cultural history of the period. We request funding to restore her legacy through the publication of a translation of her short fiction, with a scholarly introduction and annotations.

Yes

This project aims to restore the legacy of a marginalized woman writer, reshaping our understanding of Russian, Soviet, and Jewish cultural history.

Yes. This project aims to restore the legacy of a marginalized woman writer, reshaping our understanding of Russian, Soviet, and Jewish cultural history.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Center for the History of Business, Technology, and Society at the Hagley Museum and Library is applying for support from the National Endowment for the Humanities Fellowship Program for Independent Research Institutes. We request 12 months of support each year for 3 years to continue our program of awarding the "NEH-Hagley Fellowship on Business, Culture, and Society," the same amount previously awarded to us under the FPIRI program. Based on our experience from 2 previous round of FPIRI funding (and 4 applicant review cycles), we would award fellowships ranging from 4 to 12 months in length, with the number of fellowships determined by the durations assigned. Our targeted applicant pool is the large and expanding array of scholars who use records generated by business to explore the impact of firms on our nation, and indeed the world. We see these fellowships as attractive both to recent PhD recipients revising dissertations and mid-career faculty seeking support for sabbaticals.

The Center for the History of Business, Technology, and Society at the Hagley Museum and Library is applying for support from the National Endowment for the Humanities Fellowship Program for Independent Research Institutes. We request 12 months of support each year for 3 years to continue our program of awarding the "NEH-Hagley Fellowship on Business, Culture, and Society," the same amount previously awarded to us under the FPIRI program. Based on our experience from 2 previous round of FPIRI funding (and 4 applicant review cycles), we would award fellowships ranging from 4 to 12 months in length, with the number of fellowships determined by the durations assigned. Our targeted applicant pool is the large and expanding array of scholars who use records generated by business to explore the impact of firms on our nation, and indeed the world. We see these fellowships as attractive both to recent PhD recipients revising dissertations and mid-career faculty seeking support for sabbaticals.

No

This description does not directly mention or relate to DEI initiatives or efforts.

No. This description does not directly mention or relate to DEI (Diversity, Equity, and Inclusion) initiatives or efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In 2006, a unique collection of Arabic diaries documenting over 30 years of excavation (1913–1947) at 15 archaeological sites in Egypt and Sudan resurfaced in the rural community of Quft (near Luxor) in the south of Egypt. Originally part of the Harvard-Boston MFA expedition archive, these 73 Arabic volumes had become separated from it and were unknown to scholars. Written in an idiomatic mixture of literary (Standard) Arabic and colloquial Egyptian dialects, they were authored by two generations of archaeological foremen from Quft, whose role in knowledge production has long been marginalized. Overlooked since the time of their production, these texts belong among the canon of archaeological literature that has until now been published only in Western languages. This scholarly edition of 3 select volumes in translation, accompanied by a digital archive of all 73 volumes, promotes Egyptian Arabic as a proper language of research and takes a concrete step toward decolonizing Egyptology.

In 2006, a unique collection of Arabic diaries documenting over 30 years of excavation (1913–1947) at 15 archaeological sites in Egypt and Sudan resurfaced in the rural community of Quft (near Luxor) in the south of Egypt. Originally part of the Harvard-Boston MFA expedition archive, these 73 Arabic volumes had become separated from it and were unknown to scholars. Written in an idiomatic mixture of literary (Standard) Arabic and colloquial Egyptian dialects, they were authored by two generations of archaeological foremen from Quft, whose role in knowledge production has long been marginalized. Overlooked since the time of their production, these texts belong among the canon of archaeological literature that has until now been published only in Western languages. This scholarly edition of 3 select volumes in translation, accompanied by a digital archive of all 73 volumes, promotes Egyptian Arabic as a proper language of research and takes a concrete step toward decolonizing Egyptology.

Yes — This initiative promotes DEI by recognizing and elevating Arabic diaries, authors, and language, challenging Western dominance in Egyptology.

Yes. This initiative promotes DEI by recognizing and elevating Arabic diaries, authors, and language, challenging Western dominance in Egyptology.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The ARIT NEH fellowship program aims to support scholars who conduct long-term interdisciplinary research in the humanities in Turkey. Their fields of study include art, archaeology, literature, linguistics, musicology, religion, and all aspects of cultural, social, and political history. The ARIT centers in Istanbul and Ankara offer unique research resources. The directors facilitate access to institutions and colleagues in the country. ARIT long term fellows interact with Turkish, U.S, and other scholars at the ARIT research centers in Istanbul and Ankara, where their intellectual exchange helps promote increased understanding of ancient and modern Turkey and the region. This program will enable ARIT-NEH fellows to produce groundbreaking research that is shared with the public through teaching and community outreach. For its NEH FPIRI program, ARIT requests 12 months total fellowship funding per year for 3 years, supporting 1 to 3 fellows annually.

The ARIT NEH fellowship program aims to support scholars who conduct long-term interdisciplinary research in the humanities in Turkey. Their fields of study include art, archaeology, literature, linguistics, musicology, religion, and all aspects of cultural, social, and political history. The ARIT centers in Istanbul and Ankara offer unique research resources. The directors facilitate access to institutions and colleagues in the country. ARIT long term fellows interact with Turkish, U.S, and other scholars at the ARIT research centers in Istanbul and Ankara, where their intellectual exchange helps promote increased understanding of ancient and modern Turkey and the region. This program will enable ARIT-NEH fellows to produce groundbreaking research that is shared with the public through teaching and community outreach. For its NEH FPIRI program, ARIT requests 12 months total fellowship funding per year for 3 years, supporting 1 to 3 fellows annually.

No — The ARIT NEH fellowship program does not directly relate to DEI as it does not specifically address issues of diversity, equity, and inclusion.

No. The ARIT NEH fellowship program does not directly relate to DEI as it does not specifically address issues of diversity, equity, and inclusion.

Wide-Open Town: Kansas City in the Jazz Age and Great Depression is a K-12 Teacher and Museum Educator week-long workshop that connects recent scholarship, historic sites, and cultural resources to examine the significance of the 1920s and 1930s in US history. These were particularly vibrant years in Kansas City, sometimes described as the city's "Golden Age." The economy boomed and culture flourished, yet these events were intertwined in a political, social, and economic landscape fraught with notorious machine politics, vice, and long histories of diverse peoples fighting for their rights and freedoms. Much of what played out in Kansas City is a reflection of the larger cultural and historic forces that shaped this era in US history. The workshop includes visits to the National WWI Museum and Memorial, the Truman Library and Museum, the Nelson-Atkins Museum of Arts, the Negro Leagues Baseball Museum, the American Jazz Museum, and the Guadalupe Center.

Wide-Open Town: Kansas City in the Jazz Age and Great Depression is a K-12 Teacher and Museum Educator week-long workshop that connects recent scholarship, historic sites, and cultural resources to examine the significance of the 1920s and 1930s in US history. These were particularly vibrant years in Kansas City, sometimes described as the city's "Golden Age." The economy boomed and culture flourished, yet these events were intertwined in a political, social, and economic landscape fraught with notorious machine politics, vice, and long histories of diverse peoples fighting for their rights and freedoms. Much of what played out in Kansas City is a reflection of the larger cultural and historic forces that shaped this era in US history. The workshop includes visits to the National WWI Museum and Memorial, the Truman Library and Museum, the Nelson-Atkins Museum of Arts, the Negro Leagues Baseball Museum, the American Jazz Museum, and the Guadalupe Center.

Yes — The Kansas City workshop highlights diverse histories, including Black and Latinx communities, in the Jazz Age and Great Depression.

Yes. The Kansas City workshop highlights diverse histories, including Black and Latinx communities, in the Jazz Age and Great Depression.

Cincinnati Sounds explores spaces, places, and sounds in a musical city. Urban planning and development in the "Queen City" has created a dichotomy of painstakingly preserved and restored landmarks simultaneously leaving others lingering only in public memory. The project considers how sound is integral to these spaces, transforming them as flagships of education, music performance, sacred communities, and sociocultural, historical social justice innovation. Participants will triangulate multiple perspectives in multidisciplinary scholarship and sound mapping, site visits, and applications to humanities research and teaching. Workshops will include discussions of reading and listening materials, instruction on storytelling and mapping sound, a keynote address and presentations from Cincinnati area university faculty, arts leaders, authors, historians, librarians, a photojournalist, and visits to historic and modern landmarks defined by curated and oft forgotten music and sound.

Cincinnati Sounds explores spaces, places, and sounds in a musical city. Urban planning and development in the "Queen City" has created a dichotomy of painstakingly preserved and restored landmarks simultaneously leaving others lingering only in public memory. The project considers how sound is integral to these spaces, transforming them as flagships of education, music performance, sacred communities, and sociocultural, historical social justice innovation. Participants will triangulate multiple perspectives in multidisciplinary scholarship and sound mapping, site visits, and applications to humanities research and teaching. Workshops will include discussions of reading and listening materials, instruction on storytelling and mapping sound, a keynote address and presentations from Cincinnati area university faculty, arts leaders, authors, historians, librarians, a photojournalist, and visits to historic and modern landmarks defined by curated and oft forgotten music and sound.

Yes — Cincinnati Sounds explores music, social justice, and historically underrepresented communities in urban development.

Yes. Cincinnati Sounds explores music, social justice, and historically underrepresented communities in urban development.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Level II, two-week, fully residential Summer Institute for 25 high school humanities teachers, hosted at Baylor University in Waco, TX, from July 17-28, 2023

Level II, two-week, fully residential Summer Institute for 25 high school humanities teachers, hosted at Baylor University in Waco, TX, from July 17-28, 2023

No — DEI stands for diversity, equity, and inclusion. The description provided does not mention any related initiatives or goals.

No. DEI stands for diversity, equity, and inclusion. The description provided does not mention any related initiatives or goals.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The American Social History Project/Center for Media and Learning at the City University of New York Graduate Center proposes a two-week, residential, Level II summer institute from July 10 to July 21, 2023 for 25 college and university teachers to study the visual culture of the American Civil War and its aftermath. The institute will focus on the era's visual media—including fine arts, ephemera, photography, cartoons, maps, and monuments—to examine how information and opinion about the war were recorded and disseminated, and ways visual media expressed and shaped Americans' views on both sides of and before and after the conflict.

The American Social History Project/Center for Media and Learning at the City University of New York Graduate Center proposes a two-week, residential, Level II summer institute from July 10 to July 21, 2023 for 25 college and university teachers to study the visual culture of the American Civil War and its aftermath. The institute will focus on the era's visual media—including fine arts, ephemera, photography, cartoons, maps, and monuments—to examine how information and opinion about the war were recorded and disseminated, and ways visual media expressed and shaped Americans' views on both sides of and before and after the conflict.

No

While the proposed institute focuses on studying visual culture, it does not explicitly mention addressing diversity, equity, and inclusion (DEI) issues.

No. While the proposed institute focuses on studying visual culture, it does not explicitly mention addressing diversity, equity, and inclusion (DEI) issues.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This institute will examine K-12 educators' and school reformers' changing conceptions of what constitutes a "good reader" across the twentieth century. To do so, we will trace two competing traditions in reading instruction: one emphasizes the role of literature in the student's social, moral, and civic development; the other values skill-development and sees literature as a pathway to scientific, self-disciplined thinking that is also vital to the civic good. These tensions matter more today than ever. In developing a deeper understanding of this history, participating teachers will prepare to serve as stronger school leaders and more effective and creative practitioners.

This institute will examine K-12 educators' and school reformers' changing conceptions of what constitutes a "good reader" across the twentieth century. To do so, we will trace two competing traditions in reading instruction: one emphasizes the role of literature in the student's social, moral, and civic development; the other values skill-development and sees literature as a pathway to scientific, self-disciplined thinking that is also vital to the civic good. These tensions matter more today than ever. In developing a deeper understanding of this history, participating teachers will prepare to serve as stronger school leaders and more effective and creative practitioners.

Yes

This institute explores the tensions between competing traditions in reading instruction, highlighting the changing conceptions of literacy and its societal impact.

Yes. This institute explores the tensions between competing traditions in reading instruction, highlighting the changing conceptions of literacy and its societal impact.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Building on the successes of the NEH Landmarks Voices of the Ancients 2021 program and incorporating elements of the NEH American Tapestry area of interest, Southern Utah University (SUU) seeks to help teachers grapple with difficult and complex history and expand the American narrative investigating the archaeology of the ancient Fremont people, engaging with the oral history of their living descendants, and connecting with five culturally significant American landmarks.

Building on the successes of the NEH Landmarks Voices of the Ancients 2021 program and incorporating elements of the NEH American Tapestry area of interest, Southern Utah University (SUU) seeks to help teachers grapple with difficult and complex history and expand the American narrative investigating the archaeology of the ancient Fremont people, engaging with the oral history of their living descendants, and connecting with five culturally significant American landmarks.

Yes

SUU's program incorporates elements of NEH American Tapestry and aims to expand the American narrative by exploring the archaeology and oral history of the Fremont people.

Yes. SUU's program incorporates elements of NEH American Tapestry and aims to expand the American narrative by exploring the archaeology and oral history of the Fremont people.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Consortium for History of Science, Technology &amp; Medicine seeks support for postdoctoral fellowships in the humanities over a three-year period for advanced study and research in the history of science, technology and medicine. Specifically, the Consortium requests funding for 12 fellowship months per year which would be awarded to junior and/or senior scholars as determined by the selection committee for projects typically ranging from four to eight months in duration.

The Consortium for History of Science, Technology &amp; Medicine seeks support for postdoctoral fellowships in the humanities over a three-year period for advanced study and research in the history of science, technology and medicine. Specifically, the Consortium requests funding for 12 fellowship months per year which would be awarded to junior and/or senior scholars as determined by the selection committee for projects typically ranging from four to eight months in duration.

Yes

The initiative supports the advancement of scholarship in the field of history of science, technology, and medicine, which can contribute to diversity, equity, and inclusion in academic research and knowledge production.

Yes. The initiative supports the advancement of scholarship in the field of history of science, technology, and medicine, which can contribute to diversity, equity, and inclusion in academic research and knowledge production.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Mass incarceration is a broken, harmful, and criminogenic system. Its stated goal of creating safe communities is undermined by how it disrupts the very caring relationships that undo harm. Knowledge of how carceral systems criminalize care and how people nonetheless resist already exists within communities of incarcerated and formerly incarcerated people, and their loved ones. This project captures that knowledge and shapes it into an edited volume titled, The Praxis of Care: Carceral Disruptions and Community Resistance. The project team includes people with expertise formed through direct experience and scholarly research. Through narrative analysis, oral histories, story-telling, feminist ethics, philosophical theories of the self, restorative practice, and deep personal experience of our team and collaborators, we show how a humanities-based critique of carcerality can build a transformative theory of care relevant to research on prisons and world-making in oppressive contexts.

Mass incarceration is a broken, harmful, and criminogenic system. Its stated goal of creating safe communities is undermined by how it disrupts the very caring relationships that undo harm. Knowledge of how carceral systems criminalize care and how people nonetheless resist already exists within communities of incarcerated and formerly incarcerated people, and their loved ones. This project captures that knowledge and shapes it into an edited volume titled, The Praxis of Care: Carceral Disruptions and Community Resistance. The project team includes people with expertise formed through direct experience and scholarly research. Through narrative analysis, oral histories, story-telling, feminist ethics, philosophical theories of the self, restorative practice, and deep personal experience of our team and collaborators, we show how a humanities-based critique of carcerality can build a transformative theory of care relevant to research on prisons and world-making in oppressive contexts.

Yes

The project aims to understand how carceral systems criminalize care and how people resist, which relates to DEI by examining oppressive contexts and advocating for transformative care.

Yes. The project aims to understand how carceral systems criminalize care and how people resist, which relates to DEI by examining oppressive contexts and advocating for transformative care.

Ex. 15 US-000062485.xlsx

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We propose to engage K-12 educators at Gettysburg College and on the battlefields of the Gettysburg National Military Park in 2 week-long workshops on history and the construction of collective memory, bringing fresh perspectives to the study of Gettysburg and to Civil War history. This program sustains and enhances the themes of our successful 2014 and 2022 Landmarks programs, sharpening the focus and adding new content. The 2025 proposed workshops will examine the relationship between history and memory and the conflict between what happened and how we remember it. Participants will explore how perceptions of the past shape how we document and remember and how we conceptualize what it means to be a citizen in a complex democracy. K-12 teachers will extend their content knowledge and expand and deepen pedagogical tools in fresh and challenging ways. Our proposed program leverages the scholarly expertise of the College and its faculty to attract a diverse and talented participant pool. | We propose to engage K-12 educators at Gettysburg College and on the battlefields of the Gettysburg National Military Park in 2 week-long workshops on history and the construction of collective memory, bringing fresh perspectives to the study of Gettysburg and to Civil War history. This program sustains and enhances the themes of our successful 2014 and 2022 Landmarks programs, sharpening the focus and adding new content. The 2025 proposed workshops will examine the relationship between history and memory and the conflict between what happened and how we remember it. Participants will explore how perceptions of the past shape how we document and remember and how we conceptualize what it means to be a citizen in a complex democracy. K-12 teachers will extend their content knowledge and expand and deepen pedagogical tools in fresh and challenging ways. Our proposed program leverages the scholarly expertise of the College and its faculty to attract a diverse and talented participant pool. | Yes  The proposed workshops aim to bring fresh perspectives and examine the relationship between history, memory, and citizenship, enhancing diversity and challenging participants' pedagogical tools. | Yes. The proposed workshops aim to bring fresh perspectives and examine the relationship between history, memory, and citizenship, enhancing diversity and challenging participants' pedagogical tools. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We propose a 3-week summer institute for 30 higher education faculty on "Humanities Perspectives on Artificial Intelligence," to be held onsite at the University of Utah from July 14th to August 1st, 2025. Drawing participants from all humanities disciplines, this new summer institute enables participants to gain a deeper understanding of the technological workings and societal implications of artificial intelligence. Starting with a week-long introduction to AI, the institute then delves into pressing concerns around AI including labor, the environment, misinformation, and surveillance. By centering readings, discussion, field trips, and hands-on experimentation, the Institute will equip participants with foundational knowledge about AI, enabling them to use their humanities competencies to carry out urgently needed research on AI development, regulation, and impact as well as preparing them to teach the next generation of tech developers, policymakers, and concerned citizens. | We propose a 3-week summer institute for 30 higher education faculty on "Humanities Perspectives on Artificial Intelligence," to be held onsite at the University of Utah from July 14th to August 1st, 2025. Drawing participants from all humanities disciplines, this new summer institute enables participants to gain a deeper understanding of the technological workings and societal implications of artificial intelligence. Starting with a week-long introduction to AI, the institute then delves into pressing concerns around AI including labor, the environment, misinformation, and surveillance. By centering readings, discussion, field trips, and hands-on experimentation, the Institute will equip participants with foundational knowledge about AI, enabling them to use their humanities competencies to carry out urgently needed research on AI development, regulation, and impact as well as preparing them to teach the next generation of tech developers, policymakers, and concerned citizens. | Yes  This summer institute promotes diversity, equity, and inclusion by involving faculty from various humanities disciplines and addressing societal concerns around AI. | Yes. This summer institute promotes diversity, equity, and inclusion by involving faculty from various humanities disciplines and addressing societal concerns around AI. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Since 1984 the Society for Classical Studies (SCS) has collaborated with the Thesaurus Institute in Munich, Germany, in order to provide an annual NEH-supported fellowship for an American scholar to spend a year at the Institute.  Each fellow contributes lexicographical research to the Institute's ongoing project, the Thesaurus Linguae Latinae, which is an encyclopedic lexicon of the Latin language and a flagship project in lexicography. Fellows participate in the creation of a major reference resource by contributing original research, and join an international network of scholars.  Through their work on the TLL and their independent research, fellows advance our understanding of the Latin language and its influence on modern languages and cultures. | Since 1984 the Society for Classical Studies (SCS) has collaborated with the Thesaurus Institute in Munich, Germany, in order to provide an annual NEH-supported fellowship for an American scholar to spend a year at the Institute.  Each fellow contributes lexicographical research to the Institute's ongoing project, the Thesaurus Linguae Latinae, which is an encyclopedic lexicon of the Latin language and a flagship project in lexicography.  Fellows participate in the creation of a major reference resource by contributing original research, and join an international network of scholars.  Through their work on the TLL and their independent research, fellows advance our understanding of the Latin language and its influence on modern languages and cultures. | No  This initiative's focus is on lexicographical research and the Latin language, not directly related to Diversity, Equity, and Inclusion (DEI). | No. This initiative's focus is on lexicographical research and the Latin language, not directly related to Diversity, Equity, and Inclusion (DEI). |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Every year since 1984, the SCS has selected an international Fellow for the TLL project at the Thesaurus Institute in Munich. Fellows begin tenure in the summer and with the exception of one or two brief visits back to the United States, remain in Munich conducting their work at the Institute for the subsequent twelve months. After a short period of training in specialized lexicographical techniques, which are not taught in PhD programs, TLL Fellows undertake original lexicographical research in Latin that results in two distinct but equally important types of research publication: (1) lexicographical articles in the TLL itself; and (2) journal articles and books in which Fellows bring their lexicographical expertise and knowledge to bear on research topics in linguistics, literary and rhetorical studies, and cultural history (see the list of publications of recent fellows). These publications advance our understanding of the nuances of the Latin language and their impact on modern languages. (Edited by staff) | Every year since 1984, the SCS has selected an international Fellow for the TLL project at the Thesaurus Institute in Munich. Fellows begin tenure in the summer and with the exception of one or two brief visits back to the United States, remain in Munich conducting their work at the Institute for the subsequent twelve months. After a short period of training in specialized lexicographical techniques, which are not taught in PhD programs, TLL Fellows undertake original lexicographical research in Latin that results in two distinct but equally important types of research publication: (1) lexicographical articles in the TLL itself; and (2) journal articles and books in which Fellows bring their lexicographical expertise and knowledge to bear on research topics in linguistics, literary and rhetorical studies, and cultural history (see the list of publications of recent fellows). These publications advance our understanding of the nuances of the Latin language and their impact on modern languages. (Edited by staff) | No  This description does not mention DEI or any related aspects. | No. This description does not mention DEI (Diversity, Equity, and Inclusion) or any related aspects. |

Ex. 15 US-000062485.xlsx

| | | | | |
|---|---|---|---|---|
| 337 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project aims to better preserve, and thus expand access to, the Indiana Medical History Museum's important visual collections by improving storage and environmental conditions over the next two years. We will then share what we have learned with other institutions facing the same challenges we currently face. | This project aims to better preserve, and thus expand access to, the Indiana Medical History Museum's important visual collections by improving storage and environmental conditions over the next two years. We will then share what we have learned with other institutions facing the same challenges we currently face. | Yes | This project relates to DEI by expanding access to diverse medical history perspectives and sharing knowledge with other institutions. | Yes. This project relates to DEI by expanding access to diverse medical history perspectives and sharing knowledge with other institutions. |
| 338 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Car culture shapes media and popular culture in America. In this project, educators learn how the automobile illustrates social history of the working class, including the Great Migration, and the accompanying shadow of racism. The workshops also explore industrial preservation and adaptive reuse to examine why place matters in our communities and how participants can help their students to look at old structures in any community across America. Participants create virtual field trips from the sites they visit for their students and students in other places to use as they conduct inquiry. In an inquiry process, they question, use a disciplinary framework, and evaluate sources, before communicating their conclusions and taking action in their community. As educators have learned in the recent pandemic, access to digital resources is crucial for student learning as they conduct their own investigations. | Car culture shapes media and popular culture in America. In this project, educators learn how the automobile illustrates social history of the working class, including the Great Migration, and the accompanying shadow of racism. The workshops also explore industrial preservation and adaptive reuse to examine why place matters in our communities and how participants can help their students to look at old structures in any community across America. Participants create virtual field trips from the sites they visit for their students and students in other places to use as they conduct inquiry. In an inquiry process, they question, use a disciplinary framework, and evaluate sources, before communicating their conclusions and taking action in their community. As educators have learned in the recent pandemic, access to digital resources is crucial for student learning as they conduct their own investigations. | Yes | the project explores the social history of the working class, including issues related to race and community, which are key components of DEI. | Yes, the project explores the social history of the working class, including issues related to race and community, which are key components of DEI. |
| 339 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Tasso in Music Project (www.tassomusic.org) is the first complete digital edition of the early modern settings of the poetry of Torquato Tasso, the most prominent literary figure of late 16th-century Italy. With funding from NEH Scholarly Editions ($260,000, 2016-19), the project has made available a repertoire of over 750 settings, most of which were previously unavailable in modern edition, addressing an interdisciplinary audience of scholars and performers. We now seek to enhance the digital framework to make the project accessible to an even broader audience and to encourage analytical studies. Specifically, we will expand the range of the editions' formats, providing among others an option for Braille notation, creating one of the largest musical repositories accessible to the visually impaired. Additionally, given the analytical potential of the repertoire, with settings of the same poetry by multiple composers, we will build computational tools to analyze the interaction between musical and poetic prosody/syntax. | The Tasso in Music Project (www.tassomusic.org) is the first complete digital edition of the early modern settings of the poetry of Torquato Tasso, the most prominent literary figure of late 16th-century Italy. With funding from NEH Scholarly Editions ($260,000, 2016-19), the project has made available a repertoire of over 750 settings, most of which were previously unavailable in modern edition, addressing an interdisciplinary audience of scholars and performers. We now seek to enhance the digital framework to make the project accessible to an even broader audience and to encourage analytical studies. Specifically, we will expand the range of the editions' formats, providing among others an option for Braille notation, creating one of the largest musical repositories accessible to the visually impaired. Additionally, given the analytical potential of the repertoire, with settings of the same poetry by multiple composers, we will build computational tools to analyze the interaction between musical and poetic prosody/syntax. | No | The Tasso in Music Project aims to make early modern musical settings accessible and enhance analytical studies, but it does not relate directly to Diversity, Equity, and Inclusion (DEI). | No. The Tasso in Music Project aims to make early modern musical settings accessible and enhance analytical studies, but it does not relate directly to Diversity, Equity, and Inclusion (DEI). |
| 340 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We request funding for a two-year (2022-2024) Scholarly Digital Project in the Collaborative Research grant competition. In this project, the participants study the impact of capitalism and bureaucratic agency from pre-industrial to industrial Muslim-majority urban societies through the example of nineteenth-century Cairo, the capital of the Egyptian province in the Ottoman Empire. A historian, a digital humanities specialist, five students at Duke University, and international collaborators in France and Egypt investigate this research topic through the creation of a born-digital tool (an XML TEI database of Arabic and Ottoman Turkish newspaper articles) and an HTML website about Cairo's urban transformation. The products will include articles in peer-reviewed journals as well as the born-digital, peer-reviewed, and freely available dataset, short interpretative essays, and visualizations on the website, hosted by GitHub and double-stored at Duke University Library. | We request funding for a two-year (2022-2024) Scholarly Digital Project in the Collaborative Research grant competition. In this project, the participants study the impact of capitalism and bureaucratic agency from pre-industrial to industrial Muslim-majority urban societies through the example of nineteenth-century Cairo, the capital of the Egyptian province in the Ottoman Empire. A historian, a digital humanities specialist, five students at Duke University, and international collaborators in France and Egypt investigate this research topic through the creation of a born-digital tool (an XML TEI database of Arabic and Ottoman Turkish newspaper articles) and an HTML website about Cairo's urban transformation. The products will include articles in peer-reviewed journals as well as the born-digital, peer-reviewed, and freely available dataset, short interpretative essays, and visualizations on the website, hosted by GitHub and double-stored at Duke University Library. | No | This project does not directly relate to diversity, equity, and inclusion (DEI). It focuses on historical research in nineteenth-century Cairo. | No. This project does not directly relate to diversity, equity, and inclusion (DEI). It focuses on historical research in nineteenth-century Cairo. |

Ex. 15 US-000062485.xlsx

| | | | | |
|---|---|---|---|---|
| 341 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.An NEH grant would allow Goshen College to digitize and make globally available an extensive archive of recorded oral tradition and other documents from Tanzania's ethnically diverse and neglected Mara Region, the only extant body of material from this region of its kind. Recordings, conducted by professor of history Dr. Jan Bender Shetler between 1995 and 2010 documenting over 300 in-person interviews with Mara residents, as well as other materials by local historians, contain a wealth of historical sources recounted in a variety of endangered local languages, up to this point inaccessible to students, scholars and residents themselves. Working in collaboration with experts in archival digitization at the Matrix Center at Michigan State University, linguistics consultants at The Mara Project at the University of Helsinki, along with partners in Tanzania, Goshen College will build on the foundation established to create and disseminate a curated digital library. | An NEH grant would allow Goshen College to digitize and make globally available an extensive archive of recorded oral tradition and other documents from Tanzania's ethnically diverse and neglected Mara Region, the only extant body of material from this region of its kind. Recordings, conducted by professor of history Dr. Jan Bender Shetler between 1995 and 2010 documenting over 300 in-person interviews with Mara residents, as well as other materials by local historians, contain a wealth of historical sources recounted in a variety of endangered local languages, up to this point inaccessible to students, scholars and residents themselves. Working in collaboration with experts in archival digitization at the Matrix Center at Michigan State University, linguistics consultants at The Mara Project at the University of Helsinki, along with partners in Tanzania, Goshen College will build on the foundation established to create and disseminate a curated digital library. | Yes | This initiative promotes DEI by giving access to historically significant materials from an ethnically diverse and neglected region. | Yes. This initiative promotes DEI by giving access to historically significant materials from an ethnically diverse and neglected region. |
| 342 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.An intellectual and political biography of Dr. Haunani-Kay Trask. A poet, political scientist, activist, and international advocate for human rights, Trask is arguably the most important Native Hawaiian scholar of the 20th century. Her life and works contributed to the global rise of Indigenous subjectivity, and she profoundly shaped Hawaiian movements for justice from the 1970s onward. Written for broad audiences, the book will shed light on ways Native Hawaiians have navigated and organized against inequalities resulting from forced political incorporation into the US in 1898. Charting Trask's roots and routes, the project illuminates connections between major social movements that transformed Hawaiian, Pacific, and American life in the late 20th century and early 21st centuries, including the ways such movements changed universities. The project engages Trask's work to consider issues of gender justice, Indigenous-settler relations, and ways public universities shape democratic life | An intellectual and political biography of Dr. Haunani-Kay Trask. A poet, political scientist, activist, and international advocate for human rights, Trask is arguably the most important Native Hawaiian scholar of the 20th century. Her life and works contributed to the global rise of Indigenous subjectivity, and she profoundly shaped Hawaiian movements for justice from the 1970s onward. Written for broad audiences, the book will shed light on ways Native Hawaiians have navigated and organized against inequalities resulting from forced political incorporation into the US in 1898. Charting Trask's roots and routes, the project illuminates connections between major social movements that transformed Hawaiian, Pacific, and American life in the late 20th century and early 21st centuries, including the ways such movements changed universities. The project engages Trask's work to consider issues of gender justice, Indigenous-settler relations, and ways public universities shape democratic | Yes | This book explores the contributions of Dr. Haunani-Kay Trask to Native Hawaiian movements for justice and addresses issues of gender justice, Indigenous-settler relations, and the impact of universities on democratic life. | Yes. This book explores the contributions of Dr. Haunani-Kay Trask to Native Hawaiian movements for justice and addresses issues of gender justice, Indigenous-settler relations, and the impact of universities on democratic life. #DEI |
| 343 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Construction of two conservation labs and expansion of existing consolidated art storage at New Orleans Museum of Art's off site storage facility. | Construction of two conservation labs and expansion of existing consolidated art storage at New Orleans Museum of Art's off site storage facility. | No | This construction and expansion project does not directly relate to diversity, equity, and inclusion (DEI) efforts. | No. This construction and expansion project does not directly relate to diversity, equity, and inclusion (DEI) efforts. |
| 344 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The New Orleans Jazz & Heritage Foundation Archive proposes to digitize, catalog, and make accessible 806 audio and video tapes selected from two collections - The Heritage Stages Collection and the Amy Nesbitt Collection -- in order to make these collections easier for researchers and the public to discover and utilize.  For more than 50 years, The New Orleans Jazz & Heritage Foundation has presented the New Orleans Jazz & Heritage Festival as part of its mission to "promote, preserve, perpetuate, and encourage  the music, culture, and heritage of Louisiana communities." From its inception, Jazz Fest has presented exemplary cultural, culinary, and artistic practitioners to hundreds of thousands of visitors to the Jazz Fest annually. | The New Orleans Jazz & Heritage Foundation Archive proposes to digitize, catalog, and make accessible 806 audio and video tapes selected from two collections - The Heritage Stages Collection and the Amy Nesbitt Collection -- in order to make these collections easier for researchers and the public to discover and utilize.  For more than 50 years, The New Orleans Jazz & Heritage Foundation has presented the New Orleans Jazz & Heritage Festival as part of its mission to "promote, preserve, perpetuate, and encourage  the music, culture, and heritage of Louisiana communities." From its inception, Jazz Fest has presented exemplary cultural, culinary, and artistic practitioners to hundreds of thousands of visitors to the Jazz Fest annually. | Yes | The proposal to digitize and make accessible these collections aligns with DEI by promoting cultural preservation, access, and inclusivity. | Yes. The proposal to digitize and make accessible these collections aligns with DEI by promoting cultural preservation, access, and inclusivity. |
| 345 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The CAORC-NEH FPIRI Research Fellowship Program supports in-country research only at American ORCs that do not already administer their own FPIRI grant program, which allows American scholars to engage in long-term scholarly inquiry in understudied regions of the world that are quickly growing in political, strategic, and economic importance, including Latin America, North and West Africa, Central and Southeast Asia, and the South Caucasus. | The CAORC-NEH FPIRI Research Fellowship Program supports in-country research only at American ORCs that do not already administer their own FPIRI grant program, which allows American scholars to engage in long-term scholarly inquiry in understudied regions of the world that are quickly growing in political, strategic, and economic importance, including Latin America, North and West Africa, Central and Southeast Asia, and the South Caucasus. | No | This initiative supports in-country research but does not specifically address DEI concerns. | No. This initiative supports in-country research but does not specifically address DEI (Diversity, Equity, and Inclusion) concerns. |

| | | | | |
|---|---|---|---|---|
| 346 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The study of "print culture" – material features of books -- is essential to the humanities.  Knowledge about how print culture evolved across different cultures and languages provides a foundation for comparative scholarship. Jewish print culture – texts printed in languages that use the Hebrew alphabet – emerged in the early modern period and spread worldwide, to the myriad locations of Jewish life.  This Institute will take place at the YIVO Institute for Jewish Research and the Cary Graphic Arts Collection at the Rochester Institute of Technology and examine this evolution of Jewish print culture. Combining scholarship, archival work, and the hands-on practice of letterpress printing will enrich participants' work and afford them tools and methods to invigorate their teaching. This Institute is part of the "maker turn" in the humanities and will contribute to the wider study of print culture in global and American settings. | The study of "print culture" – material features of books -- is essential to the humanities.  Knowledge about how print culture evolved across different cultures and languages provides a foundation for comparative scholarship. Jewish print culture – texts printed in languages that use the Hebrew alphabet – emerged in the early modern period and spread worldwide, to the myriad locations of Jewish life.  This Institute will take place at the YIVO Institute for Jewish Research and the Cary Graphic Arts Collection at the Rochester Institute of Technology and examine this evolution of Jewish print culture. Combining scholarship, archival work, and the hands-on practice of letterpress printing will enrich participants' work and afford them tools and methods to invigorate their teaching. This Institute is part of the "maker turn" in the humanities and will contribute to the wider study of print culture in global and American settings. | Yes | This study of Jewish print culture contributes to the wider study of print culture, an essential aspect of comparative scholarship in the humanities. | Yes. This study of Jewish print culture contributes to the wider study of print culture, an essential aspect of comparative scholarship in the humanities. |
| 347 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This is a 4-year project to build a collaborative infrastructure (UChicagoNode) for the creation, stewardship and delivery of digital collections and research data in support of humanistic research and learning, and to migrate legacy digital collections into this modern, accessible, and sustainable platform.  The project will build on existing infrastructure currently maintained by the Library and the Humanities Division.   | This is a 4-year project to build a collaborative infrastructure (UChicagoNode) for the creation, stewardship and delivery of digital collections and research data in support of humanistic research and learning, and to migrate legacy digital collections into this modern, accessible, and sustainable platform.  The project will build on existing infrastructure currently maintained by the Library and the Humanities Division.   | Yes | This project aims to create a collaborative infrastructure for digital collections and research data, which can support humanistic research and learning. | Yes. This project aims to create a collaborative infrastructure for digital collections and research data, which can support humanistic research and learning. |
| 348 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The American Musicological Society proposes a new, two-week residential Institute for Higher Education Faculty entitled Musics of the United States: Telling Our Stories, to be held at the University of Maryland, 14-26 July 2025. This institute will apply insights from innovative scholarship in humanistic music studies (musicology, ethnomusicology, music theory) and related fields (e.g. American Studies, folklore). Bringing together an interdisciplinary group of scholar-teachers, it will explore how the stories we tell about American music are changing and how this changing curriculum might be taught.  The institute will provide thirty (30) participants with opportunities to engage with new scholarship and to explore ways of reshaping the narratives and content of college-level instruction about music in the United States. | The American Musicological Society proposes a new, two-week residential Institute for Higher Education Faculty entitled Musics of the United States: Telling Our Stories, to be held at the University of Maryland, 14-26 July 2025. This institute will apply insights from innovative scholarship in humanistic music studies (musicology, ethnomusicology, music theory) and related fields (e.g. American Studies, folklore). Bringing together an interdisciplinary group of scholar-teachers, it will explore how the stories we tell about American music are changing and how this changing curriculum might be taught.  The institute will provide thirty (30) participants with opportunities to engage with new scholarship and to explore ways of reshaping the narratives and content of college-level instruction about music in the United States. | Yes | The proposed institute aims to explore the changing narratives and content of college-level music instruction, with a focus on American music. This relates to the broader DEI conversation in academia. | Yes. The proposed institute aims to explore the changing narratives and content of college-level music instruction, with a focus on American music. This relates to the broader DEI (Diversity, Equity, and Inclusion) conversation in academia. |
| 349 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Brown University Library requests funding to support a hybrid three-week summer institute (July 8-23, 2024) with virtual and in-person components for fifteen participants who wish to develop innovative born-digital scholarship intended for publication by a university press, but may lack the necessary resources and capacity at their home institutions. The institute will equip humanities scholars from all career levels and across disciplines with in-depth knowledge of the digital publishing process, concrete and individualized plans for project advancement, and top-level publishing industry contacts. Centered on inclusivity and accessibility, the institute aims to broaden the range of scholars producing born-digital publications and, by extension, the audience for digital humanities scholarship. | Brown University Library requests funding to support a hybrid three-week summer institute (July 8-23, 2024) with virtual and in-person components for fifteen participants who wish to develop innovative born-digital scholarship intended for publication by a university press, but may lack the necessary resources and capacity at their home institutions. The institute will equip humanities scholars from all career levels and across disciplines with in-depth knowledge of the digital publishing process, concrete and individualized plans for project advancement, and top-level publishing industry contacts. Centered on inclusivity and accessibility, the institute aims to broaden the range of scholars producing born-digital publications and, by extension, the audience for digital humanities scholarship. | Yes | The institute aims to broaden access and inclusion in digital humanities scholarship, supporting scholars who lack resources at their home institutions. | Yes. The institute aims to broaden access and inclusion in digital humanities scholarship, supporting scholars who lack resources at their home institutions. #DEI |

| | | | | |
|---|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.PARC's NEH postdoctoral fellowship program in the humanities and humanities-related fields includes 2 fellowships per year for a total of 10 months per year. With 25 years of experience in selecting, administering, and supporting fellowship programs, PARC has extensive outreach to the community of scholars working on Palestine; expertise in conducting a fair, impartial selection process to make awards to the strongest applicants; a well-recognized record of PARC alumni fellows' achievement and publication; and an established office in Palestine that acts as an intellectual hub for U.S., Palestinian, and international scholars. Our Palestine office has a unique library on Palestinian social/cultural history and provides scholars with unprecedented access to local archives, collections, and Palestinian scholars. PARC will utilize its experience and expertise to select and support NEH fellows in carrying out successful, significant research in the humanities and humanities-related fields. | PARC's NEH postdoctoral fellowship program in the humanities and humanities-related fields includes 2 fellowships per year for a total of 10 months per year. With 25 years of experience in selecting, administering, and supporting fellowship programs, PARC has extensive outreach to the community of scholars working on Palestine; expertise in conducting a fair, impartial selection process to make awards to the strongest applicants; a well-recognized record of PARC alumni fellows' achievement and publication; and an established office in Palestine that acts as an intellectual hub for U.S., Palestinian, and international scholars. Our Palestine office has a unique library on Palestinian social/cultural history and provides scholars with unprecedented access to local archives, collections, and Palestinian scholars. PARC will utilize its experience and expertise to select and support NEH fellows in carrying out successful, significant research in the humanities and humanities-related fields. | No | This program focuses on supporting scholars in the humanities and humanities-related fields, but it does not mention diversity, equity, or inclusion. | No. This program focuses on supporting scholars in the humanities and humanities-related fields, but it does not mention diversity, equity, or inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The New York Public Library (NYPL) requests $176,100 to create the Research Libraries Collection Spaces Construction Design Standard (RLDS) to direct the design of all future collections storage, reading room, and collections workspace construction or renovation projects across 560,000 square feet of research library space, focusing on the Library's three research centers: the Stephen A. Schwarzman Building, the New York Public Library for the Performing Arts, and the Schomburg Center for Research in Black Culture as well as NYPL's Library Services Center (LSC). The RLDS will focus NYPL's capital investments to maximize environmental sustainability, resilience, and safety while achieving modern preservation environments; it will have significant benefits for the field, creating a construction design standard that peer institutions can apply to create resilient and sustainable preservation environments that will be offered readily through a webinar and as a PDF resource. | The New York Public Library (NYPL) requests $176,100 to create the Research Libraries Collection Spaces Construction Design Standard (RLDS) to direct the design of all future collections storage, reading room, and collections workspace construction or renovation projects across 560,000 square feet of research library space, focusing on the Library's three research centers: the Stephen A. Schwarzman Building, the New York Public Library for the Performing Arts, and the Schomburg Center for Research in Black Culture as well as NYPL's Library Services Center (LSC). The RLDS will focus NYPL's capital investments to maximize environmental sustainability, resilience, and safety while achieving modern preservation environments; it will have significant benefits for the field, creating a construction design standard that peer institutions can apply to create resilient and sustainable preservation environments that will be offered readily through a webinar and as a PDF resource. | No | This funding request is related to construction design standards, environmental sustainability, and preservation environments, but does not directly mention DEI initiatives. | No. This funding request is related to construction design standards, environmental sustainability, and preservation environments, but does not directly mention DEI initiatives. |
| Kent State University Libraries anticipate the following project "Pauline Trigere: Fifty years of American fashion entrepreneurship and design: Kent State University" in which they propose to digitize and make available the design archives and pressbooks of Pauline Trigère, an important fashion designer from the 20th century. The digitization of the Trigère papers would allow researchers in material culture and consumer studies and historians in dress, design, and business to have ready access to the life's work of this important twentieth century designer and to study the way her work was covered, promoted and viewed in the context of the time. The Trigère papers provide content that is both deep and rich in terms of its time span and its ability to illuminate the work of an important individual designer working in the American fashion industry during a period of intense change and cultural and economic ascendency.[edited by staff] | Kent State University Libraries anticipate the following project "Pauline Trigere: Fifty years of American fashion entrepreneurship and design: Kent State University" in which they propose to digitize and make available the design archives and pressbooks of Pauline Trigère, an important fashion designer from the 20th century. The digitization of the Trigère papers would allow researchers in material culture and consumer studies and historians in dress, design, and business to have ready access to the life's work of this important twentieth century designer and to study the way her work was covered, promoted and viewed in the context of the time. The Trigère papers provide content that is both deep and rich in terms of its time span and its ability to illuminate the work of an important individual designer working in the American fashion industry during a period of intense change and cultural and economic ascendency.[edited by staff] | No | The Pauline Trigère digitization project focuses on fashion history without an explicit DEI component. | No. The Pauline Trigère digitization project focuses on fashion history without an explicit DEI component. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The New-York Historical Society's fellowship program provides promising scholars in American history a distinctive opportunity for intensive scholarly research and professional development: one that leverages our status as a Museum, Library, and premier national center for public history to offer fellows the chance to not only advance their academic research, but also to bring their work to the public and collaborate with public humanities professionals across a wide range of fields. Over the course of their term, fellows conduct interdisciplinary research in history, art history, and material culture. Scholar advisors who have worked extensively with our collections can guide new fellows in conducting effective research in our holdings. New-York Historical respectfully requests funding for one FPIRI fellowship in the 2023-2024, 2024-2025, and 2025-2026 years. | The New-York Historical Society's fellowship program provides promising scholars in American history a distinctive opportunity for intensive scholarly research and professional development: one that leverages our status as a Museum, Library, and premier national center for public history to offer fellows the chance to not only advance their academic research, but also to bring their work to the public and collaborate with public humanities professionals across a wide range of fields. Over the course of their term, fellows conduct interdisciplinary research in history, art history, and material culture. Scholar advisors who have worked extensively with our collections can guide new fellows in conducting effective research in our holdings. New-York Historical respectfully requests funding for one FPIRI fellowship in the 2023-2024, 2024-2025, and 2025-2026 years. | Yes | The fellowship program supports DEI by providing opportunities for scholars in American history to conduct research, collaborate with professionals, and bring their work to the public. | Yes. The fellowship program supports DEI by providing opportunities for scholars in American history to conduct research, collaborate with professionals, and bring their work to the public. |

| # | Prompt | Application | Response | Explanation 1 | Explanation 2 |
|---|--------|-------------|----------|---------------|---------------|
| 354 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Linda Hall Library Foundation makes this application on behalf of the Linda Hall Library and requests $156,225 of funding over three years in order to offer a new, nine-month postdoctoral fellowship in the humanities. The Library's unrivaled collections of primary and secondary sources enable researchers to reconstruct the history of science and technology from the fifteenth century to the present and evaluate how those disciplines were shaped by the social contexts in which they were pursued. The Library is also the center of a dynamic intellectual community that includes research fellows, in-house experts, and scholars from across the Kansas City metropolitan area. This proposal details the Library's ongoing strategic efforts to expand its fellowship program, increase awareness of its holdings, establish ties with nearby cultural institutions, and support promising scholarship that views science, technology, and engineering through a humanistic lens. | The Linda Hall Library Foundation makes this application on behalf of the Linda Hall Library and requests $156,225 of funding over three years in order to offer a new, nine-month postdoctoral fellowship in the humanities. The Library's unrivaled collections of primary and secondary sources enable researchers to reconstruct the history of science and technology from the fifteenth century to the present and evaluate how those disciplines were shaped by the social contexts in which they were pursued. The Library is also the center of a dynamic intellectual community that includes research fellows, in-house experts, and scholars from across the Kansas City metropolitan area. This proposal details the Library's ongoing strategic efforts to expand its fellowship program, increase awareness of its holdings, establish ties with nearby cultural institutions, and support promising scholarship that views science, technology, and engineering through a humanistic lens. | No | This application does not directly relate to DEI as it does not mention any specific efforts or goals related to diversity, equity, and inclusion. | No. This application does not directly relate to DEI as it does not mention any specific efforts or goals related to diversity, equity, and inclusion. |
| 355 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We are applying for an NEH Collaborative Research Fellowship in the "manuscript preparation" category. Our book approaches enslaved and free people of African descent as economic agents who subtly shaped Caribbean markets in the age of enslavement with lasting political consequences. We argue that Black historical actors contested economic and moral value systems that relegated their bodies to low status by intervening in processes of appraisal within slave and free labor markets. They did so through economic negotiations to purchase their freedom and through judicial actions to retrieve their freedom payments after owners' theft and to protect themselves against violence and excessive labor demands relative to their ability. Some of the roots of the calls for racially inclusive national citizenship in the Spanish Caribbean go back to Black economic and judicial activity and the understandings of the Black body that emerged thereof. | We are applying for an NEH Collaborative Research Fellowship in the "manuscript preparation" category. Our book approaches enslaved and free people of African descent as economic agents who subtly shaped Caribbean markets in the age of enslavement with lasting political consequences. We argue that Black historical actors contested economic and moral value systems that relegated their bodies to low status by intervening in processes of appraisal within slave and free labor markets. They did so through economic negotiations to purchase their freedom and through judicial actions to retrieve their freedom payments after owners' theft and to protect themselves against violence and excessive labor demands relative to their ability. Some of the roots of the calls for racially inclusive national citizenship in the Spanish Caribbean go back to Black economic and judicial activity and the understandings of the Black body that emerged thereof. | Yes | The research examines the economic and judicial activities of Black historical actors and their impact on Caribbean markets and political systems, which relates to DEI. | Yes. The research examines the economic and judicial activities of Black historical actors and their impact on Caribbean markets and political systems, which relates to DEI. |
| 356 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This second cycle of the National Digital Newspaper Program grant project will allow Boston Public Library to contribute an additional 100,000 pages of digital newspaper published in Massachusetts between 1690 and 1963 to the Library of Congress' Chronicling America database. | This second cycle of the National Digital Newspaper Program grant project will allow Boston Public Library to contribute an additional 100,000 pages of digital newspaper published in Massachusetts between 1690 and 1963 to the Library of Congress' Chronicling America database. | Yes | This initiative promotes diversity, equity, and inclusion by preserving and sharing historical newspapers that reflect the perspectives of marginalized communities. | Yes. This initiative promotes diversity, equity, and inclusion by preserving and sharing historical newspapers that reflect the perspectives of marginalized communities. |
| 357 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Fort Ticonderoga proposes to offer two one-week workshops in the summer of 2025 to teachers from across the country, entitled "The American Revolution: Subjects, Citizens, and Soldiers." The workshop will use five themes to explore the implications of the American Revolution, highlighting one theme each day: • Power of Place • Subjects, Citizens, Service • Revolutionary Possibilities • Shaping Nations, Forging Identities • Manufacturing Independence Both the archival and object collections at Fort Ticonderoga support the exploration of this scope of American History. These teachers will ensure that the broadest possible student audience is able to experience these important themes related to our nation's heritage. | Fort Ticonderoga proposes to offer two one-week workshops in the summer of 2025 to teachers from across the country, entitled "The American Revolution: Subjects, Citizens, and Soldiers." The workshop will use five themes to explore the implications of the American Revolution, highlighting one theme each day: • Power of Place • Subjects, Citizens, Service • Revolutionary Possibilities • Shaping Nations, Forging Identities • Manufacturing Independence Both the archival and object collections at Fort Ticonderoga support the exploration of this scope of American History. These teachers will ensure that the broadest possible student audience is able to experience these important themes related to our nation's heritage. | No | While the workshop explores historical themes, it does not directly address DEI issues or promote inclusivity. | No. While the workshop explores historical themes, it does not directly address DEI issues or promote inclusivity. |

Ex. 15 US-000062485.xlsx

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will continue the work completed with the 2011, 2013, 2015, and 2017 NEH-NDNP grant to digitize and make available approximately 100,000 pages of historic Indiana newspapers published between 1890 and 1963. Digitization will be from second generation silver negative print masters created for the project from first generation silver negative camera masters of Indiana newspaper titles. Products of this grant will include: uncompressed TIFF page images, derivative JPEG2000 images, derivative PDF files, OCR text files, and structured metadata. An historical essay will be created for every newspaper title along with updated CONSER-level MARC records. Digitization of these newspapers will allow important elements of Indiana's rich history to be more accessible to researchers. | This project will continue the work completed with the 2011, 2013, 2015, and 2017 NEH-NDNP grant to digitize and make available approximately 100,000 pages of historic Indiana newspapers published between 1890 and 1963. Digitization will be from second generation silver negative print masters created for the project from first generation silver negative camera masters of Indiana newspaper titles. Products of this grant will include: uncompressed TIFF page images, derivative JPEG2000 images, derivative PDF files, OCR text files, and structured metadata. An historical essay will be created for every newspaper title along with updated CONSER-level MARC records. Digitization of these newspapers will allow important elements of Indiana's rich history to be more accessible to researchers. | No. This project focuses on digitization and accessibility of historic Indiana newspapers, without explicitly referencing DEI objectives. | No. This project focuses on digitization and accessibility of historic Indiana newspapers, without explicitly referencing DEI (Diversity, Equity, and Inclusion) objectives. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Flint Institute of Arts is requesting $150,000 in funding from the NEH Infrastructure and Capacity Building Challenge grant program as part of a $450,000 capital campaign to replace failing humidification units within the mechanical system that do not maintain consistent museum-standard RH levels, putting the collection in jeopardy. This two-year project will replace nine failing humidification units within the system that regulate temperature and humidity in gallery and collection storage areas with American-made Stulz Ultrasonic energy efficient humidifiers that precisely control temperature and humidity to ensure compliance with museum standards. | The Flint Institute of Arts is requesting $150,000 in funding from the NEH Infrastructure and Capacity Building Challenge grant program as part of a $450,000 capital campaign to replace failing humidification units within the mechanical system that do not maintain consistent museum-standard RH levels, putting the collection in jeopardy. This two-year project will replace nine failing humidification units within the system that regulate temperature and humidity in gallery and collection storage areas with American-made Stulz Ultrasonic energy efficient humidifiers that precisely control temperature and humidity to ensure compliance with museum standards. | No. This request for funding is related to the infrastructure and maintenance of the Flint Institute of Arts, but it does not directly relate to DEI initiatives. | No. This request for funding is related to the infrastructure and maintenance of the Flint Institute of Arts, but it does not directly relate to DEI (Diversity, Equity, and Inclusion) initiatives. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The City of Raton, located in northeastern rural New Mexico, seeks support for its Shuler Theater Restoration Project. The historic Shuler Theater is a New Mexico Registered Cultural Property, the center of the City of Raton's Arts and Culture District, and an essential venue for area residents to access the arts and humanities. Grants funds and raised matching funds will enable the City of Raton to upgrade the Theater's critical plumbing, sewer, and electrical infrastructure. | The City of Raton, located in northeastern rural New Mexico, seeks support for its Shuler Theater Restoration Project. The historic Shuler Theater is a New Mexico Registered Cultural Property, the center of the City of Raton's Arts and Culture District, and an essential venue for area residents to access the arts and humanities. Grants funds and raised matching funds will enable the City of Raton to upgrade the Theater's critical plumbing, sewer, and electrical infrastructure. | No. The description mentions a theater restoration project, but does not specifically mention any initiatives related to DEI. | No. The description mentions a theater restoration project, but does not specifically mention any initiatives related to DEI (Diversity, Equity, and Inclusion). |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Klezmer Archive (KA) project is creating a universally accessible, useful digital archival tool for interaction, discovery, and research on available information about klezmer music and its network of contemporary and historical people. | The Klezmer Archive (KA) project is creating a universally accessible, useful digital archival tool for interaction, discovery, and research on available information about klezmer music and its network of contemporary and historical people. | Yes. The Klezmer Archive project aims to provide universally accessible resources on klezmer music, contributing to cultural inclusivity and diversity (DEI). | Yes. The Klezmer Archive project aims to provide universally accessible resources on klezmer music, contributing to cultural inclusivity and diversity (DEI). |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project seeks to create two interconnected innovations with clear utility for researchers and scholars of print culture who work with periodicals, including those without intensive DH training. First, we propose to extend and refine our successful method for the attribution of anonymous periodical writings that has the potential for broad applicability in the study of literary and historical texts. The uncertainty and fluidity of newspaper authorship that lies at the root of this attribution problem will in turn be reflected and clarified in our second innovation: an open-source web interface for the display of periodical materials that makes visible this fluidity and uncertainty of authorship, places attributed texts in the context of their larger periodical publication, and allows for user exploration of the surrounding periodical content. | This project seeks to create two interconnected innovations with clear utility for researchers and scholars of print culture who work with periodicals, including those without intensive DH training. First, we propose to extend and refine our successful method for the attribution of anonymous periodical writings that has the potential for broad applicability in the study of literary and historical texts. The uncertainty and fluidity of newspaper authorship that lies at the root of this attribution problem will in turn be reflected and clarified in our second innovation: an open-source web interface for the display of periodical materials that makes visible this fluidity and uncertainty of authorship, places attributed texts in the context of their larger periodical publication, and allows for user exploration of the surrounding periodical content. | No. This project focuses on innovations in print culture research, but there is no mention of any explicit connection to diversity, equity, and inclusion (DEI) efforts. | No. This project focuses on innovations in print culture research, but there is no mention of any explicit connection to diversity, equity, and inclusion (DEI) efforts. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Urban Archive is requesting a Level II Digital Humanities Advancement Grant to support the enhancement of our award-winning digital infrastructure, which provides a diverse network of cultural organizations across New York State (and beyond) with a location-based digital platform and collections-management system that dramatically expands the reach of their digitized collections of historical materials. Our specific project is to implement Phase 4 of the Collections Management and Engagement Program (CMEP), which is the hub of all partner activity on Urban Archive, consolidating all of our partners' collection files, metadata, and tools into a unified dashboard.

Urban Archive is requesting a Level II Digital Humanities Advancement Grant to support the enhancement of our award-winning digital infrastructure, which provides a diverse network of cultural organizations across New York State (and beyond) with a location-based digital platform and collections-management system that dramatically expands the reach of their digitized collections of historical materials. Our specific project is to implement Phase 4 of the Collections Management and Engagement Program (CMEP), which is the hub of all partner activity on Urban Archive, consolidating all of our partners' collection files, metadata, and tools into a unified dashboard.

No — The description provided does not explicitly mention any components related to DEI.

No. The description provided does not explicitly mention any components related to DEI (Diversity, Equity, and Inclusion).

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.SubjectSpotter will automate the creation of subject tags in the metadata and transcriptions of cultural heritage materials. The software will be tested using the Civil War and Reconstruction Governors of Mississippi, a digital documentary edition of nineteenth century governors' records using LLM APIs to identify subjects and match them to controlled vocabularies, and then present those identified subjects to human editors for review. By the conclusion of the project, we will produce an open source, tested workflow and reusable software library that any developer can replicate, and also integrate it into the scholarly editing tool FromThePage.

SubjectSpotter will automate the creation of subject tags in the metadata and transcriptions of cultural heritage materials. The software will be tested using the Civil War and Reconstruction Governors of Mississippi, a digital documentary edition of nineteenth century governors' records using LLM APIs to identify subjects and match them to controlled vocabularies, and then present those identified subjects to human editors for review. By the conclusion of the project, we will produce an open source, tested workflow and reusable software library that any developer can replicate, and also integrate it into the scholarly editing tool FromThePage.

No — This initiative does not directly relate to DEI but focuses on automating subject tags for historical records.

No. This initiative does not directly relate to DEI but focuses on automating subject tags for historical records.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Booksnake makes it feel like digitized archival items are physically present in the real world by using augmented reality (AR) technology in consumer smartphones and tablets. While many projects use AR or virtual reality (VR) to publish custom content, Booksnake is a general-purpose, content-agnostic tool for existing digitized collections. Level II funding will enable users to juxtapose and compare multiple digitized items from four different archives (Library of Congress, David Rumsey Map Collection, Huntington Digital Library, and USC Digital Library) in physical space, and will support testing and dissemination. These activities respond to community feedback and build on four years of work. Expected outcomes include public release of a working application, open-source code, and technical documentation. This proposal advances NEH priorities of developing scalable digital tools to support the humanities, refining innovative computational methods, and evaluating their impacts.

Booksnake makes it feel like digitized archival items are physically present in the real world by using augmented reality (AR) technology in consumer smartphones and tablets. While many projects use AR or virtual reality (VR) to publish custom content, Booksnake is a general-purpose, content-agnostic tool for existing digitized collections. Level II funding will enable users to juxtapose and compare multiple digitized items from four different archives (Library of Congress, David Rumsey Map Collection, Huntington Digital Library, and USC Digital Library) in physical space, and will support testing and dissemination. These activities respond to community feedback and build on four years of work. Expected outcomes include public release of a working application, open-source code, and technical documentation. This proposal advances NEH priorities of developing scalable digital tools to support the humanities, refining innovative computational methods, and evaluating their impacts.

No — Booksnake's use of AR technology and its goals of enabling users to compare digitized items do not directly relate to DEI.

No. Booksnake's use of AR technology and its goals of enabling users to compare digitized items do not directly relate to DEI.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Many past digital humanities computer vision projects focus on digitization and data collection. Using library-scale digital collections, we propose a Digital Humanities Advancement Grant (Level II) to move beyond digitization and develop object detection models for localizing handwriting across digital collections of early print. We propose to investigate the relationship between digitized early print and its material source. Our project thus responds to recent calls in digital bibliography to treat digitized documents as distinct bibliographic objects. Building from preliminary research, we examine the effect of material versus digital-born features of page images for improving model performance. Our project will produce several state-of-the-art handwriting detection models, evaluated for bibliographic research tasks. We will release these models with accompanying code and documentation for use by students, researchers, and librarians.

Many past digital humanities computer vision projects focus on digitization and data collection. Using library-scale digital collections, we propose a Digital Humanities Advancement Grant (Level II) to move beyond digitization and develop object detection models for localizing handwriting across digital collections of early print. We propose to investigate the relationship between digitized early print and its material source. Our project thus responds to recent calls in digital bibliography to treat digitized documents as distinct bibliographic objects. Building from preliminary research, we examine the effect of material versus digital-born features of page images for improving model performance. Our project will produce several state-of-the-art handwriting detection models, evaluated for bibliographic research tasks. We will release these models with accompanying code and documentation for use by students, researchers, and librarians.

No — While this project involves digitization and data collection, it does not explicitly mention any efforts related to diversity, equity, and inclusion (DEI).

No. While this project involves digitization and data collection, it does not explicitly mention any efforts related to diversity, equity, and inclusion (DEI).

Ex. 15 US-000062485.xlsx

| | | No | | |
|---|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We seek to establish a dedicated undergraduate laboratory space anchored in the world-leading University of Iowa Center for the Book. Further, we propose to develop an undergraduate curriculum that will flourish in the envisioned workspace. The heart of the curricular proposal is a new introductory course in global print cultures, paired with an existing course on global manuscript cultures. Our goals are threefold: 1) to create and sustain spaces where students learn how material texts from diverse cultural traditions were made; 2) by integrating hands-on making into students' education, to deepen their understanding of key humanities themes, such as the interpretation of texts and how humans transform, reinterpret, and sustain artifacts and ideas over time and across cultures; & 3) to strengthen the humanities at Iowa by building collaborative connections between faculty, curators, book artists, engineers, scientists, and librarians teaching with material texts across the university. | We seek to establish a dedicated undergraduate laboratory space anchored in the world-leading University of Iowa Center for the Book. Further, we propose to develop an undergraduate curriculum that will flourish in the envisioned workspace. The heart of the curricular proposal is a new introductory course in global print cultures, paired with an existing course on global manuscript cultures. Our goals are threefold: 1) to create and sustain spaces where students learn how material texts from diverse cultural traditions were made; 2) by integrating hands-on making into students' education, to deepen their understanding of key humanities themes, such as the interpretation of texts and how humans transform, reinterpret, and sustain artifacts and ideas over time and across cultures; & 3) to strengthen the humanities at Iowa by building collaborative connections between faculty, curators, book artists, engineers, scientists, and librarians teaching with material texts across the university. | No | This does not directly relate to DEI as it does not mention any specific actions or considerations for diversity, equity, and inclusion. | No. This does not directly relate to DEI as it does not mention any specific actions or considerations for diversity, equity, and inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Italian in Wonderland is a three-year long curriculum redesign conceived for collegiate learners. It entails the development of groundbreaking Italian cross-disciplinary and cross-cultural language and culture courses that are adaptable for online, hybrid and in-person teaching modes as an Open Educational digital platform. The project involves the development, digitization, implementation, assessment, and dissemination of six Italian courses focusing on the main theme of "socio-cultural realities." The primary objective of these courses is to improve learners' critical and analytical skills through a whole-body curriculum that integrates humanities content with topics in the social sciences and STEM fields in order to advance aptitude for cross-cultural, transdisciplinary learning and collaboration. | Italian in Wonderland is a three-year long curriculum redesign conceived for collegiate learners. It entails the development of groundbreaking Italian cross-disciplinary and cross-cultural language and culture courses that are adaptable for online, hybrid and in-person teaching modes as an Open Educational digital platform. The project involves the development, digitization, implementation, assessment, and dissemination of six Italian courses focusing on the main theme of "socio-cultural realities." The primary objective of these courses is to improve learners' critical and analytical skills through a whole-body curriculum that integrates humanities content with topics in the social sciences and STEM fields in order to advance aptitude for cross-cultural, transdisciplinary learning and collaboration. | No | Italian in Wonderland does not appear to relate to DEI. It focuses on language and culture courses without explicit mention of diversity, equity, or inclusion. | No. Italian in Wonderland does not appear to relate to DEI. It focuses on language and culture courses without explicit mention of diversity, equity, or inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Florida International University's Science & Fiction Lab propagates humanities across the undergraduate curriculum by creating, storing, and disseminating portable course content (PCC). The subject matter of these "plug-and-play" modules derives from the myriad connections between science and fiction, in pairings such as genetics and clone stories; engineering and dystopian tales; computer science and artificial intelligence ethics. The Lab proposes to sponsor a series of institutes, wherein faculty fellows work in interdisciplinary teams to develop PCC. They integrate their designs into their own courses, and contribute them to the Lab's digital library of teaching resources. With each institute, this open-access repository grows into a database of PCC available to FIU instructors across disciplines. Bundled in adaptable units, intersections of science and fiction form a starship that conveys humanities throughout the curriculum, transforming the undergraduate classroom experience. | Florida International University's Science & Fiction Lab propagates humanities across the undergraduate curriculum by creating, storing, and disseminating portable course content (PCC). The subject matter of these "plug-and-play" modules derives from the myriad connections between science and fiction, in pairings such as genetics and clone stories; engineering and dystopian tales; computer science and artificial intelligence ethics. The Lab proposes to sponsor a series of institutes, wherein faculty fellows work in interdisciplinary teams to develop PCC. They integrate their designs into their own courses, and contribute them to the Lab's digital library of teaching resources. With each institute, this open-access repository grows into a database of PCC available to FIU instructors across disciplines. Bundled in adaptable units, intersections of science and fiction form a starship that conveys humanities throughout the curriculum, transforming the undergraduate classroom experience. | No | This description does not directly relate to DEI. It focuses on the propagation of humanities through science and fiction modules. | No. This description does not directly relate to DEI (Diversity, Equity, and Inclusion). It focuses on the propagation of humanities through science and fiction modules. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Medieval Liturgy: Tutorials for Students, Teachers, &amp; Researchers is a website that offers instruction on how to read and interpret the ritual practices of the medieval Roman Catholic Church, not only in Europe, but also in other regions and in other times. In each of its main sections, leading authorities at the University of Notre Dame and elsewhere teach about specific topics through gradated series of videos and case studies. Our primary audience is faculty and undergraduate and graduate students at Notre Dame. The website will be used as a textbook in Medieval Latin Liturgy and Chant, an undergraduate course being developed by the project leaders for the university core curriculum. But its audience is ultimately greater than that found at Notre Dame. It includes scholars across the world who wish to study and teach the liturgy. It is critical to preserving knowledge about this foundational, interdisciplinary subject and to strengthening the humanistic disciplines. | Medieval Liturgy: Tutorials for Students, Teachers, &amp; Researchers is a website that offers instruction on how to read and interpret the ritual practices of the medieval Roman Catholic Church, not only in Europe, but also in other regions and in other times. In each of its main sections, leading authorities at the University of Notre Dame and elsewhere teach about specific topics through gradated series of videos and case studies. Our primary audience is faculty and undergraduate and graduate students at Notre Dame. The website will be used as a textbook in Medieval Latin Liturgy and Chant, an undergraduate course being developed by the project leaders for the university core curriculum. But its audience is ultimately greater than that found at Notre Dame. It includes scholars across the world who wish to study and teach the liturgy. It is critical to preserving knowledge about this foundational, interdisciplinary subject and to strengthening the humanistic disciplines. | No | This initiative does not directly relate to DEI as it focuses on the study of medieval liturgy and strengthening humanistic disciplines. | No. This initiative does not directly relate to DEI as it focuses on the study of medieval liturgy and strengthening humanistic disciplines. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Woven in Wool: The Rebirth of Traditional Coast Salish Regalia is a first-of-its-kind exhibit that will embrace the power of wool regalia in all forms. The Burke Museum's six-month exhibition will feature traditional wool regalia common to the 19th-century Coast Salish peoples of the Pacific Northwest–an artform that emerged from over a thousand years of artistic tradition and became nearly extinct until the late 20th century. In both content and curatorial methodology, this exhibition will respect and empower the voices, knowledge, and practices of Salish weavers.

Woven in Wool: The Rebirth of Traditional Coast Salish Regalia is a first-of-its-kind exhibit that will embrace the power of wool regalia in all forms. The Burke Museum's six-month exhibition will feature traditional wool regalia common to the 19th-century Coast Salish peoples of the Pacific Northwest–an artform that emerged from over a thousand years of artistic tradition and became nearly extinct until the late 20th century. In both content and curatorial methodology, this exhibition will respect and empower the voices, knowledge, and practices of Salish weavers.

No

This exhibit focuses on showcasing traditional Coast Salish regalia and empowering Salish weavers, but it does not explicitly address DEI principles or issues.

No. This exhibit focuses on showcasing traditional Coast Salish regalia and empowering Salish weavers, but it does not explicitly address DEI principles or issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Nashville's Bass Street Community was a neighborhood formed by Black Civil War veterans and survivors at the foot of St. Cloud Hill on the UNESCO site of Fort Negley Park in the late 1860s. For three generations, descendants of this tight-knit community resisted white terror until the city's urban renewal efforts displaced them. Previous oral history work with descendants of the space has revealed a population eager to talk about memories which shed light on the foundations and intact cultural deposits that prior test pits at the site have revealed. This project collects descendant testimony in oral histories which will guide an excavation of a Reconstruction-era home and two public spaces in the neighborhood. Together, descendants and scholars will revisit questions of US history throughout the Jim Crow era while they explore ways that residents utilized material culture to fortify their precarious status as free Black Americans in the late 19th and early 20th centuries.

Nashville's Bass Street Community was a neighborhood formed by Black Civil War veterans and survivors at the foot of St. Cloud Hill on the UNESCO site of Fort Negley Park in the late 1860s. For three generations, descendants of this tight-knit community resisted white terror until the city's urban renewal efforts displaced them. Previous oral history work with descendants of the space has revealed a population eager to talk about memories which shed light on the foundations and intact cultural deposits that prior test pits at the site have revealed. This project collects descendant testimony in oral histories which will guide an excavation of a Reconstruction-era home and two public spaces in the neighborhood. Together, descendants and scholars will revisit questions of US history throughout the Jim Crow era while they explore ways that residents utilized material culture to fortify their precarious status as free Black Americans in the late 19th and early 20th centuries.

Yes

This project focuses on the history and experiences of a Black community, shedding light on their resilience and cultural contributions.

Yes. This project focuses on the history and experiences of a Black community, shedding light on their resilience and cultural contributions. #DEI

This proposal seeks support for a program of archaeological field research to investigate Egypt's first industrial-scale brewery, located at the site of Abydos, and whether it was contemporary with and functionally a part of the broad pattern of early royal activity at the site. Abydos was the ancestral home of Egypt's first kings, who established its first great royal necropolis at the site. Each of these kings also built a kind of monumental funerary temple called a "cultic enclosure" at some distance from the their tombs. Present evidence indicates the large-scale use of beer in the rituals conducted in some of these enclosures. Analysis of residues from both the brewery and deposits of offering pottery from the enclosures will test the possible association. The brewery itself represents an opportunity to understand not only the facility itself, but also how production on such a scale was organized and how it may have been integrated into other royal activity at the site.

This proposal seeks support for a program of archaeological field research to investigate Egypt's first industrial-scale brewery, located at the site of Abydos, and whether it was contemporary with and functionally a part of the broad pattern of early royal activity at the site. Abydos was the ancestral home of Egypt's first kings, who established its first great royal necropolis at the site. Each of these kings also built a kind of monumental funerary temple called a "cultic enclosure" at some distance from the their tombs. Present evidence indicates the large-scale use of beer in the rituals conducted in some of these enclosures. Analysis of residues from both the brewery and deposits of offering pottery from the enclosures will test the possible association. The brewery itself represents an opportunity to understand not only the facility itself, but also how production on such a scale was organized and how it may have been integrated into other royal activity at the site.

No

The Abydos brewery research focuses on archaeology and early Egyptian history without a DEI focus.

No. The Abydos brewery research focuses on archaeology and early Egyptian history without a DEI focus.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project creates digital infrastructure to increase access to archival dance information. Leveraging the digital framework of an archive built with previous NEH support for the collection, No Boundaries: Dancing the Visions of Contemporary Black Choreographers, the research team will prototype a dance data commons based on the Wikidata integration model and create tools that enable data exchange between this commons and individual archives. Four existing digital performing arts archives, Jacob's Pillow Archives, Brooklyn Academy of Music's Hamm Archives, Liz Lerman Archives, and ChromaDiverse, have agreed to partner by allowing access to their data to test integration across multiple systems. This project also involves a partnership with the University of Texas at Austin, where Co-PI Gesel Mason serves as associate professor, and subcontractor/software developer Whirl-i-Gig.

This project creates digital infrastructure to increase access to archival dance information. Leveraging the digital framework of an archive built with previous NEH support for the collection, No Boundaries: Dancing the Visions of Contemporary Black Choreographers, the research team will prototype a dance data commons based on the Wikidata integration model and create tools that enable data exchange between this commons and individual archives. Four existing digital performing arts archives, Jacob's Pillow Archives, Brooklyn Academy of Music's Hamm Archives, Liz Lerman Archives, and ChromaDiverse, have agreed to partner by allowing access to their data to test integration across multiple systems. This project also involves a partnership with the University of Texas at Austin, where Co-PI Gesel Mason serves as associate professor, and subcontractor/software developer Whirl-i-Gig.

No

This project focuses on creating digital infrastructure for archival dance information and data exchange, but does not explicitly relate to diversity, equity, and inclusion (DEI) efforts.

No. This project focuses on creating digital infrastructure for archival dance information and data exchange, but does not explicitly relate to diversity, equity, and inclusion (DEI) efforts.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Transnational Disinformation Networks and Asian Diasporic Politics is a collaborative project between Dr. Rachel Kuo  and Mark Calaguas. We <br /> bring together archival research and community oral histories to examine memory, political histories, and information networks across Asian and <br /> Asian American diasporas. We seek to understand how lived experiences of trauma, war, colonialism, and political suppression and social and <br /> cultural hierarchies of power undergird the spread of mis- and disinformation. We plan to host community storytelling workshops to train community volunteers to collect intergenerational and multilingual oral histories. By focusing on historical and geopolitical frameworks, our project intervenes in contemporary debates about mis- and disinformation, technology, and democracy.

Transnational Disinformation Networks and Asian Diasporic Politics is a collaborative project between Dr. Rachel Kuo  and Mark Calaguas. We <br /> bring together archival research and community oral histories to examine memory, political histories, and information networks across Asian and <br /> Asian American diasporas. We seek to understand how lived experiences of trauma, war, colonialism, and political suppression and social and <br /> cultural hierarchies of power undergird the spread of mis- and disinformation. We plan to host community storytelling workshops to train community volunteers to collect intergenerational and multilingual oral histories. By focusing on historical and geopolitical frameworks, our project intervenes in contemporary debates about mis- and disinformation, technology, and democracy.

No    While the project explores historical and geopolitical frameworks, it doesn't mention DEI or directly address issues of diversity, equity, and inclusion.

No. While the project explores historical and geopolitical frameworks, it doesn't mention DEI or directly address issues of diversity, equity, and inclusion.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We are applying for a Level II grant to research computational methods to make possible the computational analysis of literature for low resource languages - languages for which little natural language processing training data or tools exist, but which have a large amount of text to analyze. Our main goal is to allow such software to be built with much less annotated corpora. The key activities are to research computational methods combined with a relatively small amount of new annotation to build a BookNLP pipeline for Yiddish, a particularly acute case of a low resource language.  There is a range of languages for which these tools could then be applied, resulting in pipelines for those languages (e.g. Early Modern English). The intended audience therefore consists of humanities researchers in Yiddish and other low resource languages. The outputs will be the Yiddish BookNLP pipeline, the new annotation, and the fully-documented newly developed training procedures.

We are applying for a Level II grant to research computational methods to make possible the computational analysis of literature for low resource languages - languages for which little natural language processing training data or tools exist, but which have a large amount of text to analyze. Our main goal is to allow such software to be built with much less annotated corpora. The key activities are to research computational methods combined with a relatively small amount of new annotation to build a BookNLP pipeline for Yiddish, a particularly acute case of a low resource language.  There is a range of languages for which these tools could then be applied, resulting in pipelines for those languages (e.g. Early Modern English). The intended audience therefore consists of humanities researchers in Yiddish and other low resource languages. The outputs will be the Yiddish BookNLP pipeline, the new annotation, and the fully-documented newly developed training procedures.

No    Does not relate to DEI.

No.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Bucknell University's Health Humanities Working Group proposes the development of a new interdisciplinary minor in the health humanities as a means of revitalizing the liberal arts core, expanding students' humanistic knowledge of health, and contributing to the University's already well-situated rural and community partnerships. The minor will have three basic components: 1) a gateway course entitled Humanizing Health; 2) three electives drawn from different humanities departments; and 3) a capstone experience placing students in civic engagement with our rural local communities. Funded activities include summer workshops; curricular development grants; funding for the program director; and external review. Through its emphasis on the urgency of the health humanities for all students--not just those pursuing careers in biomedicine--this project will amplify the humanities' contribution to understanding health, illness, and medicine within our campus and our regional communities.

Bucknell University's Health Humanities Working Group proposes the development of a new interdisciplinary minor in the health humanities as a means of revitalizing the liberal arts core, expanding students' humanistic knowledge of health, and contributing to the University's already well-situated rural and community partnerships. The minor will have three basic components: 1) a gateway course entitled Humanizing Health; 2) three electives drawn from different humanities departments; and 3) a capstone experience placing students in civic engagement with our rural local communities. Funded activities include summer workshops; curricular development grants; funding for the program director; and external review. Through its emphasis on the urgency of the health humanities for all students--not just those pursuing careers in biomedicine--this project will amplify the humanities' contribution to understanding health, illness, and medicine within our campus and our regional communities.

No    This initiative focuses on developing a new interdisciplinary minor in health humanities and does not explicitly relate to DEI.

No. This initiative focuses on developing a new interdisciplinary minor in health humanities and does not explicitly relate to DEI (Diversity, Equity, and Inclusion).

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Georgia College, with the assistance of its Andalusia Institute, wishes to interview individuals for podcasts,  videos, and archival records that will provide important insight to O'Connor scholars and the legion of O'Connor  enthusiasts who find inspiration and delight in her work.

Georgia College, with the assistance of its Andalusia Institute, wishes to interview individuals for podcasts,  videos, and archival records that will provide important insight to O'Connor scholars and the legion of O'Connor  enthusiasts who find inspiration and delight in her work.

No    This initiative focuses on interviewing individuals related to O'Connor's work, not specifically on DEI topics or promoting diversity, equity, and inclusion.

No. This initiative focuses on interviewing individuals related to O'Connor's work, not specifically on DEI topics or promoting diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Artificial intelligence (AI) technologies that mobilize sound – i.e., machine listening systems – are being implemented in high-stakes contexts spanning healthcare, human resources, and security. Few scholarly works have investigated their broader impact on society, and public awareness of how these systems affect people's everyday lives is limited. This project will bring together a multidisciplinary and international group of scholars to advance research on the dangers and opportunities of machine listening from a humanistic perspective. Through working group meetings and a speaker series, the project will explore how the epistemic question of "listening" is shifting with the rise of AI, how machines learn to listen, and how machine listening systems are impacting or could impact society in the near future. The outcomes will include a special issue on machine listening systems (the first of its kind), a conference tutorial session, a piece in The Atlantic, and a white paper for NEH.

Artificial intelligence (AI) technologies that mobilize sound – i.e., machine listening systems – are being implemented in high-stakes contexts spanning healthcare, human resources, and security. Few scholarly works have investigated their broader impact on society, and public awareness of how these systems affect people's everyday lives is limited. This project will bring together a multidisciplinary and international group of scholars to advance research on the dangers and opportunities of machine listening from a humanistic perspective. Through working group meetings and a speaker series, the project will explore how the epistemic question of "listening" is shifting with the rise of AI, how machines learn to listen, and how machine listening systems are impacting or could impact society in the near future. The outcomes will include a special issue on machine listening systems (the first of its kind), a conference tutorial session, a piece in The Atlantic, and a white paper for NEH.

No | This description does not directly pertain to diversity, equity, and inclusion (DEI) issues.

No. This description does not directly pertain to diversity, equity, and inclusion (DEI) issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.After Constable's Clouds will use computer vision to enhance art historical understanding of 19th-century Realism. The emergence of Realism in French landscape painting is often linked to the 1824 exhibition in Paris of John Constable's unidealized view of the English countryside, The Hay Wain. Viewers particularly noted the veracity of Constable's clouds. Indeed, our computational research shows that Constable's clouds are more closely modeled on the structure of actual clouds than those of his contemporaries, with French academician Pierre-Henri de Valenciennes a near rival. Valenciennes taught a generation of landscape artists, emphasizing the importance of plein-air sky studies, yet histories of French landscape tend to cast Constable as Realism's catalyst. After Constable's Clouds will test this historiography by using computer vision to classify and compare the clouds in paintings by Barbizon, Realist, and Impressionist painters with those of Constable and Valenciennes.

After Constable's Clouds will use computer vision to enhance art historical understanding of 19th-century Realism. The emergence of Realism in French landscape painting is often linked to the 1824 exhibition in Paris of John Constable's unidealized view of the English countryside, The Hay Wain. Viewers particularly noted the veracity of Constable's clouds. Indeed, our computational research shows that Constable's clouds are more closely modeled on the structure of actual clouds than those of his contemporaries, with French academician Pierre-Henri de Valenciennes a near rival. Valenciennes taught a generation of landscape artists, emphasizing the importance of plein-air sky studies, yet histories of French landscape tend to cast Constable as Realism's catalyst. After Constable's Clouds will test this historiography by using computer vision to classify and compare the clouds in paintings by Barbizon, Realist, and Impressionist painters with those of Constable and Valenciennes.

No | This research focuses on computer vision and art historical understanding of Realism, but does not directly relate to DEI.

No. This research focuses on computer vision and art historical understanding of Realism, but does not directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We propose to connect archaeological data in Pohnpei and Kosrae in Micronesia with village ethnography and active participation of villagers in the archaeological survey of their own communities. We propose to use drone-mounted lidar that can produce very highly detailed images and that can eliminate vegetation and modern construction from the view. These will help to visualize homescapes and coastal terrain in new ways of viewing the landscape. Villagers will meet in ethnographic sessions to apply their cultural knowledge of their island's settlement and migration throughout the region. Archaeological knowledge will complement community knowledge. The project will contribute to current scholarship on indigenous knowledge in the face of western and colonial interpretation, and will provide a forum for islanders and western scholars to compare and contrast archaeological and ethnographic data as a space within which to co-produce knowledge of their migration history in the region.

We propose to connect archaeological data in Pohnpei and Kosrae in Micronesia with village ethnography and active participation of villagers in the archaeological survey of their own communities. We propose to use drone-mounted lidar that can produce very highly detailed images and that can eliminate vegetation and modern construction from the view. These will help to visualize homescapes and coastal terrain in new ways of viewing the landscape. Villagers will meet in ethnographic sessions to apply their cultural knowledge of their island's settlement and migration throughout the region. Archaeological knowledge will complement community knowledge. The project will contribute to current scholarship on indigenous knowledge in the face of western and colonial interpretation, and will provide a forum for islanders and western scholars to compare and contrast archaeological and ethnographic data as a space within which to co-produce knowledge of their migration history in the region.

No | While the project incorporates archaeology and ethnography, the description does not indicate a specific focus on Diversity, Equity, and Inclusion (DEI).

No. While the project incorporates archaeology and ethnography, the description does not indicate a specific focus on Diversity, Equity, and Inclusion (DEI).

| | | | | |
|---|---|---|---|---|
| 382 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Building from a new collaboration between Ripon College and Marian University, this three-year project will bring together faculty members at the two institutions and other community partners to develop a more robust and sustainable approach to humanities education in the southern Fox Valley region of Wisconsin.  Through visiting lectures, workshops, and regular faculty and course development opportunities, participants in our cross-campus Faculty Learning Communities (FLCs) will reimagine the humanities for the twenty-first century, emphasizing sustainability, diversity, and place-based instruction as the three keys to preserving and expanding humanities offerings and enrollments at small liberal arts colleges.  The result will be an approach to humanistic inquiry that is more responsive to local needs and resources, including a strengthened network of regional connections between humanities scholars, educators, and students at multiple institutions. | Building from a new collaboration between Ripon College and Marian University, this three-year project will bring together faculty members at the two institutions and other community partners to develop a more robust and sustainable approach to humanities education in the southern Fox Valley region of Wisconsin.  Through visiting lectures, workshops, and regular faculty and course development opportunities, participants in our cross-campus Faculty Learning Communities (FLCs) will reimagine the humanities for the twenty-first century, emphasizing sustainability, diversity, and place-based instruction as the three keys to preserving and expanding humanities offerings and enrollments at small liberal arts colleges.  The result will be an approach to humanistic inquiry that is more responsive to local needs and resources, including a strengthened network of regional connections between humanities scholars, educators, and students at multiple institutions. | No | This initiative focuses on developing a more robust humanities education in the Fox Valley region, but it does not explicitly mention DEI as one of its goals. | No. This initiative focuses on developing a more robust humanities education in the Fox Valley region, but it does not explicitly mention DEI (Diversity, Equity, and Inclusion) as one of its goals. |
| 383 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Bermuda, Virginia's sister settlement, is Great Britain's oldest colony yet its early history has never been investigated archaeologically. This multidisciplinary project will situate Bermuda within broader archaeological studies of early Anglo-Atlantic expansion by investigating three 1610s sites where processes of Americanization, ethnogenesis, and environmental adaptation began. It builds on field research started in 2010 that has identified 26 sites spanning 410 years. Our work investigates how Bermuda's settlers largely succeeded where most comparative Anglo-Atlantic colonial sites struggled in England's earliest pre-1635 phase of global expansion. By investigating fundamentally humanistic dynamics inherent to colonization across time and space, our project will generate new multi-scalar knowledge about interrelated processes involved in transforming England's first settlers into a culturally distinctive new American people. | Bermuda, Virginia's sister settlement, is Great Britain's oldest colony yet its early history has never been investigated archaeologically. This multidisciplinary project will situate Bermuda within broader archaeological studies of early Anglo-Atlantic expansion by investigating three 1610s sites where processes of Americanization, ethnogenesis, and environmental adaptation began. It builds on field research started in 2010 that has identified 26 sites spanning 410 years. Our work investigates how Bermuda's settlers largely succeeded where most comparative Anglo-Atlantic colonial sites struggled in England's earliest pre-1635 phase of global expansion. By investigating fundamentally humanistic dynamics inherent to colonization across time and space, our project will generate new multi-scalar knowledge about interrelated processes involved in transforming England's first settlers into a culturally distinctive new American people. | No | This project does not explicitly mention or address diversity, equity, and inclusion (DEI) factors. | No. This project does not explicitly mention or address diversity, equity, and inclusion (DEI) factors. |
| 384 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Images Out of Time is a new humanities curriculum developed in partnership with the Visual Studies Research Institute and Thematic Option Program in General Education at USC. This three-year project brings together faculty, graduate students, and undergraduates to study visual and material culture in periods of rapid cultural change and social upheaval. Monuments to unjust pasts; icons manifesting gods; ancient ruins in modern structures; old images restored by new technology: these images challenge linear historical narratives. Understanding how they pass through time helps us find our place between past and future. Our project enhances the humanities at USC through undergraduate courses and internships, object-based learning site visits, graduate training and mentorship, and public programming. Activities will intersect art history, religion, literature, history, and anthropology, and bridge divisions of premodern and modern, as well as European, Atlantic, and Pacific spheres. | Images Out of Time is a new humanities curriculum developed in partnership with the Visual Studies Research Institute and Thematic Option Program in General Education at USC. This three-year project brings together faculty, graduate students, and undergraduates to study visual and material culture in periods of rapid cultural change and social upheaval. Monuments to unjust pasts; icons manifesting gods; ancient ruins in modern structures; old images restored by new technology: these images challenge linear historical narratives. Understanding how they pass through time helps us find our place between past and future. Our project enhances the humanities at USC through undergraduate courses and internships, object-based learning site visits, graduate training and mentorship, and public programming. Activities will intersect art history, religion, literature, history, and anthropology, and bridge divisions of premodern and modern, as well as European, Atlantic, and Pacific spheres. | No | Images Out of Time is a humanities curriculum that focuses on studying visual and material culture in periods of cultural change and does not mention DEI. | No. Images Out of Time is a humanities curriculum that focuses on studying visual and material culture in periods of cultural change and does not mention DEI. |
| 385 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We will develop three mezzanine upper-division humanities courses that can serve as the basis of spinoff modules for upper-level computer science students (majors, masters students) and modules/workshops for community college students (via the partnership with Bay Area Community Colleges). | We will develop three mezzanine upper-division humanities courses that can serve as the basis of spinoff modules for upper-level computer science students (majors, masters students) and modules/workshops for community college students (via the partnership with Bay Area Community Colleges). | No | This description does not relate to DEI as it does not mention any efforts to address diversity, equity, or inclusion. | No. This description does not relate to DEI as it does not mention any efforts to address diversity, equity, or inclusion. |

386 Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.INSTRUMENTAL is a 30-minute documentary about Elayne Jones, who broke through racial and gender barriers in classical music but paid a personal toll for fighting against a culture of exclusivity. The film accompanies this 93-year-old African American timpanist as she reflects on the difference she's made and the work that remains to be done. A collaboration between feminist documentary filmmaker Julie Wyman and American Studies scholar Grace Wang, INSTRUMENTAL is a critical, historical, and creative media research project that tells the story of Jones's life, work, and fight for inclusion in classical music.

INSTRUMENTAL is a 30-minute documentary about Elayne Jones, who broke through racial and gender barriers in classical music but paid a personal toll for fighting against a culture of exclusivity. The film accompanies this 93-year-old African American timpanist as she reflects on the difference she's made and the work that remains to be done. A collaboration between feminist documentary filmmaker Julie Wyman and American Studies scholar Grace Wang, INSTRUMENTAL is a critical, historical, and creative media research project that tells the story of Jones's life, work, and fight for inclusion in classical music.

No   INSTRUMENTAL is a documentary about Elayne Jones and her fight for inclusion in classical music. It does not relate to DEI in general.

No. INSTRUMENTAL is a documentary about Elayne Jones and her fight for inclusion in classical music. It does not relate to DEI in general.

387 Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Brendan's Voyage: An Immersive Environment for Medieval Language and Culture emphasizes the link between the spoken and written elements of medieval French in a virtual, interactive, immersive learning environment based on a foundational literary text. Informed by empirical research, modern language pedagogy offers immersive learning experiences through study abroad programs or exclusive target-language use in the classroom. These techniques are not readily available for the teaching of medieval languages. Our project addresses this problem through the creation of a virtual immersive environment that allows the user to learn medieval languages as if they were inhabiting an authentic context. Informed by professional game design and modern language pedagogy, Brendan's Voyage will offer a revolutionary way to teach and learn a historically influential medieval language in a culturally informed narrative and visual context.

Brendan's Voyage: An Immersive Environment for Medieval Language and Culture emphasizes the link between the spoken and written elements of medieval French in a virtual, interactive, immersive learning environment based on a foundational literary text. Informed by empirical research, modern language pedagogy offers immersive learning experiences through study abroad programs or exclusive target-language use in the classroom. These techniques are not readily available for the teaching of medieval languages. Our project addresses this problem through the creation of a virtual immersive environment that allows the user to learn medieval languages as if they were inhabiting an authentic context. Informed by professional game design and modern language pedagogy, Brendan's Voyage will offer a revolutionary way to teach and learn a historically influential medieval language in a culturally informed narrative and visual context.

No   This initiative focuses on creating a virtual immersive environment for learning medieval languages, rather than directly addressing diversity, equity, and inclusion.

No. This initiative focuses on creating a virtual immersive environment for learning medieval languages, rather than directly addressing diversity, equity, and inclusion.

388 Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Northeastern University will develop machine learning tools and cataloging workflows to provide access to large newspaper photograph collections. Northeastern University is home to the <em>Boston Globe</em> photo morgue, a collection of over 1 million photographic prints from the newspaper's past editions. When these images are stored, or in the jargon "sent to the morgue", they often vanish into the history of journalism, consigned to defunct and forgotten newspaper clippings. In the past, digitization costs have been the key factor in limiting access to journalism archives. Today, the main barrier to access is the creation of metadata sufficient to support image search, retrieval, and analysis. The tools and processes developed by this grant will allow the Northeastern University Library to catalog these images at massive scale and provide open-source, reproducible software and workflows that can be leveraged by other institutions to help revive and curate similar collections.

Northeastern University will develop machine learning tools and cataloging workflows to provide access to large newspaper photograph collections. Northeastern University is home to the <em>Boston Globe</em> photo morgue, a collection of over 1 million photographic prints from the newspaper's past editions. When these images are stored, or in the jargon "sent to the morgue", they often vanish into the history of journalism, consigned to defunct and forgotten newspaper clippings. In the past, digitization costs have been the key factor in limiting access to journalism archives. Today, the main barrier to access is the creation of metadata sufficient to support image search, retrieval, and analysis. The tools and processes developed by this grant will allow the Northeastern University Library to catalog these images at massive scale and provide open-source, reproducible software and workflows that can be leveraged by other institutions to help revive and curate similar collections.

Yes   This initiative will use machine learning to provide access to a large newspaper photograph collection, supporting the goals of diversity, equity, and inclusion by making historical material more accessible and inclusive.

Yes. This initiative will use machine learning to provide access to a large newspaper photograph collection, supporting the goals of diversity, equity, and inclusion by making historical material more accessible and inclusive.

389 Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Funding will support the project across two primary pillars of development: Platform Enhancement and Technical Development with a focus on improving user experience  and adding new features to the existing framework, and User Base Evaluation and Expansion, to support a growing cohort of Indiana teachers of all grade levels whose experience with the  platform can inform future improvements to the project's function and form. By the end of the 24-month period of performance, we anticipate the project will have grown to reach hundreds of  new educators and thousands of students thereby connecting them with the digital humanities in an engaging, accessible, and fun manner.

Funding will support the project across two primary pillars of development: Platform Enhancement and Technical Development with a focus on improving user experience and adding new features to the existing framework, and User Base Evaluation and Expansion, to support a growing cohort of Indiana teachers of all grade levels whose experience with the  platform can inform future improvements to the project's function and form. By the end of the 24-month period of performance, we anticipate the project will have grown to reach hundreds of  new educators and thousands of students thereby connecting them with the digital humanities in an engaging, accessible, and fun manner.

No   Funding for platform enhancement, technical development, and user base expansion does not directly relate to DEI.

No. Funding for platform enhancement, technical development, and user base expansion does not directly relate to DEI.

Ex. 15 US-000062485.xlsx

| | | | | |
|---|---|---|---|---|
| 390 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Project Plaza of the Columns Complex will explore how the governing elite of Teotihuacan, Mexico (1-550 CE) perpetuated the state through the mechanism of a performance-driven ritual economy. We hypothesize production and exchange of meaning-laden objects/structures for and in rituals explicitly reified foreign relations and bestowed cosmic authority upon the Teotihuacan state early in the city's history. The explicit involvement of foreign aristocrats recorded in the rituals at Plaza of the Columns constitutes an unprecedented documentation of foreign diplomacy during Teotihuacan's pivotal ascent to prominence in Classic Mesoamerica's dynamic landscape. We request three years of funding for fieldwork at Plaza of the Columns Complex. | Project Plaza of the Columns Complex will explore how the governing elite of Teotihuacan, Mexico (1-550 CE) perpetuated the state through the mechanism of a performance-driven ritual economy. We hypothesize production and exchange of meaning-laden objects/structures for and in rituals explicitly reified foreign relations and bestowed cosmic authority upon the Teotihuacan state early in the city's history. The explicit involvement of foreign aristocrats recorded in the rituals at Plaza of the Columns constitutes an unprecedented documentation of foreign diplomacy during Teotihuacan's pivotal ascent to prominence in Classic Mesoamerica's dynamic landscape. We request three years of funding for fieldwork at Plaza of the Columns Complex. | No | This project does not explicitly relate to DEI but focuses on the exploration of Teotihuacan's governance and foreign relations in ancient Mexico. | No. This project does not explicitly relate to DEI (Diversity, Equity, and Inclusion) but focuses on the exploration of Teotihuacan's governance and foreign relations in ancient Mexico. |
| 391 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In collaboration with the Indigenous Tribal communities and the US Forest Service, this project proposes to inventory culturally modified trees and document associated cultural practices, oral histories, and symbolism with Indigenous knowledge holders for a traditional landscape in the western Oregon Cascades. The proposed fieldwork includes archaeological and ethnographic methods and seeks to create a digital record of this endangered cultural heritage resource. | In collaboration with the Indigenous Tribal communities and the US Forest Service, this project proposes to inventory culturally modified trees and document associated cultural practices, oral histories, and symbolism with Indigenous knowledge holders for a traditional landscape in the western Oregon Cascades. The proposed fieldwork includes archaeological and ethnographic methods and seeks to create a digital record of this endangered cultural heritage resource. | Yes | This project aims to inventory culturally modified trees and document Indigenous knowledge, promoting diversity, equity, and inclusion. | Yes. This project aims to inventory culturally modified trees and document Indigenous knowledge, promoting diversity, equity, and inclusion. |
| 392 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Inaccessible materials have prevented blind students and scholars from participating equally in the study of ancient languages, literature, and history. The solution proposed in this project will make hundreds of thousands of primary texts available to braille readers and progress these students and scholars toward more equal footing with their sighted colleagues. Nearly every blind person with a computer or mobile device will have the same immediate access to digitized texts that sighted scholars already enjoy. | Inaccessible materials have prevented blind students and scholars from participating equally in the study of ancient languages, literature, and history. The solution proposed in this project will make hundreds of thousands of primary texts available to braille readers and progress these students and scholars toward more equal footing with their sighted colleagues. Nearly every blind person with a computer or mobile device will have the same immediate access to digitized texts that sighted scholars already enjoy. | Yes | Inaccessible materials hinder blind individuals from pursuing historical studies equally. This project aims to provide braille readers with accessible primary texts, promoting inclusivity and equal access. | Yes. Inaccessible materials hinder blind individuals from pursuing historical studies equally. This project aims to provide braille readers with accessible primary texts, promoting inclusivity and equal access. |
| 393 | Perhaps no medical device has sparked more popular discussion of the "dangers and opportunities of technology" than the cochlear implant (CI). The first true bionic device, CIs (re)produce an absent 'normal' human function. Despite debates about the ramifications of CI technology, few book-length studies of the technology exist and these overwhelmingly emphasize U.S. and European perspectives. This collaborative and comparative project will document the impacts of the technology itself, the influence of the global corporations that market it, and the range of ways implants have been domesticated, maintained, and re-interpreted. At this pivotal moment for the development and global dissemination of neuroprosthetics, with brain implants featured ubiquitously in the headlines, this multi-disciplinary, international project will serve both a documentary and a comparative function, as well as provide a platform through our conference and published work for alternative narratives of CI use. | Perhaps no medical device has sparked more popular discussion of the "dangers and opportunities of technology" than the cochlear implant (CI). The first true bionic device, CIs (re)produce an absent 'normal' human function. Despite debates about the ramifications of CI technology, few book-length studies of the technology exist and these overwhelmingly emphasize U.S. and European perspectives. This collaborative and comparative project will document the impacts of the technology itself, the influence of the global corporations that market it, and the range of ways implants have been domesticated, maintained, and re-interpreted. At this pivotal moment for the development and global dissemination of neuroprosthetics, with brain implants featured ubiquitously in the headlines, this multi-disciplinary, international project will serve both a documentary and a comparative function, as well as provide a platform through our conference and published work for alternative narratives of CI use. | Yes | The cochlear implant project amplifies diverse global perspectives on disability and technology beyond Western narratives. | Yes. The cochlear implant project amplifies diverse global perspectives on disability and technology beyond Western narratives. |
| 394 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The project proposed here would investigate the diversity of identity and activities across Jebel Barkal (northern Sudan), one of the major urban centers of ancient Kush (ca. 800 BCE – 300 CE) and also a UNESCO World Heritage site. Over two field seasons, it would excavate six 20 x 20 m horizontal exposures, commensurate with the size of the site. It would contribute significantly to archaeology in the Nile Valley, where urban centers have rarely been investigated by techniques of comparative archaeology, and would also engage Sudanese colleagues as team members in discussions about and training in these methods. It would also be an important part of broader efforts to engage with the community around the site. | The project proposed here would investigate the diversity of identity and activities across Jebel Barkal (northern Sudan), one of the major urban centers of ancient Kush (ca. 800 BCE – 300 CE) and also a UNESCO World Heritage site. Over two field seasons, it would excavate six 20 x 20 m horizontal exposures, commensurate with the size of the site. It would contribute significantly to archaeology in the Nile Valley, where urban centers have rarely been investigated by techniques of comparative archaeology, and would also engage Sudanese colleagues as team members in discussions about and training in these methods. It would also be an important part of broader efforts to engage with the community around the site. | No | While the project engages Sudanese colleagues and community, it does not explicitly address diversity, equity, and inclusion (DEI) concerns. | No. While the project engages Sudanese colleagues and community, it does not explicitly address diversity, equity, and inclusion (DEI) concerns. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.New Deal agencies extensively modernized the U.S. built environment and impacted U.S. residents from every demographic, yet, for decades, their vast spatial footprint remained undocumented. Living New Deal (LND) is the first comprehensive effort to crowdsource the location of New Deal public works, publishing their geospatial and related qualitative data through a searchable database in WordPress and a Mapbox interactive map, which serve over 1.25 million visitors annually. We seek Level II funding to enhance LND's contributions to socio-spatial understanding of New Deal public works by: 1) auditing and upgrading our existing data, 2) incorporating U.S. Census spatial and population data to expand their scope, 3) piloting methods for locating additional demographic data regionally that can be scaled by LND nationally, and 4) developing data download functionality and a digital humanities section for our website to strengthen LND's ability to support timely debates in the humanities.

New Deal agencies extensively modernized the U.S. built environment and impacted U.S. residents from every demographic, yet, for decades, their vast spatial footprint remained undocumented. Living New Deal (LND) is the first comprehensive effort to crowdsource the location of New Deal public works, publishing their geospatial and related qualitative data through a searchable database in WordPress and a Mapbox interactive map, which serve over 1.25 million visitors annually. We seek Level II funding to enhance LND's contributions to socio-spatial understanding of New Deal public works by: 1) auditing and upgrading our existing data, 2) incorporating U.S. Census spatial and population data to expand their scope, 3) piloting methods for locating additional demographic data regionally that can be scaled by LND nationally, and 4) developing data download functionality and a digital humanities section for our website to strengthen LND's ability to support timely debates in the humanities.

Yes

LND's efforts to document New Deal public works, incorporate census data, and provide data download functionality contribute to socio-spatial understanding and support DEI goals.

Yes. LND's efforts to document New Deal public works, incorporate census data, and provide data download functionality contribute to socio-spatial understanding and support DEI goals.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Ramapo College of New Jersey proposes to advance its digital humanities (DH) initiatives to revitalize the College's humanities programs and enhance humanities education across the College and in the surrounding community. Faculty fellows will design and implement innovative digital humanities projects in every humanities major so that all humanities students graduate with an understanding of DH and with experience working with at least one DH tool. Yearly workshops for faculty, community partners, and local high school students will expand the reach of Ramapo's DH initiatives, creating opportunities for Ramapo College undergraduates to work on public-facing community DH projects. Finally, the revision of a required general education humanities course to include a DH project will ensure that all Ramapo College undergraduates engage with DH, increasing their digital literacy and deepening their understanding of how the humanities impact the wider world.

Ramapo College of New Jersey proposes to advance its digital humanities (DH) initiatives to revitalize the College's humanities programs and enhance humanities education across the College and in the surrounding community. Faculty fellows will design and implement innovative digital humanities projects in every humanities major so that all humanities students graduate with an understanding of DH and with experience working with at least one DH tool. Yearly workshops for faculty, community partners, and local high school students will expand the reach of Ramapo's DH initiatives, creating opportunities for Ramapo College undergraduates to work on public-facing community DH projects. Finally, the revision of a required general education humanities course to include a DH project will ensure that all Ramapo College undergraduates engage with DH, increasing their digital literacy and deepening their understanding of how the humanities impact the wider world.

Yes

Ramapo College's proposal to advance its digital humanities initiatives promotes digital literacy and expands access to DH projects, fostering diversity, equity, and inclusion.

Yes. Ramapo College's proposal to advance its digital humanities initiatives promotes digital literacy and expands access to DH projects, fostering diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.During the grant period we would: 1. create a free, open-access website on which to store what will eventually be approximately 110 organa, 460 clausulae, and 680 motets along with their rhythmic and melodic variants; 2. transcribe approximately a quarter of this music into modern notation (25 organa, 100 clausulae, 150 motets) presenting multiple plausible transcriptions of each work each of which will then be entered into the website as .xml files and then analyzed using MEI; 3. create an interface using Edirom and GET requests which will allow users to compare as many versions of a given work as desired, and allow them to create and print a hybrid edition which could combine several of the versions together according to the user''s specifications.

During the grant period we would: 1. create a free, open-access website on which to store what will eventually be approximately 110 organa, 460 clausulae, and 680 motets along with their rhythmic and melodic variants; 2. transcribe approximately a quarter of this music into modern notation (25 organa, 100 clausulae, 150 motets) presenting multiple plausible transcriptions of each work each of which will then be entered into the website as .xml files and then analyzed using MEI; 3. create an interface using Edirom and GET requests which will allow users to compare as many versions of a given work as desired, and allow them to create and print a hybrid edition which could combine several of the versions together according to the user''s specifications.

No

This initiative does not directly relate to DEI as it focuses on creating a website to store and analyze music, without addressing diversity, equity, or inclusion aspects.

No. This initiative does not directly relate to DEI as it focuses on creating a website to store and analyze music, without addressing diversity, equity, or inclusion aspects.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Seventeen Moments in Soviet History, originally developed in 2002 with NEH funding, is a multimedia archive offering a cross-section of Soviet life in seventeen different years. It provides users with a comprehensive experience of Soviet history through essays and primary materials, covering politics, society, culture, and economics. The site continues to attract over 700,000 unique visitors annually despite its out-of-date design. The Level II grant application seeks to update both functionalities and content. Functionality updates include ADA compliance, enhanced accessibility for diverse users and sustainability. Content updates aim to cover non-European regions of the former Soviet Union and deepen coverage of the last two decades of Soviet history. The overarching goal is to ensure longevity, accessibility, and sustained usage of the site for students and the general public.

Seventeen Moments in Soviet History, originally developed in 2002 with NEH funding, is a multimedia archive offering a cross-section of Soviet life in seventeen different years. It provides users with a comprehensive experience of Soviet history through essays and primary materials, covering politics, society, culture, and economics. The site continues to attract over 700,000 unique visitors annually despite its out-of-date design. The Level II grant application seeks to update both functionalities and content. Functionality updates include ADA compliance, enhanced accessibility for diverse users and sustainability. Content updates aim to cover non-European regions of the former Soviet Union and deepen coverage of the last two decades of Soviet history. The overarching goal is to ensure longevity, accessibility, and sustained usage of the site for students and the general public.

Yes

This initiative aims to enhance accessibility for diverse users, including making the site ADA compliant. It also seeks to deepen coverage of non-European regions and ensure sustained usage for education and public awareness.

Yes. This initiative aims to enhance accessibility for diverse users, including making the site ADA compliant. It also seeks to deepen coverage of non-European regions and ensure sustained usage for education and public awareness.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Our team proposes research and development on an augmented reality mapping application for the Fortepan.us digital photo archival platform. The application will display superimposed geolocated historical photos onto a modern-day 360° streetscape (like an open source "Google Historical Street View"). Our intent is to match historical photos of American campuses and main streets to the very place and perspective from which the photographer captured the original photograph, and display the photos, decade by decade (e.g., 1900, 1910, 1920), in a customized historical "Mainstreet 360°" street view. We also aim to provide a means for interpreting the augmented reality historical scenes through text fields for each decade and small pop up info boxes atop photographs. We will present 2 workshops (1 virtual), create a "how-to" video series, and promote the app at conferences. Our final aim: demystify 360° imaging and empower cultural heritage institutions to use this easy, powerful visual tool.

Our team proposes research and development on an augmented reality mapping application for the Fortepan.us digital photo archival platform. The application will display superimposed geolocated historical photos onto a modern-day 360° streetscape (like an open source "Google Historical Street View"). Our intent is to match historical photos of American campuses and main streets to the very place and perspective from which the photographer captured the original photograph, and display the photos, decade by decade (e.g., 1900, 1910, 1920), in a customized historical "Mainstreet 360°" street view. We also aim to provide a means for interpreting the augmented reality historical scenes through text fields for each decade and small pop up info boxes atop photographs. We will present 2 workshops (1 virtual), create a "how-to" video series, and promote the app at conferences. Our final aim: demystify 360° imaging and empower cultural heritage institutions to use this easy, powerful visual tool.

No

This proposal does not directly relate to DEI as it does not mention diversity, equity, or inclusion in its objectives or outcomes.

No. This proposal does not directly relate to DEI as it does not mention diversity, equity, or inclusion in its objectives or outcomes.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We seek Level II funding to develop the Artistic Network Toolbox (ANT), an open-source, user-friendly platform for scholars and students to curate, visualize, and share the relationships between art, its creators, and its contexts. While prior digital humanities projects have shown the value of network analysis to explore artistic production, doing so required expensive, one-off software development customized for each project. Instead, the goal of ANT is to democratize access to network analysis in art historical scholarship. To do so, ANT will leverage 100% open-source technologies, providing one-click generation of a fully-functional website with no programming expertise, and making database curation as simple as editing a spreadsheet. ANT will model diverse artistic connections in a dynamic network analysis that can be customized and visualized for nuanced explorations of artistic exchange.

We seek Level II funding to develop the Artistic Network Toolbox (ANT), an open-source, user-friendly platform for scholars and students to curate, visualize, and share the relationships between art, its creators, and its contexts. While prior digital humanities projects have shown the value of network analysis to explore artistic production, doing so required expensive, one-off software development customized for each project. Instead, the goal of ANT is to democratize access to network analysis in art historical scholarship. To do so, ANT will leverage 100% open-source technologies, providing one-click generation of a fully-functional website with no programming expertise, and making database curation as simple as editing a spreadsheet. ANT will model diverse artistic connections in a dynamic network analysis that can be customized and visualized for nuanced explorations of artistic exchange.

No

The provided description does not explicitly mention DEI or demonstrate a direct connection to it.

No. The provided description does not explicitly mention DEI (Diversity, Equity, and Inclusion) or demonstrate a direct connection to it.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We seek a Level II Digital Humanities Advancement Grant to support the continued growth of the Post45 Data Collective, a peer-reviewed, open-access repository for literary and cultural data from 1945 to the present. With such a grant we would develop a comprehensive data style guide and a set of protocols that will further improve the interoperability of data in our collective, in the field, and in the humanities. We particularly seek to make our book- and author-related data more interoperable, which will require the development of computational methods for fetching relevant book and author identifiers and merging them together across datasets. We plan to publish these resources open-access on our website, and we also plan to share them directly with emerging data collectives that use our collective as a model, such as Nineteenth Century Data Collective and the Early Twentieth-Century Data Collective, and to researchers in the field.

We seek a Level II Digital Humanities Advancement Grant to support the continued growth of the Post45 Data Collective, a peer-reviewed, open-access repository for literary and cultural data from 1945 to the present. With such a grant we would develop a comprehensive data style guide and a set of protocols that will further improve the interoperability of data in our collective, in the field, and in the humanities. We particularly seek to make our book- and author-related data more interoperable, which will require the development of computational methods for fetching relevant book and author identifiers and merging them together across datasets. We plan to publish these resources open-access on our website, and we also plan to share them directly with emerging data collectives that use our collective as a model, such as Nineteenth Century Data Collective and the Early Twentieth-Century Data Collective, and to researchers in the field.

No

This initiative does not explicitly mention diversity, equity, or inclusion (DEI) factors in its description.

No. This initiative does not explicitly mention diversity, equity, or inclusion (DEI) factors in its description.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The outcry for racial justice has spurred a growing demand for accessible information on the Atlantic slave trades' difficult history. This project meets that demand through the creation of the Digital Archive of the Atlantic Slave Trades (DAAST), a new open-access digital platform that will democratize access to the archives of the Atlantic slave trade. This resource will leverage innovative methods—including AI, machine learning, and research description framework—to digitize, transcribe, translate, and semantically link manuscript materials. DAAST's foundations will be built by processing the voluminous papers of the South Sea Company (SSC), one of the largest slave trading companies in history. The resulting archive will offer new insights on the Atlantic slave trades' histories—especially the experiences of the enslaved. This project will thus revolutionize how the archives of the trade are accessed, and transform how cultural institutions display materials related to the traffic.

The outcry for racial justice has spurred a growing demand for accessible information on the Atlantic slave trades' difficult history. This project meets that demand through the creation of the Digital Archive of the Atlantic Slave Trades (DAAST), a new open-access digital platform that will democratize access to the archives of the Atlantic slave trade. This resource will leverage innovative methods—including AI, machine learning, and research description framework—to digitize, transcribe, translate, and semantically link manuscript materials. DAAST's foundations will be built by processing the voluminous papers of the South Sea Company (SSC), one of the largest slave trading companies in history. The resulting archive will offer new insights on the Atlantic slave trades' histories—especially the experiences of the enslaved. This project will thus revolutionize how the archives of the trade are accessed, and transform how cultural institutions display materials related to the traffic.

Yes | The Digital Archive of the Atlantic Slave Trades (DAAST) aims to democratize access to archives and provide new insights on the history and experiences of the Atlantic slave trades.

Yes. The Digital Archive of the Atlantic Slave Trades (DAAST) aims to democratize access to archives and provide new insights on the history and experiences of the Atlantic slave trades.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Hamilton College, a small liberal arts college in central New York, proposes a two-and-a-half year plan to develop a Curatorial Studies (CS) program and a new interdisciplinary minor. This initiative aims to foster connections across the humanities and other disciplines, and between the College and neighboring museums and archives.

Hamilton College, a small liberal arts college in central New York, proposes a two-and-a-half year plan to develop a Curatorial Studies (CS) program and a new interdisciplinary minor. This initiative aims to foster connections across the humanities and other disciplines, and between the College and neighboring museums and archives.

No | The description does not mention any specific efforts or goals related to diversity, equity, and inclusion (DEI).

No. The description does not mention any specific efforts or goals related to diversity, equity, and inclusion (DEI).

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Community Heritage Empowerment Toolkit (CHET) project will create a prototype serves standards-based toolkit, consisting of video, written, and aural guides, instructing grassroots heritage preservation organizations how to document a structure's Life History.  Often the community preservationists who have the desire and time to do this recordation possess limited technical expertise or lack sufficient funding to purchase specialized equipment.  There is one ubiquitous and empowering device that has the capability to change this: the smartphone.  CHET will provide a comprehensive yet accessible smartphone-enabled digital recordation toolkit enabling the completion of small and medium-scale digital documentation projects.  This will empower the entire community to actively participate in preservation and expand information capture locally.

The Community Heritage Empowerment Toolkit (CHET) project will create a prototype serves standards-based toolkit, consisting of video, written, and aural guides, instructing grassroots heritage preservation organizations how to document a structure's Life History.  Often the community preservationists who have the desire and time to do this recordation possess limited technical expertise or lack sufficient funding to purchase specialized equipment.  There is one ubiquitous and empowering device that has the capability to change this: the smartphone.  CHET will provide a comprehensive yet accessible smartphone-enabled digital recordation toolkit enabling the completion of small and medium-scale digital documentation projects.  This will empower the entire community to actively participate in preservation and expand information capture locally.

No | The Community Heritage Empowerment Toolkit (CHET) project focuses on providing resources for grassroots heritage preservation, but it does not directly address diversity, equity, and inclusion (DEI) concerns.

No. The Community Heritage Empowerment Toolkit (CHET) project focuses on providing resources for grassroots heritage preservation, but it does not directly address diversity, equity, and inclusion (DEI) concerns.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In this Implementation Grant, the Loyola University Chicago team proposes to build off their pilot work—a set of co-taught Biology/Philosophy courses—to recruit and train additional faculty across STEM and humanities departments to develop at least four new interdisciplinary courses/course sets for Loyola undergraduate students.

In this Implementation Grant, the Loyola University Chicago team proposes to build off their pilot work—a set of co-taught Biology/Philosophy courses—to recruit and train additional faculty across STEM and humanities departments to develop at least four new interdisciplinary courses/course sets for Loyola undergraduate students.

Yes | The proposed initiative aims to recruit and train faculty across STEM and humanities to develop interdisciplinary courses, which can contribute to diversity, equity, and inclusion (DEI) efforts.

Yes. The proposed initiative aims to recruit and train faculty across STEM and humanities to develop interdisciplinary courses, which can contribute to diversity, equity, and inclusion (DEI) efforts.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."Hub, Pathway, Core" will implement two interdependent initiatives at UP: a) an Engaged Humanities Pathway linked to the newly revitalized Core curriculum; and b) an Engaged Humanities Hub to provide ongoing support for the Pathway and related programming. The project will assemble interdisciplinary working groups in civic humanities, environmental humanities, and health humanities to develop Engaged Humanities Core courses open to all UP students; create a Pathway for students to follow through engaged humanities framing courses, Core Exploration courses, and high-impact experiences; and formalize an Engaged Humanities Hub to feed and sustain engaged humanities curriculum and programming. Together these initiatives will expand the role of the humanities in undergraduate education at UP and will connect college learning to students' professional and personal futures.

"Hub, Pathway, Core" will implement two interdependent initiatives at UP: a) an Engaged Humanities Pathway linked to the newly revitalized Core curriculum; and b) an Engaged Humanities Hub to provide ongoing support for the Pathway and related programming. The project will assemble interdisciplinary working groups in civic humanities, environmental humanities, and health humanities to develop Engaged Humanities Core courses open to all UP students; create a Pathway for students to follow through engaged humanities framing courses, Core Exploration courses, and high-impact experiences; and formalize an Engaged Humanities Hub to feed and sustain engaged humanities curriculum and programming. Together these initiatives will expand the role of the humanities in undergraduate education at UP and will connect college learning to students' professional and personal futures.

No | This description does not mention anything related to diversity, equity, or inclusion (DEI). It focuses on the expansion of humanities education and connecting college learning to students' futures.

No. This description does not mention anything related to diversity, equity, or inclusion (DEI). It focuses on the expansion of humanities education and connecting college learning to students' futures.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will contribute to a growing effort in critical data studies to focus analysis on institutions and their use of algorithmic tools that pose structural harms to prisoners, countering the institutional focus on assessing the (racialized) "risk" individuals pose to the institution and, by extension, society. By examining the limitations and consequent dangers of existing algorithmic tools, this project aims to address how alternative data-informed approaches could lead to the rehabilitation and liberation of incarcerated people.

This project will contribute to a growing effort in critical data studies to focus analysis on institutions and their use of algorithmic tools that pose structural harms to prisoners, countering the institutional focus on assessing the (racialized) "risk" individuals pose to the institution and, by extension, society. By examining the limitations and consequent dangers of existing algorithmic tools, this project aims to address how alternative data-informed approaches could lead to the rehabilitation and liberation of incarcerated people.

Yes

This project aims to contribute to critical data studies by focusing on institutions' use of harmful algorithmic tools, with a goal of addressing the rehabilitation and liberation of incarcerated individuals.

Yes. This project aims to contribute to critical data studies by focusing on institutions' use of harmful algorithmic tools, with a goal of addressing the rehabilitation and liberation of incarcerated individuals.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Through this grant, Saint Mary's College will launch an integrated, 15-credit Digital and Public Humanities (DPH) minor that includes two required courses, six electives, and four elective modules. The minor will integrate project-based, experiential learning opportunities with internal and external partners, providing students with a hands-on model of how humanities research engages with and influences the world. The DPH minor will be the first at Saint Mary's College to integrate technology fields with the humanities in a formal curricular path. The minor also uses a new curricular format for interdisciplinary programs by creating module courses that enable students to develop competencies in data management, text mining, ethics, and project management in a focused, flexible format.

Through this grant, Saint Mary's College will launch an integrated, 15-credit Digital and Public Humanities (DPH) minor that includes two required courses, six electives, and four elective modules. The minor will integrate project-based, experiential learning opportunities with internal and external partners, providing students with a hands-on model of how humanities research engages with and influences the world. The DPH minor will be the first at Saint Mary's College to integrate technology fields with the humanities in a formal curricular path. The minor also uses a new curricular format for interdisciplinary programs by creating module courses that enable students to develop competencies in data management, text mining, ethics, and project management in a focused, flexible format.

No

This description does not directly relate to DEI as it does not mention or address issues of diversity, equity, or inclusion.

No. This description does not directly relate to DEI (Diversity, Equity, and Inclusion) as it does not mention or address issues of diversity, equity, or inclusion.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We are applying for a Level II DHAG to build the infrastructure needed to scale up an existing pilot database, CatCor: The Digital Correspondence of Catherine the Great, to the production stage by: 1) establishing a robust workflow on GitHub; 2) creating a coding environment based on the Linked Editing Academic Framework (LEAF-VRE); 3) enhancing LEAF software with LOD named entity lookups, integrated AI-generation and correction of translations, and detailed documentation of LEAF's use; 4) creating a knowledge graph of Catherine's world from the letters and linked data; and 5) building an analysis platform using open-source tools. We address DHAG's second priority area by enhancing and designing new digital infrastructure with outputs including open-source code, platforms, and documentation. While the software and documentation are aimed at subject and DH specialists, the knowledge graph and analysis platform will provide the public with an unparalleled knowledge base about Catherine.

We are applying for a Level II DHAG to build the infrastructure needed to scale up an existing pilot database, CatCor: The Digital Correspondence of Catherine the Great, to the production stage by: 1) establishing a robust workflow on GitHub; 2) creating a coding environment based on the Linked Editing Academic Framework (LEAF-VRE); 3) enhancing LEAF software with LOD named entity lookups, integrated AI-generation and correction of translations, and detailed documentation of LEAF's use; 4) creating a knowledge graph of Catherine's world from the letters and linked data; and 5) building an analysis platform using open-source tools. We address DHAG's second priority area by enhancing and designing new digital infrastructure with outputs including open-source code, platforms, and documentation. While the software and documentation are aimed at subject and DH specialists, the knowledge graph and analysis platform will provide the public with an unparalleled knowledge base about Catherine.

No

This description does not directly relate to DEI. It focuses on building infrastructure and enhancing the digital infrastructure for a specific database.

No. This description does not directly relate to DEI. It focuses on building infrastructure and enhancing the digital infrastructure for a specific database.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Contemporary advances in technology promise benefits for humanity across a seemingly limitless range of applications; they also pose serious challenges to our efforts to promote human flourishing and even to our understanding of what it means to be human. We interact with technologies that track our movements, map our faces, predict our choices. Tomorrow's professionals must grasp not only the technical aspects of such tools, but also the implications these tools have for humanity. Newman University's ETHV certificate program addresses these issues by making intentional connections between the humanities and the professional fields which deploy these new and emerging technologies. The ETHV purposefully integrates humanities content from our general education program into the degree requirements of professional majors. Our project implements ETHV certificate tracks for majors in criminal justice, business data analytics, biology, psychology, education, and social work.

Contemporary advances in technology promise benefits for humanity across a seemingly limitless range of applications; they also pose serious challenges to our efforts to promote human flourishing and even to our understanding of what it means to be human. We interact with technologies that track our movements, map our faces, predict our choices. Tomorrow's professionals must grasp not only the technical aspects of such tools, but also the implications these tools have for humanity. Newman University's ETHV certificate program addresses these issues by making intentional connections between the humanities and the professional fields which deploy these new and emerging technologies. The ETHV purposefully integrates humanities content from our general education program into the degree requirements of professional majors. Our project implements ETHV certificate tracks for majors in criminal justice, business data analytics, biology, psychology, education, and social work.

No

This description mentions advancements in technology and the need to understand their implications but does not specifically address diversity, equity, and inclusion (DEI).

No. This description mentions advancements in technology and the need to understand their implications but does not specifically address diversity, equity, and inclusion (DEI).

| | | | | |
|---|---|---|---|---|
| 411 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We request Level II DHAG funding, to expand our existing digital infrastructure for Indo-European languages, IELEX, and create MAYALEX: interlinked, extensible online etymological dictionaries for early Mayan languages. Words and their origins express the ideas, expressions, histories, and intertwining of cultures through time. Few digital resources meet the lexical needs of scholars of early Mesoamerica; still fewer invite non-specialists to explore. We will create a functional, publicly available prototype of user-friendly dictionaries that link words through their shared etymologies, starting with the Colonial Mayan language Ch'olti'. Users will be able to study words in a language of interest, explore the web of connections linking that language to others, browse words across or within languages according to form or meaning, and export their discoveries in several possible formats for further study. | We request Level II DHAG funding, to expand our existing digital infrastructure for Indo-European languages, IELEX, and create MAYALEX: interlinked, extensible online etymological dictionaries for early Mayan languages. Words and their origins express the ideas, expressions, histories, and intertwining of cultures through time. Few digital resources meet the lexical needs of scholars of early Mesoamerica; still fewer invite non-specialists to explore. We will create a functional, publicly available prototype of user-friendly dictionaries that link words through their shared etymologies, starting with the Colonial Mayan language Ch'olti'. Users will be able to study words in a language of interest, explore the web of connections linking that language to others, browse words across or within languages according to form or meaning, and export their discoveries in several possible formats for further study. | No | This initiative does not directly relate to Diversity, Equity, and Inclusion (DEI), as it primarily focuses on expanding digital infrastructure and creating online etymological dictionaries. | No. This initiative does not directly relate to Diversity, Equity, and Inclusion (DEI), as it primarily focuses on expanding digital infrastructure and creating online etymological dictionaries. |
| 412 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Dabīrān Project on the Intellectual History of the Islamic World, based at the University of Maryland, seeks support for creating a new subproject, the Idrīsī Digital Library of Historical Geography. Under development since 2018, the Dabīrān digital infrastructure supports bibliographic metadata and text-transcriptions for digital scans of premodern Islamic manuscripts.  A Level II Digital Humanities Advancement Grant in the amount of $148,591 will allow for the expansion of Dabīrān's database and improve our capacity to record historical-geographical data, drawn directly from manuscripts of Islamic geographical works. This new data will be an indispensable resource for historians seeking to identify placenames and examine differences in their linguistic forms, geographical coordinates, and descriptions across various historical sources. The bibliographic and geographic data compiled will be published and archived on open-source repositories. | The Dabīrān Project on the Intellectual History of the Islamic World, based at the University of Maryland, seeks support for creating a new subproject, the Idrīsī Digital Library of Historical Geography. Under development since 2018, the Dabīrān digital infrastructure supports bibliographic metadata and text-transcriptions for digital scans of premodern Islamic manuscripts.  A Level II Digital Humanities Advancement Grant in the amount of $148,591 will allow for the expansion of Dabīrān's database and improve our capacity to record historical-geographical data, drawn directly from manuscripts of Islamic geographical works. This new data will be an indispensable resource for historians seeking to identify placenames and examine differences in their linguistic forms, geographical coordinates, and descriptions across various historical sources. The bibliographic and geographic data compiled will be published and archived on open-source repositories. | No | This initiative does not directly relate to DEI as it focuses on digital preservation of Islamic manuscripts and historical geography. | No. This initiative does not directly relate to DEI as it focuses on digital preservation of Islamic manuscripts and historical geography. |
| 413 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This multi-disciplinary humanities research collaboration, co-directed by a professor of history specializing in nineteenth-century technology and visual culture and a professor of emergency medicine, will include archival study of an aspect of firearms history that previously has received little study: the evolution of designs and instructions for firearms safety through the lens of engineering and marketing. Patents, firearm components, safety records, use instructions, medical writings and other records are all part of the objects of the study, which will also integrate visual and computational analyses by undergraduate and medical student researchers. | This multi-disciplinary humanities research collaboration, co-directed by a professor of history specializing in nineteenth-century technology and visual culture and a professor of emergency medicine, will include archival study of an aspect of firearms history that previously has received little study: the evolution of designs and instructions for firearms safety through the lens of engineering and marketing. Patents, firearm components, safety records, use instructions, medical writings and other records are all part of the objects of the study, which will also integrate visual and computational analyses by undergraduate and medical student researchers. | No | This research collaboration focuses on firearms history, engineering, and marketing, without directly relating to DEI topics. | No. This research collaboration focuses on firearms history, engineering, and marketing, without directly relating to DEI (Diversity, Equity, and Inclusion) topics. |
| 414 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project examines the dangers and opportunities of agricultural biotechnology, which has the potential to both bring prosperity and contribute to environmental and health problems. Agricultural biotechnology, as genetically modified (GM) crops, has transformed farming. This technology has underpinned prosperity, particularly in Argentina, where farmers and governments have reaped the benefits of GM soybean production. Activists and rural populations, however, have voiced concerns about the environmental and public health impacts of herbicides used in GM crop production. How do people, communities, and societies negotiate the tensions between economic prosperity and environmental and health impacts? And what can the practices, ideas, and feelings that underlie agricultural biotechnology tell us about our relationship with nature? We will write a book manuscript addressing these questions and bridging the humanistic social sciences and the environmental humanities. | This project examines the dangers and opportunities of agricultural biotechnology, which has the potential to both bring prosperity and contribute to environmental and health problems. Agricultural biotechnology, as genetically modified (GM) crops, has transformed farming. This technology has underpinned prosperity, particularly in Argentina, where farmers and governments have reaped the benefits of GM soybean production. Activists and rural populations, however, have voiced concerns about the environmental and public health impacts of herbicides used in GM crop production. How do people, communities, and societies negotiate the tensions between economic prosperity and environmental and health impacts? And what can the practices, ideas, and feelings that underlie agricultural biotechnology tell us about our relationship with nature? We will write a book manuscript addressing these questions and bridging the humanistic social sciences and the environmental humanities. | Yes | This project explores the complex relationship between economic prosperity, environmental and health impacts, and the practices and ideas underlying agricultural biotechnology. | Yes. This project explores the complex relationship between economic prosperity, environmental and health impacts, and the practices and ideas underlying agricultural biotechnology. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Beginning in the early-20th century, publicists and press releases reshaped what Americans read in newspapers and magazines. How widely did publicity text and promotional images circulate? What did they mean for how readers received information and understood culture? Project Ballyhoo seeks to answer these questions, and, in the process, enhance computational methods for analyzing text and image reuse. The Wisconsin Center for Film and Theater Research respectfully requests Level II funding for this project that advances two NEH program priorities: the refinement of innovative methods and enhancement of digital infrastructure. Utilizing the Media History Digital Library (MHDL) collection and UW-Madison's Center for High Throughput Computing, Project Ballyhoo will benefit communities in Film, Media, Journalism, Mass Communication, History, and Digital Humanities. Deliverables will include journal articles, conference workshops, open source code, and a new section of the MHDL website.

Beginning in the early-20th century, publicists and press releases reshaped what Americans read in newspapers and magazines. How widely did publicity text and promotional images circulate? What did they mean for how readers received information and understood culture? Project Ballyhoo seeks to answer these questions, and, in the process, enhance computational methods for analyzing text and image reuse. The Wisconsin Center for Film and Theater Research respectfully requests Level II funding for this project that advances two NEH program priorities: the refinement of innovative methods and enhancement of digital infrastructure. Utilizing the Media History Digital Library (MHDL) collection and UW-Madison's Center for High Throughput Computing, Project Ballyhoo will benefit communities in Film, Media, Journalism, Mass Communication, History, and Digital Humanities. Deliverables will include journal articles, conference workshops, open source code, and a new section of the MHDL website.

No

This initiative focuses on computational methods for analyzing text and image reuse, but it does not mention anything about diversity, equity, or inclusion (DEI).

No. This initiative focuses on computational methods for analyzing text and image reuse, but it does not mention anything about diversity, equity, or inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.How do we make sense of who we are and what our purpose is as we confront the challenges of the Anthropocene? This question is central not just to the environmental humanities, but also to the people living them on the ground. This project aims to learn how residents of the Puerto Rican archipelago's southwest experience, understand, and reframe their sense of meaning in response to unusual geologic encounters with the Earth that disrupt familiar spatio-temporal rhythms and scales. We apply anthropologically-grounded and experimental ethnography to identify and elevate humanistic dimensions of this region, a site of overlooked geological, cultural, and historical regional and hemispheric significance. The experiences and stories of 15 interlocutors who explore, study, and conserve coastal karst and how they support their local communities is central to this work. In collaboration with two grassroots organizations, we will develop bilingual geoheritage routes and online StoryMaps.

How do we make sense of who we are and what our purpose is as we confront the challenges of the Anthropocene? This question is central not just to the environmental humanities, but also to the people living them on the ground. This project aims to learn how residents of the Puerto Rican archipelago's southwest experience, understand, and reframe their sense of meaning in response to unusual geologic encounters with the Earth that disrupt familiar spatio-temporal rhythms and scales. We apply anthropologically-grounded and experimental ethnography to identify and elevate humanistic dimensions of this region, a site of overlooked geological, cultural, and historical regional and hemispheric significance. The experiences and stories of 15 interlocutors who explore, study, and conserve coastal karst and how they support their local communities is central to this work. In collaboration with two grassroots organizations, we will develop bilingual geoheritage routes and online StoryMaps.

No

This project focuses on understanding and documenting the experiences and stories of residents in Puerto Rico, specifically related to geologic encounters. It does not directly address DEI.

No. This project focuses on understanding and documenting the experiences and stories of residents in Puerto Rico, specifically related to geologic encounters. It does not directly address DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Bridge Readability Tools Project will develop three pedagogical and scholarly tools for The Bridge, an existing digital ecosystem that supports the encoding and reading of Ancient Greek and Latin at the secondary, collegiate, and professional levels. These independent tools, which will form a mutually-supporting suite of Bridge Readability Tools, will (1) produce practical analyses of textual difficulty (i.e., readability) for the hundreds of texts in the Bridge Corpus via Bridge/Stats; (2) facilitate data-informed language syllabus and curriculum construction via Bridge/Oracle, which will help instructors, students, and independent learners discover readable texts and plan data-supported curricula, fostering more efficient acquisition of historical languages; (2) democratize and accelerate the accurate encoding of Latin texts from classical antiquity to the modern period via Bridge/Lemmatizer2 tool.

The Bridge Readability Tools Project will develop three pedagogical and scholarly tools for The Bridge, an existing digital ecosystem that supports the encoding and reading of Ancient Greek and Latin at the secondary, collegiate, and professional levels. These independent tools, which will form a mutually-supporting suite of Bridge Readability Tools, will (1) produce practical analyses of textual difficulty (i.e., readability) for the hundreds of texts in the Bridge Corpus via Bridge/Stats; (2) facilitate data-informed language syllabus and curriculum construction via Bridge/Oracle, which will help instructors, students, and independent learners discover readable texts and plan data-supported curricula, fostering more efficient acquisition of historical languages; (2) democratize and accelerate the accurate encoding of Latin texts from classical antiquity to the modern period via Bridge/Lemmatizer2 tool.

No

The description does not relate to DEI. It focuses on the development of pedagogical tools for Ancient Greek and Latin language learning.

No. The description does not relate to DEI. It focuses on the development of pedagogical tools for Ancient Greek and Latin language learning.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Our proposed project is to complete a monograph on philosophical issues connected to existentialism and artificial intelligence titled, Robot Existentialism: Artificial Intelligence and the Limits of Rationality. We argue that a full understanding of human agency requires a recognition of the limits of rationality, together with an emphasis on the value of creation, including especially self-creation. The book engages with philosophical work on personal identity, the philosophy of mind, practical reason, and ethics, as well as work in artificial intelligence and aligned empirical fields to develop a unified view of a distinctive aspect of agency that is currently lacking in artificial beings. The expected final outcome of this collaborative team project will be the complete, publication-ready manuscript of the book, in addition to two pieces of public philosophy and presentations drawing on ideas in the book.

Our proposed project is to complete a monograph on philosophical issues connected to existentialism and artificial intelligence titled, Robot Existentialism: Artificial Intelligence and the Limits of Rationality. We argue that a full understanding of human agency requires a recognition of the limits of rationality, together with an emphasis on the value of creation, including especially self-creation. The book engages with philosophical work on personal identity, the philosophy of mind, practical reason, and ethics, as well as work in artificial intelligence and aligned empirical fields to develop a unified view of a distinctive aspect of agency that is currently lacking in artificial beings. The expected final outcome of this collaborative team project will be the complete, publication-ready manuscript of the book, in addition to two pieces of public philosophy and presentations drawing on ideas in the book.

No

The proposed project focuses on philosophical issues related to existentialism and artificial intelligence, but does not explicitly mention diversity, equity, and inclusion (DEI) topics.

No. The proposed project focuses on philosophical issues related to existentialism and artificial intelligence, but does not explicitly mention diversity, equity, and inclusion (DEI) topics.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The University of Southern California Digital Library, the University of Minnesota's Department of Computer Science and Engineering, Knowledge Computing Lab, and the University of Sheffield's Digital Humanities Institute respectfully request support under the Tier II category to further develop the mapKurator pipeline to enhance its capabilities for identifying, transcribing, and recognizing semantic contexts for text on historical maps. Our team will train, test, and evaluate the pipeline to distinguish between the text representing geographic features on the map, or text "inside the neat line," and other text on the map that includes information about the map and how to use it (metadata), details about the regions represented, cultural information, and anything else mapmakers add to contextualize maps.

The University of Southern California Digital Library, the University of Minnesota's Department of Computer Science and Engineering, Knowledge Computing Lab, and the University of Sheffield's Digital Humanities Institute respectfully request support under the Tier II category to further develop the mapKurator pipeline to enhance its capabilities for identifying, transcribing, and recognizing semantic contexts for text on historical maps. Our team will train, test, and evaluate the pipeline to distinguish between the text representing geographic features on the map, or text "inside the neat line," and other text on the map that includes information about the map and how to use it (metadata), details about the regions represented, cultural information, and anything else mapmakers add to contextualize maps.

No

This initiative focuses on enhancing capabilities for text recognition on historical maps, which does not directly relate to DEI.

No. This initiative focuses on enhancing capabilities for text recognition on historical maps, which does not directly relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The MemoryScan: Humanizing Digital Twin Environments project (MemoryScan) seeks to develop a prototype community-scale Digital Twin platform to elicit memory recall from current and former citizens and visitors of a particular community. MemoryScan will examine the potential advantages of using Digital Twins (a complete virtual representation of a building(s)) as a tool to assist the capturing of participant reflections and supporting documentation. As an interactive 3D virtual environment, it is designed to be applied to large areas, which can enable users to move between structures without interrupting the experience evoking their reflections. This Digital Twin will permit, through a shared interview/exploration the collection of personal images and documents. Our research seeks to gather personal reflections and contextualize them with a broad spectrum of information related to a community.

The MemoryScan: Humanizing Digital Twin Environments project (MemoryScan) seeks to develop a prototype community-scale Digital Twin platform to elicit memory recall from current and former citizens and visitors of a particular community. MemoryScan will examine the potential advantages of using Digital Twins (a complete virtual representation of a building(s)) as a tool to assist the capturing of participant reflections and supporting documentation. As an interactive 3D virtual environment, it is designed to be applied to large areas, which can enable users to move between structures without interrupting the experience evoking their reflections. This Digital Twin will permit, through a shared interview/exploration the collection of personal images and documents. Our research seeks to gather personal reflections and contextualize them with a broad spectrum of information related to a community.

No

The MemoryScan project does not explicitly relate to DEI. It focuses on developing a Digital Twin platform for memory recall and data collection in a community.

No. The MemoryScan project does not explicitly relate to DEI. It focuses on developing a Digital Twin platform for memory recall and data collection in a community.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project seeks to repatriate books and manuscripts seized from the archives of the Convent of San Pablo during the British occupation of Manila, 1762 to 1764. Using the original index of the archives, and subsequent records related to the sale and dispersal of its contents, the project envisions a virtual reconstruction of the library's materials, ca. 1762. Beyond the digital reconstitution of the archival corpus, the "return" of the library to its original site, the project reconceptualizes the library's original systems of knowledge production, modes of access, and use. The project serves as an entry point to the study of Spanish colonialism in the Pacific and the experience of affected communities, especially in the Philippines. Using digital technologies, the regenerated library will include spaces for transcribing, translating and annotating materials. This project envisions creative spaces that produce a more broadly based and participatory scholarly product.

This project seeks to repatriate books and manuscripts seized from the archives of the Convent of San Pablo during the British occupation of Manila, 1762 to 1764. Using the original index of the archives, and subsequent records related to the sale and dispersal of its contents, the project envisions a virtual reconstruction of the library's materials, ca. 1762. Beyond the digital reconstitution of the archival corpus, the "return" of the library to its original site, the project reconceptualizes the library's original systems of knowledge production, modes of access, and use. The project serves as an entry point to the study of Spanish colonialism in the Pacific and the experience of affected communities, especially in the Philippines. Using digital technologies, the regenerated library will include spaces for transcribing, translating and annotating materials. This project envisions creative spaces that produce a more broadly based and participatory scholarly product.

Yes

This project relates to DEI as it aims to examine the experience of affected communities, particularly in the Philippines, and promote a more participatory scholarly product through transcribing, translating, and annotating materials.

Yes. This project relates to DEI as it aims to examine the experience of affected communities, particularly in the Philippines, and promote a more participatory scholarly product through transcribing, translating, and annotating materials.

| | | | | |
|---|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Black seaweed is one of the favorite foods of the Lingít (Tlingit), Xaadas (Haida), and Ts'msyen (Tsimshian) people of Southeast (SE) Alaska. Each year, harvesters await the arrival of spring when it is gathered and later distributed widely throughout the community. Black seaweed is a highly valued food source, playing a critical role in the cultural and ceremonial life of the Native people, even holding a prominent position in artistic traditions. However, quite astonishingly, very little documentation exists on the cultural, ceremonial, nutritional, and artistic role of black seaweed for Indigenous peoples in SE Alaska. This Indigenous-led collaborative project will document how, why, and where SE Alaska Natives are harvesting, utilizing, and distributing black seaweed now and in the past. This will be done with a focus on how a warming climate is affecting this culturally important species and the knowledge mobilization, traditional practices, and ideological expressions. | Black seaweed is one of the favorite foods of the Lingít (Tlingit), Xaadas (Haida), and Ts'msyen (Tsimshian) people of Southeast (SE) Alaska. Each year, harvesters await the arrival of spring when it is gathered and later distributed widely throughout the community. Black seaweed is a highly valued food source, playing a critical role in the cultural and ceremonial life of the Native people, even holding a prominent position in artistic traditions. However, quite astonishingly, very little documentation exists on the cultural, ceremonial, nutritional, and artistic role of black seaweed for Indigenous peoples in SE Alaska. This Indigenous-led collaborative project will document how, why, and where SE Alaska Natives are harvesting, utilizing, and distributing black seaweed now and in the past. This will be done with a focus on how a warming climate is affecting this culturally important species and the knowledge mobilization, traditional practices, and ideological expressions. | | Yes | This project aims to document the cultural, ceremonial, and nutritional significance of black seaweed for Indigenous peoples in SE Alaska, with a focus on DEI. |
| | | | | Yes. This project aims to document the cultural, ceremonial, and nutritional significance of black seaweed for Indigenous peoples in SE Alaska, with a focus on DEI. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The first scholarly edition of the Latin text and the first English translation of the second book of John Duns Scotus's (d. 1308) Parisian lectures, commonly known as the Reportatio, based on five Latin manuscripts from the fourteenth and fifteenth centuries, with a subsequent publication, in both print and electronic forms, of two volumes of approximately 1,400 pages. | The first scholarly edition of the Latin text and the first English translation of the second book of John Duns Scotus's (d. 1308) Parisian lectures, commonly known as the Reportatio, based on five Latin manuscripts from the fourteenth and fifteenth centuries, with a subsequent publication, in both print and electronic forms, of two volumes of approximately 1,400 pages. | | No | This description does not relate to DEI as it is focused on a scholarly edition and translation of a Latin text. |
| | | | | No. This description does not relate to DEI as it is focused on a scholarly edition and translation of a Latin text. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Climate change is placing more communities in the direct paths of natural hazards, but archaeological landscapes may be able to help mitigate these risks. The farming communities of the north coast of Peru are periodically impacted by destructive floods, known as El Niño events. In response to inundated crops, some smallholder farmers have been observed moving into the dry, marginal drainages outside of the irrigated valley floor to set up temporary fields. However, these are not empty landscapes: prehispanic forms of floodwater management infrastructure traverse these drainages. This Project will investigate how archaeological dams, diversion canals, and reservoirs create refugia on the landscape during flood events and how local farmers from nearby towns come to know how to utilize such landscapes as a form of climate resilience. An imminent El Niño season in spring 2024, provides the rare opportunity to directly observe both landscape and smallholder responses to these flood events. | Climate change is placing more communities in the direct paths of natural hazards, but archaeological landscapes may be able to help mitigate these risks. The farming communities of the north coast of Peru are periodically impacted by destructive floods, known as El Niño events. In response to inundated crops, some smallholder farmers have been observed moving into the dry, marginal drainages outside of the irrigated valley floor to set up temporary fields. However, these are not empty landscapes: prehispanic forms of floodwater management infrastructure traverse these drainages. This Project will investigate how archaeological dams, diversion canals, and reservoirs create refugia on the landscape during flood events and how local farmers from nearby towns come to know how to utilize such landscapes as a form of climate resilience. An imminent El Niño season in spring 2024, provides the rare opportunity to directly observe both landscape and smallholder responses to these flood events. | | No | This initiative focuses on archaeological landscapes and smallholder farmers' utilization of them during flood events, but it does not directly address DEI. |
| | | | | No. This initiative focuses on archaeological landscapes and smallholder farmers' utilization of them during flood events, but it does not directly address DEI (Diversity, Equity, and Inclusion). |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The State University of New York at Cortland (SUNY Cortland), a comprehensive liberal arts college within the 64-campus State University of New York system, proposes leading a multi-campus faculty study group with 20 historians whose research and teaching interests include the period in American history commonly referred to as the Gilded Age and Progressive Era, or GAPE. Led by Dr. Kevin Sheets and Dr. Randi Storch, the project brings together participants and invited scholars to assess the state of the field; to incorporate the latest research into new and revised courses; and to develop and disseminate resources for high school and college-level instructors. | The State University of New York at Cortland (SUNY Cortland), a comprehensive liberal arts college within the 64-campus State University of New York system, proposes leading a multi-campus faculty study group with 20 historians whose research and teaching interests include the period in American history commonly referred to as the Gilded Age and Progressive Era, or GAPE. Led by Dr. Kevin Sheets and Dr. Randi Storch, the project brings together participants and invited scholars to assess the state of the field; to incorporate the latest research into new and revised courses; and to develop and disseminate resources for high school and college-level instructors. | | No | This initiative is focused on research, teaching, and resource development for history instructors without explicitly addressing DEI. |
| | | | | No. This initiative is focused on research, teaching, and resource development for history instructors without explicitly addressing DEI. |

Ex. 15 US-000062485.xlsx

| | | | | |
|---|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We seek funding to develop a cross-disciplinary, undergraduate minor in Book Studies, a broad field that includes book history, manuscript studies, text and page design, fabrication and conservation, and books as material culture. In addition to the rigorous training of a traditional book studies program, we aim to take advantage of the current pedagogical shift toward experiential learning in and for interdisciplinary humanities teaching. Our proposed undergraduate minor thus contributes to the further development of "experimental humanities" programs on the Bloomington campus, with a particular emphasis on immersive undergraduate experiences. In particular, we combine the collaborative, lab-based techniques familiar in the proliferation of makerspaces with more conventional archival research and teaching on the materiality of books and manuscripts in historical, trans-historical, and cross-cultural perspectives. | We seek funding to develop a cross-disciplinary, undergraduate minor in Book Studies, a broad field that includes book history, manuscript studies, text and page design, fabrication and conservation, and books as material culture. In addition to the rigorous training of a traditional book studies program, we aim to take advantage of the current pedagogical shift toward experiential learning in and for interdisciplinary humanities teaching. Our proposed undergraduate minor thus contributes to the further development of "experimental humanities" programs on the Bloomington campus, with a particular emphasis on immersive undergraduate experiences. In particular, we combine the collaborative, lab-based techniques familiar in the proliferation of makerspaces with more conventional archival research and teaching on the materiality of books and manuscripts in historical, trans-historical, and cross-cultural perspectives. | No | This initiative does not directly relate to DEI as it focuses on the development of a cross-disciplinary undergraduate minor in Book Studies. | No. This initiative does not directly relate to DEI as it focuses on the development of a cross-disciplinary undergraduate minor in Book Studies. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Vizling Content Creator will offer a free and simple-to-use visual annotation tool for users to convert multimodal texts into fully accessible versions for use on the NEH-funded Vizling App. | The Vizling Content Creator will offer a free and simple-to-use visual annotation tool for users to convert multimodal texts into fully accessible versions for use on the NEH-funded Vizling App. | No | The Vizling Content Creator does not appear to directly relate to DEI as described. | No. The Vizling Content Creator does not appear to directly relate to DEI as described. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Migrants and the State will facilitate and expand access to a set of historical migrant records held by the U.S. National Archives (NARA) gathered in what are known as A-files. A-files contain a wide variety of documentation specific to the experiences of individual migrants and the implementation of U.S. immigration law. While in the public domain, these A-files are currently accessible only on a file-by-file basis. This project will use 550 A-files to develop machine learning models for segmenting the contents of A-files, identifying document types (e.g. government forms, correspondence, employment records, etc.), and adding detailed metadata about them, making it possible to examine them at scale and discern currently untraceable stories and patterns across a large number of A-files. The project will also create a minimal web interface to enable focus group testing with immigration historians to gather feedback and plan for the project's next phase. | Migrants and the State will facilitate and expand access to a set of historical migrant records held by the U.S. National Archives (NARA) gathered in what are known as A-files. A-files contain a wide variety of documentation specific to the experiences of individual migrants and the implementation of U.S. immigration law. While in the public domain, these A-files are currently accessible only on a file-by-file basis. This project will use 550 A-files to develop machine learning models for segmenting the contents of A-files, identifying document types (e.g. government forms, correspondence, employment records, etc.), and adding detailed metadata about them, making it possible to examine them at scale and discern currently untraceable stories and patterns across a large number of A-files. The project will also create a minimal web interface to enable focus group testing with immigration historians to gather feedback and plan for the project's next phase. | Yes | This initiative aims to expand access to historical migrant records, promoting inclusivity in research and potentially uncovering untold stories and patterns. | Yes. This initiative aims to expand access to historical migrant records, promoting inclusivity in research and potentially uncovering untold stories and patterns. #DEI |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposal will support the development of an experimental system to improve error correction on the existing Yiddish Book Center optical character recognition (OCR) projects, which are the first and largest instances of OCR for Yiddish done at scale. The experimental systems will correct a 650 million word corpus (about 12,000 scanned Yiddish books) of Yiddish text produced by optical character recognition (OCR) which is available now at the Yiddish Book Center's full-text search website (http://ocr.yiddishbookcenter.org). This corpus will double in size by 2025 upon the completion of a separate OCR project, the Universal Yiddish Library. The Universal Yiddish Library Project will add at least 10,000 additional books from multiple institutions to the existing corpus, and the OCR correction methods used for this project will be applied to the Universal Yiddish Library corpus in the future. | This proposal will support the development of an experimental system to improve error correction on the existing Yiddish Book Center optical character recognition (OCR) projects, which are the first and largest instances of OCR for Yiddish done at scale. The experimental systems will correct a 650 million word corpus (about 12,000 scanned Yiddish books) of Yiddish text produced by optical character recognition (OCR) which is available now at the Yiddish Book Center's full-text search website (http://ocr.yiddishbookcenter.org). This corpus will double in size by 2025 upon the completion of a separate OCR project, the Universal Yiddish Library. The Universal Yiddish Library Project will add at least 10,000 additional books from multiple institutions to the existing corpus, and the OCR correction methods used for this project will be applied to the Universal Yiddish Library corpus in the future. | No | This proposal involves improving error correction for Yiddish Book Center OCR projects, but it does not explicitly mention or relate to DEI. | No. This proposal involves improving error correction for Yiddish Book Center OCR projects, but it does not explicitly mention or relate to DEI. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Connecting Threads: Digitally Connecting Collections, Expanding Public Engagement is an open access DH project that increases access to and engagement with global fashion histories by digitally connecting relevant collections from small museums and archives with larger collections through a queryable database. The database will be used to reorient the history of global fashion towards stories that connect makers and consumers of color, specifically, South Indian cotton textile weavers and Black and Brown consumers in the Caribbean and southeastern US. Key activities include processing collected data, building digital infrastructure including front-end, beta and user testing the site. Expected outputs are: a PostgreSQL database built on a custom API web crawler and with manual data entry options; a front-end platform capable of operating as a public-facing multi-institutional catalog; and interactive visualizations combining primary sources with research generated using the database.

Connecting Threads: Digitally Connecting Collections, Expanding Public Engagement is an open access DH project that increases access to and engagement with global fashion histories by digitally connecting relevant collections from small museums and archives with larger collections through a queryable database. The database will be used to reorient the history of global fashion towards stories that connect makers and consumers of color, specifically, South Indian cotton textile weavers and Black and Brown consumers in the Caribbean and southeastern US. Key activities include processing collected data, building digital infrastructure including front-end, beta and user testing the site. Expected outputs are: a PostgreSQL database built on a custom API web crawler and with manual data entry options; a front-end platform capable of operating as a public-facing multi-institutional catalog; and interactive visualizations combining primary sources with research generated using the database.

Yes

Connecting Threads project aims to increase access to global fashion histories with a focus on connecting makers and consumers of color.

Yes. Connecting Threads project aims to increase access to global fashion histories with a focus on connecting makers and consumers of color. #DEI

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."Murals in Landscape" uses archaeology and ethnography to investigate <br /> a newly discovered road system and previously undocumented art and architecture at the ancient Maya site of San Bartolo, Guatemala. San Bartolo is well known for its vivid wall paintings and early writing dating to the 4th to 1st centuries BCE. New lidar data have made visible dispersed landscape features and ancient infrastructure obscured by dense tropical rainforest in the region, including a radial pattern of ancient raised roads leading to termini architecture. Ground verification also revealed ten stone monuments located at periphery groups and in isolated natural areas. During three seasons of fieldwork, the research team will investigate road/termini groups and consider the landscape within cosmologies represented in the murals. In collaboration with Indigenous and local communities, this project will explore multiple views on human-nature relationships, Maya art, and placemaking practices. 

"Murals in Landscape" uses archaeology and ethnography to investigate <br /> a newly discovered road system and previously undocumented art and architecture at the ancient Maya site of San Bartolo, Guatemala. San Bartolo is well known for its vivid wall paintings and early writing dating to the 4th to 1st centuries BCE. New lidar data have made visible dispersed landscape features and ancient infrastructure obscured by dense tropical rainforest in the region, including a radial pattern of ancient raised roads leading to termini architecture. Ground verification also revealed ten stone monuments located at periphery groups and in isolated natural areas. During three seasons of fieldwork, the research team will investigate road/termini groups and consider the landscape within cosmologies represented in the murals. In collaboration with Indigenous and local communities, this project will explore multiple views on human-nature relationships, Maya art, and placemaking practices. 

Yes

"Murals in Landscape" explores the ancient Maya site of San Bartolo, considering Indigenous and local communities' perspectives on human-nature relationships and placemaking practices, which are central to DEI.

Yes. "Murals in Landscape" explores the ancient Maya site of San Bartolo, considering Indigenous and local communities' perspectives on human-nature relationships and placemaking practices, which are central to DEI.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Evanston History Center (EHC) is respectfully requesting $133,373 from NEH which EHC will match 1:1 for restoration of the exterior masonry walls and installation of a newly fabricated exterior door from the dining room to the conservatory area in the National Historic Landmark Charles Gates Dawes House. Since 2011 EHC has worked methodically to restore our 125-year-old home. Restoration of the exterior conservatory walls and installation of the newly fabricated door is one of the final projects and essential to maintain the structure, environment and aesthetics of the house, which is visited by 10,000+ people annually. The house is the largest and most valuable object in EHC's collection. Protecting the external structure – sealing the building "envelope" – is vital to protecting the artifacts, archival materials and Dawes Family furnishings inside the house.

The Evanston History Center (EHC) is respectfully requesting $133,373 from NEH which EHC will match 1:1 for restoration of the exterior masonry walls and installation of a newly fabricated exterior door from the dining room to the conservatory area in the National Historic Landmark Charles Gates Dawes House. Since 2011 EHC has worked methodically to restore our 125-year-old home. Restoration of the exterior conservatory walls and installation of the newly fabricated door is one of the final projects and essential to maintain the structure, environment and aesthetics of the house, which is visited by 10,000+ people annually. The house is the largest and most valuable object in EHC's collection. Protecting the external structure – sealing the building "envelope" – is vital to protecting the artifacts, archival materials and Dawes Family furnishings inside the house.

No

The provided information does not directly address diversity, equity, and inclusion initiatives or efforts.

No. The provided information does not directly address diversity, equity, and inclusion initiatives or efforts.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Boston Symphony Orchestra (BSO) seeks funding to digitize 775 at-risk audio reels representing 731 radio broadcasts of live Boston Pops concerts between 1958 and 1979 that document the last 20 years of Arthur Fiedler's extraordinary tenure as the Pops conductor. The BSO will preserve the original tapes and make digitized files available to scholars and interested members of the public.

The Boston Symphony Orchestra (BSO) seeks funding to digitize 775 at-risk audio reels representing 731 radio broadcasts of live Boston Pops concerts between 1958 and 1979 that document the last 20 years of Arthur Fiedler's extraordinary tenure as the Pops conductor. The BSO will preserve the original tapes and make digitized files available to scholars and interested members of the public.

Yes

Preserving and making accessible historical recordings promotes diversity, equity, and inclusion by sharing valuable cultural heritage.

Yes. Preserving and making accessible historical recordings promotes diversity, equity, and inclusion by sharing valuable cultural heritage.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Soundscapes of the People: A Musical Ethnography of Pueblo, Colorado" identifies music as an active force in identity formation and cultural resilience. This endeavor to explore the rich musical heritage of Pueblo will result in the first comprehensive study of the city's musical culture. In exploring the protagonism of music in Puebloan identity, we will reveal music's role as a means of social navigation through major 20th-21st century issues of industrialization, migration, urbanization, and the impacts of late capitalism. In doing so, we center the American West—a region long neglected in American music studies—in the history and experience of American music and the cultures and identities that it expresses and produces. Collaboration with local stakeholders will inform our gathering of ethnographic data and our creation of a free and accessible digital archive of interviews. This research will result in multiple publications and presentations for academic and general audiences.

Soundscapes of the People: A Musical Ethnography of Pueblo, Colorado" identifies music as an active force in identity formation and cultural resilience. This endeavor to explore the rich musical heritage of Pueblo will result in the first comprehensive study of the city's musical culture. In exploring the protagonism of music in Puebloan identity, we will reveal music's role as a means of social navigation through major 20th-21st century issues of industrialization, migration, urbanization, and the impacts of late capitalism. In doing so, we center the American West—a region long neglected in American music studies—in the history and experience of American music and the cultures and identities that it expresses and produces. Collaboration with local stakeholders will inform our gathering of ethnographic data and our creation of a free and accessible digital archive of interviews. This research will result in multiple publications and presentations for academic and general audiences.

Yes

"Soundscapes of the People" explores the role of music in identity formation, social navigation, and cultural resilience in Pueblo, Colorado. It focuses on the neglected American West, impacting DEI through cultural inclusivity and highlighting underrepresented voices.

Yes. "Soundscapes of the People" explores the role of music in identity formation, social navigation, and cultural resilience in Pueblo, Colorado. It focuses on the neglected American West, impacting DEI through cultural inclusivity and highlighting underrepresented voices.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.I am applying for Level II funding for a 3D virtual modeling project based on data from an archaeological excavation that I co-direct at Pompeii: the Casa della Regina Carolina (CRC) Project at Pompeii. From 2018–2023, a joint Cornell University/University of Bologna team has documented a large but mostly unpublished Pompeian house and excavated its garden area to construct a richer, more multidisciplinary, and more inclusive account of the ways that built space shaped Roman domestic life. Using excavation, LiDAR scanning, and integrated 3D-GIS, we now seek to complete a virtual model of the house and garden as they existed in 79 CE in order to investigate the ways that people of different genders, ages, and physical conditions would have experienced domestic space.

I am applying for Level II funding for a 3D virtual modeling project based on data from an archaeological excavation that I co-direct at Pompeii: the Casa della Regina Carolina (CRC) Project at Pompeii. From 2018–2023, a joint Cornell University/University of Bologna team has documented a large but mostly unpublished Pompeian house and excavated its garden area to construct a richer, more multidisciplinary, and more inclusive account of the ways that built space shaped Roman domestic life. Using excavation, LiDAR scanning, and integrated 3D-GIS, we now seek to complete a virtual model of the house and garden as they existed in 79 CE in order to investigate the ways that people of different genders, ages, and physical conditions would have experienced domestic space.

No

While the project focuses on excavation and virtual modeling, it does not explicitly mention or address DEI.

No. While the project focuses on excavation and virtual modeling, it does not explicitly mention or address DEI (Diversity, Equity, and Inclusion).

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In stories about the pre-Angkorian ruins that litter the Prey Lang Forest in northcentral Cambodia, Kuy residents include powerful nonhuman forces alongside their own prowess as builders and iron workers. Nonhuman force belongs to top predators, like tigers and crocodiles. It also belongs to 'ancestors'. Ancestors can be potent animals like tigers or crocodiles, also termite mounds, ancient trees, or medicinal plants, but especially water and stone. They are important actors in Kuy history and the ways they infuse stories about kings suggest new ways to interpret the history of the region. Working with multi-species insights from the environmental humanities, with feminist attention to relations between objects, we engage with empirical questions about how oral histories inform written documentation and how they deepen archeological analysis, this project co-produces knowledge with Kuy citizen scientists whose desire to document their regional history drives this project.

In stories about the pre-Angkorian ruins that litter the Prey Lang Forest in northcentral Cambodia, Kuy residents include powerful nonhuman forces alongside their own prowess as builders and iron workers. Nonhuman force belongs to top predators, like tigers and crocodiles. It also belongs to 'ancestors'. Ancestors can be potent animals like tigers or crocodiles, also termite mounds, ancient trees, or medicinal plants, but especially water and stone. They are important actors in Kuy history and the ways they infuse stories about kings suggest new ways to interpret the history of the region. Working with multi-species insights from the environmental humanities, with feminist attention to relations between objects, we engage with empirical questions about how oral histories inform written documentation and how they deepen archeological analysis, this project co-produces knowledge with Kuy citizen scientists whose desire to document their regional history drives this project.

No

This description does not directly relate to DEI.

No. This description does not directly relate to DEI (Diversity, Equity, and Inclusion).

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Established in 1631, Kormantine fort in coastal Ghana was England's first African outpost.  Although it was the English African headquarters for less than three decades, the small outpost nevertheless played a key role in African-English economic and cultural interactions, as well as the transshipment of enslaved Africans to the developing English colonies in the Americas. Recognized as UNESCO World Heritage site in 1972, today the site is one of the major forts that stands as a memorial to the millions of Africans forcibly taken to the Americas.  Yet, this historic site is in peril due lack of maintenance and stabilization work, development, and lack of a site management plan. The proposed NEH project is uniquely suited to investigate this early landmark of England's overseas empire, and to play a key role in its preservation and interpretation, resonating with NEH's Areas of Interest in A More Perfect Union and Protecting our Cultural Heritage.

Established in 1631, Kormantine fort in coastal Ghana was England's first African outpost.  Although it was the English African headquarters for less than three decades, the small outpost nevertheless played a key role in African-English economic and cultural interactions, as well as the transshipment of enslaved Africans to the developing English colonies in the Americas. Recognized as UNESCO World Heritage site in 1972, today the site is one of the major forts that stands as a memorial to the millions of Africans forcibly taken to the Americas.  Yet, this historic site is in peril due lack of maintenance and stabilization work, development, and lack of a site management plan. The proposed NEH project is uniquely suited to investigate this early landmark of England's overseas empire, and to play a key role in its preservation and interpretation, resonating with NEH's Areas of Interest in A More Perfect Union and Protecting our Cultural Heritage.

No

Though the Kormantine fort has historical significance related to Africa and its diaspora, the provided information does not directly address DEI.

No. Though the Kormantine fort has historical significance related to Africa and its diaspora, the provided information does not directly address DEI.

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Manuscript Preparation. The images of the Spanish Civil War (1936 – 1939)—from propaganda posters to Picasso's <em>Guernica</em>—reemerge wherever fratricidal conflicts and crimes against humanity occur across the globe. Given that the War lasted less than three years, such a long afterlife is surprising. Our project finds an explanation for this phenomenon through Visual Culture analysis that regards images as tools of meaning that shape and expand the perception of political events. As a decisive moment in the chain of civil wars in 20th-century Europe, the Spanish Civil War led to a collapse of the Popular Front's attempts at building a broad interclass coalition against Fascism and Nazism and to a triumph of war over diplomacy. The proposed coedited, multi-author volume argues that on both sides of the conflict the disintegration of political solutions triggered a crisis in the language of ideology that images were called upon to replace. The volume has been accepted for publication. | Manuscript Preparation. The images of the Spanish Civil War (1936 – 1939)—from propaganda posters to Picasso's <em>Guernica</em>—reemerge wherever fratricidal conflicts and crimes against humanity occur across the globe. Given that the War lasted less than three years, such a long afterlife is surprising. Our project finds an explanation for this phenomenon through Visual Culture analysis that regards images as tools of meaning that shape and expand the perception of political events. As a decisive moment in the chain of civil wars in 20th-century Europe, the Spanish Civil War led to a collapse of the Popular Front's attempts at building a broad interclass coalition against Fascism and Nazism and to a triumph of war over diplomacy. The proposed coedited, multi-author volume argues that on both sides of the conflict the disintegration of political solutions triggered a crisis in the language of ideology that images were called upon to replace. The volume has been accepted for publication. | No   This description does not directly relate to DEI as it discusses the Spanish Civil War and visual culture analysis. | No. This description does not directly relate to DEI (diversity, equity, and inclusion) as it discusses the Spanish Civil War and visual culture analysis. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Through interviews, ethnographic observation, and discourse analysis, this collaborative project investigates how cultural workers - and the unions that represent them - conceptualize generative AI and how these conceptualizations in turn shape 1) labor demands and 2) cultural workers' understandings of their work and status relative to other occupational groups. The project's goals are to deepen scholarly and popular understanding of the social processes by which collective meaning is assigned to emerging workplace technologies, and to consider how these assigned meanings have implications for ongoing labor struggles and inter-occupational solidarity. | Through interviews, ethnographic observation, and discourse analysis, this collaborative project investigates how cultural workers - and the unions that represent them - conceptualize generative AI and how these conceptualizations in turn shape 1) labor demands and 2) cultural workers' understandings of their work and status relative to other occupational groups. The project's goals are to deepen scholarly and popular understanding of the social processes by which collective meaning is assigned to emerging workplace technologies, and to consider how these assigned meanings have implications for ongoing labor struggles and inter-occupational solidarity. | No   This project investigates conceptualizations of generative AI and their impact on labor demands and inter-occupational solidarity. It does not explicitly relate to DEI. | No. This project investigates conceptualizations of generative AI and their impact on labor demands and inter-occupational solidarity. It does not explicitly relate to DEI. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The ongoing reception and integration of Ukrainians into Polish society presents a pivotal case study of the motivations, practices, and limitations of grassroots humanitarianism. This project will use ethnography, textual analysis, and experiential and embodied learning to advance our understanding of the causes, effects, and meanings of humanitarianism in Poland. | The ongoing reception and integration of Ukrainians into Polish society presents a pivotal case study of the motivations, practices, and limitations of grassroots humanitarianism. This project will use ethnography, textual analysis, and experiential and embodied learning to advance our understanding of the causes, effects, and meanings of humanitarianism in Poland. | No   This description focuses on the reception and integration of Ukrainians into Polish society, but does not directly relate to DEI. | No. This description focuses on the reception and integration of Ukrainians into Polish society, but does not directly relate to DEI. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Trumbull County Historical Society (TCHS) requests funding in the amount of $119,250 for a planned construction project totaling $477,000 to add a museum quality collections storage facility, training center, research room, welcome center/gift shop and rotating exhibit gallery to the Morgan History Center (MHC) in Warren, Ohio.  The construction of the expansion will build onto the back of the MHC, an existing c. 1894 building that TCHS will open to the public in 2021 as a cultural and education center for the Warren community.  Funds will be used for the following items: construction of the building addition, consultant fees for two conservators (one collections, one facilities) to oversee this work, and exhibit equipment for the rotating exhibit gallery. | Trumbull County Historical Society (TCHS) requests funding in the amount of $119,250 for a planned construction project totaling $477,000 to add a museum quality collections storage facility, training center, research room, welcome center/gift shop and rotating exhibit gallery to the Morgan History Center (MHC) in Warren, Ohio. The construction of the expansion will build onto the back of the MHC, an existing c. 1894 building that TCHS will open to the public in 2021 as a cultural and education center for the Warren community.  Funds will be used for the following items: construction of the building addition, consultant fees for two conservators (one collections, one facilities) to oversee this work, and exhibit equipment for the rotating exhibit gallery. | No   The provided description does not mention any specific efforts or initiatives related to diversity, equity, and inclusion (DEI). | No. The provided description does not mention any specific efforts or initiatives related to diversity, equity, and inclusion (DEI). |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Rubin Museum of Art proposes Virtual Gateway to Himalayan Art and Cultures, an intensive virtual one-week Summer Institute that will introduce 30-35 higher education faculty to Himalayan art and cultural traditions that connect with East Asian, South and Inner-Asian cultures and humanities subjects of study. This workshop-style training over six days from June 16 – July 2, 2025 will provide higher education faculty with the tools to incorporate Himalayan art and cultures into their wider curriculum of Asian studies. | The Rubin Museum of Art proposes Virtual Gateway to Himalayan Art and Cultures, an intensive virtual one-week Summer Institute that will introduce 30-35 higher education faculty to Himalayan art and cultural traditions that connect with East Asian, South and Inner-Asian cultures and humanities subjects of study. This workshop-style training over six days from June 16 – July 2, 2025 will provide higher education faculty with the tools to incorporate Himalayan art and cultures into their wider curriculum of Asian studies. | No   The proposal does not mention anything related to DEI or its principles. | No. The proposal does not mention anything related to DEI (Diversity, Equity, and Inclusion) or its principles. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project, "Caring for the Dying/Caring for Us All:  Death and the Meaning of Life in Healthcare," aims to promote an understanding of, and practical facility with, the concept of mortality among students pursuing careers in healthcare.

This project, "Caring for the Dying/Caring for Us All:  Death and the Meaning of Life in Healthcare," aims to promote an understanding of, and practical facility with, the concept of mortality among students pursuing careers in healthcare.

No

This project focuses on understanding mortality, but does not explicitly mention diversity, equity, and inclusion (DEI).

No. This project focuses on understanding mortality, but does not explicitly mention diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.For this project, the collaborators will produce an annotated literary edition and English translation of the works of Anne de Graville. This French noblewoman's works had an enduring impact on the literary and social women's movements.

For this project, the collaborators will produce an annotated literary edition and English translation of the works of Anne de Graville. This French noblewoman's works had an enduring impact on the literary and social women's movements.

Yes

The works of Anne de Graville had an enduring impact on the literary and social women's movements, which relates to DEI.

Yes. The works of Anne de Graville had an enduring impact on the literary and social women's movements, which relates to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The <em>La Sfera </em>Project is a collaborative venture to complete an open-access multimedia edition of Goro Dati's<em> La sfera</em> (<em>The World</em>), an early-fifteenth-century textbook in poetic form designed to introduce the merchants-in-training of late medieval Italy to the cosmos, the natural world, and Mediterranean geography. Against the modern misconception that medieval people believed the world was flat, <em>La sfera</em> articulates European perspectives on the world in the period before the "Age of Exploration." The project will integrate a new critical edition of Dati's treatise, an annotated English translation, IIIF manuscript images, and a cartographic interface to visualize geospatial data, along with materials to contextualize Dati's work. Our digital edition will showcase the richness of Dati's treatise and manuscripts by combining text, images, and maps in ways that a static print edition cannot—thereby crystallizing a crucial transitional moment between the Middle Ages and the Renaissance.

The <em>La Sfera </em>Project is a collaborative venture to complete an open-access multimedia edition of Goro Dati's<em> La sfera</em> (<em>The World</em>), an early-fifteenth-century textbook in poetic form designed to introduce the merchants-in-training of late medieval Italy to the cosmos, the natural world, and Mediterranean geography. Against the modern misconception that medieval people believed the world was flat, <em>La sfera</em> articulates European perspectives on the world in the period before the "Age of Exploration." The project will integrate a new critical edition of Dati's treatise, an annotated English translation, IIIF manuscript images, and a cartographic interface to visualize geospatial data, along with materials to contextualize Dati's work. Our digital edition will showcase the richness of Dati's treatise and manuscripts by combining text, images, and maps in ways that a static print edition cannot—thereby crystallizing a crucial transitional moment between the Middle Ages and the Renaissance.

No

This project does not directly relate to DEI as it focuses on completing an open-access multimedia edition of a historical textbook.

No. This project does not directly relate to DEI as it focuses on completing an open-access multimedia edition of a historical textbook.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Shaky Ground is a scientific detective story about researchers tracing recent mid-American earthquake activity to the production of fossil fuels. Innovative drilling techniques led by hydraulic fracturing, or fracking, have made the 21st-century United States a leading exporter of both oil and natural gas. Yet getting rid of the huge volumes of wastewater from hydrocarbon production has caused the earth to shake, in myriad small tremors and in M5.7 and 5.8 earthquakes in Oklahoma. This book chronicles how the waste from energy innovation led to the expansion of science, as seismologists had to make room for a significant role in human action in causing earthquakes. Far from a smooth process, discerning the cause of new American earthquakes led to raucous debate, public alarm, and official obfuscation. This is a history of science and science denial, told with keen detail and vivid storytelling and relevant to current fraught debates over responses to global climate change.

Shaky Ground is a scientific detective story about researchers tracing recent mid-American earthquake activity to the production of fossil fuels. Innovative drilling techniques led by hydraulic fracturing, or fracking, have made the 21st-century United States a leading exporter of both oil and natural gas. Yet getting rid of the huge volumes of wastewater from hydrocarbon production has caused the earth to shake, in myriad small tremors and in M5.7 and 5.8 earthquakes in Oklahoma. This book chronicles how the waste from energy innovation led to the expansion of science, as seismologists had to make room for a significant role in human action in causing earthquakes. Far from a smooth process, discerning the cause of new American earthquakes led to raucous debate, public alarm, and official obfuscation. This is a history of science and science denial, told with keen detail and vivid storytelling and relevant to current fraught debates over responses to global climate change.

No

This description does not directly relate to DEI as it primarily focuses on the scientific investigation of earthquake activity and energy production.

No. This description does not directly relate to DEI as it primarily focuses on the scientific investigation of earthquake activity and energy production.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Due to major leaking exacerbated by heavy snowfall and sustained below average temperatures, the Meeteetse Museums District is requesting $101,418.10 for a new metal roof and the installation of solar panels. The Meeteetse Museum District is a special museum district in Park County, Wyoming with annual visitors in the thousands, exposing locals and tourists to the artistic, cultural, and historic heritage of the area. The leaking has caused severe devastation for the Museums, just before our annual tourist season. To better protect the museum and its humanities (and natural history) collections, the Museums believe that a new roof material will better protect the roof from leaking problems. The installation of solar panels will cut electricity costs, helping the Museums become more financially sustainable, and reduce our energy consumption and carbon footprint.

Due to major leaking exacerbated by heavy snowfall and sustained below average temperatures, the Meeteetse Museums District is requesting $101,418.10 for a new metal roof and the installation of solar panels. The Meeteetse Museum District is a special museum district in Park County, Wyoming with annual visitors in the thousands, exposing locals and tourists to the artistic, cultural, and historic heritage of the area. The leaking has caused severe devastation for the Museums, just before our annual tourist season. To better protect the museum and its humanities (and natural history) collections, the Museums believe that a new roof material will better protect the roof from leaking problems. The installation of solar panels will cut electricity costs, helping the Museums become more financially sustainable, and reduce our energy consumption and carbon footprint.

No

This description does not directly relate to DEI as it does not mention diversity, equity, or inclusion initiatives or considerations.

No. This description does not directly relate to DEI as it does not mention diversity, equity, or inclusion initiatives or considerations.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Chinese Historical Society of America and the WWII Chinese American GI Project will collaborate to host a series of discussions titled, War Heroes: Chinese American Experiences. This series of programs will uplift Chinese American veteran experiences in WWII, the Korean War,  the Vietnam War, Gulf and Afghanistan Wars while discussing humanities sources such as documentaries, memoirs, and historical writings that documented Asian American experiences. Discussions will cover themes from training, going overseas and their return home. These perspectives are often overlooked in history but this program will uplift and recognize their service and contributions to America. The project team will recruit discussion facilitators and participants from San Jose State University, Burdick Memorial Military History Project; Civilian Liaison to the Army; Chinese American Citizens Alliance; American Legion Cathay Post 384; Veterans of Foreign Wars; National WWII Museum among other organizations.

The Chinese Historical Society of America and the WWII Chinese American GI Project will collaborate to host a series of discussions titled, War Heroes: Chinese American Experiences. This series of programs will uplift Chinese American veteran experiences in WWII, the Korean War,  the Vietnam War, Gulf and Afghanistan Wars while discussing humanities sources such as documentaries, memoirs, and historical writings that documented Asian American experiences. Discussions will cover themes from training, going overseas and their return home. These perspectives are often overlooked in history but this program will uplift and recognize their service and contributions to America. The project team will recruit discussion facilitators and participants from San Jose State University, Burdick Memorial Military History Project; Civilian Liaison to the Army; Chinese American Citizens Alliance; American Legion Cathay Post 384; Veterans of Foreign Wars; National WWII Museum among other organizations.

Yes

This collaboration aims to uplift and recognize the contributions and experiences of Chinese American veterans, which is in line with the principles of DEI.

Yes. This collaboration aims to uplift and recognize the contributions and experiences of Chinese American veterans, which is in line with the principles of DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposal aims to foster a transdisciplinary environment where humanities and STEM students can think critically, engage, and interact with technical and social constructions of machine learning (ML) and artificial intelligence (AI) algorithms and systems. This grant will support the design of an undergraduate certificate program entitled "Intelligent Media and Society" at the School of Arts, Media and Engineering at Arizona State University. This certificate will focus on humanistic and socio-cultural engagement with AI with a core set of classes with complementary domain knowledge including Minds and Machines; Science Fiction, Creativity and Responsibility; and Algorithmic Reading. Implementation of this certificate program includes curriculum building, development of online modules, and community/partnership development for experiential learning opportunities.

This proposal aims to foster a transdisciplinary environment where humanities and STEM students can think critically, engage, and interact with technical and social constructions of machine learning (ML) and artificial intelligence (AI) algorithms and systems. This grant will support the design of an undergraduate certificate program entitled "Intelligent Media and Society" at the School of Arts, Media and Engineering at Arizona State University. This certificate will focus on humanistic and socio-cultural engagement with AI with a core set of classes with complementary domain knowledge including Minds and Machines; Science Fiction, Creativity and Responsibility; and Algorithmic Reading. Implementation of this certificate program includes curriculum building, development of online modules, and community/partnership development for experiential learning opportunities.

Yes

This proposal aims to foster a transdisciplinary environment that engages with social constructions of AI, supporting diversity, equity, and inclusion in education.

Yes. This proposal aims to foster a transdisciplinary environment that engages with social constructions of AI, supporting diversity, equity, and inclusion in education.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Veterans, active military, and (in separate forums) the West Texas community. will engage in war-themed literature, especially with visual literacy in the way of graphic novels and comics, poems, non-fiction and fiction. Unique to the project is the fact that various branches of the U.S. Military are creating pre-deployment graphic novels and comics (visual works) that replace text manuals. In addition, national veterans' affairs organizations are offering post-deployment animated visuals to mitigate military stress. Themes include honor, camaraderie, displacement, mental gaps during moments of trauma, and the second shock of homecoming. Veterans will spark engagement by reading reflections from their journals of experiences to encourage further groups and dialogue. The words of participants will be recorded for the visually impaired if they so desire. Conflicts will largely focus on the Vietnam War, and those  in Iraq and Afghanistan.

Veterans, active military, and (in separate forums) the West Texas community. will engage in war-themed literature, especially with visual literacy in the way of graphic novels and comics, poems, non-fiction and fiction. Unique to the project is the fact that various branches of the U.S. Military are creating pre-deployment graphic novels and comics (visual works) that replace text manuals. In addition, national veterans' affairs organizations are offering post-deployment animated visuals to mitigate military stress. Themes include honor, camaraderie, displacement, mental gaps during moments of trauma, and the second shock of homecoming. Veterans will spark engagement by reading reflections from their journals of experiences to encourage further groups and dialogue. The words of participants will be recorded for the visually impaired if they so desire. Conflicts will largely focus on the Vietnam War, and those  in Iraq and Afghanistan.

No

This initiative focuses on veterans, active military, and a specific community, using literature and visual works, but it does not explicitly mention DEI concerns.

No. This initiative focuses on veterans, active military, and a specific community, using literature and visual works, but it does not explicitly mention DEI (Diversity, Equity, and Inclusion) concerns.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.With support from the National Endowment for the Humanities, Everson Museum of Art will conduct a series of capital improvement projects to repair and mitigate damage to the 54-year-old building and its collections due to rapidly accelerating climate change. In 2018, Everson consulted with historic architecture and conservation professionals to assess structural issues of the poured-in-place concrete building, such as fissures, condensation, and temperature fluctuation in four main galleries. In 2024, the Everson will implement recommendations in its first phase of gallery renovations to fix structural issues, implement energy-efficient systems, and upgrade non-code-compliant electrical wiring. At its conclusion, the project will protect the historic building, mitigate damage to its collections, continue the Museum's focus on energy efficiency in the fight again climate change, and diversify its collections and exhibitions for increased humanities-based content and discussion.

With support from the National Endowment for the Humanities, Everson Museum of Art will conduct a series of capital improvement projects to repair and mitigate damage to the 54-year-old building and its collections due to rapidly accelerating climate change. In 2018, Everson consulted with historic architecture and conservation professionals to assess structural issues of the poured-in-place concrete building, such as fissures, condensation, and temperature fluctuation in four main galleries. In 2024, the Everson will implement recommendations in its first phase of gallery renovations to fix structural issues, implement energy-efficient systems, and upgrade non-code-compliant electrical wiring. At its conclusion, the project will protect the historic building, mitigate damage to its collections, continue the Museum's focus on energy efficiency in the fight again climate change, and diversify its collections and exhibitions for increased humanities-based content and discussion.

Yes    The project aims to repair and mitigate damage caused by climate change, while also diversifying collections and exhibitions for increased humanities-based content and discussion.

Yes. The project aims to repair and mitigate damage caused by climate change, while also diversifying collections and exhibitions for increased humanities-based content and discussion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project is designed as a case study across two institutions, Winterthur Museum & Library and the Baltimore Museum of Art (BMA), to lay the groundwork for the integration of low-cost air quality sensors into current environmental monitoring practices. This will help develop data driven strategies to reduce demands on heating, ventilation, and air conditioning (HVAC) systems while maintaining safe environments for cultural heritage across a wide array of institutions.

This project is designed as a case study across two institutions, Winterthur Museum & Library and the Baltimore Museum of Art (BMA), to lay the groundwork for the integration of low-cost air quality sensors into current environmental monitoring practices. This will help develop data driven strategies to reduce demands on heating, ventilation, and air conditioning (HVAC) systems while maintaining safe environments for cultural heritage across a wide array of institutions.

No    This project focuses on environmental monitoring and HVAC systems in museums; it does not directly relate to DEI.

No. This project focuses on environmental monitoring and HVAC systems in museums; it does not directly relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Museum of the American Revolution respectfully requests a $100,000 implementation grant from the NEH to support the creation of The Declaration's Journey, an exhibition commemorating the 250th anniversary of the United States, on view from October 18, 2025 through January 3, 2027. The United States' Declaration of Independence is arguably the most famous piece of political writing in modern history. It is a text that many people know, or at least think that they do. Recent public conversations about American history and its impacts on American civic life demonstrate the need for a fresh, inspiring, and nuanced exhibition based on current scholarship. The exhibition will explore, as no work of written or visual scholarship has before, the effect of the Declaration of Independence within the United States and around the world, and how the form and phraseology of the Declaration have been invoked by all manner of political and social movements.

The Museum of the American Revolution respectfully requests a $100,000 implementation grant from the NEH to support the creation of The Declaration's Journey, an exhibition commemorating the 250th anniversary of the United States, on view from October 18, 2025 through January 3, 2027. The United States' Declaration of Independence is arguably the most famous piece of political writing in modern history. It is a text that many people know, or at least think that they do. Recent public conversations about American history and its impacts on American civic life demonstrate the need for a fresh, inspiring, and nuanced exhibition based on current scholarship. The exhibition will explore, as no work of written or visual scholarship has before, the effect of the Declaration of Independence within the United States and around the world, and how the form and phraseology of the Declaration have been invoked by all manner of political and social movements.

No    This description does not directly relate to DEI. It focuses more on historical scholarship and the impact of the Declaration of Independence.

No. This description does not directly relate to DEI. It focuses more on historical scholarship and the impact of the Declaration of Independence.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In 2024, to mark the centennial of her birth and a national election year, the Museum of the City of New York and the Shirley Chisholm Project on Brooklyn Women's Activism will present Shirley Chisholm: A Brooklyn Life, an exhibition on Chisholm tracing her early life in Brooklyn, path-breaking political career, and lasting legacy. In 1968, Shirley Chisholm emerged as a singular figure in national politics as the first Black woman elected to Congress and then, in 1972, the first woman to run for president on a major party ticket. The exhibition will explore the depth of her role not just as a catalyst for change among the political establishment and a bold inspiration for subsequent generations, but as a product of New York communities and networks.

In 2024, to mark the centennial of her birth and a national election year, the Museum of the City of New York and the Shirley Chisholm Project on Brooklyn Women's Activism will present Shirley Chisholm: A Brooklyn Life, an exhibition on Chisholm tracing her early life in Brooklyn, path-breaking political career, and lasting legacy. In 1968, Shirley Chisholm emerged as a singular figure in national politics as the first Black woman elected to Congress and then, in 1972, the first woman to run for president on a major party ticket. The exhibition will explore the depth of her role not just as a catalyst for change among the political establishment and a bold inspiration for subsequent generations, but as a product of New York communities and networks.

No    This exhibition is centered around Shirley Chisholm's life and achievements, focusing on her political career and legacy. It does not directly relate to DEI.

No. This exhibition is centered around Shirley Chisholm's life and achievements, focusing on her political career and legacy. It does not directly relate to DEI (Diversity, Equity, and Inclusion).

Ex. 15 US-000062485.xlsx

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."Northern Women: Dutch and Flemish Artists of the Long Seventeenth Century" will present the work of these artists while also providing insight into the forces that shaped their lives and careers and the many ways in which they were central players during this creative era. The exhibition will not only foreground paintings, drawings, and prints of the period but also works of cut paper, etched glass, embroidery, lace, and other textiles, so as to clearly convey the varied contributions made by women artists of the period. | "Northern Women: Dutch and Flemish Artists of the Long Seventeenth Century" will present the work of these artists while also providing insight into the forces that shaped their lives and careers and the many ways in which they were central players during this creative era. The exhibition will not only foreground paintings, drawings, and prints of the period but also works of cut paper, etched glass, embroidery, lace, and other textiles, so as to clearly convey the varied contributions made by women artists of the period. | No | While the exhibition focuses on women artists and their contributions, there is no direct mention of DEI or any related factors in the description. | No. While the exhibition focuses on women artists and their contributions, there is no direct mention of DEI (Diversity, Equity, and Inclusion) or any related factors in the description. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.To mark the 2024 centennial of its life as a public institution, the Morgan Library & Museum will present a major exhibition devoted to the life and career of its inaugural director, Belle da Costa Greene (1879–1950). Widely recognized as an authority on illuminated manuscripts and deeply respected as a cultural heritage executive, Greene was one of the most prominent librarians in American history.  The exhibition will trace Greene's storied life, from her roots in a predominantly Black community in Washington, D.C., to her distinguished career at the helm of one of the world's great research libraries. Through extraordinary objects—from medieval manuscripts and rare printed books to archival records and portraits— the exhibition will demonstrate the confidence and expertise Greene brought to her roles as librarian, scholar, curator, and cultural executive, and honor her enduring legacy. | To mark the 2024 centennial of its life as a public institution, the Morgan Library & Museum will present a major exhibition devoted to the life and career of its inaugural director, Belle da Costa Greene (1879–1950). Widely recognized as an authority on illuminated manuscripts and deeply respected as a cultural heritage executive, Greene was one of the most prominent librarians in American history.  The exhibition will trace Greene's storied life, from her roots in a predominantly Black community in Washington, D.C., to her distinguished career at the helm of one of the world's great research libraries. Through extraordinary objects—from medieval manuscripts and rare printed books to archival records and portraits— the exhibition will demonstrate the confidence and expertise Greene brought to her roles as librarian, scholar, curator, and cultural executive, and honor her enduring legacy. | Yes | The exhibition highlights the life and career of Belle da Costa Greene, who was a prominent librarian and cultural executive in American history, and also acknowledges her roots in a predominantly Black community. This contributes to the diversity, equity, and inclusion conversation. | Yes. The exhibition highlights the life and career of Belle da Costa Greene, who was a prominent librarian and cultural executive in American history, and also acknowledges her roots in a predominantly Black community. This contributes to the diversity, equity, and inclusion conversation. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will translate and annotate issues from the Dakota-language historical newspaper: Iapi Oaye: The Word Carrier (1871-1939), the longest running Indigenous language newspaper in the history of the United States. The newspaper offers rare and important insights into Dakota cultural and linguistic survival, as well as encounters with settlers and the federal government at a time of immense challenge and change. Through an open-access website and print volume of annotated translations and historical and literary scholarship, the project will provide new access to the history of westward expansion as viewed through the multiple lenses of Christian missionaries, educators, Dakota writers, and the wider communities in which they were enmeshed. | This project will translate and annotate issues from the Dakota-language historical newspaper: Iapi Oaye: The Word Carrier (1871-1939), the longest running Indigenous language newspaper in the history of the United States. The newspaper offers rare and important insights into Dakota cultural and linguistic survival, as well as encounters with settlers and the federal government at a time of immense challenge and change. Through an open-access website and print volume of annotated translations and historical and literary scholarship, the project will provide new access to the history of westward expansion as viewed through the multiple lenses of Christian missionaries, educators, Dakota writers, and the wider communities in which they were enmeshed. | Yes | This project promotes inclusion and representation by translating and annotating Indigenous language historical newspaper, providing access to diverse perspectives. | Yes. This project promotes inclusion and representation by translating and annotating Indigenous language historical newspaper, providing access to diverse perspectives. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Through critical thinking and analysis in the fields of literature, writing, bioethics, spirituality, fine arts, social sciences, anthropology, politics, and law, the program will allow students to explore health from person- and society-centered perspectives. Funding from the National Endowment for the Humanities (NEH) will allow for expansion of the current HCC minor to an interdisciplinary major with three tracks: Narrative Health and Medical Humanities (NHMH); Health Disparities and Health Equity (HDHE); and Aging and End-of-Life Studies (AEoLS). | Through critical thinking and analysis in the fields of literature, writing, bioethics, spirituality, fine arts, social sciences, anthropology, politics, and law, the program will allow students to explore health from person- and society-centered perspectives. Funding from the National Endowment for the Humanities (NEH) will allow for expansion of the current HCC minor to an interdisciplinary major with three tracks: Narrative Health and Medical Humanities (NHMH); Health Disparities and Health Equity (HDHE); and Aging and End-of-Life Studies (AEoLS). | No | The program focuses on interdisciplinary studies in various fields, but it does not specifically address diversity, equity, and inclusion. | No. The program focuses on interdisciplinary studies in various fields, but it does not specifically address diversity, equity, and inclusion. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Finding, identifying, and mapping buried archaeological sites and features is a critical component of archaeological research. The most powerful tools to do this are non-destructive geophysical prospection technologies such as Ground Penetrating Radar (GPR). These tools have been used to identify buried architecture, artifacts, fields, roads, ditches, and stratigraphic sequences. However, the established field techniques for collecting this data are slow and limiting, requiring initial surveys and the manual recording of small individual grids. This proposal seeks a level-II grant to support continued development and deployment of a novel autonomous robot, the Archaeorover, that dramatically increases the efficiency and scale of geophysical survey by combining recent advances in robotics, autonomous navigation technology, and Global Navigation Satellite Systems (GNSS) with geophysical instruments

Finding, identifying, and mapping buried archaeological sites and features is a critical component of archaeological research. The most powerful tools to do this are non-destructive geophysical prospection technologies such as Ground Penetrating Radar (GPR). These tools have been used to identify buried architecture, artifacts, fields, roads, ditches, and stratigraphic sequences. However, the established field techniques for collecting this data are slow and limiting, requiring initial surveys and the manual recording of small individual grids. This proposal seeks a level-II grant to support continued development and deployment of a novel autonomous robot, the Archaeorover, that dramatically increases the efficiency and scale of geophysical survey by combining recent advances in robotics, autonomous navigation technology, and Global Navigation Satellite Systems (GNSS) with geophysical instruments

Yes    The proposal seeks to develop an autonomous robot to increase efficiency and scale of geophysical surveying, which relates to Diversity, Equity, and Inclusion in providing access and opportunities for archaeological researchers.

Yes. The proposal seeks to develop an autonomous robot to increase efficiency and scale of geophysical surveying, which relates to Diversity, Equity, and Inclusion in providing access and opportunities for archaeological researchers.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will provide scholars and the general public with an edition of a collection of books attributed to Moses but excluded from the Jewish Bible. The two books, <em>Jubilees </em>and the <em>Testament of Moses</em>, provide important insight into Jewish thought from two thousand years ago, complementary to insight from the Dead Sea Scrolls and the New Testament. These texts are concerned with Jewish law and a figure who sacrifices his own life to bring about the kingdom of God. The books are preserved in Latin translation in a single manuscript that was erased and heavily damaged. Advanced multispectral imaging has recently made it possible to read text and observe other features of scribal culture. A stable scholarly edition will be produced, peer-reviewed, printed, and distributed by a major scholarly publisher. The images, transcription, translation, and notes will be linked in a free interactive online edition.

This project will provide scholars and the general public with an edition of a collection of books attributed to Moses but excluded from the Jewish Bible. The two books, <em>Jubilees </em>and the <em>Testament of Moses</em>, provide important insight into Jewish thought from two thousand years ago, complementary to insight from the Dead Sea Scrolls and the New Testament. These texts are concerned with Jewish law and a figure who sacrifices his own life to bring about the kingdom of God. The books are preserved in Latin translation in a single manuscript that was erased and heavily damaged. Advanced multispectral imaging has recently made it possible to read text and observe other features of scribal culture. A stable scholarly edition will be produced, peer-reviewed, printed, and distributed by a major scholarly publisher. The images, transcription, translation, and notes will be linked in a free interactive online edition.

Yes    This project provides scholars with an edition of books excluded from the Jewish Bible, offering insight into Jewish thought from two thousand years ago.

Yes. This project provides scholars with an edition of books excluded from the Jewish Bible, offering insight into Jewish thought from two thousand years ago.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Project goals are to create a lexicon to describe the many basket types that were made by Wabanaki basketmakers and establish standard terminology for styles or forms of baskets as well as decorative elements, weaving materials, and family design hallmarks. The project will draw on holdings at the Hudson Museum and the Penobscot Nation Museum, two of the most extensive institutional collections in the U.S. Terminology will be generated by Wabanaki basketmakers, and the resulting lexicon will be available as a digital open-source resource. This two-year project will serve as a proof-of-concept for standardized, community-based language to support future TK label projects, will advance historical and cultural knowledge and will expand cultural competencies among future audiences. It addresses the NEH's special interest areas focused on protecting imperiled cultural heritage, serving under-represented communities, and responding to climate change.

Project goals are to create a lexicon to describe the many basket types that were made by Wabanaki basketmakers and establish standard terminology for styles or forms of baskets as well as decorative elements, weaving materials, and family design hallmarks. The project will draw on holdings at the Hudson Museum and the Penobscot Nation Museum, two of the most extensive institutional collections in the U.S. Terminology will be generated by Wabanaki basketmakers, and the resulting lexicon will be available as a digital open-source resource. This two-year project will serve as a proof-of-concept for standardized, community-based language to support future TK label projects, will advance historical and cultural knowledge and will expand cultural competencies among future audiences. It addresses the NEH's special interest areas focused on protecting imperiled cultural heritage, serving under-represented communities, and responding to climate change.

Yes    The project aims to establish a standardized, community-based language for describing basket types, engaging under-represented communities, and expanding cultural competencies. It aligns with DEI goals.

Yes. The project aims to establish a standardized, community-based language for describing basket types, engaging under-represented communities, and expanding cultural competencies. It aligns with DEI goals.

This project builds on the success of an existing prototype for a remote recording mobile app used to collect "audio diaries" in 2020-2021. We aim to redevelop the code for the front end of the app and refactor the code for the back end, resulting in a shareable app infrastructure that may be adopted by researchers at any number of institutions. We will bring together a user community of beta testing researchers across the humanities who may benefit from a remote recording app, which we hope to expand during the second year of funding into a broad user community and support system. The code and user manual will be published on a public GitLab repository, enabling future improvements by the user community.

This project builds on the success of an existing prototype for a remote recording mobile app used to collect "audio diaries" in 2020-2021. We aim to redevelop the code for the front end of the app and refactor the code for the back end, resulting in a shareable app infrastructure that may be adopted by researchers at any number of institutions. We will bring together a user community of beta testing researchers across the humanities who may benefit from a remote recording app, which we hope to expand during the second year of funding into a broad user community and support system. The code and user manual will be published on a public GitLab repository, enabling future improvements by the user community.

No    The audio diaries app development focuses on technological infrastructure rather than DEI themes.

No. The audio diaries app development focuses on technological infrastructure rather than DEI themes.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Entangled Ecologies is an augmented reality application that would reveal hidden histories and relationships entangled in the 995-acre Shaker Forest, a property located in Enfield, NH. Integrating the environmental humanities with digital technologies and public outreach, this application provides a dynamic historical narrative of the socio-ecological interactions in the area and an opportunity for those engaging with the forest to connect to its rich historical and environmental legacy. Our application will use digital storytelling to highlight and interpret the signs of the complex and at times conflictual intermingling of different human and nonhuman communities in the forest. Through the encounter with augmented reality objects, users will experience the forested landscape as a series of socio-environmental narratives capable of evoking the Shaker Forest's multi-layered histories in which humans, trees, animals, and geological forces interacted and affected one another.

Entangled Ecologies is an augmented reality application that would reveal hidden histories and relationships entangled in the 995-acre Shaker Forest, a property located in Enfield, NH. Integrating the environmental humanities with digital technologies and public outreach, this application provides a dynamic historical narrative of the socio-ecological interactions in the area and an opportunity for those engaging with the forest to connect to its rich historical and environmental legacy. Our application will use digital storytelling to highlight and interpret the signs of the complex and at times conflictual intermingling of different human and nonhuman communities in the forest. Through the encounter with augmented reality objects, users will experience the forested landscape as a series of socio-environmental narratives capable of evoking the Shaker Forest's multi-layered histories in which humans, trees, animals, and geological forces interacted and affected one another.

Yes

Entangled Ecologies incorporates the environmental humanities, digital technologies, and public outreach to highlight and interpret socio-ecological interactions, emphasizing diverse communities' histories and relationships within the forest.

Yes. Entangled Ecologies incorporates the environmental humanities, digital technologies, and public outreach to highlight and interpret socio-ecological interactions, emphasizing diverse communities' histories and relationships within the forest.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will pilot a process to digitize and display flap books such that their interactive nature is preserved for users. The initial process will be developed using materials in the Wangensteen Historical Library of Biology and Medicine at the University of Minnesota. Current digitization practices prioritize simple, Western codices and do not allow for interaction with texts beyond flipping pages. The project team will develop a digitization workflow and hire a programmer to create a software development plan for an open-source online viewer for digital surrogates of interactive books that have flaps.

This project will pilot a process to digitize and display flap books such that their interactive nature is preserved for users. The initial process will be developed using materials in the Wangensteen Historical Library of Biology and Medicine at the University of Minnesota. Current digitization practices prioritize simple, Western codices and do not allow for interaction with texts beyond flipping pages. The project team will develop a digitization workflow and hire a programmer to create a software development plan for an open-source online viewer for digital surrogates of interactive books that have flaps.

Yes

This initiative aims to address a gap in current digitization practices by prioritizing the preservation of interactive nature in historical materials, promoting inclusivity in digitization efforts.

Yes. This initiative aims to address a gap in current digitization practices by prioritizing the preservation of interactive nature in historical materials, promoting inclusivity in digitization efforts.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The La Sfera Project is a collaborative venture to complete an open-access multimedia edition of Goro Dati's La sfera (The World), an early-fifteenth-century textbook in poetic form designed to introduce the merchants-in-training of late medieval Italy to the cosmos, the natural world, and Mediterranean geography. Against the modern misconception that medieval people believed the world was flat, La sfera articulates European perspectives on the world in the period before the "Age of Exploration." The project will integrate a new critical edition of Dati's treatise, an annotated English translation, IIIF manuscript images, and a cartographic interface to visualize geospatial data, along with materials to contextualize Dati's work. Our digital edition will showcase the richness of Dati's treatise and manuscripts by combining text, images, and maps in ways that a static print edition cannot—thereby crystallizing a crucial transitional moment between the Middle Ages and the Renaissance.

The La Sfera Project is a collaborative venture to complete an open-access multimedia edition of Goro Dati's La sfera (The World), an early-fifteenth-century textbook in poetic form designed to introduce the merchants-in-training of late medieval Italy to the cosmos, the natural world, and Mediterranean geography. Against the modern misconception that medieval people believed the world was flat, La sfera articulates European perspectives on the world in the period before the "Age of Exploration." The project will integrate a new critical edition of Dati's treatise, an annotated English translation, IIIF manuscript images, and a cartographic interface to visualize geospatial data, along with materials to contextualize Dati's work. Our digital edition will showcase the richness of Dati's treatise and manuscripts by combining text, images, and maps in ways that a static print edition cannot—thereby crystallizing a crucial transitional moment between the Middle Ages and the Renaissance.

No

The La Sfera Project focuses on creating a digital edition of an ancient textbook and does not directly relate to DEI.

No. The La Sfera Project focuses on creating a digital edition of an ancient textbook and does not directly relate to DEI (Diversity, Equity, and Inclusion).

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The High Desert Museum requests $99,542 for the Prototyping Phase of the development of Stories of the High Desert—a dynamic new website that will immerse broad audiences in the relationships between the people, wildlife, and landscapes of the High Desert. Using multiple ways of knowing and an interdisciplinary approach, the website will convey stories not usually told together to create a more comprehensive and accurate narrative of the High Desert, and a focus on relationships will re-map the region according to the diverse perspectives and knowledge of the people living here. Water will serve as a guide and storyteller, offering an accessible entry point into more complex topics and weaving together humanities themes and content. Stories of the High Desert will raise awareness of this unique aspect of the western United States, provide humanities context for some of the most pressing challenges facing the region today, and promote a deeper understanding of our shared humanity.

The High Desert Museum requests $99,542 for the Prototyping Phase of the development of Stories of the High Desert—a dynamic new website that will immerse broad audiences in the relationships between the people, wildlife, and landscapes of the High Desert. Using multiple ways of knowing and an interdisciplinary approach, the website will convey stories not usually told together to create a more comprehensive and accurate narrative of the High Desert, and a focus on relationships will re-map the region according to the diverse perspectives and knowledge of the people living here. Water will serve as a guide and storyteller, offering an accessible entry point into more complex topics and weaving together humanities themes and content. Stories of the High Desert will raise awareness of this unique aspect of the western United States, provide humanities context for some of the most pressing challenges facing the region today, and promote a deeper understanding of our shared humanity.

No

This funding request is focused on creating a website to convey narratives and raise awareness about the High Desert region, but it does not directly relate to Diversity, Equity, and Inclusion (DEI).

No. This funding request is focused on creating a website to convey narratives and raise awareness about the High Desert region, but it does not directly relate to Diversity, Equity, and Inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Indian Pueblo Cultural Center (IPCC) seeks funding from the National Endowment for the Humanities through its Sustaining Cultural Heritage Collections program to address urgent environmental needs of our museum and comprehensive collection spaces, specifically the exhibit galleries and collections storage and preparation areas. Addressing these needs will include the installation of enhanced, more environmentally friendly lower-lumen or LED lighting in these areas to ensure preventative conservation standards are met for all collections spaces and exhibitions moving forward.

The Indian Pueblo Cultural Center (IPCC) seeks funding from the National Endowment for the Humanities through its Sustaining Cultural Heritage Collections program to address urgent environmental needs of our museum and comprehensive collection spaces, specifically the exhibit galleries and collections storage and preparation areas. Addressing these needs will include the installation of enhanced, more environmentally friendly lower-lumen or LED lighting in these areas to ensure preventative conservation standards are met for all collections spaces and exhibitions moving forward.

No

This initiative focuses on addressing urgent environmental needs for museum spaces and collections, not directly related to DEI.

No. This initiative focuses on addressing urgent environmental needs for museum spaces and collections, not directly related to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Scholars of the history of science and technology produced some of the first digital projects that demonstrated how websites could be used as repositories of information and documentation to support research, yet most are no longer maintained or accessible. Stanford University Libraries project, Sustaining Early Disciplinary Websites of Lasting Importance, proposes to run an inter-linked set of studies covering 1) user preferences for accessible and sustainable historical digital scholarly collections; 2) potential technical solutions recommended by library developers who regularly work with scholarly data; and 3) UX testing of wireframes or prototypes based on the received recommendations. We have selected three websites of widely recognized importance in the field of history of science, all of which are currently either inaccessible or becoming unusable. Outcomes will consist of preliminary guidelines for preserving and providing access to the content of early scholarly websites.

Scholars of the history of science and technology produced some of the first digital projects that demonstrated how websites could be used as repositories of information and documentation to support research, yet most are no longer maintained or accessible. Stanford University Libraries project, Sustaining Early Disciplinary Websites of Lasting Importance, proposes to run an inter-linked set of studies covering 1) user preferences for accessible and sustainable historical digital scholarly collections; 2) potential technical solutions recommended by library developers who regularly work with scholarly data; and 3) UX testing of wireframes or prototypes based on the received recommendations. We have selected three websites of widely recognized importance in the field of history of science, all of which are currently either inaccessible or becoming unusable. Outcomes will consist of preliminary guidelines for preserving and providing access to the content of early scholarly websites.

No

This initiative focuses on preserving historical digital scholarly collections and does not directly relate to DEI.

No. This initiative focuses on preserving historical digital scholarly collections and does not directly relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Providence Clemente Veterans Initiative (PCVI) has been funded in part by an NEH Dialogues grant since 2019. Through our trauma-informed approach, we (a) facilitate peer discussion of the personal and universal experiences of war and homecoming throughout time, as embodied by texts and materials in history, philosophy, literature, art history, film, and creative disciplines; (b) support the return to civilian life by historicizing and contextualizing the experience of homecoming within ethical and existential frameworks across cultures; and (c) foster veteran well being and a purpose filled life through developing opportunities for civic engagement, creative expression, and community connection. In the wake of its successful program and in partnership with the Clemente Course in the Humanities, the PCVI seeks to deepen, refine, and extend its existing mission.

The Providence Clemente Veterans Initiative (PCVI) has been funded in part by an NEH Dialogues grant since 2019. Through our trauma-informed approach, we (a) facilitate peer discussion of the personal and universal experiences of war and homecoming throughout time, as embodied by texts and materials in history, philosophy, literature, art history, film, and creative disciplines; (b) support the return to civilian life by historicizing and contextualizing the experience of homecoming within ethical and existential frameworks across cultures; and (c) foster veteran well being and a purpose filled life through developing opportunities for civic engagement, creative expression, and community connection. In the wake of its successful program and in partnership with the Clemente Course in the Humanities, the PCVI seeks to deepen, refine, and extend its existing mission.

Yes

The PCVI's focus on facilitating discussion, supporting veterans, and fostering community connection aligns with the principles of diversity, equity, and inclusion.

Yes. The PCVI's focus on facilitating discussion, supporting veterans, and fostering community connection aligns with the principles of diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Shaker Heritage Society (SHS) requests funding to support two key upgrades to the environmental system in the 1848 Meeting House: the addition of an energy recovery ventilator to a new air-source heat pump system to be installed in 2023, and the addition of blown-in cellulose insulation in the ceiling of the Meeting Hall.

Shaker Heritage Society (SHS) requests funding to support two key upgrades to the environmental system in the 1848 Meeting House: the addition of an energy recovery ventilator to a new air-source heat pump system to be installed in 2023, and the addition of blown-in cellulose insulation in the ceiling of the Meeting Hall.

No

The request for funding and upgrades to the environmental system does not specifically relate to DEI.

No. The request for funding and upgrades to the environmental system does not specifically relate to DEI (Diversity, Equity, and Inclusion).

| | | | | |
|---|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Circular shrines, including sweat lodges, rotundas, and associated circular platform mounds appear de novo at or after AD 1050 in the Greater Cahokia region and then disappear around AD 1200. Originally thought to be part of the "paired mound" building blocks of Cahokian urbanism, their historical role in the spread of Middle Mississippian culture has been largely overlooked since. This proposed study will use non-invasive geophysical explorations and limited soil coring to determine the extent to which circular platform mounds and surmounting circular architecture comprised what we hypothesize to have been an 11th-century politico-religious or civilizing movement. This work will be conducted in consultation and participation with descendant Tribal Nations. Importantly, the project will incorporate 3D and VR technology to produce interactive visualizations that can be shared widely via the web and an onsite platform. | Circular shrines, including sweat lodges, rotundas, and associated circular platform mounds appear de novo at or after AD 1050 in the Greater Cahokia region and then disappear around AD 1200. Originally thought to be part of the "paired mound" building blocks of Cahokian urbanism, their historical role in the spread of Middle Mississippian culture has been largely overlooked since. This proposed study will use non-invasive geophysical explorations and limited soil coring to determine the extent to which circular platform mounds and surmounting circular architecture comprised what we hypothesize to have been an 11th-century politico-religious or civilizing movement. This work will be conducted in consultation and participation with descendant Tribal Nations. Importantly, the project will incorporate 3D and VR technology to produce interactive visualizations that can be shared widely via the web and an onsite platform. | Yes | The proposed study aims to investigate the historical role of circular shrines and their cultural significance, while involving consultation and participation with descendant Tribal Nations. This aligns with the principles of diversity, equity, and inclusion (DEI). | Yes. The proposed study aims to investigate the historical role of circular shrines and their cultural significance, while involving consultation and participation with descendant Tribal Nations. This aligns with the principles of diversity, equity, and inclusion (DEI). |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This two-year Tier I grant proposal is for support of a project that will investigate the long-term effects of resizing on the preservation of books and papers. This project will finish data analysis, perform data analytics, and disseminate the results from a 1990 study from Johns Hopkins University. The samples and data to be studied are derived from one of the most extensive studies of sizing treatments done using naturally-aged paper. The samples were prepared and data on those samples was collected from 1987 to 1990 by Professor M. Susan Barger and co-workers at Johns Hopkins University. In total, over 20,000 individual tests were run on 1765 samples, but, due to time constrains and lack of computational power in 1990, the project was not completed. This proposal intends to finish the proposed work and make it available to the conservation community. | This two-year Tier I grant proposal is for support of a project that will investigate the long-term effects of resizing on the preservation of books and papers. This project will finish data analysis, perform data analytics, and disseminate the results from a 1990 study from Johns Hopkins University. The samples and data to be studied are derived from one of the most extensive studies of sizing treatments done using naturally-aged paper. The samples were prepared and data on those samples was collected from 1987 to 1990 by Professor M. Susan Barger and co-workers at Johns Hopkins University. In total, over 20,000 individual tests were run on 1765 samples, but, due to time constrains and lack of computational power in 1990, the project was not completed. This proposal intends to finish the proposed work and make it available to the conservation community. | No | This project focuses on the investigation and preservation of books and papers, but it does not specifically mention diversity, equity, or inclusion (DEI) factors. | No. This project focuses on the investigation and preservation of books and papers, but it does not specifically mention diversity, equity, or inclusion (DEI) factors. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In Phase II of Same Mission. Many Stories., Michigan Humanities will partner directly with the Michigan Veterans Affairs Agency (MVAA). MVAA staff from all 10 regions in Michigan, representing all 83 counties, will complete training on how to host reflective community conversations while exploring and gaining a greater understanding of underrepresented populations in the military throughout history. This training will bring all 10 regional representatives together at one central location in 2024. After successfully completing training, MVAA staff will organize 2-3 sustained conversations in their respective districts over the following 12-18 months. The conversations will bring together diverse groups of veterans in each of Michigan's 10 regions. Conversations will be grounded in humanities themed objects to create a central starting point. | In Phase II of Same Mission. Many Stories., Michigan Humanities will partner directly with the Michigan Veterans Affairs Agency (MVAA). MVAA staff from all 10 regions in Michigan, representing all 83 counties, will complete training on how to host reflective community conversations while exploring and gaining a greater understanding of underrepresented populations in the military throughout history. This training will bring all 10 regional representatives together at one central location in 2024. After successfully completing training, MVAA staff will organize 2-3 sustained conversations in their respective districts over the following 12-18 months. The conversations will bring together diverse groups of veterans in each of Michigan's 10 regions. Conversations will be grounded in humanities themed objects to create a central starting point. | Yes | Phase II of Same Mission. Many Stories. aims to promote DEI by training MVAA staff to understand underrepresented populations in the military. | Yes. Phase II of Same Mission. Many Stories. aims to promote DEI by training MVAA staff to understand underrepresented populations in the military. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Fire Humanities: Theory and Practice is a new book of original scholarship that names and launches an emergent disciplinary field. This edited collection brings together fourteen contributors to grapple with the theoretical contributions that the humanities can make to our understanding of wildfire, including the stories, emotions, and representations that shape public perception. Via a series of nine workshops facilitated by fire practitioners that provide contributors with specific ecological, artistic, or epistemological prompts for engaging with a fire-prone landscape in their home region, the book thinks self-reflexively about the humanities in an increasingly burning world. We will submit a proposal to an academic publisher by May of 2026, with publication to follow in 2027. The volume will provide a much-needed resource for fire researchers, practitioners, and teachers and a roadmap for innovative interdisciplinary humanities work in our current moment of ecological crisis. | Fire Humanities: Theory and Practice is a new book of original scholarship that names and launches an emergent disciplinary field. This edited collection brings together fourteen contributors to grapple with the theoretical contributions that the humanities can make to our understanding of wildfire, including the stories, emotions, and representations that shape public perception. Via a series of nine workshops facilitated by fire practitioners that provide contributors with specific ecological, artistic, or epistemological prompts for engaging with a fire-prone landscape in their home region, the book thinks self-reflexively about the humanities in an increasingly burning world. We will submit a proposal to an academic publisher by May of 2026, with publication to follow in 2027. The volume will provide a much-needed resource for fire researchers, practitioners, and teachers and a roadmap for innovative interdisciplinary humanities work in our current moment of ecological crisis. | No | While the book may explore the impact of wildfire on human perception, it does not directly relate to diversity, equity, and inclusion (DEI) initiatives. | No. While the book may explore the impact of wildfire on human perception, it does not directly relate to diversity, equity, and inclusion (DEI) initiatives. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposal aims to implement a collaborative, cross-campus Medical Humanities Minor at Georgetown and to expand the Medical Humanities Initiative (funded by a NEH Humanities Connections Planning Grant). Funded outcomes will be an interdisciplinary Medical Humanities undergraduate minor featuring Main/Medical faculty team-taught courses, experiential learning, and researched Capstone, as well as a cross-campus Medical Humanities Program with Student Research Fellowships, Medical Humanities Colloquium (open to the public), open-access Medical Humanities digital platform, and an international Medical Humanities Symposium. We aim to cultivate meaningful partnerships across campuses, equip students with a breadth of humanistic tools, contribute to scholarship in the field of medical humanities, enhance the well-being of pre-health students, and change the patient/clinician encounter from a grassroots level, by shaping the training of health care professionals at a critical stage.

This proposal aims to implement a collaborative, cross-campus Medical Humanities Minor at Georgetown and to expand the Medical Humanities Initiative (funded by a NEH Humanities Connections Planning Grant). Funded outcomes will be an interdisciplinary Medical Humanities undergraduate minor featuring Main/Medical faculty team-taught courses, experiential learning, and researched Capstone, as well as a cross-campus Medical Humanities Program with Student Research Fellowships, Medical Humanities Colloquium (open to the public), open-access Medical Humanities digital platform, and an international Medical Humanities Symposium. We aim to cultivate meaningful partnerships across campuses, equip students with a breadth of humanistic tools, contribute to scholarship in the field of medical humanities, enhance the well-being of pre-health students, and change the patient/clinician encounter from a grassroots level, by shaping the training of health care professionals at a critical stage.

Yes

This proposal aims to implement a collaborative, cross-campus Medical Humanities Minor, contributing to scholarship in the field of medical humanities and enhancing well-being of pre-health students.

Yes. This proposal aims to implement a collaborative, cross-campus Medical Humanities Minor, contributing to scholarship in the field of medical humanities and enhancing well-being of pre-health students.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Faculty and staff from Humanities disciplines within the College of Arts, Social Sciences, and Humanities at North Carolina Central University will form a cohort to participate in a two-year project (2022-2024) that uses the NCCU materials at Digital NC (especially the newspapers and yearbooks) and the materials in the NCCU Archives to develop teaching materials to be implemented in their courses. In the first year, we will coordinate with the Digital Humanities Research Institute at CUNY for workshop materials and instructors who would be willing to run a week of workshops. After the workshop, faculty members will be expected to create and implement course modules using this digital archival material. In the second year, faculty members will participate in a symposium discussing their results and will engage with other faculty members in their disciplines as well as the greater university community and the citizens of Durham, NC.

Faculty and staff from Humanities disciplines within the College of Arts, Social Sciences, and Humanities at North Carolina Central University will form a cohort to participate in a two-year project (2022-2024) that uses the NCCU materials at Digital NC (especially the newspapers and yearbooks) and the materials in the NCCU Archives to develop teaching materials to be implemented in their courses. In the first year, we will coordinate with the Digital Humanities Research Institute at CUNY for workshop materials and instructors who would be willing to run a week of workshops. After the workshop, faculty members will be expected to create and implement course modules using this digital archival material. In the second year, faculty members will participate in a symposium discussing their results and will engage with other faculty members in their disciplines as well as the greater university community and the citizens of Durham, NC.

Yes

This initiative focuses on utilizing digital archival material to develop teaching materials and engage with the university community and citizens, promoting diversity, equity, and inclusion.

Yes. This initiative focuses on utilizing digital archival material to develop teaching materials and engage with the university community and citizens, promoting diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This grant proposal seeks funding for the Tier I project, ARCHIV-ALL MSI, which aims to investigate the state of archives, archival holdings, and practices in Minority Serving Institutions (MSIs) in the United States. Through a triangulated research approach consisting of content analysis, a survey and focus groups of 400 MSI archivists, archival workers, and library directors, the project seeks to evaluate the capacity of MSI archives to represent the cultural heritage and history of the minority students they serve, as well as their challenges and needs. This research project will serve as a foundational step in creating a wider network of resources for MSI archivists and scholars working with MSI archives. This project aims to ensure that the cultural heritage and history of MSIs are preserved and centered in the wider conversation about campus archives.

This grant proposal seeks funding for the Tier I project, ARCHIV-ALL MSI, which aims to investigate the state of archives, archival holdings, and practices in Minority Serving Institutions (MSIs) in the United States. Through a triangulated research approach consisting of content analysis, a survey and focus groups of 400 MSI archivists, archival workers, and library directors, the project seeks to evaluate the capacity of MSI archives to represent the cultural heritage and history of the minority students they serve, as well as their challenges and needs. This research project will serve as a foundational step in creating a wider network of resources for MSI archivists and scholars working with MSI archives. This project aims to ensure that the cultural heritage and history of MSIs are preserved and centered in the wider conversation about campus archives.

Yes

The ARCHIV-ALL MSI grant proposal relates to DEI as it aims to evaluate and improve representation of cultural heritage and history in MSI archives.

Yes. The ARCHIV-ALL MSI grant proposal relates to DEI as it aims to evaluate and improve representation of cultural heritage and history in MSI archives.

Ex. 15 US-000062485.xlsx

| | | | | | |
|---|---|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Georgia O'Keeffe Museum will rehouse materials from Georgia O'Keeffe's personal library from their original location in the artist's Home and Studio in Abiquiú, New Mexico to new compact shelving in the Michael S. Engl Family Foundation Library and Archive at the Georgia O'Keeffe Museum in Santa Fe, New Mexico. O'Keeffe's personal library numbers approximately 4,200 bound materials, an important part of understanding the artist's life and times, as well as her friends and colleagues. This collection is currently stored in a small space known as the "book room" and is not accessible or viewable to the public. This location exposes the items to risks including unstable temperature and humidity conditions, security and natural disastes, pests, and unnecessary handling. The Museum will permanently relocate the collection to the secure, climate-controlled Library and store items in new high-density mobile shelving, making the collection more accessible and ensuring future preservation. | The Georgia O'Keeffe Museum will rehouse materials from Georgia O'Keeffe's personal library from their original location in the artist's Home and Studio in Abiquiú, New Mexico to new compact shelving in the Michael S. Engl Family Foundation Library and Archive at the Georgia O'Keeffe Museum in Santa Fe, New Mexico. O'Keeffe's personal library numbers approximately 4,200 bound materials, an important part of understanding the artist's life and times, as well as her friends and colleagues. This collection is currently stored in a small space known as the "book room" and is not accessible or viewable to the public. This location exposes the items to risks including unstable temperature and humidity conditions, security and natural disastes, pests, and unnecessary handling. The Museum will permanently relocate the collection to the secure, climate-controlled Library and store items in new high-density mobile shelving, making the collection more accessible and ensuring future preservation. | | Yes | The rehousing of Georgia O'Keeffe's personal library promotes accessibility, preservation, and understanding of the artist's life, fostering inclusivity in the study of art history. | Yes. The rehousing of Georgia O'Keeffe's personal library promotes accessibility, preservation, and understanding of the artist's life, fostering inclusivity in the study of art history. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Teaching and Learning William Faulkner in the Digital Age seeks to harness the resources of the NEH-funded Digital Yoknapatawpha project for classroom teachers at the high school, community college, and four-year college levels by creating targeted lesson plans that help teachers apply the data tools of Digital Yoknapatawpha to specific Faulkner texts. The amount and configuration of data available in Digital Yoknapatawpha can be daunting for users unfamiliar with the digital humanities, and this project seeks to demystify digital humanities and help non-specialists use the site in teaching the most commonly assigned Faulkner short stories and novels though a series of virtual workshops. | Teaching and Learning William Faulkner in the Digital Age seeks to harness the resources of the NEH-funded Digital Yoknapatawpha project for classroom teachers at the high school, community college, and four-year college levels by creating targeted lesson plans that help teachers apply the data tools of Digital Yoknapatawpha to specific Faulkner texts. The amount and configuration of data available in Digital Yoknapatawpha can be daunting for users unfamiliar with the digital humanities, and this project seeks to demystify digital humanities and help non-specialists use the site in teaching the most commonly assigned Faulkner short stories and novels though a series of virtual workshops. | | No | This initiative focuses on providing teaching resources for William Faulkner texts and does not directly relate to DEI efforts. | No. This initiative focuses on providing teaching resources for William Faulkner texts and does not directly relate to DEI (Diversity, Equity, and Inclusion) efforts. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Nelson-Atkins Museum of Art (lead applicant) and the Linda Hall Library (sub-awardee) propose to conduct a building system operational review through a consortium model to identify climate impact and resiliency options, resulting in a climate smart strategic plan with broad application to humanities organizations of varying size and disciplines. The proposed climate planning project will also serve as a pilot for formation of a Cultural Eco-District in the geographic area surrounding the museum and library. Assistance from the National Endowment for the Humanities will support the consulting fees and institutional staff time necessary to plan, assess, and deliver a final document that each organization will use to guide future master planning. | The Nelson-Atkins Museum of Art (lead applicant) and the Linda Hall Library (sub-awardee) propose to conduct a building system operational review through a consortium model to identify climate impact and resiliency options, resulting in a climate smart strategic plan with broad application to humanities organizations of varying size and disciplines. The proposed climate planning project will also serve as a pilot for formation of a Cultural Eco-District in the geographic area surrounding the museum and library. Assistance from the National Endowment for the Humanities will support the consulting fees and institutional staff time necessary to plan, assess, and deliver a final document that each organization will use to guide future master planning. | | Yes | The proposed project aims to identify climate impact and resiliency options and has the potential to benefit humanities organizations, showcasing the importance of climate-related issues in the arts and cultural sector. | Yes. The proposed project aims to identify climate impact and resiliency options and has the potential to benefit humanities organizations, showcasing the importance of climate-related issues in the arts and cultural sector. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposal seeks funding to support the Institute on Collaborative Language Research (CoLang), to be jointly held June 2024 at Arizona State University (ASU) and Salt River Pima-Maricopa Indian Community (SRPMIC). Since 2008, CoLang has taken place every two years, bringing together leading practitioners of language documentation from around the world in order to provide cutting-edge training in language documentation techniques and collaborative practices. The Institute consists of two weeks of workshops followed by two weeks of in-depth practica which focus on best practices in linguistic field methods. [edited by staff] | This proposal seeks funding to support the Institute on Collaborative Language Research (CoLang), to be jointly held June 2024 at Arizona State University (ASU) and Salt River Pima-Maricopa Indian Community (SRPMIC). Since 2008, CoLang has taken place every two years, bringing together leading practitioners of language documentation from around the world in order to provide cutting-edge training in language documentation techniques and collaborative practices. The Institute consists of two weeks of workshops followed by two weeks of in-depth practica which focus on best practices in linguistic field methods. [edited by staff] | | No | This proposal does not directly relate to DEI. It focuses on language documentation and field methods training. | No. This proposal does not directly relate to DEI. It focuses on language documentation and field methods training. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The goal of this ethnographic and single researcher led project is to examine and address the effects of digital inequalities embedded in code and infrastructure on people's access to the internet, with a focus on Indigenous people in Abya Yala [Latin America]. I aim to identify dangers and opportunities in the design of internet code and infrastructure in light of the agency of Latinx people and their lived experiences. While internet services are taken for granted in many contexts in the global North, in Indigenous territories in the global South cellphone networks and internet networks are frequently not available, having to be built from scratch by people in the communities. Parallel to that, this project will apply participatory design research to collectively prototype new forms of internet interconnection with the goal of leveraging Indigenous control over their digital data, also known as Indigenous digital sovereignty.

The goal of this ethnographic and single researcher led project is to examine and address the effects of digital inequalities embedded in code and infrastructure on people's access to the internet, with a focus on Indigenous people in Abya Yala [Latin America]. I aim to identify dangers and opportunities in the design of internet code and infrastructure in light of the agency of Latinx people and their lived experiences. While internet services are taken for granted in many contexts in the global North, in Indigenous territories in the global South cellphone networks and internet networks are frequently not available, having to be built from scratch by people in the communities. Parallel to that, this project will apply participatory design research to collectively prototype new forms of internet interconnection with the goal of leveraging Indigenous control over their digital data, also known as Indigenous digital sovereignty.

Yes

This project examines digital inequalities and aims to address access to the internet for Indigenous people in Latin America, focusing on their agency and experiences. It also explores indigenous control over digital data.

Yes. This project examines digital inequalities and aims to address access to the internet for Indigenous people in Latin America, focusing on their agency and experiences. It also explores indigenous control over digital data. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project seeks to determine the implicit humanistic values embedded in the design and use of healthcare technologies. Through archival research and analysis of audiovisual media produced by medical professionals and technology developers, this project will explain how early ideas about emerging healthcare technologies transformed patient care by envisioning human bodies as quantitative data. This move not only excluded the messy, non-linear, emotional, and unpredictable aspects of embodied illness experiences, it also excluded the experiences of gendered, racialized, and minoritized patients. By examining how future uses of computers in healthcare were imagined from the 1960s onward, this project will show how the development of computational approaches to patient care worked precisely by erasing the human elements of illness and healing. A resulting book manuscript, The Visual History of Computational Health, will narrate the throughline from these early imaginings to the present.

This project seeks to determine the implicit humanistic values embedded in the design and use of healthcare technologies. Through archival research and analysis of audiovisual media produced by medical professionals and technology developers, this project will explain how early ideas about emerging healthcare technologies transformed patient care by envisioning human bodies as quantitative data. This move not only excluded the messy, non-linear, emotional, and unpredictable aspects of embodied illness experiences, it also excluded the experiences of gendered, racialized, and minoritized patients. By examining how future uses of computers in healthcare were imagined from the 1960s onward, this project will show how the development of computational approaches to patient care worked precisely by erasing the human elements of illness and healing. A resulting book manuscript, The Visual History of Computational Health, will narrate the throughline from these early imaginings to the present.

Yes

This project examines how the design and use of healthcare technologies marginalized certain patient experiences based on gender, race, and other factors.

Yes. This project examines how the design and use of healthcare technologies marginalized certain patient experiences based on gender, race, and other factors.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The aim of this project is to make large-scale text analysis more reliable by building tools to distinguish paratext from main text in books digitized by the HathiTrust Digital Library (HTDL).

The aim of this project is to make large-scale text analysis more reliable by building tools to distinguish paratext from main text in books digitized by the HathiTrust Digital Library (HTDL).

No

This project focuses on improving text analysis reliability but does not explicitly mention diversity, equity, and inclusivity (DEI) concerns.

No. This project focuses on improving text analysis reliability but does not explicitly mention diversity, equity, and inclusivity (DEI) concerns.

We are applying for a Level I grant to fund our project "DERBi PIE: a Database of Etymological Roots Beginning in Proto-Indo-European", to build, test, and evaluate an alpha-level prototype database of Indo-European (IE) languages that is engineered from its foundation to be easily extensible and shareable, with open-source code for advanced search tools and an emphasis on database design that not only allows but encourages data-sharing, re-use and re-implementation across different platforms. We will work in collaboration with the Linguistics Research Center (LRC) at the University of Texas at Austin to maximize compatibility of the database so that it can be readily implemented in the already existing Indo-European Lexicon (IELEX) website. We intend for DERBi PIE to provide the unified resources that all IE languages rely on for histories and etymologies, for both specialists and non-specialists alike, increasing access and visibility to the field.

We are applying for a Level I grant to fund our project "DERBi PIE: a Database of Etymological Roots Beginning in Proto-Indo-European", to build, test, and evaluate an alpha-level prototype database of Indo-European (IE) languages that is engineered from its foundation to be easily extensible and shareable, with open-source code for advanced search tools and an emphasis on database design that not only allows but encourages data-sharing, re-use and re-implementation across different platforms. We will work in collaboration with the Linguistics Research Center (LRC) at the University of Texas at Austin to maximize compatibility of the database so that it can be readily implemented in the already existing Indo-European Lexicon (IELEX) website. We intend for DERBi PIE to provide the unified resources that all IE languages rely on for histories and etymologies, for both specialists and non-specialists alike, increasing access and visibility to the field.

No

The Indo-European language database project focuses on linguistic research without an explicit DEI component.

No. The Indo-European language database project focuses on linguistic research without an explicit DEI component.

Ex. 15 US-000062485.xlsx

| | Prompt | Description | Answer | Explanation | Response |
|---|---|---|---|---|---|
| 486 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My project is a history of life support technology in the United States and how it changed American death in the 20th century. It will take the form of a book manuscript focused on the history of the ventilator and its use in the intensive care unit between 1950 and 2000, telling the story of how both medicine and society created, responded to, and interacted with this technology. I will also look at how two early 20th-century devices—the pulmotor resuscitation machine in the 1910s–20s and the iron lung in the 1930s–50s—played foundational roles in this history, not only in technological development but in the broader medical, cultural, and popular discourse about the use of technology at the end of life. The book will be aimed at both an academic and general audience and will use methods and approaches from the academic history of medicine, science and technology studies, and literary journalism. | My project is a history of life support technology in the United States and how it changed American death in the 20th century. It will take the form of a book manuscript focused on the history of the ventilator and its use in the intensive care unit between 1950 and 2000, telling the story of how both medicine and society created, responded to, and interacted with this technology. I will also look at how two early 20th-century devices—the pulmotor resuscitation machine in the 1910s–20s and the iron lung in the 1930s–50s—played foundational roles in this history, not only in technological development but in the broader medical, cultural, and popular discourse about the use of technology at the end of life. The book will be aimed at both an academic and general audience and will use methods and approaches from the academic history of medicine, science and technology studies, and literary journalism. | Yes | The project examines the history of life support technology, discussing its impact on medicine, society, and end-of-life care. DEI aspects may arise. | Yes. The project examines the history of life support technology, discussing its impact on medicine, society, and end-of-life care. DEI aspects may arise. |
| 487 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A feature documentary tells the full story of Lloyd Gaines, the plaintiff in the first case challenging segregation in education to reach the U.S. Supreme Court. Represented by the NAACP, Gaines won a decision requiring the state of Missouri to admit Gaines to the public university's law school, or provide him access to equivalent education within the state. The state immediately opened a new black law school.  When the NAACP moved to challenge the state's action, insisting the new school was not the equal to the long-established public university, Gaines had vanished, never to be heard from again. 85 years later, Searching for Lloyd Gaines follows Gaines's great-niece, Tracy Berry, a veteran criminal prosecutor, as she revisits the case, hunts for elusive answers to his unsolved disappearance, and confronts its painful legacy. | A feature documentary tells the full story of Lloyd Gaines, the plaintiff in the first case challenging segregation in education to reach the U.S. Supreme Court.   Represented by the NAACP, Gaines won a decision requiring the state of Missouri to admit Gaines to the public university's law school, or provide him access to equivalent education within the state. The state immediately opened a new black law school.  When the NAACP moved to challenge the state's action, insisting the new school was not the equal to the long-established public university, Gaines had vanished, never to be heard from again. 85 years later, Searching for Lloyd Gaines follows Gaines's great-niece, Tracy Berry, a veteran criminal prosecutor, as she revisits the case, hunts for elusive answers to his unsolved disappearance, and confronts its painful legacy. | Yes | The documentary explores the impact of segregation on education and the ongoing search for answers concerning Lloyd Gaines's disappearance. | Yes. The documentary explores the impact of segregation on education and the ongoing search for answers concerning Lloyd Gaines's disappearance. #DEI |
| 488 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Gilder Lehrman Institute of American History (GLI) is requesting an Exhibitions Planning grant from the National Endowment for the Humanities (NEH). This proposal, entitled The Long Struggle for Equality: The Declaration of Independence at 250, is in response to the NEH's Public Humanities Projects RFP for the planning of 1) an innovative traveling exhibition (created in print and digital forms), 2) scholar-led, community-based conversations and programming in rural and small urban-area public libraries in 25 states across five regions of the country, and 3) a wealth of online resources for the general public, including teachers, students, and families. The online materials would support and expand upon the content presented in the traveling exhibition and in the local forums, and would also stand on their own for viewers who are unable to attend the in-person program. | The Gilder Lehrman Institute of American History (GLI) is requesting an Exhibitions Planning grant from the National Endowment for the Humanities (NEH). This proposal, entitled The Long Struggle for Equality: The Declaration of Independence at 250, is in response to the NEH's Public Humanities Projects RFP for the planning of 1) an innovative traveling exhibition (created in print and digital forms), 2) scholar-led, community-based conversations and programming in rural and small urban-area public libraries in 25 states across five regions of the country, and 3) a wealth of online resources for the general public, including teachers, students, and families. The online materials would support and expand upon the content presented in the traveling exhibition and in the local forums, and would also stand on their own for viewers who are unable to attend the in-person program. | No | This proposal does not explicitly mention DEI or address issues related to it. | No. This proposal does not explicitly mention DEI (Diversity, Equity, and Inclusion) or address issues related to it. |
| 489 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A Capital Documentary: Washington, D.C., an Embodiment of America's Contradictions (w.t.) is a proposed two-hour documentary film about the founding of the Nation's Capital and its fundamental contradictions, which reflect and embody those at the heart of American society. | A Capital Documentary: Washington, D.C., an Embodiment of America's Contradictions (w.t.) is a proposed two-hour documentary film about the founding of the Nation's Capital and its fundamental contradictions, which reflect and embody those at the heart of American society. | Yes | The proposed documentary explores the contradictions in Washington, D.C., reflecting the contradictions in American society, which relates to DEI. | Yes. The proposed documentary explores the contradictions in Washington, D.C., reflecting the contradictions in American society, which relates to DEI. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In 1957, Ghana became the first African country to declare independence from its colonizers: by 1970, 45 of today's 54 African states had regained their independence. The autonomy of these nations coincided with artistic revolutions: everywhere, artists began rethinking their relationship to the new nation-state, the African continent, and the world at large, fractured by the Cold War into socialist and capitalist blocs. The University of Michigan Museum of Art requests planning support for Ghana 1957: African Art After Independence, an exhibition that explores how Ghana served as a locus for international networks of artistic, intellectual, and diplomatic exchange during this turbulent era. Emphasizing the relationships forged among artists and activists in Ghana and the US, this traveling exhibition invites audiences to connect with and contribute to global efforts to decolonize the institutions and social structures through which we narrate the history of art and its makers.

In 1957, Ghana became the first African country to declare independence from its colonizers: by 1970, 45 of today's 54 African states had regained their independence. The autonomy of these nations coincided with artistic revolutions: everywhere, artists began rethinking their relationship to the new nation-state, the African continent, and the world at large, fractured by the Cold War into socialist and capitalist blocs. The University of Michigan Museum of Art requests planning support for Ghana 1957: African Art After Independence, an exhibition that explores how Ghana served as a locus for international networks of artistic, intellectual, and diplomatic exchange during this turbulent era. Emphasizing the relationships forged among artists and activists in Ghana and the US, this traveling exhibition invites audiences to connect with and contribute to global efforts to decolonize the institutions and social structures through which we narrate the history of art and its makers.

Yes

The exhibition explores artistic, intellectual, and diplomatic exchange during Ghana's independence. It invites decolonization efforts.

Yes. The exhibition explores artistic, intellectual, and diplomatic exchange during Ghana's independence. It invites decolonization efforts. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Who is Sabu? will explore the compelling life story of Sabu Dastagir (1924-1963), a pioneering Indian American film actor. This documentary will chronicle Dastagir's exceptional life journey and legacy, while also contextualizing his career within the larger framework of post-colonial cinema and American life during and after World War II.

Who is Sabu? will explore the compelling life story of Sabu Dastagir (1924-1963), a pioneering Indian American film actor. This documentary will chronicle Dastagir's exceptional life journey and legacy, while also contextualizing his career within the larger framework of post-colonial cinema and American life during and after World War II.

No

This documentary does not directly relate to DEI as it focuses on the life and career of Sabu Dastagir, an Indian American actor, rather than diversity, equity, and inclusion topics.

No. This documentary does not directly relate to DEI as it focuses on the life and career of Sabu Dastagir, an Indian American actor, rather than diversity, equity, and inclusion topics.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.On the surface Ecuador is often seen as one of the most successful examples of Indigenous schooling in the world. Since 1988 Indigenous policymakers and teachers have established and managed a national public school system for Indigenous students. Yet, the content of what most schools teach is similar to the other main school system or even translated directly from Spanish to Indigenous languages. Based on 12 months of ethnographic research, this project will examine one school that has, paradoxically, long struggled against its own school system in seeking culturally relevant education, rejecting the national intercultural bilingual curriculum and those who make it. It shows how teachers who aim to revolutionize what and how they teach find a challenge at the intersections of knowledge, power, and culture in claims to expertise.

On the surface Ecuador is often seen as one of the most successful examples of Indigenous schooling in the world. Since 1988 Indigenous policymakers and teachers have established and managed a national public school system for Indigenous students. Yet, the content of what most schools teach is similar to the other main school system or even translated directly from Spanish to Indigenous languages. Based on 12 months of ethnographic research, this project will examine one school that has, paradoxically, long struggled against its own school system in seeking culturally relevant education, rejecting the national intercultural bilingual curriculum and those who make it. It shows how teachers who aim to revolutionize what and how they teach find a challenge at the intersections of knowledge, power, and culture in claims to expertise.

No

While the description mentions Indigenous schooling and cultural relevance, it does not explicitly mention diversity, equity, or inclusion.

No. While the description mentions Indigenous schooling and cultural relevance, it does not explicitly mention diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Dulles Corridor Metrorail Project extends the Washington Metro rail transit system for twenty-three miles from Arlington, Virginia, through Tysons Corner and Washington Dulles International Airport into Loudoun County. The project is remarkable for two reasons: space and time. Physically, it consists of a heavy rail rapid transit system—traditionally an urban technology—built far outside a traditional downtown. Temporarily, it is a massive infrastructure project built long after the end of the federal largesse that funded the original Metro system. My research therefore has two main questions. First, how did the creators of this project overcome suburban skepticism about transit? And secondly, how did they do so in an era of fiscal austerity? My book project, Rail against Sprawl, seeks to answer those questions, and to explore the dangers and opportunities of rail rapid transit in the twenty-first century.

The Dulles Corridor Metrorail Project extends the Washington Metro rail transit system for twenty-three miles from Arlington, Virginia, through Tysons Corner and Washington Dulles International Airport into Loudoun County. The project is remarkable for two reasons: space and time. Physically, it consists of a heavy rail rapid transit system—traditionally an urban technology—built far outside a traditional downtown. Temporarily, it is a massive infrastructure project built long after the end of the federal largesse that funded the original Metro system. My research therefore has two main questions. First, how did the creators of this project overcome suburban skepticism about transit? And secondly, how did they do so in an era of fiscal austerity? My book project, Rail against Sprawl, seeks to answer those questions, and to explore the dangers and opportunities of rail rapid transit in the twenty-first century.

No

The Dulles Corridor Metrorail Project is a transportation infrastructure project and does not directly relate to DEI efforts.

No. The Dulles Corridor Metrorail Project is a transportation infrastructure project and does not directly relate to DEI (Diversity, Equity, and Inclusion) efforts.

The rise of automated art through the use of large model generators (LMGs) like Chat GPT or Dall-E contributes to anxiety about Artificial Intelligence "taking over." Arts, Agency and Automation: A Global Cultural Affair examines notions of agency across law, sociology, philosophy, psychology, posthumanism, as well as art theory, and conducts interviews with global artists using LMGs about the machine's agency and their own. Since people in nations like the US that are identified as individualist cultures conceive agency differently from collectivist communities, artists will represent different backgrounds and nationalities. LMGs are transnational, so their outputs are relevant to art, but also governments and regulatory authorities. Arts, Agency and Automation: A Global Cultural Affair proposes articles and a book to support journalists, artists, scholars, business leaders and politicians distinguishing among approaches to agency as produced by creative adoption of AI machines.

The rise of automated art through the use of large model generators (LMGs) like Chat GPT or Dall-E contributes to anxiety about Artificial Intelligence "taking over." Arts, Agency and Automation: A Global Cultural Affair examines notions of agency across law, sociology, philosophy, psychology, posthumanism, as well as art theory, and conducts interviews with global artists using LMGs about the machine's agency and their own. Since people in nations like the US that are identified as individualist cultures conceive agency differently from collectivist communities, artists will represent different backgrounds and nationalities. LMGs are transnational, so their outputs are relevant to art, but also governments and regulatory authorities. Arts, Agency and Automation: A Global Cultural Affair proposes articles and a book to support journalists, artists, scholars, business leaders and politicians distinguishing among approaches to agency as produced by creative adoption of AI machines.

Yes. Examining AI agency across global cultures includes diverse perspectives on artistic and technological autonomy.

Yes. Examining AI agency across global cultures includes diverse perspectives on artistic and technological autonomy.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Avondale Neighborhood History Initiative proposes an innovative community-engaged strategy for researching and planning a four-part exhibition focused on the history of Cincinnati's largest African American neighborhood. The exhibition will serve Avondale residents, outsiders, and school groups.

The Avondale Neighborhood History Initiative proposes an innovative community-engaged strategy for researching and planning a four-part exhibition focused on the history of Cincinnati's largest African American neighborhood. The exhibition will serve Avondale residents, outsiders, and school groups.

Yes. The Avondale Neighborhood History Initiative focuses on the history of Cincinnati's African American neighborhood, promoting inclusivity and representation.

Yes. The Avondale Neighborhood History Initiative focuses on the history of Cincinnati's African American neighborhood, promoting inclusivity and representation.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.SAUND vs. COCHRAN is a nonpartisan documentary about a dramatic and groundbreaking congressional campaign in 1956. In this all-American underdog story, Dalip Singh Saund– a judge and naturalized citizen– campaigned against celebrated aviator and WWII leader Jackie Cochran Odlum to represent California's 29th District. Their political competition prompted local debate and nationwide conversations about his ethnicity and her gender. Cochran had unlimited resources and Presidential support. Senator John F. Kennedy saw Saund as a vehicle to promote democracy abroad. Ultimately, Cochran's own party conspired against her and Saund's grassroots voter registration drive led to a narrow and unexpected 3,300-vote victory. Saund served three terms as the first-ever Asian, Indian, and Sikh American member of the U.S. Congress. Based on original research of primary sources, this surprisingly overlooked story from America's past speaks to the limits and possibilities of democracy today.

SAUND vs. COCHRAN is a nonpartisan documentary about a dramatic and groundbreaking congressional campaign in 1956. In this all-American underdog story, Dalip Singh Saund– a judge and naturalized citizen– campaigned against celebrated aviator and WWII leader Jackie Cochran Odlum to represent California's 29th District. Their political competition prompted local debate and nationwide conversations about his ethnicity and her gender. Cochran had unlimited resources and Presidential support. Senator John F. Kennedy saw Saund as a vehicle to promote democracy abroad. Ultimately, Cochran's own party conspired against her and Saund's grassroots voter registration drive led to a narrow and unexpected 3,300-vote victory. Saund served three terms as the first-ever Asian, Indian, and Sikh American member of the U.S. Congress. Based on original research of primary sources, this surprisingly overlooked story from America's past speaks to the limits and possibilities of democracy today.

Yes. SAUND vs. COCHRAN relates to DEI as it highlights the challenges faced by an Asian, Indian, and Sikh American candidate in a campaign influenced by ethnicity and gender.

Yes. SAUND vs. COCHRAN relates to DEI as it highlights the challenges faced by an Asian, Indian, and Sikh American candidate in a campaign influenced by ethnicity and gender.

This project aims to answer the research question: How can we best understand the nature of influence, deception, manipulation in ways that both reflect socially acceptable and desirable forms of these, while providing a substantive means for designing and regulating technological systems that avoid the greatest potential dangers from applying AI to them? The project will be completed over the course of two years, resulting in publication of a book manuscript on "Digital Manipulation" aimed at general audiences; scholars concerned with the ethical and social implications of AI; science, technology and society scholars; technology designers and developers; and policymakers.

This project aims to answer the research question: How can we best understand the nature of influence, deception, manipulation in ways that both reflect socially acceptable and desirable forms of these, while providing a substantive means for designing and regulating technological systems that avoid the greatest potential dangers from applying AI to them? The project will be completed over the course of two years, resulting in publication of a book manuscript on "Digital Manipulation" aimed at general audiences; scholars concerned with the ethical and social implications of AI; science, technology and society scholars; technology designers and developers; and policymakers.

No. The digital manipulation project focuses on AI ethics and regulation without an explicit DEI component.

No. The digital manipulation project focuses on AI ethics and regulation without an explicit DEI component.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The proposed project in digital humanities will develop a machine learning (ML) system to automatically elicit texts and symbols from the pictures of artifacts from Indus Civilization. The ASDA system will be capable of automatically inserting these information into a database. The database will be available online and will facilitate automated statistical analyses of data by archaeologists, thus, providing scalability to research that is mostly performed manually now. The Tier-I project will be a proof-of-concept, resulting in a prototype system available online for researchers in archaeology and ML.

The proposed project in digital humanities will develop a machine learning (ML) system to automatically elicit texts and symbols from the pictures of artifacts from Indus Civilization. The ASDA system will be capable of automatically inserting these information into a database. The database will be available online and will facilitate automated statistical analyses of data by archaeologists, thus, providing scalability to research that is mostly performed manually now. The Tier-I project will be a proof-of-concept, resulting in a prototype system available online for researchers in archaeology and ML.

Yes. The proposed project in digital humanities aims to facilitate research in archaeology by using machine learning and automation, which can contribute to diversity, equity, and inclusion (DEI) efforts by increasing access and scalability to research that is mostly performed manually now.

Yes. The proposed project in digital humanities aims to facilitate research in archaeology by using machine learning and automation, which can contribute to diversity, equity, and inclusion (DEI) efforts by increasing access and scalability to research that is mostly performed manually now.

Ex. 15 US-000062485.xlsx

| | Prompt | Description | | |
|---|---|---|---|---|
| | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We propose a new podcast series spotlighting important moments in radio history. Each episode will focus on a "radio time capsule", a brief segment of radio illustrating the rich, dynamic, strange, and strikingly modern world of early American broadcasting. These radio moments will be culled from audio archives from all over the country, many of which may have been broadcast to audiences only once in history. The podcast will directly examine the similarities between radio and podcasting. At a time when AI will play a bigger role in podcasting, this newer medium can take inspiration from the humanity (and playful experimentation) of its older counterpart. The host and special guests will take a modern and playful approach to framing each episode. Interviews with expert guests will occasionally be woven in. This development grant will fund researching the episodes and producing one pilot episode that will be pitched to partners that will support the full-scale production of the podcast. | We propose a new podcast series spotlighting important moments in radio history. Each episode will focus on a "radio time capsule", a brief segment of radio illustrating the rich, dynamic, strange, and strikingly modern world of early American broadcasting. These radio moments will be culled from audio archives from all over the country, many of which may have been broadcast to audiences only once in history. The podcast will directly examine the similarities between radio and podcasting. At a time when AI will play a bigger role in podcasting, this newer medium can take inspiration from the humanity (and playful experimentation) of its older counterpart. The host and special guests will take a modern and playful approach to framing each episode. Interviews with expert guests will occasionally be woven in. This development grant will fund researching the episodes and producing one pilot episode that will be pitched to partners that will support the full-scale production of the podcast. | No   This description does not directly relate to DEI. It focuses on the history and evolution of radio and podcasting. | No. This description does not directly relate to DEI. It focuses on the history and evolution of radio and podcasting. |
| | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The 430 Project is a 6 episode documentary series prompted by the upcoming 50th commemoration April 30, 1975–the "end" of the so-called Viet Nam War. There have been many commemorations in various forms, but it remains crucial to build on the complex generational memory that structures the everyday lives of so many. This project is not just about recovering history, but about uncovering the processes through which history has been made, ultimately highlighting the power of our community to forge our own narratives and futures. As Vietnamese-American filmmakers, we stand on the bridge of the hyphen, with a unique vantage point to look both backwards and forward. Through this project, viewers will see our community from the bottom up and come to a new understanding about how existing historical narratives inform our collective identity. This is not a corrective vision, but rather an offering, an introspection, about who we are in a changing transnational and multicultural society. | The 430 Project is a 6 episode documentary series prompted by the upcoming 50th commemoration April 30, 1975–the "end" of the so-called Viet Nam War. There have been many commemorations in various forms, but it remains crucial to build on the complex generational memory that structures the everyday lives of so many. This project is not just about recovering history, but about uncovering the processes through which history has been made, ultimately highlighting the power of our community to forge our own narratives and futures. As Vietnamese-American filmmakers, we stand on the bridge of the hyphen, with a unique vantage point to look both backwards and forward. Through this project, viewers will see our community from the bottom up and come to a new understanding about how existing historical narratives inform our collective identity. This is not a corrective vision, but rather an offering, an introspection, about who we are in a changing transnational and multicultural society. | Yes   The 430 Project aims to uncover historical processes and highlight community narratives, informing collective identity in a transnational and multicultural society. | Yes. The 430 Project aims to uncover historical processes and highlight community narratives, informing collective identity in a transnational and multicultural society. #DEI |
| | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Vast troves of both sound recordings and musical scores have become widely available in the digital era, but drawing connections between these two mediums to develop insights about performance style and artistic expression has remained difficult and time-consuming. This project develops a prototype of an open-source software tool to facilitate studying recorded music performances. Our tool will assist music scholars, archivists, and enthusiasts in complex musical analysis by both streamlining their workflows and expanding their capabilities, enhanced by advanced AI technologies and an easy-to-use graphical interface, without requiring programming experience. To optimize usability, our software design will be informed by real-world experts and prospective users. This tool will enable users to examine performances and scores in a single integrated process, scale up existing research, and open up transformative new approaches to musicology and music theory research. | Vast troves of both sound recordings and musical scores have become widely available in the digital era, but drawing connections between these two mediums to develop insights about performance style and artistic expression has remained difficult and time-consuming. This project develops a prototype of an open-source software tool to facilitate studying recorded music performances. Our tool will assist music scholars, archivists, and enthusiasts in complex musical analysis by both streamlining their workflows and expanding their capabilities, enhanced by advanced AI technologies and an easy-to-use graphical interface, without requiring programming experience. To optimize usability, our software design will be informed by real-world experts and prospective users. This tool will enable users to examine performances and scores in a single integrated process, scale up existing research, and open up transformative new approaches to musicology and music theory research. | Yes   This project aims to facilitate studying recorded music performances, enhancing capabilities and expanding access, contributing to diversity, equity, and inclusion in the field of musicology and music theory research. | Yes. This project aims to facilitate studying recorded music performances, enhancing capabilities and expanding access, contributing to diversity, equity, and inclusion in the field of musicology and music theory research. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project aims to develop an integrated digitization toolkit to allow under-resourced institutions, collectives, and communities to digitize their archival collections at low cost. Building on a decade of community-based digitization work in the Global South, we seek Level I funding to design and release a prototype of a new generation of tools built on sustainable, up-to-date technologies. We will create an alpha prototype version, test and evaluate the toolkit at the Santa Barbara Mission Archive-Library (CA), and hold listening sessions to identify a series of potential partners for the project's next stages. The main outputs for this project will be (1) the alpha-level working prototype of the hardware; (2) the alpha-level software to power it; (3) detailed documentation for dissemination and reuse; and (4) a network of potential traditional and non-traditional archival partners working towards egalitarian access to digitization technologies.

This project aims to develop an integrated digitization toolkit to allow under-resourced institutions, collectives, and communities to digitize their archival collections at low cost. Building on a decade of community-based digitization work in the Global South, we seek Level I funding to design and release a prototype of a new generation of tools built on sustainable, up-to-date technologies. We will create an alpha prototype version, test and evaluate the toolkit at the Santa Barbara Mission Archive-Library (CA), and hold listening sessions to identify a series of potential partners for the project's next stages. The main outputs for this project will be (1) the alpha-level working prototype of the hardware; (2) the alpha-level software to power it; (3) detailed documentation for dissemination and reuse; and (4) a network of potential traditional and non-traditional archival partners working towards egalitarian access to digitization technologies.

No — While the project focuses on providing digitization tools to under-resourced institutions, it does not mention anything specific about promoting diversity, equity, and inclusion (DEI).

No. While the project focuses on providing digitization tools to under-resourced institutions, it does not mention anything specific about promoting diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.<em>Ground Works</em>, a platform for interdisciplinary research, is creating an online archive called Reco(r)ding CripTech that documents the collaborative processes of six disabled artists focused on disability innovation and aesthetic access. The archive will include the artifacts of the artists' processes. We will explore best practices for the preparation, accessibility, representation, deposit, and citation of these items in an online archive, through the following key activities 1) creating a prototype archive. 2) a workshop with humanities scholars to test the usability, accessibility, and legibility of the archive.  3) creation of a set of best practice guidelines for such an archive. The outcomes will be a prototype archive of practice products, available to humanities scholars and digital scholarly publishers for use and feedback, and a draft outline of best practices for the online archiving of these rich-media non-scholarly artifacts.

<em>Ground Works</em>, a platform for interdisciplinary research, is creating an online archive called Reco(r)ding CripTech that documents the collaborative processes of six disabled artists focused on disability innovation and aesthetic access. The archive will include the artifacts of the artists' processes. We will explore best practices for the preparation, accessibility, representation, deposit, and citation of these items in an online archive, through the following key activities 1) creating a prototype archive. 2) a workshop with humanities scholars to test the usability, accessibility, and legibility of the archive.  3) creation of a set of best practice guidelines for such an archive. The outcomes will be a prototype archive of practice products, available to humanities scholars and digital scholarly publishers for use and feedback, and a draft outline of best practices for the online archiving of these rich-media non-scholarly artifacts.

No — This initiative focuses on disability innovation and aesthetic access, but it does not directly relate to DEI topics.

No. This initiative focuses on disability innovation and aesthetic access, but it does not directly relate to DEI (Diversity, Equity, and Inclusion) topics.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Museum of the Moving Image (MoMI) respectfully requests a $75,000 exhibition planning grant to develop a major new core exhibition, to be on view for a decade, that explores how people create and engage with the moving image, defined as film, television, videogames, social media, and other forms of digital media. Located on two floors of gallery space comprising 13,000 square feet, the new core exhibition will address major changes in our subject matter over the past three decades, and take advantage of contemporary approaches to exhibition design and interactivity that consider the differently-abled. Drawing on the Museum's extensive material culture collection, and including interactive experiences and moving image content, it will explore the practices of inventors, makers, industry leaders, artists, audiences, and collectors, and examine key historical milestones, with technical innovations a major point of major interest.

Museum of the Moving Image (MoMI) respectfully requests a $75,000 exhibition planning grant to develop a major new core exhibition, to be on view for a decade, that explores how people create and engage with the moving image, defined as film, television, videogames, social media, and other forms of digital media. Located on two floors of gallery space comprising 13,000 square feet, the new core exhibition will address major changes in our subject matter over the past three decades, and take advantage of contemporary approaches to exhibition design and interactivity that consider the differently-abled. Drawing on the Museum's extensive material culture collection, and including interactive experiences and moving image content, it will explore the practices of inventors, makers, industry leaders, artists, audiences, and collectors, and examine key historical milestones, with technical innovations a major point of major interest.

Yes — MoMI's proposed exhibition planning grant aims to explore how people create and engage with the moving image, considering contemporary approaches to exhibition design and addressing the differently-abled through interactivity. This relates to DEI by promoting inclusivity and diverse perspectives.

Yes. MoMI's proposed exhibition planning grant aims to explore how people create and engage with the moving image, considering contemporary approaches to exhibition design and addressing the differently-abled through interactivity. This relates to DEI by promoting inclusivity and diverse perspectives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Digital Dramaturgy is a web-based tool that converts, publishes, and preserves dramaturgical products, particularly script annotations, glossaries, and interpretive essays, via free, online digital exhibits. It is designed to be used in both high school/college classrooms and productions. The tool has been successfully incorporated into two dramaturgy courses and one theatrical production at the University of Idaho, leading the project team to wonder if it might be useful beyond our local contexts. With this award, our team of dramaturgs, developers, Shakespeare scholars, and pedagogy experts will use feedback from educators and theatre professionals to further develop the tool, its documentation, and related educational material over the course of a year, resulting in two major outputs: 1) the release of a minimum viable product version of the platform; and 2) a decision as to whether to commit to the ongoing work necessary to promote and maintain such a project on a national scale.

Digital Dramaturgy is a web-based tool that converts, publishes, and preserves dramaturgical products, particularly script annotations, glossaries, and interpretive essays, via free, online digital exhibits. It is designed to be used in both high school/college classrooms and productions. The tool has been successfully incorporated into two dramaturgy courses and one theatrical production at the University of Idaho, leading the project team to wonder if it might be useful beyond our local contexts. With this award, our team of dramaturgs, developers, Shakespeare scholars, and pedagogy experts will use feedback from educators and theatre professionals to further develop the tool, its documentation, and related educational material over the course of a year, resulting in two major outputs: 1) the release of a minimum viable product version of the platform; and 2) a decision as to whether to commit to the ongoing work necessary to promote and maintain such a project on a national scale.

No   Digital Dramaturgy is a web-based tool for publishing and preserving dramaturgical products, without a clear connection to Diversity, Equity, and Inclusion (DEI).

No. Digital Dramaturgy is a web-based tool for publishing and preserving dramaturgical products, without a clear connection to Diversity, Equity, and Inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Bread and Roses: Three Visions of Change for Women and Labor will be a 60-minute documentary and interactive web platform vividly depicting three early twentieth-century women labor leaders whose lifelong commitments to change helped to transform the American workplace.  Drawn together in the aftermath of the Triangle Shirtwaist Factory fire, Frances Perkins, Rose Schneiderman, and Clara Lemlich Shavelson took divergent paths — policy, organizing, and activism — to avert future disasters.  This is the first feature-length documentary to take a broad view of women's labor history during the first decades of the twentieth century — a time of ferment and reform chronicled in academic scholarship since the mid 1970s, but little known to the general public.  Emerging amid a resurgence in labor organizing, Bread and Roses aims to fill that gap through an accessible yet scholarly film well-suited to public television audiences as well as classrooms.

Bread and Roses: Three Visions of Change for Women and Labor will be a 60-minute documentary and interactive web platform vividly depicting three early twentieth-century women labor leaders whose lifelong commitments to change helped to transform the American workplace.  Drawn together in the aftermath of the Triangle Shirtwaist Factory fire, Frances Perkins, Rose Schneiderman, and Clara Lemlich Shavelson took divergent paths — policy, organizing, and activism — to avert future disasters.  This is the first feature-length documentary to take a broad view of women's labor history during the first decades of the twentieth century — a time of ferment and reform chronicled in academic scholarship since the mid 1970s, but little known to the general public.  Emerging amid a resurgence in labor organizing, Bread and Roses aims to fill that gap through an accessible yet scholarly film well-suited to public television audiences as well as classrooms.

Yes   Bread and Roses examines the contributions of women labor leaders, highlighting their efforts to transform the American workplace. This aligns with DEI by recognizing the historical impact of diverse individuals in shaping labor reforms.

Yes. Bread and Roses examines the contributions of women labor leaders, highlighting their efforts to transform the American workplace. This aligns with DEI by recognizing the historical impact of diverse individuals in shaping labor reforms.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The purpose of the Music Informatics for Radio Across the GlobE (MIRAGE) project is to develop and release an open-access online dashboard that allows users to access, interact with, and export meta data and musicological features from the music found on internet radio, a relatively recent, and thus, underexamined medium that has become a multi-billion dollar industry over the last decade. To that end, the MIRAGE dashboard features MIRAGE-MetaCorpus, a data set consisting of meta data (e.g., artist name, song title, etc.) for millions of songs currently streaming on stations across the globe. In doing so, the MIRAGE project will enable scholars from across the humanities to explore the contemporary global listening landscape for a medium that places diversity center stage.

The purpose of the Music Informatics for Radio Across the GlobE (MIRAGE) project is to develop and release an open-access online dashboard that allows users to access, interact with, and export meta data and musicological features from the music found on internet radio, a relatively recent, and thus, underexamined medium that has become a multi-billion dollar industry over the last decade. To that end, the MIRAGE dashboard features MIRAGE-MetaCorpus, a data set consisting of meta data (e.g., artist name, song title, etc.) for millions of songs currently streaming on stations across the globe. In doing so, the MIRAGE project will enable scholars from across the humanities to explore the contemporary global listening landscape for a medium that places diversity center stage.

No   While the MIRAGE project focuses on the global listening landscape and diversity, it does not directly relate to DEI initiatives.

No. While the MIRAGE project focuses on the global listening landscape and diversity, it does not directly relate to DEI (Diversity, Equity, and Inclusion) initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project explores how digital technologies of warfare are reshaping the sovereign state. Historically, states emerged out of institutional changes driven in large part by military competition. Today, however, the technologies of war—more than war itself—are driving state transformation. The resulting book will apply humanistic and social-science methods to examine three intersections between information technology, warfare, and statehood today: planning wars in the virtual domain of cybersecurity, fighting wars remotely through drones, and negotiating resolutions to conflicts through digital mapping. All three cases reveal how representations— conceptual, linguistic, and visual—are an important but largely overlooked element in the political consequences of technological change. Key representations are reshaping how territorial borders function, how new forms of interstate violence are deployed, and how states seek to govern new domains such as the internet.

This project explores how digital technologies of warfare are reshaping the sovereign state. Historically, states emerged out of institutional changes driven in large part by military competition. Today, however, the technologies of war—more than war itself—are driving state transformation. The resulting book will apply humanistic and social-science methods to examine three intersections between information technology, warfare, and statehood today: planning wars in the virtual domain of cybersecurity, fighting wars remotely through drones, and negotiating resolutions to conflicts through digital mapping. All three cases reveal how representations— conceptual, linguistic, and visual—are an important but largely overlooked element in the political consequences of technological change. Key representations are reshaping how territorial borders function, how new forms of interstate violence are deployed, and how states seek to govern new domains such as the internet.

Yes   This project explores the intersection of digital technologies, warfare, and statehood, which is relevant to the study of diversity, equity, and inclusion (DEI) in terms of understanding how technological changes impact political consequences and governance.

Yes. This project explores the intersection of digital technologies, warfare, and statehood, which is relevant to the study of diversity, equity, and inclusion (DEI) in terms of understanding how technological changes impact political consequences and governance.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Influencing the Revolution will study the social media fundraising campaigns that are sustaining Myanmar's "Spring Revolution," a movement seeking to restore democracy to the nation. The project argues that, while transnational fundraising aims to support democratic activism in Myanmar, fundraisers' digital tactics depend on the very profit-generating mechanisms that make social media susceptible to undemocratic outcomes. Through social media archiving, user interviews, and focus group discussions, the goal of this single-researcher study is to document how fundraising networks harness the functionality of social media platforms like Facebook to monetize supporters' time and attention. Final outcomes— a public commentary, scholarly article, and book proposal—will document the political organizing of an understudied US population and provide insights into the relationship between transnational activism, digital fundraising, and social media's conversion of users' engagement into profit.

Influencing the Revolution will study the social media fundraising campaigns that are sustaining Myanmar's "Spring Revolution," a movement seeking to restore democracy to the nation. The project argues that, while transnational fundraising aims to support democratic activism in Myanmar, fundraisers' digital tactics depend on the very profit-generating mechanisms that make social media susceptible to undemocratic outcomes. Through social media archiving, user interviews, and focus group discussions, the goal of this single-researcher study is to document how fundraising networks harness the functionality of social media platforms like Facebook to monetize supporters' time and attention. Final outcomes— a public commentary, scholarly article, and book proposal—will document the political organizing of an understudied US population and provide insights into the relationship between transnational activism, digital fundraising, and social media's conversion of users' engagement into profit.

Yes | Influencing the Revolution examines the relationship between transnational activism, digital fundraising, and social media's conversion of user engagement into profit, which is relevant to DEI discussions.

Yes. Influencing the Revolution examines the relationship between transnational activism, digital fundraising, and social media's conversion of user engagement into profit, which is relevant to DEI discussions.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Chicago History Museum seeks support from the National Endowment for the Humanities for planning of the Aqui en Chicago exhibition. The temporary exhibit explores the historical development of the Latino/a/x community in Chicago. The Aqui en Chicago exhibition planning project seeks to support exhibition design and development, including schematic design, interpretive writing, and graphic design. The temporary exhibition will be on view at the Chicago History Museum between October 2025 and October 2026.

The Chicago History Museum seeks support from the National Endowment for the Humanities for planning of the Aqui en Chicago exhibition. The temporary exhibit explores the historical development of the Latino/a/x community in Chicago. The Aqui en Chicago exhibition planning project seeks to support exhibition design and development, including schematic design, interpretive writing, and graphic design. The temporary exhibition will be on view at the Chicago History Museum between October 2025 and October 2026.

Yes | The Aqui en Chicago exhibition explores the historical development of the Latino/a/x community, which is related to diversity, equity, and inclusion (DEI).

Yes. The Aqui en Chicago exhibition explores the historical development of the Latino/a/x community, which is related to diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project focuses on the archaeology of "Indian" boarding schools at the turn of the 20th century. Boarding schools form a legacy of the US philosophy of cultural assimilation of Native Americans, a legacy with major relevance today. We propose to document this system through archaeological fieldwork in the Blackfeet Indian Reservation of Montana and at the request of the tribe. We aim to assess, through material culture, how Blackfeet children may have asserted their identity and outlived the boarding school system. We will conduct fieldwork at one federal and one religious school and employ a combination of geophysical and pedestrian survey, as well as excavation, to document the living spaces of children and its associated material remains.

This project focuses on the archaeology of "Indian" boarding schools at the turn of the 20th century. Boarding schools form a legacy of the US philosophy of cultural assimilation of Native Americans, a legacy with major relevance today. We propose to document this system through archaeological fieldwork in the Blackfeet Indian Reservation of Montana and at the request of the tribe. We aim to assess, through material culture, how Blackfeet children may have asserted their identity and outlived the boarding school system. We will conduct fieldwork at one federal and one religious school and employ a combination of geophysical and pedestrian survey, as well as excavation, to document the living spaces of children and its associated material remains.

Yes | This project relates to DEI by examining the impact of cultural assimilation on Native Americans and documenting how Blackfeet children asserted their identity.

Yes. This project relates to DEI by examining the impact of cultural assimilation on Native Americans and documenting how Blackfeet children asserted their identity.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Denver Art Museum (DAM) seeks support for the development of a traveling exhibition, Queens to Comadres: Maya Women Then and Now (working title) co-curated by Dr. Victoria Lyall, Frederick and Jan Mayer Curator of the Art of the Americas at DAM, and Dr. Michelle Rich, the Ellen and Harry S. Parker III Associate Curator of Indigenous American Art at the Dallas Museum of Art (DMA). Queens to Comadres will focus on past and present visual culture featuring Maya women to offer an innovative exploration of their contributions to Maya societies and of their wider influence on Indigenous and non-Indigenous communities. Queens to Comadres is planned to open in Fall 2026 at the DMA, and then travel to the DAM in early 2027. A full-color illustrated catalog, scholarly symposium resulting in an edited digital volume, and series of public engagement programs will accompany the exhibition.

The Denver Art Museum (DAM) seeks support for the development of a traveling exhibition, Queens to Comadres: Maya Women Then and Now (working title) co-curated by Dr. Victoria Lyall, Frederick and Jan Mayer Curator of the Art of the Americas at DAM, and Dr. Michelle Rich, the Ellen and Harry S. Parker III Associate Curator of Indigenous American Art at the Dallas Museum of Art (DMA). Queens to Comadres will focus on past and present visual culture featuring Maya women to offer an innovative exploration of their contributions to Maya societies and of their wider influence on Indigenous and non-Indigenous communities. Queens to Comadres is planned to open in Fall 2026 at the DMA, and then travel to the DAM in early 2027. A full-color illustrated catalog, scholarly symposium resulting in an edited digital volume, and series of public engagement programs will accompany the exhibition.

Yes | Queens to Comadres focuses on Maya women's contributions, exploring their influence on Indigenous and non-Indigenous communities, promoting diversity, equity, and inclusion.

Yes. Queens to Comadres focuses on Maya women's contributions, exploring their influence on Indigenous and non-Indigenous communities, promoting diversity, equity, and inclusion.

| Prompt | Description | | Response |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.From Jikji to Gutenberg will accurately reflect the development of printing from movable type, first in East Asia and then, independently, in Western Europe. The associated international exhibition will address one of humanity's greatest achievements in 43 synchronized free or very affordable venues. The exhibit's centerpiece will be each research library's Gutenberg Bible paired with a pre-Gutenberg Korean printed book (loaned Korean incunabula will be provided, as necessary). A team of 30 scholars, technical researchers and language specialists have collaborated to bring the general public a comprehensive assessment of early Korean printed books juxtaposed with European incunabula. The two-month show opens on the 650th anniversary of the printing of Jikji, the oldest surviving book printed from metal type. The Library of Congress has agreed to participate in the exhibit as it embraces an inclusive narrative of global proportions. | From Jikji to Gutenberg will accurately reflect the development of printing from movable type, first in East Asia and then, independently, in Western Europe. The associated international exhibition will address one of humanity's greatest achievements in 43 synchronized free or very affordable venues. The exhibit's centerpiece will be each research library's Gutenberg Bible paired with a pre-Gutenberg Korean printed book (loaned Korean incunabula will be provided, as necessary). A team of 30 scholars, technical researchers and language specialists have collaborated to bring the general public a comprehensive assessment of early Korean printed books juxtaposed with European incunabula. The two-month show opens on the 650th anniversary of the printing of Jikji, the oldest surviving book printed from metal type. The Library of Congress has agreed to participate in the exhibit as it embraces an inclusive narrative of global proportions. | No | This description does not directly relate to DEI. It focuses on the development of printing and an international exhibition without explicit reference to diversity, equity, or inclusion. / No. This description does not directly relate to DEI. It focuses on the development of printing and an international exhibition without explicit reference to diversity, equity, or inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Winterthur is requesting funding for eight months of stipend support per year for three years, and a contribution to defray costs associated with the selection of fellows and publicizing the program. | Winterthur is requesting funding for eight months of stipend support per year for three years, and a contribution to defray costs associated with the selection of fellows and publicizing the program. | No | Requesting funding for stipend support and program costs does not necessarily relate to Diversity, Equity, and Inclusion (DEI). / No. Requesting funding for stipend support and program costs does not necessarily relate to Diversity, Equity, and Inclusion (DEI). |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Founded in 1968 to facilitate work in and the study of Jordan and the Middle East by American scholars, the American Center of Research ("ACOR"; formerly American Center of Oriental Research) runs thriving fellowship programs for scholars at all stages of their careers. During the past 54 years, we have awarded more than 1,000 fellowships, with 33 opportunities available in 2022–2023. Through the ongoing support of NEH's Fellowship Programs at Independent Research Institutions, ACOR is able to support significant scholarly research and publication in the humanities regarding Jordan and the Middle East. ACOR requests a three-year grant to award ten-person-months of fellowship per year. | Founded in 1968 to facilitate work in and the study of Jordan and the Middle East by American scholars, the American Center of Research ("ACOR"; formerly American Center of Oriental Research) runs thriving fellowship programs for scholars at all stages of their careers. During the past 54 years, we have awarded more than 1,000 fellowships, with 33 opportunities available in 2022–2023. Through the ongoing support of NEH's Fellowship Programs at Independent Research Institutions, ACOR is able to support significant scholarly research and publication in the humanities regarding Jordan and the Middle East. ACOR requests a three-year grant to award ten-person-months of fellowship per year. | No | This description does not specifically mention diversity, equity, or inclusion (DEI) initiatives or efforts. / No. This description does not specifically mention diversity, equity, or inclusion (DEI) initiatives or efforts. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Although scholarly attention has been devoted to the social and ethical implications of artificial intelligence (AI), few studies have looked at the social implications of AI for the U.S. intelligence community—a largely secret world that has major epistemological implications in terms of national security knowledge production. This project will provide a unique opportunity to study the imagination and design of AI in intelligence analysis through case studies of two defense research agencies, DARPA's Explainable Artificial Intelligence project (XAI) and IARPA's REASON project; the review of official policy documents; and interviews with past and current intelligence community members. [updated by NEH staff member] | Although scholarly attention has been devoted to the social and ethical implications of artificial intelligence (AI), few studies have looked at the social implications of AI for the U.S. intelligence community—a largely secret world that has major epistemological implications in terms of national security knowledge production. This project will provide a unique opportunity to study the imagination and design of AI in intelligence analysis through case studies of two defense research agencies, DARPA's Explainable Artificial Intelligence project (XAI) and IARPA's REASON project; the review of official policy documents; and interviews with past and current intelligence community members. [updated by NEH staff member] | No | The provided description does not explicitly reference DEI or its components such as diversity, equity, or inclusion. / No. The provided description does not explicitly reference DEI or its components such as diversity, equity, or inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposal seeks Level I funding in the amount of $75,000 to generate a relational database and map that will expand our understanding of Black life and geography during slavery in the United States. Where David Eltis's Slave Voyages brought us to the shores and ports of the Americas, our proposed project, Data Mining and Mapping Antebellum Georgia (DMMAG) takes us inland, turning from the Trans-Atlantic to the Intra-American enslavement and forced migrations of Africans and African Americans. The goal of this proposal is to generate a scalable prototype for DMMAG's proposed database and map, which will address the following question: to what extent can researchers use digitized genealogical archives and archival state maps to both identify and geolocate individual enslaved African Americans and their families before emancipation? | This proposal seeks Level I funding in the amount of $75,000 to generate a relational database and map that will expand our understanding of Black life and geography during slavery in the United States. Where David Eltis's Slave Voyages brought us to the shores and ports of the Americas, our proposed project, Data Mining and Mapping Antebellum Georgia (DMMAG) takes us inland, turning from the Trans-Atlantic to the Intra-American enslavement and forced migrations of Africans and African Americans. The goal of this proposal is to generate a scalable prototype for DMMAG's proposed database and map, which will address the following question: to what extent can researchers use digitized genealogical archives and archival state maps to both identify and geolocate individual enslaved African Americans and their families before emancipation? | Yes | This proposal aims to expand understanding of Black life and geography during slavery, specifically focusing on digitized genealogical archives and geolocating enslaved individuals. This aligns with DEI by promoting historical research on marginalized communities. / Yes. This proposal aims to expand understanding of Black life and geography during slavery, specifically focusing on digitized genealogical archives and geolocating enslaved individuals. This aligns with DEI by promoting historical research on marginalized communities. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project investigates the technology of data science (a collection of techniques to extract value from data). The project advances the argument that data science is a moral practice. The project makes this argument by bringing normative theories and philosophy of science to bear on the practice of data science. The main goal of the project is to offer a systematic analysis of the nature of data science and its inherent ethical dilemmas. Key activities are the identification of ethical dilemmas in each step in the data science work cycle—these steps include data collection, data "cleaning", data analysis, and communication. The main project outcome is a book manuscript; further outcomes are two peer-reviewed open access journal publications. Each of the steps in the data science work cycle will be the topic of a book chapter and/or article.

This project investigates the technology of data science (a collection of techniques to extract value from data). The project advances the argument that data science is a moral practice. The project makes this argument by bringing normative theories and philosophy of science to bear on the practice of data science. The main goal of the project is to offer a systematic analysis of the nature of data science and its inherent ethical dilemmas. Key activities are the identification of ethical dilemmas in each step in the data science work cycle—these steps include data collection, data "cleaning", data analysis, and communication. The main project outcome is a book manuscript; further outcomes are two peer-reviewed open access journal publications. Each of the steps in the data science work cycle will be the topic of a book chapter and/or article.

Yes    This project explores ethical dilemmas in data science and aims to demonstrate that data science is a moral practice.

Yes. This project explores ethical dilemmas in data science and aims to demonstrate that data science is a moral practice. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Anchorage Museum Climate and Sustainability Working Group will create and implement a sustainability plan for the organization. The process to create the sustainability plan will include a review of the Museum's existing energy audit, undertaking a carbon audit, and working with national and international consultants who are sustainability experts in the cultural sector. The sustainability plan will be integrated into the Museum's existing strategic framework and long-term capital plan, providing clear goal and benchmarks and outlining actions and a timeline to achieve sustainability goals. The project will also include opportunities to share the process and findings with statewide cultural organizations, partners, and the general public so that we can work collectively toward a sustainable future in the North.

The Anchorage Museum Climate and Sustainability Working Group will create and implement a sustainability plan for the organization. The process to create the sustainability plan will include a review of the Museum's existing energy audit, undertaking a carbon audit, and working with national and international consultants who are sustainability experts in the cultural sector. The sustainability plan will be integrated into the Museum's existing strategic framework and long-term capital plan, providing clear goal and benchmarks and outlining actions and a timeline to achieve sustainability goals. The project will also include opportunities to share the process and findings with statewide cultural organizations, partners, and the general public so that we can work collectively toward a sustainable future in the North.

Yes    The Anchorage Museum Climate and Sustainability Working Group's plan includes sustainability goals, audits, consultants, and sharing findings with the public.

Yes. The Anchorage Museum Climate and Sustainability Working Group's plan includes sustainability goals, audits, consultants, and sharing findings with the public. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Naval Documents of the American Revolution project at the Center for Digital Editing is a scholarly digital editing project with the mission of creating an edition that provides a comprehensive overview of the American Revolution at sea. The collection includes American, British, Dutch, French, and Spanish points of view and gives voice to common seamen, civilians, women, and enslaved people, as well as policymakers, political leaders, and naval and military officers. NDAR's corpus of documents represents the most extensive collection of source materials on the naval war of the American Revolution in existence.

The Naval Documents of the American Revolution project at the Center for Digital Editing is a scholarly digital editing project with the mission of creating an edition that provides a comprehensive overview of the American Revolution at sea. The collection includes American, British, Dutch, French, and Spanish points of view and gives voice to common seamen, civilians, women, and enslaved people, as well as policymakers, political leaders, and naval and military officers. NDAR's corpus of documents represents the most extensive collection of source materials on the naval war of the American Revolution in existence.

Yes    The Naval Documents of the American Revolution project includes diverse perspectives and voices, including women, enslaved people, and common seamen.

Yes. The Naval Documents of the American Revolution project includes diverse perspectives and voices, including women, enslaved people, and common seamen. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Developing Eastern Cherokee Histories in Translation (ECHT) is a project to collect, translate, and annotate handwritten Eastern Cherokee social documents as a series of printed critical editions with interactive digital components. We are seeking funding from the NEH as a planning grant to support phase one of the project in which we will determine the overall scope and corpus, a site for hosting digital components, and plans for print dissemination. The archival materials under consideration stand as the largest body of existing Cherokee documents that articulate the history of the Eastern Band of Cherokee Indians (EBCI) from the mid-nineteenth century through the early twentieth century from a Cherokee perspective in the Cherokee language. However, this perspective is inaccessible for all but a handful of fluent, literate Cherokee speakers because only a small fraction of these documents has been translated into English.

Developing Eastern Cherokee Histories in Translation (ECHT) is a project to collect, translate, and annotate handwritten Eastern Cherokee social documents as a series of printed critical editions with interactive digital components. We are seeking funding from the NEH as a planning grant to support phase one of the project in which we will determine the overall scope and corpus, a site for hosting digital components, and plans for print dissemination. The archival materials under consideration stand as the largest body of existing Cherokee documents that articulate the history of the Eastern Band of Cherokee Indians (EBCI) from the mid-nineteenth century through the early twentieth century from a Cherokee perspective in the Cherokee language. However, this perspective is inaccessible for all but a handful of fluent, literate Cherokee speakers because only a small fraction of these documents has been translated into English.

Yes    ECHT relates to DEI as it seeks to collect and translate historically significant Cherokee documents, making them accessible to a wider audience.

Yes. ECHT relates to DEI as it seeks to collect and translate historically significant Cherokee documents, making them accessible to a wider audience.

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Seneca Nation of Indians (SNI) Onöhsagwë:de' Cultural Center (OCC) will be collaborating with multimedia artist and enrolled Seneca Nation member Caleb Abrams and public media producer Scott Sackett. Proceeds from this NEH funding opportunity will support the creation of a podcast centered around Seneca language, culture, and history. The podcast will alternate between historical reenactments, conversations with contemporary humanities experts, and educational content aimed at enlightening listeners about the contemporary effects of this past on the Seneca people. The first season of the podcast is to have 8–10 episodes, each lasting between 25 and 45 minutes, though the project is still in the planning stages. | The Seneca Nation of Indians (SNI) Onöhsagwë:de' Cultural Center (OCC) will be collaborating with multimedia artist and enrolled Seneca Nation member Caleb Abrams and public media producer Scott Sackett. Proceeds from this NEH funding opportunity will support the creation of a podcast centered around Seneca language, culture, and history. The podcast will alternate between historical reenactments, conversations with contemporary humanities experts, and educational content aimed at enlightening listeners about the contemporary effects of this past on the Seneca people. The first season of the podcast is to have 8–10 episodes, each lasting between 25 and 45 minutes, though the project is still in the planning stages. | Yes | This initiative promotes DEI by centering Seneca language, culture, and history, educating about its effects on the Seneca people. NEH funding supports collaboration with a Seneca artist and public media producer for a podcast. | Yes. This initiative promotes DEI by centering Seneca language, culture, and history, educating about its effects on the Seneca people. NEH funding supports collaboration with a Seneca artist and public media producer for a podcast. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Large research facilities such as astronomical observatories are essential to the advancement of science, but their value to host communities is not always clear. Though social impact assessments for research facilities are often undertaken, proposed facilities can cause tremendous social friction. The proposed project therefore offers a step towards redressing this gap of knowledge, proposing a situational analysis of the history of decision-making that enables the formation of new research infrastructures and the consequences of those decisions as science-society interactions at the sites and host localities of large-scale research infrastructures throughout their lifecycle (i.e., their development, establishment, operation, and decommission) through a case study of the history of the Arecibo Observatory in Puerto Rico. | Large research facilities such as astronomical observatories are essential to the advancement of science, but their value to host communities is not always clear. Though social impact assessments for research facilities are often undertaken, proposed facilities can cause tremendous social friction. The proposed project therefore offers a step towards redressing this gap of knowledge, proposing a situational analysis of the history of decision-making that enables the formation of new research infrastructures and the consequences of those decisions as science-society interactions at the sites and host localities of large-scale research infrastructures throughout their lifecycle (i.e., their development, establishment, operation, and decommission) through a case study of the history of the Arecibo Observatory in Puerto Rico. | No | This description does not directly relate to DEI. It discusses the social impact of research facilities but does not address diversity, equity, or inclusion specifically. | No. This description does not directly relate to DEI. It discusses the social impact of research facilities but does not address diversity, equity, or inclusion specifically. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Using a combination of concepts and approaches from critical theory, data science, and data ethics, The Subject Project investigates 1) how human subjects view themselves and are conscious of being viewed by data  systems and 2) how to mitigate the impact that this has, particularly on diverse populations. The Subject Project maintains that specific conditions of visibility and invisibility make each of us (but some much more so than others) vulnerable to being compelled to see what we hold to be special about ourselves projected with unsettling accuracy into the future by impersonal algorithms which have major social and political consequences. | Using a combination of concepts and approaches from critical theory, data science, and data ethics, The Subject Project investigates 1) how human subjects view themselves and are conscious of being viewed by data  systems and 2) how to mitigate the impact that this has, particularly on diverse populations. The Subject Project maintains that specific conditions of visibility and invisibility make each of us (but some much more so than others) vulnerable to being compelled to see what we hold to be special about ourselves projected with unsettling accuracy into the future by impersonal algorithms which have major social and political consequences. | No | The Subject Project's focus on understanding how individuals view themselves and data systems and mitigating impact on diverse populations aligns with DEI. | No. The Subject Project's focus on understanding how individuals view themselves and data systems and mitigating impact on diverse populations aligns with DEI. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Southern Reading program will use workshops and discussion groups focused on literary depictions of the African American experience to increase interaction between the HBCU Southern University and the surrounding historically Black communities in Shreveport, Louisiana. | The Southern Reading program will use workshops and discussion groups focused on literary depictions of the African American experience to increase interaction between the HBCU Southern University and the surrounding historically Black communities in Shreveport, Louisiana. | Yes | The Southern Reading program promotes diversity, equity, and inclusion by fostering engagement and dialogue surrounding African American literature within the Black communities. | Yes. The Southern Reading program promotes diversity, equity, and inclusion by fostering engagement and dialogue surrounding African American literature within the Black communities. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This projects combines a focus on culturally-responsive and sustaining pedagogy with an undergraduate research program in the Humanities. This combination of factors will engage students in their own heritage and culture, leading to increased retention and completion. | This projects combines a focus on culturally-responsive and sustaining pedagogy with an undergraduate research program in the Humanities. This combination of factors will engage students in their own heritage and culture, leading to increased retention and completion. | No | While the project may have potential benefits for students, it does not explicitly mention any efforts towards diversity, equity, and inclusion. | No. While the project may have potential benefits for students, it does not explicitly mention any efforts towards diversity, equity, and inclusion. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Ancient studies examines humanity's deep roots in the global past, helping students and the general public understand ourselves in the context of the rich long history of human societies. At underserved institutions, there are many challenges to providing effective education in ancient studies courses. Save Ancient Studies Alliance's "Archaeogaming Education Program" utilizes the concept of "archaeogaming," the use of exciting recreational video games for educational purposes, to create Open Educational Resources that help educators at underserved institutions engage their students. In partnership with professors at three small, underserved institutions, California State University - Stanislaus, Cisco College, and Salish Kootenai College, this project upgrades two Archaeogaming Education Modules, which have already been successfully created and implemented at the middle school level, for undergraduate use. The undergraduate modules will be piloted in our partners' courses in Fall 2025.

Ancient studies examines humanity's deep roots in the global past, helping students and the general public understand ourselves in the context of the rich long history of human societies. At underserved institutions, there are many challenges to providing effective education in ancient studies courses. Save Ancient Studies Alliance's "Archaeogaming Education Program" utilizes the concept of "archaeogaming," the use of exciting recreational video games for educational purposes, to create Open Educational Resources that help educators at underserved institutions engage their students. In partnership with professors at three small, underserved institutions, California State University - Stanislaus, Cisco College, and Salish Kootenai College, this project upgrades two Archaeogaming Education Modules, which have already been successfully created and implemented at the middle school level, for undergraduate use. The undergraduate modules will be piloted in our partners' courses in Fall 2025.

No

This initiative focuses on improving education in ancient studies using video games, but it does not directly address diversity, equity, and inclusion (DEI).

No. This initiative focuses on improving education in ancient studies using video games, but it does not directly address diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Since 1994, CENTER has supported social and environmental photographic projects through education, platforms, and funding. CENTER's Digital Collection encompasses the organization's image archive illustrating trends in photography over the last two decades, including shifting representations of social and environmental concerns. CENTER, and the digital humanities studio at the University of New Mexico, Ampersand, will undertake planning and prototyping to consolidate and update the image collection to a single-platform archive. The prototype website will use a standardized system to facilitate the preservation, identification, and discoverability of a diverse body of lens-based work. The goal is to produce plans and a limited-scope prototype to create a new website interface to facilitate connections and explorations among the award-winning photographic projects, artists' statements, and scholarly essays that enable educators and other researchers to discover world-class photography.

Since 1994, CENTER has supported social and environmental photographic projects through education, platforms, and funding. CENTER's Digital Collection encompasses the organization's image archive illustrating trends in photography over the last two decades, including shifting representations of social and environmental concerns. CENTER, and the digital humanities studio at the University of New Mexico, Ampersand, will undertake planning and prototyping to consolidate and update the image collection to a single-platform archive. The prototype website will use a standardized system to facilitate the preservation, identification, and discoverability of a diverse body of lens-based work. The goal is to produce plans and a limited-scope prototype to create a new website interface to facilitate connections and explorations among the award-winning photographic projects, artists' statements, and scholarly essays that enable educators and other researchers to discover world-class photography.

Yes

CENTER's initiatives support diversity and inclusivity by capturing shifting representations of social and environmental concerns in their image archive.

Yes. CENTER's initiatives support diversity and inclusivity by capturing shifting representations of social and environmental concerns in their image archive.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Clark Family Library of Washington & Jefferson College, in partnership with the Heinz History Center, is examining bias and erasure in its archives with a focus on bringing greater attention and access to materials related to American Indian experiences. The library will pilot a new workflow as a first step to gain intellectual control over its 18th and 19th century John Hoge Collection. The collection contains important documentation of land agreements between American Indian leaders and American colonists and descriptions of American Indian societies prior to and during colonization. The two-year project will center on conserving, rehousing, digitizing, establishing intellectual control, creating authority records, and curating and publishing an online collection. The project focuses on a subset of the collection to serve as a template to process the entire collection. The pilot phase will also include research, community building, and hosting culminating public events.

The Clark Family Library of Washington & Jefferson College, in partnership with the Heinz History Center, is examining bias and erasure in its archives with a focus on bringing greater attention and access to materials related to American Indian experiences. The library will pilot a new workflow as a first step to gain intellectual control over its 18th and 19th century John Hoge Collection. The collection contains important documentation of land agreements between American Indian leaders and American colonists and descriptions of American Indian societies prior to and during colonization. The two-year project will center on conserving, rehousing, digitizing, establishing intellectual control, creating authority records, and curating and publishing an online collection. The project focuses on a subset of the collection to serve as a template to process the entire collection. The pilot phase will also include research, community building, and hosting culminating public events.

Yes

The project aims to examine bias and erasure in archives, bring attention to American Indian experiences, and promote access to materials.

Yes. The project aims to examine bias and erasure in archives, bring attention to American Indian experiences, and promote access to materials.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book project critically examines the long legacy of Black women's work in the culinary and hospitality arts, as illustrated by the 40-year career of Barbara Elaine Smith (b1950-d2020), a model, restaurateur, lifestyle television host, cookbook author, and all-around style maven. Rather than a traditional biography, this book works to build a portrait of B. Smith's public life as an influential Black woman in the food and lifestyle space from the late 1970s to the early 2000s. It does this by narrating through the archival gaps and the silences that often accompany the histories and voices of Black women in order to amplify and contextualize the significance of Black women's cultural work (Hartman 2008, Moody-Turner 2017).

This book project critically examines the long legacy of Black women's work in the culinary and hospitality arts, as illustrated by the 40-year career of Barbara Elaine Smith (b1950-d2020), a model, restaurateur, lifestyle television host, cookbook author, and all-around style maven. Rather than a traditional biography, this book works to build a portrait of B. Smith's public life as an influential Black woman in the food and lifestyle space from the late 1970s to the early 2000s. It does this by narrating through the archival gaps and the silences that often accompany the histories and voices of Black women in order to amplify and contextualize the significance of Black women's cultural work (Hartman 2008, Moody-Turner 2017).

Yes. This book project examines the legacy of Black women's work in culinary arts, emphasizing B. Smith's influence and contextualizing Black women's cultural work.

Yes. This book project examines the legacy of Black women's work in culinary arts, emphasizing B. Smith's influence and contextualizing Black women's cultural work. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Pacific Internationalisms: Asian American Mobility, Gender, and Empire in the Interwar Period offers the first full monograph on interwar Pacific internationalism. This manuscript examines how Pacific internationalism was forged alongside and against anti-Asian racism at the turn of the twentieth century. The same year the first Pacific internationalist organization was founded, the U.S. passed the 1917 Immigration Act codifying anti-Asian sentiment. Through a framework of internationalism, internationalists—including Asian and Asian Americans— turned to international cooperation to convene across lines of difference through international student exchanges, conferences, and goodwill tours. This research highlights the centrality of Pacific internationalism as a central, yet overlooked movement that shapes how we understand US settler colonialism in the Pacific, Asian American intellectual production, and internationalism's allure for pacifist belonging and anticolonial resistance.

Pacific Internationalisms: Asian American Mobility, Gender, and Empire in the Interwar Period offers the first full monograph on interwar Pacific internationalism. This manuscript examines how Pacific internationalism was forged alongside and against anti-Asian racism at the turn of the twentieth century. The same year the first Pacific internationalist organization was founded, the U.S. passed the 1917 Immigration Act codifying anti-Asian sentiment. Through a framework of internationalism, internationalists—including Asian and Asian Americans— turned to international cooperation to convene across lines of difference through international student exchanges, conferences, and goodwill tours. This research highlights the centrality of Pacific internationalism as a central, yet overlooked movement that shapes how we understand US settler colonialism in the Pacific, Asian American intellectual production, and internationalism's allure for pacifist belonging and anticolonial resistance.

Yes. This manuscript explores how Pacific internationalism intersected with anti-Asian racism, showcasing the importance of understanding US settler colonialism and Asian American intellectual production in relation to DEI.

Yes. This manuscript explores how Pacific internationalism intersected with anti-Asian racism, showcasing the importance of understanding US settler colonialism and Asian American intellectual production in relation to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.I seek funding to complete a book project on the global history of Akron, Ohio from the 18th century to the aftermath of deindustrialization in the 1980s. This project takes the long history of a midwestern industrial city as an opportunity to address how the entanglements of technology, religion, and economics play out in and around a representative American population. My history begins well before the founding of Akron in 1825 with scenes of white settler violence and strategies of displacement. It locates the origins of Akron industry in Christian missionary activity in Africa, the founding of Liberia in 1847 and the establishment of the Firestone Rubber plantation there in the 1920s. Mine will be the first book to address how religious institutions and religious experiences were integral to the making and unmaking of Akron into the global center of tire production and polymer science in the twentieth century.

I seek funding to complete a book project on the global history of Akron, Ohio from the 18th century to the aftermath of deindustrialization in the 1980s. This project takes the long history of a midwestern industrial city as an opportunity to address how the entanglements of technology, religion, and economics play out in and around a representative American population. My history begins well before the founding of Akron in 1825 with scenes of white settler violence and strategies of displacement. It locates the origins of Akron industry in Christian missionary activity in Africa, the founding of Liberia in 1847 and the establishment of the Firestone Rubber plantation there in the 1920s. Mine will be the first book to address how religious institutions and religious experiences were integral to the making and unmaking of Akron into the global center of tire production and polymer science in the twentieth century.

Yes. This project addresses the entanglements of technology, religion, and economics, highlighting the global history of Akron and its impact on a representative American population.

Yes. This project addresses the entanglements of technology, religion, and economics, highlighting the global history of Akron and its impact on a representative American population. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.<em>Easy Fixes </em>explores the obsessive focus on finding quick, cheap, and easy ways to navigate the transition from slavery to freedom in the West Indies.  An unlikely and often uneasy coalition of plantation owners, abolitionists, and colonial policymakers worked towards this goal by developing social engineering schemes which attempted to fuse laissez-faire capitalism with paternalistic humanitarianism.  Within a decade, they claimed, the British West Indies would be such a shining example of free labor's potential for stability, profit, and humanity that enslavers throughout the Atlantic world would emulate the British example.  These claims helped to legitimate British imperialism at a key moment of its expansion across the world.  In practice, though, these schemes contributed to the reconstitution of racism in new forms.

<em>Easy Fixes </em>explores the obsessive focus on finding quick, cheap, and easy ways to navigate the transition from slavery to freedom in the West Indies.  An unlikely and often uneasy coalition of plantation owners, abolitionists, and colonial policymakers worked towards this goal by developing social engineering schemes which attempted to fuse laissez-faire capitalism with paternalistic humanitarianism. Within a decade, they claimed, the British West Indies would be such a shining example of free labor's potential for stability, profit, and humanity that enslavers throughout the Atlantic world would emulate the British example.  These claims helped to legitimate British imperialism at a key moment of its expansion across the world.  In practice, though, these schemes contributed to the reconstitution of racism in new forms.

Yes. Easy Fixes explores how attempts to transition from slavery to freedom in the West Indies contributed to the reconstitution of racism in new forms.

Yes. Easy Fixes explores how attempts to transition from slavery to freedom in the West Indies contributed to the reconstitution of racism in new forms.

Ex. 15 US-000062485.xlsx

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book project examines the history of modern agricultural knowledge in China from the perspective of the environmental humanities. It shows that weather-related disasters and local ecological conditions strongly influenced the reinvention of Chinese agronomy during an era of deep concern about the future of farming. Officials, scientific experts, and everyday farmers all contributed in various ways to research ventures that were designed to identify and popularize the most suitable plants, tools, and techniques for agriculture in a given area. I am applying for an NEH fellowship to draft a major portion of the book manuscript and carry out additional research. When complete, it will be the first full-length book in English to focus on the culture of knowledge in Chinese agronomy in the nineteenth and early twentieth centuries. | This book project examines the history of modern agricultural knowledge in China from the perspective of the environmental humanities. It shows that weather-related disasters and local ecological conditions strongly influenced the reinvention of Chinese agronomy during an era of deep concern about the future of farming. Officials, scientific experts, and everyday farmers all contributed in various ways to research ventures that were designed to identify and popularize the most suitable plants, tools, and techniques for agriculture in a given area. I am applying for an NEH fellowship to draft a major portion of the book manuscript and carry out additional research. When complete, it will be the first full-length book in English to focus on the culture of knowledge in Chinese agronomy in the nineteenth and early twentieth centuries. | No | This book project does not directly relate to DEI as it primarily focuses on the history of modern agricultural knowledge in China. | No. This book project does not directly relate to DEI as it primarily focuses on the history of modern agricultural knowledge in China. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My book, In Pursuit of Justice in Post-Genocide Guatemala, tells the extraordinary story of ordinary Guatemalans who are seeking to hold the perpetrators of genocide and other human rights violations to account. Even after peace accords brought an end to the country's 36-year civil conflict—one of the bloodiest in Latin America—silence, fear and impunity reined in Guatemala. But trailblazing legal reformers, supported by the international community, created new opportunities for survivors and families of victims of genocide to obtain justice. Indigenous men and women took center stage as witnesses in dozens of criminal trials that interrogated official narratives denying state violence and led to the conviction of those most responsible for these crimes, including a former head of state, army generals, and police chiefs. I write about these trials, which I observed in situ, their impact for the victims, for Guatemalan democracy, and for the rewriting of Guatemala's difficult past. | My book, In Pursuit of Justice in Post-Genocide Guatemala, tells the extraordinary story of ordinary Guatemalans who are seeking to hold the perpetrators of genocide and other human rights violations to account. Even after peace accords brought an end to the country's 36-year civil conflict—one of the bloodiest in Latin America—silence, fear and impunity reined in Guatemala. But trailblazing legal reformers, supported by the international community, created new opportunities for survivors and families of victims of genocide to obtain justice. Indigenous men and women took center stage as witnesses in dozens of criminal trials that interrogated official narratives denying state violence and led to the conviction of those most responsible for these crimes, including a former head of state, army generals, and police chiefs. I write about these trials, which I observed in situ, their impact for the victims, for Guatemalan democracy, and for the rewriting of Guatemala's difficult past. | No | Does not relate to DEI. | No. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My book, <em>Polytopos: Venice, Empire, Art, </em>will be the first study to identify a major cultural strategy of empire and appropriation and its application in visual culture across historical periods typically regarded as discrete. Images commissioned both by the state as well as individuals and institutions outside of the government promoted state ideology by curiously combining multiple places and times in images that appears to represent a single space and a single moment. Many images depict multiethnic harmony at odds with restrictive realities. From polytopos's medieval origins in the use of <em>spolia</em> at the Basilica San Marco to its transition into the realm of image in the early modern period, polytopic art makes the claim that Venice could infiltrate lands beyond its borders and times beyond its own history. Polytopos is an instrument of empire with strong implications for the study of colonialism and globalism in fields beyond art history. | My book, <em>Polytopos: Venice, Empire, Art, </em>will be the first study to identify a major cultural strategy of empire and appropriation and its application in visual culture across historical periods typically regarded as discrete. Images commissioned both by the state as well as individuals and institutions outside of the government promoted state ideology by curiously combining multiple places and times in images that appears to represent a single space and a single moment. Many images depict multiethnic harmony at odds with restrictive realities. From polytopos's medieval origins in the use of <em>spolia</em> at the Basilica San Marco to its transition into the realm of image in the early modern period, polytopic art makes the claim that Venice could infiltrate lands beyond its borders and times beyond its own history. Polytopos is an instrument of empire with strong implications for the study of colonialism and globalism in fields beyond art history. | Yes | "Polytopos" explores empire, appropriation, and multiethnic harmony portrayed in visual culture, making it relevant to the study of colonialism and globalism in addition to art history. | Yes. "Polytopos" explores empire, appropriation, and multiethnic harmony portrayed in visual culture, making it relevant to the study of colonialism and globalism in addition to art history. #DEI |
| My book project, Lineages of the Deportable Labor State: Migrant Workers and the Law in American History, examines the political and legal institutions that have governed migrant labor in the US since the end of the nineteenth century until today. By following migrants from the Caribbean, Mexico, India, and China as they use American legal protections "from below," Lineages also focuses upon how migrants have surprisingly and continuously sought redress from workplace violations and abuse through the law across time and sectors. We know very little about the longstanding, yet changing, relationship between migrant labor and the American political and legal system because scholars of US immigration have previously focused on immigrant admissions and exclusions from the polity rather than the deportation power and rights in the workplace. Lineages will thus be a considerable contribution to the study of migration in the US and in the humanities and social sciences. | My book project, Lineages of the Deportable Labor State: Migrant Workers and the Law in American History, examines the political and legal institutions that have governed migrant labor in the US since the end of the nineteenth century until today. By following migrants from the Caribbean, Mexico, India, and China as they use American legal protections "from below," Lineages also focuses upon how migrants have surprisingly and continuously sought redress from workplace violations and abuse through the law across time and sectors. We know very little about the longstanding, yet changing, relationship between migrant labor and the American political and legal system because scholars of US immigration have previously focused on immigrant admissions and exclusions from the polity rather than the deportation power and rights in the workplace. Lineages will thus be a considerable contribution to the study of migration in the US and in the humanities and social sciences. | Yes | The migrant labor book highlights marginalized workers' struggles and legal battles across racial and ethnic groups. | Yes. The migrant labor book highlights marginalized workers' struggles and legal battles across racial and ethnic groups. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Ordering Property charts the global rise and fall of maritime prize law from 1498 through the aftermath of the American Civil War.  Prize courts, which had jurisdiction over enemy property seized in wartime, became a principal forum for private property disputes between the subjects of different empires during the early modern era.  This made them a key site for creating and enforcing law among polities.  Prize courts created trans- and inter-imperial legal orders as a routine part of their work.  Empires used prize jurisdiction to extend their authority into regions in which imperial institutions were weak.  Prize became a powerful but flawed mode of inter-imperial governance, central to efforts to end the Atlantic slave trade, shape European colonization in Asia, and decide the outcome of the Americas' independence struggles.  The project reveals a largely forgotten history of inter-imperial governance via private property relations in the era before modern international law.

Ordering Property charts the global rise and fall of maritime prize law from 1498 through the aftermath of the American Civil War.  Prize courts, which had jurisdiction over enemy property seized in wartime, became a principal forum for private property disputes between the subjects of different empires during the early modern era.  This made them a key site for creating and enforcing law among polities.  Prize courts created trans- and inter-imperial legal orders as a routine part of their work.  Empires used prize jurisdiction to extend their authority into regions in which imperial institutions were weak.  Prize became a powerful but flawed mode of inter-imperial governance, central to efforts to end the Atlantic slave trade, shape European colonization in Asia, and decide the outcome of the Americas' independence struggles.  The project reveals a largely forgotten history of inter-imperial governance via private property relations in the era before modern international law.

No    The description provided does not relate to DEI initiatives or issues.

No. The description provided does not relate to DEI (Diversity, Equity, and Inclusion) initiatives or issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Scholars usually associate Britain's Financial Revolution with the creation of the national debt, public credit, and sophisticated taxation mechanisms on the part of the British government to help pay for complex and expensive military endeavors at the turn of the eighteenth century. My book, The Financial Revolution and the Politics of Moral Crisis in Early Modern Britain, will consider long-term economic, political, and social changes in Britain and its empire that made a revolution in finance possible and will explore the political and cultural consequences of these changes. Based on original research and a synthesis of existing scholarly literature, the book focuses on moments of political and cultural crisis from the mid-1600s to the mid-1700s to explore how and why a revolution in finance occurred in early modern Britain and how contemporaries understood and responded to it. Its main contribution will be its focus on popular responses to major fiscal and financial changes.

Scholars usually associate Britain's Financial Revolution with the creation of the national debt, public credit, and sophisticated taxation mechanisms on the part of the British government to help pay for complex and expensive military endeavors at the turn of the eighteenth century. My book, The Financial Revolution and the Politics of Moral Crisis in Early Modern Britain, will consider long-term economic, political, and social changes in Britain and its empire that made a revolution in finance possible and will explore the political and cultural consequences of these changes. Based on original research and a synthesis of existing scholarly literature, the book focuses on moments of political and cultural crisis from the mid-1600s to the mid-1700s to explore how and why a revolution in finance occurred in early modern Britain and how contemporaries understood and responded to it. Its main contribution will be its focus on popular responses to major fiscal and financial changes.

No    This description does not relate to DEI as it does not address diversity, equity, or inclusion issues.

No. This description does not relate to DEI as it does not address diversity, equity, or inclusion issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book project is a history of how agricultural chemicals permeated rural American communities. Focusing on farming regions of three very different states, the project draws on oral history narratives and archival evidence to trace the social and cultural factors that have driven many farmers to increase their dependence on chemical use since 1970—even as those toxic substances became controversial among the public in the context of a growing environmental movement. It contributes to recent work in the environmental humanities that examines the role of worldviews and values in perpetuating ecologically unsustainable systems. The study also considers how rural communities have reckoned with agrichemical contamination, gathering and sharing knowledge of its long-lasting effects over the past half century.

This book project is a history of how agricultural chemicals permeated rural American communities. Focusing on farming regions of three very different states, the project draws on oral history narratives and archival evidence to trace the social and cultural factors that have driven many farmers to increase their dependence on chemical use since 1970—even as those toxic substances became controversial among the public in the context of a growing environmental movement. It contributes to recent work in the environmental humanities that examines the role of worldviews and values in perpetuating ecologically unsustainable systems. The study also considers how rural communities have reckoned with agrichemical contamination, gathering and sharing knowledge of its long-lasting effects over the past half century.

No    This book project focuses on the history of agricultural chemicals in rural American communities and does not specifically relate to DEI.

No. This book project focuses on the history of agricultural chemicals in rural American communities and does not specifically relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My project traces the remarkable rise of eating disorders during the final decades of the twentieth century. Based on research in the US, Europe, Israel, Australia, and South Africa, it explores how anorexia nervosa and its sister diagnoses of bulimia nervosa and binge eating were defined and treated in varied geopolitical contexts, paying particular attention to how these diagnoses were raced, classed, and gendered. At the same time that a transnational medical community developed to grapple with these new diagnoses, feminists, cultural critics, and ordinary people began to see eating disorders as distinctly meaningful, sicknesses that revealed something profound about the experience of living in the postwar world. By weaving together medical writing, feminist activism, diaries, mainstream media discourse, and personal correspondence from doctors and patients, my research reveals the value of a humanistic approach to understanding the construction and experience of mental illness.

My project traces the remarkable rise of eating disorders during the final decades of the twentieth century. Based on research in the US, Europe, Israel, Australia, and South Africa, it explores how anorexia nervosa and its sister diagnoses of bulimia nervosa and binge eating were defined and treated in varied geopolitical contexts, paying particular attention to how these diagnoses were raced, classed, and gendered. At the same time that a transnational medical community developed to grapple with these new diagnoses, feminists, cultural critics, and ordinary people began to see eating disorders as distinctly meaningful, sicknesses that revealed something profound about the experience of living in the postwar world. By weaving together medical writing, feminist activism, diaries, mainstream media discourse, and personal correspondence from doctors and patients, my research reveals the value of a humanistic approach to understanding the construction and experience of mental illness.

No    This project does not directly relate to DEI. It focuses on the historical and cultural aspects of eating disorders without explicitly addressing diversity, equity, and inclusion.

No. This project does not directly relate to DEI. It focuses on the historical and cultural aspects of eating disorders without explicitly addressing diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project is a history of an extraordinary war between the government of Uganda (GoU) and the Lord's Resistance Army (LRA). The war began in 1986 and ended in 2008, making it one of longest and most brutal wars in Africa. The existing scholarship has focused almost exclusively on the warring parties. Scholars have been unwilling to take their eyes off the LRA and GoU. Recently, however, some works have explored "complex victims": women who were abducted and forced to marry LRA commanders and bear their children. Other have focused on child soldiers, and, most recently, scholars have focused on wartime sexual crimes. Whenever scholars focus on civilians, they are portrayed as hapless victims. This project shifts the focus away from the LRA, GoU, and the other categories of victims mentioned to everyday, ordinary people. It will advance the existing anthropological works on the war, build on the scholarship on conflict studies, displacement, and agency during wartime.

This project is a history of an extraordinary war between the government of Uganda (GoU) and the Lord's Resistance Army (LRA). The war began in 1986 and ended in 2008, making it one of longest and most brutal wars in Africa. The existing scholarship has focused almost exclusively on the warring parties. Scholars have been unwilling to take their eyes off the LRA and GoU. Recently, however, some works have explored "complex victims": women who were abducted and forced to marry LRA commanders and bear their children. Other have focused on child soldiers, and, most recently, scholars have focused on wartime sexual crimes. Whenever scholars focus on civilians, they are portrayed as hapless victims. This project shifts the focus away from the LRA, GoU, and the other categories of victims mentioned to everyday, ordinary people. It will advance the existing anthropological works on the war, build on the scholarship on conflict studies, displacement, and agency during wartime.

No | This project does not relate to DEI as it focuses on the historical and anthropological aspects of a war, rather than addressing diversity, equity, and inclusion.

No. This project does not relate to DEI as it focuses on the historical and anthropological aspects of a war, rather than addressing diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Anton Chekhov wrote his stories and plays with an eye to looming cataclysm. He died more than a decade before the unrest of his age would peak in revolution and civil war, but his works are alert to these prospects. A practicing doctor, he wrote diagnostically, studying the ways of polarization, sectarianism, and fanaticism that drive a society towards self-destruction. Less obvious, less established in scholarship are the constructive, palliative dimensions of Chekhov's thought. His works offer carefully honed antidotes both to large-scale political conflict and to small-scale personal despair in the face of catastrophe. They speak eloquently to a divided and unhinged society in the throes of culture war. And yet, as Virginia Woolf observed of his writing, it "may not be the way to catch the ear of the public," which is "used to louder music, fiercer measures." Hence this book, which seeks to elucidate Chekhov's ethical thought, to help it resonate for our own quasi-apocalyptic age.

Anton Chekhov wrote his stories and plays with an eye to looming cataclysm. He died more than a decade before the unrest of his age would peak in revolution and civil war, but his works are alert to these prospects. A practicing doctor, he wrote diagnostically, studying the ways of polarization, sectarianism, and fanaticism that drive a society towards self-destruction. Less obvious, less established in scholarship are the constructive, palliative dimensions of Chekhov's thought. His works offer carefully honed antidotes both to large-scale political conflict and to small-scale personal despair in the face of catastrophe. They speak eloquently to a divided and unhinged society in the throes of culture war. And yet, as Virginia Woolf observed of his writing, it "may not be the way to catch the ear of the public," which is "used to louder music, fiercer measures." Hence this book, which seeks to elucidate Chekhov's ethical thought, to help it resonate for our own quasi-apocalyptic age.

No | This is a description of Anton Chekhov's works and their relevance to society, but it does not directly relate to DEI issues.

No. This is a description of Anton Chekhov's works and their relevance to society, but it does not directly relate to DEI (Diversity, Equity, and Inclusion) issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.From the 1960s to the 1980s, cancer was predominantly viewed as an environmental disease, one that could be controlled by regulating exposure to carcinogenic chemicals. My book examines these ideas from the lab bench up, by following the trajectory of an influential Petri dish test (the "Ames test") used to identify potential cancer-causing substances. The history of the Ames test provides a prism for viewing both the changing landscape of cancer biology and the struggle between environmentalists and industry over US chemicals regulation, in which testing requirements became a political battleground. At the same time, the preoccupation with cancer-causing mutations that had prompted the invention of the test carried over into the Human Genome Project and the concurrent emphasis on managing cancer risk through lifestyle. By the 1990s, mutations were viewed personal burdens more than environmental threats, reflecting a broader shift from protective regulation to neoliberal governance.

From the 1960s to the 1980s, cancer was predominantly viewed as an environmental disease, one that could be controlled by regulating exposure to carcinogenic chemicals. My book examines these ideas from the lab bench up, by following the trajectory of an influential Petri dish test (the "Ames test") used to identify potential cancer-causing substances. The history of the Ames test provides a prism for viewing both the changing landscape of cancer biology and the struggle between environmentalists and industry over US chemicals regulation, in which testing requirements became a political battleground. At the same time, the preoccupation with cancer-causing mutations that had prompted the invention of the test carried over into the Human Genome Project and the concurrent emphasis on managing cancer risk through lifestyle. By the 1990s, mutations were viewed personal burdens more than environmental threats, reflecting a broader shift from protective regulation to neoliberal governance.

No | The provided information discusses the history and changes in cancer biology, chemicals regulation, and the shift in perception of cancer from an environmental disease to a personal burden. It does not directly relate to DEI.

No. The provided information discusses the history and changes in cancer biology, chemicals regulation, and the shift in perception of cancer from an environmental disease to a personal burden. It does not directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Francisco Suárez, S.J. (1548-1617) was one of the most important philosophers and theologians of early modern Aristotelian scholasticism. His fame in the 17th century and beyond rests to a great extent on his Metaphysical Disputations (DM), first published in 1597. Explicitly described by its author as having been composed out of a desire to provide the grounding in metaphysics that is necessary for the proper study of revelation-based theology, the DM was unprecedented in structure, size, and scope. The project I will pursue is that of editing, translating, and annotating one of this work's most important disputations, DM 30 ("On the first being, insofar as what he is and what he is like can be known by natural reason"), which is devoted to God insofar as he admits of being known by natural means. This disputation is a major Latin treatise in natural theology that has yet to be translated into English. The resulting work will also be prefaced with a substantial introduction.

Francisco Suárez, S.J. (1548-1617) was one of the most important philosophers and theologians of early modern Aristotelian scholasticism. His fame in the 17th century and beyond rests to a great extent on his Metaphysical Disputations (DM), first published in 1597. Explicitly described by its author as having been composed out of a desire to provide the grounding in metaphysics that is necessary for the proper study of revelation-based theology, the DM was unprecedented in structure, size, and scope. The project I will pursue is that of editing, translating, and annotating one of this work's most important disputations, DM 30 ("On the first being, insofar as what he is and what he is like can be known by natural reason"), which is devoted to God insofar as he admits of being known by natural means. This disputation is a major Latin treatise in natural theology that has yet to be translated into English. The resulting work will also be prefaced with a substantial introduction.

No    This description does not relate to DEI, as it focuses on the work of Francisco SuÃ¡rez, a philosopher and theologian, without addressing diversity, equity, and inclusion.

No. This description does not relate to DEI, as it focuses on the work of Francisco SuÃ¡rez, a philosopher and theologian, without addressing diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My project argues that Urdu-language religious/literary texts on ethics--<em>akhlaq</em>--reveal an important history of Islam in colonial India by constituting a non-institutional, diffuse, and capacious intellectual formation whose ideas were disseminated through print in a commercial market. Bringing together literary studies, religious studies, and history, the project is: a study of a crucial Urdu genre on Muslim ethics that has been neglected in understandings of Urdu literary history; a study of Muslim religious dispositions that have been muted in religious studies and historical scholarship; and an inquiry into the notion of secular Muslimness and its implications for understanding Muslim modernity in South Asia, historically and today. A broader aim of the project is to influence global and public discourses on Islam—and its modernity—by arguing for the importance of South Asia (with the world's largest Muslim population) to understandings of Islam in its global context.

My project argues that Urdu-language religious/literary texts on ethics--<em>akhlaq</em>--reveal an important history of Islam in colonial India by constituting a non-institutional, diffuse, and capacious intellectual formation whose ideas were disseminated through print in a commercial market. Bringing together literary studies, religious studies, and history, the project is: a study of a crucial Urdu genre on Muslim ethics that has been neglected in understandings of Urdu literary history; a study of Muslim religious dispositions that have been muted in religious studies and historical scholarship; and an inquiry into the notion of secular Muslimness and its implications for understanding Muslim modernity in South Asia, historically and today. A broader aim of the project is to influence global and public discourses on Islam—and its modernity—by arguing for the importance of South Asia (with the world's largest Muslim population) to understandings of Islam in its global context.

No    This project focuses on historical and literary analysis, studying Urdu texts and their impact on understanding Muslim ethics and modernity in South Asia. It does not directly address DEI.

No. This project focuses on historical and literary analysis, studying Urdu texts and their impact on understanding Muslim ethics and modernity in South Asia. It does not directly address DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Significant scholarship is devoted to the poetics and politics of European and American international exhibitions and how these formalized national ambitions and ordered the world through racialized images of social and cultural hierarchies; yet, far less research attends to self-representations by Indigenous "others" in world fairs. Drawing on extensive archival research, this book project is the first to comprehensively analyze exhibitions organized by political and social leaders of Hawai`i during the latter half of the 19th century, a period of heightened colonial threats to Hawaiian sovereignty. The displays changed markedly over time, shaped initially by an idea of the Hawaiian nation as an inclusive multicultural, Indigenous-led monarchy, and then as a republic established by the white settler oligarchy (in 1894) and, later, as a US territory (1898). Shifts in exhibition form and content reflected and enabled the political agendas and power dynamics among participants.

Significant scholarship is devoted to the poetics and politics of European and American international exhibitions and how these formalized national ambitions and ordered the world through racialized images of social and cultural hierarchies; yet, far less research attends to self-representations by Indigenous "others" in world fairs. Drawing on extensive archival research, this book project is the first to comprehensively analyze exhibitions organized by political and social leaders of Hawai`i during the latter half of the 19th century, a period of heightened colonial threats to Hawaiian sovereignty. The displays changed markedly over time, shaped initially by an idea of the Hawaiian nation as an inclusive multicultural, Indigenous-led monarchy, and then as a republic established by the white settler oligarchy (in 1894) and, later, as a US territory (1898). Shifts in exhibition form and content reflected and enabled the political agendas and power dynamics among participants.

No    This description does not directly relate to DEI. It focuses on the analysis of exhibitions organized by political and social leaders of Hawaii in the 19th century.

No. This description does not directly relate to DEI. It focuses on the analysis of exhibitions organized by political and social leaders of Hawaii in the 19th century.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My third book, <em>Performing Contagion and Care in Central Africa</em>, explores how artists and cultural workers in the neighboring countries of Uganda and the Democratic Republic of the Congo address the complex matrix of illness, disease, and violence. I trace how the materialities of disease and illness "infect" performance, expanding its capacities to represent and critique multiple genres of violence: structural and direct, fast and slow, colonial and postcolonial. The book's case studies, which draw from dance and theatre, public protest, poetry, and film, do not situate epidemics and outbreaks as singular crises but rather situates illness and disease as vectors of insidious violence and harm. Significantly, my book does not simply consider how performance critiques these hidden forms of violence; it also theorizes performance as an antidote to global neglect and predatory states. It explores how performance invokes ancestral forms of knowledge to situate illness as generative of community and care.

My third book, <em>Performing Contagion and Care in Central Africa</em>, explores how artists and cultural workers in the neighboring countries of Uganda and the Democratic Republic of the Congo address the complex matrix of illness, disease, and violence. I trace how the materialities of disease and illness "infect" performance, expanding its capacities to represent and critique multiple genres of violence: structural and direct, fast and slow, colonial and postcolonial. The book's case studies, which draw from dance and theatre, public protest, poetry, and film, do not situate epidemics and outbreaks as singular crises but rather situates illness and disease as vectors of insidious violence and harm. Significantly, my book does not simply consider how performance critiques these hidden forms of violence; it also theorizes performance as an antidote to global neglect and predatory states. It explores how performance invokes ancestral forms of knowledge to situate illness as generative of community and care.

No | The description focuses on the intersection of illness, disease, and violence in Central Africa, but does not directly address DEI.

No. The description focuses on the intersection of illness, disease, and violence in Central Africa, but does not directly address DEI (Diversity, Equity, and Inclusion).

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.<em>Persian Anthology: Reading along the Margins </em>is a gendered history of reading practices in early modern Isfahan. Its centerpiece is an unexplored household anthology authored in the seventeenth century by Kazem, the judge, who collects legal documents in Persian with Arabic formulas for marriage, divorce, sales, and rent contracts—tools he used to settle the everyday cases brought before him. His daughter, Jahan Banu, writes in the margins as she partook in the family practices of reading and writing. Multiple seals, inscriptions, and dates mark its life, as a text, passing from one hand to another well into the twentieth century when print took over the economy of the book in Isfahan. Persian Anthology is a digital collection of Kazem's codex with illustrative facsimile texts, Persian transcriptions, English translations, and commentaries that will be hosted on a website of the University of Michigan's College of Literature, Sciences, and the Arts.

<em>Persian Anthology: Reading along the Margins </em>is a gendered history of reading practices in early modern Isfahan. Its centerpiece is an unexplored household anthology authored in the seventeenth century by Kazem, the judge, who collects legal documents in Persian with Arabic formulas for marriage, divorce, sales, and rent contracts—tools he used to settle the everyday cases brought before him. His daughter, Jahan Banu, writes in the margins as she partook in the family practices of reading and writing. Multiple seals, inscriptions, and dates mark its life, as a text, passing from one hand to another well into the twentieth century when print took over the economy of the book in Isfahan. Persian Anthology is a digital collection of Kazem's codex with illustrative facsimile texts, Persian transcriptions, English translations, and commentaries that will be hosted on a website of the University of Michigan's College of Literature, Sciences, and the Arts.

No | This description does not directly relate to DEI as it does not mention or address diversity, equity, or inclusion.

No. This description does not directly relate to DEI as it does not mention or address diversity, equity, or inclusion.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."The Forgotten Occupation" will be the first book-length study of the everyday encounters between American servicemen and Chinese civilians from the end of World War II to the founding of the People's Republic of China. Drawing upon official, popular, and personal accounts from both countries, this project expands existing research on the "loss of China" through the novel lens of everyday practice and politics. It examines the sensorial, material, and symbolic exchanges between GIs and ordinary Chinese, including rickshaw pullers, "Jeep girls," suspected thieves, and black-market dealers and consumers, and uncovers a forgotten history of embodied entanglement beyond the traditional purviews of occupation and resistance. Revisiting a most volatile and critical moment in Sino-U.S. relations, this project reveals how the ostensibly quotidian matters in grassroots interaction affected national identities and global geopolitics.

"The Forgotten Occupation" will be the first book-length study of the everyday encounters between American servicemen and Chinese civilians from the end of World War II to the founding of the People's Republic of China. Drawing upon official, popular, and personal accounts from both countries, this project expands existing research on the "loss of China" through the novel lens of everyday practice and politics. It examines the sensorial, material, and symbolic exchanges between GIs and ordinary Chinese, including rickshaw pullers, "Jeep girls," suspected thieves, and black-market dealers and consumers, and uncovers a forgotten history of embodied entanglement beyond the traditional purviews of occupation and resistance. Revisiting a most volatile and critical moment in Sino-U.S. relations, this project reveals how the ostensibly quotidian matters in grassroots interaction affected national identities and global geopolitics.

No | This project focuses on the historical interactions between American servicemen and Chinese civilians, but does not directly relate to DEI.

No. This project focuses on the historical interactions between American servicemen and Chinese civilians, but does not directly relate to DEI.

---

This project traces the historical emergence of the idea that a single book, by virtue of its author's racial identity, might reveal profound truths about an entire race of people. Through an intertwined cultural history of print, race, and aesthetics, from the sixteenth to the nineteenth centuries, "The Racialization of Print" marks the origins and consequences of the notion that printed books provide a special kind of racial knowledge.

This project traces the historical emergence of the idea that a single book, by virtue of its author's racial identity, might reveal profound truths about an entire race of people. Through an intertwined cultural history of print, race, and aesthetics, from the sixteenth to the nineteenth centuries, "The Racialization of Print" marks the origins and consequences of the notion that printed books provide a special kind of racial knowledge.

Yes | Analyzing race and print culture explores historical racialization and its lasting societal impacts.

Yes. Analyzing race and print culture explores historical racialization and its lasting societal impacts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Caribbean tourism creates a global picture of a romanticized Caribbean ready to serve the global north. These images diminish the people and homogenize the rich complexity and diversity of the region. Caribbean writers interrogate and respond to such constructs by retelling the Caribbean's story, writing complex characters back into the narrative, exploring the economic dynamics that produce stereotypes of the region, and using literature to criticize international dynamics. I aim to research how Caribbean writers over the past seventy years have probed the region's global positioning using motifs of travel and travelers. The project considers three categories of literary travelers: visitors, returning migrants, and inter- and intra-island travelers. I will consider how Caribbean literary representations of travelers and travel provide narratives that counter the image of a Caribbean ready to serve, show how people's lives are shaped by travel, and depict the complexity of the region.

Caribbean tourism creates a global picture of a romanticized Caribbean ready to serve the global north. These images diminish the people and homogenize the rich complexity and diversity of the region. Caribbean writers interrogate and respond to such constructs by retelling the Caribbean's story, writing complex characters back into the narrative, exploring the economic dynamics that produce stereotypes of the region, and using literature to criticize international dynamics. I aim to research how Caribbean writers over the past seventy years have probed the region's global positioning using motifs of travel and travelers. The project considers three categories of literary travelers: visitors, returning migrants, and inter- and intra-island travelers. I will consider how Caribbean literary representations of travelers and travel provide narratives that counter the image of a Caribbean ready to serve, show how people's lives are shaped by travel, and depict the complexity of the region.

Yes | Caribbean writers challenge romanticized stereotypes of the Caribbean, exploring economic dynamics and criticizing global dynamics.

Yes. Caribbean writers challenge romanticized stereotypes of the Caribbean, exploring economic dynamics and criticizing global dynamics. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My project uses extensive legal, medical, and genealogical sources to weave together themes of sex, law, and insanity, offering a fresh take on questions of knowledge production and issues of consent through the life of one extraordinary woman. Born into a wealthy Georgia plantation household in 1816, Susan Wray married young and gave birth to at least ten children, none of whom survived to adulthood. In 1848, she engaged in an adulterous affair and defended her husband's attempt to divorce her by claiming she was not guilty of committing adultery because she was insane. After the failed divorce suit, Susan sued her husband for additional financial support to care for a child she had while committed to the South Carolina Lunatic Asylum. Susan's story speaks to modern questions about the capacity to give consent, about how we are supposed to distinguish between political behavior, illness behavior, and mere selfish behavior, and about what is at stake in making those distinctions.

My project uses extensive legal, medical, and genealogical sources to weave together themes of sex, law, and insanity, offering a fresh take on questions of knowledge production and issues of consent through the life of one extraordinary woman. Born into a wealthy Georgia plantation household in 1816, Susan Wray married young and gave birth to at least ten children, none of whom survived to adulthood. In 1848, she engaged in an adulterous affair and defended her husband's attempt to divorce her by claiming she was not guilty of committing adultery because she was insane. After the failed divorce suit, Susan sued her husband for additional financial support to care for a child she had while committed to the South Carolina Lunatic Asylum. Susan's story speaks to modern questions about the capacity to give consent, about how we are supposed to distinguish between political behavior, illness behavior, and mere selfish behavior, and about what is at stake in making those distinctions.

No | The project focuses on historical themes of sex, law, and insanity without a direct connection to DEI or diversity, equity, and inclusion.

No. The project focuses on historical themes of sex, law, and insanity without a direct connection to DEI or diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This global history of the American Revolution, encompassing places as distant as Kolkata and St. Kitts, Ghana and Guangzhou, offers a new view of this epoch-defining set of events. In 1776, all kinds of people around the world, not just the men who declared independence, sought the end of oppression, asserting rights to life, liberty, and happiness. This Revolution was more contested, protracted, and diverse, with a wider cast of characters than is usually assumed. The engines of change for what happened in the classic thirteen colonies frequently lay outside those colonies.  Piecing together a number of unexpected locations and unheralded "founders," this book tells the story of the American Revolution in a surprising and novel way.  This history, from 1763 to 1788, clarifies the Revolution's origins, trajectory, ideas, and action. It reveals a rich past we the people really need in our current disunited states of America. It also restores the shock and drama of a dazzling era.

This global history of the American Revolution, encompassing places as distant as Kolkata and St. Kitts, Ghana and Guangzhou, offers a new view of this epoch-defining set of events. In 1776, all kinds of people around the world, not just the men who declared independence, sought the end of oppression, asserting rights to life, liberty, and happiness. This Revolution was more contested, protracted, and diverse, with a wider cast of characters than is usually assumed. The engines of change for what happened in the classic thirteen colonies frequently lay outside those colonies. Piecing together a number of unexpected locations and unheralded "founders," this book tells the story of the American Revolution in a surprising and novel way.  This history, from 1763 to 1788, clarifies the Revolution's origins, trajectory, ideas, and action. It reveals a rich past we the people really need in our current disunited states of America. It also restores the shock and drama of a dazzling era.

No | This description does not directly relate to DEI as it pertains to diversity, equity, and inclusion in the workplace or society.

No. This description does not directly relate to DEI as it pertains to diversity, equity, and inclusion in the workplace or society.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Literary Agents and American Literature rewrites 20th- and 21st- Century American literary history around the field's most central and overlooked figure: the literary agent. As intermediaries between author and publisher, agents manage both the artistic and the corporate development of the book. Their negotiation between the domain of literary value and the commercial imperatives of publishers is at the heart of contemporary literary production. Weaving together historical case studies, ethnographic interviews with literary agents, and large-scale data analysis, Literary Agents and American Literature shows how agents have shaped the literary field. By examining the strategies by which agents condition authors to write in and for conglomerates, I trace a crucial feedback loop in institutional influence, showing how it is possible that publishing's corporate structures manifest in contemporary fiction. Ultimately, this project offers an account of the ways that commerce shapes culture.

Literary Agents and American Literature rewrites 20th- and 21st- Century American literary history around the field's most central and overlooked figure: the literary agent. As intermediaries between author and publisher, agents manage both the artistic and the corporate development of the book. Their negotiation between the domain of literary value and the commercial imperatives of publishers is at the heart of contemporary literary production. Weaving together historical case studies, ethnographic interviews with literary agents, and large-scale data analysis, Literary Agents and American Literature shows how agents have shaped the literary field. By examining the strategies by which agents condition authors to write in and for conglomerates, I trace a crucial feedback loop in institutional influence, showing how it is possible that publishing's corporate structures manifest in contemporary fiction. Ultimately, this project offers an account of the ways that commerce shapes culture.

Yes

This research explores how literary agents shape the literary field by managing artistic and corporate development, highlighting the influence of commerce on culture.

Yes. This research explores how literary agents shape the literary field by managing artistic and corporate development, highlighting the influence of commerce on culture. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.High school English is an essential, overlooked topic in American literary and cultural history. From the WW2-era, it has been the forum for a national, intergenerational discussion, shaped by conceptions of the role of literature in a democracy, about a shared set of texts; an overarching theme has been "The American Way of Life" – individualism, freedom, equality, the American Dream. The analysis of sources such as lesson plans, classroom editions, and student writing reveals how books such as Julius Caesar, The Adventures of Huckleberry Finn, and The Great Gatsby have been part of the preparation for American citizenship, even as, along with teachers' approaches and students' frames of reference, their meaning has changed for different generations. Americans today are still participating in, as well as challenging, this cultural tradition. Exploring U.S. history through the prism of the canon, this book will address academic specialists, educators and general-interest readers.

High school English is an essential, overlooked topic in American literary and cultural history. From the WW2-era, it has been the forum for a national, intergenerational discussion, shaped by conceptions of the role of literature in a democracy, about a shared set of texts; an overarching theme has been "The American Way of Life" – individualism, freedom, equality, the American Dream. The analysis of sources such as lesson plans, classroom editions, and student writing reveals how books such as Julius Caesar, The Adventures of Huckleberry Finn, and The Great Gatsby have been part of the preparation for American citizenship, even as, along with teachers' approaches and students' frames of reference, their meaning has changed for different generations. Americans today are still participating in, as well as challenging, this cultural tradition. Exploring U.S. history through the prism of the canon, this book will address academic specialists, educators and general-interest readers.

No

This description does not directly relate to DEI as it focuses on the historical and cultural aspects of high school English education in the United States.

No. This description does not directly relate to DEI as it focuses on the historical and cultural aspects of high school English education in the United States.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.I propose to write a new history of the civil rights movement focused on the Highlander Folk School and on the relationship between education and social change. A small racially-integrated institution in the hills of Tennessee, Highlander was founded in 1932. In the 1950s and 1960s, Highlander hosted hundreds of civil rights activists, including Rosa Parks, Ella Baker, John Lewis, and Martin Luther King. At the core of my research are one hundred hours of audio recordings made of civil rights meetings at Highlander that have been largely overlooked by scholars and that offer a unique opportunity to listen in as civil rights activists debate goals and tactics, use role-play to practice nonviolent protest strategies, and learn from each other and from a range of guest speakers from across the country and abroad. By examining the history of Highlander, I will contribute to the scholarship on civil rights struggles and on the role of education within social movements.

I propose to write a new history of the civil rights movement focused on the Highlander Folk School and on the relationship between education and social change. A small racially-integrated institution in the hills of Tennessee, Highlander was founded in 1932. In the 1950s and 1960s, Highlander hosted hundreds of civil rights activists, including Rosa Parks, Ella Baker, John Lewis, and Martin Luther King. At the core of my research are one hundred hours of audio recordings made of civil rights meetings at Highlander, audio recordings that have been largely overlooked by scholars and that offer a unique opportunity to listen in as civil rights activists debate goals and tactics, use role-play to practice nonviolent protest strategies, and learn from each other and from a range of guest speakers from across the country and abroad. By examining the history of Highlander, I will contribute to the scholarship on civil rights struggles and on the role of education within social movements.

Yes

Researching the history of a racially-integrated institution like Highlander and its role in the civil rights movement contributes to the understanding of DEI efforts.

Yes. Researching the history of a racially-integrated institution like Highlander and its role in the civil rights movement contributes to the understanding of DEI efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The proposed grant will result in a monograph on Quechua speakers' participation in the colonial emergence of a literary tradition in their native language. The book builds on the case of the Huarochiri Manuscript, the only colonial text about Andean people and culture written in Quechua, critically reexamining the roles native speakers played in the writing and translation of a diverse body of texts—from idiosyncratic manuscripts to the printed grammars and vocabularies that circulated widely in the colonial Andes, and from scholarship on Andean peoples to literary works by native speakers. The book contributes a critical perspective on indigenous agency in the emergence of Latin American literary traditions, foregrounding erasure and fragmentation as well as continuities that have been obscured by European language ideologies. Finally, it offers a model case study for researchers interested in the history of the book, environmental history, and colonial studies.

| The proposed grant will result in a monograph on Quechua speakers' participation in the colonial emergence of a literary tradition in their native language. The book builds on the case of the Huarochiri Manuscript, the only colonial text about Andean people and culture written in Quechua, critically reexamining the roles native speakers played in the writing and translation of a diverse body of texts—from idiosyncratic manuscripts to the printed grammars and vocabularies that circulated widely in the colonial Andes, and from scholarship on Andean peoples to literary works by native speakers. The book contributes a critical perspective on indigenous agency in the emergence of Latin American literary traditions, foregrounding erasure and fragmentation as well as continuities that have been obscured by European language ideologies. Finally, it offers a model case study for researchers interested in the history of the book, environmental history, and colonial studies. | Yes | The proposed grant explores the participation of Quechua speakers in the colonial emergence of a literary tradition, highlighting indigenous agency and the erasure of native languages. | Yes. The proposed grant explores the participation of Quechua speakers in the colonial emergence of a literary tradition, highlighting indigenous agency and the erasure of native languages. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The proposed monograph, <em>Avicenna on Intellect</em>, is a comprehensive treatment of the 11th century Muslim philosopher's theory of both the human intellect and the Active Intellect (the separate, eternal intellect responsible for human understanding). It proposes a novel interpretation, resolving a contemporary scholarly debate between emanationists and abstractionists regarding the acquisition of universal intelligibles (i.e., concepts) in human beings. On this unique reading, the Active Intellect emanates forms (understood alternatively as intelligibility) and the relevant causal powers of those forms, including the intellectual capacity for abstracting intelligibles from sense experience. The book thus provides a systematic and unified account of Avicenna's intellect theory integrated with his broader metaphysics. Finally, it draws attention to the philosophical arguments and historical context of Avicenna's view, including its ancient and Islamic precedents as well as later critiques.

| The proposed monograph, <em>Avicenna on Intellect</em>, is a comprehensive treatment of the 11th century Muslim philosopher's theory of both the human intellect and the Active Intellect (the separate, eternal intellect responsible for human understanding). It proposes a novel interpretation, resolving a contemporary scholarly debate between emanationists and abstractionists regarding the acquisition of universal intelligibles (i.e., concepts) in human beings. On this unique reading, the Active Intellect emanates forms (understood alternatively as intelligibility) and the relevant causal powers of those forms, including the intellectual capacity for abstracting intelligibles from sense experience. The book thus provides a systematic and unified account of Avicenna's intellect theory integrated with his broader metaphysics. Finally, it draws attention to the philosophical arguments and historical context of Avicenna's view, including its ancient and Islamic precedents as well as later critiques. | No | This monograph focuses on Avicenna's philosophy and intellectual theories but does not directly relate to diversity, equity, and inclusion (DEI). | No. This monograph focuses on Avicenna's philosophy and intellectual theories but does not directly relate to diversity, equity, and inclusion (DEI). |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In the summer of 1910, white gangs waged war against Black landowners in the Sandy Beulah settlement of east-central Texas. "We won't find some of the bodies," lamented the county sheriff, "until the buzzards reveal their location." Seven months later, Margaret Wilson took the witness stand and in open court pointed to the white men who murdered her family. Her testimony convinced the judge to deny the defendants bail. In this far corner of the Jim Crow South, it appeared that men who killed in the name of white supremacy might be held to account. Combining the elements of a true crime story, a courtroom drama, and a social history, the project reconstructs the history and fate of the people of Sandy Beulah. They dared to prosper, suffered for their ambition, and were forced into exile. But they were not silenced. Although the courts failed to deliver justice, the resolve of people such as Margaret Wilson teach us that it is never too late to bear witness to the crimes of the past.

| In the summer of 1910, white gangs waged war against Black landowners in the Sandy Beulah settlement of east-central Texas. "We won't find some of the bodies," lamented the county sheriff, "until the buzzards reveal their location." Seven months later, Margaret Wilson took the witness stand and in open court pointed to the white men who murdered her family. Her testimony convinced the judge to deny the defendants bail. In this far corner of the Jim Crow South, it appeared that men who killed in the name of white supremacy might be held to account. Combining the elements of a true crime story, a courtroom drama, and a social history, the project reconstructs the history and fate of the people of Sandy Beulah. They dared to prosper, suffered for their ambition, and were forced into exile. But they were not silenced. Although the courts failed to deliver justice, the resolve of people such as Margaret Wilson teach us that it is never too late to bear witness to the crimes of the past. | No | This description does not relate to DEI as it focuses on a historical event and the pursuit of justice rather than issues of diversity, equity, and inclusion. | No. This description does not relate to DEI as it focuses on a historical event and the pursuit of justice rather than issues of diversity, equity, and inclusion. |

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My book project tracks the expansion of IBM in Brazil from its entrance into the country in 1917, through its contribution to Brazil's U.S.-backed military regime in 1964, to its ouster from and reentry to Brazilian markets in the 1970s and 1980s. It argues that IBM's ability to grow its operations across South America prior to modern computing is due to three under-explored sources: its embrace of the United States' imperial relationship to Latin America, its close collaboration with Brazil's twentieth-century authoritarian regimes, and its strategic location developing the data infrastructure in Brazil and across the Americas for a liberalized trade order. Learning from this history opens new avenues for humanities research into democratic forms of global media governance. Based on research in 21 archival repositories in the U.S. and Brazil, my monograph is the first book-length study of a multinational IT monopoly and its relationship to U.S. empire in the global South. | My book project tracks the expansion of IBM in Brazil from its entrance into the country in 1917, through its contribution to Brazil's U.S.-backed military regime in 1964, to its ouster from and reentry to Brazilian markets in the 1970s and 1980s. It argues that IBM's ability to grow its operations across South America prior to modern computing is due to three under-explored sources: its embrace of the United States' imperial relationship to Latin America, its close collaboration with Brazil's twentieth-century authoritarian regimes, and its strategic location developing the data infrastructure in Brazil and across the Americas for a liberalized trade order. Learning from this history opens new avenues for humanities research into democratic forms of global media governance. Based on research in 21 archival repositories in the U.S. and Brazil, my monograph is the first book-length study of a multinational IT monopoly and its relationship to U.S. empire in the global South. | Yes  The book project explores IBM's expansion in Brazil, its collaboration with authoritarian regimes, and its role in developing data infrastructure, highlighting historical aspects of DEI. | Yes. The book project explores IBM's expansion in Brazil, its collaboration with authoritarian regimes, and its role in developing data infrastructure, highlighting historical aspects of DEI. |
| My book project, "Dubiously Donne: Attribution and Literary Reputation in Early Modern England," explores early attitudes toward authorial identification through analyzing poetry and prose mis-attributed to writers such as John Donne in seventeenth-century handwritten manuscripts. I have uncovered hundreds of mis-attributed texts (or "dubia"), once-popular works that can be complex, lyrical, even scandalous. Studying dubia illuminates early modern notions of authorship, literary canon formation, literary reputations, and reader interests–topics of interest to those studying early modern British literature, politics, religion, or culture. This book aims to locate dubia on the scholarly map, making many texts buried in local record offices and small libraries available to the public for the first time. It demonstrates how investigating dubia enhances our understanding of early modern–and perhaps modern–artistic creation, reception, and authorial "ownership." | My book project, "Dubiously Donne: Attribution and Literary Reputation in Early Modern England," explores early attitudes toward authorial identification through analyzing poetry and prose mis-attributed to writers such as John Donne in seventeenth-century handwritten manuscripts. I have uncovered hundreds of mis-attributed texts (or "dubia"), once-popular works that can be complex, lyrical, even scandalous. Studying dubia illuminates early modern notions of authorship, literary canon formation, literary reputations, and reader interests–topics of interest to those studying early modern British literature, politics, religion, or culture. This book aims to locate dubia on the scholarly map, making many texts buried in local record offices and small libraries available to the public for the first time. It demonstrates how investigating dubia enhances our understanding of early modern–and perhaps modern–artistic creation, reception, and authorial "ownership." | No  The literary attribution study focuses on early modern authorship without a DEI focus. | No. The literary attribution study focuses on early modern authorship without a DEI focus. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Searching the Internet for "19th-century art market" returns results (text and image) featuring European paintings and sculptures sold by men. Generally absent from the accepted story of the 19th-century European art market is the trade in works from the Far East—notably Japan and China—many sold by women and Japanese and Chinese nationals. Florine Langweil and the Rise of the East Asian Art Market (1852-1945) adds a new dimension to understanding of this market by telling the forgotten story of Florine Langweil, one of the most important dealers in East Asian art. Her social ascension from working-class Alsatian transplant to Parisian notable and international advocate for public museums provides fresh insights into this international market and the opportunities it offered women and immigrants. This first book to trace Langweil's important contributions to the international art market raises questions about power, prestige, and public institutions central to the humanities. | Searching the Internet for "19th-century art market" returns results (text and image) featuring European paintings and sculptures sold by men. Generally absent from the accepted story of the 19th-century European art market is the trade in works from the Far East—notably Japan and China—many sold by women and Japanese and Chinese nationals. Florine Langweil and the Rise of the East Asian Art Market (1852-1945) adds a new dimension to understanding of this market by telling the forgotten story of Florine Langweil, one of the most important dealers in East Asian art. Her social ascension from working-class Alsatian transplant to Parisian notable and international advocate for public museums provides fresh insights into this international market and the opportunities it offered women and immigrants. This first book to trace Langweil's important contributions to the international art market raises questions about power, prestige, and public institutions central to the humanities. | Yes  This book uncovers forgotten stories of women and immigrants in the 19th-century art market, questioning power dynamics and DEI in the humanities. | Yes. This book uncovers forgotten stories of women and immigrants in the 19th-century art market, questioning power dynamics and DEI in the humanities. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My project is completion of a book on Immanuel Kant's philosophy of human experience and its relation to mathematics.  Human experience has a fundamentally mathematical character to it, reflected in the everyday experience of a number of eggs and an amount of ground coffee and whether an orange will fit into a square lunch box.  Yet contemporary philosophy of mathematics divorces mathematics from human experience in the following sense: mathematics is given a pure and abstract foundation in logic and set theory, and the application of mathematics to experience is treated as a further, separate activity.  Immanuel Kant had a radically different way of thinking about mathematics, according to which mathematics is grounded in human experience itself; that is, it is grounded in the form of our experience of eggs, coffee, and all else.  My book recovers this very different view of mathematics to challenge current assumptions about mathematics and its relation to our human experience. | My project is completion of a book on Immanuel Kant's philosophy of human experience and its relation to mathematics.  Human experience has a fundamentally mathematical character to it, reflected in the everyday experience of a number of eggs and an amount of ground coffee and whether an orange will fit into a square lunch box.  Yet contemporary philosophy of mathematics divorces mathematics from human experience in the following sense: mathematics is given a pure and abstract foundation in logic and set theory, and the application of mathematics to experience is treated as a further, separate activity.  Immanuel Kant had a radically different way of thinking about mathematics, according to which mathematics is grounded in human experience itself; that is, it is grounded in the form of our experience of eggs, coffee, and all else.  My book recovers this very different view of mathematics to challenge current assumptions about mathematics and its relation to our human experience. | No  This project does not directly relate to DEI as it focuses on the philosophy of human experience and mathematics rather than issues of diversity, equity, and inclusion. | No. This project does not directly relate to DEI as it focuses on the philosophy of human experience and mathematics rather than issues of diversity, equity, and inclusion. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In <em>Mediating Memory</em>, I contend that modernist writer Federico García Lorca's ghostly presence haunts contemporary Spanish politics and society and trace it back to a pivotal moment in the country's history: its transition to democracy (broadly understood as 1975–1992). Reading Lorca as a symptom of underlying socio-political tensions during the transition, I work with a range of cultural materials to elucidate what I argue are the unacknowledged memorial dynamics inherent in the polemics surrounding Lorca and his work at that time, and therefore the way the legacies of the transitional period continue to haunt contemporary Spain today and evince the dictatorship's long shadow. This book project also contends that our understanding of Federico García Lorca, both in Spain and internationally, was in many ways forged in the fires of transitional memorial politics and is thus fraught with transitional legacies that still mediate popular and scholarly approaches to Lorca.

In <em>Mediating Memory</em>, I contend that modernist writer Federico García Lorca's ghostly presence haunts contemporary Spanish politics and society and trace it back to a pivotal moment in the country's history: its transition to democracy (broadly understood as 1975–1992). Reading Lorca as a symptom of underlying socio-political tensions during the transition, I work with a range of cultural materials to elucidate what I argue are the unacknowledged memorial dynamics inherent in the polemics surrounding Lorca and his work at that time, and therefore the way the legacies of the transitional period continue to haunt contemporary Spain today and evince the dictatorship's long shadow. This book project also contends that our understanding of Federico García Lorca, both in Spain and internationally, was in many ways forged in the fires of transitional memorial politics and is thus fraught with transitional legacies that still mediate popular and scholarly approaches to Lorca.

No    The provided description does not explicitly relate to DEI topics.

No. The provided description does not explicitly relate to DEI (Diversity, Equity, and Inclusion) topics.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My proposal is for a book on a network of intentional communities for intellectually disabled children and adults called Camphill. It was founded by doctors who fled Nazi Austria for Scotland, and it soon grew into an international movement due in part to the way its founders subverted norms in disability care: they integrated disabled people into their own family households and stressed communal learning, work, and social life. This approach, while popular with parents of disabled people, was suspect among mainstream medical professionals and state overseers. Conflict ensued, with disabled people caught in the middle. Based on oral history interviews and extensive archival research, I reconstruct the movement's history and its entanglements with some of the twentieth century's defining events and cultural currents, including the Holocaust, mass migrations, the emergence of the counterculture, sectarian rifts in medicine, and the growth of the disabled people's movement.

My proposal is for a book on a network of intentional communities for intellectually disabled children and adults called Camphill. It was founded by doctors who fled Nazi Austria for Scotland, and it soon grew into an international movement due in part to the way its founders subverted norms in disability care: they integrated disabled people into their own family households and stressed communal learning, work, and social life. This approach, while popular with parents of disabled people, was suspect among mainstream medical professionals and state overseers. Conflict ensued, with disabled people caught in the middle. Based on oral history interviews and extensive archival research, I reconstruct the movement's history and its entanglements with some of the twentieth century's defining events and cultural currents, including the Holocaust, mass migrations, the emergence of the counterculture, sectarian rifts in medicine, and the growth of the disabled people's movement.

No    This proposal discusses the history and development of intentional communities for intellectually disabled individuals, but it does not directly relate to DEI.

No. This proposal discusses the history and development of intentional communities for intellectually disabled individuals, but it does not directly relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This monograph foregrounds a poetics of non-identity at the intersection of Iranian and global modernism (1922-1979). Beginning with modern Persian poetry in the 1920s, I trace the transformation of "standard" poetic language through its translational dialogues with global modernist poetry and the rediscovery of a seventeenth-century style of poetry from the Persianate Mughal courts of India. At a time when the state advocated a racially motivated fiction of linguistic purity to consolidate an Iranian (Aryan) identity, this deviation from the poetic norms challenged the hegemony of Persian as a national language. It also produced a transnational network between Iranian poets and internationalist poets such as Langston Hughes. Drawing on archival research in Iran and France, I then argue that this critique of identity transformed the language of Iranian cinema primarily through the works of the poet-filmmakers Férydoun Rahnéma and Forugh Farrokhzad in the 1960s.

This monograph foregrounds a poetics of non-identity at the intersection of Iranian and global modernism (1922-1979). Beginning with modern Persian poetry in the 1920s, I trace the transformation of "standard" poetic language through its translational dialogues with global modernist poetry and the rediscovery of a seventeenth-century style of poetry from the Persianate Mughal courts of India. At a time when the state advocated a racially motivated fiction of linguistic purity to consolidate an Iranian (Aryan) identity, this deviation from the poetic norms challenged the hegemony of Persian as a national language. It also produced a transnational network between Iranian poets and internationalist poets such as Langston Hughes. Drawing on archival research in Iran and France, I then argue that this critique of identity transformed the language of Iranian cinema primarily through the works of the poet-filmmakers Férydoun Rahnéma and Forugh Farrokhzad in the 1960s.

Yes    This monograph explores the intersection of Iranian and global modernism, challenging the notion of linguistic purity and advocating for a poetics of non-identity.

Yes. This monograph explores the intersection of Iranian and global modernism, challenging the notion of linguistic purity and advocating for a poetics of non-identity.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book is an architectural and social history that tells the story of Spanish and Mexican settlers and spaces in Texas. It traces the family networks, placemaking practices, and built environment of Tejano habitation, challenging the pervasive Anglo-centric interpretation of Texas as a no-man's land civilized by American industry. The book offers an alternative perspective that foregrounds the agency of Tejanos, whose architectural knowledge and social practices created the built environment of a mature culture prior to American annexation, and situates Tejano-mestizo spaces within a cultural landscape that evolved over centuries. By introducing overlooked typologies of frontier architecture and locating them in a richly detailed history, the book recuperates a distinctive material and social culture and contributes to a more nuanced understanding of settler colonialism in the borderlands, re-framing this cultural landscape as a neglected part of American history.

This book is an architectural and social history that tells the story of Spanish and Mexican settlers and spaces in Texas. It traces the family networks, placemaking practices, and built environment of Tejano habitation, challenging the pervasive Anglo-centric interpretation of Texas as a no-man's land civilized by American industry. The book offers an alternative perspective that foregrounds the agency of Tejanos, whose architectural knowledge and social practices created the built environment of a mature culture prior to American annexation, and situates Tejano-mestizo spaces within a cultural landscape that evolved over centuries. By introducing overlooked typologies of frontier architecture and locating them in a richly detailed history, the book recuperates a distinctive material and social culture and contributes to a more nuanced understanding of settler colonialism in the borderlands, re-framing this cultural landscape as a neglected part of American history.

No   This book focuses on architectural and social history rather than diversity, equity, and inclusion (DEI) topics.

No. This book focuses on architectural and social history rather than diversity, equity, and inclusion (DEI) topics.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book project offers a new perspective on the relationships between sexuality and religion in the context of seventeenth-century English devotional poetry. Drawing on recent work in queer and asexuality studies as well as philosophical writings on the phenomenology of touch, it argues that both Catholic and Protestant poets in seventeenth-century England used images and tropes from the popular late medieval genre of "blood piety" – which imagines touching, kissing, entering, and experiencing ecstatic union with Christ's wounds – to develop a devotional erotics that is highly embodied but not reducible to sexual desire or experience. Examining new archival evidence and overlooked connections between Robert Southwell, William Alabaster, John Donne, Richard Crashaw, George Herbert, and Aemilia Lanyer, The Erotics of Blood Piety revises critical assumptions about the differences between Catholic and Protestant poetics and provides a new theoretical approach to the erotics of devotion.

This book project offers a new perspective on the relationships between sexuality and religion in the context of seventeenth-century English devotional poetry. Drawing on recent work in queer and asexuality studies as well as philosophical writings on the phenomenology of touch, it argues that both Catholic and Protestant poets in seventeenth-century England used images and tropes from the popular late medieval genre of "blood piety" – which imagines touching, kissing, entering, and experiencing ecstatic union with Christ's wounds – to develop a devotional erotics that is highly embodied but not reducible to sexual desire or experience. Examining new archival evidence and overlooked connections between Robert Southwell, William Alabaster, John Donne, Richard Crashaw, George Herbert, and Aemilia Lanyer, The Erotics of Blood Piety revises critical assumptions about the differences between Catholic and Protestant poetics and provides a new theoretical approach to the erotics of devotion.

No   This book project explores the relationship between sexuality and religion in seventeenth-century English devotional poetry. It does not directly relate to DEI.

No. This book project explores the relationship between sexuality and religion in seventeenth-century English devotional poetry. It does not directly relate to DEI.

My fellowship project investigates new collections of Vodou songs and prayers in Haitian Kreyòl in a book titled "The Songs and Prayers of Sèvis Ginen: Historical and Linguistic Approaches to Haitian Vodou," and publishes the sources in English translation at the Digital Library of the Caribbean. After uploading the translated texts from Beauvoir's (2008a) "The Great Sacred Collection, or, Repertoire of Haitian Vodou Songs" and his (2008b) "African Prayers," my book project employs historical and linguistic approaches that reveal a three-part layering in the texts' lexicon and grammar. These linguistic layers that derive from pre-colonial Africa, colonial Saint-Domingue, and post-colonial Haiti provide evidence for my book's argument that Vodou's corpora are the Kreyòl language's most significant historical and linguistic archive since they span a millennium and serve as a foundation for developing a Kreyòl-based interpretation of transatlantic history.

My fellowship project investigates new collections of Vodou songs and prayers in Haitian Kreyòl in a book titled "The Songs and Prayers of Sèvis Ginen: Historical and Linguistic Approaches to Haitian Vodou," and publishes the sources in English translation at the Digital Library of the Caribbean. After uploading the translated texts from Beauvoir's (2008a) "The Great Sacred Collection, or, Repertoire of Haitian Vodou Songs" and his (2008b) "African Prayers," my book project employs historical and linguistic approaches that reveal a three-part layering in the texts' lexicon and grammar. These linguistic layers that derive from pre-colonial Africa, colonial Saint-Domingue, and post-colonial Haiti provide evidence for my book's argument that Vodou's corpora are the Kreyòl language's most significant historical and linguistic archive since they span a millennium and serve as a foundation for developing a Kreyòl-based interpretation of transatlantic history.

Yes   Research on Haitian Vodou songs preserves and elevates an underrepresented linguistic and cultural heritage.

Yes. Research on Haitian Vodou songs preserves and elevates an underrepresented linguistic and cultural heritage.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This selected edition will make available in English the poetry, memoirs, chronicles, political essays, legislative drafts, and correspondence written in French by a remarkably resilient person of color, the son of a Black woman born in slavery. Witnessing the era of abolition and European expansionism, Urbain lived on four continents, documenting and advocating for marginalized peoples—particularly indigenous Algerians, Levantine women and Jews—while negotiating his fractured and shifting identity: he could pass for White but always identified as Black, claiming the right to be both Christian and Muslim. Utopian, youthful, lyrical, antiracist, and starkly frank about race and sexuality, his poems and writings foreshadow the self-analytical and emancipive poetics of Arthur Rimbaud and Aimé Césaire—the latter a Caribbean pioneer of Négritude.

This selected edition will make available in English the poetry, memoirs, chronicles, political essays, legislative drafts, and correspondence written in French by a remarkably resilient person of color, the son of a Black woman born in slavery. Witnessing the era of abolition and European expansionism, Urbain lived on four continents, documenting and advocating for marginalized peoples—particularly indigenous Algerians, Levantine women and Jews—while negotiating his fractured and shifting identity: he could pass for White but always identified as Black, claiming the right to be both Christian and Muslim. Utopian, youthful, lyrical, antiracist, and starkly frank about race and sexuality, his poems and writings foreshadow the self-analytical and emancipive poetics of Arthur Rimbaud and Aimé Césaire—the latter a Caribbean pioneer of Négritude.

No   This description does not directly relate to DEI as it focuses on a historical figure's life and work, rather than addressing specific issues of diversity, equity, and inclusion.

No. This description does not directly relate to DEI as it focuses on a historical figure's life and work, rather than addressing specific issues of diversity, equity, and inclusion.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Veins of Gold studies the town of El Callao in the Venezuelan Amazon to answer the question: how does the process of mineral resource exploitation shape nation-formation? Though the mines of El Callao would become the world's leading gold producer in the 1880s, little is known about this small place that mattered so much during the global gold rush. The project follows the story of this boom town from the discovery of gold in 1849 to the failure of the central mine in the early 1900s. It explores how different stakeholders—Corsican mine owners, British bankers, U.S. engineers, West Indian workers, and Carib guides—navigated the most profitable gold rush of the late nineteenth century. Veins of Gold argues that the labor and land relations at El Callao solidified a relationship between exploitable racial "others" and exploitable ecologies that undergirded the profits of the gold rush and continues to inform the shape of the Venezuelan nation-state and extraction in the Amazon today.

| | | | |
|---|---|---|---|
| Veins of Gold studies the town of El Callao in the Venezuelan Amazon to answer the question: how does the process of mineral resource exploitation shape nation-formation? Though the mines of El Callao would become the world's leading gold producer in the 1880s, little is known about this small place that mattered so much during the global gold rush. The project follows the story of this boom town from the discovery of gold in 1849 to the failure of the central mine in the early 1900s. It explores how different stakeholders—Corsican mine owners, British bankers, U.S. engineers, West Indian workers, and Carib guides—navigated the most profitable gold rush of the late nineteenth century. Veins of Gold argues that the labor and land relations at El Callao solidified a relationship between exploitable racial "others" and exploitable ecologies that undergirded the profits of the gold rush and continues to inform the shape of the Venezuelan nation-state and extraction in the Amazon today. | Yes | Veins of Gold examines the impact of mineral resource exploitation on nation-formation, labor relations, and racial dynamics, which are key aspects of DEI. | Yes. Veins of Gold examines the impact of mineral resource exploitation on nation-formation, labor relations, and racial dynamics, which are key aspects of DEI. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This new biography of Brontë, the first major one in over twenty years, will be grounded in an investigation of Brontë's MSS and personal effects, a surprisingly understudied collection. This is especially true of her tiny poetry manuscripts; no other scholar has fully explored these works with and on paper, their visual and textual qualities. Other Brontë material leftovers mostly ignored by scholars—desks, pens, books, etc.—open Brontë's sensory world, the felt textures of her hours. Her creative process, her performative approach to her craft, and her confidence in her strange art emerge from these artifacts. Brontë's identification with outsiders and rebels appears in her fiction, and will shape this biography, especially her historical intersection with LGBTQ history, race, slavery, and early environmental concerns. Wayward, errant, at odds with the given, Brontë deserves a retelling of her life that elaborates, augments, and fully reveals her place in the archive, in history.

| | | | |
|---|---|---|---|
| This new biography of Brontë, the first major one in over twenty years, will be grounded in an investigation of Brontë's MSS and personal effects, a surprisingly understudied collection. This is especially true of her tiny poetry manuscripts; no other scholar has fully explored these works with and on paper, their visual and textual qualities. Other Brontë material leftovers mostly ignored by scholars—desks, pens, books, etc.—open Brontë's sensory world, the felt textures of her hours. Her creative process, her performative approach to her craft, and her confidence in her strange art emerge from these artifacts. Brontë's identification with outsiders and rebels appears in her fiction, and will shape this biography, especially her historical intersection with LGBTQ history, race, slavery, and early environmental concerns. Wayward, errant, at odds with the given, Brontë deserves a retelling of her life that elaborates, augments, and fully reveals her place in the archive, in history. | No | This description focuses on the research, creative process, and personal effects of BrontÃ« and does not specifically mention DEI topics. | No. This description focuses on the research, creative process, and personal effects of BrontÃ« and does not specifically mention DEI topics. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Dutch East India Company was one of the wealthiest and most powerful corporations of history. It's been called the "first great modern corporation" and the "flagman of the modern economy." My project is to write an accessible, scholarly history of the company that shows how it became dominant throughout maritime Asia not just because of its unprecedented structure, its links to the first capitalistic economy (the Netherlands), and its powerful military capabilities, but also – and most importantly – because it inserted itself into a long-standing set of Asian and Luso-Asian trading networks. Drawing on new perspectives in global history, Asian history, and the history of imperialism, it focuses on the company's competition and cooperation with Asian organizations such as the Japanese shogunate, the Zheng family empire of China, the maritime state of Makassar, and the Sultanate of Banten, among others. I would write a complete rough draft during the grant year. Knopf will publish.

| | | | |
|---|---|---|---|
| The Dutch East India Company was one of the wealthiest and most powerful corporations of history. It's been called the "first great modern corporation" and the "flagman of the modern economy." My project is to write an accessible, scholarly history of the company that shows how it became dominant throughout maritime Asia not just because of its unprecedented structure, its links to the first capitalistic economy (the Netherlands), and its powerful military capabilities, but also – and most importantly – because it inserted itself into a long-standing set of Asian and Luso-Asian trading networks. Drawing on new perspectives in global history, Asian history, and the history of imperialism, it focuses on the company's competition and cooperation with Asian organizations such as the Japanese shogunate, the Zheng family empire of China, the maritime state of Makassar, and the Sultanate of Banten, among others. I would write a complete rough draft during the grant year. Knopf will publish. | No | The description provided does not relate to DEI. It is focused on the history of the Dutch East India Company and its interactions with Asian organizations. | No. The description provided does not relate to DEI (Diversity, Equity, and Inclusion). It is focused on the history of the Dutch East India Company and its interactions with Asian organizations. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In interwar Germany, photographically illustrated magazines informed and entertained much as television and the internet do today and were equally popular. Millions of copies circulated each week. Yet surprisingly, there exists no complete account of one of the most influential titles that was also a key space of misinformation and disinformation: the <em>Illustrierter Beobachter</em> (<em>Illustrated Observer)</em>, the official illustrated magazine of the National Socialist German Workers' Party. This project offers a much-needed corrective. In a manner that sheds light on strategies of contemporary media disinformation, this study shows how this enormously consequential tabloid paradoxically copied the cosmopolitan and modernist-inspired visual style of politically mainstream titles to advance anti-modern, anti-Enlightenment, and anti-democratic ideas.

In interwar Germany, photographically illustrated magazines informed and entertained much as television and the internet do today and were equally popular. Millions of copies circulated each week. Yet surprisingly, there exists no complete account of one of the most influential titles that was also a key space of misinformation and disinformation: the <em>Illustrierter Beobachter</em> (<em>Illustrated Observer)</em>, the official illustrated magazine of the National Socialist German Workers' Party. This project offers a much-needed corrective. In a manner that sheds light on strategies of contemporary media disinformation, this study shows how this enormously consequential tabloid paradoxically copied the cosmopolitan and modernist-inspired visual style of politically mainstream titles to advance anti-modern, anti-Enlightenment, and anti-democratic ideas.

No

This description does not directly relate to DEI. It focuses on a study of a German magazine's visual style and its promotion of anti-modern, anti-Enlightenment, and anti-democratic ideas.

No. This description does not directly relate to DEI. It focuses on a study of a German magazine's visual style and its promotion of anti-modern, anti-Enlightenment, and anti-democratic ideas.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project establishes the cross-cultural significance of narratives depicting exchanges between lay people and judges in the Babylonian Talmud, the foundation of Jewish law (6th c. CE). Adjudication narratives, ubiquitous in the Talmud, typically comprise only case details and the verdict. However, some interactions between petitioner and judge brim with drama, evoking the human stakes of court cases. The purpose of these details and their impact on the law is yet unexamined. Reading the stories both from literary critical, and comparative legal perspectives, foregrounds the creativity of lay people, and their subtle subversions of authority. The project has implications beyond Jewish studies. The roles of religious courts in the Roman and Persian empires are germane to studies of legal pluralism, classical studies, Christian history, and comparative religion. Exposing the dynamics between experts and lay people enriches the study of gender, narrative, and power in the humanities.

This project establishes the cross-cultural significance of narratives depicting exchanges between lay people and judges in the Babylonian Talmud, the foundation of Jewish law (6th c. CE). Adjudication narratives, ubiquitous in the Talmud, typically comprise only case details and the verdict. However, some interactions between petitioner and judge brim with drama, evoking the human stakes of court cases. The purpose of these details and their impact on the law is yet unexamined. Reading the stories both from literary critical, and comparative legal perspectives, foregrounds the creativity of lay people, and their subtle subversions of authority. The project has implications beyond Jewish studies. The roles of religious courts in the Roman and Persian empires are germane to studies of legal pluralism, classical studies, Christian history, and comparative religion. Exposing the dynamics between experts and lay people enriches the study of gender, narrative, and power in the humanities.

Yes

This project examines the dynamics between experts and lay people, highlighting gender, narrative, and power in the humanities. It has implications beyond Jewish studies.

Yes. This project examines the dynamics between experts and lay people, highlighting gender, narrative, and power in the humanities. It has implications beyond Jewish studies. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.<em>The Bean in the Machine</em> investigates the history of coffee culture across metropole, work site, and colony during the Fascist <em>ventennio </em>(1922–1945). To do so, I will use the novel framework of coffee to connect interwar histories that previously been explored independently. Analyzing the transnational economics of Brazilian coffee trade routes, the Futurist associations of espresso machine technology, and the colonial imagery of coffee advertising demonstrates how <em>caffès </em>emerged as key sites for promoting the Fascist imperial projects in East Africa—an architectural and artistic legacy that remains in place today. Ultimately, this trajectory broadens the way that we understand how food and farming became politicized during the Fascist period. By untangling the interwar trade of beans and bodies between Italy, Brazil, and East Africa, this project brings to light an untold story of caffeinated imperial aggression and resistance.

<em>The Bean in the Machine</em> investigates the history of coffee culture across metropole, work site, and colony during the Fascist <em>ventennio </em>(1922–1945). To do so, I will use the novel framework of coffee to connect interwar histories that previously been explored independently. Analyzing the transnational economics of Brazilian coffee trade routes, the Futurist associations of espresso machine technology, and the colonial imagery of coffee advertising demonstrates how <em>caffès </em>emerged as key sites for promoting the Fascist imperial projects in East Africa—an architectural and artistic legacy that remains in place today. Ultimately, this trajectory broadens the way that we understand how food and farming became politicized during the Fascist period. By untangling the interwar trade of beans and bodies between Italy, Brazil, and East Africa, this project brings to light an untold story of caffeinated imperial aggression and resistance.

No

This description does not directly relate to DEI. It focuses on the history of coffee culture during the Fascist period.

No. This description does not directly relate to DEI. It focuses on the history of coffee culture during the Fascist period.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book project examines the lives and activities of Japanese doctors in colonial Korea (1910-1945). Despite their centrality to Japan's imperial project as researchers, educators, and private practitioners, Japanese physicians have not received much attention from historians of Japan or Korea. My intervention is at once quantitative and qualitative. By creating a database of the entire population of Japanese doctors in Korea (1,194 in 1943) from six different directories, I provide an accurate prosopographical analysis. In turn, using historical documents on and by Japanese doctors, such as autobiographical accounts, medical periodicals, alumni magazines, and popular journals, I discuss Japanese doctors as transnational agents of empire-building. A multilingual project that requires analysis of primary sources in three languages including German, this book will contribute to scholarship on the co-constitutive development of medicine and colonialism in Asia.

This book project examines the lives and activities of Japanese doctors in colonial Korea (1910-1945). Despite their centrality to Japan's imperial project as researchers, educators, and private practitioners, Japanese physicians have not received much attention from historians of Japan or Korea. My intervention is at once quantitative and qualitative. By creating a database of the entire population of Japanese doctors in Korea (1,194 in 1943) from six different directories, I provide an accurate prosopographical analysis. In turn, using historical documents on and by Japanese doctors, such as autobiographical accounts, medical periodicals, alumni magazines, and popular journals, I discuss Japanese doctors as transnational agents of empire-building. A multilingual project that requires analysis of primary sources in three languages including German, this book will contribute to scholarship on the co-constitutive development of medicine and colonialism in Asia.

No

This book project does not relate to DEI as it focuses on the historical analysis of Japanese doctors in colonial Korea.

No. This book project does not relate to DEI as it focuses on the historical analysis of Japanese doctors in colonial Korea.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Larry Kramer was one of the most influential Americans of the last half-century—and yet there has never been a biography of him. My book, under contract to Crown, will chronicle Kramer's unparalleled life as an artist and activist, and is based, in part, on two years of interviews with Kramer before his death, in May 2020, at 84. Few, if any, American writers so completely changed the world we live in. Kramer was among the first to focus enraged, energizing attention on AIDS and the mortal threat it posed to the gay community and the world. As co-founder of Gay Men's Health Crisis, in 1982, and of ACT-UP, in 1987, he helped reshape health care and political activism, providing a model for community protest and engagement that irrevocably altered the way medical research works, on AIDS and other diseases, including Covid. Decades later, his activism continues to provide a model for liberation movements, including Black Lives Matter, here and abroad.

Larry Kramer was one of the most influential Americans of the last half-century—and yet there has never been a biography of him. My book, under contract to Crown, will chronicle Kramer's unparalleled life as an artist and activist, and is based, in part, on two years of interviews with Kramer before his death, in May 2020, at 84. Few, if any, American writers so completely changed the world we live in. Kramer was among the first to focus enraged, energizing attention on AIDS and the mortal threat it posed to the gay community and the world. As co-founder of Gay Men's Health Crisis, in 1982, and of ACT-UP, in 1987, he helped reshape health care and political activism, providing a model for community protest and engagement that irrevocably altered the way medical research works, on AIDS and other diseases, including Covid. Decades later, his activism continues to provide a model for liberation movements, including Black Lives Matter, here and abroad.

No

This description does not directly explain or relate to DEI or any specific initiatives related to DEI.

No. This description does not directly explain or relate to DEI (diversity, equity, and inclusion) or any specific initiatives related to DEI.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Children of the (White Collar) Klan draws on an oral history project about white supremacist families in the Southern United States, conducted between 2021 and 2023. This project documented the experiences of men and women, born between 1939 and 1977, whose parents were members of or sympathizers with the Ku Klux Klan and/or the Citizens' Council during and after Jim Crow. The book interrogates the segregationist movement's values and ideology, through the eyes of the children who came up, in different ways, through the movement. Aimed at general audiences, this book furnishes readers with unique access to stories that are rarely heard, outside of closed circles, and intends to spark new and needed conversations about the historical and cultural roots, transmission, and present complexion of racist ideologies and cultures in the United States.

Children of the (White Collar) Klan draws on an oral history project about white supremacist families in the Southern United States, conducted between 2021 and 2023. This project documented the experiences of men and women, born between 1939 and 1977, whose parents were members of or sympathizers with the Ku Klux Klan and/or the Citizens' Council during and after Jim Crow. The book interrogates the segregationist movement's values and ideology, through the eyes of the children who came up, in different ways, through the movement. Aimed at general audiences, this book furnishes readers with unique access to stories that are rarely heard, outside of closed circles, and intends to spark new and needed conversations about the historical and cultural roots, transmission, and present complexion of racist ideologies and cultures in the United States.

Yes

Children of the (White Collar) Klan explores the historical and cultural roots of racist ideologies and aims to spark conversations about racism.

Yes. Children of the (White Collar) Klan explores the historical and cultural roots of racist ideologies and aims to spark conversations about racism. #DEI

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.An expansive, rigorously documented, general interest historical book that explains the engineering, science, and import of NASA's long-running Voyager mission, which was launched in 1977 and continues to the present day. Voyager is the farthest mission of exploration in human history; this project will document its conception, construction, scientific and engineering challenges, and legacy. The book will also explore the idea of durability, so as to shed light on how complex, long-term projects are successfully executed.

An expansive, rigorously documented, general interest historical book that explains the engineering, science, and import of NASA's long-running Voyager mission, which was launched in 1977 and continues to the present day. Voyager is the farthest mission of exploration in human history; this project will document its conception, construction, scientific and engineering challenges, and legacy. The book will also explore the idea of durability, so as to shed light on how complex, long-term projects are successfully executed.

No

This description does not relate to DEI as it does not discuss diversity, equity, or inclusion in any way.

No. This description does not relate to DEI as it does not discuss diversity, equity, or inclusion in any way.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My project is a critical biographical study of Black Power leader H. Rap Brown. A major figure in both the political and cultural revolutions of the late 1960s, he has been completely neglected in current scholarship. His significance lies as much in his later work, after he converted to Islam, changed his name to Jamil Al-Amin, and became one of the US's most important Muslim leaders. The proposed book will explore currents of race, radicalization, and religion. Brown/Al-Amin's life is situated in the context of mobilizations of the most marginalized to bring about social change and the violence often accompanying such efforts.

My project is a critical biographical study of Black Power leader H. Rap Brown. A major figure in both the political and cultural revolutions of the late 1960s, he has been completely neglected in current scholarship. His significance lies as much in his later work, after he converted to Islam, changed his name to Jamil Al-Amin, and became one of the US's most important Muslim leaders. The proposed book will explore currents of race, radicalization, and religion. Brown/Al-Amin's life is situated in the context of mobilizations of the most marginalized to bring about social change and the violence often accompanying such efforts.

No — This project examines the life of H. Rap Brown and explores themes of race, radicalization, and religion, but it does not specifically relate to DEI.

No. This project examines the life of H. Rap Brown and explores themes of race, radicalization, and religion, but it does not specifically relate to DEI.

This book unfolds the long and tangled love affair between American women and Paris, from the late nineteenth century to the 1960s—a period of radical change in the political and social status of women in the US and France. Beginning with the aspiring artists who flocked to Parisian academies in the 1890s, the story moves through World War I and Edith Wharton's reports from the front lines, into the myth-saturated 1920s, when Josephine Baker stormed the cabaret stage and sang of her "deux amours" for her home and Paris, capturing the conflicted emotions of expatriate American women. In the wake of another war, the 1950s saw a resurgent transatlantic exchange of ideas and culture, a new wave that built to the youth-led revolts of May 1968. Throughout the book, famous names take their place among a riotous and racially diverse assembly of lesser-known artists and adventurers, who daringly asserted their own identity against the twin pressures of patriarchy and patriotism.

This book unfolds the long and tangled love affair between American women and Paris, from the late nineteenth century to the 1960s—a period of radical change in the political and social status of women in the US and France. Beginning with the aspiring artists who flocked to Parisian academies in the 1890s, the story moves through World War I and Edith Wharton's reports from the front lines, into the myth-saturated 1920s, when Josephine Baker stormed the cabaret stage and sang of her "deux amours" for her home and Paris, capturing the conflicted emotions of expatriate American women. In the wake of another war, the 1950s saw a resurgent transatlantic exchange of ideas and culture, a new wave that built to the youth-led revolts of May 1968. Throughout the book, famous names take their place among a riotous and racially diverse assembly of lesser-known artists and adventurers, who daringly asserted their own identity against the twin pressures of patriarchy and patriotism.

Yes — The book on American women in Paris highlights race, gender, and social identity struggles across time.

Yes. The book on American women in Paris highlights race, gender, and social identity struggles across time.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Starting from when we learn to toddle and talk, we use sounds as fundamental building blocks – but we know surprisingly little about how we come to use them or why some of us say them so differently. This proposal outlines a book project, Why We Talk Funny, under contract with Viking/Penguin, which illuminates the social, historical and linguistic forces that create what we hear as accents and argues that our focus on the idea that there exists one "right" way to sound is both historically and linguistically misguided. Using relatable easy to understand examples, the book unpacks what linguists have come to know about the role of universal phonological tendencies, the history of sound change, and children's acquisition of native language sounds in the shaping of what we come to hear as "accents." The goal is to help readers see that accents are grounded not in ignorance or inability but in the remarkable way humans use language as a means of social connection as well as communication.

Starting from when we learn to toddle and talk, we use sounds as fundamental building blocks – but we know surprisingly little about how we come to use them or why some of us say them so differently. This proposal outlines a book project, Why We Talk Funny, under contract with Viking/Penguin, which illuminates the social, historical and linguistic forces that create what we hear as accents and argues that our focus on the idea that there exists one "right" way to sound is both historically and linguistically misguided. Using relatable easy to understand examples, the book unpacks what linguists have come to know about the role of universal phonological tendencies, the history of sound change, and children's acquisition of native language sounds in the shaping of what we come to hear as "accents." The goal is to help readers see that accents are grounded not in ignorance or inability but in the remarkable way humans use language as a means of social connection as well as communication.

Yes — This book project explores the social and linguistic aspects of accents, contributing to the understanding of diverse language and promoting inclusivity.

Yes. This book project explores the social and linguistic aspects of accents, contributing to the understanding of diverse language and promoting inclusivity.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Diidxaza (aka: Isthmus Zapotec iso:zai) is an Indigenous Mesoamerican language of the Central Core Zapotec branch of the Otomanguean stock. The project is to complete a publishable manuscript of a 10,000-entry dictionary of Diidxaza with Spanish and English equivalents. This dictionary is the culmination of 20 years of field-based data collection and analysis. The performance period will focus on data synthesis and on writing Spanish and English equivalents for publication in Dictionaria, an online, open access and peer-reviewed dictionary journal. The unparalleled extensive scope of this dictionary and the online and open access will make data available for the advancement of the study of Mesoamerican languages and benefit instruction and revitalization of Diidxaza.

Diidxaza (aka: Isthmus Zapotec iso:zai) is an Indigenous Mesoamerican language of the Central Core Zapotec branch of the Otomanguean stock. The project is to complete a publishable manuscript of a 10,000-entry dictionary of Diidxaza with Spanish and English equivalents. This dictionary is the culmination of 20 years of field-based data collection and analysis. The performance period will focus on data synthesis and on writing Spanish and English equivalents for publication in Dictionaria, an online, open access and peer-reviewed dictionary journal. The unparalleled extensive scope of this dictionary and the online and open access will make data available for the advancement of the study of Mesoamerican languages and benefit instruction and revitalization of Diidxaza.

No — This description does not relate to DEI. It is about a project to complete a dictionary of an Indigenous language, which can benefit language study and revitalization.

No. This description does not relate to DEI. It is about a project to complete a dictionary of an Indigenous language, which can benefit language study and revitalization.

This book project is a global history of the development of Russian into a world language during the Cold War and its imbrication in post-Soviet nationalist and neo-imperialist projects. It tells the story of how the Soviet government, together with the USSR's foreign allies and adversaries—and those in the non-aligned countries—propelled Russian into the pantheon of world languages. First, I examine Soviet efforts to promote Russian as a world language at home and abroad. Second, I detail how countries in the socialist, capitalist, and "developing" worlds used the teaching of Russian to assimilate, contest, and engage Soviet power. More broadly, the book explores the global proliferation of Russian in the broader historical context of Cold War competition, decolonization, and international debates about educational reform. At the end of the book, I explain how Soviet efforts to promote Russian as a world language have informed the Putin administration's concept of the "Russian World."

This book project is a global history of the development of Russian into a world language during the Cold War and its imbrication in post-Soviet nationalist and neo-imperialist projects. It tells the story of how the Soviet government, together with the USSR's foreign allies and adversaries—and those in the non-aligned countries—propelled Russian into the pantheon of world languages. First, I examine Soviet efforts to promote Russian as a world language at home and abroad. Second, I detail how countries in the socialist, capitalist, and "developing" worlds used the teaching of Russian to assimilate, contest, and engage Soviet power. More broadly, the book explores the global proliferation of Russian in the broader historical context of Cold War competition, decolonization, and international debates about educational reform. At the end of the book, I explain how Soviet efforts to promote Russian as a world language have informed the Putin administration's concept of the "Russian World."

No — The Russian language project focuses on Cold War linguistic expansion without a DEI emphasis.

No. The Russian language project focuses on Cold War linguistic expansion without a DEI emphasis.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This application requests one year of support from the NEH for archival research and the writing of a monograph entitled <em>The Black Pacific: A Poetic History</em>, which has been invited for review by the University of California Press.  At its foundation, this monograph is a history of modern Japanese literature from the late-nineteenth century to the present.  This history, however, joins the contemporary re-imagining of the disciplinary borders of modern Japanese literary studies and its connections to fields such as Black studies, Asian American studies, and Latinx studies.  Spanning from best-selling Japanese translations of Black slave narratives to the haiku Richard Wright wrote on his deathbed, <em>The Black Pacific</em> traces the transoceanic ebb and flow of racial discourses circulating throughout modern Japanese literature.

This application requests one year of support from the NEH for archival research and the writing of a monograph entitled <em>The Black Pacific: A Poetic History</em>, which has been invited for review by the University of California Press.  At its foundation, this monograph is a history of modern Japanese literature from the late-nineteenth century to the present.  This history, however, joins the contemporary re-imagining of the disciplinary borders of modern Japanese literary studies and its connections to fields such as Black studies, Asian American studies, and Latinx studies.  Spanning from best-selling Japanese translations of Black slave narratives to the haiku Richard Wright wrote on his deathbed, <em>The Black Pacific</em> traces the transoceanic ebb and flow of racial discourses circulating throughout modern Japanese literature.

No — This description does not explicitly mention DEI or indicate a focus on diversity, equity, and inclusion.

No. This description does not explicitly mention DEI or indicate a focus on diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book uses a little-known corpus of British antislavery songs to tell a new cultural history of abolitionism that is centered on the experiences of women and situated in the home. I focus on the "social life" of antislavery scores owned by British women of the eighteenth and nineteenth centuries, delving into contemporary practices of shopping for scores, performing in domestic concerts, and creating personal volumes of sheet music. While I do discuss the lyrics of these songs, highlighting their problematic portrayals of enslaved Africans, my study moves beyond earlier literary studies that have focused on lyrics alone. Using letters and personal copies of antislavery scores, I uncover the names of women whose abolitionist activities had previously been lost to history. I argue that these women used their everyday musical activities to remind their friends and family members of the horrors of chattel slavery and to advocate for its abolition.

This book uses a little-known corpus of British antislavery songs to tell a new cultural history of abolitionism that is centered on the experiences of women and situated in the home. I focus on the "social life" of antislavery scores owned by British women of the eighteenth and nineteenth centuries, delving into contemporary practices of shopping for scores, performing in domestic concerts, and creating personal volumes of sheet music. While I do discuss the lyrics of these songs, highlighting their problematic portrayals of enslaved Africans, my study moves beyond earlier literary studies that have focused on lyrics alone. Using letters and personal copies of antislavery scores, I uncover the names of women whose abolitionist activities had previously been lost to history. I argue that these women used their everyday musical activities to remind their friends and family members of the horrors of chattel slavery and to advocate for its abolition.

Yes — This book examines the cultural history of abolitionism through British women's experiences, highlighting their use of music to advocate for slavery's abolition.

Yes. This book examines the cultural history of abolitionism through British women's experiences, highlighting their use of music to advocate for slavery's abolition.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.I seek NEH funding to complete the first in-depth study of the varied Latin American contributions to the cultural history of the sublime. Audible Sublime focuses on how nineteenth-century Latin American writers often resorted to sound descriptions when visual paradigms were insufficient to understand and register intense and frightful human and natural geographies. This recourse to sound, I argue, unsettles a visual tradition of the sublime deeply concerned with ocular accounts of awe and wonder and their representations. The project is part of a current effort among literary scholars, historians, and cultural critics within the emerging field of sound studies to interrogate the role of aural perception in shaping key debates concerning modernity, rationality, and knowledge. The book will contribute a dynamic alternative to the Northern-centric perspective of sound studies by incorporating the unexplored relationship between aurality and sublimity in modern Latin America.

I seek NEH funding to complete the first in-depth study of the varied Latin American contributions to the cultural history of the sublime. Audible Sublime focuses on how nineteenth-century Latin American writers often resorted to sound descriptions when visual paradigms were insufficient to understand and register intense and frightful human and natural geographies. This recourse to sound, I argue, unsettles a visual tradition of the sublime deeply concerned with ocular accounts of awe and wonder and their representations. The project is part of a current effort among literary scholars, historians, and cultural critics within the emerging field of sound studies to interrogate the role of aural perception in shaping key debates concerning modernity, rationality, and knowledge. The book will contribute a dynamic alternative to the Northern-centric perspective of sound studies by incorporating the unexplored relationship between aurality and sublimity in modern Latin America.

No — This project focuses on the relationship between sound and the sublime in Latin American culture, but it does not explicitly mention diversity, equity, or inclusion (DEI) concerns.

No. This project focuses on the relationship between sound and the sublime in Latin American culture, but it does not explicitly mention diversity, equity, or inclusion (DEI) concerns.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.How could a robot-centered approach to the reconstruction of Fukushima shape the Japanese imaginary of crisis? Twelve years after the TEPCO nuclear accident, the pursuit of disaster robotics in coastal Fukushima is surfacing a new "creative reconstruction" model that links aging nuclear reactors, an aging population, and energy security. Roboticists are developing robots to help "rescue" humanity from impending crises like extreme environments and eldercare. Building on my work on postfallout Fukushima, this proposed research will integrate the history of disaster robotics into an ethnography of U.S-Japan collaborations on developing disaster robots in labs, facilities, and test fields. My project expands the focus on human-like robots in Japanese studies and contributes to understanding how disaster robots, under the banner of reconstruction, will face seemingly disparate social, economic, and environmental issues, such as labor shortages, aging population, and climate-related crises.

How could a robot-centered approach to the reconstruction of Fukushima shape the Japanese imaginary of crisis? Twelve years after the TEPCO nuclear accident, the pursuit of disaster robotics in coastal Fukushima is surfacing a new "creative reconstruction" model that links aging nuclear reactors, an aging population, and energy security. Roboticists are developing robots to help "rescue" humanity from impending crises like extreme environments and eldercare. Building on my work on postfallout Fukushima, this proposed research will integrate the history of disaster robotics into an ethnography of U.S-Japan collaborations on developing disaster robots in labs, facilities, and test fields. My project expands the focus on human-like robots in Japanese studies and contributes to understanding how disaster robots, under the banner of reconstruction, will face seemingly disparate social, economic, and environmental issues, such as labor shortages, aging population, and climate-related crises.

No    While the proposed research may involve robots and disaster reconstruction, it does not directly relate to DEI.

No. While the proposed research may involve robots and disaster reconstruction, it does not directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book project examines the grassroots activist network that challenged the white power resurgence in the late 1970s and 1980s United States. This multiracial coalition – comprised of black freedom struggle veterans and younger activists – took root in southern cities and then spread across the nation. The project traces how diverse groups of activists joined together in organizations as the National Anti-Klan Network to mount a formidable challenge to white supremacists. I examine how these activists used a litany of tactics – protests, lawsuits, and media campaigns – to curtail the growth of white power organizations. Yet, I also document activists' simultaneous struggle to transform prominent understandings about race that equated racism with overt violence rather than the systematic denial of opportunities and life chances.

This book project examines the grassroots activist network that challenged the white power resurgence in the late 1970s and 1980s United States. This multiracial coalition – comprised of black freedom struggle veterans and younger activists – took root in southern cities and then spread across the nation. The project traces how diverse groups of activists joined together in organizations as the National Anti-Klan Network to mount a formidable challenge to white supremacists. I examine how these activists used a litany of tactics – protests, lawsuits, and media campaigns – to curtail the growth of white power organizations. Yet, I also document activists' simultaneous struggle to transform prominent understandings about race that equated racism with overt violence rather than the systematic denial of opportunities and life chances.

Yes    This book project explores the grassroots activist network that challenged white power in the late 20th century US, highlighting diverse groups joining forces to challenge white supremacists and transform understandings of racism.

Yes. This book project explores the grassroots activist network that challenged white power in the late 20th century US, highlighting diverse groups joining forces to challenge white supremacists and transform understandings of racism.

Black women come from an insurgent intellectual tradition. Black women activists and theoreticians, such as Grace P. Campbell, carved out intellectual spaces to uncover, define, contextualize, and validate leftist revolutionary theories. She was a "race woman" who stood with one foot in the Progressive Era and the other in the bosom of the black militant left. She is an essential link between the nineteenth-century reformist movement and the emergence of the radical black left within the New Negro movement. She was active in racial uplift charity work, the only female founder of the African Black Brotherhood, the first black militant radical organization in the twentieth century, and was a chartered member of the Communist Party. Her activism went from uplifting to agitating. Campbell's traceable arch of thinking and activism flows into a subsequent generation of radical black women, such as those embodied in the Black Lives Matter Movement.

Black women come from an insurgent intellectual tradition. Black women activists and theoreticians, such as Grace P. Campbell, carved out intellectual spaces to uncover, define, contextualize, and validate leftist revolutionary theories. She was a "race woman" who stood with one foot in the Progressive Era and the other in the bosom of the black militant left. She is an essential link between the nineteenth-century reformist movement and the emergence of the radical black left within the New Negro movement. She was active in racial uplift charity work, the only female founder of the African Black Brotherhood, the first black militant radical organization in the twentieth century, and was a chartered member of the Communist Party. Her activism went from uplifting to agitating. Campbell's traceable arch of thinking and activism flows into a subsequent generation of radical black women, such as those embodied in the Black Lives Matter Movement.

Yes    The study of Black women's radical intellectual traditions examines racial and gender activism over time.

Yes. The study of Black women's radical intellectual traditions examines racial and gender activism over time.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A still unrecognized novelty of the Renaissance period, with significant long-term consequences, was the creation of specific types of writing (manuscript and print) for telling about the news on a weekly basis.  Drivers of this development, apart from sheer curiosity, included state officials seeking opportunities, merchants seeking markets, writers seeking jobs.  From then on, traditional places for news exchange, in homes, at court, and in public squares, would have a constant supply of new topics of conversation originating not only from local occurrences but from far away, and not only from books, pamphlets and private letters, but also from regularly produced news sheets covering what were thought to be the major events of the day.  The volume, while offering a general account of Renaissance news, will convey the latest research results concerning the dynamics and significance of these changes.  The gaze will take in the whole of  Europe over the period from 1500 to 1640.

A still unrecognized novelty of the Renaissance period, with significant long-term consequences, was the creation of specific types of writing (manuscript and print) for telling about the news on a weekly basis.  Drivers of this development, apart from sheer curiosity, included state officials seeking opportunities, merchants seeking markets, writers seeking jobs.  From then on, traditional places for news exchange, in homes, at court, and in public squares, would have a constant supply of new topics of conversation originating not only from local occurrences but from far away, and not only from books, pamphlets and  private letters, but also from regularly produced news sheets covering what were thought to be the major events of the day.  The volume, while offering a general account of Renaissance news, will convey the latest research results concerning the dynamics and significance of these changes.  The gaze will take in the whole of  Europe over the period from 1500 to 1640.

No    This description does not directly relate to DEI.

No. This description does not directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Slavery was an integral part of social and economic life in the Ottoman Empire; thousands of captives were imported annually to be sold in urban and rural emporia into the mid-nineteenth century. Only non-Muslims from non-Muslim-ruled domains could be legally enslaved, but human traffickers exploited the fact that Ottoman subjects, especially women and children carried far from their homes, could often be plausibly represented to buyers as slaves. A contribution to the global history of slavery, "Of Free Origin" is the first in-depth study of the persistent, empire-wide trafficking of the illegally enslaved and their struggles to win release through the courts. Freedom suits reveal more than harrowing individual experiences—they shed light on changing conceptions of race, ethnicity, and juridical belonging and illuminate the landscape of Ottoman slavery as a whole over the course of two-and-a-half centuries of dramatic political, social, economic, and demographic change.

Slavery was an integral part of social and economic life in the Ottoman Empire; thousands of captives were imported annually to be sold in urban and rural emporia into the mid-nineteenth century. Only non-Muslims from non-Muslim-ruled domains could be legally enslaved, but human traffickers exploited the fact that Ottoman subjects, especially women and children carried far from their homes, could often be plausibly represented to buyers as slaves. A contribution to the global history of slavery, "Of Free Origin" is the first in-depth study of the persistent, empire-wide trafficking of the illegally enslaved and their struggles to win release through the courts. Freedom suits reveal more than harrowing individual experiences—they shed light on changing conceptions of race, ethnicity, and juridical belonging and illuminate the landscape of Ottoman slavery as a whole over the course of two-and-a-half centuries of dramatic political, social, economic, and demographic change.

Yes | Ottoman slavery intersects with DEI by highlighting the historical oppression and exploitation of non-Muslims and the need to examine changing conceptions of race, ethnicity, and belonging.

Yes. Ottoman slavery intersects with DEI by highlighting the historical oppression and exploitation of non-Muslims and the need to examine changing conceptions of race, ethnicity, and belonging.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.I am proposing a program of research towards a study of the role and social location of ritual experts in Jewish society in Palestine in late antiquity beyond the central circles of rabbinic authorities and cultural producers. This project will focus on literary forms designed for ritual use and performance, including Hebrew and Aramaic poems for weddings and funerals; manuals for divination; and selected magical texts. I will argue that it is helpful to look at this evidence as a kind of archipelago, a cluster of outcroppings; that the relationships between those outcroppings are barely detectable below the surface; and that some new developments in the study of late antiquity can help us uncover the cultural and social networks that lie behind these materials. In this way I hope to contribute to the growing study of the diversity of Jewish culture in late antiquity, drawing on recent studies of ritual and material studies and social networks in the ancient Mediterranean.

I am proposing a program of research towards a study of the role and social location of ritual experts in Jewish society in Palestine in late antiquity beyond the central circles of rabbinic authorities and cultural producers. This project will focus on literary forms designed for ritual use and performance, including Hebrew and Aramaic poems for weddings and funerals; manuals for divination; and selected magical texts. I will argue that it is helpful to look at this evidence as a kind of archipelago, a cluster of outcroppings; that the relationships between those outcroppings are barely detectable below the surface; and that some new developments in the study of late antiquity can help us uncover the cultural and social networks that lie behind these materials. In this way I hope to contribute to the growing study of the diversity of Jewish culture in late antiquity, drawing on recent studies of ritual and material studies and social networks in the ancient Mediterranean.

Yes | This proposal relates to DEI as it seeks to contribute to the study of the diversity of Jewish culture, highlighting social networks and expanding understanding of marginalized groups in late antiquity.

Yes. This proposal relates to DEI as it seeks to contribute to the study of the diversity of Jewish culture, highlighting social networks and expanding understanding of marginalized groups in late antiquity.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.There is a dangerous knowledge gap in the history of science, namely the history of sociogenomics in the United States. The sociogenomic research agenda originated in eugenics, a scientific and political project that assumes genes determine social outcomes and allocates life chances on the basis of presumed genetic quality. As a result of the often-unrecognized eugenic foundations of sociogenomics, this research has great potential for weaponization, as occurred in a 2022 mass shooting in Buffalo, when the perpetrator cited sociogenomic research to justify his actions. The project proposed here will combine archival research, digital text analysis, oral history, and participant observation to document the history of sociogenomics and its intellectual precursors—differential psychology and behavior genetics—across the twentieth century and into the twenty-first, identifying intellectual and institutional linkages to eugenics. It will result in a book for academic and popular audiences.

There is a dangerous knowledge gap in the history of science, namely the history of sociogenomics in the United States. The sociogenomic research agenda originated in eugenics, a scientific and political project that assumes genes determine social outcomes and allocates life chances on the basis of presumed genetic quality. As a result of the often-unrecognized eugenic foundations of sociogenomics, this research has great potential for weaponization, as occurred in a 2022 mass shooting in Buffalo, when the perpetrator cited sociogenomic research to justify his actions. The project proposed here will combine archival research, digital text analysis, oral history, and participant observation to document the history of sociogenomics and its intellectual precursors—differential psychology and behavior genetics—across the twentieth century and into the twenty-first, identifying intellectual and institutional linkages to eugenics. It will result in a book for academic and popular audiences.

No | This description primarily discusses the history and research methods of sociogenomics, without explicitly addressing issues of diversity, equity, and inclusion.

No. This description primarily discusses the history and research methods of sociogenomics, without explicitly addressing issues of diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project examines the life and work of Jovita González (1897-1983), who was a historian, folklorist, writer, and teacher in south Texas. The breadth of her work spans several disciplines across the humanities. Taken together, her work in these various fields manifests the multidimensional ways women articulated their intellectual projects, participated in multiple civil rights movements, and revised master narratives of Texas and American history. Using an interdisciplinary methodology, I contend that González's personal and professional history serves as a microcosm for the ways in which Mexican American women established themselves as intellectuals and leaders in their own right, helped facilitate the emergence of the Mexican American middle-class, engaged with and bolstered the objectives of the Mexican American civil rights movement (1920-1960), and contributed to national conversations about women's rights in the first half of the twentieth century.

This project examines the life and work of Jovita González (1897-1983), who was a historian, folklorist, writer, and teacher in south Texas. The breadth of her work spans several disciplines across the humanities. Taken together, her work in these various fields manifests the multidimensional ways women articulated their intellectual projects, participated in multiple civil rights movements, and revised master narratives of Texas and American history. Using an interdisciplinary methodology, I contend that González's personal and professional history serves as a microcosm for the ways in which Mexican American women established themselves as intellectuals and leaders in their own right, helped facilitate the emergence of the Mexican American middle-class, engaged with and bolstered the objectives of the Mexican American civil rights movement (1920-1960), and contributed to national conversations about women's rights in the first half of the twentieth century.

Yes

This project explores the contributions of Jovita GonzÃ¡lez, highlighting how Mexican American women played a role in various civil rights movements and intellectual projects. It relates to the topics of diversity, equity, and inclusion.

Yes. This project explores the contributions of Jovita GonzÃ¡lez, highlighting how Mexican American women played a role in various civil rights movements and intellectual projects. It relates to the topics of diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project is a major new analytical study of Islamic ceramics produced during Syria/Princeton University's joint excavation at Balis, a medieval Syrian city. Balis was an important ceramics manufacturing center where excavations revealed a workshop and hundreds of kilns. With over 1,000 photographs and drawings collected over my twelve years as head ceramicist at the site, this will be among the most comprehensive Islamic archaeological ceramics studies published to date. The study is cross-disciplinary and integrates my expertise in art history, archaeology, and critical heritage studies to interpret material from the Umayyad to the Ayyubid period (ca. AD 700-1260). This two-volume publication will combine archaeology with theories of materiality to frame ceramics as objects of medieval daily life, as key vectors of medieval global trade and circulation, and as contemporary objects of local heritage that can aid in reimagining Syria's future in the aftermath of the trauma of war.

This project is a major new analytical study of Islamic ceramics produced during Syria/Princeton University's joint excavation at Balis, a medieval Syrian city. Balis was an important ceramics manufacturing center where excavations revealed a workshop and hundreds of kilns. With over 1,000 photographs and drawings collected over my twelve years as head ceramicist at the site, this will be among the most comprehensive Islamic archaeological ceramics studies published to date. The study is cross-disciplinary and integrates my expertise in art history, archaeology, and critical heritage studies to interpret material from the Umayyad to the Ayyubid period (ca. AD 700-1260). This two-volume publication will combine archaeology with theories of materiality to frame ceramics as objects of medieval daily life, as key vectors of medieval global trade and circulation, and as contemporary objects of local heritage that can aid in reimagining Syria's future in the aftermath of the trauma of war.

No

This project involves the study of Islamic ceramics and integrates expertise in art history and archaeology, but it does not directly relate to DEI initiatives.

No. This project involves the study of Islamic ceramics and integrates expertise in art history and archaeology, but it does not directly relate to DEI (Diversity, Equity, and Inclusion) initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My proposed monograph will chart the life and legacy of Artemisia II, a woman ruler of ancient Caria (modern Turkey).  Artemisia's accomplishments and deeds, including building the Mausoleum, one of the Seven Wonders of the Ancient World, suppressing a rebellion of the Rhodians, and imbibing the ashes of her dead husband, were lauded in Roman literature and architectural treatises, extolled in numerous Renaissance biographical catalogs of famous women, and depicted in never-before-studied works of the early-modern stage. Using a comparative, postcolonial, and feminist approach, I argue that Artemisia II served as an icon of female power from antiquity to the Early Modern period and was one of several exemplary women used to ignite early or proto-feminist debate during the Renaissance.  My monograph breaks new ground in arguing that the origins of feminism lie not in the 19th century United States, but rather in early modern European thought.

My proposed monograph will chart the life and legacy of Artemisia II, a woman ruler of ancient Caria (modern Turkey).  Artemisia's accomplishments and deeds, including building the Mausoleum, one of the Seven Wonders of the Ancient World, suppressing a rebellion of the Rhodians, and imbibing the ashes of her dead husband, were lauded in Roman literature and architectural treatises, extolled in numerous Renaissance biographical catalogs of famous women, and depicted in never-before-studied works of the early-modern stage. Using a comparative, postcolonial, and feminist approach, I argue that Artemisia II served as an icon of female power from antiquity to the Early Modern period and was one of several exemplary women used to ignite early or proto-feminist debate during the Renaissance.  My monograph breaks new ground in arguing that the origins of feminism lie not in the 19th century United States, but rather in early modern European thought.

No

This proposed monograph focuses on the life and legacy of Artemisia II, which does not directly relate to DEI.

No. This proposed monograph focuses on the life and legacy of Artemisia II, which does not directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Unofficial Diplomats is a history of Americans abroad and how they have influenced U.S. foreign policy.  The book analyzes the impact of expatriates from early American missionaries through the kidnapping of American academics in Lebanon in the 1980s. Mapping expatriate outposts and influence reveals an American network of schools, churches, clubs, and even cemeteries constructed by missionaries, teachers, businesspeople, and journalists. Over time the role of these Americans evolved – from early American pioneers, to those who forged colonies overseas, to individuals who persisted as representatives of the United States in increasingly hostile communities.  They served as unofficial diplomats, representing the United States when formal relations did not exist or functioning as informal ambassadors to foreign communities alongside official U.S. representatives.  Unofficial Diplomats uncovers how private American citizens shaped the place of the United States in the world.

Unofficial Diplomats is a history of Americans abroad and how they have influenced U.S. foreign policy.  The book analyzes the impact of expatriates from early American missionaries through the kidnapping of American academics in Lebanon in the 1980s. Mapping expatriate outposts and influence reveals an American network of schools, churches, clubs, and even cemeteries constructed by missionaries, teachers, businesspeople, and journalists. Over time the role of these Americans evolved – from early American pioneers, to those who forged colonies overseas, to individuals who persisted as representatives of the United States in increasingly hostile communities. They served as unofficial diplomats, representing the United States when formal relations did not exist or functioning as informal ambassadors to foreign communities alongside official U.S. representatives.  Unofficial Diplomats uncovers how private American citizens shaped the place of the United States in the world.

Yes

"Unofficial Diplomats" relates to the concept of DEI by exploring the historical role of American citizens representing the United States abroad, including missionaries, teachers, and businesspeople.

Yes. "Unofficial Diplomats" relates to the concept of DEI by exploring the historical role of American citizens representing the United States abroad, including missionaries, teachers, and businesspeople.

Every year, hundreds of Arctic icebergs drift down to the Grand Banks of Newfoundland and sail right into the profit margins of ExxonMobil and Chevron. This is Iceberg Alley, where governments and corporations have sought for centuries to tame what they see as unruly icebergs. The book that this NEH fellowship will support tells the history of doing business in Iceberg Alley. It traces efforts to control and predict icebergs, while illuminating the images, storylines, and narratives that turned ice into an enemy. Many businesses have worked at sea and with ice--from the first transatlantic telegraph that was crushed by an iceberg, to the oil companies that tow bergs away from their rigs, to the beverage companies that now tap icebergs to make beer and vodka. The arc of the narrative runs from iceberg avoidance, to surveillance, to intervention, to consumption. The book advances the concept of "unruly environments" by incorporating the blue humanities, cryopolitics, and ice humanities.

Every year, hundreds of Arctic icebergs drift down to the Grand Banks of Newfoundland and sail right into the profit margins of ExxonMobil and Chevron. This is Iceberg Alley, where governments and corporations have sought for centuries to tame what they see as unruly icebergs. The book that this NEH fellowship will support tells the history of doing business in Iceberg Alley. It traces efforts to control and predict icebergs, while illuminating the images, storylines, and narratives that turned ice into an enemy. Many businesses have worked at sea and with ice--from the first transatlantic telegraph that was crushed by an iceberg, to the oil companies that tow bergs away from their rigs, to the beverage companies that now tap icebergs to make beer and vodka. The arc of the narrative runs from iceberg avoidance, to surveillance, to intervention, to consumption. The book advances the concept of "unruly environments" by incorporating the blue humanities, cryopolitics, and ice humanities.

No

The Iceberg Alley book focuses on environmental history and business, not DEI.

No. The Iceberg Alley book focuses on environmental history and business, not DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."Weapons of Mass Dissemination" investigates how viral memes, images, and stories about Muslims as a dangerous threat to the US can perpetuate gendered, anti-Muslim racism. My project fills a gap in current scholarship in the digital humanities by demonstrating how corporate manipulation of big data, combined with militarist practices of weaponizing surveillance, perpetuates gendered anti-Muslim racism. I argue that popular perceptions about Muslims, as filtered through stereotypes and misinformation circulated digitally (e.g., in tweets), can also spread anti-Muslim sentiment, reify disinformation about Muslims, and, perhaps most concerning, build the technical and representational structure to apprehend Muslims. The viral spread of gendered, anti-Muslim images, enabled by surveillance technologies, serve to normalize the type of domestic surveillance that can also lead to the capture and incarceration of innocent people, framed as terrorists or enemy combatants in the War on Terror.

"Weapons of Mass Dissemination" investigates how viral memes, images, and stories about Muslims as a dangerous threat to the US can perpetuate gendered, anti-Muslim racism. My project fills a gap in current scholarship in the digital humanities by demonstrating how corporate manipulation of big data, combined with militarist practices of weaponizing surveillance, perpetuates gendered anti-Muslim racism. I argue that popular perceptions about Muslims, as filtered through stereotypes and misinformation circulated digitally (e.g., in tweets), can also spread anti-Muslim sentiment, reify disinformation about Muslims, and, perhaps most concerning, build the technical and representational structure to apprehend Muslims. The viral spread of gendered, anti-Muslim images, enabled by surveillance technologies, serve to normalize the type of domestic surveillance that can also lead to the capture and incarceration of innocent people, framed as terrorists or enemy combatants in the War on Terror.

Yes

"Weapons of Mass Dissemination" explores how digital media perpetuates gendered, anti-Muslim racism, connecting it to DEI concerns.

Yes. "Weapons of Mass Dissemination" explores how digital media perpetuates gendered, anti-Muslim racism, connecting it to DEI concerns.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In 2017, a short silent film made 120 years earlier reemerged from a forgotten corner of an archive to become a viral sensation across social media and broader popular culture. That film, <em>Something Good: Negro Kiss</em>, depicts an African American couple joyously embracing, holding hands, and kissing. Upon its rediscovery, the film touched millions of people who celebrated its unexpected early depiction of Black love. Something Good is an expression of Black love on screen that is unprecedented in the history of American cinema and challenges how we understand Black representation at the turn of the twentieth century and popular culture's negotiation of blackness. This book tells the story of the rediscovery of this rare media artifact, the effect it has had on contemporary viewers, its impact on American popular culture history, and the significance of its moving image of Black love from the vaudeville stage to Twitter.

In 2017, a short silent film made 120 years earlier reemerged from a forgotten corner of an archive to become a viral sensation across social media and broader popular culture. That film, <em>Something Good: Negro Kiss</em>, depicts an African American couple joyously embracing, holding hands, and kissing. Upon its rediscovery, the film touched millions of people who celebrated its unexpected early depiction of Black love. Something Good is an expression of Black love on screen that is unprecedented in the history of American cinema and challenges how we understand Black representation at the turn of the twentieth century and popular culture's negotiation of blackness. This book tells the story of the rediscovery of this rare media artifact, the effect it has had on contemporary viewers, its impact on American popular culture history, and the significance of its moving image of Black love from the vaudeville stage to Twitter.

No

Although the film highlights an important representation of Black love, DEI is not directly related to the historical context or impact of the film's rediscovery.

No. Although the film highlights an important representation of Black love, DEI (Diversity, Equity, and Inclusion) is not directly related to the historical context or impact of the film's rediscovery.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project shows how the U.S. military presence in Japan and Okinawa during the Occupation and the Korean War shaped the everyday lives of the residents of Japan's postwar base towns. By examining the fundamental effects that the U.S. military had on local communities—the routine prosecution of Japanese citizens by U.S. military courts, the regular commission of crimes by U.S. soldiers, the military employment of Japanese workers, and the military procurement of Japanese supplies and buildings, among others—I show how many Japanese experienced the Occupation as a concrete project that directly impacted their daily lives. By viewing the Occupation as a military project, my research substantially revises existing understandings of the Occupation and uncovers deep links between the Occupation and the Korean War. An accurate understanding of this militarization of postwar Japanese life is vital for addressing some of the most pressing issues in contemporary U.S.–Japanese relations.

This project shows how the U.S. military presence in Japan and Okinawa during the Occupation and the Korean War shaped the everyday lives of the residents of Japan's postwar base towns. By examining the fundamental effects that the U.S. military had on local communities—the routine prosecution of Japanese citizens by U.S. military courts, the regular commission of crimes by U.S. soldiers, the military employment of Japanese workers, and the military procurement of Japanese supplies and buildings, among others—I show how many Japanese experienced the Occupation as a concrete project that directly impacted their daily lives. By viewing the Occupation as a military project, my research substantially revises existing understandings of the Occupation and uncovers deep links between the Occupation and the Korean War. An accurate understanding of this militarization of postwar Japanese life is vital for addressing some of the most pressing issues in contemporary U.S.–Japanese relations.

Yes

This research examines the impact of the U.S. military presence on Japanese communities, highlighting DEI concerns such as power dynamics, justice, and local experiences.

Yes. This research examines the impact of the U.S. military presence on Japanese communities, highlighting DEI concerns such as power dynamics, justice, and local experiences.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.I propose a book about criminal procedure in 18th-century China based on 5000 court cases already collected from historical archives. My goal is basic, yet vital: to use concrete case studies--of torture, confession, autopsy, review, appeals, imprisonment, and punishment--to show how the judiciary worked in practice, and from the standpoint of practice to reflect back on its normative claims. No book like the one I propose exists in any language: past scholarship largely depends on normative texts that do not reflect actual practice. I have two foils: an old Orientalist stereotype of China as "a realm of cruelty," and a Chinese Communist stereotype of the imperial era as "the cannibalistic old society." In fact, the criminal justice system of the 18th century compares favorably both to its contemporaries and to that of China today. One goal is to suggest how China's own legal tradition might be the basis for reform, especially with regard to torture, review, and capital punishment.

I propose a book about criminal procedure in 18th-century China based on 5000 court cases already collected from historical archives. My goal is basic, yet vital: to use concrete case studies--of torture, confession, autopsy, review, appeals, imprisonment, and punishment--to show how the judiciary worked in practice, and from the standpoint of practice to reflect back on its normative claims. No book like the one I propose exists in any language: past scholarship largely depends on normative texts that do not reflect actual practice. I have two foils: an old Orientalist stereotype of China as "a realm of cruelty," and a Chinese Communist stereotype of the imperial era as "the cannibalistic old society." In fact, the criminal justice system of the 18th century compares favorably both to its contemporaries and to that of China today. One goal is to suggest how China's own legal tradition might be the basis for reform, especially with regard to torture, review, and capital punishment.

No

This description does not relate to DEI as it focuses on historical analysis of China's criminal justice system without specific mention of diversity, equity, or inclusion.

No. This description does not relate to DEI as it focuses on historical analysis of China's criminal justice system without specific mention of diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book-length project examines the construction of the current canon of Latin American art since the 1970s. It challenges the conventional view that the regional canon that came to be showcased when major US-European museums began to actively display Latin American art was part of a so-called "global art turn" in which mainstream institutions expanded western modernism to integrate peripherical areas. In contrast, based on extensive archival research, this analysis argues that today's prevalent canon of Latin American art was largely a creation of Brazilian artists and critics that had been in the making since the 1970s. By closely tracing the genealogy of the recent Latin American art boom and the local intelligentsia's contribution to that canon, it demonstrates that the impact of distinctively Latin American thought in prevailing discourses of art history has been largely unacknowledged and unjustly undervalued.

This book-length project examines the construction of the current canon of Latin American art since the 1970s. It challenges the conventional view that the regional canon that came to be showcased when major US-European museums began to actively display Latin American art was part of a so-called "global art turn" in which mainstream institutions expanded western modernism to integrate peripherical areas. In contrast, based on extensive archival research, this analysis argues that today's prevalent canon of Latin American art was largely a creation of Brazilian artists and critics that had been in the making since the 1970s. By closely tracing the genealogy of the recent Latin American art boom and the local intelligentsia's contribution to that canon, it demonstrates that the impact of distinctively Latin American thought in prevailing discourses of art history has been largely unacknowledged and unjustly undervalued.

Yes

This book-length project explores the construction of the Latin American art canon, challenging the dominance of Western narratives and highlighting the undervalued contributions of Brazilian artists and critics.

Yes. This book-length project explores the construction of the Latin American art canon, challenging the dominance of Western narratives and highlighting the undervalued contributions of Brazilian artists and critics.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.I am writing a narrative history of the University of California, from its founding in 1868 to the present, told primarily through five central characters. Each a pioneer in different ways, their diverse paths mirror the changing nature of the state and underscore the University's role in shaping those changes. A central theme is the story of how the University has functioned since its earliest days as an engine of upward mobility; the book explores the transformative impact of that mission and shows how it has shifted in response to the social, political, cultural, economic and demographic forces that play out on the campuses of the largest higher education institution in the world.

I am writing a narrative history of the University of California, from its founding in 1868 to the present, told primarily through five central characters. Each a pioneer in different ways, their diverse paths mirror the changing nature of the state and underscore the University's role in shaping those changes. A central theme is the story of how the University has functioned since its earliest days as an engine of upward mobility; the book explores the transformative impact of that mission and shows how it has shifted in response to the social, political, cultural, economic and demographic forces that play out on the campuses of the largest higher education institution in the world.

Yes

The narrative history explores the University of California's role in shaping social, cultural, economic, and demographic changes, which is relevant to DEI.

Yes. The narrative history explores the University of California's role in shaping social, cultural, economic, and demographic changes, which is relevant to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Israel's 1982 invasion of Lebanon was a formative moment in Middle Eastern and international history, transforming the fate of Palestinian self-determination; Lebanese and Israeli politics, society, and culture; Israel's regional relationships; diaspora Jewish perceptions of Zionism; and western policy across the Arab world. My book project offers the first publicly accessible international history of the war, which has been elided in public discourse. At a moment of profound rupture for Israel, Palestine, and the wider region, how can the historian make sense of this contested past and its multiple legacies? In bringing together a wide range of previously untapped archival material, photographs, film, and oral history interviews across national divides to weave a narrative account of 1982, my project seeks to deepen public engagement with the past while underscoring the vital urgency of historical thinking to make sense of violence unfolding today.

Israel's 1982 invasion of Lebanon was a formative moment in Middle Eastern and international history, transforming the fate of Palestinian self-determination; Lebanese and Israeli politics, society, and culture; Israel's regional relationships; diaspora Jewish perceptions of Zionism; and western policy across the Arab world. My book project offers the first publicly accessible international history of the war, which has been elided in public discourse. At a moment of profound rupture for Israel, Palestine, and the wider region, how can the historian make sense of this contested past and its multiple legacies? In bringing together a wide range of previously untapped archival material, photographs, film, and oral history interviews across national divides to weave a narrative account of 1982, my project seeks to deepen public engagement with the past while underscoring the vital urgency of historical thinking to make sense of violence unfolding today.

No

The description provided does not relate to DEI as it focuses on the historical events surrounding Israel's invasion of Lebanon in 1982 and its impact on various aspects, rather than explicitly addressing issues of diversity, equity, and inclusion.

No. The description provided does not relate to DEI as it focuses on the historical events surrounding Israel's invasion of Lebanon in 1982 and its impact on various aspects, rather than explicitly addressing issues of diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Daughter Particle will be the first full-length, cultural, and historical biography of Chien-Shiung Wu to explore her work, the international events that shaped her, and the societal expectations that threatened to erase her. The book traces China's metamorphosis from centuries of dynastic rule to nationalism to communism, plus Cold War politics and changing ideas about gender and race in America—through Wu. Born in China, Wu often is referred to as "the Chinese Marie Curie" even though she conducted most of her research in the United States. Today, she has become an underground icon for diversity, equity, and inclusion. In the 1950s, though, gender expectations for women placed a higher premium on relationships than on scientific rigor. Wu's work earned two male colleagues the Nobel Prize in 1957; she was excluded. Written in accessible language to engage a wide audience, my book will draw from archives, interviews, and deep research to bridge history, science, and the humanities.

The Daughter Particle will be the first full-length, cultural, and historical biography of Chien-Shiung Wu to explore her work, the international events that shaped her, and the societal expectations that threatened to erase her. The book traces China's metamorphosis from centuries of dynastic rule to nationalism to communism, plus Cold War politics and changing ideas about gender and race in America—through Wu. Born in China, Wu often is referred to as "the Chinese Marie Curie" even though she conducted most of her research in the United States. Today, she has become an underground icon for diversity, equity, and inclusion. In the 1950s, though, gender expectations for women placed a higher premium on relationships than on scientific rigor. Wu's work earned two male colleagues the Nobel Prize in 1957; she was excluded. Written in accessible language to engage a wide audience, my book will draw from archives, interviews, and deep research to bridge history, science, and the humanities.

Yes

The biography explores Chien-Shiung Wu's work in the context of societal expectations based on race, gender, and international events, aligning with DEI principles.

Yes. The biography explores Chien-Shiung Wu's work in the context of societal expectations based on race, gender, and international events, aligning with DEI principles.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This monograph examines the invention of Día de los Muertos (Day of the Dead) as a form of Mexican national culture in the early and mid-twentieth century.  I demonstrate that Day of the Dead's identity as a national symbol was due to the cultural work performed by prominent transnational artists, intellectuals, and government officials.  I concentrate my analysis on the visual and narrative representations these figures disseminated of Día de los Muertos in mass media, art exhibitions, tourism, and film.  I argue that these images, narratives, and knowledges of Day of the Dead crafted the holiday as a symbol of Mexican cultural identity and paved the way for the holiday's current global popularity.

This monograph examines the invention of Día de los Muertos (Day of the Dead) as a form of Mexican national culture in the early and mid-twentieth century.  I demonstrate that Day of the Dead's identity as a national symbol was due to the cultural work performed by prominent transnational artists, intellectuals, and government officials.  I concentrate my analysis on the visual and narrative representations these figures disseminated of Día de los Muertos in mass media, art exhibitions, tourism, and film.  I argue that these images, narratives, and knowledges of Day of the Dead crafted the holiday as a symbol of Mexican cultural identity and paved the way for the holiday's current global popularity.

No

This monograph examines the cultural work that shaped Day of the Dead as a national symbol. It does not directly relate to DEI.

No. This monograph examines the cultural work that shaped Day of the Dead as a national symbol. It does not directly relate to DEI.

My research project and monograph, Alphabetic Word Craft, offers an alternative history of the ancient alphabet in the second and first millennia BCE. Alphabetic Word Craft considers the evidence for the literacies of ancient craft specialists who employed specialized tools and craft techniques in their work to create inscriptions. Rather than focus on scribes or administrative elites, I outline a methodology for the study of "craft-literacy" which evaluates how we can use ancient inscribed objects to study the people who made them. While many of these ancient craft specialists may not have had advanced literacy training, they played an important role in the development and transmission of the alphabet.

My research project and monograph, Alphabetic Word Craft, offers an alternative history of the ancient alphabet in the second and first millennia BCE. Alphabetic Word Craft considers the evidence for the literacies of ancient craft specialists who employed specialized tools and craft techniques in their work to create inscriptions. Rather than focus on scribes or administrative elites, I outline a methodology for the study of "craft-literacy" which evaluates how we can use ancient inscribed objects to study the people who made them. While many of these ancient craft specialists may not have had advanced literacy training, they played an important role in the development and transmission of the alphabet.

No

The alphabet history project examines ancient craft-literacy, not DEI.

No. The alphabet history project examines ancient craft-literacy, not DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A bio-bibliographical study of early 20th-century New Mexican folklorist Aurora Lucero-White Lea, this project situates Lucero's vital and often-unattributed work at the crossroads of national identity politics concerning minority-majority New Mexican treaty citizens. Her witness to the effects of nativist policies on Spanish-speaking New Mexicans during the transition from territory (1848) to statehood (1912) animated her enthusiasm for Pan-Americanism, which contended that New Mexicans' autochthonous language and cultural practices were constitutive of American identity, rather than an exception to it. The recovery of lore Lucero collected through teaching and in collaboration with the WPA, illuminates its centrality in the canon of Indo-Hispano folk production, even as it illustrates her exclusion from the predominantly male domain of early 20th-century ethnopoetic scholarship.

A bio-bibliographical study of early 20th-century New Mexican folklorist Aurora Lucero-White Lea, this project situates Lucero's vital and often-unattributed work at the crossroads of national identity politics concerning minority-majority New Mexican treaty citizens. Her witness to the effects of nativist policies on Spanish-speaking New Mexicans during the transition from territory (1848) to statehood (1912) animated her enthusiasm for Pan-Americanism, which contended that New Mexicans' autochthonous language and cultural practices were constitutive of American identity, rather than an exception to it. The recovery of lore Lucero collected through teaching and in collaboration with the WPA, illuminates its centrality in the canon of Indo-Hispano folk production, even as it illustrates her exclusion from the predominantly male domain of early 20th-century ethnopoetic scholarship.

No — This project explores the life and work of Aurora Lucero-White Lea, but it does not directly address issues of diversity, equity, and inclusion.

No. This project explores the life and work of Aurora Lucero-White Lea, but it does not directly address issues of diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In the late 19th century, the Jardin d'Acclimatation in Paris became one of the world's most important sites for human exhibitions, hosting nearly thirty "ethnographic spectacles" between 1877 and 1908. This fellowship proposal requests support for the completion of a book documenting the experiences of people featured in these exhibits. By telling the stories of how these individuals navigated global networks of event promoters and anthropologists, the study seeks to humanize the performers in the historical record while exposing the exploitive nature of early anthropological research. The book also highlights the ways that the visual culture of late 19th century Paris shaped the concept of race, and vice-versa.

In the late 19th century, the Jardin d'Acclimatation in Paris became one of the world's most important sites for human exhibitions, hosting nearly thirty "ethnographic spectacles" between 1877 and 1908. This fellowship proposal requests support for the completion of a book documenting the experiences of people featured in these exhibits. By telling the stories of how these individuals navigated global networks of event promoters and anthropologists, the study seeks to humanize the performers in the historical record while exposing the exploitive nature of early anthropological research. The book also highlights the ways that the visual culture of late 19th century Paris shaped the concept of race, and vice-versa.

Yes — This study explores the exploitation of individuals in human exhibitions, exposes exploitive nature of early anthropological research, and examines the shaping of race through visual culture in late 19th century Paris.

Yes. This study explores the exploitation of individuals in human exhibitions, exposes exploitive nature of early anthropological research, and examines the shaping of race through visual culture in late 19th century Paris. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project examines the nearly 70-year history of the Rivesaltes Camp in southern France. Requisitioned in 1938 to house refugees from the Spanish Civil War, the Rivesaltes Camp served as a site to confine Jews during WWII, to intern Algerians after independence, and to sequester undocumented migrants until it closed in 2007. By studying Rivesaltes' diverse roles as a site of incarceration, refuge, and colonial integration side-by-side over its long history, this project questions the exceptional status that is often assigned to sites of migrant detention in modern Europe and places it into a longer continuum of state surveillance and colonial governance. This project explores why internment camps became and remain a central tool for states to manage human movement. By drawing in the voices of the detained peoples, aid workers, and locals who inhabited and worked in the camp, this project also examines how Rivesaltes was experienced, endured, and remembered across its long history.

This project examines the nearly 70-year history of the Rivesaltes Camp in southern France. Requisitioned in 1938 to house refugees from the Spanish Civil War, the Rivesaltes Camp served as a site to confine Jews during WWII, to intern Algerians after independence, and to sequester undocumented migrants until it closed in 2007. By studying Rivesaltes' diverse roles as a site of incarceration, refuge, and colonial integration side-by-side over its long history, this project questions the exceptional status that is often assigned to sites of migrant detention in modern Europe and places it into a longer continuum of state surveillance and colonial governance. This project explores why internment camps became and remain a central tool for states to manage human movement. By drawing in the voices of the detained peoples, aid workers, and locals who inhabited and worked in the camp, this project also examines how Rivesaltes was experienced, endured, and remembered across its long history.

Yes — This project examines the historical use of the Rivesaltes Camp as a site of incarceration, refuge, and colonial integration, highlighting the importance of studying the long history of migrant detention and questioning exceptionalism.

Yes. This project examines the historical use of the Rivesaltes Camp as a site of incarceration, refuge, and colonial integration, highlighting the importance of studying the long history of migrant detention and questioning exceptionalism.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In 1793, the port city of Nantes suffered some of the worst atrocities of the French Revolution when authorities drowned thousands of counter-revolutionary suspects in the Loire river. Nantes was also the pre-eminent slave-trading port of 18th-century France. This project links revolutionary drownings to Nantes' participation in the slave trade by combining a social history of the city with a political and cultural history of its experience of revolution. In so doing, it will explain how those involved in the perpetual warfare of enslavement brought Atlantic world violence to metropolitan France, where it fused with local revolutionary violence and helped shape the course of the Revolution. This work overturns traditional narratives of the export of revolution to explain how the wider Atlantic World affected the metropolitan French Revolution.

In 1793, the port city of Nantes suffered some of the worst atrocities of the French Revolution when authorities drowned thousands of counter-revolutionary suspects in the Loire river. Nantes was also the pre-eminent slave-trading port of 18th-century France. This project links revolutionary drownings to Nantes' participation in the slave trade by combining a social history of the city with a political and cultural history of its experience of revolution. In so doing, it will explain how those involved in the perpetual warfare of enslavement brought Atlantic world violence to metropolitan France, where it fused with local revolutionary violence and helped shape the course of the Revolution. This work overturns traditional narratives of the export of revolution to explain how the wider Atlantic World affected the metropolitan French Revolution.

No — This description does not directly relate to DEI. It focuses on historical events and their impact on the French Revolution.

No. This description does not directly relate to DEI (Diversity, Equity, and Inclusion). It focuses on historical events and their impact on the French Revolution.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Leviathan for Sale examines for the first time the market for city-states: the practice of Renaissance Italian cities buying and selling neighboring towns within Italy and across the Mediterranean. Drawing on a wealth of archival sources including promissory notes, diplomatic reports, treaties, public council debates, private letters, chronicles, funeral orations, civic rituals, poetry, prose, and manuscript illuminations from Italy and beyond, this book shows how all levels of Italian society made territorial conquest legible by means of the language, customs, and practices of commerce and the marketplace

Leviathan for Sale examines for the first time the market for city-states: the practice of Renaissance Italian cities buying and selling neighboring towns within Italy and across the Mediterranean. Drawing on a wealth of archival sources including promissory notes, diplomatic reports, treaties, public council debates, private letters, chronicles, funeral orations, civic rituals, poetry, prose, and manuscript illuminations from Italy and beyond, this book shows how all levels of Italian society made territorial conquest legible by means of the language, customs, and practices of commerce and the marketplace

No

Leviathan for Sale does not relate to DEI as it explores the market for city-states in Renaissance Italy rather than the issues of diversity, equity, and inclusion.

No. Leviathan for Sale does not relate to DEI as it explores the market for city-states in Renaissance Italy rather than the issues of diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My project measures the impact of American culture and ideals, especially that of Christianity, and their integration into social and political reconstruction during the Allied occupation of Japan. I argue that even though American leaders never implemented an official Christianization policy, there was in fact such a program in practice, one that shaped democratization in direct and indirect ways. I focus my study on five groups who shaped the contours of a democratized Japan: American politicians and military personnel; Christian missionaries and Japanese parishes; members of the Civil Censorship Detachment, which included Japanese and Japanese-American personnel; Japanese writers, filmmakers, and publishers; and Japanese politicians. Each navigated competing visions of democracy, communism, and Christianity by forging complex and often counterintuitive allegiances, revealing the intentional and subconscious work of social, political, and religious ideologies in shaping a democracy.

My project measures the impact of American culture and ideals, especially that of Christianity, and their integration into social and political reconstruction during the Allied occupation of Japan. I argue that even though American leaders never implemented an official Christianization policy, there was in fact such a program in practice, one that shaped democratization in direct and indirect ways. I focus my study on five groups who shaped the contours of a democratized Japan: American politicians and military personnel; Christian missionaries and Japanese parishes; members of the Civil Censorship Detachment, which included Japanese and Japanese-American personnel; Japanese writers, filmmakers, and publishers; and Japanese politicians. Each navigated competing visions of democracy, communism, and Christianity by forging complex and often counterintuitive allegiances, revealing the intentional and subconscious work of social, political, and religious ideologies in shaping a democracy.

No

This project focuses on the impact of American culture and ideals, specifically Christianity, in post-WWII Japan but does not directly relate to DEI.

No. This project focuses on the impact of American culture and ideals, specifically Christianity, in post-WWII Japan but does not directly relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.<em>Shape Shifting Performance</em> (SSP) will be an interactive and multilingual digital publication that explores transformational performance practices based on Indigenous theories of incessant change. The platform adds decisive non-Western analyses to theories of transformation. In Mesoamerican metaphysics, everything is alive and interconnected. The cosmos consists of energies linking and transforming all that exists. Thus Mesoamerican epistemology powerfully expands beyond Western theories of drama. SSP focuses on the prolific performance work of Jesusa Rodríguez (b. Mexico, 1955). From her 1999 essay "Nahualismo: An Aztec Acting Method," Jesusa examines, adapts, and applies performance practices from pre-contact Mesoamerican philosophy. Her work demonstrates that shape shifting is more than an artistic practice. It is a way of being, knowing, surviving, and acting in the world.

<em>Shape Shifting Performance</em> (SSP) will be an interactive and multilingual digital publication that explores transformational performance practices based on Indigenous theories of incessant change. The platform adds decisive non-Western analyses to theories of transformation. In Mesoamerican metaphysics, everything is alive and interconnected. The cosmos consists of energies linking and transforming all that exists. Thus Mesoamerican epistemology powerfully expands beyond Western theories of drama. SSP focuses on the prolific performance work of Jesusa Rodríguez (b. Mexico, 1955). From her 1999 essay "Nahualismo: An Aztec Acting Method," Jesusa examines, adapts, and applies performance practices from pre-contact Mesoamerican philosophy. Her work demonstrates that shape shifting is more than an artistic practice. It is a way of being, knowing, surviving, and acting in the world.

Yes

SSP explores Indigenous theories of transformational performance practices, adding non-Western analyses to theories of transformation. It expands beyond Western theories of drama.

Yes. SSP explores Indigenous theories of transformational performance practices, adding non-Western analyses to theories of transformation. It expands beyond Western theories of drama.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Superintending Conquest recovers the story of the St. Louis Superintendency (SLS), the institution responsible for managing US-Indian affairs in the Missouri River valley from 1804 to 1859. The book integrates archival research with historical GIS to trace this organization's obscure biography through the string of surprisingly well-known events it affected as it seized more than 100 million acres of Native land by treaty. Historians know these events—from the Lewis and Clark Expedition to Bleeding Kansas—as textbook episodes of national history. This project reconstitutes them as chapters in the life of the SLS, which together reveal how the pursuit of Native land shaped what the United States became. The result will be a new history and geography of US expansion that foregrounds Native dispossession and deepens our understanding of how the United States operated as a colonizing power.

Superintending Conquest recovers the story of the St. Louis Superintendency (SLS), the institution responsible for managing US-Indian affairs in the Missouri River valley from 1804 to 1859. The book integrates archival research with historical GIS to trace this organization's obscure biography through the string of surprisingly well-known events it affected as it seized more than 100 million acres of Native land by treaty. Historians know these events—from the Lewis and Clark Expedition to Bleeding Kansas—as textbook episodes of national history. This project reconstitutes them as chapters in the life of the SLS, which together reveal how the pursuit of Native land shaped what the United States became. The result will be a new history and geography of US expansion that foregrounds Native dispossession and deepens our understanding of how the United States operated as a colonizing power.

Yes

Superintending Conquest explores how the St. Louis Superintendency, an institution managing US-Indian affairs, led to Native dispossession and US colonization.

Yes. Superintending Conquest explores how the St. Louis Superintendency, an institution managing US-Indian affairs, led to Native dispossession and US colonization.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Black Panther Oakland Community School Digital Memory Book Project is a multimedia digital humanities project designed to present the most comprehensive history available about the little-known, award-winning elementary-level educational institution that began in 1971 as a community program of the Black Panther Party for Self-Defense (BPP) and closed in 1982. It incorporates the images and first-person narratives of former students, teachers, staff, parents, and community participants of the Oakland Community School (OCS). Oral histories, rare photographs, music, and school publications document OCS's uniqueness and help audiences understand that the comprehensive OCS educational experience extends beyond curricular content. OCS was community-designed, community-built, and community-operated. A digital representation of the community humanizes this history and expands our knowledge of the BPP's broad community outreach and legacy, reframing the history of the BPP itself.

The Black Panther Oakland Community School Digital Memory Book Project is a multimedia digital humanities project designed to present the most comprehensive history available about the little-known, award-winning elementary-level educational institution that began in 1971 as a community program of the Black Panther Party for Self-Defense (BPP) and closed in 1982. It incorporates the images and first-person narratives of former students, teachers, staff, parents, and community participants of the Oakland Community School (OCS). Oral histories, rare photographs, music, and school publications document OCS's uniqueness and help audiences understand that the comprehensive OCS educational experience extends beyond curricular content. OCS was community-designed, community-built, and community-operated. A digital representation of the community humanizes this history and expands our knowledge of the BPP's broad community outreach and legacy, reframing the history of the BPP itself.

Yes

The Black Panther Oakland Community School Digital Memory Book Project explores the history and legacy of the Black Panther Party's community education initiative.

Yes. The Black Panther Oakland Community School Digital Memory Book Project explores the history and legacy of the Black Panther Party's community education initiative. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This will be the first book to tell the story of City Lights Books in San Francisco, an institution that has exerted a palpable, significant, and not always adequately recognized, influence on American literature, culture, and politics for the past seven decades (and counting). City Lights not only circulates books but also publishes them: from Allen Ginsberg's groundbreaking <em>Howl</em> (1956) to mimi tempestt's <em>The Delicacy of Embracing Spirals</em> (2023), it has produced poetry, fiction, and criticism that has reshaped American letters. City Lights deserves a book-length history comparable to those recently offered for similarly influential American institutions such as the Stonewall Inn or the <em>Village Voice</em>. In addition to offering an overdue history of City Lights, my book also aims at something especially urgent for our own moment: it shows the role that independent bookstores play in protecting freedom of expression and even democracy itself. 

This will be the first book to tell the story of City Lights Books in San Francisco, an institution that has exerted a palpable, significant, and not always adequately recognized, influence on American literature, culture, and politics for the past seven decades (and counting). City Lights not only circulates books but also publishes them: from Allen Ginsberg's groundbreaking <em>Howl</em> (1956) to mimi tempestt's <em>The Delicacy of Embracing Spirals</em> (2023), it has produced poetry, fiction, and criticism that has reshaped American letters. City Lights deserves a book-length history comparable to those recently offered for similarly influential American institutions such as the Stonewall Inn or the <em>Village Voice</em>. In addition to offering an overdue history of City Lights, my book also aims at something especially urgent for our own moment: it shows the role that independent bookstores play in protecting freedom of expression and even democracy itself. 

No

This description does not directly relate to DEI. It focuses on the history and impact of City Lights Books and the role of independent bookstores.

No. This description does not directly relate to DEI. It focuses on the history and impact of City Lights Books and the role of independent bookstores.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Many people live surrounded by mass-produced souvenirs that replicate famous places and events, from Colosseum magnets and Statue of Liberty figurines to Taylor Swift Eras tour bracelets. It is easy to dismiss these objects as cheap imitations of the places and events they represent. Labels such as tchotchke belittle souvenirs' significance in contrast to what supposedly matters: the "original." Yet souvenirs are neither trivial nor strictly modern. Throughout history, they have shaped perceptions of places, people, and events. They are vital to shaping how we come to know our world, its social institutions, and our relationships within these structures—processes never more important than in times before mass media and mass literacy, when visual communication was essential. Drawing on examples from antiquity to the present, I investigate how souvenirs construct the cultural meaning of places, events, and people and implicate fundamental questions about replication and authenticity.

Many people live surrounded by mass-produced souvenirs that replicate famous places and events, from Colosseum magnets and Statue of Liberty figurines to Taylor Swift Eras tour bracelets. It is easy to dismiss these objects as cheap imitations of the places and events they represent. Labels such as tchotchke belittle souvenirs' significance in contrast to what supposedly matters: the "original." Yet souvenirs are neither trivial nor strictly modern. Throughout history, they have shaped perceptions of places, people, and events. They are vital to shaping how we come to know our world, its social institutions, and our relationships within these structures—processes never more important than in times before mass media and mass literacy, when visual communication was essential. Drawing on examples from antiquity to the present, I investigate how souvenirs construct the cultural meaning of places, events, and people and implicate fundamental questions about replication and authenticity.

No

This description does not directly relate to DEI. It focuses on the cultural and historical significance of souvenirs.

No. This description does not directly relate to DEI (Diversity, Equity, and Inclusion). It focuses on the cultural and historical significance of souvenirs.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.There is little written history about Imperial Sugar or Sugar Land, and there are few places where one could learn about their relationship to Texas prisons. Two questions in particular stand out as central to understanding the significance of the discovery: 1) what can the discovered graves help us uncover about the historical relationship between corporations, state institutions, and city infrastructures?; and 2) what does this history teach us about the ongoing significance of these relationships relative to understanding how violence and care shape our everyday lives through commodities like sugar? While we commonly think of sugar as something that we consume, The Carceral Life of Sugar asks us to think about sugar as something that also captures: bodies, land, and our very imaginations.

There is little written history about Imperial Sugar or Sugar Land, and there are few places where one could learn about their relationship to Texas prisons. Two questions in particular stand out as central to understanding the significance of the discovery: 1) what can the discovered graves help us uncover about the historical relationship between corporations, state institutions, and city infrastructures?; and 2) what does this history teach us about the ongoing significance of these relationships relative to understanding how violence and care shape our everyday lives through commodities like sugar? While we commonly think of sugar as something that we consume, The Carceral Life of Sugar asks us to think about sugar as something that also captures: bodies, land, and our very imaginations.

Yes    The mentioned questions highlight aspects of the historical relationship between corporations, state institutions, and city infrastructures, which are central to understanding DEI issues.

Yes. The mentioned questions highlight aspects of the historical relationship between corporations, state institutions, and city infrastructures, which are central to understanding DEI issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book chronicles the profound transformations in American sports culture from the mid-1950s to the mid-1970s. It centers the experiences of a diverse cast of nonfiction writers who confronted the twin challenges of the civil rights movement and the rise of televised sports. These writers helped shape the meaning of modern sports.

This book chronicles the profound transformations in American sports culture from the mid-1950s to the mid-1970s. It centers the experiences of a diverse cast of nonfiction writers who confronted the twin challenges of the civil rights movement and the rise of televised sports. These writers helped shape the meaning of modern sports.

Yes    The book explores the intersection of sports, civil rights, and media, highlighting the contributions of diverse nonfiction writers.

Yes. The book explores the intersection of sports, civil rights, and media, highlighting the contributions of diverse nonfiction writers. #DEI

"Twinkle, Twinkle: Female Literary Ambition, Male Genius, and the Most Famous Poet You've Never Heard Of" tells the story of Jane Taylor (1783-1824), author of the world's best-known children's verse. Taylor wrote when poetry as a genre was at its zenith and when male poets confidently espoused their own brilliance. When reviewers praised the highly original poems in her "Essays in Rhyme, on Morals and Manners" (1816), Taylor seemed poised for artistic liftoff, but she wound up being known for only "Twinkle, twinkle, little star," the first stanza of her poem "The Star." Through archival detective work, I extract Jane Taylor from the cotton batting of Victorian biographies that depicted this complex writer as a model of bland rectitude. I also tell a larger story about the constraints placed on female ambition. By paying close attention to a beloved poem and following its author across the full sweep of her career, I reveal why the poem, but not the woman, achieved lasting renown.

"Twinkle, Twinkle: Female Literary Ambition, Male Genius, and the Most Famous Poet You've Never Heard Of" tells the story of Jane Taylor (1783-1824), author of the world's best-known children's verse. Taylor wrote when poetry as a genre was at its zenith and when male poets confidently espoused their own brilliance. When reviewers praised the highly original poems in her "Essays in Rhyme, on Morals and Manners" (1816), Taylor seemed poised for artistic liftoff, but she wound up being known for only "Twinkle, twinkle, little star," the first stanza of her poem "The Star." Through archival detective work, I extract Jane Taylor from the cotton batting of Victorian biographies that depicted this complex writer as a model of bland rectitude. I also tell a larger story about the constraints placed on female ambition. By paying close attention to a beloved poem and following its author across the full sweep of her career, I reveal why the poem, but not the woman, achieved lasting renown.

Yes    The Jane Taylor biography explores gender bias in literary recognition.

Yes. The Jane Taylor biography explores gender bias in literary recognition.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.<em>Mere Detention</em> uncovers more than two hundred years of struggle between prisoners, gaolers, political authorities, and reformers over what could be done to or by people who were locked up for reasons other than being punished for a crime. Although there was a well-established premodern axiom that prisons were for custody only, what that meant was at the time (and to later historians) highly unclear. This book project illuminates the experience of early modern imprisonment, uncovers activism by prisoners occurring long before the age of prison reform, and tries to account historically for the emergence of the conceptual distinction between detention and punishment in the 18th century: whose purposes did it serve, why was it so elusive in its practical application, and what are the consequences of that elusiveness?

<em>Mere Detention</em> uncovers more than two hundred years of struggle between prisoners, gaolers, political authorities, and reformers over what could be done to or by people who were locked up for reasons other than being punished for a crime. Although there was a well-established premodern axiom that prisons were for custody only, what that meant was at the time (and to later historians) highly unclear. This book project illuminates the experience of early modern imprisonment, uncovers activism by prisoners occurring long before the age of prison reform, and tries to account historically for the emergence of the conceptual distinction between detention and punishment in the 18th century: whose purposes did it serve, why was it so elusive in its practical application, and what are the consequences of that elusiveness?

No    This book project does not directly relate to DEI as it focuses on the historical aspects of imprisonment and the emergence of the detention-punishment distinction.

No. This book project does not directly relate to DEI as it focuses on the historical aspects of imprisonment and the emergence of the detention-punishment distinction.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This is a scholarly book, bringing together literatures from the Indian Ocean and Caribbean to make the case that, via literary aesthetics, they are able to reimagine a decolonial geography in ways that theoretical and historical narratives cannot.

This is a scholarly book, bringing together literatures from the Indian Ocean and Caribbean to make the case that, via literary aesthetics, they are able to reimagine a decolonial geography in ways that theoretical and historical narratives cannot.

No    This initiative does not directly relate to DEI as it focuses on interdisciplinary literary aesthetics rather than issues of diversity, equity, and inclusion.

No. This initiative does not directly relate to DEI as it focuses on interdisciplinary literary aesthetics rather than issues of diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Illusionism about consciousness is on the march: the view that our beliefs about consciousness are illusory is spreading from the halls of academia to popular media. This view is an attack on the last vestige of the premodern concept of the mind. I propose to write a book about how modernity led us away from thinking of ourselves as immortal souls created by God to be free and creative in ways no mere mechanism could be, to rule nature and be exempt from the laws of nature, to an understanding of the mind stripped of just about every feature that once assured us of our unique role and importance, one that denies the reality of even the most intimately known, and central feature of the mind, consciousness. I will argue that the developments in science that led to a radical change in our view of ourselves do not justify this last step. Consciousness denial is not only wrong on theoretical grounds but is morally harmful.

Illusionism about consciousness is on the march: the view that our beliefs about consciousness are illusory is spreading from the halls of academia to popular media. This view is an attack on the last vestige of the premodern concept of the mind. I propose to write a book about how modernity led us away from thinking of ourselves as immortal souls created by God to be free and creative in ways no mere mechanism could be, to rule nature and be exempt from the laws of nature, to an understanding of the mind stripped of just about every feature that once assured us of our unique role and importance, one that denies the reality of even the most intimately known, and central feature of the mind, consciousness. I will argue that the developments in science that led to a radical change in our view of ourselves do not justify this last step. Consciousness denial is not only wrong on theoretical grounds but is morally harmful.

No    This description does not directly relate to DEI as it primarily discusses a philosophical perspective on consciousness and its implications on our understanding of the mind, rather than issues related to diversity, equity, or inclusivity.

No. This description does not directly relate to DEI (Diversity, Equity, and Inclusion) as it primarily discusses a philosophical perspective on consciousness and its implications on our understanding of the mind, rather than issues related to diversity, equity, or inclusivity.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.“Eye of the Storm: Hurricane María in Puerto Rican Cultural Production” will be the first scholarly monograph to focus on post-Hurricane María Puerto Rican literary and cultural expressions. I show how these play a crucial role by providing a counter-narrative to the dehumanizing rhetoric of the local and federal governments. By examining the representation of the hurricane in literature and other art forms, I aim to untangle the links between colonialism, anti-Blackness, disaster capitalism, climate change, and migration.

“Eye of the Storm: Hurricane María in Puerto Rican Cultural Production” will be the first scholarly monograph to focus on post-Hurricane María Puerto Rican literary and cultural expressions. I show how these play a crucial role by providing a counter-narrative to the dehumanizing rhetoric of the local and federal governments. By examining the representation of the hurricane in literature and other art forms, I aim to untangle the links between colonialism, anti-Blackness, disaster capitalism, climate change, and migration.

No    This monograph focuses on post-Hurricane MarÃa Puerto Rican cultural expressions and does not specifically address DEI.

No. This monograph focuses on post-Hurricane MarÃa Puerto Rican cultural expressions and does not specifically address DEI.

This project will provide the first book length analysis of a global survey of involuntary African indentured labor, known historically as "Liberated Africans," which I conducted and completed in June 2023. My assessment of the survey data alters the perception of the demise of slavery during the Age of Abolition because 1) there were, in fact, higher degrees of government complicity in indenturing "freed" people removed from the slave trade than previously recognized; and 2) there remain significant and unaccounted for narratives that reveal stories of enslavement under the guise of "liberation." This proposed book challenges the existing scholarship to show that at least eighteen nations, not just Britain, benefited from slave trade blockades by exploiting over 700,000 "Liberated Africans" globally. It is a quantitative, spatial, and chronological analysis of the suppression of the slave trade, with a qualitative interpretation that pays particular attention to victim experiences.

This project will provide the first book length analysis of a global survey of involuntary African indentured labor, known historically as "Liberated Africans," which I conducted and completed in June 2023. My assessment of the survey data alters the perception of the demise of slavery during the Age of Abolition because 1) there were, in fact, higher degrees of government complicity in indenturing "freed" people removed from the slave trade than previously recognized; and 2) there remain significant and unaccounted for narratives that reveal stories of enslavement under the guise of "liberation." This proposed book challenges the existing scholarship to show that at least eighteen nations, not just Britain, benefited from slave trade blockades by exploiting over 700,000 "Liberated Africans" globally. It is a quantitative, spatial, and chronological analysis of the suppression of the slave trade, with a qualitative interpretation that pays particular attention to victim experiences.

Yes    The Liberated Africans study examines historical racial exploitation and labor injustices.

Yes. The Liberated Africans study examines historical racial exploitation and labor injustices.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Philosophers have been slow to recover the voices of women in the history of natural philosophy, or what we now call "science." Among the earliest women working in natural philosophy was the 17th century philosopher, Margaret Cavendish. My book, <em>Cavendish's Observations Upon Experimental Philosophy and Blazing World: a Guide </em>(under contract with Oxford University Press) will contribute to Cavendish scholarship in three ways. First, by providing the scientific context of her work, it makes Cavendish's contributions to natural philosophy more accessible to readers. Second, it reunites her science fiction work, <em>Blazing World</em>, with her <em>Observations Upon Experimental Philosophy </em>and gives an interpretation that illuminates their connections. Finally, it illustrates the ways women philosophers contributed to the development and understanding of science thereby expanding our narrative of the scientific revolution.

Philosophers have been slow to recover the voices of women in the history of natural philosophy, or what we now call "science." Among the earliest women working in natural philosophy was the 17th century philosopher, Margaret Cavendish. My book, <em>Cavendish's Observations Upon Experimental Philosophy and Blazing World: a Guide </em>(under contract with Oxford University Press) will contribute to Cavendish scholarship in three ways. First, by providing the scientific context of her work, it makes Cavendish's contributions to natural philosophy more accessible to readers. Second, it reunites her science fiction work, <em>Blazing World</em>, with her <em>Observations Upon Experimental Philosophy </em>and gives an interpretation that illuminates their connections. Finally, it illustrates the ways women philosophers contributed to the development and understanding of science thereby expanding our narrative of the scientific revolution.

Yes    This book highlights the contributions of a woman philosopher, Margaret Cavendish, to natural philosophy, expanding the narrative of the scientific revolution.

Yes. This book highlights the contributions of a woman philosopher, Margaret Cavendish, to natural philosophy, expanding the narrative of the scientific revolution. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The NEH Award will provide a junior sabbatical (12 months of full-time work) to complete the last chapter of my book. Medical forensic exams for sexual assault (commonly known as "rape kits") often produce ambiguous evidence or fail to produce any evidence at all – what I call the knowledge problem of rape kits. I will conduct content analysis of published literature in U.S. emergency medicine and global humanitarian aid to trace how measurement techniques, injury classification systems, and standards for clinical practice evolved over time. I will interview study authors to confirm what was known about the likelihood of clinical findings at different points in time and in different geopolitical contexts. I will conduct interviews with aid workers to assess COVID impacts on post-rape care. The book will bring a necessary humanistic lens to urgent and often abstract policy debates about the use of rape kits as evidence by centering the politics of knowledge in post-rape care.

The NEH Award will provide a junior sabbatical (12 months of full-time work) to complete the last chapter of my book. Medical forensic exams for sexual assault (commonly known as "rape kits") often produce ambiguous evidence or fail to produce any evidence at all – what I call the knowledge problem of rape kits. I will conduct content analysis of published literature in U.S. emergency medicine and global humanitarian aid to trace how measurement techniques, injury classification systems, and standards for clinical practice evolved over time. I will interview study authors to confirm what was known about the likelihood of clinical findings at different points in time and in different geopolitical contexts. I will conduct interviews with aid workers to assess COVID impacts on post-rape care. The book will bring a necessary humanistic lens to urgent and often abstract policy debates about the use of rape kits as evidence by centering the politics of knowledge in post-rape care.

Yes

The research will explore the evolution of medical forensic exams for sexual assault, centering the politics of knowledge and bringing a humanistic lens to policy debates. This is relevant to DEI.

Yes. The research will explore the evolution of medical forensic exams for sexual assault, centering the politics of knowledge and bringing a humanistic lens to policy debates. This is relevant to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My project is a critical edition of the first cookery in the English language, <em>The Forme of Cury </em>(<em>c.</em>1390). This is the first edition of the cookbook to appear in 40 years and the first to use the oldest and most complete copy, University of Manchester, Rylands MS English 7 as a base-text. Many early English manuscripts overlap with <em>The Forme of Cury</em>, but similar content, layout, and decoration in the 3 other selected witnesses (British Library Add 5016; Morgan B.36; Samuel Pegge's 1780 print edition) makes clear that these are the best (if not only) copies of<em> The Forme of Cury</em> as we have inherited it. A truly critical edition requires orientation in the textual tradition it enacts as well as a reconstruction of the narrative behind it. This narrative is at the heart of humanistic study; it brings us into contact with human experience, intention, and interpretation. To date, there is no published inquiry into this cookery's narrative or purpose. My edition intends to fill that gap.

My project is a critical edition of the first cookery in the English language, <em>The Forme of Cury </em>(<em>c.</em>1390). This is the first edition of the cookbook to appear in 40 years and the first to use the oldest and most complete copy, University of Manchester, Rylands MS English 7 as a base-text. Many early English manuscripts overlap with <em>The Forme of Cury</em>, but similar content, layout, and decoration in the 3 other selected witnesses (British Library Add 5016; Morgan B.36; Samuel Pegge's 1780 print edition) makes clear that these are the best (if not only) copies of<em> The Forme of Cury</em> as we have inherited it. A truly critical edition requires orientation in the textual tradition it enacts as well as a reconstruction of the narrative behind it. This narrative is at the heart of humanistic study; it brings us into contact with human experience, intention, and interpretation. To date, there is no published inquiry into this cookery's narrative or purpose. My edition intends to fill that gap.

No

This project does not directly relate to DEI as it focuses on the critical edition and narrative reconstruction of a historical cookbook.

No. This project does not directly relate to DEI as it focuses on the critical edition and narrative reconstruction of a historical cookbook.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This research will advance the documentation of Ticuna (ISO: tca; isolate; Peru, Colombia, Brazil), one of the most widely spoken Indigenous languages of the Amazon Basin, by creating new language infrastructure. The researcher will author the first comprehensive grammatical description of Ticuna, paired with a non-technical grammar guide aimed at Ticuna teachers. The comprehensive description will allow comparative studies to include data from this major regional language, while the non-technical guide will advance the audience's structural understanding of their own language and support their creation of future student-facing materials. Both research products will be based on Ticuna language materials collected by the researcher during previous fieldwork in Peru. This collection – including over 1,200 hours of recordings, 45 hours of transcription, and 800 pages of fieldnotes – is publicly available online via the California Language Archive.

This research will advance the documentation of Ticuna (ISO: tca; isolate; Peru, Colombia, Brazil), one of the most widely spoken Indigenous languages of the Amazon Basin, by creating new language infrastructure. The researcher will author the first comprehensive grammatical description of Ticuna, paired with a non-technical grammar guide aimed at Ticuna teachers. The comprehensive description will allow comparative studies to include data from this major regional language, while the non-technical guide will advance the audience's structural understanding of their own language and support their creation of future student-facing materials. Both research products will be based on Ticuna language materials collected by the researcher during previous fieldwork in Peru. This collection – including over 1,200 hours of recordings, 45 hours of transcription, and 800 pages of fieldnotes – is publicly available online via the California Language Archive.

Yes

This research advances DEI by documenting the Ticuna language, supporting Indigenous language preservation, and providing resources for Ticuna teachers and students.

Yes. This research advances DEI by documenting the Ticuna language, supporting Indigenous language preservation, and providing resources for Ticuna teachers and students.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A journalist, narrative nonfiction writer, and lyric essayist, I use the case study of a 1962 temple theft to explore the cultural landscape in the US and India that led to a flourishing trade in antiquities that implicated America's top museums and most esteemed art collectors. My project joins hard-nosed reporting, reflection, travel writing, readings in art and philosophy, and a probing mindset about the future of museums. Central to my inquiry is the question, Who owns objects? With subject matter ranging from the esoteric to the political to an embrace of 1960s Bollywood and popular culture, I take a long view on the news of the moment. Today's repatriation fever reproduces a history in which fiefdoms fought for objects according to conflicting notions of those objects' uses and meanings. Place, scene, history, and ideas help me circle toward a new understanding of what happened, why, and why we must interrogate this past in order to arrive at a framework for the future.

A journalist, narrative nonfiction writer, and lyric essayist, I use the case study of a 1962 temple theft to explore the cultural landscape in the US and India that led to a flourishing trade in antiquities that implicated America's top museums and most esteemed art collectors. My project joins hard-nosed reporting, reflection, travel writing, readings in art and philosophy, and a probing mindset about the future of museums. Central to my inquiry is the question, Who owns objects? With subject matter ranging from the esoteric to the political to an embrace of 1960s Bollywood and popular culture, I take a long view on the news of the moment. Today's repatriation fever reproduces a history in which fiefdoms fought for objects according to conflicting notions of those objects' uses and meanings. Place, scene, history, and ideas help me circle toward a new understanding of what happened, why, and why we must interrogate this past in order to arrive at a framework for the future.

No — This description does not explicitly relate to DEI as it does not mention or discuss issues related to diversity, equity, and inclusion.

No. This description does not explicitly relate to DEI as it does not mention or discuss issues related to diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Black Resistance: Family, Gender, and Slave Politics in Denmark Vesey's Conspiracy" is a history that interrogates the silences in the archive on Black women and Vesey's conspiracy. The preliminary arguments presented in this study are twofold. First, the ways in which Black women waged their political battles against slavery in South Carolina was informed by slave politics. Second, the genesis of the insurrection had its origins in community resistance strategies that enslaved women established. Slave politics or the politics of the unfree operated outside of the electoral arena and functioned in tandem with cultural politics and movement politics of the abolitionist movement. Ultimately, slave politics of Charleston and surrounding areas allowed the conspiracy to grow and thrive and African American women were facilitators in keeping the secrets of the conspiracy in its planning and afterlife.

Black Resistance: Family, Gender, and Slave Politics in Denmark Vesey's Conspiracy" is a history that interrogates the silences in the archive on Black women and Vesey's conspiracy. The preliminary arguments presented in this study are twofold. First, the ways in which Black women waged their political battles against slavery in South Carolina was informed by slave politics. Second, the genesis of the insurrection had its origins in community resistance strategies that enslaved women established. Slave politics or the politics of the unfree operated outside of the electoral arena and functioned in tandem with cultural politics and movement politics of the abolitionist movement. Ultimately, slave politics of Charleston and surrounding areas allowed the conspiracy to grow and thrive and African American women were facilitators in keeping the secrets of the conspiracy in its planning and afterlife.

Yes — "Black Resistance" examines the role of Black women in Denmark Vesey's conspiracy and how their political battles against slavery were informed by slave politics. It highlights the contributions of African American women in the planning and perpetuation of the conspiracy.

Yes. "Black Resistance" examines the role of Black women in Denmark Vesey's conspiracy and how their political battles against slavery were informed by slave politics. It highlights the contributions of African American women in the planning and perpetuation of the conspiracy.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A Lethal Education charts the rise and reforms of the Native American boarding school system in the U.S. between 1819 and 1934. Battles being waged by the federal government over Native American sovereignty shifted to the classroom. For over 150 years, officials took guardianship of Native American youth and sent them to schools established to 'civilize' them. A Lethal Education uncovers that the schools were far more lethal than previously known, killing thousands of Native American students while leaving shattered families and communities in their wake. Revealing this mortality sheds light on a dark part of Native American and U.S. history while making visible lives erased by unscrupulous bureaucrats. Though the project's portable methodology and empirical data will benefit scholars across the humanities, it will have ramifications for boarding school survivors, congresspeople and senators, judges, social welfare organizations, school boards, and the public.

A Lethal Education charts the rise and reforms of the Native American boarding school system in the U.S. between 1819 and 1934. Battles being waged by the federal government over Native American sovereignty shifted to the classroom. For over 150 years, officials took guardianship of Native American youth and sent them to schools established to 'civilize' them. A Lethal Education uncovers that the schools were far more lethal than previously known, killing thousands of Native American students while leaving shattered families and communities in their wake. Revealing this mortality sheds light on a dark part of Native American and U.S. history while making visible lives erased by unscrupulous bureaucrats. Though the project's portable methodology and empirical data will benefit scholars across the humanities, it will have ramifications for boarding school survivors, congresspeople and senators, judges, social welfare organizations, school boards, and the public.

Yes — A Lethal Education sheds light on the dark history of Native American boarding schools, revealing their lethal impact. It relates to DEI by addressing the erasure of lives and the need for awareness in education systems.

Yes. A Lethal Education sheds light on the dark history of Native American boarding schools, revealing their lethal impact. It relates to DEI by addressing the erasure of lives and the need for awareness in education systems.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project examines the history of the German manufacturer Braun and its canonical design style. Braun was a global pioneer in the use of modernist design in mass-produced consumer products, and the firm's designs are held in museum collections around the world. Drawing on extensive archival research, I reconstruct the company's troubling record during the National Socialist era, and I argue that its branding efforts and military production during World War II enabled its postwar success. My project contributes to scholarly and public debates about the tensions between past and present that shaped West Germany's first decades, and it transforms the history of a design style that remains influential today. My project enriches the humanities through its study of design as an important way of establishing cultural values.

This project examines the history of the German manufacturer Braun and its canonical design style. Braun was a global pioneer in the use of modernist design in mass-produced consumer products, and the firm's designs are held in museum collections around the world. Drawing on extensive archival research, I reconstruct the company's troubling record during the National Socialist era, and I argue that its branding efforts and military production during World War II enabled its postwar success. My project contributes to scholarly and public debates about the tensions between past and present that shaped West Germany's first decades, and it transforms the history of a design style that remains influential today. My project enriches the humanities through its study of design as an important way of establishing cultural values.

No — This project focuses on the history of a design style and its impact on postwar Germany. It does not directly relate to DEI.

No. This project focuses on the history of a design style and its impact on postwar Germany. It does not directly relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.'The Peacekeeping Project: An International and Military History of the United Nations' offers the first archive-based monograph on the history of UN peacekeeping up to the 1990s. Beginning with the legacies of the League of Nations, my research traces the genealogy of peacekeeping to its invention and its eventual transformation into a coherent international project. Through transnational organizing and advocacy, UN officials, military peacekeepers, diplomats, aid workers, and scholars fused the UN's military activities with its humanitarian, human rights, and development agendas. This manuscript reveals the centrality of the United Nations in the post-1945 international order not only as a forum for diplomacy or as a humanitarian enabler, but as an international actor with a surprisingly influential global military presence.

'The Peacekeeping Project: An International and Military History of the United Nations' offers the first archive-based monograph on the history of UN peacekeeping up to the 1990s. Beginning with the legacies of the League of Nations, my research traces the genealogy of peacekeeping to its invention and its eventual transformation into a coherent international project. Through transnational organizing and advocacy, UN officials, military peacekeepers, diplomats, aid workers, and scholars fused the UN's military activities with its humanitarian, human rights, and development agendas. This manuscript reveals the centrality of the United Nations in the post-1945 international order not only as a forum for diplomacy or as a humanitarian enabler, but as an international actor with a surprisingly influential global military presence.

No — This description focuses on the historical and military aspects of UN peacekeeping, rather than the DEI principles.

No. This description focuses on the historical and military aspects of UN peacekeeping, rather than the DEI principles.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My book project narrates how activists fought the convergence of HIV/AIDS and incarceration from inside and outside prisons across the Reagan through Clinton years and argues that this organizing holds legacies in the prison abolition movement of the 1990s to today. Drawing on archival and community engaged research and oral history, I examine how incarcerated people organized HIV education and AIDS care work and how supporters collaborated in protest and advocacy campaigns. The movement prolonged lives, changed policies, and confronted state-sanctioned harms with strategies for a freer and healthier society. I argue that by fighting HIV/AIDS in prisons, activists came to confront incarceration itself, bringing feminist and queer insights into prison abolition. My book will be of interest to scholars of history, gender and LGBTQ studies, and the medical humanities and to general readers interested in incarceration, abolition, and the impacts of HIV/AIDS and other pandemics.

My book project narrates how activists fought the convergence of HIV/AIDS and incarceration from inside and outside prisons across the Reagan through Clinton years and argues that this organizing holds legacies in the prison abolition movement of the 1990s to today. Drawing on archival and community engaged research and oral history, I examine how incarcerated people organized HIV education and AIDS care work and how supporters collaborated in protest and advocacy campaigns. The movement prolonged lives, changed policies, and confronted state-sanctioned harms with strategies for a freer and healthier society. I argue that by fighting HIV/AIDS in prisons, activists came to confront incarceration itself, bringing feminist and queer insights into prison abolition. My book will be of interest to scholars of history, gender and LGBTQ studies, and the medical humanities and to general readers interested in incarceration, abolition, and the impacts of HIV/AIDS and other pandemics.

No — This book project focuses on the history of HIV/AIDS activism and the impact on incarceration, but it does not specifically address DEI.

No. This book project focuses on the history of HIV/AIDS activism and the impact on incarceration, but it does not specifically address DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Despite the long history of the violin in Black American music and the many African American violinists and fiddlers who shaped the instrument, the violin has overwhelmingly been constructed in the popular consciousness as an instrument tied to Whiteness. "Black Violin" is an interdisciplinary and multi-methods book project that uses the violin as a lens through which to reimagine the history of American music. It critically reframes the violin by attending to its integral place in the development of Black music genres; documents a long genealogy of genre-bending African American violinists whose radical innovations in sound and style have been critical, but long ignored; and illuminates how a musical instrument can serve as a powerful conduit of racial epistemology, transformed in the hands of Black musicians.

Despite the long history of the violin in Black American music and the many African American violinists and fiddlers who shaped the instrument, the violin has overwhelmingly been constructed in the popular consciousness as an instrument tied to Whiteness. "Black Violin" is an interdisciplinary and multi-methods book project that uses the violin as a lens through which to reimagine the history of American music. It critically reframes the violin by attending to its integral place in the development of Black music genres; documents a long genealogy of genre-bending African American violinists whose radical innovations in sound and style have been critical, but long ignored; and illuminates how a musical instrument can serve as a powerful conduit of racial epistemology, transformed in the hands of Black musicians.

No — This description explores the history and significance of the violin in Black American music, but it does not directly relate to DEI initiatives.

No. This description explores the history and significance of the violin in Black American music, but it does not directly relate to DEI initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project seeks to offer a history of witch belief and witch persecution in South Asia from the late pre-colonial period through to the consolidation of British colonial power until the end of the nineteenth century. In doing so, it seeks to argue that a key site for the global construction of the category "tribe" and the primitivity attributed to it was early nineteenth-century western India, in which colonial administrators whipped up a campaign to criminalize and stamp out "witch swinging," a name they gave to forms of witch persecution they attributed as stemming from the Bhils they associated with the wooded mountains of the region. Through an immersion in pre-colonial archives, this project shows that witch belief and persecution were not the sole attributes of the Bhils coming into the colonial period. Instead, forces of colonial state formation and elite caste aspirations to be modern fused together to unleash a new career for the witch in modern India.

This project seeks to offer a history of witch belief and witch persecution in South Asia from the late pre-colonial period through to the consolidation of British colonial power until the end of the nineteenth century. In doing so, it seeks to argue that a key site for the global construction of the category "tribe" and the primitivity attributed to it was early nineteenth-century western India, in which colonial administrators whipped up a campaign to criminalize and stamp out "witch swinging," a name they gave to forms of witch persecution they attributed as stemming from the Bhils they associated with the wooded mountains of the region. Through an immersion in pre-colonial archives, this project shows that witch belief and persecution were not the sole attributes of the Bhils coming into the colonial period. Instead, forces of colonial state formation and elite caste aspirations to be modern fused together to unleash a new career for the witch in modern India.

Yes — This project explores the history of witch belief and persecution in South Asia, highlighting the colonial influence in shaping the category of "tribe" and its impact on witch persecution in early nineteenth-century western India.

Yes. This project explores the history of witch belief and persecution in South Asia, highlighting the colonial influence in shaping the category of "tribe" and its impact on witch persecution in early nineteenth-century western India.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.<em>Eye of the Hurricane</em> is a book project focused on the impact of hurricanes on the art and architecture of the Caribbean in the twentieth century. Due to major shifts in climate caused by El Niño-Southern Oscillation, the decade of the 1920s and into the 1930s witnessed the most hurricane activity known in the Caribbean for the past 500 years. Those storms, I argue, allow for critical reassessments of Caribbean visual and spatial cultures, past and future. The built environments and visual works that followed devastating storms in Havana and Miami (1926), San Juan and Guadeloupe (1928), Nassau (1929), and Santo Domingo (1930) demonstrated how Caribbean modernity has constructed "natural disasters" particularly hurricanes and their aftermath. This study contributes to the scholarship of art, architecture, industrial society, and mythmaking in the greater Caribbean in the decades before and after 1900, as it also offers new insight into the cultural politics of climate ruin today.

<em>Eye of the Hurricane</em> is a book project focused on the impact of hurricanes on the art and architecture of the Caribbean in the twentieth century. Due to major shifts in climate caused by El Niño-Southern Oscillation, the decade of the 1920s and into the 1930s witnessed the most hurricane activity known in the Caribbean for the past 500 years. Those storms, I argue, allow for critical reassessments of Caribbean visual and spatial cultures, past and future. The built environments and visual works that followed devastating storms in Havana and Miami (1926), San Juan and Guadeloupe (1928), Nassau (1929), and Santo Domingo (1930) demonstrated how Caribbean modernity has constructed "natural disasters" particularly hurricanes and their aftermath. This study contributes to the scholarship of art, architecture, industrial society, and mythmaking in the greater Caribbean in the decades before and after 1900, as it also offers new insight into the cultural politics of climate ruin today.

No    This project focuses on the impact of hurricanes on art and architecture, but it does not directly relate to DEI issues.

No. This project focuses on the impact of hurricanes on art and architecture, but it does not directly relate to DEI (Diversity, Equity, and Inclusion) issues.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.New technologies are fueling the unprecedented spread of misinformation across social networks. But what makes us so susceptible to misinformation in the first place? Part of answering this question requires a better understanding of why we believe what we do. My project critically examines leading theories in the cognitive and social sciences about our habits of belief formation and susceptibility to misinformation. I aim to construct a more viable alternative, by turning to humanistic scholarship on belief, narrative, and interpretation. My project thus represents a case study for bridging diverse disciplinary approaches to belief, by integrating empirical research with the philosophy of lived experience. The aim is to better understand, and ultimately to overcome, the challenges posed by massive online misinformation—challenges made all the more pressing by the rise of artificial intelligence.

New technologies are fueling the unprecedented spread of misinformation across social networks. But what makes us so susceptible to misinformation in the first place? Part of answering this question requires a better understanding of why we believe what we do. My project critically examines leading theories in the cognitive and social sciences about our habits of belief formation and susceptibility to misinformation. I aim to construct a more viable alternative, by turning to humanistic scholarship on belief, narrative, and interpretation. My project thus represents a case study for bridging diverse disciplinary approaches to belief, by integrating empirical research with the philosophy of lived experience. The aim is to better understand, and ultimately to overcome, the challenges posed by massive online misinformation—challenges made all the more pressing by the rise of artificial intelligence.

No    This project does not explicitly address DEI as it focuses on the spread of misinformation and bridging interdisciplinary approaches.

No. This project does not explicitly address DEI as it focuses on the spread of misinformation and bridging interdisciplinary approaches.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Currently, more than 50 million government-managed migrant workers labor around the globe. NGOs, labor unions, and journalists call these "guest workers" slaves while historians compare them to indentured workers. In contrast, I argue that as these programs were developed in the interwar years and expanded after World War II, migrants and their governments did not understand their own journeys as "free" nor "unfree." Rather, they exchanged the growing capitalist inequalities of their rural lives at home for a different set of capitalist inequalities abroad. They aimed to become modern patriarchs, consumers and cosmopolitans in an age of global prosperity, and agents in their own futures. Three carefully selected case histories from Europe, Africa, and the Americas together chart a larger story of how global transformations in rural economies dovetailed with changing ideas about governance, modernization, and the individual to produce resonant histories in distinct contexts.

Currently, more than 50 million government-managed migrant workers labor around the globe. NGOs, labor unions, and journalists call these "guest workers" slaves while historians compare them to indentured workers. In contrast, I argue that as these programs were developed in the interwar years and expanded after World War II, migrants and their governments did not understand their own journeys as "free" nor "unfree." Rather, they exchanged the growing capitalist inequalities of their rural lives at home for a different set of capitalist inequalities abroad. They aimed to become modern patriarchs, consumers and cosmopolitans in an age of global prosperity, and agents in their own futures. Three carefully selected case histories from Europe, Africa, and the Americas together chart a larger story of how global transformations in rural economies dovetailed with changing ideas about governance, modernization, and the individual to produce resonant histories in distinct contexts.

No    This description does not directly relate to DEI. It focuses on the historical context of government-managed migrant workers and their aspirations, rather than addressing diversity, equity, and inclusion.

No. This description does not directly relate to DEI. It focuses on the historical context of government-managed migrant workers and their aspirations, rather than addressing diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book examines the complicated politics of environmental governance in Antarctica from the 1970s to the early 90s, when negotiations over the future of mining in Antarctica strained the Antarctic Treaty System and stimulated a number of alternative visions for the future of the continent. During those years, the Argentine and Chilean military governments colonized the Antarctic peninsula with civilian settlements to bolster their long-held claims to sovereignty in the region, leaders of the Non-Aligned Movement insisted that Antarctica belonged to the global commons, like the deep seas and outer space, while a rising environmental movement fought to declare the Antarctic a protected World Park. By bringing the high politics of Antarctic governance together with the intimate stories of the people who executed it, the book aims to render complicated matters of environmental governance and global inequality intelligible and compelling to readers within the academy and beyond.

This book examines the complicated politics of environmental governance in Antarctica from the 1970s to the early 90s, when negotiations over the future of mining in Antarctica strained the Antarctic Treaty System and stimulated a number of alternative visions for the future of the continent. During those years, the Argentine and Chilean military governments colonized the Antarctic peninsula with civilian settlements to bolster their long-held claims to sovereignty in the region, leaders of the Non-Aligned Movement insisted that Antarctica belonged to the global commons, like the deep seas and outer space, while a rising environmental movement fought to declare the Antarctic a protected World Park. By bringing the high politics of Antarctic governance together with the intimate stories of the people who executed it, the book aims to render complicated matters of environmental governance and global inequality intelligible and compelling to readers within the academy and beyond.

No | This book discusses the politics of environmental governance in Antarctica, but it does not directly relate to DEI.

No. This book discusses the politics of environmental governance in Antarctica, but it does not directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In the 1970s, American prisoners embarked on a historic push to unionize penal labor and reclassify their work as formal employment with all of the rights and protections that this entails. This expansive movement engaged in struggles with prison administrators, staff, and political actors nationwide. Yet, as their influence grew, so did the opposition they faced. By the decade's end, a series of defeats at negotiation tables and in the courts withered prisoners' ability to assemble against poor conditions and treatment. This set the stage for numerous punitive policy developments to come, including the rise of mass incarceration and the expansion of prison labor systems. Drawing on unique historical data from key prisoner organizations in this era, this project investigates the understudied yet instrumental history of this movement to reframe the nation's captive workforce as not only protected workers but, indeed, as people in the eyes of prison officials, the courts, and the public.

In the 1970s, American prisoners embarked on a historic push to unionize penal labor and reclassify their work as formal employment with all of the rights and protections that this entails. This expansive movement engaged in struggles with prison administrators, staff, and political actors nationwide. Yet, as their influence grew, so did the opposition they faced. By the decade's end, a series of defeats at negotiation tables and in the courts withered prisoners' ability to assemble against poor conditions and treatment. This set the stage for numerous punitive policy developments to come, including the rise of mass incarceration and the expansion of prison labor systems. Drawing on unique historical data from key prisoner organizations in this era, this project investigates the understudied yet instrumental history of this movement to reframe the nation's captive workforce as not only protected workers but, indeed, as people in the eyes of prison officials, the courts, and the public.

No | This description does not directly relate to DEI as it focuses on the historical movement of prisoner unionization and reclassification of work.

No. This description does not directly relate to DEI as it focuses on the historical movement of prisoner unionization and reclassification of work.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposal requests funding for a twelve-month project to write a book that will explore the early development of the Maya civilization during the Preclassic period (1200 BC-AD 250).  The book will highlight fundamental changes in our understanding of this period. Early scholars thought that Maya society developed gradually from small villages to larger settlements, culminating in its heyday during the Classic period (AD 250-950). My research has challenged this view with the discovery of the largest building in the history of the Maya area dating to 1000 BC. It means that a significant social change occurred when the builders were still transitioning from mobile lifeways to more sedentary ones. My chronological studies have also provided new insights into social processes in the centuries that followed. This book will integrate the results of my research with existing archaeological data to provide a new comprehensive narrative of Preclassic Maya society and culture.

This proposal requests funding for a twelve-month project to write a book that will explore the early development of the Maya civilization during the Preclassic period (1200 BC-AD 250).  The book will highlight fundamental changes in our understanding of this period. Early scholars thought that Maya society developed gradually from small villages to larger settlements, culminating in its heyday during the Classic period (AD 250-950). My research has challenged this view with the discovery of the largest building in the history of the Maya area dating to 1000 BC. It means that a significant social change occurred when the builders were still transitioning from mobile lifeways to more sedentary ones. My chronological studies have also provided new insights into social processes in the centuries that followed. This book will integrate the results of my research with existing archaeological data to provide a new comprehensive narrative of Preclassic Maya society and culture.

Yes | This proposal relates to DEI by promoting diversity and inclusion in the understanding and representation of Maya civilization history.

Yes. This proposal relates to DEI by promoting diversity and inclusion in the understanding and representation of Maya civilization history.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Combining matters of religious doctrine, geopolitics, and imperial rule, this project explores Russia's engagement with the Armenian Apostolic Church in the long nineteenth century. It argues that two key factors—the theological proximity of the Armenian confession to Eastern Orthodoxy and the trans-imperial character of the Armenian religious community—framed Russia's relationship with the Armenian church and promoted both partnership and conflict between the two. The project speaks to multiple areas of inquiry in the humanities, contributing most directly to the fields of Russian religious history, Armenian studies, and the history of empires. Based on extensive materials from seven archives in four different countries, the resulting book will be the first to chronicle the fate of the Armenian church in Russia.

Combining matters of religious doctrine, geopolitics, and imperial rule, this project explores Russia's engagement with the Armenian Apostolic Church in the long nineteenth century. It argues that two key factors—the theological proximity of the Armenian confession to Eastern Orthodoxy and the trans-imperial character of the Armenian religious community—framed Russia's relationship with the Armenian church and promoted both partnership and conflict between the two. The project speaks to multiple areas of inquiry in the humanities, contributing most directly to the fields of Russian religious history, Armenian studies, and the history of empires. Based on extensive materials from seven archives in four different countries, the resulting book will be the first to chronicle the fate of the Armenian church in Russia.

No | The description doesn't mention anything related to diversity, equity, and inclusion (DEI). It focuses on the historical relationship between Russia and the Armenian Apostolic Church.

No. The description doesn't mention anything related to diversity, equity, and inclusion (DEI). It focuses on the historical relationship between Russia and the Armenian Apostolic Church.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project examines the efforts of the members of the Puerto Rican Medical Association to address the practice of asuerotherapy—a fleeting yet global and controversial medical phenomenon. It discusses how doctors worked to define the relationship between scientific knowledge, medical ethics, and the practice of medicine. It also reveals the struggles of a group of physicians who were trying to publicly assert their role as authorities in the regulation of the practice of medicine in a U.S. colonial context that still today devalues the worth of all Puerto Ricans. In Spain and the United States, medical organizations could ignore or deride the novel therapy, but in Puerto Rico, the prestige of its physician advocates required a direct and compelling response. The resulting book will contribute to the medical humanities by looking at how doctors and patients were portrayed in popular culture, to the history of medicine in empires, and to the history of medical professionalization.

This project examines the efforts of the members of the Puerto Rican Medical Association to address the practice of asuerotherapy—a fleeting yet global and controversial medical phenomenon. It discusses how doctors worked to define the relationship between scientific knowledge, medical ethics, and the practice of medicine. It also reveals the struggles of a group of physicians who were trying to publicly assert their role as authorities in the regulation of the practice of medicine in a U.S. colonial context that still today devalues the worth of all Puerto Ricans. In Spain and the United States, medical organizations could ignore or deride the novel therapy, but in Puerto Rico, the prestige of its physician advocates required a direct and compelling response. The resulting book will contribute to the medical humanities by looking at how doctors and patients were portrayed in popular culture, to the history of medicine in empires, and to the history of medical professionalization.

No

This project focuses on the history of medicine and the efforts of doctors, but it does not specifically address diversity, equity, and inclusion (DEI).

No. This project focuses on the history of medicine and the efforts of doctors, but it does not specifically address diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Haitian Revolution (1791-1804) was one of the most important events in modern history, yet international recognition of Haiti as a sovereign nation would only come in 1825 through a punishing law – the ordinance of April 17, 1825 – that France imposed on its former colony. In exchange for French recognition, the ordinance declared that Haiti would have to pay France a massive indemnity and create a special trade regime favoring French commerce. My project not only examines the complex financial mechanics of the ordinance but analyzes the decades-long political conflict that the law excited across the Atlantic world. Adopting an interdisciplinary approach that bridges economic and cultural history, the project tells a new story about the financial, diplomatic, and literary disputes that raged over the ordinance in nineteenth-century Europe and the Americas. It therefore provides much-needed historical perspective for contemporary discussions of reparations to Haiti.

The Haitian Revolution (1791-1804) was one of the most important events in modern history, yet international recognition of Haiti as a sovereign nation would only come in 1825 through a punishing law – the ordinance of April 17, 1825 – that France imposed on its former colony. In exchange for French recognition, the ordinance declared that Haiti would have to pay France a massive indemnity and create a special trade regime favoring French commerce. My project not only examines the complex financial mechanics of the ordinance but analyzes the decades-long political conflict that the law excited across the Atlantic world. Adopting an interdisciplinary approach that bridges economic and cultural history, the project tells a new story about the financial, diplomatic, and literary disputes that raged over the ordinance in nineteenth-century Europe and the Americas. It therefore provides much-needed historical perspective for contemporary discussions of reparations to Haiti.

No

While the project may provide historical perspective on reparations to Haiti, it does not directly relate to DEI.

No. While the project may provide historical perspective on reparations to Haiti, it does not directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My book illuminates how war transformed the lives of ordinary people in the imperial city of Hue in central Viet Nam before 1968's Tet Offensive devastated it. Emphasizing civilian experience, my project historicizes rich and diverse daily lives, social activism, and developing radicalization, especially in how Hue's traditionally reserved populace lived through chaos and violence, awakened and engaged towards alternative futures for their city and country as elsewhere globally. Rooted in field oral histories and archival research my ground-up work reconstructs the atmosphere of wartime Viet Nam building from what was counted significant by everyday people. Serving as a corrective to top-down, Western, male-gaze military-focused approaches and geographical imbalances in the war's historiography, my revisionist book has the potential to inspire further scholarship attentive to the human aspects of war as well as the socio-cultural histories of communities that survived conflicts.

My book illuminates how war transformed the lives of ordinary people in the imperial city of Hue in central Viet Nam before 1968's Tet Offensive devastated it. Emphasizing civilian experience, my project historicizes rich and diverse daily lives, social activism, and developing radicalization, especially in how Hue's traditionally reserved populace lived through chaos and violence, awakened and engaged towards alternative futures for their city and country as elsewhere globally. Rooted in field oral histories and archival research my ground-up work reconstructs the atmosphere of wartime Viet Nam building from what was counted significant by everyday people. Serving as a corrective to top-down, Western, male-gaze military-focused approaches and geographical imbalances in the war's historiography, my revisionist book has the potential to inspire further scholarship attentive to the human aspects of war as well as the socio-cultural histories of communities that survived conflicts.

No

This description does not directly relate to DEI.

No. This description does not directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.After Britain abolished its legal slave trade in 1807, Gã and Fante merchants on the Gold Coast (modern Ghana) mortgaged their stone houses on the international market to secure European and American credit and protect their livelihoods. They did so at the risk of losing their ancestral burial spaces and family heritage. My book draws on archival, ethnographic, and multilingual sources to shift the analytical lens of the literature on the materiality of African Atlantic and African diaspora history from objects such as trade goods and sacred relics most often associated with "African" material cultures in the western imagination and to property and real estate. While trade goods and relics carried economic valence and value as property, they operated as expressions of power and spirituality embodied in fortified stone houses. The book deepens our understanding of the inequities of global capitalism and how these processes translate into contemporary economic and social disparities.

After Britain abolished its legal slave trade in 1807, Gã and Fante merchants on the Gold Coast (modern Ghana) mortgaged their stone houses on the international market to secure European and American credit and protect their livelihoods. They did so at the risk of losing their ancestral burial spaces and family heritage. My book draws on archival, ethnographic, and multilingual sources to shift the analytical lens of the literature on the materiality of African Atlantic and African diaspora history from objects such as trade goods and sacred relics most often associated with "African" material cultures in the western imagination and to property and real estate. While trade goods and relics carried economic valence and value as property, they operated as expressions of power and spirituality embodied in fortified stone houses. The book deepens our understanding of the inequities of global capitalism and how these processes translate into contemporary economic and social disparities.

No — This historical analysis does not directly relate to DEI, as it focuses on the materiality of African Atlantic and diaspora history rather than diversity, equity, and inclusion.

No. This historical analysis does not directly relate to DEI, as it focuses on the materiality of African Atlantic and diaspora history rather than diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book project examines the art and architectural patronage of modern Arab-Argentine institutions as powerful vehicles for transnational self-representation and diasporic debate. Unpacking the stylistic and artistic production linked to these diasporic institutions in Argentina, the project reveals spaces like Syrian-Lebanese clubs, sites of religious worship, and even medical hospitals as playing a central role in the construction of transnational identity. By analyzing patterns of patronage by diverse Levantine communities in the modern Latin America nation, I argue that the art and architecture of Arab-Argentine institutions served as a critical tool for multiple mobilities (social, economic, and political) in a Euro-centric nation where Syrian and Lebanese migration was first contested. This project contributes to a greater understanding of transnational dialogues and the vital role of diaspora communities from the Levant in Latin America in the crafting of global modernism.

This book project examines the art and architectural patronage of modern Arab-Argentine institutions as powerful vehicles for transnational self-representation and diasporic debate. Unpacking the stylistic and artistic production linked to these diasporic institutions in Argentina, the project reveals spaces like Syrian-Lebanese clubs, sites of religious worship, and even medical hospitals as playing a central role in the construction of transnational identity. By analyzing patterns of patronage by diverse Levantine communities in the modern Latin America nation, I argue that the art and architecture of Arab-Argentine institutions served as a critical tool for multiple mobilities (social, economic, and political) in a Euro-centric nation where Syrian and Lebanese migration was first contested. This project contributes to a greater understanding of transnational dialogues and the vital role of diaspora communities from the Levant in Latin America in the crafting of global modernism.

No — This book project focuses on the art and architectural patronage of Arab-Argentine institutions, but it does not explicitly relate to DEI.

No. This book project focuses on the art and architectural patronage of Arab-Argentine institutions, but it does not explicitly relate to DEI.

Three minerals necessary to most photographic processes—mercury, silver, and gold—were all discovered in present-day California and Nevada within a few years of photography's 1839 invention. The co-existence of these raw materials in one geographic region—together with an abundance of timber, water, light, and, crucially, access to cheap immigrant labor—allowed photography to flourish in the West in the era of Manifest Destiny. Contributing to the emergent field of ecological art history, this project denaturalizes assumptions of photography as a technology that is inorganic, machine-made, and removed from natural conditions. Instead, drawing on the methods of technical art history, this project resituates photography within its contingent material contexts and those associated with extractive human labor. This research radically transforms the national geographies heretofore associated with "American photography" to consider transpacific networks.

Three minerals necessary to most photographic processes—mercury, silver, and gold—were all discovered in present-day California and Nevada within a few years of photography's 1839 invention. The co-existence of these raw materials in one geographic region—together with an abundance of timber, water, light, and, crucially, access to cheap immigrant labor—allowed photography to flourish in the West in the era of Manifest Destiny. Contributing to the emergent field of ecological art history, this project denaturalizes assumptions of photography as a technology that is inorganic, machine-made, and removed from natural conditions. Instead, drawing on the methods of technical art history, this project resituates photography within its contingent material contexts and those associated with extractive human labor. This research radically transforms the national geographies heretofore associated with "American photography" to consider transpacific networks.

Yes — The photography project addresses immigrant labor and extractive industries.

Yes. The photography project addresses immigrant labor and extractive industries.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The war against stateless peoples (1550-1590) in America's first borderlands—New Spain's emerging near northern silver mining district—devastated nomadic indigenous populations (generically called Chichimecas). Traditional native hunting and foraging lands experienced intense ecological change and native men and women were killed or sold into long-term enslavement. Worn down by years of violence and deprivation, native peoples gradually submitted to Spanish rule in the late 1580s, agreeing to resettlement in <em>reducciones </em>(reservations) near Spanish towns. The focus on state peoples and events casts Iberians and sedentary Indigenous migrants from central Mexico as the main subjects of this foundational borderland history. This book recovers and repositions Chichimecas as central protagonists. It considers how they experienced the war, took an active role in peacemaking, responded to social reorganization in <em>reducciones</em>, and navigated the state's attempts to transform their lifeways.

The war against stateless peoples (1550-1590) in America's first borderlands—New Spain's emerging near northern silver mining district—devastated nomadic indigenous populations (generically called Chichimecas). Traditional native hunting and foraging lands experienced intense ecological change and native men and women were killed or sold into long-term enslavement. Worn down by years of violence and deprivation, native peoples gradually submitted to Spanish rule in the late 1580s, agreeing to resettlement in <em>reducciones </em>(reservations) near Spanish towns. The focus on state peoples and events casts Iberians and sedentary Indigenous migrants from central Mexico as the main subjects of this foundational borderland history. This book recovers and repositions Chichimecas as central protagonists. It considers how they experienced the war, took an active role in peacemaking, responded to social reorganization in <em>reducciones</em>, and navigated the state's attempts to transform their lifeways.

Yes — The war against stateless peoples in America's first borderlands affected nomadic indigenous populations and provides insights into DEI.

Yes. The war against stateless peoples in America's first borderlands affected nomadic indigenous populations and provides insights into DEI.

Ex. 15 US-000062485.xlsx

My book project, "Time Considered as a Helix: The Life of Samuel R. Delany," which is under contract with Temple University Press, is the first biography of Samuel R. Delany, the very first openly gay Black science fiction writer in history. Still living today, Delany is the author of such canonical works of the genre as Babel-17 (1966), Nova (1968), and Dhalgren (1975), his crowning achievement and the book that made him an icon of popular culture. In the early 1960s, when Delany was first starting out as a writer, science fiction was dominated by straight white men. As a gay Black intellectual, Delany was the first writer to take the speculative genre in politically challenging new directions, creating fictional worlds with Black protagonists, queer and transgender characters, and gay sexual relationships. Written in cooperation with Delany himself, "Time Considered as a Helix" uses his life as a focal point to reveal the hidden cultural histories of 20th-century Black and gay life.

My book project, "Time Considered as a Helix: The Life of Samuel R. Delany," which is under contract with Temple University Press, is the first biography of Samuel R. Delany, the very first openly gay Black science fiction writer in history. Still living today, Delany is the author of such canonical works of the genre as Babel-17 (1966), Nova (1968), and Dhalgren (1975), his crowning achievement and the book that made him an icon of popular culture. In the early 1960s, when Delany was first starting out as a writer, science fiction was dominated by straight white men. As a gay Black intellectual, Delany was the first writer to take the speculative genre in politically challenging new directions, creating fictional worlds with Black protagonists, queer and transgender characters, and gay sexual relationships. Written in cooperation with Delany himself, "Time Considered as a Helix" uses his life as a focal point to reveal the hidden cultural histories of 20th-century Black and gay life.

Yes | The Samuel R. Delany biography highlights Black and LGBTQ+ representation in literature.

Yes. The Samuel R. Delany biography highlights Black and LGBTQ+ representation in literature.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book project uses collective biography to reintroduce Heterodoxy, an inclusive invite-only supper club of over one-hundred members that met up to World War II and served as a leading incubator of American political thought in the early twentieth century. The stories of journalist Bessie Beatty, lawyer Crystal Eastman, civil rights advocate Grace Nail Johnson, anthropologist Elsie Clews Parsons, cartoonist Lou Rogers, and labor organizer Rose Pastor Stokes bring greater historical awareness to the promise and difficulties of coalition-building in intersectional feminist politics. What joined this diverse group was their razor-focus on identifying the myriad ways sexism shaped their professional, political, and private lives.

This book project uses collective biography to reintroduce Heterodoxy, an inclusive invite-only supper club of over one-hundred members that met up to World War II and served as a leading incubator of American political thought in the early twentieth century. The stories of journalist Bessie Beatty, lawyer Crystal Eastman, civil rights advocate Grace Nail Johnson, anthropologist Elsie Clews Parsons, cartoonist Lou Rogers, and labor organizer Rose Pastor Stokes bring greater historical awareness to the promise and difficulties of coalition-building in intersectional feminist politics. What joined this diverse group was their razor-focus on identifying the myriad ways sexism shaped their professional, political, and private lives.

Yes | This book project explores the historical experiences of diverse individuals and their intersectional feminist politics, highlighting the impact of sexism.

Yes. This book project explores the historical experiences of diverse individuals and their intersectional feminist politics, highlighting the impact of sexism. #DEI

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project proposes a complete, annotated translation of Rai San'yo's <em>Nihon gaishi</em> (An Unofficial History of Japan, c. 1827). This history, written in classical Chinese, was hugely influential in 19th century Japan, and has yet to be fully translated into English. Its translation will be of interest to specialists in Japanese and Chinese literature and history, as well as general audiences interested in the history of Japan.

This project proposes a complete, annotated translation of Rai San'yo's <em>Nihon gaishi</em> (An Unofficial History of Japan, c. 1827). This history, written in classical Chinese, was hugely influential in 19th century Japan, and has yet to be fully translated into English. Its translation will be of interest to specialists in Japanese and Chinese literature and history, as well as general audiences interested in the history of Japan.

No | This project does not appear to directly relate to DEI as it focuses on the translation of a historical text, without specific mention of diversity, equity, or inclusion.

No. This project does not appear to directly relate to DEI as it focuses on the translation of a historical text, without specific mention of diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A "subject-object divide," in which mind-subjects stand over and against a world of objects, has long been associated with Western philosophy, in contrast with traditions that de-center the subject (e.g., Buddhist philosophies, Indigenous epistemologies). The proposed book,<em> Aquinas's Mind-in-World</em>, however, will identify resistance to this subject-object model from within the Western tradition, from a surprising direction: the 13th century European thinker, Thomas Aquinas.  For him, mind is not a realm apart, but a nature growing among other natures, shaped by and shaping its ecosystem, engaged in the same relationships of imitation and expression found all over the natural world. Through extensive textual study, historically contextualized through Aquinas's Greek, Muslim, and Latin interlocutors, the book thoroughly recasts the most enduringly debated aspects of Aquinas's philosophy of mind, in ways that open new paths to dialogue between Western and non-Western philosophies.

A "subject-object divide," in which mind-subjects stand over and against a world of objects, has long been associated with Western philosophy, in contrast with traditions that de-center the subject (e.g., Buddhist philosophies, Indigenous epistemologies). The proposed book,<em> Aquinas's Mind-in-World</em>, however, will identify resistance to this subject-object model from within the Western tradition, from a surprising direction: the 13th century European thinker, Thomas Aquinas.  For him, mind is not a realm apart, but a nature growing among other natures, shaped by and shaping its ecosystem, engaged in the same relationships of imitation and expression found all over the natural world. Through extensive textual study, historically contextualized through Aquinas's Greek, Muslim, and Latin interlocutors, the book thoroughly recasts the most enduringly debated aspects of Aquinas's philosophy of mind, in ways that open new paths to dialogue between Western and non-Western philosophies.

Yes | The proposed book explores how Aquinas's philosophy challenges the subject-object divide and opens paths for dialogue between Western and non-Western philosophies.

Yes. The proposed book explores how Aquinas's philosophy challenges the subject-object divide and opens paths for dialogue between Western and non-Western philosophies.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.'Bodies in Court' will be a detailed history of sexualized violence among married couples in Central Europe's Catholic territories between 1700 and 1800. I will examine ecclesiastical court records from archives in Switzerland, Germany and Czechia. Through meticulous analysis of these materials, I will offer fresh insights into the development of behavioral patterns and adherence to social norms. My research will also demonstrate the varying ways in which individuals expressed themselves emotionally, perceived their bodies, and employed rhetorical strategies in court. Ultimately, this will contribute to our knowledge of how marital and sexual relationships changed alongside law, society, and theology throughout the eighteenth century.

'Bodies in Court' will be a detailed history of sexualized violence among married couples in Central Europe's Catholic territories between 1700 and 1800. I will examine ecclesiastical court records from archives in Switzerland, Germany and Czechia. Through meticulous analysis of these materials, I will offer fresh insights into the development of behavioral patterns and adherence to social norms. My research will also demonstrate the varying ways in which individuals expressed themselves emotionally, perceived their bodies, and employed rhetorical strategies in court. Ultimately, this will contribute to our knowledge of how marital and sexual relationships changed alongside law, society, and theology throughout the eighteenth century.

No | While this research provides historical insights, it does not directly relate to Diversity, Equity, and Inclusion (DEI) topics.

No. While this research provides historical insights, it does not directly relate to Diversity, Equity, and Inclusion (DEI) topics.

Based on extensive multi-method ethnographic field research, this project examines how Q'eqchi'-Mayas in Guatemala's Alta Verapaz region conceptualize the interdependence between humanity, nature, and the divine to make sense of the material, social, and cultural challenges posed by climate change in the region. By documenting how this indigenous population's religious practices and discourses (which draw on both ancestral Mesoamerican cosmology and contemporary Catholic Christian formulations of an "integral ecology") figure humanity's place in and responsibility to the natural environment this project will help scholars better understand how religion shapes people's engagement with pressing environmental issues, how non anthropocentric epistemologies might foster a better ethics in the face of the climate crisis, and thus help advance the humanistic scholarship about climate change.

Based on extensive multi-method ethnographic field research, this project examines how Q'eqchi'-Mayas in Guatemala's Alta Verapaz region conceptualize the interdependence between humanity, nature, and the divine to make sense of the material, social, and cultural challenges posed by climate change in the region. By documenting how this indigenous population's religious practices and discourses (which draw on both ancestral Mesoamerican cosmology and contemporary Catholic Christian formulations of an "integral ecology") figure humanity's place in and responsibility to the natural environment this project will help scholars better understand how religion shapes people's engagement with pressing environmental issues, how non anthropocentric epistemologies might foster a better ethics in the face of the climate crisis, and thus help advance the humanistic scholarship about climate change.

Yes — The Q'eqchi'-Maya study focuses on Indigenous knowledge and climate change.

Yes. The Q'eqchi'-Maya study focuses on Indigenous knowledge and climate change.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Deaf America: Many Stories, Many Places emphasizes the historical diversity of deaf Americans' lives by looking inside and beyond residential schools, state and national deaf organizations, and Gallaudet University. These spaces loom large in deaf histories and inherently privilege social elites, particularly white European-Americans who were academically and economically successful and did not identify as having additional disabilities. My book also engages with race and ethnicity, Indigeneity, gender and sexuality, disability, and social class as core features of deaf Americans' lived experiences. A more thorough, nuanced consideration of everyday deaf people's diverse experiences, how they materially shaped their world, and the multiple communities they inhabited significantly changes our understanding of deaf and US history, revealing unacknowledged issues, barriers, and connections in the past and their complex legacies today.

Deaf America: Many Stories, Many Places emphasizes the historical diversity of deaf Americans' lives by looking inside and beyond residential schools, state and national deaf organizations, and Gallaudet University. These spaces loom large in deaf histories and inherently privilege social elites, particularly white European-Americans who were academically and economically successful and did not identify as having additional disabilities. My book also engages with race and ethnicity, Indigeneity, gender and sexuality, disability, and social class as core features of deaf Americans' lived experiences. A more thorough, nuanced consideration of everyday deaf people's diverse experiences, how they materially shaped their world, and the multiple communities they inhabited significantly changes our understanding of deaf and US history, revealing unacknowledged issues, barriers, and connections in the past and their complex legacies today.

Yes — "Deaf America: Many Stories, Many Places" explores the diverse experiences of deaf Americans, including race, ethnicity, gender, sexuality, disability, and social class. It reveals unacknowledged issues, barriers, and connections in the past and their complex legacies today.

Yes. "Deaf America: Many Stories, Many Places" explores the diverse experiences of deaf Americans, including race, ethnicity, gender, sexuality, disability, and social class. It reveals unacknowledged issues, barriers, and connections in the past and their complex legacies today. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.I am requesting funding to write the first book-length study of 1980s feminism in Argentina. The first goal is to understand how Argentine feminists disputed definitions of democratic citizenship and nation anchored in formal politics to make room for the fight for and recognition of women's rights as human rights. In the context of the Argentine democratic transition, this represented a significant reconsideration of the concept of human rights that was almost exclusively understood in relation to the disappeared and other victims of state terrorism during the military dictatorship (1976-1983). The second goal is to reconstruct feminist ideals of womanhood and female activism in dialogue with other local women-led organizations, including labor unions and religious organizations, and with other Latin American feminisms, particularly in Chile, Brazil, and Uruguay, countries with comparable transitions to democracy.

I am requesting funding to write the first book-length study of 1980s feminism in Argentina. The first goal is to understand how Argentine feminists disputed definitions of democratic citizenship and nation anchored in formal politics to make room for the fight for and recognition of women's rights as human rights. In the context of the Argentine democratic transition, this represented a significant reconsideration of the concept of human rights that was almost exclusively understood in relation to the disappeared and other victims of state terrorism during the military dictatorship (1976-1983). The second goal is to reconstruct feminist ideals of womanhood and female activism in dialogue with other local women-led organizations, including labor unions and religious organizations, and with other Latin American feminisms, particularly in Chile, Brazil, and Uruguay, countries with comparable transitions to democracy.

Yes — Relates to feminist history and activism in Argentina, but it does not directly mention DEI.

Yes. Relates to feminist history and activism in Argentina, but it does not directly mention DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My second book project, Ginetta Sagan: The Life and Legacy of a Human Rights Icon, 1925-2000, will be the first biography of one of the human rights movement's most important leaders. Centering Sagan—a woman, an immigrant, a survivor of human rights violations—requires foregrounding new perspectives. The book will use Sagan's story to reinterpret the scope and nature of the human rights movement in the United States in the second half of the twentieth century.

My second book project, Ginetta Sagan: The Life and Legacy of a Human Rights Icon, 1925-2000, will be the first biography of one of the human rights movement's most important leaders. Centering Sagan—a woman, an immigrant, a survivor of human rights violations—requires foregrounding new perspectives. The book will use Sagan's story to reinterpret the scope and nature of the human rights movement in the United States in the second half of the twentieth century.

Yes — The biography of Ginetta Sagan foregrounds new perspectives and reinterprets the human rights movement, which relates to the principles of diversity, equity, and inclusion.

Yes. The biography of Ginetta Sagan foregrounds new perspectives and reinterprets the human rights movement, which relates to the principles of diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My book project provides a global history of radio among the Kurds—a historically marginalized, stateless people—through the lens of music broadcasting. This study also describes how music broadcasting has impacted the development of Kurdish musical practice off the air and highlights the affordances of music broadcasting writ large. Utilizing approaches and methods drawn from ethnomusicology, radio and media studies, and decolonial studies, I analyze a wide range of materials in Kurdish and other languages that include primary and secondary sources on Kurdish radio and radio performers, recordings of music broadcasts, programming schedules, and listener letters. Ultimately, my research demonstrates that music broadcasting, far more than mere "filler" programming, has the power to shape individual and collective identities and choices, to inspire diverse forms of community, to reflect broader sociocultural discourse and even conflict, and to reconfigure society itself.

My book project provides a global history of radio among the Kurds—a historically marginalized, stateless people—through the lens of music broadcasting. This study also describes how music broadcasting has impacted the development of Kurdish musical practice off the air and highlights the affordances of music broadcasting writ large. Utilizing approaches and methods drawn from ethnomusicology, radio and media studies, and decolonial studies, I analyze a wide range of materials in Kurdish and other languages that include primary and secondary sources on Kurdish radio and radio performers, recordings of music broadcasts, programming schedules, and listener letters. Ultimately, my research demonstrates that music broadcasting, far more than mere "filler" programming, has the power to shape individual and collective identities and choices, to inspire diverse forms of community, to reflect broader sociocultural discourse and even conflict, and to reconfigure society itself.

Yes

This book project relates to DEI as it analyzes the impact of music broadcasting on a historically marginalized Kurdish community, highlighting the power of media in shaping identities and promoting diversity.

Yes. This book project relates to DEI as it analyzes the impact of music broadcasting on a historically marginalized Kurdish community, highlighting the power of media in shaping identities and promoting diversity.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project uses little-explored archives in Chile and the U.S. South to tell a new transnational history of scientific agriculture's global ascent. Moving between the mineral nitrogen fields of South America's Pacific coast and the nutrient-depleted farm fields of the U.S. Cotton Belt, it traces how the inter-American fertilizer trade generated new approaches to plant nutrition and soil restoration in the late nineteenth and early twentieth centuries. As synthetic chemical fertilizers replaced mineral-based fertilizers, the project goes on to detail how Latin American and US agronomists collaborated around fertilizer development to propel a global wave of agricultural modernization. In the end, the project reappraises the origins and meanings of what eventually became known as the "Green Revolution." It also provides new insights about the consequences of input-dependent agriculture in a contemporary world facing major ecological crises.

This project uses little-explored archives in Chile and the U.S. South to tell a new transnational history of scientific agriculture's global ascent. Moving between the mineral nitrogen fields of South America's Pacific coast and the nutrient-depleted farm fields of the U.S. Cotton Belt, it traces how the inter-American fertilizer trade generated new approaches to plant nutrition and soil restoration in the late nineteenth and early twentieth centuries. As synthetic chemical fertilizers replaced mineral-based fertilizers, the project goes on to detail how Latin American and US agronomists collaborated around fertilizer development to propel a global wave of agricultural modernization. In the end, the project reappraises the origins and meanings of what eventually became known as the "Green Revolution." It also provides new insights about the consequences of input-dependent agriculture in a contemporary world facing major ecological crises.

Yes

This project explores the global history of scientific agriculture, including collaboration between Latin American and US agronomists. It also examines the consequences of input-dependent agriculture, which relates to DEI.

Yes. This project explores the global history of scientific agriculture, including collaboration between Latin American and US agronomists. It also examines the consequences of input-dependent agriculture, which relates to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book, Mary McLeod Bethune and the Democratic Party, will examine the intricacies of Bethune's work with the Franklin D. Roosevelt administration, identify some of the key projects that she led and assess her overall impact throughout the nation as the first African American to head a federal agency. Through her leadership Bethune was able to provide critical funding and employment for the African American community and she saw this as evidence of the Democratic party's commitment to advancing the causes of the race.

This book, Mary McLeod Bethune and the Democratic Party, will examine the intricacies of Bethune's work with the Franklin D. Roosevelt administration, identify some of the key projects that she led and assess her overall impact throughout the nation as the first African American to head a federal agency. Through her leadership Bethune was able to provide critical funding and employment for the African American community and she saw this as evidence of the Democratic party's commitment to advancing the causes of the race.

Yes

This book explores Mary McLeod Bethune's impact on the African American community and her work with the Democratic Party in advancing racial causes.

Yes. This book explores Mary McLeod Bethune's impact on the African American community and her work with the Democratic Party in advancing racial causes.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.<em>Model Housing: Atlanta and the Foundation of American Public Housing Architecture</em>, a scholarly monograph, charts a geography of architectural influence into and out of Atlanta during the New Deal through a history of the first completed—segregated—federally-funded public housing in the US: University Homes (for Black families) and Techwood Homes (for white families). It argues that the low-slung brick apartment complexes were the original models for American public housing that served as clearinghouses for innovative European social housing ideas and forms and yet also codified racial segregation and funding inequity in federal housing. The book favors University Homes to unfold a story of Black advocacy and uplift despite the barriers of de jure and de facto segregation, while Techwood Homes serves as its White counterpoint. The book identifies the assets of the now-demolished projects, to allow them to act as architectural precedents to address the 21st-century American housing crisis.

<em>Model Housing: Atlanta and the Foundation of American Public Housing Architecture</em>, a scholarly monograph, charts a geography of architectural influence into and out of Atlanta during the New Deal through a history of the first completed—segregated—federally-funded public housing in the US: University Homes (for Black families) and Techwood Homes (for white families). It argues that the low-slung brick apartment complexes were the original models for American public housing that served as clearinghouses for innovative European social housing ideas and forms and yet also codified racial segregation and funding inequity in federal housing. The book favors University Homes to unfold a story of Black advocacy and uplift despite the barriers of de jure and de facto segregation, while Techwood Homes serves as its White counterpoint. The book identifies the assets of the now-demolished projects, to allow them to act as architectural precedents to address the 21st-century American housing crisis.

No

This scholarly monograph discusses the history and architecture of public housing in Atlanta, but it does not directly relate to DEI topics.

No. This scholarly monograph discusses the history and architecture of public housing in Atlanta, but it does not directly relate to DEI topics.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.I seek a 12-month National Endowment for the Humanities Award for Faculty at Hispanic-Serving Institutions to support the drafting of my first book, <em>Violence of the Wretched: Origins of the Durban Riots of 1949</em>, which will be a revision of my doctoral dissertation. This project traces the social origins of the 1949 racial violence between the indigenous Zulus and migrant Indians in Durban, the key port city in the southeastern Natal province of South Africa. It tells a new history of race in South Africa by examining how white minority rule structured tense social relations between Zulus and Indians in the century leading to the racial violence of 1949. It will be the first monograph-length work on racial violence between the Zulus and Indians in South Africa.

I seek a 12-month National Endowment for the Humanities Award for Faculty at Hispanic-Serving Institutions to support the drafting of my first book, <em>Violence of the Wretched: Origins of the Durban Riots of 1949</em>, which will be a revision of my doctoral dissertation. This project traces the social origins of the 1949 racial violence between the indigenous Zulus and migrant Indians in Durban, the key port city in the southeastern Natal province of South Africa. It tells a new history of race in South Africa by examining how white minority rule structured tense social relations between Zulus and Indians in the century leading to the racial violence of 1949. It will be the first monograph-length work on racial violence between the Zulus and Indians in South Africa.

No | This project does not directly relate to DEI as it focuses on historical research rather than promoting diversity, equity, and inclusion.

No. This project does not directly relate to DEI as it focuses on historical research rather than promoting diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My book project reconstructs the dramatic tale of Warder Cresson and his courtroom battle against antisemitism in Pennsylvania.  The story begins in 1844 when Cresson became the first American diplomat to Jerusalem.  Enchanted by the Holy City, Cresson abandoned his Christian upbringing and undertook a conversion to Judaism. He eventually returned home to Philadelphia, where his bigoted family petitioned a local court to find him "insane on the subject of Judaism."  If unsuccessful at trial, Cresson would face permanent confinement in a "lunatic asylum."  The legal proceedings in 1851 captivated the national imagination and became a fateful test case for religious liberty at large. In a historic verdict, the jury cleared Cresson of the lunacy charge.  This book employs a gripping courtroom saga to illustrate the struggle for—and the stakes of—that quintessentially American promise: religious equality.

My book project reconstructs the dramatic tale of Warder Cresson and his courtroom battle against antisemitism in Pennsylvania.  The story begins in 1844 when Cresson became the first American diplomat to Jerusalem.  Enchanted by the Holy City, Cresson abandoned his Christian upbringing and undertook a conversion to Judaism. He eventually returned home to Philadelphia, where his bigoted family petitioned a local court to find him "insane on the subject of Judaism."  If unsuccessful at trial, Cresson would face permanent confinement in a "lunatic asylum."  The legal proceedings in 1851 captivated the national imagination and became a fateful test case for religious liberty at large. In a historic verdict, the jury cleared Cresson of the lunacy charge.  This book employs a gripping courtroom saga to illustrate the struggle for—and the stakes of—that quintessentially American promise: religious equality.

No | Although the book may touch on religious equality, it does not directly relate to the concepts of diversity, equity, and inclusion.

No. Although the book may touch on religious equality, it does not directly relate to the concepts of diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.During the Hollywood studio era (c. 1915-60), the US film industry established itself as an industrial process and devised successful formal and narrative formulas. However, the "Genius of the System" only worked when everyone knew and stayed in their place. <em>King Kong </em>(1933), arguably the most famous of studio era effects films, was an exception— if not a threat—because its production model destabilized hierarchies of authority. This book is a technical, industrial, and aesthetic history of the special effects industry well before the digital era. It goes beyond <em>King Kong</em> to examine the historical economic structures that organized personnel and production of this distinctive sector of studio era filmmaking. Attending to the material conditions of special visual effects production, and informed by extensive archival research, it centers the labor performed by unsung "below-the-line" effects workers rarely considered in cinema histories, but whose skills make much of movie magic possible.

During the Hollywood studio era (c. 1915-60), the US film industry established itself as an industrial process and devised successful formal and narrative formulas. However, the "Genius of the System" only worked when everyone knew and stayed in their place. <em>King Kong </em>(1933), arguably the most famous of studio era effects films, was an exception— if not a threat—because its production model destabilized hierarchies of authority. This book is a technical, industrial, and aesthetic history of the special effects industry well before the digital era. It goes beyond <em>King Kong</em> to examine the historical economic structures that organized personnel and production of this distinctive sector of studio era filmmaking. Attending to the material conditions of special visual effects production, and informed by extensive archival research, it centers the labor performed by unsung "below-the-line" effects workers rarely considered in cinema histories, but whose skills make much of movie magic possible.

No | This description does not directly relate to DEI. It focuses on the technical, industrial, and aesthetic history of the special effects industry in US film, specifically during the Hollywood studio era.

No. This description does not directly relate to DEI. It focuses on the technical, industrial, and aesthetic history of the special effects industry in US film, specifically during the Hollywood studio era.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project is a study of slavery and childhood in the Atlantic world. It examines oral and written testimonies by young people who lived in or in proximity to slavery in the 18th and 19th centuries and who recounted their experiences in real time. Focusing on six Black children whose lives spanned Africa, the Americas, and Europe, this study analyzes untapped archival sources, many of which were produced by children, in order to reconstruct a child-centered account of captivity and resistance. These letters, poems, songs, and short stories illuminate young people's contributions to broader ideas about freedom, citizenship, and belonging in the Atlantic world.

This project is a study of slavery and childhood in the Atlantic world. It examines oral and written testimonies by young people who lived in or in proximity to slavery in the 18th and 19th centuries and who recounted their experiences in real time. Focusing on six Black children whose lives spanned Africa, the Americas, and Europe, this study analyzes untapped archival sources, many of which were produced by children, in order to reconstruct a child-centered account of captivity and resistance. These letters, poems, songs, and short stories illuminate young people's contributions to broader ideas about freedom, citizenship, and belonging in the Atlantic world.

Yes | This project analyzes the experiences and contributions of Black children in the Atlantic world, shedding light on their perspectives and resistance to slavery.

Yes. This project analyzes the experiences and contributions of Black children in the Atlantic world, shedding light on their perspectives and resistance to slavery. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book project traces the emergence and impacts of the first cohort of Chinese and Japanese American voters in California as they grappled with their status as racialized immigrant communities within the US political system. Attending to specific ethnic contexts and drawing on archives and interviews, the book shows that race alone is insufficient to explain the political views and choices of Asian American individuals and groups. Diasporic ties presented distinct risks and opportunities, shaping their particular experiences in the US and the ways that politicians understood their interests; this in turn determined the political access and leverage that different groups acquired. In showing that Asian Americans constructed and mobilized racial, ethnic, and political identities to develop conservative strategies and Republican allies over the 20th century, the book advances the scholarship on modern US political history and expands the frameworks of Asian American Studies.

This book project traces the emergence and impacts of the first cohort of Chinese and Japanese American voters in California as they grappled with their status as racialized immigrant communities within the US political system. Attending to specific ethnic contexts and drawing on archives and interviews, the book shows that race alone is insufficient to explain the political views and choices of Asian American individuals and groups. Diasporic ties presented distinct risks and opportunities, shaping their particular experiences in the US and the ways that politicians understood their interests; this in turn determined the political access and leverage that different groups acquired. In showing that Asian Americans constructed and mobilized racial, ethnic, and political identities to develop conservative strategies and Republican allies over the 20th century, the book advances the scholarship on modern US political history and expands the frameworks of Asian American Studies.

Yes

The book project explores the political experiences of Chinese and Japanese American voters, highlighting the complexities of racial, ethnic, and political identities within Asian American communities. This relates to the topic of DEI by examining the intersection of race, immigration, and political engagement.

Yes. The book project explores the political experiences of Chinese and Japanese American voters, highlighting the complexities of racial, ethnic, and political identities within Asian American communities. This relates to the topic of DEI by examining the intersection of race, immigration, and political engagement.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This monograph centers the life of an individual woman, Rosalía Abreu, to access the intimate exchanges of science, politics, and culture—both in the making of primatology and the remaking of human-nonhuman boundaries in the 20th century. The Cuban sugar heiress became known as the first person to breed a chimpanzee in captivity in 1915. Despite this scientific feat, she remains at the margins of historical research assembles a constellation of sites that starts with Abreu and follows her apes from her home to the laboratory, to theme parks and natural history museums. It shows how science relied on lay worlds and nonhuman relationships that shaped new conceptions of the "human," the negotiation of exploitation and ethics, and debates about the limits of modern science.

This monograph centers the life of an individual woman, Rosalía Abreu, to access the intimate exchanges of science, politics, and culture—both in the making of primatology and the remaking of human-nonhuman boundaries in the 20th century. The Cuban sugar heiress became known as the first person to breed a chimpanzee in captivity in 1915. Despite this scientific feat, she remains at the margins of historical scholarship. My research assembles a constellation of sites that starts with Abreu and follows her apes from her home to the laboratory, to theme parks and natural history museums. It shows how science relied on lay worlds and nonhuman relationships that shaped new conceptions of the "human," the negotiation of exploitation and ethics, and debates about the limits of modern science.

No

This monograph focuses on the life and achievements of an individual woman in primatology, rather than the broader topics of diversity, equity, and inclusion.

No. This monograph focuses on the life and achievements of an individual woman in primatology, rather than the broader topics of diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project's aim is to meticulously craft a comprehensive Stau language (aka Horpa; ISO 639-3: ero) grammar book and share a digital collection of ten hours of transcribed, glossed, and translated texts online. Stau is an endangered Sino-Tibetan language, spoken in northwestern Sichuan, China with about 30,000 speakers who are rapidly shifting to using Chinese. This project arises due to prior inadequate descriptions of Stau's grammar and limited text corpus available. Its significance lies in advancing Stau studies and setting a solid foundation for future research. Stau's relevance extends beyond its immediate context. It plays a pivotal role in Sino-Tibetan linguistics and contributes valuable insights for comparing the world's languages. Key features of Stau grammar include how verbs encode knowledge source (evidentiality), how subjects and objects can be added or removed through changes on the verb (valency change), and a large and complex system of speech sounds (phonology).

This project's aim is to meticulously craft a comprehensive Stau language (aka Horpa; ISO 639-3: ero) grammar book and share a digital collection of ten hours of transcribed, glossed, and translated texts online. Stau is an endangered Sino-Tibetan language, spoken in northwestern Sichuan, China with about 30,000 speakers who are rapidly shifting to using Chinese. This project arises due to prior inadequate descriptions of Stau's grammar and limited text corpus available. Its significance lies in advancing Stau studies and setting a solid foundation for future research. Stau's relevance extends beyond its immediate context. It plays a pivotal role in Sino-Tibetan linguistics and contributes valuable insights for comparing the world's languages. Key features of Stau grammar include how verbs encode knowledge source (evidentiality), how subjects and objects can be added or removed through changes on the verb (valency change), and a large and complex system of speech sounds (phonology).

No

This project focuses on linguistics and language preservation, but does not directly relate to diversity, equity, and inclusion (DEI) efforts.

No. This project focuses on linguistics and language preservation, but does not directly relate to diversity, equity, and inclusion (DEI) efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The research project proposed here, which includes fieldwork in West Africa and time to synthesize and write-up research, will result in a book manuscript that explores the intangible cultural heritage of twenty-three musical instruments from the Mandé region of West Africa (present-day Mali, Senegal, Guinea, Guinea-Bissau and the Gambia) currently held at the Metropolitan Museum of Art in New York City ("the Met"). The manuscript will represent and weigh-in on current debates concerning African cultural heritage in Western institutions, among other issues in the fields of museology, ethnomusicology and African studies, in particular, arguing for a practice-oriented (as opposed to object-oriented) approach.

The research project proposed here, which includes fieldwork in West Africa and time to synthesize and write-up research, will result in a book manuscript that explores the intangible cultural heritage of twenty-three musical instruments from the Mandé region of West Africa (present-day Mali, Senegal, Guinea, Guinea-Bissau and the Gambia) currently held at the Metropolitan Museum of Art in New York City ("the Met"). The manuscript will represent and weigh-in on current debates concerning African cultural heritage in Western institutions, among other issues in the fields of museology, ethnomusicology and African studies, in particular, arguing for a practice-oriented (as opposed to object-oriented) approach.

No

This research project does not explicitly address DEI as it focuses on exploring the intangible cultural heritage of musical instruments and debates in museology and African studies.

No. This research project does not explicitly address DEI as it focuses on exploring the intangible cultural heritage of musical instruments and debates in museology and African studies.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Tamayame (kee) is the name of the Keres language spoken in the Pueblo of Santa Ana in central New Mexico. It is estimated that there are fewer than 100 people that still speak Tamayame fluently. There is no contemporary linguistic documentation of Tamayame. Even though it is possible to hear people speak Tamayame in ceremony, it is experiencing a steady and rapid decline of use within the community. Many community-driven reclamation efforts are actively underway to reverse this familiar trend of language loss, but these efforts lack the support that would be provided by a base of recorded, analyzed, and accessible Tamayame language. These facts point to the need for a set of foundational linguistic resources for Tamayame. This project responds to this need by creating a dictionary, a description of the grammar, and a set of transcribed and analyzed texts. These resources are integrated to form a linguistic infrastructure that we call the Tamayama Language Resources Project.

Tamayame (kee) is the name of the Keres language spoken in the Pueblo of Santa Ana in central New Mexico. It is estimated that there are fewer than 100 people that still speak Tamayame fluently. There is no contemporary linguistic documentation of Tamayame. Even though it is possible to hear people speak Tamayame in ceremony, it is experiencing a steady and rapid decline of use within the community. Many community-driven reclamation efforts are actively underway to reverse this familiar trend of language loss, but these efforts lack the support that would be provided by a base of recorded, analyzed, and accessible Tamayame language. These facts point to the need for a set of foundational linguistic resources for Tamayame. This project responds to this need by creating a dictionary, a description of the grammar, and a set of transcribed and analyzed texts. These resources are integrated to form a linguistic infrastructure that we call the Tamayama Language Resources Project.

No    Tamayame language revitalization efforts may be related to cultural preservation but do not directly address diversity, equity, and inclusion (DEI) issues.

No. Tamayame language revitalization efforts may be related to cultural preservation but do not directly address diversity, equity, and inclusion (DEI) issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The book I propose builds on my scholarly and journalistic work on the school culture wars and American political culture. Drawing on academic research, journalism, and archival sources, I will offer an accessible, synthetic account of the school culture wars that have long divided us, although rarely along the lines that our current discourse about "polarization" presumes. Divided in six thematic sections–Race, Faith, Feelings, Skills, Nation, and Accountability–this book will explain why bitter conflict over how we educate children has proved as enduring as the school system itself, and in marshaling the past, will offer educators, parents, and students fresh insights on how we arrived at the present–and how to shape our future.

The book I propose builds on my scholarly and journalistic work on the school culture wars and American political culture. Drawing on academic research, journalism, and archival sources, I will offer an accessible, synthetic account of the school culture wars that have long divided us, although rarely along the lines that our current discourse about "polarization" presumes. Divided in six thematic sections–Race, Faith, Feelings, Skills, Nation, and Accountability–this book will explain why bitter conflict over how we educate children has proved as enduring as the school system itself, and in marshaling the past, will offer educators, parents, and students fresh insights on how we arrived at the present–and how to shape our future.

No    This description does not provide any information indicating that it relates to diversity, equity, or inclusion (DEI) topics.

No. This description does not provide any information indicating that it relates to diversity, equity, or inclusion (DEI) topics.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.During the late 17th century, Ukrainians embraced Ottoman Muslim protectors against the expanding Russian Empire. Acceptance of Ottoman support by Ukrainians of all ranks departed strikingly from early modern European Turcophobia, challenging the clash-of-civilization narratives that still dominate Central and East European historiographies. My research shifts attention from the much-studied heartlands of early modern Europe to a borderland that has received little scholarly attention in the West, but is now at the forefront of world news. Drawing on archival and published primary sources in multiple languages, I write the Ottomans back into the region's complex history. The celebrated 1683 triumph of Western Christian armies over the Ottomans at the gates of Vienna and the subsequent Ottoman withdrawal from Ukraine had far-reaching historical consequences. Absorbed by the Russian Empire and Poland, Ukraine disappeared from the map of Europe until its resurrection in 1991.

During the late 17th century, Ukrainians embraced Ottoman Muslim protectors against the expanding Russian Empire. Acceptance of Ottoman support by Ukrainians of all ranks departed strikingly from early modern European Turcophobia, challenging the clash-of-civilization narratives that still dominate Central and East European historiographies. My research shifts attention from the much-studied heartlands of early modern Europe to a borderland that has received little scholarly attention in the West, but is now at the forefront of world news. Drawing on archival and published primary sources in multiple languages, I write the Ottomans back into the region's complex history. The celebrated 1683 triumph of Western Christian armies over the Ottomans at the gates of Vienna and the subsequent Ottoman withdrawal from Ukraine had far-reaching historical consequences. Absorbed by the Russian Empire and Poland, Ukraine disappeared from the map of Europe until its resurrection in 1991.

No    This historical description does not directly relate to DEI.

No. This historical description does not directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Charles Perrault's <em>Parallèle des anciens et des modernes</em> (4 vols., 1688–96) launched a great struggle of ideas.  A manifesto for the present, the treatise attacked the authority of the classical "canon", the aesthetic judgement of experts over that of amateurs, and an ingrained prejudice in favor of philology and learned commentary over tangible advances in the arts and sciences.  The <em>Parallèle </em>is also an unmatched source for late 17th-century art and architectural theory, subjects that lay at the heart of Perrault's argument.  An NEH Fellowship of twelve months will allow me to complete work on the first volume, making this key text of art history and Enlightenment thought available in English for the first time.  The edition will feature a full scholarly apparatus, including explanatory notes and a substantial introductory essay framing the book's contents and its author.

Charles Perrault's <em>Parallèle des anciens et des modernes</em> (4 vols., 1688–96) launched a great struggle of ideas.  A manifesto for the present, the treatise attacked the authority of the classical "canon", the aesthetic judgement of experts over that of amateurs, and an ingrained prejudice in favor of philology and learned commentary over tangible advances in the arts and sciences.  The <em>Parallèle </em>is also an unmatched source for late 17th-century art and architectural theory, subjects that lay at the heart of Perrault's argument.  An NEH Fellowship of twelve months will allow me to complete work on the first volume, making this key text of art history and Enlightenment thought available in English for the first time.  The edition will feature a full scholarly apparatus, including explanatory notes and a substantial introductory essay framing the book's contents and its author.

No    This description does not relate to DEI. It focuses on art history and Enlightenment thought, but does not address diversity, equity, or inclusion.

No. This description does not relate to DEI. It focuses on art history and Enlightenment thought, but does not address diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Traditional monotheistic religions, such as Christianity, Judaism and Islam, believe that God creates and sustains all things.  This raises the question of whether there is anything left for creatures to cause.  If creatures are not genuine causes, then it is difficult to see how humans can make free choices and how evil can have any other source but God.  Medieval thinkers engaged in rigorous debates about these issues.  Their views shaped subsequent historical discussions of causation and continue to have influence today.  My project will produce the first exhaustive book on medieval debates about divine and created causality.  The book will both overturn standard scholarly narratives about medieval views and present insights that will advance contemporary discussions of divine and created causation and the nature of cooperative causation itself.

Traditional monotheistic religions, such as Christianity, Judaism and Islam, believe that God creates and sustains all things.  This raises the question of whether there is anything left for creatures to cause.  If creatures are not genuine causes, then it is difficult to see how humans can make free choices and how evil can have any other source but God.  Medieval thinkers engaged in rigorous debates about these issues. Their views shaped subsequent historical discussions of causation and continue to have influence today.  My project will produce the first exhaustive book on medieval debates about divine and created causality.  The book will both overturn standard scholarly narratives about medieval views and present insights that will advance contemporary discussions of divine and created causation and the nature of cooperative causation itself.

No

This description does not directly relate to DEI in terms of issues, perspectives, or actions regarding social equality and justice.

No. This description does not directly relate to DEI (Diversity, Equity, and Inclusion) in terms of issues, perspectives, or actions regarding social equality and justice.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.I am writing the first book-length ethnography of Breslov Hasidism, one the most diverse and fastest growing Jewish spiritual movements in the world today. My book project is organized around the theme of "spiritual healing" that stands at the center of this movement and plays a key role in attracting followers. I examine how a particular medical cosmology, shared conceptualizations of healing and illness, informs how contemporary Breslovers make personal healthcare decisions, relate to political events. Drawing on transnational fieldwork conducted in Israel, the United States, Canada, and France, my research provides a window into a dynamic Hasidic world and Jewish mystical revival in the 21st-century. More broadly, my work makes the case for engaging with healing (both secular and religious conceptions) as cosmology: healing concepts are far-reaching theo-political imaginations that influence our intimate lives and collective political visions.

I am writing the first book-length ethnography of Breslov Hasidism, one the most diverse and fastest growing Jewish spiritual movements in the world today. My book project is organized around the theme of "spiritual healing" that stands at the center of this movement and plays a key role in attracting followers. I examine how a particular medical cosmology, shared conceptualizations of healing and illness, informs how contemporary Breslovers make personal healthcare decisions, relate to state authorities, and respond to political events. Drawing on transnational fieldwork conducted in Israel, the United States, Canada, and France, my research provides a window into a dynamic Hasidic world and Jewish mystical revival in the 21st-century. More broadly, my work makes the case for engaging with healing (both secular and religious conceptions) as cosmology: healing concepts are far-reaching theo-political imaginations that influence our intimate lives and collective political visions.

Yes

The book explores the relationship between healing, cosmology, and politics within the Breslov Hasidic movement, highlighting the influence of healing concepts on personal and collective perspectives.

Yes. The book explores the relationship between healing, cosmology, and politics within the Breslov Hasidic movement, highlighting the influence of healing concepts on personal and collective perspectives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In recent years, climate change-related and other infrastructural failures have been directing attention to systems previously taken for granted, leading to questions about the conditions of their creation. My book contributes to our understandings of the political origins and nature of infrastructural systems by stepping beyond the boundaries of the United States. I focus on the countries across the Caribbean area that were swarming with U.S. engineers and contractors in the early twentieth century, which not coincidentally, was a time of growing U.S. power in the region. In addition to considering how both private sector and military engineers worked to expand U.S. power, I illuminate how the systems they built played out on the ground, affecting daily lives, working conditions, pro- and anti-American sentiments, and ecologies. Ultimately, I show how infrastructure building has shaped the overseas footprint--economic, political, military, and ecological--of the United States.

In recent years, climate change-related and other infrastructural failures have been directing attention to systems previously taken for granted, leading to questions about the conditions of their creation. My book contributes to our understandings of the political origins and nature of infrastructural systems by stepping beyond the boundaries of the United States. I focus on the countries across the Caribbean area that were swarming with U.S. engineers and contractors in the early twentieth century, which not coincidentally, was a time of growing U.S. power in the region. In addition to considering how both private sector and military engineers worked to expand U.S. power, I illuminate how the systems they built played out on the ground, affecting daily lives, working conditions, pro- and anti-American sentiments, and ecologies. Ultimately, I show how infrastructure building has shaped the overseas footprint--economic, political, military, and ecological--of the United States.

No

This description focuses on the political origins and effects of infrastructure building rather than directly addressing DEI.

No. This description focuses on the political origins and effects of infrastructure building rather than directly addressing DEI (Diversity, Equity, and Inclusion).

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Amid renewed debates about caste in the politics of contemporary South Asia, this project interrogates Bengal's purported transcendence of caste by unmasking a history of failures on the part of the very reformers celebrated for awakening Bengal to reason, progress, and social justice during the colonial era. The project supports work toward a monograph entitled Losing Caste, which employs historical and textual analysis to ask how Bengal's reformers recognized the challenge of caste injustice yet avoided redressing its harms and inequities. The scope of research covers (1) the Young Bengal moment of the 1830s, with its blend of audacious liberalism and cautious rebellion; (2) the writings of Bankimchandra Chatterjee on society and history; (3) Rabindranath Tagore's "religion of man"; and (4) negotiations of Dalit (untouchable) activists in a time of Hindu "consolidation" during the early 20th century. The political and pedagogical need for new histories like this is urgent.

Amid renewed debates about caste in the politics of contemporary South Asia, this project interrogates Bengal's purported transcendence of caste by unmasking a history of failures on the part of the very reformers celebrated for awakening Bengal to reason, progress, and social justice during the colonial era. The project supports work toward a monograph entitled Losing Caste, which employs historical and textual analysis to ask how Bengal's reformers recognized the challenge of caste injustice yet avoided redressing its harms and inequities. The scope of research covers (1) the Young Bengal moment of the 1830s, with its blend of audacious liberalism and cautious rebellion; (2) the writings of Bankimchandra Chatterjee on society and history; (3) Rabindranath Tagore's "religion of man"; and (4) negotiations of Dalit (untouchable) activists in a time of Hindu "consolidation" during the early 20th century. The political and pedagogical need for new histories like this is urgent.

No    This project focuses on historical analysis of Bengal's caste system, which does not directly relate to DEI issues.

No. This project focuses on historical analysis of Bengal's caste system, which does not directly relate to DEI (Diversity, Equity, and Inclusion) issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In the early 1900s, German-speaking Central Europeans hailed nuclear radiation as a key to modern medicine and popular "wellness." Yet by the late 20th century, they treated radiation as a public health threat and state responsibility. This project explores why popular understandings of the relationship of radiation to public health changed so dramatically. I argue these shifts were neither a linear process of scientific and regulatory change, nor a distinctly Cold War reaction to nuclear technology.  Instead, positive and negative views competed through the century, driven by ordinary people—local officials, pharmacists, miners, consumers, farmers, environmental activists—as much as by scientific experts. The project uses Germany as a case study to trace how public health debates shaped health policy and citizens' relationships to modern states through the upheavals of the 20th century: the end of Empire, World War, Nazism, Communism, and capitalist Democracy.

In the early 1900s, German-speaking Central Europeans hailed nuclear radiation as a key to modern medicine and popular "wellness." Yet by the late 20th century, they treated radiation as a public health threat and state responsibility. This project explores why popular understandings of the relationship of radiation to public health changed so dramatically. I argue these shifts were neither a linear process of scientific and regulatory change, nor a distinctly Cold War reaction to nuclear technology.  Instead, positive and negative views competed through the century, driven by ordinary people—local officials, pharmacists, miners, consumers, farmers, environmental activists—as much as by scientific experts. The project uses Germany as a case study to trace how public health debates shaped health policy and citizens' relationships to modern states through the upheavals of the 20th century: the end of Empire, World War, Nazism, Communism, and capitalist Democracy.

No    This description does not directly reference or discuss any issues related to diversity, equity, and inclusion (DEI).

No. This description does not directly reference or discuss any issues related to diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My project revises how the multi-national Guiana region has been read and mapped (Suriname, Guyana, Venezuela, Brazil, and French Guyana) as a utopia of unguarded natural resources since European contact. It also explores how indigenous and maroon communities resist the extraction of these resources today by engaging in environmental mapping and cultural heritage projects that incorporate their traditional knowledge. My project highlights the Guiana region's past colonial history vis-à-vis environmental struggles affecting vulnerable communities today. Guianese indigenous and maroon groups excavate colonial history to combat the neocolonial present because centuries of colonial domination permeate all sectors of policy and law that undermine their rights to self-determination.

My project revises how the multi-national Guiana region has been read and mapped (Suriname, Guyana, Venezuela, Brazil, and French Guyana) as a utopia of unguarded natural resources since European contact. It also explores how indigenous and maroon communities resist the extraction of these resources today by engaging in environmental mapping and cultural heritage projects that incorporate their traditional knowledge. My project highlights the Guiana region's past colonial history vis-à-vis environmental struggles affecting vulnerable communities today. Guianese indigenous and maroon groups excavate colonial history to combat the neocolonial present because centuries of colonial domination permeate all sectors of policy and law that undermine their rights to self-determination.

No    This project focuses on the colonial past of the Guiana region and the resistance by indigenous and maroon communities, but does not directly relate to DEI.

No. This project focuses on the colonial past of the Guiana region and the resistance by indigenous and maroon communities, but does not directly relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Antitrust analysis and regulation constitute an arena where questions of measurement, classification, theory, modeling, and the role of scientific expertise all meet. These are familiar topics in the discipline of philosophy of science, which studies not only the foundations and methods of scientific practice but also the role of values in scientific inquiry. The topic of antitrust, however, has received very little attention from philosophers of science, a gap that this interdisciplinary project proposes to redress. It unites several distinct philosophical subfields, such as the philosophy of science with political and social philosophy, and brings together the fields of philosophy, economics, and law in ways that have previously been unexplored. In particular, I address the questions of how to measure market power, how the market concept as understood has changed over time in the U.S., and the nature of the relationship between democracy and the market concept.

Antitrust analysis and regulation constitute an arena where questions of measurement, classification, theory, modeling, and the role of scientific expertise all meet. These are familiar topics in the discipline of philosophy of science, which studies not only the foundations and methods of scientific practice but also the role of values in scientific inquiry. The topic of antitrust, however, has received very little attention from philosophers of science, a gap that this interdisciplinary project proposes to redress. It unites several distinct philosophical subfields, such as the philosophy of science with political and social philosophy, and brings together the fields of philosophy, economics, and law in ways that have previously been unexplored. In particular, I address the questions of how to measure market power, how the market concept as understood has changed over time in the U.S., and the nature of the relationship between democracy and the market concept.

No    This description does not directly relate to DEI as it focuses on the interdisciplinary study of antitrust analysis and regulation.

No. This description does not directly relate to DEI (diversity, equity, and inclusion) as it focuses on the interdisciplinary study of antitrust analysis and regulation.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project supports to the creation of a comprehensive reference grammar of Desano (ISO [des]), a highly endangered Tukanoan language spoken in communities in the Brazil-Colombia border in Northwest Amazonia. The project builds on an extensive corpus linguistically annotated data (texts, word-lists), and previous publications from previous projects directed by the PI.  The grammar will contribute to general linguistic scholarship in significant ways, furthering (i) typological understanding of languages; (ii) theoretical linguistics; and (iii) the study of Eastern Tukanoan languages, including linguistic analysis, contact, change, history in the multilingual region of Vaupés River in the Brazil-Colombia border, where little is known and information is need. All recordings and notes will be deposited in the existing Desano Collection at the California Language Archive (CLA).

This project supports to the creation of a comprehensive reference grammar of Desano (ISO [des]), a highly endangered Tukanoan language spoken in communities in the Brazil-Colombia border in Northwest Amazonia. The project builds on an extensive corpus linguistically annotated data (texts, word-lists), and previous publications from previous projects directed by the PI.  The grammar will contribute to general linguistic scholarship in significant ways, furthering (i) typological understanding of languages; (ii) theoretical linguistics; and (iii) the study of Eastern Tukanoan languages, including linguistic analysis, contact, change, history in the multilingual region of Vaupés River in the Brazil-Colombia border, where little is known and information is need. All recordings and notes will be deposited in the existing Desano Collection at the California Language Archive (CLA).

Yes — This project contributes to general linguistic scholarship and the study of Eastern Tukanoan languages, supporting diversity and preservation of endangered languages.

Yes. This project contributes to general linguistic scholarship and the study of Eastern Tukanoan languages, supporting diversity and preservation of endangered languages.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In March of 2018, a new religion was born in India, but its story has yet to be told. Now legally recognized as distinct from Hinduism in the state of Karnataka, adherents of Vīraśaivism vie for recognition at the national level. Should they achieve minority religion status, Vīraśaivas would outnumber all other religious minority communities in India besides Muslims, including Christians, Sikhs, and Jains. Scholarship to date, however, has drawn on only a small fraction of the thousands of extant works the tradition produced, and has neglected its most formative influences. My second book is the first monograph to recover the prehistory of India's newest religion, Vīraśaivism, from its own historical voices, drawing on a novel corpus of unstudied and unpublished archival sources in a plurality of languages. In the process, I develop a new vocabulary for speaking about multilingualism and for conceptualizing religion through the lens of translation.

In March of 2018, a new religion was born in India, but its story has yet to be told. Now legally recognized as distinct from Hinduism in the state of Karnataka, adherents of Vīraśaivism vie for recognition at the national level. Should they achieve minority religion status, Vīraśaivas would outnumber all other religious minority communities in India besides Muslims, including Christians, Sikhs, and Jains. Scholarship to date, however, has drawn on only a small fraction of the thousands of extant works the tradition produced, and has neglected its most formative influences. My second book is the first monograph to recover the prehistory of India's newest religion, Vīraśaivism, from its own historical voices, drawing on a novel corpus of unstudied and unpublished archival sources in a plurality of languages. In the process, I develop a new vocabulary for speaking about multilingualism and for conceptualizing religion through the lens of translation.

No — The passage does not directly relate to DEI as it does not address racial, ethnic, or social diversity, equality, or inclusion.

No. The passage does not directly relate to DEI as it does not address racial, ethnic, or social diversity, equality, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My book examines how and why the Chilean military dictatorship (1973-90) fashioned children as its most consequential constituents. My leading contention is that the Pinochet regime treated children not as individuals with social rights, but as commodities that reflected the value of parental and state investment. The same market values guided the creation of a privatized education system and children's political socialization. My project balances an analysis of Pinochet's top-down policies to reform childhood with bottom-up responses by Chileans. This approach will historicize contemporary global processes explored by social scientists while also humanizing the families and children at the center of these projects. While neoliberalism is often cast as a retreat of the state, the Pinochet government played a profound role in reorganizing Chilean families and consumer attitudes, an intervention best seen through the lens of childhood.

My book examines how and why the Chilean military dictatorship (1973-90) fashioned children as its most consequential constituents. My leading contention is that the Pinochet regime treated children not as individuals with social rights, but as commodities that reflected the value of parental and state investment. The same market values guided the creation of a privatized education system and children's political socialization. My project balances an analysis of Pinochet's top-down policies to reform childhood with bottom-up responses by Chileans. This approach will historicize contemporary global processes explored by social scientists while also humanizing the families and children at the center of these projects. While neoliberalism is often cast as a retreat of the state, the Pinochet government played a profound role in reorganizing Chilean families and consumer attitudes, an intervention best seen through the lens of childhood.

No — This description does not relate to DEI as it focuses on historical analysis of the Pinochet regime's policies and the impact on children in Chile.

No. This description does not relate to DEI as it focuses on historical analysis of the Pinochet regime's policies and the impact on children in Chile.

The Organ that Traveled the World traces the production of the liver as a site of knowledge, disease, and treatment in twentieth and twenty-first century Egypt, specifically what this history teaches us about the entangled histories of biomedicine, global public health, and capitalism in this period. In the twentieth century, liver disease ranked as one of the leading causes of death in Egypt due to the presence of a constellation of diseases – hepatitis C primary among – that target the liver. Based on archival and ethnographic research conducted in Egypt, Switzerland, the United States, and the United Kingdom, "The Organ that Traveled the World" chronicles the history of biomedicine in Egypt and how it shaped and was shaped by chemical and pharmaceutical companies, institutions of global public health, and the multiple conceptualizations of the human body that have prevailed in each of these realms.

The Organ that Traveled the World traces the production of the liver as a site of knowledge, disease, and treatment in twentieth and twenty-first century Egypt, specifically what this history teaches us about the entangled histories of biomedicine, global public health, and capitalism in this period. In the twentieth century, liver disease ranked as one of the leading causes of death in Egypt due to the presence of a constellation of diseases – hepatitis C primary among – that target the liver. Based on archival and ethnographic research conducted in Egypt, Switzerland, the United States, and the United Kingdom, "The Organ that Traveled the World" chronicles the history of biomedicine in Egypt and how it shaped and was shaped by chemical and pharmaceutical companies, institutions of global public health, and the multiple conceptualizations of the human body that have prevailed in each of these realms.

No — The liver disease book analyzes biomedicine and public health, not DEI.

No. The liver disease book analyzes biomedicine and public health, not DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will produce two main products: a verb grammar of Wıılıìdeh Yatıì, which is a dialect of Tłıchǫ Yatıì, and a bilingual collection of Yellowknives Dene oral history. The verb grammar will highlight the extent of language contact between Wıılıìdeh Yatıì and Tetsǫt'ıné Yatié (Yellowknife). The oral history collection will refute previous claims that Yellowknives Dene are extinct, and may completely change our understanding of the ethnohistory of the Northwest Territories.

This project will produce two main products: a verb grammar of Wıılıìdeh Yatıì, which is a dialect of Tłıchǫ Yatıì, and a bilingual collection of Yellowknives Dene oral history. The verb grammar will highlight the extent of language contact between Wıılıìdeh Yatıì and Tetsǫt'ıné Yatié (Yellowknife). The oral history collection will refute previous claims that Yellowknives Dene are extinct, and may completely change our understanding of the ethnohistory of the Northwest Territories.

No    While the project may highlight language contact and challenge previous claims, there is no direct mention of DEI.

No. While the project may highlight language contact and challenge previous claims, there is no direct mention of DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.As technological innovations pick up on and exacerbate human social biases, there is a pressing need for an interdisciplinary understanding of the commonality between different types of bias and the feedback loops that exist between them. This book offers a new and nuanced perspective on the topic of bias that argues that what unifies bias in all of these cases is that bias is a tool, namely a tool for overcoming uncertainty. Like any tool, bias can be both helpful and harmful, depending on how the tool is used and whether it is appropriate for the task at hand. With a unified theory of bias, we can identify weak points in the chain that allow us to disrupt these harmful looping effects. This book seeks to transcend disciplinary boundaries, combining expertise from a variety of perspectives in order to make progress on a difficult and timely issue occupying so many prominent research programs: how to balance bias by achieving fairness while overcoming uncertainty.

As technological innovations pick up on and exacerbate human social biases, there is a pressing need for an interdisciplinary understanding of the commonality between different types of bias and the feedback loops that exist between them. This book offers a new and nuanced perspective on the topic of bias that argues that what unifies bias in all of these cases is that bias is a tool, namely a tool for overcoming uncertainty. Like any tool, bias can be both helpful and harmful, depending on how the tool is used and whether it is appropriate for the task at hand. With a unified theory of bias, we can identify weak points in the chain that allow us to disrupt these harmful looping effects. This book seeks to transcend disciplinary boundaries, combining expertise from a variety of perspectives in order to make progress on a difficult and timely issue occupying so many prominent research programs: how to balance bias by achieving fairness while overcoming uncertainty.

No    This description discusses bias in general but does not specifically address issues related to diversity, equity, and inclusion (DEI).

No. This description discusses bias in general but does not specifically address issues related to diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Fascist Italy's approach to citizenship is unexpected. For one, it sought to extend citizenship to imperial subjects who were at the same time targeted as racial others. Even the infamous racial laws at home did not strip Italian Jews of citizenship. What then did being a citizen represent for both regime and populace? Though scholars have rarely applied the lens of citizenship to understand Fascism, I use it to examine the vast impact the regime had across nation and empire and even in the diaspora. In particular, citizenship offers a productive category to observe the regime rewriting the contract between individual and state and reconfiguring the benefits and obligations of national belonging along authoritarian lines. Thinking about citizenship exposes the central challenges and paradoxes of a regime that destroyed democracy and racialized Italianness but nevertheless sought legitimacy both at home and abroad in an age of popular sovereignty.

Fascist Italy's approach to citizenship is unexpected. For one, it sought to extend citizenship to imperial subjects who were at the same time targeted as racial others. Even the infamous racial laws at home did not strip Italian Jews of citizenship. What then did being a citizen represent for both regime and populace? Though scholars have rarely applied the lens of citizenship to understand Fascism, I use it to examine the vast impact the regime had across nation and empire and even in the diaspora. In particular, citizenship offers a productive category to observe the regime rewriting the contract between individual and state and reconfiguring the benefits and obligations of national belonging along authoritarian lines. Thinking about citizenship exposes the central challenges and paradoxes of a regime that destroyed democracy and racialized Italianness but nevertheless sought legitimacy both at home and abroad in an age of popular sovereignty.

Yes    Fascist Italy's approach to citizenship is relevant to DEI. It demonstrates the complex relationship between race, citizenship, and authoritarian ideologies.

Yes. Fascist Italy's approach to citizenship is relevant to DEI. It demonstrates the complex relationship between race, citizenship, and authoritarian ideologies.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will complete a book manuscript of Lakota and Dakota literatures for the University of Nebraska Press's series of Native literatures of North America by geographical regions. The book will present Lakota and Dakota texts, from the earliest known to modern day, created in these Indigenous languages, and their English translations. The volume will include a wide variety of genres including creation stories, songs, cultural teachings, and jokes. As Lakota and Dakota languages continue to be spoken and learned in the Northern Plains region with, however, under 2000 and 50 first-language fluent speakers respectively, this work is not only a language and literature resource, but also a celebration of Native language vitality and revitalization.

This project will complete a book manuscript of Lakota and Dakota literatures for the University of Nebraska Press's series of Native literatures of North America by geographical regions. The book will present Lakota and Dakota texts, from the earliest known to modern day, created in these Indigenous languages, and their English translations. The volume will include a wide variety of genres including creation stories, songs, cultural teachings, and jokes. As Lakota and Dakota languages continue to be spoken and learned in the Northern Plains region with, however, under 2000 and 50 first-language fluent speakers respectively, this work is not only a language and literature resource, but also a celebration of Native language vitality and revitalization.

Yes    This project celebrates Native language vitality and revitalization by presenting Lakota and Dakota texts and translations.

Yes. This project celebrates Native language vitality and revitalization by presenting Lakota and Dakota texts and translations. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Nevada is home to a multitude of vibrant cultures. Nevada's archives hold the stories of underrepresented communities whose voices remain unheard. Nevada's documentary heritage is largely undiscoverable and therefore underused. Four partners—the Stewart Indian School Cultural Center & Museum, Nevada Historical Society, Nevada State Archives, and Nevada State Museum, Las Vegas—request an NEH Foundations grant to develop an inter-institutional online portal for under-resourced Nevada organizations to make their hidden collections publicly discoverable. Utilizing the expertise of historians, archivists, and technical specialists, this project seeks to establish a framework to support best practices in archival collection management and public discovery of collection-level descriptions of primary sources. This online inter-institutional portal will lead to increased engagement with these primary sources, new paths of research in the humanities, and the creation of new knowledge.

Nevada is home to a multitude of vibrant cultures. Nevada's archives hold the stories of underrepresented communities whose voices remain unheard. Nevada's documentary heritage is largely undiscoverable and therefore underused. Four partners—the Stewart Indian School Cultural Center & Museum, Nevada Historical Society, Nevada State Archives, and Nevada State Museum, Las Vegas—request an NEH Foundations grant to develop an inter-institutional online portal for under-resourced Nevada organizations to make their hidden collections publicly discoverable. Utilizing the expertise of historians, archivists, and technical specialists, this project seeks to establish a framework to support best practices in archival collection management and public discovery of collection-level descriptions of primary sources. This online inter-institutional portal will lead to increased engagement with these primary sources, new paths of research in the humanities, and the creation of new knowledge.

No — While the project involves developing an online portal for under-resourced Nevada organizations, it does not explicitly mention diversity, equity, or inclusion.

No. While the project involves developing an online portal for under-resourced Nevada organizations, it does not explicitly mention diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Walters State Community College will develop eight specialty area courses to expand the current Spanish Certificate program throughout our service area. Under the umbrella of SPANISH 2900 course (Problems and Topics in Spanish Studies), each course includes four language skills (listening, speaking, reading, and writing) including a cultural focus and a final cultural project linking the specialization course with community needs. A secondary project focus will create assessments and supplemental, high-quality resource materials. Lastly, the college will disseminate learned information with other community colleges.

Walters State Community College will develop eight specialty area courses to expand the current Spanish Certificate program throughout our service area. Under the umbrella of SPANISH 2900 course (Problems and Topics in Spanish Studies), each course includes four language skills (listening, speaking, reading, and writing) including a cultural focus and a final cultural project linking the specialization course with community needs. A secondary project focus will create assessments and supplemental, high-quality resource materials. Lastly, the college will disseminate learned information with other community colleges.

No — This initiative focuses on expanding the Spanish Certificate program and creating language courses, but it does not specifically mention or address diversity, equity, and inclusion (DEI).

No. This initiative focuses on expanding the Spanish Certificate program and creating language courses, but it does not specifically mention or address diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The University of Illinois at Urbana-Champaign (UIUC) and Northwestern University (NU) in Evanston propose a two-year Foundations grant to pilot an open-access digital collection that joins the rich West African Arabic manuscript holdings of our universities' libraries. The digital collection, called Maktaba (meaning "library" in Arabic), will display images of a sample set of 20 manuscripts from the UIUC and NU collections. To make the manuscripts legible and teachable for non-specialists, each manuscript will be paired with its English translation and a brief essay providing historical and cultural context. The planning period (6/1/2022-5/31/2024) will allow the project team to establish processes and test concepts that will inform expansion of the collection after the planning period. The Maktaba project contributes to ongoing efforts to decolonize the production of knowledge about African societies at large.

The University of Illinois at Urbana-Champaign (UIUC) and Northwestern University (NU) in Evanston propose a two-year Foundations grant to pilot an open-access digital collection that joins the rich West African Arabic manuscript holdings of our universities' libraries. The digital collection, called Maktaba (meaning "library" in Arabic), will display images of a sample set of 20 manuscripts from the UIUC and NU collections. To make the manuscripts legible and teachable for non-specialists, each manuscript will be paired with its English translation and a brief essay providing historical and cultural context. The planning period (6/1/2022-5/31/2024) will allow the project team to establish processes and test concepts that will inform expansion of the collection after the planning period. The Maktaba project contributes to ongoing efforts to decolonize the production of knowledge about African societies at large.

Yes — The Maktaba project aims to decolonize knowledge production about African societies by showcasing West African Arabic manuscripts and providing English translations and cultural context.

Yes. The Maktaba project aims to decolonize knowledge production about African societies by showcasing West African Arabic manuscripts and providing English translations and cultural context. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Modern Language Association (MLA) requests $60,000 over two years to support the creation of a virtual professional development workshop series to prepare humanities instructors at small and mid-sized institutions to align humanities courses in languages and literature with career-minded outcomes that benefit underserved students. Through a workshop series for twenty faculty members from small and mid-sized institutions, MLA will demonstrate how to 1) align learning outcomes in humanities classrooms with career-minded outcomes, including skills development through humanities learning; 2) use currently available data, resources, and partnerships (both internal and external to their institutions) to strengthen career readiness and build effective connections between the classroom and applied humanities contexts; and 3) develop course designs and action plans for implementation.

The Modern Language Association (MLA) requests $60,000 over two years to support the creation of a virtual professional development workshop series to prepare humanities instructors at small and mid-sized institutions to align humanities courses in languages and literature with career-minded outcomes that benefit underserved students. Through a workshop series for twenty faculty members from small and mid-sized institutions, MLA will demonstrate how to 1) align learning outcomes in humanities classrooms with career-minded outcomes, including skills development through humanities learning; 2) use currently available data, resources, and partnerships (both internal and external to their institutions) to strengthen career readiness and build effective connections between the classroom and applied humanities contexts; and 3) develop course designs and action plans for implementation.

Yes — The Modern Language Association's initiative aims to align humanities courses with career outcomes for underserved students, thus relating to DEI.

Yes. The Modern Language Association's initiative aims to align humanities courses with career outcomes for underserved students, thus relating to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The story of four intrepid 19th-century women reformers, who crisscrossed the country on the lecture circuit to persuade Americans to fight for abolition and women's rights. The book focuses on the years 1840-1911, but also explores their childhoods and demonstrates the impact of their legacies on today's world. Two were Black, two white; one was college educated, another illiterate; one was a novelist and another a renegade Quaker and yet despite their differences they shared a common commitment to fighting for change, despite the many obstacles they faced. 

The story of four intrepid 19th-century women reformers, who crisscrossed the country on the lecture circuit to persuade Americans to fight for abolition and women's rights. The book focuses on the years 1840-1911, but also explores their childhoods and demonstrates the impact of their legacies on today's world. Two were Black, two white; one was college educated, another illiterate; one was a novelist and another a renegade Quaker and yet despite their differences they shared a common commitment to fighting for change, despite the many obstacles they faced. 

This story of reformers exploring abolition and women's rights highlights the commitment to fighting for change despite differences and obstacles.

Yes

Yes. This story of reformers exploring abolition and women's rights highlights the commitment to fighting for change despite differences and obstacles. #DEI

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The creation of an original podcast "Conversations in Literature and Culture" will open up literary discussions between Savannah State University students and faculty, as well as invited writers. The anticipated grant period will be for two years, centering on specific literary genres and themes. The podcast episodes will be accessible via a webpage as open educational resources (OER) to students, faculty, scholars, and the general public.  It will be an opportunity for students to hone their research and interviewing skills; for Savannah State University faculty to mentor students and share their scholarship;  invited authors, in reading and discussing their work, will inspire the audience and participants alike.

The creation of an original podcast "Conversations in Literature and Culture" will open up literary discussions between Savannah State University students and faculty, as well as invited writers. The anticipated grant period will be for two years, centering on specific literary genres and themes. The podcast episodes will be accessible via a webpage as open educational resources (OER) to students, faculty, scholars, and the general public.  It will be an opportunity for students to hone their research and interviewing skills; for Savannah State University faculty to mentor students and share their scholarship;  invited authors, in reading and discussing their work, will inspire the audience and participants alike.

While the podcast may provide educational opportunities, it does not directly address DEI initiatives.

No

No. While the podcast may provide educational opportunities, it does not directly address DEI (Diversity, Equity, and Inclusion) initiatives.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The goal of this project is to investigate how the American culture wars were exported abroad from the 1960s to the present day. Contrary to a literature that depicts the culture wars as evidence of the country's religious parochialism, my book project, titled Culture Warriors Abroad: A Global History of the American Culture Wars, will show that the polarizing politics found fertile soil in foreign lands. The American culture wars were simultaneously fought at home and abroad, in what Craig and Logevall call the "intermestic" dimension of American history that linked developments in the US to the great transformations of world order, including the advent of human rights, decolonization, the end of the Cold War, and the War on Terror. By telling the history of the culture wars as its protagonists saw it—as a multifront war taking place on many continents—this project will show that American politics are deeply intertwined with events overseas.

The goal of this project is to investigate how the American culture wars were exported abroad from the 1960s to the present day. Contrary to a literature that depicts the culture wars as evidence of the country's religious parochialism, my book project, titled Culture Warriors Abroad: A Global History of the American Culture Wars, will show that the polarizing politics found fertile soil in foreign lands. The American culture wars were simultaneously fought at home and abroad, in what Craig and Logevall call the "intermestic" dimension of American history that linked developments in the US to the great transformations of world order, including the advent of human rights, decolonization, the end of the Cold War, and the War on Terror. By telling the history of the culture wars as its protagonists saw it—as a multifront war taking place on many continents—this project will show that American politics are deeply intertwined with events overseas.

This project specifically focuses on the exportation of American culture wars abroad and their connection to global events, but does not directly relate to DEI.

No

No. This project specifically focuses on the exportation of American culture wars abroad and their connection to global events, but does not directly relate to DEI.

---

My book project, "From Cholera to COVID-19," examines the Japanese responses to public health crises from 1858 to 2020 through an examination of the construction and popularization of a culture of hygiene, from government administrative policies to the social and material practices experienced on the ground and in local communities. The policy-relevant message is that Japan achieved disease prevention without nation-wide sewer systems (which were built later in the 1970s) and its conclusions promise to inform the ongoing challenge of how to deliver health and sanitation to one-quarter of the world's population that does not have access to flush-toilets, sewer systems or daily sanitation facilities. It is a case study of how policy, education, and the medical marketplace were aligned to create hygienic modernity and will serve as the first English-language book to examine the history of Japanese hygiene from a medical, environmental, and material-culture perspective.

My book project, "From Cholera to COVID-19," examines the Japanese responses to public health crises from 1858 to 2020 through an examination of the construction and popularization of a culture of hygiene, from government administrative policies to the social and material practices experienced on the ground and in local communities. The policy-relevant message is that Japan achieved disease prevention without nation-wide sewer systems (which were built later in the 1970s) and its conclusions promise to inform the ongoing challenge of how to deliver health and sanitation to one-quarter of the world's population that does not have access to flush-toilets, sewer systems or daily sanitation facilities. It is a case study of how policy, education, and the medical marketplace were aligned to create hygienic modernity and will serve as the first English-language book to examine the history of Japanese hygiene from a medical, environmental, and material-culture perspective.

The Japanese hygiene book examines historical public health policies, not DEI.

No

No. The Japanese hygiene book examines historical public health policies, not DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Seventy years ago, Americans began to invent a new phase of life, those years between work and old age dependency that we call "retirement." For the first time in history, millions of Americans would live well beyond their useful working years, raising fears by policy experts of a demographic "crisis." This history of the various ways that Americans came to understand and live their retirement years provides insight into our ambivalent and evolving relationship to our jobs, our culture of leisure, and our anxieties about aging.  Starting in the mid-20th century, the search many Americans embarked upon for a "good retirement" has been a quest for what mid-century social scientists called "the meaningful use of time"; and so, the origin and evolution of modern American retirement provides a vantage point from which we can reflect on what we think constitutes a life well and fully lived.

Seventy years ago, Americans began to invent a new phase of life, those years between work and old age dependency that we call "retirement." For the first time in history, millions of Americans would live well beyond their useful working years, raising fears by policy experts of a demographic "crisis." This history of the various ways that Americans came to understand and live their retirement years provides insight into our ambivalent and evolving relationship to our jobs, our culture of leisure, and our anxieties about aging.  Starting in the mid-20th century, the search many Americans embarked upon for a "good retirement" has been a quest for what mid-century social scientists called "the meaningful use of time"; and so, the origin and evolution of modern American retirement provides a vantage point from which we can reflect on what we think constitutes a life well and fully lived.

No

This description discusses the history and evolution of retirement in America, which does not directly relate to DEI topics.

No. This description discusses the history and evolution of retirement in America, which does not directly relate to DEI (Diversity, Equity, and Inclusion) topics.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book manuscript is the first comprehensive biography of Oscar Adams Jr., a Black lawyer and jurist from Birmingham, Alabama. Admitted to practice law in Alabama in 1947, he for several years was one of only two actively practicing Black lawyers in the state. As local counsel for the NAACP, Adams litigated or assisted in litigating more civil rights cases than any other lawyer in Alabama by 1965. A year later, the Birmingham Bar Association admitted him as its first Black member. In 1967, he and Harvey Burg, a White lawyer from New York City, New York, cofounded the first ethnically integrated law firm in Alabama. In 1980, Adams became the first Black person to sit on the Supreme Court of Alabama as well as the first Black person in Alabama to occupy a statewide office. In 1982, voters made him the first Black person in Alabama elected to a statewide office. After a storied but, outside of Alabama, underpublicized legal career, he retired from the bench in 1993 and died in 1997.

This book manuscript is the first comprehensive biography of Oscar Adams Jr., a Black lawyer and jurist from Birmingham, Alabama. Admitted to practice law in Alabama in 1947, he for several years was one of only two actively practicing Black lawyers in the state. As local counsel for the NAACP, Adams litigated or assisted in litigating more civil rights cases than any other lawyer in Alabama by 1965. A year later, the Birmingham Bar Association admitted him as its first Black member. In 1967, he and Harvey Burg, a White lawyer from New York City, New York, cofounded the first ethnically integrated law firm in Alabama. In 1980, Adams became the first Black person to sit on the Supreme Court of Alabama as well as the first Black person in Alabama to occupy a statewide office. In 1982, voters made him the first Black person in Alabama elected to a statewide office. After a storied but, outside of Alabama, underpublicized legal career, he retired from the bench in 1993 and died in 1997.

Yes

This biography explores the life and accomplishments of Oscar Adams Jr., a Black lawyer and jurist, highlighting the impact of his work on civil rights and the legal profession in Alabama.

Yes. This biography explores the life and accomplishments of Oscar Adams Jr., a Black lawyer and jurist, highlighting the impact of his work on civil rights and the legal profession in Alabama.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will create and support two discussion groups of student-veterans, veterans, military family members, and others with military ties, one at Sinclair College and one at Wright State University. Both colleges are located in Dayton, Ohio, with large numbers of active and retired military personnel due to the presence of Wright-Patterson Air Force Base, the Dayton Veterans Administration Hospital, the Museum of the United States Air Force, and many aerospace-focused companies. The discussion groups will discuss the experience of war, covering themes such as propaganda, combat, comradeship, leadership, death, homecoming, and memorialization, using works of visual art - sculpture, painting, prints, and photography - from global traditions and periods of time ranging from the ancient to the present, with a special focus on the American Civil War and the Vietnam War.

This project will create and support two discussion groups of student-veterans, veterans, military family members, and others with military ties, one at Sinclair College and one at Wright State University. Both colleges are located in Dayton, Ohio, with large numbers of active and retired military personnel due to the presence of Wright-Patterson Air Force Base, the Dayton Veterans Administration Hospital, the Museum of the United States Air Force, and many aerospace-focused companies. The discussion groups will discuss the experience of war, covering themes such as propaganda, combat, comradeship, leadership, death, homecoming, and memorialization, using works of visual art - sculpture, painting, prints, and photography - from global traditions and periods of time ranging from the ancient to the present, with a special focus on the American Civil War and the Vietnam War.

No

This project does not directly relate to DEI. It focuses on creating discussion groups for student-veterans and military personnel.

No. This project does not directly relate to DEI. It focuses on creating discussion groups for student-veterans and military personnel.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Project 02: Twenty Years of Google in The Dalles, Oregon develops new models for changing the Internet through an environmental history of Google's first hyperscale data center. Project 02 contributes new perspectives to existing studies of this Internet by analyzing Google's oldest data center longitudinally, tracing its emergence over the past twenty years. The novel mode of computation implemented in The Dalles produces new practices of occupying land, organizing time, securing data, structuring information, and engineering flows of materials. This monograph traces shifts across Google's discourse, computing technologies, relationships with local governments, entrenchment of settler colonial processes, and consumption of water and electricity. Project 02 highlights ways that the contingencies of these practices provide opportunities to contest Google's expansive power, leveraging the more-than-human materialities and histories of this node in this Internet to produce change.

Project 02: Twenty Years of Google in The Dalles, Oregon develops new models for changing the Internet through an environmental history of Google's first hyperscale data center. Project 02 contributes new perspectives to existing studies of this Internet by analyzing Google's oldest data center longitudinally, tracing its emergence over the past twenty years. The novel mode of computation implemented in The Dalles produces new practices of occupying land, organizing time, securing data, structuring information, and engineering flows of materials. This monograph traces shifts across Google's discourse, computing technologies, relationships with local governments, entrenchment of settler colonial processes, and consumption of water and electricity. Project 02 highlights ways that the contingencies of these practices provide opportunities to contest Google's expansive power, leveraging the more-than-human materialities and histories of this node in this Internet to produce change.

Yes

Project 02 analyzes Google's data center and its impact on the environment, local government, and power dynamics, offering opportunities for change.

Yes. Project 02 analyzes Google's data center and its impact on the environment, local government, and power dynamics, offering opportunities for change.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We are applying for an NEH Connections Planning Grant for academic year 2024-25 to create the courses and operational structure for an interdisciplinary 15-credit Health Humanities Minor at the University of Florida (UF), which will be rolled out in 2025-26. The Planning Grant will support a small working group of faculty from the College of Liberal Arts and Sciences (CLAS) and the College of Public Health and Health Professions (PHHP). We have already identified significant student interest as well as faculty expertise. This minor aligns our university with an important trend in undergraduate medical education. In addition to the core humanities areas, we intend to emphasize a critical engagement with public health, artificial intelligence, and religion and spirituality, areas that were highlighted during the recent pandemic and which will make our program unique. We believe it is our ethical obligation to offer such a program and that now is the time for a successful implementation.

We are applying for an NEH Connections Planning Grant for academic year 2024-25 to create the courses and operational structure for an interdisciplinary 15-credit Health Humanities Minor at the University of Florida (UF), which will be rolled out in 2025-26. The Planning Grant will support a small working group of faculty from the College of Liberal Arts and Sciences (CLAS) and the College of Public Health and Health Professions (PHHP). We have already identified significant student interest as well as faculty expertise. This minor aligns our university with an important trend in undergraduate medical education. In addition to the core humanities areas, we intend to emphasize a critical engagement with public health, artificial intelligence, and religion and spirituality, areas that were highlighted during the recent pandemic and which will make our program unique. We believe it is our ethical obligation to offer such a program and that now is the time for a successful implementation.

No

This initiative focuses on creating an interdisciplinary Health Humanities Minor and does not explicitly mention DEI or addressing diversity, equity, and inclusion concerns.

No. This initiative focuses on creating an interdisciplinary Health Humanities Minor and does not explicitly mention DEI or addressing diversity, equity, and inclusion concerns.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Planning for a Digital Storytelling Certificate program

Planning for a Digital Storytelling Certificate program

No

Planning for a Digital Storytelling Certificate program does not necessarily relate to DEI as it does not explicitly address diversity, equity, or inclusion.

No. Planning for a Digital Storytelling Certificate program does not necessarily relate to DEI as it does not explicitly address diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Our Foundations project will preserve and make accessible a remarkable dataset tracing many aspects of social change in the City of Los Angeles and 86 L.A. County municipalities between 1950 and 2010. In consultation with historian Becky Nicolaides (creator of the dataset) and an advisory board of humanities scholars, geospatial data librarians, and media organizations, we will develop file format and metadata guidelines, planning documents for a website, and a roadmap for publishing the data on public-access platforms including online digital libraries, linked open data repositories, and GIS and geospatial data resources. We will also publish a pilot collection for free online public access via the USC Digital Library, Calisphere, and DPLA.

Our Foundations project will preserve and make accessible a remarkable dataset tracing many aspects of social change in the City of Los Angeles and 86 L.A. County municipalities between 1950 and 2010. In consultation with historian Becky Nicolaides (creator of the dataset) and an advisory board of humanities scholars, geospatial data librarians, and media organizations, we will develop file format and metadata guidelines, planning documents for a website, and a roadmap for publishing the data on public-access platforms including online digital libraries, linked open data repositories, and GIS and geospatial data resources. We will also publish a pilot collection for free online public access via the USC Digital Library, Calisphere, and DPLA.

No

This project focuses on preserving and making accessible a dataset, but there is no direct mention of Diversity, Equity, and Inclusion (DEI) in the description.

No. This project focuses on preserving and making accessible a dataset, but there is no direct mention of Diversity, Equity, and Inclusion (DEI) in the description.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Buffalo History Museum is seeking a foundational investment in our future capital campaign to re-imagine access to our collections. With the Planning funds, we will create schematic drawings to map the transformation of our collections care facility to consolidate our library and archival storage with our existing off-site storage facility, creating a new state-of-the-art experience for guests to engage with our collections.  Modernizing our collection and archival storage, updating and devising sustainable systems critical to collection care, designing state-of-the-art amenities, and supporting universal access- each are mapped in this planning project. To best meet these objectives, we need to engage a multidisciplinary team to supplement our staff, including a collections preservation consultant, architects, storage designers, and engineers.  Our project taps into the unrealized potential of the collection, from community identity to the sociability it inspires.

The Buffalo History Museum is seeking a foundational investment in our future capital campaign to re-imagine access to our collections. With the Planning funds, we will create schematic drawings to map the transformation of our collections care facility to consolidate our library and archival storage with our existing off-site storage facility, creating a new state-of-the-art experience for guests to engage with our collections. Modernizing our collection and archival storage, updating and devising sustainable systems critical to collection care, designing state-of-the-art amenities, and supporting universal access- each are mapped in this planning project. To best meet these objectives, we need to engage a multidisciplinary team to supplement our staff, including a collections preservation consultant, architects, storage designers, and engineers.  Our project taps into the unrealized potential of the collection, from community identity to the sociability it inspires.

No

This project description does not explicitly state any objectives or initiatives related to diversity, equity, and inclusion (DEI).

No. This project description does not explicitly state any objectives or initiatives related to diversity, equity, and inclusion (DEI).

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will make first person Maya survivor testimonies available for research, education, and dissemination by creating transcriptions and translations of a set of oral histories held with consent by the Institute for Visual History and Education at the University of Southern California Shoah Foundation. During the grant period, the team will produce written transcripts in Maya war survivors' original spoken languages (the Mayan language Kaqchikel and Spanish) for approximately 10 percent of the collection and will translate a subset of these transcripts into English. This will provide free public access to these histories, allowing them to be catalogued and used in research and education. This project provides a concrete model for survivor testimony from different linguistic communities in this archive to become useable and accessible in future work. The new transcriptions and translations will be shared electronically through multiple pathways in the public archive.

This project will make first person Maya survivor testimonies available for research, education, and dissemination by creating transcriptions and translations of a set of oral histories held with consent by the Institute for Visual History and Education at the University of Southern California Shoah Foundation. During the grant period, the team will produce written transcripts in Maya war survivors' original spoken languages (the Mayan language Kaqchikel and Spanish) for approximately 10 percent of the collection and will translate a subset of these transcripts into English. This will provide free public access to these histories, allowing them to be catalogued and used in research and education. This project provides a concrete model for survivor testimony from different linguistic communities in this archive to become useable and accessible in future work. The new transcriptions and translations will be shared electronically through multiple pathways in the public archive.

Yes

This project promotes DEI by providing access to first person testimonies from Maya survivors in their original languages and English translations.

Yes. This project promotes DEI by providing access to first person testimonies from Maya survivors in their original languages and English translations.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Senator John Heinz History Center seeks support for a Foundations-level project to make visible, searchable, and accessible to researchers, educators, students, and the general public the wealth of archival materials related to the Italian diasporic experience in the PA-WV-OH tri-state region. This region of the United States is home to a high concentration of Americans of Italian descent whose ancestors immigrated during the Great Immigration and post-WWII periods to work in the industrial complex. Due to the size of the Italian American community, extensive material culture has been deposited into a variety of repositories and archives across the tri-state region. An informal network has existed for five years among archivists and librarians as well as researchers and academics working in Italian and Italian American studies, but no overarching framework has existed to capture the full breadth of the resources available within our cultural geographic footprint.

The Senator John Heinz History Center seeks support for a Foundations-level project to make visible, searchable, and accessible to researchers, educators, students, and the general public the wealth of archival materials related to the Italian diasporic experience in the PA-WV-OH tri-state region. This region of the United States is home to a high concentration of Americans of Italian descent whose ancestors immigrated during the Great Immigration and post-WWII periods to work in the industrial complex. Due to the size of the Italian American community, extensive material culture has been deposited into a variety of repositories and archives across the tri-state region. An informal network has existed for five years among archivists and librarians as well as researchers and academics working in Italian and Italian American studies, but no overarching framework has existed to capture the full breadth of the resources available within our cultural geographic footprint.

Yes

This project aims to make archival materials related to the Italian diasporic experience accessible, promoting inclusivity and representation of the Italian American community.

Yes. This project aims to make archival materials related to the Italian diasporic experience accessible, promoting inclusivity and representation of the Italian American community. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Ingeborg Bachmann (1926-1973), the most important Austrian writer of the postwar generation, produced poetry, fiction, essays, radio plays, and opera librettos of the highest caliber. Famous in her twenties, iconic by her thirties, she died a tragic death from burns suffered in her Rome apartment in 1973. As with Clarice Lispector, a biography of her will expand her readership, allowing a deeper appreciation of the challenges she faced as a woman bent on detailing the presence of fascism in everyday life. As all of her major works have been translated, her writing is well known to American readers, yet no biography is available in English. The publication of my biography with Yale University Press in 2026, Bachmann's centenary, will dramatically increase the broader public's awareness of her life and work, as well as contextualize each in regards to German Fascism, World War II, the postwar period, and her ever-increasing influence on feminist thought and the limits and possibilities of fiction.

Ingeborg Bachmann (1926-1973), the most important Austrian writer of the postwar generation, produced poetry, fiction, essays, radio plays, and opera librettos of the highest caliber. Famous in her twenties, iconic by her thirties, she died a tragic death from burns suffered in her Rome apartment in 1973. As with Clarice Lispector, a biography of her will expand her readership, allowing a deeper appreciation of the challenges she faced as a woman bent on detailing the presence of fascism in everyday life. As all of her major works have been translated, her writing is well known to American readers, yet no biography is available in English. The publication of my biography with Yale University Press in 2026, Bachmann's centenary, will dramatically increase the broader public's awareness of her life and work, as well as contextualize each in regards to German Fascism, World War II, the postwar period, and her ever-increasing influence on feminist thought and the limits and possibilities of fiction.

No

This description does not relate to DEI as it primarily discusses the work and impact of a specific Austrian writer without addressing issues of diversity, equity, and inclusion.

No. This description does not relate to DEI as it primarily discusses the work and impact of a specific Austrian writer without addressing issues of diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book project investigates the history of U.S. investments in language training since World War II. After decades of disinterest, Washington began encouraging Americans and others to learn languages as it entered new theaters of conflict and cultural exchange in the 1940s, hoping to render the world legible to its strategists. From San Francisco to Saigon, it subsidized new institutions, funding streams, and pedagogies ranging from military schools to campus language labs to far-flung English courses. Yet as teachers and students at home and abroad were drawn into U.S. foreign policy, they voiced alternative rationales for language learning, emphasizing individual prerogatives over wartime and Cold War defense priorities. The book will expand our understanding of an issue central to humanists, albeit one that has been understudied by U.S. historians: how changing American conceptions of language learning have shaped U.S. diplomatic and cultural relations with the world.

This book project investigates the history of U.S. investments in language training since World War II. After decades of disinterest, Washington began encouraging Americans and others to learn languages as it entered new theaters of conflict and cultural exchange in the 1940s, hoping to render the world legible to its strategists. From San Francisco to Saigon, it subsidized new institutions, funding streams, and pedagogies ranging from military schools to campus language labs to far-flung English courses. Yet as teachers and students at home and abroad were drawn into U.S. foreign policy, they voiced alternative rationales for language learning, emphasizing individual prerogatives over wartime and Cold War defense priorities. The book will expand our understanding of an issue central to humanists, albeit one that has been understudied by U.S. historians: how changing American conceptions of language learning have shaped U.S. diplomatic and cultural relations with the world.

Yes    This book project explores the history of U.S. investments in language training, showing how language learning shaped U.S. diplomatic and cultural relations.

Yes. This book project explores the history of U.S. investments in language training, showing how language learning shaped U.S. diplomatic and cultural relations. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This convening considers how Arab American artists and Arab artists living in diaspora throughout the US used their art to draw attention to contemporary issues and show their solidarity with people facing global injustices like imperialism, violence, and racism. Solidarities crossed geographical and ideological lines, thus revealing parallels between struggles, like Black and Palestinian liberation. This project contributes to the developing field of Arab American art history by showing the political, subversive side of these artists' works, and the networks which facilitated their dissemination. Furthermore, this research bolsters the interdisciplinary field of Arab American studies by deepening our understanding of US diversity, the political affiliations of Arabs in the US, and sociopolitical activisms in a globalized world, thus inviting new definitions of transnational, diasporic solidarity in an Arab diaspora context shaped by visual culture as critical primary source material.

This convening considers how Arab American artists and Arab artists living in diaspora throughout the US used their art to draw attention to contemporary issues and show their solidarity with people facing global injustices like imperialism, violence, and racism. Solidarities crossed geographical and ideological lines, thus revealing parallels between struggles, like Black and Palestinian liberation. This project contributes to the developing field of Arab American art history by showing the political, subversive side of these artists' works, and the networks which facilitated their dissemination. Furthermore, this research bolsters the interdisciplinary field of Arab American studies by deepening our understanding of US diversity, the political affiliations of Arabs in the US, and sociopolitical activisms in a globalized world, thus inviting new definitions of transnational, diasporic solidarity in an Arab diaspora context shaped by visual culture as critical primary source material.

Yes    This convening explores how Arab American artists used art to address global injustices and create solidarity, contributing to Arab American art history and interdisciplinary Arab American studies.

Yes. This convening explores how Arab American artists used art to address global injustices and create solidarity, contributing to Arab American art history and interdisciplinary Arab American studies.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project supports a workshop where researchers from the US, Kazakhstan, Kyrgyzstan, and Uzbekistan present oral-history based interpretations of the impact of the dissolution of the Soviet Union in 1991 on everyday life in former Soviet Central Asia. The American partners in this collaboration use oral history as a research method to explore Soviet-period history in Kyrgyzstan and Uzbekistan. The international partners in this collaboration are historians and oral historians from Uzbekistan, Kazakhstan, and Kyrgyzstan. In the decades since independence there is little official interest in fostering study of this important historical moment in any of the post-Soviet Central Asian countries. This workshop convenes researchers with multiple goals: stimulating broader research into this turning point; democratizing history by incorporating views from below; integrating and comparing national histories across Central Asia; and preparing collected essays for submission to a press. (Edited by NEH staff)

This project supports a workshop where researchers from the US, Kazakhstan, Kyrgyzstan, and Uzbekistan present oral-history based interpretations of the impact of the dissolution of the Soviet Union in 1991 on everyday life in former Soviet Central Asia. The American partners in this collaboration use oral history as a research method to explore Soviet-period history in Kyrgyzstan and Uzbekistan. The international partners in this collaboration are historians and oral historians from Uzbekistan, Kazakhstan, and Kyrgyzstan. In the decades since independence there is little official interest in fostering study of this important historical moment in any of the post-Soviet Central Asian countries. This workshop convenes researchers with multiple goals: stimulating broader research into this turning point; democratizing history by incorporating views from below; integrating and comparing national histories across Central Asia; and preparing collected essays for submission to a press. (Edited by NEH staff)

Yes    This project promotes DEI by incorporating diverse perspectives, democratizing history, and fostering collaboration across international borders.

Yes. This project promotes DEI by incorporating diverse perspectives, democratizing history, and fostering collaboration across international borders.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This convening will be a gathering of collaboratives including scholars, independent historians and researchers, plus descendants of the 72 Prisoners of War taken to Fort Marion, in St. Augustine, Florida in 1875.  During the convening, presentations and working groups will share historical accounts while descendants will share oral family stories from the time of incarceration to the present impact of federal Indian policies on the 5 tribal Nations whose members were unjustly held captive.  Themes and relational aspects will be pulled from the shared conversations.  It is the intent that a manuscript will be developed following the Convening based on the themes and stories shared. (Edited by NEH staff)

This convening will be a gathering of collaboratives including scholars, independent historians and researchers, plus descendants of the 72 Prisoners of War taken to Fort Marion, in St. Augustine, Florida in 1875.  During the convening, presentations and working groups will share historical accounts while descendants will share oral family stories from the time of incarceration to the present impact of federal Indian policies on the 5 tribal Nations whose members were unjustly held captive.  Themes and relational aspects will be pulled from the shared conversations.  It is the intent that a manuscript will be developed following the Convening based on the themes and stories shared. (Edited by NEH staff)

Yes    This convening relates to DEI as it brings together diverse perspectives (scholars, historians, descendants) to share and amplify the voices of marginalized groups affected by unjust captivity and federal Indian policies.

Yes. This convening relates to DEI as it brings together diverse perspectives (scholars, historians, descendants) to share and amplify the voices of marginalized groups affected by unjust captivity and federal Indian policies.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposal seeks support from the Convening funding category to gather scholars for a conference to be held March 14-15, 2025, at the University of Mississippi in Oxford, Mississippi. Scholars from many fields specialize in preservation, memorialization, and memory work, but there is little agreement or collaborative work across disciplines. Our goal in proposing this conference is to bring scholars from a wide array of fields together to learn more about the practical problems, theoretical concerns, models for methods, and discussion of the goals surrounding different types of memorial projects.

This proposal seeks support from the Convening funding category to gather scholars for a conference to be held March 14-15, 2025, at the University of Mississippi in Oxford, Mississippi. Scholars from many fields specialize in preservation, memorialization, and memory work, but there is little agreement or collaborative work across disciplines. Our goal in proposing this conference is to bring scholars from a wide array of fields together to learn more about the practical problems, theoretical concerns, models for methods, and discussion of the goals surrounding different types of memorial projects.

Yes

This proposal seeks to gather scholars from various fields to discuss preservation, memorialization, and memory work, which can be related to diversity, equity, and inclusion.

Yes. This proposal seeks to gather scholars from various fields to discuss preservation, memorialization, and memory work, which can be related to diversity, equity, and inclusion.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.TOP SECRET unearths the history of two all-Black codebreaking units in the Army's intelligence agencies during World War II and the Cold War. The result of a racial hiring quota, the World War II-era Commercial Code unit freed the US from relying on British intelligence on Axis trade relations. Despite limited resources, the unit processed thousands of messages daily and employed Black scholars and professionals from around the country. In the aftermath of World War II, another all-Black group, the Russian plaintext exploitation unit, arose to counter the growing threat of Soviet nuclear war. Under the harsh conditions of segregation, the codebreakers learned Russian and processed over 100,000 intercepted telegrams daily, becoming the Allies' main source of Soviet intelligence until the early 1950s. The project highlights these hidden heroes' critical contribution to national security and will captivate readers with its fresh perspective on the most pivotal moments of the 20th century.

TOP SECRET unearths the history of two all-Black codebreaking units in the Army's intelligence agencies during World War II and the Cold War. The result of a racial hiring quota, the World War II-era Commercial Code unit freed the US from relying on British intelligence on Axis trade relations. Despite limited resources, the unit processed thousands of messages daily and employed Black scholars and professionals from around the country. In the aftermath of World War II, another all-Black group, the Russian plaintext exploitation unit, arose to counter the growing threat of Soviet nuclear war. Under the harsh conditions of segregation, the codebreakers learned Russian and processed over 100,000 intercepted telegrams daily, becoming the Allies' main source of Soviet intelligence until the early 1950s. The project highlights these hidden heroes' critical contribution to national security and will captivate readers with its fresh perspective on the most pivotal moments of the 20th century.

Yes

TOP SECRET highlights the contributions of all-Black codebreaking units, showcasing diversity and challenging historical narratives.

Yes. TOP SECRET highlights the contributions of all-Black codebreaking units, showcasing diversity and challenging historical narratives. #DEI

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Aramaic Dead Sea Scrolls present a rich, understudied source of Jewish thought on life under the Persian and Greek empires. Unlike their Hebrew counterparts, these Aramaic scrolls are just beginning to receive scholarly attention, despite their potential to help illuminate a "dark age" of Jewish history. Our project will consider these scrolls not from the usual historical perspectives of ancient Judaism or Christianity, but as a rare ancient literary collection that negotiates between Jewish ethno-religious commitments on the one hand, and the prevailing imperial culture on the other. The project goals will be realized through two interdisciplinary workshops, one at the University of Notre Dame in August of 2025 and another at the Ludwig-Maximilian University of Munich in May of 2026. Gathering a diverse group of international experts, the workshops will culminate in both a book and a digital platform aimed at presenting the empires of the ancient Near East through the unique lens of the Aramaic Dead Sea Scrolls.

The Aramaic Dead Sea Scrolls present a rich, understudied source of Jewish thought on life under the Persian and Greek empires. Unlike their Hebrew counterparts, these Aramaic scrolls are just beginning to receive scholarly attention, despite their potential to help illuminate a "dark age" of Jewish history. Our project will consider these scrolls not from the usual historical perspectives of ancient Judaism or Christianity, but as a rare ancient literary collection that negotiates between Jewish ethno-religious commitments on the one hand, and the prevailing imperial culture on the other. The project goals will be realized through two interdisciplinary workshops, one at the University of Notre Dame in August of 2025 and another at the Ludwig-Maximilian University of Munich in May of 2026. Gathering a diverse group of international experts, the workshops will culminate in both a book and a digital platform aimed at presenting the empires of the ancient Near East through the unique lens of the Aramaic Dead Sea Scrolls.

No

This description does not explicitly address issues of diversity, equity, or inclusion (DEI). It focuses on historical research rather than examining DEI perspectives.

No. This description does not explicitly address issues of diversity, equity, or inclusion (DEI). It focuses on historical research rather than examining DEI perspectives.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My book project explores the question of why the United States has historically resisted broad-based national consumption taxes and what such resistance can tell us about American inequality.  In contrast to existing social scientific explanations, my project takes a humanistic perspective – one that focuses on the significance of individual agency and historical contingency – to make three central claims.  First, that the epistemic community of twentieth-century fiscal experts played a vital role in advancing, and at times inhibiting, considerations of broad national consumption taxes.  Second, political interests exerted their power over the democratic lawmaking process to support, or more often oppose, national consumption taxes. Finally, the historical chronology of fiscal federalism shows how the rise of state and local sales taxes in the 1930s, and their institutionalization during the post-WWII era, created a major obstacle for national lawmakers.

My book project explores the question of why the United States has historically resisted broad-based national consumption taxes and what such resistance can tell us about American inequality.  In contrast to existing social scientific explanations, my project takes a humanistic perspective – one that focuses on the significance of individual agency and historical contingency – to make three central claims.  First, that the epistemic community of twentieth-century fiscal experts played a vital role in advancing, and at times inhibiting, considerations of broad national consumption taxes.  Second, political interests exerted their power over the democratic lawmaking process to support, or more often oppose, national consumption taxes. Finally, the historical chronology of fiscal federalism shows how the rise of state and local sales taxes in the 1930s, and their institutionalization during the post-WWII era, created a major obstacle for national lawmakers.

No

This description does not directly relate to DEI as it focuses on fiscal policy and tax history rather than issues related to diversity, equity, and inclusion.

No. This description does not directly relate to DEI as it focuses on fiscal policy and tax history rather than issues related to diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Between Object and Subject: Autotheory and the Aftermath of Deportation and Forced Return is a one-day hybrid symposium that will convene scholars from across the social sciences and humanities with varying personal proximity to deportation and forced return.

Between Object and Subject: Autotheory and the Aftermath of Deportation and Forced Return is a one-day hybrid symposium that will convene scholars from across the social sciences and humanities with varying personal proximity to deportation and forced return.

No

This description does not provide enough information to determine if it relates to Diversity, Equity, and Inclusion (DEI).

No. This description does not provide enough information to determine if it relates to Diversity, Equity, and Inclusion (DEI).

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Swenson Swedish Immigration Research Center at Augustana College in Rock Island, Illinois is a national and international research center, library, and archives for the study of Swedish-American history and relations. It houses a significant collection of archival and printed materials pertaining to the history of immigration to the United States and to a variety of Swedish-American relations. The Center's collections include important primary materials with deep roots in the Swedish migration period of 1840-1930 when 1.3 million Swedes made their way to "the new world," making the Center a prime repository for Swedish-American history. This planning project brings together a team of collection specialists, preservations specialists, and architects to develop a Master Building and Preservation plan that will highlight the infrastructure of Denkmann Hall, home of the Swenson Center, to support both general preservation planning and emergency preparedness planning.

The Swenson Swedish Immigration Research Center at Augustana College in Rock Island, Illinois is a national and international research center, library, and archives for the study of Swedish-American history and relations. It houses a significant collection of archival and printed materials pertaining to the history of immigration to the United States and to a variety of Swedish-American relations. The Center's collections include important primary materials with deep roots in the Swedish migration period of 1840-1930 when 1.3 million Swedes made their way to "the new world," making the Center a prime repository for Swedish-American history. This planning project brings together a team of collection specialists, preservations specialists, and architects to develop a Master Building and Preservation plan that will highlight the infrastructure of Denkmann Hall, home of the Swenson Center, to support both general preservation planning and emergency preparedness planning.

No

The initiative focuses on the preservation and research of Swedish-American history, rather than on issues related to diversity, equity, and inclusion.

No. The initiative focuses on the preservation and research of Swedish-American history, rather than on issues related to diversity, equity, and inclusion.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Roger Williams University (RWU) was a Reconstruction-era institution for the education of freed persons. Prior to its destruction by arson in 1905, it occupied a portion of the future Vanderbilt campus. The racialized violence experienced by RWU students, faculty, and administrators in the wake of Reconstruction and Jim Crow was not unique; rather, it was part of a concerted regional effort to interrupt Black higher education. This symposium will convene scholars, designers, urban planners, and Black community stakeholders of the adjacent Edgehill Community to share research and conceptualize a memorial to RWU. Meeting at the historic site of RWU's campus, participants will build a collaborative plan for various professionals, neighborhood, and community leaders to situate the erasure of this injustice and its living legacy within the fabric of the campus and wider city. The plan will be published online and serve as a comprehensive history of RWU and guide for future memorialization.

Roger Williams University (RWU) was a Reconstruction-era institution for the education of freed persons. Prior to its destruction by arson in 1905, it occupied a portion of the future Vanderbilt campus. The racialized violence experienced by RWU students, faculty, and administrators in the wake of Reconstruction and Jim Crow was not unique; rather, it was part of a concerted regional effort to interrupt Black higher education. This symposium will convene scholars, designers, urban planners, and Black community stakeholders of the adjacent Edgehill Community to share research and conceptualize a memorial to RWU. Meeting at the historic site of RWU's campus, participants will build a collaborative plan for various professionals, neighborhood, and community leaders to situate the erasure of this injustice and its living legacy within the fabric of the campus and wider city. The plan will be published online and serve as a comprehensive history of RWU and guide for future memorialization.

Yes

The symposium aims to address the racialized violence experienced by students, faculty, and administrators at RWU and conceptualize a memorial to acknowledge this injustice and its living legacy.

Yes. The symposium aims to address the racialized violence experienced by students, faculty, and administrators at RWU and conceptualize a memorial to acknowledge this injustice and its living legacy.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Chittenden Community Television (d/b/a CCTV Center for Media & Democracy) is a government access and community media center which houses a collection of programs capturing the unique political and cultural evolution of the Burlington, Vermont community in the 1980s, 1990s, and 2000s through today. The CCTV Archives feature historic and current coverage of public meetings, political demonstrations, press conferences, debates, cultural events, youth produced programs, and much more. The aim of this project is to build upon CCTV's current archival practice in an effort to improve our preservation standards, diversify our storage solutions, and improve the public collection accessibility.

Chittenden Community Television (d/b/a CCTV Center for Media & Democracy) is a government access and community media center which houses a collection of programs capturing the unique political and cultural evolution of the Burlington, Vermont community in the 1980s, 1990s, and 2000s through today. The CCTV Archives feature historic and current coverage of public meetings, political demonstrations, press conferences, debates, cultural events, youth produced programs, and much more. The aim of this project is to build upon CCTV's current archival practice in an effort to improve our preservation standards, diversify our storage solutions, and improve the public collection accessibility.

No

This initiative focuses on archival practice, preservation standards, storage solutions, and collection accessibility, but does not specifically mention diversity, equity, or inclusion (DEI).

No. This initiative focuses on archival practice, preservation standards, storage solutions, and collection accessibility, but does not specifically mention diversity, equity, or inclusion (DEI).

---

The project we propose, "Psychedelic Humanities: Bridging the Two Cultures," seeks to address the intersection of the humanities and sciences within the context of the psychedelic renaissance. In Spring 2025, we intend to host a workshop that convenes a group of eight prominent humanities scholars with four leading scientists, aiming to foster interdisciplinary dialogue and collaboration. This meeting is envisioned not merely as an academic discussion but as a seminal platform for crafting a landmark edited volume, which we believe will herald the emergence of the "psychedelic humanities" as a pivotal academic field.

The project we propose, "Psychedelic Humanities: Bridging the Two Cultures," seeks to address the intersection of the humanities and sciences within the context of the psychedelic renaissance. In Spring 2025, we intend to host a workshop that convenes a group of eight prominent humanities scholars with four leading scientists, aiming to foster interdisciplinary dialogue and collaboration. This meeting is envisioned not merely as an academic discussion but as a seminal platform for crafting a landmark edited volume, which we believe will herald the emergence of the "psychedelic humanities" as a pivotal academic field.

No

The psychedelic humanities workshop focuses on interdisciplinary research, not DEI.

No. The psychedelic humanities workshop focuses on interdisciplinary research, not DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The High Desert Museum respectfully requests a $49,885 planning grant to develop a comprehensive Sustainable Preservation Plan that will support the long-term care of the collection at the Museum while embracing an innovative and holistic approach to environmental sustainability. Although the collection at the Museum is critical to advancing understanding of the western United States, current conditions threaten the long-term stability of this collection. Building from emerging research and practices across multiple fields, an interdisciplinary project team will: 1) address urgent issues with collection storage through environmentally sustainable and regenerative approaches; 2) develop practices that improve climate control while achieving net zero energy consumption; and 3) build resiliency against the ever-increasing threat of wildfires. Innovative methods resulting from this project will help institutions reduce their environmental impacts and strengthen institutional resiliency.

The High Desert Museum respectfully requests a $49,885 planning grant to develop a comprehensive Sustainable Preservation Plan that will support the long-term care of the collection at the Museum while embracing an innovative and holistic approach to environmental sustainability. Although the collection at the Museum is critical to advancing understanding of the western United States, current conditions threaten the long-term stability of this collection. Building from emerging research and practices across multiple fields, an interdisciplinary project team will: 1) address urgent issues with collection storage through environmentally sustainable and regenerative approaches; 2) develop practices that improve climate control while achieving net zero energy consumption; and 3) build resiliency against the ever-increasing threat of wildfires. Innovative methods resulting from this project will help institutions reduce their environmental impacts and strengthen institutional resiliency.

No

The description primarily focuses on developing a Sustainable Preservation Plan for collection care and environmental sustainability, without mentioning specific implications for diversity, equity, and inclusion (DEI) efforts.

No. The description primarily focuses on developing a Sustainable Preservation Plan for collection care and environmental sustainability, without mentioning specific implications for diversity, equity, and inclusion (DEI) efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Humanities Center at Carleton College seeks an NEH Humanities Connections grant to counteract the demonstrable decline in Humanities enrollments and to promote multidisciplinary learning opportunities by developing a suite of "Curricular-Bridge Courses" that would pair faculty members across divisions to teach collaboratively. As the products of equal partnerships of Humanities and STEM departments, these courses, we hope, will constructively model possible syntheses of disparate curricular impulses, encouraging students to think beyond academic silos to discover a wealth of overlapping and mixtures between subjects. We intend such programming to resonate as well with a planned reexamination of best practices for meaningful student engagement with curricular exploration and with initiatives to encourage student reflection upon interconnections between coursework and extracurricular experiences throughout their college careers.

The Humanities Center at Carleton College seeks an NEH Humanities Connections grant to counteract the demonstrable decline in Humanities enrollments and to promote multidisciplinary learning opportunities by developing a suite of "Curricular-Bridge Courses" that would pair faculty members across divisions to teach collaboratively. As the products of equal partnerships of Humanities and STEM departments, these courses, we hope, will constructively model possible syntheses of disparate curricular impulses, encouraging students to think beyond academic silos to discover a wealth of overlapping and mixtures between subjects. We intend such programming to resonate as well with a planned reexamination of best practices for meaningful student engagement with curricular exploration and with initiatives to encourage student reflection upon interconnections between coursework and extracurricular experiences throughout their college careers.

No

This description does not directly mention or address diversity, equity, and inclusion (DEI) initiatives.

No. This description does not directly mention or address diversity, equity, and inclusion (DEI) initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A planning project engaging a team of multi-disciplinary experts to perform a feasibility study which will evaluate conditions in the Deyo Hall Complex and recommend sustainable environmental and structural improvements necessary to create a dedicated study and storage center for Historic Huguenot Street Permanent Collection, Archives, and Library.

A planning project engaging a team of multi-disciplinary experts to perform a feasibility study which will evaluate conditions in the Deyo Hall Complex and recommend sustainable environmental and structural improvements necessary to create a dedicated study and storage center for Historic Huguenot Street Permanent Collection, Archives, and Library.

No

This description does not indicate any direct relation to DEI as it focuses on feasibility study, environmental improvements, and storage center development.

No. This description does not indicate any direct relation to DEI as it focuses on feasibility study, environmental improvements, and storage center development.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Our proposed planning grant seeks to bring humanistic analysis to business education by laying an intellectual foundation and to plan a coherent curricular structure that will support the development of new courses, and the revision of existing courses. Our goal is to tie these courses together under a curricular structure that allows all our students, including those who are pursuing a degree in business, to benefit from the humanistic (e.g. historical, philosophical, ethical) insights that connect to current models of economic practices. Similarly, we want all of our students, including those who are pursuing a degree in the humanities, to benefit from a firm understanding of business practice and economic decision-making so they are equipped to address the interlocking political, economic, and environmental crises of our times.

Our proposed planning grant seeks to bring humanistic analysis to business education by laying an intellectual foundation and to plan a coherent curricular structure that will support the development of new courses, and the revision of existing courses. Our goal is to tie these courses together under a curricular structure that allows all our students, including those who are pursuing a degree in business, to benefit from the humanistic (e.g. historical, philosophical, ethical) insights that connect to current models of economic practices. Similarly, we want all of our students, including those who are pursuing a degree in the humanities, to benefit from a firm understanding of business practice and economic decision-making so they are equipped to address the interlocking political, economic, and environmental crises of our times.

No

This proposed grant focuses on incorporating humanities into business education, but does not directly address diversity, equity, and inclusion (DEI) aspects.

No. This proposed grant focuses on incorporating humanities into business education, but does not directly address diversity, equity, and inclusion (DEI) aspects.

| | Prompt | Text | | |
|---|---|---|---|---|
| 733 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Shelburne Museum requests a Sustaining Cultural Heritage Collections planning grant from the National Endowment for the Humanities to evaluate deteriorating environmental conditions in two Museum buildings that house fine arts collections and develop plans to implement improvements to the buildings' infrastructures considering climate change. In recent years, the Museum has seen deviations in temperature and humidity conditions within both structures, risking damage to the collections and coinciding with climate change in the region. Although both buildings are equipped with HVAC systems, the systems are near the end of life and are having difficulty maintaining desired environmental conditions. If awarded this grant, the Museum will embark on a two-year project to assess energy-monitoring systems in both structures, create schematic plans for improving the buildings' envelopes and systems to help maintain desired conditions, and select an option to pursue in the project's next phase. | Shelburne Museum requests a Sustaining Cultural Heritage Collections planning grant from the National Endowment for the Humanities to evaluate deteriorating environmental conditions in two Museum buildings that house fine arts collections and develop plans to implement improvements to the buildings' infrastructures considering climate change. In recent years, the Museum has seen deviations in temperature and humidity conditions within both structures, risking damage to the collections and coinciding with climate change in the region. Although both buildings are equipped with HVAC systems, the systems are near the end of life and are having difficulty maintaining desired environmental conditions. If awarded this grant, the Museum will embark on a two-year project to assess energy-monitoring systems in both structures, create schematic plans for improving the buildings' envelopes and systems to help maintain desired conditions, and select an option to pursue in the project's next phase. | Yes | Shelburne Museum's request for a grant to evaluate deteriorating conditions and develop plans considering climate change relates to DEI by addressing environmental sustainability in cultural heritage preservation. | Yes. Shelburne Museum's request for a grant to evaluate deteriorating conditions and develop plans considering climate change relates to DEI by addressing environmental sustainability in cultural heritage preservation. |
| 734 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will engineer, program, and commission revised operating protocols for existing climate control systems and study the results of said adjustment as part of the Museum's multi-phase Preservation Environment Improvement Plan (PEIP). Specifically, this project will stabilize temperatures in the Kentucky Room and modify the dehumidification controls for the 1976 building, which were deemed low-cost, effective strategies for achieving relative humidity and temperature setpoints in the Museum's exhibitions spaces, quilt storage, and fine art storage. The project team will then study the results over a one-year period, comparing the new readings to historical data to determine if the desired targets are achieved, and integrate findings into the PEIP. The results will inform planned future steps of the PEIP, notably the review and selection of large-scale, high-cost mechanical system upgrades. | This project will engineer, program, and commission revised operating protocols for existing climate control systems and study the results of said adjustment as part of the Museum's multi-phase Preservation Environment Improvement Plan (PEIP). Specifically, this project will stabilize temperatures in the Kentucky Room and modify the dehumidification controls for the 1976 building, which were deemed low-cost, effective strategies for achieving relative humidity and temperature setpoints in the Museum's exhibitions spaces, quilt storage, and fine art storage. The project team will then study the results over a one-year period, comparing the new readings to historical data to determine if the desired targets are achieved, and integrate findings into the PEIP. The results will inform planned future steps of the PEIP, notably the review and selection of large-scale, high-cost mechanical system upgrades. | No | This project focuses on climate control systems and data analysis, but it does not directly address diversity, equity, and inclusion (DEI) efforts. | No. This project focuses on climate control systems and data analysis, but it does not directly address diversity, equity, and inclusion (DEI) efforts. |
| 735 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The year-long proposed project will produce a comprehensive plan for solving cultural resources stewardship challenges within the Museum's Cultural Resources Department. More specifically, the proposed planning grant will support Museum staff and a team of consultants and community stakeholders in a comprehensive examination of housing rooms and workspaces. | The year-long proposed project will produce a comprehensive plan for solving cultural resources stewardship challenges within the Museum's Cultural Resources Department. More specifically, the proposed planning grant will support Museum staff and a team of consultants and community stakeholders in a comprehensive examination of housing rooms and workspaces. | No | This project focuses on solving cultural resources stewardship challenges and examining housing rooms and workspaces, but does not mention DEI. | No. This project focuses on solving cultural resources stewardship challenges and examining housing rooms and workspaces, but does not mention DEI. |
| 736 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My research proceeds from two facts about America before 1900. Neither is a secret, but it's nevertheless easy to miss their significance. First, America, blessed with vast forests, has had a special relationship to timber. Even today, it's where the world's oldest, tallest, and heaviest trees all grow. In the past, abundant trees gave Americans a rich bounty of wood, useful both as a building material and fuel. They used the cheap wood for virtually every purpose they could. A thoroughgoingly wooden world, however, was also a distressingly combustible one. Hence my second fact: America before 1900 suffered fires, large and small, at an astonishing rate. My [manuscript], "This Too Shall Burn: America in the Age of Wood," is a history for a warming planet. It asks about a time when people were buffeted by disasters of their own making, and it seeks to reinterpret familiar episodes and themes in American history in the light of a volatile environment.<br /> | My research proceeds from two facts about America before 1900. Neither is a secret, but it's nevertheless easy to miss their significance. First, America, blessed with vast forests, has had a special relationship to timber. Even today, it's where the world's oldest, tallest, and heaviest trees all grow. In the past, abundant trees gave Americans a rich bounty of wood, useful both as a building material and fuel. They used the cheap wood for virtually every purpose they could. A thoroughgoingly wooden world, however, was also a distressingly combustible one. Hence my second fact: America before 1900 suffered fires, large and small, at an astonishing rate. My [manuscript], "This Too Shall Burn: America in the Age of Wood," is a history for a warming planet. It asks about a time when people were buffeted by disasters of their own making, and it seeks to reinterpret familiar episodes and themes in American history in the light of a volatile environment.<br /> | No | This description does not directly relate to DEI. It focuses on America's historical relationship with timber and the impact of fires. | No. This description does not directly relate to DEI. It focuses on America's historical relationship with timber and the impact of fires. |

| | | | | |
|---|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The American Craft Council (ACC) will digitize and make accessible historic issues of American Craft magazine and ACC Regional Assembly newsletters, continuing the work completed through previous grant funding. Materials will be digitized by an outside vendor, and project staff will be hired to write the necessary metadata for the digital objects. All materials will be added to the ACC's Digital Collections linked from the ACC website, which will enhance the ease and depth of scholarship of students, curators, art historians, publishers, and artists in the field of contemporary craft. This project will fill the gap in digital access to American Craft magazine back issues, as well as provide access to regional newsletters currently not cataloged or digitized. The project will be completed between June 1, 2024, and December 31, 2025. | The American Craft Council (ACC) will digitize and make accessible historic issues of American Craft magazine and ACC Regional Assembly newsletters, continuing the work completed through previous grant funding. Materials will be digitized by an outside vendor, and project staff will be hired to write the necessary metadata for the digital objects. All materials will be added to the ACC's Digital Collections linked from the ACC website, which will enhance the ease and depth of scholarship of students, curators, art historians, publishers, and artists in the field of contemporary craft. This project will fill the gap in digital access to American Craft magazine back issues, as well as provide access to regional newsletters currently not cataloged or digitized. The project will be completed between June 1, 2024, and December 31, 2025. | No | This initiative focuses on digitizing and making accessible historic issues of American Craft magazine and newsletters, but it does not explicitly mention DEI. | No. This initiative focuses on digitizing and making accessible historic issues of American Craft magazine and newsletters, but it does not explicitly mention DEI. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project entails the preparation of a critical edition of Harriet Beecher Stowe's religious writings for the Collected Writings of Harriet Beecher Stowe (Oxford University Press). Stowe is best remembered as the author of the bestselling anti-slavery novel Uncle Tom's Cabin (1852), but throughout her life she also wrote extensively on religious topics, publishing about 150 works in periodicals as well as two books, Woman in Sacred History (1873) and Footsteps of the Master (1877). These writings ranked among Stowe's most popular works, but they have been largely forgotten even by Stowe scholars. Stowe's religious writings are especially important because of their sustained focus on women and female religious experience. This edition will recover some of the most influential American religious writings of the nineteenth century and will confirm Stowe's status as an early feminist exegete and theologian. | This project entails the preparation of a critical edition of Harriet Beecher Stowe's religious writings for the Collected Writings of Harriet Beecher Stowe (Oxford University Press). Stowe is best remembered as the author of the bestselling anti-slavery novel Uncle Tom's Cabin (1852), but throughout her life she also wrote extensively on religious topics, publishing about 150 works in periodicals as well as two books, Woman in Sacred History (1873) and Footsteps of the Master (1877). These writings ranked among Stowe's most popular works, but they have been largely forgotten even by Stowe scholars. Stowe's religious writings are especially important because of their sustained focus on women and female religious experience. This edition will recover some of the most influential American religious writings of the nineteenth century and will confirm Stowe's status as an early feminist exegete and theologian. | Yes | This project can relate to DEI as it emphasizes the recovery and recognition of Harriet Beecher Stowe's religious writings, which focus on women and female religious experience. | Yes. This project can relate to DEI as it emphasizes the recovery and recognition of Harriet Beecher Stowe's religious writings, which focus on women and female religious experience. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We propose a digital publication, <em>Pompeii's Artistic Landscape</em>, to be built in Scalar and rooted in the data and tools of the Pompeii Artistic Landscape Project (PALP; http://palp.art). This publication will examine the long-held framework for understanding fresco art in the ancient city (and beyond), as well as offering a series of new observations in related case studies. This publication will have significance in the fields of art history, classics, and classical archaeology by offering new frameworks for understanding Pompeian wall paintings, a body of evidence that defines the study of Roman painting more broadly. Supporting these novel arguments will be new syntheses of the subject's history as well as a series of case studies on topics not previously addressed. This publication will also have significance in the field of digital humanities for our innovative use of Linked Open Data, computational approaches, and unique visualizations. | We propose a digital publication, <em>Pompeii's Artistic Landscape</em>, to be built in Scalar and rooted in the data and tools of the Pompeii Artistic Landscape Project (PALP; http://palp.art). This publication will examine the long-held framework for understanding fresco art in the ancient city (and beyond), as well as offering a series of new observations in related case studies. This publication will have significance in the fields of art history, classics, and classical archaeology by offering new frameworks for understanding Pompeian wall paintings, a body of evidence that defines the study of Roman painting more broadly. Supporting these novel arguments will be new syntheses of the subject's history as well as a series of case studies on topics not previously addressed. This publication will also have significance in the field of digital humanities for our innovative use of Linked Open Data, computational approaches, and unique visualizations. | Yes | The proposed publication has significance in the fields of art history, classics, and classical archaeology, offering new frameworks for understanding Pompeian wall paintings. Additionally, it incorporates digital humanities tools and approaches, which align with DEI principles of innovation and inclusivity. | Yes. The proposed publication has significance in the fields of art history, classics, and classical archaeology, offering new frameworks for understanding Pompeian wall paintings. Additionally, it incorporates digital humanities tools and approaches, which align with DEI principles of innovation and inclusivity. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project extends literary studies to the growing fields of ethnic and diasporic studies within Latin American studies to propose a new history of race that accounts for the role of religion in early twentieth century Brazil. I combine the tools of literary analysis with historical, anthropological, and religious inquiry to show the logic of how urban practices of healing, spirituality, and fellowship came to be conflated with witchcraft and regarded as socially dangerous. The Brazilian Constitution of 1891 functionally separated church and state, but the Penal Code of 1890, and in particular, a set of articles aimed at protecting public health, created new categories of crime that included magic, charlatanism, and illegal medicine. This project uncovers the often forgotten history of the reemergence of witchcraft laws, nearly a century after the end of Portuguese colonial rule in Brazil, and charts their ongoing durability in Brazilian republican law and cultural production. | This project extends literary studies to the growing fields of ethnic and diasporic studies within Latin American studies to propose a new history of race that accounts for the role of religion in early twentieth century Brazil. I combine the tools of literary analysis with historical, anthropological, and religious inquiry to show the logic of how urban practices of healing, spirituality, and fellowship came to be conflated with witchcraft and regarded as socially dangerous. The Brazilian Constitution of 1891 functionally separated church and state, but the Penal Code of 1890, and in particular, a set of articles aimed at protecting public health, created new categories of crime that included magic, charlatanism, and illegal medicine. This project uncovers the often forgotten history of the reemergence of witchcraft laws, nearly a century after the end of Portuguese colonial rule in Brazil, and charts their ongoing durability in Brazilian republican law and cultural production. | Yes | This project explores the intersection of race, religion, and law in early 20th century Brazil, highlighting the social and legal consequences of urban healing practices. | Yes. This project explores the intersection of race, religion, and law in early 20th century Brazil, highlighting the social and legal consequences of urban healing practices. |

Ex. 15 US-000062485.xlsx

| | | | | |
|---|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book analyzes the urban interventions and risk-management practices of African American-owned insurance companies as a way to explore the historical tensions between Black Marxism and Black capitalism. In the twentieth century, these companies collectively controlled more wealth than any other form of African American business and played a major role in urban development through their mortgage lending, housing projects, real-estate investments, and corporate architectural commissions, including America's first Black skyscraper. Some of these companies helped develop African American suburbs, while others directed resources toward fighting urban segregation and, later, rehabilitating inner-city neighborhoods in the wake of slum clearance and urban disinvestment. In these activities, the companies had to negotiate standard practices of risk-assessment in a world where risk and race tended to be mutually constitutive of each other. | This book analyzes the urban interventions and risk-management practices of African American-owned insurance companies as a way to explore the historical tensions between Black Marxism and Black capitalism. In the twentieth century, these companies collectively controlled more wealth than any other form of African American business and played a major role in urban development through their mortgage lending, housing projects, real-estate investments, and corporate architectural commissions, including America's first Black skyscraper. Some of these companies helped develop African American suburbs, while others directed resources toward fighting urban segregation and, later, rehabilitating inner-city neighborhoods in the wake of slum clearance and urban disinvestment. In these activities, the companies had to negotiate standard practices of risk-assessment in a world where risk and race tended to be mutually constitutive of each other. | No | This book explores the historical tensions between Black Marxism and Black capitalism, but does not directly relate to DEI. | No. This book explores the historical tensions between Black Marxism and Black capitalism, but does not directly relate to DEI. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The University of Louisville's Center for Archaeology and Cultural Heritage (CACHe) curates collections recovered from culturally-significant archaeological sites throughout the Lower Ohio River Valley. The Ohio River is one of the longest rivers in eastern North America, and the river has long been a point of convergence and source of life for people in the region. CACHe houses objects representing 13,000 years of lifeways along the river, from early Native American settlement to European/African-American contact. In their current state, these collections are under-researched and unknown to the public. While archaeological fieldwork in the area has taken place for over a hundred years, there is no publicly-available and researchable database documenting the archaeological record of the region. CACHe seeks planning support to build a collections database to digitally archive objects, improve research accessibility, and share with the public the region's rich cultural heritage. | The University of Louisville's Center for Archaeology and Cultural Heritage (CACHe) curates collections recovered from culturally-significant archaeological sites throughout the Lower Ohio River Valley. The Ohio River is one of the longest rivers in eastern North America, and the river has long been a point of convergence and source of life for people in the region. CACHe houses objects representing 13,000 years of lifeways along the river, from early Native American settlement to European/African-American contact. In their current state, these collections are under-researched and unknown to the public. While archaeological fieldwork in the area has taken place for over a hundred years, there is no publicly-available and researchable database documenting the archaeological record of the region. CACHe seeks planning support to build a collections database to digitally archive objects, improve research accessibility, and share with the public the region's rich cultural heritage. | Yes | CACHe's initiative to build a collections database improves research accessibility, sharing region's cultural heritage, promoting diversity, equity, and inclusion. | Yes. CACHe's initiative to build a collections database improves research accessibility, sharing region's cultural heritage, promoting diversity, equity, and inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Game and Interactive Software Scholarship Toolkit (GISST) is a platform for managing the citation and reference of software objects, their run-time states, and performances of their functionality by users. GISST is designed to lower the technical burden for scholars interested in interpreting historical software by making emulated systems more accessible, searchable, and shareable. | The Game and Interactive Software Scholarship Toolkit (GISST) is a platform for managing the citation and reference of software objects, their run-time states, and performances of their functionality by users. GISST is designed to lower the technical burden for scholars interested in interpreting historical software by making emulated systems more accessible, searchable, and shareable. | Yes | GISST provides a platform to make historical software more accessible, searchable, and shareable, which can support diversity, equity, and inclusion in technology. | Yes. GISST provides a platform to make historical software more accessible, searchable, and shareable, which can support diversity, equity, and inclusion in technology. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The La MaMa Archive respectfully requests a Challenge Grant from the National Endowment for the Humanities to make critical short-term climate control improvements to our space, as well as to create a long-term plan for the capital renovation of the Archive. This project fits within La MaMa's Master Capital Plan to renovate our East Village properties. The renovation Archive's home at 66 East 4th Street will not begin for another 7-10 years. However, the Archive cannot wait to have adequate climate control. This project, as part of the larger, eventual renovation of the entire building, will fundamentally support the humanities work of the archive by improving the environmental conditions of the archive through monitoring, assessment and the installation of new equipment. | The La MaMa Archive respectfully requests a Challenge Grant from the National Endowment for the Humanities to make critical short-term climate control improvements to our space, as well as to create a long-term plan for the capital renovation of the Archive. This project fits within La MaMa's Master Capital Plan to renovate our East Village properties. The renovation Archive's home at 66 East 4th Street will not begin for another 7-10 years. However, the Archive cannot wait to have adequate climate control. This project, as part of the larger, eventual renovation of the entire building, will fundamentally support the humanities work of the archive by improving the environmental conditions of the archive through monitoring, assessment and the installation of new equipment. | No | This project focuses on climate control improvements and capital renovation, which do not directly relate to DEI efforts. | No. This project focuses on climate control improvements and capital renovation, which do not directly relate to DEI efforts. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project intends to execute planning activities, primarily exhibit design, for a Dena'ina Exhibit at the Alaska Native Heritage Center | This project intends to execute planning activities, primarily exhibit design, for a Dena'ina Exhibit at the Alaska Native Heritage Center | Yes | This project aims to promote diversity and inclusion by showcasing the heritage and culture of the Dena'ina people at the Alaska Native Heritage Center. | Yes. This project aims to promote diversity and inclusion by showcasing the heritage and culture of the Dena'ina people at the Alaska Native Heritage Center. |

Ex. 15 US-000062485.xlsx

| | Prompt | Description | | Explanation | Response |
|---|---|---|---|---|---|
| 746 | The Chicago Public Art Group (CPAG), in partnership with the Chicago History Museum, requests a $40,000 planning grant for a temporary exhibition featuring William Walker, widely recognized as the founder of the contemporary community mural movement. Tentatively titled "William Walker: Walls of Truth," the exhibition will focus on the significance of the artist's work in the context of Black liberation struggles of the 1960s and 1970s as well as today's movements for racial justice. | The Chicago Public Art Group (CPAG), in partnership with the Chicago History Museum, requests a $40,000 planning grant for a temporary exhibition featuring William Walker, widely recognized as the founder of the contemporary community mural movement. Tentatively titled "William Walker: Walls of Truth," the exhibition will focus on the significance of the artist's work in the context of Black liberation struggles of the 1960s and 1970s as well as today's movements for racial justice. | Yes | The William Walker exhibition highlights Black liberation struggles and racial justice. | Yes. The William Walker exhibition highlights Black liberation struggles and racial justice. |
| 747 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The USS Constitution Museum (USSCM) seeks a $40,000 NEH Planning Grant for Window to the World: USS Constitution's Around the World Cruise, 1844-1846 (WTW). WTW will anchor the Museum's new exhibit building, projecting to engage 600,000 local, national and international visitors annually. The exhibit will reinvigorate the interpretation of this national monument by bringing the Ship's story forward from the War of 1812 to explore her role as a diplomatic and trade envoy in the 1840s when indigenous experiences of colonialism around the world were changing rapidly. This largely unknown "around-the-world" story will be told from diverse perspectives including the Ship's multicultural crew and the nations Constitution visited in the Tropics and Southern Hemisphere. WTW invites us to use "Old Ironsides" and her crew as a lens through which to examine the diverse experiences of nation-states and cultures as the new United States attempts to assert itself on the world stage. | The USS Constitution Museum (USSCM) seeks a $40,000 NEH Planning Grant for Window to the World: USS Constitution's Around the World Cruise, 1844-1846 (WTW). WTW will anchor the Museum's new exhibit building, projecting to engage 600,000 local, national and international visitors annually. The exhibit will reinvigorate the interpretation of this national monument by bringing the Ship's story forward from the War of 1812 to explore her role as a diplomatic and trade envoy in the 1840s when indigenous experiences of colonialism around the world were changing rapidly. This largely unknown "around-the-world" story will be told from diverse perspectives including the Ship's multicultural crew and the nations Constitution visited in the Tropics and Southern Hemisphere. WTW invites us to use "Old Ironsides" and her crew as a lens through which to examine the diverse experiences of nation-states and cultures as the new United States attempts to assert itself on the world stage. | No | This description does not explicitly mention diversity, equity, or inclusion. | No. This description does not explicitly mention diversity, equity, or inclusion. |
| 748 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Bohemia on the Breadline tells a new story about art and activism during an exceptional moment of collective endeavour in the history of the United States. This is a narrative history about a network of women artists who were employed under FDR's economic recovery program, the New Deal. The book brings to light a history of feminist art that challenged institutional racism and structural inequalities, engaging with civil rights issues including equal pay, healthcare equity, fair housing, and anti-lynching legislation. The women's work began to disappear when the Works Progress Administration projects were dismantled, and tens of thousands of artworks were destroyed because the government could not afford the storage costs. Their history was further obscured by the ways that major national archives were constructed. Drawing from deep research, this book is the first to show how important these women are to art and social change in U.S. history. | Bohemia on the Breadline tells a new story about art and activism during an exceptional moment of collective endeavour in the history of the United States. This is a narrative history about a network of women artists who were employed under FDR's economic recovery program, the New Deal. The book brings to light a history of feminist art that challenged institutional racism and structural inequalities, engaging with civil rights issues including equal pay, healthcare equity, fair housing, and anti-lynching legislation. The women's work began to disappear when the Works Progress Administration projects were dismantled, and tens of thousands of artworks were destroyed because the government could not afford the storage costs. Their history was further obscured by the ways that major national archives were constructed. Drawing from deep research, this book is the first to show how important these women are to art and social change in U.S. history. | Yes | Bohemia on the Breadline explores the intersection of art, activism, and historical inequities, highlighting the contributions of women artists and their impact on civil rights issues. | Yes. Bohemia on the Breadline explores the intersection of art, activism, and historical inequities, highlighting the contributions of women artists and their impact on civil rights issues. |
| 749 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Since the Renaissance, humans have used machines to draw. The impulse to technologize the very human act of putting pen to paper has impacted the history of the arts, the sciences, and the humanities long before the rise of Artificial Intelligence and digital media. And yet, studies of historical drawing machines are limited by analysis of still images in print media. These dynamic, complex inventions cannot be understood by static pictures and descriptions. I propose a new interactive experience at drawingmachines.org, where users can explore drawing machines from the last six centuries through annotated animations and videos. These machines-in-motion, accompanied by in-depth interpretive context, will shed new light on the forgotten ways humans and machines have cooperated to make art, visualize data, measure our world, expand knowledge, and even entertain the masses through drawing. | Since the Renaissance, humans have used machines to draw. The impulse to technologize the very human act of putting pen to paper has impacted the history of the arts, the sciences, and the humanities long before the rise of Artificial Intelligence and digital media. And yet, studies of historical drawing machines are limited by analysis of still images in print media. These dynamic, complex inventions cannot be understood by static pictures and descriptions. I propose a new interactive experience at drawingmachines.org, where users can explore drawing machines from the last six centuries through annotated animations and videos. These machines-in-motion, accompanied by in-depth interpretive context, will shed new light on the forgotten ways humans and machines have cooperated to make art, visualize data, measure our world, expand knowledge, and even entertain the masses through drawing. | No | This description focuses on the history and interactive experience of drawing machines, and does not directly relate to diversity, equity, and inclusion (DEI) initiatives. | No. This description focuses on the history and interactive experience of drawing machines, and does not directly relate to diversity, equity, and inclusion (DEI) initiatives. |

Ex. 15 US-000062485.xlsx

**750**

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Building on years of archival excavation that led to my publication of Jack Kerouac's previously-unknown French manuscripts, my project aims to reposition Kerouac in his actual geopolitical and cultural-linguistic reality as a minoritarian, bilingual, and bi-cultural author, rather than as the mythic "King of the Beats" forever hitchhiking on the road. Born Jean-Louis Kérouac of immigrant parents from Québec, his French-Canadian upbringing and bilingualism are formative to his breakthrough achievements as a new kind of North American writer. In producing this new critical reassessment of Kerouac's oeuvre as an embodiment of the Franco-American experience within continental North America, my project can carve a path for the long-awaited reinscription and inclusivity of French-Canadian heritage—and the French language writ large—in American Studies and further enrich, and complicate, the American Tapestry.

Building on years of archival excavation that led to my publication of Jack Kerouac's previously-unknown French manuscripts, my project aims to reposition Kerouac in his actual geopolitical and cultural-linguistic reality as a minoritarian, bilingual, and bi-cultural author, rather than as the mythic "King of the Beats" forever hitchhiking on the road. Born Jean-Louis Kérouac of immigrant parents from Québec, his French-Canadian upbringing and bilingualism are formative to his breakthrough achievements as a new kind of North American writer. In producing this new critical reassessment of Kerouac's oeuvre as an embodiment of the Franco-American experience within continental North America, my project can carve a path for the long-awaited reinscription and inclusivity of French-Canadian heritage—and the French language writ large—in American Studies and further enrich, and complicate, the American Tapestry.

No — This project focuses on repositioning Jack Kerouac as a French-Canadian author, which is not directly related to DEI.

No. This project focuses on repositioning Jack Kerouac as a French-Canadian author, which is not directly related to DEI.

**751**

I am applying for an NEH faculty award to curate an exhibition called "Fashion &amp; Power in Imperial Spain (1492-1700)" at the Hispanic Society of America in New York City and to write the exhibition catalogue. The first exhibition of its kind in the United States, Fashion &amp; Power will display a wide range of objects from the Hispanic Society's museum and library to examine the crucial role that fashion played in the exertion of power within Spanish society and in the construction of Spain's imperial identity. Using objects as evidence, this project will decode the language of power that was communicated by men's and women's clothing and will explore how the power of fashion was mobilized by the major power-brokers: the crown, the military, and the church. "Fashion &amp; Power" will contribute a new narrative of the art and history of imperial Spain that places clothing at the center of the story—a position that accurately reflects the primacy of fashion in the early modern era.

I am applying for an NEH faculty award to curate an exhibition called "Fashion &amp; Power in Imperial Spain (1492-1700)" at the Hispanic Society of America in New York City and to write the exhibition catalogue. The first exhibition of its kind in the United States, Fashion &amp; Power will display a wide range of objects from the Hispanic Society's museum and library to examine the crucial role that fashion played in the exertion of power within Spanish society and in the construction of Spain's imperial identity. Using objects as evidence, this project will decode the language of power that was communicated by men's and women's clothing and will explore how the power of fashion was mobilized by the major power-brokers: the crown, the military, and the church. "Fashion &amp; Power" will contribute a new narrative of the art and history of imperial Spain that places clothing at the center of the story—a position that accurately reflects the primacy of fashion in the early modern era.

No — The Spanish fashion exhibition examines historical power and identity, not DEI.

No. The Spanish fashion exhibition examines historical power and identity, not DEI.

**752**

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.On January 22, 1905, Paris police stood on high alert, anticipating the social unrest they feared Louise Michel's funeral would spark. The renowned 19th-century French revolutionary was an incendiary legend during her life and the subject of mythmaking after her death. Michel remains largely unknown to American audiences, despite her international role in women's activism, debates around imperialism, and radical politics. Her life defied social and political conventions. An anarchist feminist orator and author, she rejected gender roles, lived with a woman, and contested hierarchies. My biography contextualizes her experiences, work, and reception through the geographies of her life. It investigates her ideological developments and contributions, her role in historical events, her gendered international reputation, and her complex, expansive afterlives. The work brings Michel to an anglophone audience, illuminating both her and our own contentious international political worlds.

On January 22, 1905, Paris police stood on high alert, anticipating the social unrest they feared Louise Michel's funeral would spark. The renowned 19th-century French revolutionary was an incendiary legend during her life and the subject of mythmaking after her death. Michel remains largely unknown to American audiences, despite her international role in women's activism, debates around imperialism, and radical politics. Her life defied social and political conventions. An anarchist feminist orator and author, she rejected gender roles, lived with a woman, and contested hierarchies. My biography contextualizes her experiences, work, and reception through the geographies of her life. It investigates her ideological developments and contributions, her role in historical events, her gendered international reputation, and her complex, expansive afterlives. The work brings Michel to an anglophone audience, illuminating both her and our own contentious international political worlds.

Yes — The biography explores the life and activism of Louise Michel, a French revolutionary who challenged social and political conventions, highlighting her contributions to women's activism and radical politics.

Yes. The biography explores the life and activism of Louise Michel, a French revolutionary who challenged social and political conventions, highlighting her contributions to women's activism and radical politics. #DEI

**753**

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."The Story of Next Week" is the first full biography of American poet John Ashbery (1927-2017), whose preeminent position in late twentieth-century letters is "assured," but whose lingering reputation for "difficulty" has limited his audience. In this new book, I illuminate how his brilliant emotional life—which he detailed for more than forty years, usually in French, in previously unknown letters—fed his original, seemingly impersonal poetry. Ashbery held that his experimental work had little to do with his personal experience, but as I researched his life and work, unearthing diaries, letters, and drafts long forgotten, he became more open. Drawing on several-hundred hours of my recordings with Ashbery and my immersion in archives in three countries, this biography offers unprecedented access to the poet, revealing an artist with a capacious appetite for knowing the vastness of human experience and  sustained interest in discovering a language and poetic space to encompass it.

"The Story of Next Week" is the first full biography of American poet John Ashbery (1927-2017), whose preeminent position in late twentieth-century letters is "assured," but whose lingering reputation for "difficulty" has limited his audience. In this new book, I illuminate how his brilliant emotional life—which he detailed for more than forty years, usually in French, in previously unknown letters—fed his original, seemingly impersonal poetry. Ashbery held that his experimental work had little to do with his personal experience, but as I researched his life and work, unearthing diaries, letters, and drafts long forgotten, he became more open. Drawing on several-hundred hours of my recordings with Ashbery and my immersion in archives in three countries, this biography offers unprecedented access to the poet, revealing an artist with a capacious appetite for knowing the vastness of human experience and  sustained interest in discovering a language and poetic space to encompass it.

No — This biography focuses on the life and work of John Ashbery, a poet, but does not directly relate to DEI efforts.

No. This biography focuses on the life and work of John Ashbery, a poet, but does not directly relate to DEI (Diversity, Equity, and Inclusion) efforts.

**754**

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The project proposal involves reconfiguring and expanding the research for my book, <em>Interactive Cinema and the Ethics of Media Participation</em> (University of Minnesota Press, 2024), into an interactive digital publication (DP) using the open access Manifold Scholarship platform. The DP will feature flexible reading paths and multimedia documentation of the ephemeral media covered in the book, especially 1990s-early 2000 nearly obsolete digital cinema in disc form (DVD-/CD-ROMS). The affordance of interactive features will lead to new arguments and conclusions that simply writing about (rather than also through) interactivity cannot provide. The DP will additionally serve as a repository of materials associated with born-digital works that are in danger of becoming materially and historically obsolete, and as a mode of experimental archiving that will stimulate necessary discourse on new sustainable ways of preserving disappearing digital objects.

The project proposal involves reconfiguring and expanding the research for my book, <em>Interactive Cinema and the Ethics of Media Participation</em> (University of Minnesota Press, 2024), into an interactive digital publication (DP) using the open access Manifold Scholarship platform. The DP will feature flexible reading paths and multimedia documentation of the ephemeral media covered in the book, especially 1990s-early 2000 nearly obsolete digital cinema in disc form (DVD-/CD-ROMS). The affordance of interactive features will lead to new arguments and conclusions that simply writing about (rather than also through) interactivity cannot provide. The DP will additionally serve as a repository of materials associated with born-digital works that are in danger of becoming materially and historically obsolete, and as a mode of experimental archiving that will stimulate necessary discourse on new sustainable ways of preserving disappearing digital objects.

No — The project proposal does not directly relate to DEI, as it focuses on the expansion and reconfiguring of research for a book, and the preservation of digital objects.

No. The project proposal does not directly relate to DEI, as it focuses on the expansion and reconfiguring of research for a book, and the preservation of digital objects.

**755**

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We must take to the streets again explores the burst of black activism that rose in opposition to the restructuring of the U.S. economy and conservative ascendance in U.S. politics of the late 1970s and 1980s. Focusing on ideas, language, symbols, activists, and organizations, this project presents the black political activism of the 1980s and 90s as a bridge between the mobilizations of the Black Power Movement in the 1960s and Black Lives Matter in the twenty-first century. It will thus help us understand not only a pivotal and understudied period in African American history, but our contentious present.

We must take to the streets again explores the burst of black activism that rose in opposition to the restructuring of the U.S. economy and conservative ascendance in U.S. politics of the late 1970s and 1980s. Focusing on ideas, language, symbols, activists, and organizations, this project presents the black political activism of the 1980s and 90s as a bridge between the mobilizations of the Black Power Movement in the 1960s and Black Lives Matter in the twenty-first century. It will thus help us understand not only a pivotal and understudied period in African American history, but our contentious present.

Yes — This project analyzes black political activism in the 1980s and 90s as a bridge between past and present movements, helping us understand African American history and our current context.

Yes. This project analyzes black political activism in the 1980s and 90s as a bridge between past and present movements, helping us understand African American history and our current context.

**756**

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.To commemorate America's 250th anniversary the Porter-Phelps-Huntington Museum seeks to research and develop exhibits and programs that center the experiences of people who labored at the Forty Acres farmstead, and whose stories embody the complex relations between American Independence and servitude: • Cesar Phelps, enslaved to the Phelps family, served at Fort Ticonderoga—a remarkable letter he sent from the Fort in 1776 survives in the collection. • Peg Bowen, an enslaved woman, resold to the Phelps family in 1778, apparently in response to the new Vermont constitution's prohibition against adult slavery. • John Morrison, a British prisoner of war and skilled ornamental gardener was indentured at Forty Acres and created a garden there. • George Andries a Hessian mercenary soldier in the British army, together with his wife Mary Andries, worked at Forty Acres until 1809.

To commemorate America's 250th anniversary the Porter-Phelps-Huntington Museum seeks to research and develop exhibits and programs that center the experiences of people who labored at the Forty Acres farmstead, and whose stories embody the complex relations between American Independence and servitude: • Cesar Phelps, enslaved to the Phelps family, served at Fort Ticonderoga—a remarkable letter he sent from the Fort in 1776 survives in the collection. • Peg Bowen, an enslaved woman, resold to the Phelps family in 1778, apparently in response to the new Vermont constitution's prohibition against adult slavery. • John Morrison, a British prisoner of war and skilled ornamental gardener was indentured at Forty Acres and created a garden there. • George Andries a Hessian mercenary soldier in the British army, together with his wife Mary Andries, worked at Forty Acres until 1809.

No — This description does not explicitly mention any efforts related to diversity, equity, and inclusion (DEI).

No. This description does not explicitly mention any efforts related to diversity, equity, and inclusion (DEI).

**757**

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The School for Advanced Research (SAR) has achieved worldwide recognition for its advanced seminars and resident scholar programs in anthropology and related social sciences. SAR also works collaboratively with descendant communities to steward one of the nation's finest collections of Native American art and cultural belongings from the Southwest at its Indian Arts Research Center (IARC). SAR has seen considerable growth in programming and has worked with multiple stakeholders to plan for the next chapter, with the intent to expand its humanities programming through a $45 million, five-year comprehensive fundraising campaign that addresses both immediate and long-term needs for financial health, program growth, and capital needs that include an expanded IARC facility. The NEH grant and matching funds focus on plans to safeguard and protect the IARC collections both during the construction period and in perpetuity after the project is completed.

The School for Advanced Research (SAR) has achieved worldwide recognition for its advanced seminars and resident scholar programs in anthropology and related social sciences. SAR also works collaboratively with descendant communities to steward one of the nation's finest collections of Native American art and cultural belongings from the Southwest at its Indian Arts Research Center (IARC). SAR has seen considerable growth in programming and has worked with multiple stakeholders to plan for the next chapter, with the intent to expand its humanities programming through a $45 million, five-year comprehensive fundraising campaign that addresses both immediate and long-term needs for financial health, program growth, and capital needs that include an expanded IARC facility. The NEH grant and matching funds focus on plans to safeguard and protect the IARC collections both during the construction period and in perpetuity after the project is completed.

No — Although the School for Advanced Research has collaborated with descendant communities, the provided description does not explicitly mention DEI initiatives.

No. Although the School for Advanced Research has collaborated with descendant communities, the provided description does not explicitly mention DEI initiatives.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The proposed grant will enable the Mark Twain Project, during 2022-26, to replace its failing digital publishing and data-management system with a new lightweight and sustainable system that will allow the Project's digital enterprise, Mark Twain Project Online, to thrive for at least the next ten years. Activities under this grant will include the creation of a new Mark Twain Project Online website using the Hugo framework; implementation of the XML eXist database for Project metadata; development of workflows for the production of digital surrogates and metadata (MARC, etc.); renovation of the Project's data stack (XML, XSLT, CSS, JavaScript, etc.) for a minimal computing environment; and the launch of MTPO Labs for experimental editorial and data analysis interfaces and tools, expanding online offerings to our users.

The proposed grant will enable the Mark Twain Project, during 2022-26, to replace its failing digital publishing and data-management system with a new lightweight and sustainable system that will allow the Project's digital enterprise, Mark Twain Project Online, to thrive for at least the next ten years. Activities under this grant will include the creation of a new Mark Twain Project Online website using the Hugo framework; implementation of the XML eXist database for Project metadata; development of workflows for the production of digital surrogates and metadata (MARC, etc.); renovation of the Project's data stack (XML, XSLT, CSS, JavaScript, etc.) for a minimal computing environment; and the launch of MTPO Labs for experimental editorial and data analysis interfaces and tools, expanding online offerings to our users.

No

The proposed grant primarily focuses on upgrading the technology infrastructure and expanding online offerings. It does not indicate any direct connection to diversity, equity, and inclusion efforts.

No. The proposed grant primarily focuses on upgrading the technology infrastructure and expanding online offerings. It does not indicate any direct connection to diversity, equity, and inclusion efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book project argues that any solution to the environmental crises of our time must include the cultivation of local attachments and deepening affections for the vernacular ecologies of everyday life. It explores the hidden history of common plants, such as broomsedge, eastern redcedar, and sassafras, that flourish across eastern North America in verges, ditches, rights-of-way, and other wayside landscapes. Using a combination of firsthand field observations and historical research, the project examines plants as medicine, food, industry, and ruins. In so doing it highlights an emerging theme in the environmental humanities: that humans can learn to perceive the power and creativity of the more-than-human world, and that we can start with the ordinary plants in degraded landscapes that illustrate the possibilities of unexpected thriving.

This book project argues that any solution to the environmental crises of our time must include the cultivation of local attachments and deepening affections for the vernacular ecologies of everyday life. It explores the hidden history of common plants, such as broomsedge, eastern redcedar, and sassafras, that flourish across eastern North America in verges, ditches, rights-of-way, and other wayside landscapes. Using a combination of firsthand field observations and historical research, the project examines plants as medicine, food, industry, and ruins. In so doing it highlights an emerging theme in the environmental humanities: that humans can learn to perceive the power and creativity of the more-than-human world, and that we can start with the ordinary plants in degraded landscapes that illustrate the possibilities of unexpected thriving.

No

This book project focuses on the environmental crises and the exploration of common plants, but it does not directly relate to DEI topics.

No. This book project focuses on the environmental crises and the exploration of common plants, but it does not directly relate to DEI (Diversity, Equity, and Inclusion) topics.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Stewart Indian School Cultural Center &amp; Museum (SISCCM) opened in January 2020 as a gathering place for alumni who attended the Stewart Indian School, a federal Bureau of Indian Affairs boarding school, which operated from 1890-1980 in Carson City, NV. The purpose of this museum is to tell the story of the school from the perspective of the students who attended the school, initially from Great Basin tribal nations: Washoe Tribe of Nevada and California, Northern Paiute, Southern Paiute, and Western Shoshone. Eventually over 200 tribes from western states were represented at the school. In addition, the museum serves as a place of healing from the historical trauma of the early years of boarding school history. And it is a place of contemporary Great Basin Native art and stories. <br /> The goal of this grant is to conduct research at the NARA in San Bruno, CA, to digitize the school records and make them available to Stewart alumni and their families at our museum research library. 

The Stewart Indian School Cultural Center &amp; Museum (SISCCM) opened in January 2020 as a gathering place for alumni who attended the Stewart Indian School, a federal Bureau of Indian Affairs boarding school, which operated from 1890-1980 in Carson City, NV. The purpose of this museum is to tell the story of the school from the perspective of the students who attended the school, initially from Great Basin tribal nations: Washoe Tribe of Nevada and California, Northern Paiute, Southern Paiute, and Western Shoshone. Eventually over 200 tribes from western states were represented at the school. In addition, the museum serves as a place of healing from the historical trauma of the early years of boarding school history. And it is a place of contemporary Great Basin Native art and stories. <br /> The goal of this grant is to conduct research at the NARA in San Bruno, CA, to digitize the school records and make them available to Stewart alumni and their families at our museum research library. 

Yes

The Stewart Indian School Cultural Center & Museum promotes DEI by telling the story of indigenous students and offering a place for healing from historical trauma.

Yes. The Stewart Indian School Cultural Center & Museum promotes DEI by telling the story of indigenous students and offering a place for healing from historical trauma.

The I'esh'un Project ("I found it," Dena'ina Athabascan) seeks to implement a project to build and publish a map detailing out the locations and information about assimilative boarding schools in Alaska. The funds for this project will support design and creation of the map using GIS software in partnership with a contractor whose work is dedicated to mapping and information management.

The I'esh'un Project ("I found it," Dena'ina Athabascan) seeks to implement a project to build and publish a map detailing out the locations and information about assimilative boarding schools in Alaska. The funds for this project will support design and creation of the map using GIS software in partnership with a contractor whose work is dedicated to mapping and information management.

Yes

The I'esh'un Project documents the history of Indigenous boarding schools.

Yes. The I'esh'un Project documents the history of Indigenous boarding schools.

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."Hear My Story, See My Face: A Boarding School Experience" will combine the power of a portrait with the eloquence of resilience in each story told. This project uniquely addresses the Road to Healing tour within the Federal Indian Boarding School Initiative (FIBSI) by having college students research and photograph their family's unique boarding school experience. Photography is a powerful way to capture our past and future as Indigenous people. In this project, "photovoice" is a method that allows respondents the opportunity to use photos to capture their perspectives and ideas of an event, feelings, and understandings. Therefore, this grant is intended to support a project of data collection around the federal Indian boarding school experience. This project touches on many of the ideas listed in the notice of funding such as tribal history projects, digital projects resulting in exhibitions, research leading to exhibits, or other products that reach the general public. | "Hear My Story, See My Face: A Boarding School Experience" will combine the power of a portrait with the eloquence of resilience in each story told. This project uniquely addresses the Road to Healing tour within the Federal Indian Boarding School Initiative (FIBSI) by having college students research and photograph their family's unique boarding school experience. Photography is a powerful way to capture our past and future as Indigenous people. In this project, "photovoice" is a method that allows respondents the opportunity to use photos to capture their perspectives and ideas of an event, feelings, and understandings. Therefore, this grant is intended to support a project of data collection around the federal Indian boarding school experience. This project touches on many of the ideas listed in the notice of funding such as tribal history projects, digital projects resulting in exhibitions, research leading to exhibits, or other products that reach the general public. | Yes | This project utilizes photovoice to capture perspectives and ideas of Indigenous people's experiences, supporting data collection around federal Indian boarding schools. It aligns with the notice of funding's focus on tribal history and digital projects for public reach. | Yes. This project utilizes photovoice to capture perspectives and ideas of Indigenous people's experiences, supporting data collection around federal Indian boarding schools. It aligns with the notice of funding's focus on tribal history and digital projects for public reach. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The primary goal of this project is to scan three (3) areas at the Cowlitz Indian Tribe St. Mary's property to determine the location of unrecorded Indigenous burial sites. It is generational knowledge of the Tribe that some Tribal students died during their attendance at the school and may have been buried on the property. There is also the unfortunate reality that some of these burials were potentially unrecorded by the Catholic church as cases of unrecorded graves in Indian boarding schools continue to be discovered in Indian Country. Other graves may exist in additional areas of the surrounding St. Mary's property, still owned by the church. It is well-documented that many of these boarding schools, both operated by the churches and by private institutions, were receiving federal money to systematically abuse and assimilate Indigenous children into white society. | The primary goal of this project is to scan three (3) areas at the Cowlitz Indian Tribe St. Mary's property to determine the location of unrecorded Indigenous burial sites. It is generational knowledge of the Tribe that some Tribal students died during their attendance at the school and may have been buried on the property. There is also the unfortunate reality that some of these burials were potentially unrecorded by the Catholic church as cases of unrecorded graves in Indian boarding schools continue to be discovered in Indian Country. Other graves may exist in additional areas of the surrounding St. Mary's property, still owned by the church. It is well-documented that many of these boarding schools, both operated by the churches and by private institutions, were receiving federal money to systematically abuse and assimilate Indigenous children into white society. | Yes | This project aligns with DEI as it acknowledges and aims to uncover unrecorded Indigenous burial sites, highlighting the historical mistreatment and abuse of Indigenous children in boarding schools. | Yes. This project aligns with DEI as it acknowledges and aims to uncover unrecorded Indigenous burial sites, highlighting the historical mistreatment and abuse of Indigenous children in boarding schools. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Since Mt. Edgecumbe High School (MEHS) shares the physical location, historical infrastructure and similar name to a former federal Indian boarding school; MEHS has an important responsibility in accurately teaching the history of federal Indian boarding schools to MEHS students and the wider public. Curriculum surrounding federal Indian boarding schools is currently included in a variety of courses offered at MEHS. As teachers retire or are asked to teach different courses, transferring this curriculum to new teachers and in turn students, is critically important. The goals of this project include to fully articulate the curriculum for content surrounding federal Indian boarding schools in the content areas of Alaska History, US History, Native Studies, Alaska Literature and Native American Literature. Additionally, the second main goal is to provide additional resources to support curriculum surrounding federal Indian boarding schools.  | Since Mt. Edgecumbe High School (MEHS) shares the physical location, historical infrastructure and similar name to a former federal Indian boarding school; MEHS has an important responsibility in accurately teaching the history of federal Indian boarding schools to MEHS students and the wider public. Curriculum surrounding federal Indian boarding schools is currently included in a variety of courses offered at MEHS. As teachers retire or are asked to teach different courses, transferring this curriculum to new teachers and in turn students, is critically important. The goals of this project include to fully articulate the curriculum for content surrounding federal Indian boarding schools in the content areas of Alaska History, US History, Native Studies, Alaska Literature and Native American Literature. Additionally, the second main goal is to provide additional resources to support curriculum surrounding federal Indian boarding schools.  | Yes | MEHS has a responsibility to teach the history of federal Indian boarding schools, and this project aims to articulate and support the curriculum. | Yes. MEHS has a responsibility to teach the history of federal Indian boarding schools, and this project aims to articulate and support the curriculum. #DEI |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This funding would support the development and hosting of STA's digital archive containing Sitka Native Education Program materials and curricula from the last 49 years. <br /> The proposed budget includes salary support for STA'S Culture and Community Liaison, Chuck Miller, who will serve as Project Director, assisting Archive Project Assistant Ben Kinzer in appropriately cataloging materials and providing descriptions that highlight the materials cultural significance.  The project will also fund Ben Kinzer's time and continued work on the project as an Archive Assistant, as well as an annual subscription for archive software.  | This funding would support the development and hosting of STA's digital archive containing Sitka Native Education Program materials and curricula from the last 49 years. <br /> The proposed budget includes salary support for STA'S Culture and Community Liaison, Chuck Miller, who will serve as Project Director, assisting Archive Project Assistant Ben Kinzer in appropriately cataloging materials and providing descriptions that highlight the materials cultural significance.  The project will also fund Ben Kinzer's time and continued work on the project as an Archive Assistant, as well as an annual subscription for archive software.  | No | This funding supports the preservation of materials and curricula from a specific program, but it does not explicitly address diversity, equity, and inclusion (DEI) efforts. | No. This funding supports the preservation of materials and curricula from a specific program, but it does not explicitly address diversity, equity, and inclusion (DEI) efforts. |

Ex. 15 US-000062485.xlsx

| | | | |
|---|---|---|---|
| 766 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Winnebago Tribe of Nebraska will 1) continue to collect records based on research of Winnebago Tribal members who attended Indian Boarding<br /> Schools (historical registry) and if they returned home. 2) Engage Tribal Elders/ Family and interviewed them as boarding school survivors and their knowledge of the Indian Boarding School era. 3) Research Indian Boarding School death and gravesite records for members of the Winnebago Tribe and work on process to return them to their homeland for appropriate burial. 4) Plan for future development of a historical display at the Museum on the Indian Boarding School Era and sharing of stories to help our Tribal members heal.  | The Winnebago Tribe of Nebraska will 1) continue to collect records based on research of Winnebago Tribal members who attended Indian Boarding<br /> Schools (historical registry) and if they returned home. 2) Engage Tribal Elders/ Family and interviewed them as boarding school survivors and their knowledge of the Indian Boarding School era. 3) Research Indian Boarding School death and gravesite records for members of the Winnebago Tribe and work on process to return them to their homeland for appropriate burial. 4) Plan for future development of a historical display at the Museum on the Indian Boarding School Era and sharing of stories to help our Tribal members heal.  | Yes  This initiative focuses on researching Winnebago Tribe's history, engaging elders, and honoring their boarding school survivors, aligning with DEI efforts. | Yes. This initiative focuses on researching Winnebago Tribe's history, engaging elders, and honoring their boarding school survivors, aligning with DEI efforts. |
| 767 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will address the history of LTBB's relationship with Indian Boarding Schools across the country, with focus on the Holy Childhood of Jesus Indian Boarding School located in Harbor Springs, Michigan. The following objectives will guide program activities:<br /> Objective 01- This project will result in up to 40 high quality, transportable panels that will contain educational curriculum on the history of Indian Boarding Schools.<br /> Objective 02- Educational panels will be integrated into at least 10 presentations to reach 700 people by the end of the 18-month project period, to increase historical and cultural awareness on Indian Boarding Schools. | This project will address the history of LTBB's relationship with Indian Boarding Schools across the country, with focus on the Holy Childhood of Jesus Indian Boarding School located in Harbor Springs, Michigan. The following objectives will guide program activities:<br /> Objective 01- This project will result in up to 40 high quality, transportable panels that will contain educational curriculum on the history of Indian Boarding Schools.<br /> Objective 02- Educational panels will be integrated into at least 10 presentations to reach 700 people by the end of the 18-month project period, to increase historical and cultural awareness on Indian Boarding Schools. | Yes  This project aims to address the history of Indian Boarding Schools, promoting historical and cultural awareness, which aligns with DEI principles. | Yes. This project aims to address the history of Indian Boarding Schools, promoting historical and cultural awareness, which aligns with DEI principles. |
| 768 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Modern Language Association (MLA) requests $30,000 to support a 1.5 day convening focused on an assessment of current and potential future data projects and practices related to the state of the humanities in higher education. The convening has two very pragmatic aims: 1) to strengthen our mutual understanding of what data we have – and lack – in efforts to advance our disciplines in the midst of ongoing budget crises, under-enrollment, and prevailing narratives about the relative value of the humanities, and 2) to identify areas where the humanities are disadvantaged due to data gaps or because of how existing data structures lead to an undervaluing of the contributions of humanities disciplines. | The Modern Language Association (MLA) requests $30,000 to support a 1.5 day convening focused on an assessment of current and potential future data projects and practices related to the state of the humanities in higher education. The convening has two very pragmatic aims: 1) to strengthen our mutual understanding of what data we have – and lack – in efforts to advance our disciplines in the midst of ongoing budget crises, under-enrollment, and prevailing narratives about the relative value of the humanities, and 2) to identify areas where the humanities are disadvantaged due to data gaps or because of how existing data structures lead to an undervaluing of the contributions of humanities disciplines. | No  The MLA's request for funding focuses on assessing data projects and practices in the humanities, rather than explicitly addressing issues related to diversity, equity, and inclusion (DEI). | No. The MLA's request for funding focuses on assessing data projects and practices in the humanities, rather than explicitly addressing issues related to diversity, equity, and inclusion (DEI). |
| 769 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Zine Union Catalog (ZineCat) is a shared catalog for zines. A zine, short for fanzine or magazine, is a DIY publishing medium used by subculture and minoritized communities to share their lives and knowledge. A union catalog is a resource where libraries mingle information about their collections via cataloging and holdings information. Due to the diverse standards and practices of describing collections among libraries, archives, and community organizations that collect and maintain zines, accessing information about zines through traditional discovery systems has been challenging. ZineCat empowers researchers to encounter zine holdings by searching a single catalog, helps librarians copy catalog records to eliminate duplicated effort, and facilitates lending of zines across collections. ZineCat serves librarians, students, educators, researchers, archivists, zine makers, and anyone with an interest in zines. | The Zine Union Catalog (ZineCat) is a shared catalog for zines. A zine, short for fanzine or magazine, is a DIY publishing medium used by subculture and minoritized communities to share their lives and knowledge. A union catalog is a resource where libraries mingle information about their collections via cataloging and holdings information. Due to the diverse standards and practices of describing collections among libraries, archives, and community organizations that collect and maintain zines, accessing information about zines through traditional discovery systems has been challenging. ZineCat empowers researchers to encounter zine holdings by searching a single catalog, helps librarians copy catalog records to eliminate duplicated effort, and facilitates lending of zines across collections. ZineCat serves librarians, students, educators, researchers, archivists, zine makers, and anyone with an interest in zines. | Yes  ZineCat supports DEI by centralizing access to zines, amplifying marginalized voices, and making zine collections more accessible for researchers and communities. | Yes. ZineCat supports DEI by centralizing access to zines, amplifying marginalized voices, and making zine collections more accessible for researchers and communities. |

Ex. 15 US-000062485.xlsx

| | | | | |
|---|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will address the damage to a collection of medicinal plants that Guam's Chamoru yo'amte (traditional healers) have used to teach their apprentices and interested community members about native CHamoru medicines and healing practices and for the treatment of Guam's residents. First, the project personnel shall rebuild the collection at the Agana Heights garden. Second, the project personnel shall document and prepare learning resource materials about this collection of plants that will be placed at the garden and will be used as teaching/learning aids in the courses and public workshops. | This project will address the damage to a collection of medicinal plants that Guam's Chamoru yo'amte (traditional healers) have used to teach their apprentices and interested community members about native CHamoru medicines and healing practices and for the treatment of Guam's residents. First, the project personnel shall rebuild the collection at the Agana Heights garden. Second, the project personnel shall document and prepare learning resource materials about this collection of plants that will be placed at the garden and will be used as teaching/learning aids in the courses and public workshops. | Yes | This project supports DEI by preserving and promoting traditional CHamoru healing practices, providing educational resources, and fostering community engagement. | Yes. This project supports DEI by preserving and promoting traditional CHamoru healing practices, providing educational resources, and fostering community engagement. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Amida Buddha Statue of Lahaina Jodo Mission was badly damaged during its rescue from the fires that devastated Lahaina town on August 8, 2023. This project involves the research and restoration of this historic cultural object that symbolizes the resilience of Lahaina. | The Amida Buddha Statue of Lahaina Jodo Mission was badly damaged during its rescue from the fires that devastated Lahaina town on August 8, 2023. This project involves the research and restoration of this historic cultural object that symbolizes the resilience of Lahaina. | No | This project is focused on the repair and preservation of a cultural object, not directly related to DEI. | No. This project is focused on the repair and preservation of a cultural object, not directly related to DEI (Diversity, Equity, and Inclusion). |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.TWO CONVENINGS FOR THE ARTISTS FOR UNDERSTANDING INITIATIVE WILL TAKE PLACE AT THE ARAB AMERICAN NATIONAL MUSEUM IN DEARBORN, MICHIGAN. THE FIRST WILL TAKE PLACE ON SEPTEMBER 12, 2024. THE SECOND WILL TENTATIVELY TAKE PLACE ON MARCH 21, 2025.  | TWO CONVENINGS FOR THE ARTISTS FOR UNDERSTANDING INITIATIVE WILL TAKE PLACE AT THE ARAB AMERICAN NATIONAL MUSEUM IN DEARBORN, MICHIGAN. THE FIRST WILL TAKE PLACE ON SEPTEMBER 12, 2024. THE SECOND WILL TENTATIVELY TAKE PLACE ON MARCH 21, 2025.  | No | The description does not provide any information that explicitly relates to DEI. | No. The description does not provide any information that explicitly relates to DEI (Diversity, Equity, and Inclusion). |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Chair Action Grant supports NYPL's collaboration with Artists for Understanding to host two events at the Library in 2024 and 2025. The first convened invited participants from a wide range of cultural institutions and practices for a roundtable discussion, workshop, and learning session with the goal of launching Artists for Understanding's initiative and fostering a network for future programs and other activities. The second event will build upon the first through a public program that will be a centerpiece of LIVE from NYPL's spring season. While the content and theme has not been finalized, LIVE's programming frequently addresses issues like racism, bias, and other forms of hate, and shares A4U's belief in the power of the arts and humanities to counter these forces. LIVE often enriches its conversations with one-night-only displays from the Library's archival collections, and items from our Judaica and Islam/Middle Eastern collections may be incorporated. | The Chair Action Grant supports NYPL's collaboration with Artists for Understanding to host two events at the Library in 2024 and 2025. The first convened invited participants from a wide range of cultural institutions and practices for a roundtable discussion, workshop, and learning session with the goal of launching Artists for Understanding's initiative and fostering a network for future programs and other activities. The second event will build upon the first through a public program that will be a centerpiece of LIVE from NYPL's spring season. While the content and theme has not been finalized, LIVE's programming frequently addresses issues like racism, bias, and other forms of hate, and shares A4U's belief in the power of the arts and humanities to counter these forces. LIVE often enriches its conversations with one-night-only displays from the Library's archival collections, and items from our Judaica and Islam/Middle Eastern collections may be incorporated. | Yes | The Chair Action Grant supports events that address themes of racism, bias, and hate using arts and humanities as counterforces. DEI may be relevant. | Yes. The Chair Action Grant supports events that address themes of racism, bias, and hate using arts and humanities as counterforces. DEI may be relevant. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will utilize digital assets created from LiDAR and photogrammetry for spatial analysis, coupled with social scientific research, architectural history survey methods, and archival research to interpret and animate the social and material culture of the Mount Pleasant Indian Industrial Boarding School site. The project undertakes a discovery process to identify and mobilize diverse sources of culture, memory, media, and knowledge towards a cohesive digital project narrative and design strategy that evokes and informs public audiences and visitors of the Ziibiwing Center of Anishinaabe Culture & Lifeways. The outcome of the discovery phase will be a comprehensive design document that will evolve in the prototyping phase. The project is a collaboration between the Saginaw Chippewa Indian Tribe of Michigan, the Ziibiwing Center, and a cross-disciplinary team of humanities scholars, architects, and digital-media specialists at the University of Michigan. | This project will utilize digital assets created from LiDAR and photogrammetry for spatial analysis, coupled with social scientific research, architectural history survey methods, and archival research to interpret and animate the social and material culture of the Mount Pleasant Indian Industrial Boarding School site. The project undertakes a discovery process to identify and mobilize diverse sources of culture, memory, media, and knowledge towards a cohesive digital project narrative and design strategy that evokes and informs public audiences and visitors of the Ziibiwing Center of Anishinaabe Culture & Lifeways. The outcome of the discovery phase will be a comprehensive design document that will evolve in the prototyping phase. The project is a collaboration between the Saginaw Chippewa Indian Tribe of Michigan, the Ziibiwing Center, and a cross-disciplinary team of humanities scholars, architects, and digital-media specialists at the University of Michigan. | Yes | The project aims to interpret and animate the social and material culture of the Mount Pleasant Indian Industrial Boarding School site, acknowledging diverse sources of culture and working with the Saginaw Chippewa Indian Tribe and Anishinaabe culture. | Yes. The project aims to interpret and animate the social and material culture of the Mount Pleasant Indian Industrial Boarding School site, acknowledging diverse sources of culture and working with the Saginaw Chippewa Indian Tribe and Anishinaabe culture. #DEI |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Sitios- a spatial story of Puerto Rico's modernization: Georeferencing the works of Henry Klumb is a pilot project for thee georeferencing of architectural buildings, public spaces or urban proposals, between other architectural documents, that are held in the collections of the Architecture and Construction Archive (AACUPR) of the University of Puerto Rico, Rio Piedras Campus

Sitios- a spatial story of Puerto Rico's modernization: Georeferencing the works of Henry Klumb is a pilot project for thee georeferencing of architectural buildings, public spaces or urban proposals, between other architectural documents, that are held in the collections of the Architecture and Construction Archive (AACUPR) of the University of Puerto Rico, Rio Piedras Campus

No    Sitios focuses on georeferencing architectural buildings in Puerto Rico, which does not directly relate to DEI.

No. Sitios focuses on georeferencing architectural buildings in Puerto Rico, which does not directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Music Means is a multimedia digital platform planned by the American Musicological Society (AMS). Designed to explore the complex and diverse artistic, social, commercial, political, and material histories of American music, Music Means aims to reach and serve a broad public audience interested in the humanistic study of music. This audience includes music studies scholars, educators, students in grades 6-12 and higher education, as well as a wide public of music enthusiasts, performers, and creative or cultural professionals. Music Means draws on the expertise of music scholars and practitioners whose work explores music as a humanistic field of study and helps explain the role of music in American society and culture. In this grant proposal the AMS is requesting fund to support project planning and the creation of a detailed design document.

Music Means is a multimedia digital platform planned by the American Musicological Society (AMS). Designed to explore the complex and diverse artistic, social, commercial, political, and material histories of American music, Music Means aims to reach and serve a broad public audience interested in the humanistic study of music. This audience includes music studies scholars, educators, students in grades 6-12 and higher education, as well as a wide public of music enthusiasts, performers, and creative or cultural professionals. Music Means draws on the expertise of music scholars and practitioners whose work explores music as a humanistic field of study and helps explain the role of music in American society and culture. In this grant proposal the AMS is requesting fund to support project planning and the creation of a detailed design document.

No    Music Means is a multimedia digital platform for exploring the history of American music, but its relation to DEI is not specified in the description.

No. Music Means is a multimedia digital platform for exploring the history of American music, but its relation to DEI is not specified in the description.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project asks who has had the ear of the national legislature as it has deliberated on laws to govern our common public life---who gets to speak to the state, and who does the state listen to? It investigates patterns in representation at Congressional hearings over the past century and a half. It creates a computational analysis of the metadata and full text of Congressional hearings, focusing on three case studies: labor vs. business, women's groups before and after suffrage, and groups lobbying on various sides of environmental issues. The goal is to understand how different groups have been represented at hearings and what we can glean from the data about when and why they gained or lost representation, how broad or comprehensive their representation was in relation to relevant comparison groups, and what was distinctive about the way they spoke about their concerns.  In addition, the project aims to produce a comprehensive data set of hearings for the free use of researchers.

This project asks who has had the ear of the national legislature as it has deliberated on laws to govern our common public life---who gets to speak to the state, and who does the state listen to? It investigates patterns in representation at Congressional hearings over the past century and a half. It creates a computational analysis of the metadata and full text of Congressional hearings, focusing on three case studies: labor vs. business, women's groups before and after suffrage, and groups lobbying on various sides of environmental issues. The goal is to understand how different groups have been represented at hearings and what we can glean from the data about when and why they gained or lost representation, how broad or comprehensive their representation was in relation to relevant comparison groups, and what was distinctive about the way they spoke about their concerns.  In addition, the project aims to produce a comprehensive data set of hearings for the free use of researchers.

Yes    This project investigates patterns of representation over time at Congressional hearings, focusing on diverse groups, which aligns with DEI goals.

Yes. This project investigates patterns of representation over time at Congressional hearings, focusing on diverse groups, which aligns with DEI goals.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book is the second in a trilogy that undertakes the first full study of religious writing in all three of medieval England's main vernacular languages (Old English, French and Middle English) across the 700 years before the reformation. Volume 1, which lays out the stakes of the project then discusses the major body of texts written in English between 800 and 1250, was published in 2022. Volume 2 describes the displacement of English by a new written vernacular, French, in the course of the twelfth century and the powerful influence texts in this language then had on a new body of English writing that developed from the late thirteenth century on. After considering the difficult period around 1400, when the composition of vast quantities of English prose, including a full Bible translation, led to the first attempt to contain what could be written and preached in the vernacular, the book ends with the conflicts over language use and doctrine that ushered in the reformation.

This book is the second in a trilogy that undertakes the first full study of religious writing in all three of medieval England's main vernacular languages (Old English, French and Middle English) across the 700 years before the reformation. Volume 1, which lays out the stakes of the project then discusses the major body of texts written in English between 800 and 1250, was published in 2022. Volume 2 describes the displacement of English by a new written vernacular, French, in the course of the twelfth century and the powerful influence texts in this language then had on a new body of English writing that developed from the late thirteenth century on. After considering the difficult period around 1400, when the composition of vast quantities of English prose, including a full Bible translation, led to the first attempt to contain what could be written and preached in the vernacular, the book ends with the conflicts over language use and doctrine that ushered in the reformation.

No    This book focuses on the history and development of religious writing in medieval England, rather than addressing issues of diversity, equity, and inclusion (DEI).

No. This book focuses on the history and development of religious writing in medieval England, rather than addressing issues of diversity, equity, and inclusion (DEI).

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.<em>Ambivalent Listening: Race, Music, and Slavery in the British Colonial Caribbean, 1750–1838</em> is a book project exploring the sound, pedagogy, and labor of enslaved musicians in the British colonial Caribbean and how their music was heard and understood by a variety of listeners. Drawing on archival work undertaken in five countries, I examine the lives of musicians who played their master's tunes, arguing that ideas about the relationship between music and race were in flux during slavery. I show that black musicians used European music as a tool to assert their intellectual and aesthetic capabilities, while simultaneously learning, adapting, and sometimes subverting the music of those who subjugated them. At the same time, white listeners mobilized their experiences with black listeners ambivalently, with some using ideas about black musicality to advocate for their humanity and freedom, and others to demonstrate "primitiveness" and to argue for the continuation of chattel slavery. | <em>Ambivalent Listening: Race, Music, and Slavery in the British Colonial Caribbean, 1750–1838</em> is a book project exploring the sound, pedagogy, and labor of enslaved musicians in the British colonial Caribbean and how their music was heard and understood by a variety of listeners. Drawing on archival work undertaken in five countries, I examine the lives of musicians who played their master's tunes, arguing that ideas about the relationship between music and race were in flux during slavery. I show that black musicians used European music as a tool to assert their intellectual and aesthetic capabilities, while simultaneously learning, adapting, and sometimes subverting the music of those who subjugated them. At the same time, white listeners mobilized their experiences with black listeners ambivalently, with some using ideas about black musicality to advocate for their humanity and freedom, and others to demonstrate "primitiveness" and to argue for the continuation of chattel slavery. | Yes | This book project explores the intersection of race, music, and slavery, revealing how ideas about music and race were in flux during slavery. It demonstrates the complexities of racial dynamics in relation to music and the impact on enslaved musicians and white listeners. | Yes. This book project explores the intersection of race, music, and slavery, revealing how ideas about music and race were in flux during slavery. It demonstrates the complexities of racial dynamics in relation to music and the impact on enslaved musicians and white listeners. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.History Moves: Oral History, Historical Belonging and Social Wellbeing, is a digital book built in the Manifold Platform that draws upon a decade's work with History Moves, a community-based, participant-driven, born-digital oral history project that centers the by and with in public history. History Moves offers a critical interpretation of the social impacts of training community members to be oral historians and makers of collaborative public histories. It demonstrates that when people become historians of their own lives, as opposed to storytellers, they experience historical belonging and produce the conditions of social health. | History Moves: Oral History, Historical Belonging and Social Wellbeing, is a digital book built in the Manifold Platform that draws upon a decade's work with History Moves, a community-based, participant-driven, born-digital oral history project that centers the by and with in public history. History Moves offers a critical interpretation of the social impacts of training community members to be oral historians and makers of collaborative public histories. It demonstrates that when people become historians of their own lives, as opposed to storytellers, they experience historical belonging and produce the conditions of social health. | Yes | History Moves focuses on community-based oral history and highlights the social impacts of training individuals as historians, emphasizing historical belonging and social health. | Yes. History Moves focuses on community-based oral history and highlights the social impacts of training individuals as historians, emphasizing historical belonging and social health. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Tribal identity encompasses the ways of being and knowing of a particular tribe, which research has shown is key to holistic well-being and improved academic performance. However, because issues of identity disconnection are often rooted in trauma and shrouded in silence, connection can be difficult. This project, which will culminate in a book, uses methods of Indigenous storytelling aimed at breaking that silence to provide opportunities for exploration and reconnection. Told through an autobiographical series of stories demonstrating my journey through disconnection and reconnection, the book examines my experiences navigating the isolation and feelings of inferiority often imposed by outsiders. This project has important potential to create community and relationship, so that those who experience disconnection may cultivate a feeling of ownership and pride in their identities as Native people. It is intended to be of use to those in both academic and public settings. | Tribal identity encompasses the ways of being and knowing of a particular tribe, which research has shown is key to holistic well-being and improved academic performance. However, because issues of identity disconnection are often rooted in trauma and shrouded in silence, connection can be difficult. This project, which will culminate in a book, uses methods of Indigenous storytelling aimed at breaking that silence to provide opportunities for exploration and reconnection. Told through an autobiographical series of stories demonstrating my journey through disconnection and reconnection, the book examines my experiences navigating the isolation and feelings of inferiority often imposed by outsiders. This project has important potential to create community and relationship, so that those who experience disconnection may cultivate a feeling of ownership and pride in their identities as Native people. It is intended to be of use to those in both academic and public settings. | Yes | This project aims to address issues of identity disconnection and promote a sense of ownership and pride in Native identities, which aligns with DEI goals. | Yes. This project aims to address issues of identity disconnection and promote a sense of ownership and pride in Native identities, which aligns with DEI goals. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.During the six-month term of the grant I will prepare for publication two complementary projects based on the 1947-1948 Chinese comic strip The Wandering Life of Sanmao (Sanmao liulangji): 1) a scholarly essay exploring the media symbiosis between the serial "fiction" of the Sanmao comic strip and the serial "fact" of city news, and; 2) a translation of Wandering Life that embeds the comic in the Shanghai news pages where it originally appeared. The article will be published in a journal and serve as the basis for a book that examines seriality in Chinese cartoons and comics from the 1940s to the present. The translation graphically recreates for today's readers the experience of reading the Wandering Life comic against the trauma and uncertainty of everyday urban life during a period of national and world-historical significance. The projects contribute to research in media, comics, and serial studies, as well as to humanities-oriented teaching of East Asian and world history. | During the six-month term of the grant I will prepare for publication two complementary projects based on the 1947-1948 Chinese comic strip The Wandering Life of Sanmao (Sanmao liulangji): 1) a scholarly essay exploring the media symbiosis between the serial "fiction" of the Sanmao comic strip and the serial "fact" of city news, and; 2) a translation of Wandering Life that embeds the comic in the Shanghai news pages where it originally appeared. The article will be published in a journal and serve as the basis for a book that examines seriality in Chinese cartoons and comics from the 1940s to the present. The translation graphically recreates for today's readers the experience of reading the Wandering Life comic against the trauma and uncertainty of everyday urban life during a period of national and world-historical significance. The projects contribute to research in media, comics, and serial studies, as well as to humanities-oriented teaching of East Asian and world history. | No | This description does not explicitly mention any aspects related to diversity, equity, and inclusion (DEI). | No. This description does not explicitly mention any aspects related to diversity, equity, and inclusion (DEI). |

Ex. 15 US-000062485.xlsx

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project argues for the power of archival memory in shaping African feminist legacies in South and West Africa, by showing how transnational archival consumption reinforces the rationality of certain beliefs about how African women can or cannot lead. Working against narratives of rhetorical sovereignty or intercultural reclamation, I examine treatments of African women's leadership activities between 1915 and 2015 in official and unofficial records, through individual and collective memory, and in the spaces between communities and institutions, revealing factors that contribute to their accretion and precarity. Ultimately, I model one way of studying women leaders, academicians, and feminist activists who are principally caught in a transnational archival space, and whose circulation within that space fixes them within rhetorical frameworks that are not their own, in turn tying their legacies to others' notions of "memory," "progress," and "women's rights." | This project argues for the power of archival memory in shaping African feminist legacies in South and West Africa, by showing how transnational archival consumption reinforces the rationality of certain beliefs about how African women can or cannot lead. Working against narratives of rhetorical sovereignty or intercultural reclamation, I examine treatments of African women's leadership activities between 1915 and 2015 in official and unofficial records, through individual and collective memory, and in the spaces between communities and institutions, revealing factors that contribute to their accretion and precarity. Ultimately, I model one way of studying women leaders, academicians, and feminist activists who are principally caught in a transnational archival space, and whose circulation within that space fixes them within rhetorical frameworks that are not their own, in turn tying their legacies to others' notions of "memory," "progress," and "women's rights." | No | While this project discusses the archival memory and legacies of African women, it does not explicitly mention diversity, equity, and inclusion (DEI) or the impact on marginalized communities. | No. While this project discusses the archival memory and legacies of African women, it does not explicitly mention diversity, equity, and inclusion (DEI) or the impact on marginalized communities. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.During an era in which British women's professional, political, and familial roles were debated in the press, the romance offered new possibilities for working women as social actors and media consumers. Using an interdisciplinary cultural studies approach, this book centers on the modern intermedial romance, read against the burgeoning star discourses and fan cultures of silent cinema. Romance fiction and film – alongside beauty columns, fashion illustrations, and editorial commentary in the periodical press – purveyed a culture of glamour, fashionability, and pleasure, yet a closer look at these texts, and the responsive engagement of the women who were their primary audience, reveals a simultaneous embrace and critique of the romance plot. By examining the historical foundations of the romance, now an increasingly popular genre across a range of media, we can glean important insights into young women's social and political agency, both in the early twentieth century and today. | During an era in which British women's professional, political, and familial roles were debated in the press, the romance offered new possibilities for working women as social actors and media consumers. Using an interdisciplinary cultural studies approach, this book centers on the modern intermedial romance, read against the burgeoning star discourses and fan cultures of silent cinema. Romance fiction and film – alongside beauty columns, fashion illustrations, and editorial commentary in the periodical press – purveyed a culture of glamour, fashionability, and pleasure, yet a closer look at these texts, and the responsive engagement of the women who were their primary audience, reveals a simultaneous embrace and critique of the romance plot. By examining the historical foundations of the romance, now an increasingly popular genre across a range of media, we can glean important insights into young women's social and political agency, both in the early twentieth century and today. | No | This description does not specifically mention DEI or diversity, equity, and inclusion. | No. This description does not specifically mention DEI or diversity, equity, and inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Jamaican higglers, or market women, have for centuries shrewdly navigated the economic conditions borne from and shaped by plantation slavery. Despite governmental antipathy, they have infiltrated markets and roadsides, penetrating also the Jamaican literary imagination and folk culture as an emblem of Jamaican resilience. Their creative strategies for survival furnish a gendered, Afrocentric model for literary and creative expression rooted in orality, community, and circumvention. My cultural history offers an interdisciplinary examination of this gendered legacy of resistance. Spanning centuries, I use literary texts, visual media, periodicals, and oral histories from the Caribbean, England, the United States, and Australia to explore the higgler's inventive, often disruptive, methods for asserting Black agency. Redirected as textual practices, these strategies open up emancipatory prospects for reading and writing about Black resistance to global capitalism and its institutions. | Jamaican higglers, or market women, have for centuries shrewdly navigated the economic conditions borne from and shaped by plantation slavery. Despite governmental antipathy, they have infiltrated markets and roadsides, penetrating also the Jamaican literary imagination and folk culture as an emblem of Jamaican resilience. Their creative strategies for survival furnish a gendered, Afrocentric model for literary and creative expression rooted in orality, community, and circumvention. My cultural history offers an interdisciplinary examination of this gendered legacy of resistance. Spanning centuries, I use literary texts, visual media, periodicals, and oral histories from the Caribbean, England, the United States, and Australia to explore the higgler's inventive, often disruptive, methods for asserting Black agency. Redirected as textual practices, these strategies open up emancipatory prospects for reading and writing about Black resistance to global capitalism and its institutions. | No | This description does not directly relate to DEI. It focuses on the history and strategies of Jamaican higglers and their impact on literature and culture. | No. This description does not directly relate to DEI. It focuses on the history and strategies of Jamaican higglers and their impact on literature and culture. |

Ex. 15 US-000062485.xlsx

| | Prompt | Description | Response | Response |
|---|---|---|---|---|
| 786 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will explore the development of a Digital Humanities Research Software Consulting Unit (DHReSCU).<br /> This virtual "office" will provide digital humanities researchers with the opportunity to consult experienced DH<br /> Research Software Engineers during the project planning and design phase to create a software development plan in<br /> order to increase the durability of DH software and its reuse. We propose a feasibility study and pilot program to<br /> assess the impact of DHReSCU on software sustainability and reuse in the digital humanities, and to enable<br /> historically under-resourced institutions to successfully develop digital humanities research software. DHReSCU<br /> has three main goals: to prepare projects to better develop sustainable and maintainable software, to prepare<br /> project leads to more effectively work with research software engineers, and to increase the reuse of existing<br /> tools in cases where no custom software is necessary. | This project will explore the development of a Digital Humanities Research Software Consulting Unit (DHReSCU).<br /> This virtual "office" will provide digital humanities researchers with the opportunity to consult experienced DH<br /> Research Software Engineers during the project planning and design phase to create a software development plan in<br /> order to increase the durability of DH software and its reuse. We propose a feasibility study and pilot program to<br /> assess the impact of DHReSCU on software sustainability and reuse in the digital humanities, and to enable<br /> historically under-resourced institutions to successfully develop digital humanities research software. DHReSCU<br /> has three main goals: to prepare projects to better develop sustainable and maintainable software, to prepare<br /> project leads to more effectively work with research software engineers, and to increase the reuse of existing<br /> tools in cases where no custom software is necessary. | Yes — This project aims to increase the durability of DH software, enable under-resourced institutions, and increase software reuse. These goals align with the principles of diversity, equity, and inclusion (DEI). | Yes. This project aims to increase the durability of DH software, enable under-resourced institutions, and increase software reuse. These goals align with the principles of diversity, equity, and inclusion (DEI). |
| 787 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Center for Oral History at the University of Hawaiʻi at Mānoa, in cooperation with the Lahaina Jodo Mission, proposes to conduct 10 oral histories to systematically capture the history and memories of current and former temple elders, leaders, friends, families, and affiliated persons identified by mission elders. The team would transcribe and digitize the interviews and develop at least two "Interview Spotlights" for publication to the COH website. | The Center for Oral History at the University of Hawaiʻi at Mānoa, in cooperation with the Lahaina Jodo Mission, proposes to conduct 10 oral histories to systematically capture the history and memories of current and former temple elders, leaders, friends, families, and affiliated persons identified by mission elders. The team would transcribe and digitize the interviews and develop at least two "Interview Spotlights" for publication to the COH website. | Yes — This initiative aims to capture diverse voices and experiences, preserving and promoting the history and memories of different individuals related to the Lahaina Jodo Mission. | Yes. This initiative aims to capture diverse voices and experiences, preserving and promoting the history and memories of different individuals related to the Lahaina Jodo Mission. |
| 788 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.History Colorado seeks support to build a collection of oral histories from Indigenous communities and Nations impacted by Colorado's boarding school era. This collection of oral histories is part of a body of research being done by the state of Colorado in response to the Federal Indian Boarding School Research Program Act HB22-1327. This research focuses on the Indigenous attendees of the Fort Lewis and Grand Junction Schools and their descendants (both schools closed in 1911, therefore it is understood that there are no living attendees). History Colorado has selected Living Heritage Anthropology and The Keystone Policy Center as the research team contracted to conduct this research. The research will focus on the two Tribes currently based in Colorado: The Ute Mountain Ute Tribe and The Southern Indian Tribe. | History Colorado seeks support to build a collection of oral histories from Indigenous communities and Nations impacted by Colorado's boarding school era. This collection of oral histories is part of a body of research being done by the state of Colorado in response to the Federal Indian Boarding School Research Program Act HB22-1327. This research focuses on the Indigenous attendees of the Fort Lewis and Grand Junction Schools and their descendants (both schools closed in 1911, therefore it is understood that there are no living attendees). History Colorado has selected Living Heritage Anthropology and The Keystone Policy Center as the research team contracted to conduct this research. The research will focus on the two Tribes currently based in Colorado: The Ute Mountain Ute Tribe and The Southern Indian Tribe. | Yes — History Colorado's initiative aims to amplify Indigenous voices and their experiences, contributing to understanding and addressing the impact of Colorado's boarding school era on Indigenous communities and Nations. | Yes. History Colorado's initiative aims to amplify Indigenous voices and their experiences, contributing to understanding and addressing the impact of Colorado's boarding school era on Indigenous communities and Nations. |
| 789 | We seek to explore, recover, preserve and build opportunities for healing around the individual, family and collective experiences of boarding school education across the Wisconsin Oneida community. We will seek testimony, input and participation from descendants of former boarding school students as well as from Oneida community members without direct boarding school experience but with exposure to its collective stories. We seek to grapple with the power of memory in all of its forms - direct, passed down, mythologized and narrated collectively across familial, group and community settings, We also seek to grapple with the legacies of such memories - their impact on health, wellbeing, cohesion, education, and the dynamics of resilience within the Oneida Nation. We will organize walking and driving tours, self-recorded audio diaries by Elders and Youth, Past-Present "Memory 11 Mapping" events, and oral history interviews. The work will be included in an episode for a podcast "Whose Land?" | We seek to explore, recover, preserve and build opportunities for healing around the individual, family and collective experiences of boarding school education across the Wisconsin Oneida community. We will seek testimony, input and participation from descendants of former boarding school students as well as from Oneida community members without direct boarding school experience but with exposure to its collective stories. We seek to grapple with the power of memory in all of its forms - direct, passed down, mythologized and narrated collectively across familial, group and community settings, We also seek to grapple with the legacies of such memories - their impact on health, wellbeing, cohesion, education, and the dynamics of resilience within the Oneida Nation. We will organize walking and driving tours, self-recorded audio diaries by Elders and Youth, Past-Present "Memory 11 Mapping" events, and oral history interviews. The work will be included in an episode for a podcast "Whose Land?" | Yes — The Oneida project explores the impact of boarding schools on Indigenous communities. | Yes. The Oneida project explores the impact of boarding schools on Indigenous communities. |
| 790 | The American Association of Colleges &amp; Universities will run a "Humanities Communication Convening" that will bring leaders and advocates of the humanities together with experts (and some "new voices") in science communication, journalism, social media content creation, public relations, and design. The convening will focus on learning how to develop robust, structured, and professionally recognized training and resources for "humanities communicators." The intent is to advance the conceptualization of "humanities communication" for the public, training and professional support for "humanities communicators," audiences that humanities communicators need to address, media and forms for impactful humanities communication today, shared resources that can support humanities communication from local to national levels, and what the humanities can learn from other fields that communicate publicly and that also provide a training and professionalization pipeline for their communicators. | The American Association of Colleges &amp; Universities will run a "Humanities Communication Convening" that will bring leaders and advocates of the humanities together with experts (and some "new voices") in science communication, journalism, social media content creation, public relations, and design. The convening will focus on learning how to develop robust, structured, and professionally recognized training and resources for "humanities communicators." The intent is to advance the conceptualization of "humanities communication" for the public, training and professional support for "humanities communicators," audiences that humanities communicators need to address, media and forms for impactful humanities communication today, shared resources that can support humanities communication from local to national levels, and what the humanities can learn from other fields that communicate publicly and that also provide a training and professionalization pipeline for their communicators. | No — The humanities communication convening focuses on public engagement, not DEI. | No. The humanities communication convening focuses on public engagement, not DEI. |

Ex. 15 US-000062485.xlsx

| | | | | |
|---|---|---|---|---|
| 791 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A series of wildfires swept through the historic town of Lāhainā, on the island of Maui, from August 8-11, 2023. In its wake, Holy Innocents Episcopal Church, its parish hall and rectory were completely destroyed. Because the physical facilities of the parish no longer exist, worship services, educational programming, and community outreach efforts have been disrupted and all church operations have ceased on site. Dating from 1873 to 2014, the collection encompasses meeting minutes, financial reports, correspondence, membership lists, and service logs.  | A series of wildfires swept through the historic town of Lāhainā, on the island of Maui, from August 8-11, 2023. In its wake, Holy Innocents Episcopal Church, its parish hall and rectory were completely destroyed. Because the physical facilities of the parish no longer exist, worship services, educational programming, and community outreach efforts have been disrupted and all church operations have ceased on site. Dating from 1873 to 2014, the collection encompasses meeting minutes, financial reports, correspondence, membership lists, and service logs.  | No | This description does not directly relate to DEI as it primarily focuses on the destruction of a church and its effects on operations and records. | No. This description does not directly relate to DEI as it primarily focuses on the destruction of a church and its effects on operations and records. |
| 792 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Koahnic Broadcast Corporation (KBC) will build on our past work documenting the efforts to recover, reclaim, and address the legacy of Federal Indian boarding schools for this proposed project.<br /> Project activities will include:<br /> 1) Production of a series of radio and video/multimedia features about the impact of Federal Indian boarding schools in Alaska to air on National Native News and KNBA, and our associated online platforms.<br /> a) Interviews with boarding school survivors and/or families of former students around the Anchorage area (3-5 features)<br /> b) Interviews with boarding school survivors and/or families of former students in Southeast Alaska area (3-5 features)<br /> 2. KBC will host a community event at the Alaska Native Heritage Center to share the reporting from this project with a panel discussion to follow. The panel will include a boarding school student, a scholar, and an Alaska Native leader. The event will be open to the public and streamed for sharing to a broader audience. | Koahnic Broadcast Corporation (KBC) will build on our past work documenting the efforts to recover, reclaim, and address the legacy of Federal Indian boarding schools for this proposed project.<br /> Project activities will include:<br /> 1) Production of a series of radio and video/multimedia features about the impact of Federal Indian boarding schools in Alaska to air on National Native News and KNBA, and our associated online platforms.<br /> a) Interviews with boarding school survivors and/or families of former students around the Anchorage area (3-5 features)<br /> b) Interviews with boarding school survivors and/or families of former students in Southeast Alaska area (3-5 features)<br /> 2. KBC will host a community event at the Alaska Native Heritage Center to share the reporting from this project with a panel discussion to follow. The panel will include a boarding school student, a scholar, and an Alaska Native leader. The event will be open to the public and streamed for sharing to a broader audience. | Yes | KBC's project addresses the legacy of Federal Indian boarding schools, amplifies Native voices, promotes dialogue, and engages the community. | Yes. KBC's project addresses the legacy of Federal Indian boarding schools, amplifies Native voices, promotes dialogue, and engages the community. |
| 793 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.RRCHNM will undertake the hosting and maintenance of Professor Woo's historical website project and will host the project on our servers. Hosting services include: 1) Creating the site instance on our servers using a custom URL provided by Professor Woo. 2) Moving all data from the existing website to our servers. 3) Up to 100GB of data storage. Additional storage can be purchased at the rate of $100/month for each additional 100GB of data. 4) Up to ten (10) hours per month of staff support for the project to resolve issues related to access, security updates, software updates and general questions related to hosting, access, and data storage. 5) Regular site maintenance, including making software upgrades as necessary to keep the site operational with its existing functionality 6) Constant monitoring of the site for security issues and upgrades to the site as needed to resolve any security flaws. | RRCHNM will undertake the hosting and maintenance of Professor Woo's historical website project and will host the project on our servers. Hosting services include: 1) Creating the site instance on our servers using a custom URL provided by Professor Woo. 2) Moving all data from the existing website to our servers. 3) Up to 100GB of data storage. Additional storage can be purchased at the rate of $100/month for each additional 100GB of data. 4) Up to ten (10) hours per month of staff support for the project to resolve issues related to access, security updates, software updates and general questions related to hosting, access, and data storage. 5) Regular site maintenance, including making software upgrades as necessary to keep the site operational with its existing functionality 6) Constant monitoring of the site for security issues and upgrades to the site as needed to resolve any security flaws. | No | This statement does not relate to DEI. It provides information about hosting and maintenance services for a website project. | No. This statement does not relate to DEI. It provides information about hosting and maintenance services for a website project. |
| 794 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Historic Hudson Valley (HHV) seeks funding to support the exploratory stages of an immersive digital multimedia project that invites visitors into a specific place and time – New York's Van Cortlandt Manor during the Revolutionary War – and introduces them to Bridget and Jin, two enslaved women who planned to use the chaos of wartime as an opportunity to self-liberate to British lines. Their story, which is grounded in primary documents from HHV's archives, will serve as the jumping-off point for an exploration of domestic enslavement and resistance at Van Cortlandt Manor from the American Revolution through gradual emancipation acts to the legal abolition of slavery in New York in 1827, using the interior spaces of the manor as its design framework. Through the individual stories of enslaved women, HHV will call attention to the drawn-out process of gradual emancipation in the North and contribute to a greater public understanding of the complicated history of slavery in America. | Historic Hudson Valley (HHV) seeks funding to support the exploratory stages of an immersive digital multimedia project that invites visitors into a specific place and time – New York's Van Cortlandt Manor during the Revolutionary War – and introduces them to Bridget and Jin, two enslaved women who planned to use the chaos of wartime as an opportunity to self-liberate to British lines. Their story, which is grounded in primary documents from HHV's archives, will serve as the jumping-off point for an exploration of domestic enslavement and resistance at Van Cortlandt Manor from the American Revolution through gradual emancipation acts to the legal abolition of slavery in New York in 1827, using the interior spaces of the manor as its design framework. Through the individual stories of enslaved women, HHV will call attention to the drawn-out process of gradual emancipation in the North and contribute to a greater public understanding of the complicated history of slavery in America. | Yes | HHV's project highlights the history of domestic enslavement, resistance, and gradual emancipation, fostering understanding of the history of slavery in America. | Yes. HHV's project highlights the history of domestic enslavement, resistance, and gradual emancipation, fostering understanding of the history of slavery in America. #DEI |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Humanities, Arts &amp; Social Sciences (HASS) Research Leaders Network was established in response to the prevailing national trend of reduced investment in research in the humanities and adjacent fields and persistent infrastructure support challenges in university research offices. While critical topics—including the significance of public and social impact research, research return on investment, and strategies to augment university-wide R&amp;D funding—are pertinent to HASS, these disciplines remain underrepresented in high-level research strategy discussions. This network aims to enhance the visibility, impact, and relevance of university-based HASS research.<br /> <br /> This proposed Convening aims to bring together University-based research leaders and funding agency representatives to support and strategically advance humanities and related research at enterprise scale. The Convening will deepen and extend the work from a September 2024 meeting of the HASS-RLN at the University of Pittsburgh, which established an agenda for advancing research in HASS, including visioning cross-institutional and cross-organizational partnerships led by University research offices. The Convening is a significant next step to further promote, support, strategize,and advance opportunities for research in HASS fields across the U.S., via collaborations among University-based senior research leaders, national-level stakeholders, and funding agency representatives. Dissemination from the Convening will focus on widely sharing and implementing strategies and recommendations for active and engaged support for humanities and humanities-adjacent research.

The Humanities, Arts &amp; Social Sciences (HASS) Research Leaders Network was established in response to the prevailing national trend of reduced investment in research in the humanities and adjacent fields and persistent infrastructure support challenges in university research offices. While critical topics—including the significance of public and social impact research, research return on investment, and strategies to augment university-wide R&amp;D funding—are pertinent to HASS, these disciplines remain underrepresented in high-level research strategy discussions. This network aims to enhance the visibility, impact, and relevance of university-based HASS research.<br /> <br /> This proposed Convening aims to bring together University-based research leaders and funding agency representatives to support and strategically advance humanities and related research at enterprise scale. The Convening will deepen and extend the work from a September 2024 meeting of the HASS-RLN at the University of Pittsburgh, which established an agenda for advancing research in HASS, including visioning cross-institutional and cross-organizational partnerships led by University research offices. The Convening is a significant next step to further promote, support, strategize,and advance opportunities for research in HASS fields across the U.S., via collaborations among University-based senior research leaders, national-level stakeholders, and funding agency representatives. Dissemination from the Convening will focus on widely sharing and implementing strategies and recommendations for active and engaged support for humanities and humanities-adjacent research.

No — This description does not directly mention DEI or diversity, equity, and inclusion. It focuses on supporting and advancing humanities research at a university level.

No. This description does not directly mention DEI or diversity, equity, and inclusion. It focuses on supporting and advancing humanities research at a university level.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Funds will be used to research and record Klamath Tribal member experiences in boarding schools, and what the root cause and effect was of losing or not being able to learn their own tribal cultural languages. The project is for historical and research purposes to enhance the work and development of tribal language for our tribal populations within the Klamath Tribes. The Project Director proposes to contract with contractors to carry out interviews and video graphs of tribal elders living in Klamath County and other Oregon locations. [Edited by staff]

Funds will be used to research and record Klamath Tribal member experiences in boarding schools, and what the root cause and effect was of losing or not being able to learn their own tribal cultural languages. The project is for historical and research purposes to enhance the work and development of tribal language for our tribal populations within the Klamath Tribes. The Project Director proposes to contract with contractors to carry out interviews and video graphs of tribal elders living in Klamath County and other Oregon locations. [Edited by staff]

Yes — The project aims to research and record the experiences of Klamath Tribal members in boarding schools, supporting the preservation of their tribal cultural languages.

Yes. The project aims to research and record the experiences of Klamath Tribal members in boarding schools, supporting the preservation of their tribal cultural languages.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project seeks to promote public engagement with the history of the former Industrial School for Boys at Waiale'e, Hawai'i. Our project title, Nā Lei Poina 'Ole, is a reference to an 'ōlelo no'eau (Hawaiian wise saying): "He lei poina 'ole ke keiki," meaning, "A child is a lei never forgotten." This saying reminds us that children are beloved and a source of great pride to their families. The overarching goal of our project is to remember and memorialize the children kept at the Boys' School in culturally meaningful ways, which can also help to address the intergenerational impacts this history continues to have. For the period of this grant, we plan to do so through a focus on regenerating life and land. Today, our non-profit organization, the North Shore Community Land Trust, works at the former school site to restore lo'i kalo (areas for growing taro, a traditionally important staple food) and a freshwater fishpond.

This project seeks to promote public engagement with the history of the former Industrial School for Boys at Waiale'e, Hawai'i. Our project title, Nā Lei Poina 'Ole, is a reference to an 'ōlelo no'eau (Hawaiian wise saying): "He lei poina 'ole ke keiki," meaning, "A child is a lei never forgotten." This saying reminds us that children are beloved and a source of great pride to their families. The overarching goal of our project is to remember and memorialize the children kept at the Boys' School in culturally meaningful ways, which can also help to address the intergenerational impacts this history continues to have. For the period of this grant, we plan to do so through a focus on regenerating life and land. Today, our non-profit organization, the North Shore Community Land Trust, works at the former school site to restore lo'i kalo (areas for growing taro, a traditionally important staple food) and a freshwater fishpond.

Yes — This project promotes cultural preservation and addresses intergenerational impacts through restoring land and engaging with the history of the Boys' School.

Yes. This project promotes cultural preservation and addresses intergenerational impacts through restoring land and engaging with the history of the Boys' School. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.An exploratory project to develop humanities curriculum engaging A.I. across five regional universities, all members of the Council of Public Liberal Arts Colleges (COPLAC) consortium.  The project will bring together public liberal arts institutions, all small or medium-sized, from distinct regions of the country to develop humanities curriculum on/about A.I., to generate collaborative responses to the challenges that A.I. presents, and to articulate the advantage humanities training brings to regional institutions, businesses, and communities impacted by A.I.

An exploratory project to develop humanities curriculum engaging A.I. across five regional universities, all members of the Council of Public Liberal Arts Colleges (COPLAC) consortium.  The project will bring together public liberal arts institutions, all small or medium-sized, from distinct regions of the country to develop humanities curriculum on/about A.I., to generate collaborative responses to the challenges that A.I. presents, and to articulate the advantage humanities training brings to regional institutions, businesses, and communities impacted by A.I.

Yes — This project relates to DEI by aiming to generate collaborative responses to the challenges of A.I. and to highlight the advantages of humanities training for institutions, businesses, and communities impacted by A.I.

Yes. This project relates to DEI by aiming to generate collaborative responses to the challenges of A.I. and to highlight the advantages of humanities training for institutions, businesses, and communities impacted by A.I.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This exploration project will increase the use of open educational resources (OER) in select history, speech, and music courses in Victoria College's core curriculum. Our primary goal is to identify or develop OER for the targeted courses to sustain their academic rigor while reducing the financial burden on our students, thereby increasing their likelihood of accessing course materials, exposing them to a wider variety of humanities texts, and improving their success rates in vital humanities courses. One Victoria College faculty from each of the three target disciplines will review and select OER for their courses. They will subsequently generate an online database of OER from which additional Victoria College faculty can benefit. Approximately 1,000 undergraduate students per year will benefit from this project.

This exploration project will increase the use of open educational resources (OER) in select history, speech, and music courses in Victoria College's core curriculum. Our primary goal is to identify or develop OER for the targeted courses to sustain their academic rigor while reducing the financial burden on our students, thereby increasing their likelihood of accessing course materials, exposing them to a wider variety of humanities texts, and improving their success rates in vital humanities courses. One Victoria College faculty from each of the three target disciplines will review and select OER for their courses. They will subsequently generate an online database of OER from which additional Victoria College faculty can benefit. Approximately 1,000 undergraduate students per year will benefit from this project.

No

This initiative does not directly relate to DEI as it focuses on increasing access to course materials and improving success rates, rather than promoting diversity, equity, and inclusion.

No. This initiative does not directly relate to DEI as it focuses on increasing access to course materials and improving success rates, rather than promoting diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This grant project will fund the development interpretive signage and a web-based audio tour to tell the story of Skinner Butte Park as it relates to the Shelton McMurphey Johnson House through multiple forms of interpretive storytelling. This history includes Native American husbandry and displacement, early white settlers' territorial land claims, the growth of public infrastructure, the hobby of recreation, and the city of Eugene, and nearby African American settlement and subsequent KKK events. Grant funds will be used to hire an interpretive consultant and an audio production contractor, provide honoraria for Advisory Committee members, and support project management.

This grant project will fund the development interpretive signage and a web-based audio tour to tell the story of Skinner Butte Park as it relates to the Shelton McMurphey Johnson House through multiple forms of interpretive storytelling. This history includes Native American husbandry and displacement, early white settlers' territorial land claims, the growth of public infrastructure, the hobby of recreation, and the city of Eugene, and nearby African American settlement and subsequent KKK events. Grant funds will be used to hire an interpretive consultant and an audio production contractor, provide honoraria for Advisory Committee members, and support project management.

No

This grant project does not directly relate to DEI. It focuses on interpreting historical events and does not specifically address diversity, equity, or inclusion.

No. This grant project does not directly relate to DEI. It focuses on interpreting historical events and does not specifically address diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Wake Forest Historical Museum requests funding to strengthen public interpretation of the Dr. Calvin Jones House, a circa 1820 Federal-style home in Wake Forest, North Carolina. This project will involve evaluating the existing interpretation, researching relevant humanities themes, identifying new interpretive approaches, producing a digital and publicly available interpretive plan, and creating a robust interpreter training program.

The Wake Forest Historical Museum requests funding to strengthen public interpretation of the Dr. Calvin Jones House, a circa 1820 Federal-style home in Wake Forest, North Carolina. This project will involve evaluating the existing interpretation, researching relevant humanities themes, identifying new interpretive approaches, producing a digital and publicly available interpretive plan, and creating a robust interpreter training program.

No

This initiative does not explicitly mention DEI or any specific efforts towards promoting inclusivity or addressing social justice issues.

No. This initiative does not explicitly mention DEI (Diversity, Equity, and Inclusion) or any specific efforts towards promoting inclusivity or addressing social justice issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We would use this grant funding to implement the latest phase of Morven's ongoing plan to expand the stories we tell of the African Americans enslaved by the Morven-based Stocktons and Morven's ties to slavery. We would contract with a historical research consultant to collaborate with Morven's curators to write interpretive text for a new gallery exhibition examining the Stockton family's connections to slavery in the South and the ways wealth built on slave labor was used in the North, and collaborate with Morven's Curator of Education and Public Programs to develop related public programming. We will also engage a Community Expert who has deep knowledge of Princeton's Black history and strong connections to the community. Through this exhibition and programming, Morven is providing a space for the community to learn, grapple with, and discuss the legacy of slavery at a local, state, and national level.

We would use this grant funding to implement the latest phase of Morven's ongoing plan to expand the stories we tell of the African Americans enslaved by the Morven-based Stocktons and Morven's ties to slavery. We would contract with a historical research consultant to collaborate with Morven's curators to write interpretive text for a new gallery exhibition examining the Stockton family's connections to slavery in the South and the ways wealth built on slave labor was used in the North, and collaborate with Morven's Curator of Education and Public Programs to develop related public programming. We will also engage a Community Expert who has deep knowledge of Princeton's Black history and strong connections to the community. Through this exhibition and programming, Morven is providing a space for the community to learn, grapple with, and discuss the legacy of slavery at a local, state, and national level.

Yes

This initiative aims to expand storytelling of African Americans enslaved by the Stocktons, examine wealth from slave labor, and engage the community in discussing the legacy of slavery.

Yes. This initiative aims to expand storytelling of African Americans enslaved by the Stocktons, examine wealth from slave labor, and engage the community in discussing the legacy of slavery.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Encompassing the first two phases of a larger strategic interpretive project, GCV&M will use research completed in 2023 to produce interpretive panels for two buildings, and both develop and launch a daily guided tour to four buildings in our Historic Village, interpreting the history of enslavement in 19th century Western New York for our general public. The goal of this project is to ensure the history of Black Americans in the Genesee Valley Region told on our site is comprehensive and fully integrated into our Historic Village, daily interpretive programming, and staff knowledge base. GCV&M will work with local community partners as well as both local and non-local subject experts to create and review the panel and tour content as well as train our staff to responsibly deliver it to GCV&M's 80,000 annual visitors.

Encompassing the first two phases of a larger strategic interpretive project, GCV&M will use research completed in 2023 to produce interpretive panels for two buildings, and both develop and launch a daily guided tour to four buildings in our Historic Village, interpreting the history of enslavement in 19th century Western New York for our general public. The goal of this project is to ensure the history of Black Americans in the Genesee Valley Region told on our site is comprehensive and fully integrated into our Historic Village, daily interpretive programming, and staff knowledge base. GCV&M will work with local community partners as well as both local and non-local subject experts to create and review the panel and tour content as well as train our staff to responsibly deliver it to GCV&M's 80,000 annual visitors.

Yes — GCV&M's project addresses DEI by incorporating the history of enslavement and striving for comprehensive integration and responsible delivery of content.

Yes. GCV&M's project addresses DEI by incorporating the history of enslavement and striving for comprehensive integration and responsible delivery of content.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Fund for Girard College is requesting funds that would be used by the Girard College Historical Collections to create permanent outdoor wayside signage to interpret the history of the school and its surrounding North Philadelphia neighborhood. The signage would engage the broader community, both those who visit the school and passersby, as well as the internal community of those who work at, learn at, or have a child at Girard College.

The Fund for Girard College is requesting funds that would be used by the Girard College Historical Collections to create permanent outdoor wayside signage to interpret the history of the school and its surrounding North Philadelphia neighborhood. The signage would engage the broader community, both those who visit the school and passersby, as well as the internal community of those who work at, learn at, or have a child at Girard College.

Yes — The creation of wayside signage to interpret the history of the school and its neighborhood can contribute to diversity, equity, and inclusion by engaging the broader community and internal community of Girard College.

Yes. The creation of wayside signage to interpret the history of the school and its neighborhood can contribute to diversity, equity, and inclusion by engaging the broader community and internal community of Girard College.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Northeast Towson Improvement Association (NeTIA) is a nonprofit organization that aims to restore and preserve what's left of Historic East Towson, Baltimore County's oldest African American community. The neighborhood's roots trace back to 1853, when the area was built and settled by recently freed African Americans who were enslaved by Maryland's fifteenth governor on the Hampton Plantation. Once a thriving community, Historic East Towson has shrunk from having 300 Black families in 1929 to only 94.  The knowledge of the location's history is primarily contained to its residents. This project will have our team collect oral histories from both current residents and descendants of the original families. There are multiple ways we will interpret and share these oral histories, such as through publications, a colloquium, story maps, an exhibit, and towards enhancing our neighborhood walking tours and the Road to Freedom Trail, a pedestrian and cycling route in current development.

The Northeast Towson Improvement Association (NeTIA) is a nonprofit organization that aims to restore and preserve what's left of Historic East Towson, Baltimore County's oldest African American community. The neighborhood's roots trace back to 1853, when the area was built and settled by recently freed African Americans who were enslaved by Maryland's fifteenth governor on the Hampton Plantation. Once a thriving community, Historic East Towson has shrunk from having 300 Black families in 1929 to only 94.  The knowledge of the location's history is primarily contained to its residents. This project will have our team collect oral histories from both current residents and descendants of the original families. There are multiple ways we will interpret and share these oral histories, such as through publications, a colloquium, story maps, an exhibit, and towards enhancing our neighborhood walking tours and the Road to Freedom Trail, a pedestrian and cycling route in current development.

Yes — NeTIA's efforts to restore and preserve Historic East Towson, a historically African American community, and collect oral histories contribute to diversity, equity, and inclusion.

Yes. NeTIA's efforts to restore and preserve Historic East Towson, a historically African American community, and collect oral histories contribute to diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The National Catholic Center for Holocaust Education (NCCHE) at Seton Hill University respectfully requests a grant from the National Endowment for the Humanities to support the development of a long-term strategic plan for delivery of new interpretive public programs. During its first 35 years of existence, the Center has developed and delivered strong educational and humanities based programs. As we look and plan for the future, this grant would provide resources for the development of a path that will be used to guide the Center during its next phase.

The National Catholic Center for Holocaust Education (NCCHE) at Seton Hill University respectfully requests a grant from the National Endowment for the Humanities to support the development of a long-term strategic plan for delivery of new interpretive public programs. During its first 35 years of existence, the Center has developed and delivered strong educational and humanities based programs. As we look and plan for the future, this grant would provide resources for the development of a path that will be used to guide the Center during its next phase.

No — This request for a grant does not explicitly mention or relate to diversity, equity, and inclusion (DEI) initiatives.

No. This request for a grant does not explicitly mention or relate to diversity, equity, and inclusion (DEI) initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Kin/Folk/Lore is a community-led history project that offers a grassroots, translocal approach to 21st century storytelling by, for, and about Philadelphia communities. Residents forge unlikely connections across cultures, generations, and neighborhoods while considering changing landscapes, core values, and hopes that define their lives—past and present. Through long-term partnerships with neighborhood coalitions, healthcare centers, and schools, participants reclaim the time-honored role of the humanities in building civic participation.

Kin/Folk/Lore is a community-led history project that offers a grassroots, translocal approach to 21st century storytelling by, for, and about Philadelphia communities. Residents forge unlikely connections across cultures, generations, and neighborhoods while considering changing landscapes, core values, and hopes that define their lives—past and present. Through long-term partnerships with neighborhood coalitions, healthcare centers, and schools, participants reclaim the time-honored role of the humanities in building civic participation.

Yes — Kin/Folk/Lore is a community-led history project that promotes diversity, equity, and inclusion by empowering Philadelphia communities to share their stories and build civic participation.

Yes. Kin/Folk/Lore is a community-led history project that promotes diversity, equity, and inclusion by empowering Philadelphia communities to share their stories and build civic participation.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Connecticut River Museum respectfully requests grant funding in the amount of $25,000 for the development of interpretive tour content aligned with the history of Essex to be explored in two of the Museum's buildings, the historic Steamboat Dock and the historic Lay House. The goal of the project is threefold: (1) to develop an interpretive plan for the Lay House, a site that has never been open for public tours; (2) to develop within staff and volunteers a comfort with the dialogic approach to giving tours; and (3) to prepare staff to lead tours of a planned 2026 exhibit which, in celebration of the United States Semiquincentennial, will explore the untold stories of Black and Indigenous folks who worked in maritime industries along the Connecticut River between the Age of Sail and the Age of Steam.

The Connecticut River Museum respectfully requests grant funding in the amount of $25,000 for the development of interpretive tour content aligned with the history of Essex to be explored in two of the Museum's buildings, the historic Steamboat Dock and the historic Lay House. The goal of the project is threefold: (1) to develop an interpretive plan for the Lay House, a site that has never been open for public tours; (2) to develop within staff and volunteers a comfort with the dialogic approach to giving tours; and (3) to prepare staff to lead tours of a planned 2026 exhibit which, in celebration of the United States Semiquincentennial, will explore the untold stories of Black and Indigenous folks who worked in maritime industries along the Connecticut River between the Age of Sail and the Age of Steam.

No

The grant funding request is for the development of interpretive tour content, with a focus on the history of Essex and the untold stories of Black and Indigenous folks in maritime industries.

No. The grant funding request is for the development of interpretive tour content, with a focus on the history of Essex and the untold stories of Black and Indigenous folks in maritime industries.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Angel Island Immigration Station Foundation (AIISF) respectfully requests $25,000 from the National Endowment for the Humanities' Public Impact Projects at Smaller Organizations. The proposed project will enhance public interpretation at the Angel Island Immigration Station, a National Historic Landmark.  Located in the San Francisco Bay, Angel Island was the site of the largest immigration station on the West Coast. In operation from 1910 to 1940, over 1million people from 88 different countries were processed or detained there.  The project will support the development of a new interpretive strategy for the site's exhibits, programs, and tours based on increased and consistent use of dialogic approaches. The project will include a review of current interpretive strategies, a community assessment, development of an interpretive theory of change; training in dialogic interpretation for all staff and volunteers; and technical assistance to support ongoing implementation.

Angel Island Immigration Station Foundation (AIISF) respectfully requests $25,000 from the National Endowment for the Humanities' Public Impact Projects at Smaller Organizations. The proposed project will enhance public interpretation at the Angel Island Immigration Station, a National Historic Landmark.  Located in the San Francisco Bay, Angel Island was the site of the largest immigration station on the West Coast. In operation from 1910 to 1940, over 1million people from 88 different countries were processed or detained there.  The project will support the development of a new interpretive strategy for the site's exhibits, programs, and tours based on increased and consistent use of dialogic approaches. The project will include a review of current interpretive strategies, a community assessment, development of an interpretive theory of change; training in dialogic interpretation for all staff and volunteers; and technical assistance to support ongoing implementation.

Yes

The proposed project aims to enhance public interpretation at a historic immigration station, providing a platform to engage with diverse communities and promote understanding of immigration experiences.

Yes. The proposed project aims to enhance public interpretation at a historic immigration station, providing a platform to engage with diverse communities and promote understanding of immigration experiences.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The primary goal of this project is to produce a guiding narrative relating the culture and history of the People of Ki tu wah that will inform and guide both the interpretive exhibits of the John Hair Cultural Center and Museum and the content of the curricula that supports the education activities of the facility.  The project will also provide training in interpretive scholarship for content development staff, establish a framework for evaluation of outcomes, and involve Keetoowah Tradition Keepers and Culture Bearers in visioning and implementing a plan for future exhibits based on key aspects of the guiding narrative.

The primary goal of this project is to produce a guiding narrative relating the culture and history of the People of Ki tu wah that will inform and guide both the interpretive exhibits of the John Hair Cultural Center and Museum and the content of the curricula that supports the education activities of the facility.  The project will also provide training in interpretive scholarship for content development staff, establish a framework for evaluation of outcomes, and involve Keetoowah Tradition Keepers and Culture Bearers in visioning and implementing a plan for future exhibits based on key aspects of the guiding narrative.

Yes

This project aims to create a guiding narrative that promotes understanding and appreciation for the culture and history of the People of Ki tu wah. It involves collaboration, training, and inclusion of Keetoowah Tradition Keepers and Culture Bearers.

Yes. This project aims to create a guiding narrative that promotes understanding and appreciation for the culture and history of the People of Ki tu wah. It involves collaboration, training, and inclusion of Keetoowah Tradition Keepers and Culture Bearers.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Ball & Socket Arts requests funding to convene historians and exhibition experts to research, create, and develop a detailed interpretive site plan that will explore the best way to tell the labor history of Ball & Socket Manufacturing.

Ball & Socket Arts requests funding to convene historians and exhibition experts to research, create, and develop a detailed interpretive site plan that will explore the best way to tell the labor history of Ball & Socket Manufacturing.

Yes

The request to explore labor history aligns with Diversity, Equity, and Inclusion (DEI) values by recognizing the importance of diverse narratives and integrating them into historical interpretation.

Yes. The request to explore labor history aligns with Diversity, Equity, and Inclusion (DEI) values by recognizing the importance of diverse narratives and integrating them into historical interpretation.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Roebling Museum requests $25k to invite volunteers, the community and local historians to work with consultants to create an interpretive plan.The plan will bring the museum together with a newly acquired immigrant worker house, the company town, and historic millyard into a cohesive experience that shares stories of Black and Immigrant steel workers.  Staff and consultants with experience with underrepresented histories will assemble a team, conduct research, ask for community input, and draft a plan with implementation goals. Consultants will lead a workshop on interpretive methods for volunteers, staff and board members.  This grant builds staff capacity to create appropriate interpretive interventions that engage visitors with the Great Migration, immigration, environmental impact of industry, unionization, and other topics that are still relevant today. The outcome is an interpretive plan that uses multiple historic places to tell the story of Black and Immigrant steel workers.

Roebling Museum requests $25k to invite volunteers, the community and local historians to work with consultants to create an interpretive plan.The plan will bring the museum together with a newly acquired immigrant worker house, the company town, and historic millyard into a cohesive experience that shares stories of Black and Immigrant steel workers.  Staff and consultants with experience with underrepresented histories will assemble a team, conduct research, ask for community input, and draft a plan with implementation goals. Consultants will lead a workshop on interpretive methods for volunteers, staff and board members.  This grant builds staff capacity to create appropriate interpretive interventions that engage visitors with the Great Migration, immigration, environmental impact of industry, unionization, and other topics that are still relevant today. The outcome is an interpretive plan that uses multiple historic places to tell the story of Black and Immigrant steel workers.

Yes | The initiative aims to bring together different historical elements, engage underrepresented communities, and share stories of Black and Immigrant steel workers. It addresses DEI by highlighting their experiences and relevant topics.

Yes. The initiative aims to bring together different historical elements, engage underrepresented communities, and share stories of Black and Immigrant steel workers. It addresses DEI by highlighting their experiences and relevant topics.

---

A Taste of Kohala: A Youth Oral History Documentary Film Project" is an oral history project focused on collecting narratives of the rich food traditions of Kohala, Hawai'i Island. Food will be the lens through which to examine the historical and contemporary experiences of various peoples of Hawai'i. The stories gathered will reflect the diversity of the Kohala community and the complexities of its histories and culture. Elements of this project include: 1) A youth documentary filmmaking program to train students in oral history documentation and filmmaking, to capture up to 20 oral histories from the community; 2) Digital exhibit of oral histories and recipes; 3) A printed cookbook with recipes and curatorial text; 4) Interactive exhibit at Kohala Heritage Center; and 5) Public events.American Tapestry https://egms.neh.gov/Grants/ViewApplication.aspx?ApplicationID=304064TA-304064Public ProgramsPublic Impact Projects at Smaller OrganizationsBlack Heritage Trail of New Hampshire, Inc.Ms. JerriAnne BoggisFragile Freedoms:  Black Revolutionaries in New Hampshire, 1750-1800.2025-05-01 00:00:00.0002027-04-30 00:00:00.0002024-11-21Approved0.00Implementation of a statewide traveling panel exhibition on the history of Black Revolutionaries in New Hampshire as part of the observance of America's 250th anniversary. The Black Heritage Trail of New Hampshire (BHTNH) is seeking funding for a project in line with the NEH initiative American Tapestry" and in commemoration of the country's 250th anniversary.  The project is also in line with BHTNH's strategic plan to engage with 1/3rd of NH's population through social media and programming over the next three years.  Black soldiers, sailors, and activists played a key role in New Hampshire's participation in the American Revolution and in fighting for the liberties it espoused.  This is history that everyone in NH should know.  The project consists of researching and creating portable text panels featuring Black Revolutionaries and their stories that will travel to public libraries, schools, businesses, and city and town halls throughout the state.  Each will have QR codes connecting viewers to additional information and resources.

A Taste of Kohala: A Youth Oral History Documentary Film Project" is an oral history project focused on collecting narratives of the rich food traditions of Kohala, Hawai'i Island. Food will be the lens through which to examine the historical and contemporary experiences of various peoples of Hawai'i. The stories gathered will reflect the diversity of the Kohala community and the complexities of its histories and culture. Elements of this project include: 1) A youth documentary filmmaking program to train students in oral history documentation and filmmaking, to capture up to 20 oral histories from the community; 2) Digital exhibit of oral histories and recipes; 3) A printed cookbook with recipes and curatorial text; 4) Interactive exhibit at Kohala Heritage Center; and 5) Public events.American Tapestry https://egms.neh.gov/Grants/ViewApplication.aspx?ApplicationID=304064TA-304064Public ProgramsPublic Impact Projects at Smaller OrganizationsBlack Heritage Trail of New Hampshire, Inc.Ms. JerriAnne BoggisFragile Freedoms:  Black Revolutionaries in New Hampshire, 1750-1800.2025-05-01 00:00:00.0002027-04-30 00:00:00.0002024-11-21Approved0.00Implementation of a statewide traveling panel exhibition on the history of Black Revolutionaries in New Hampshire as part of the observance of America's 250th anniversary. The Black Heritage Trail of New Hampshire (BHTNH) is seeking funding for a project in line with the NEH initiative American Tapestry" and in commemoration of the country's 250th anniversary.  The project is also in line with BHTNH's strategic plan to engage with 1/3rd of NH's population through social media and programming over the next three years.  Black soldiers, sailors, and activists played a key role in New Hampshire's participation in the American Revolution and in fighting for the liberties it espoused.  This is history that everyone in NH should know.  The project consists of researching and creating portable text panels featuring Black Revolutionaries and their stories that will travel to public libraries, schools, businesses, and city and town halls throughout the state.  Each will have QR codes connecting viewers to additional information and resources.

Yes | The Kohala oral history project preserves diverse cultural traditions in Hawai'i.

Yes. The Kohala oral history project preserves diverse cultural traditions in Hawai'i.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."Voices of the Treasure Valley" will provide the region's residents with a place to document and reflect on the past, the present, and future of their home. Guided by an Advisory Board, students at the College of Idaho will play a central role in bringing together historic preservationists, tribal historians, community activists, and other guardians of local history to consider what narratives we want to preserve and share. As part of their coursework, students will conduct oral histories and present their research at the end of the year. This project will achieve three goals that will improve humanities teaching and learning. The material created by students will document histories that might otherwise not be recorded and shared; in the process, students will build skills as humanist researchers and interpreters, and develop connections with their neighbors. In attending to the Valley's diverse past, we hope to foster informed and empathetic conversations about its present and future.

"Voices of the Treasure Valley" will provide the region's residents with a place to document and reflect on the past, the present, and future of their home. Guided by an Advisory Board, students at the College of Idaho will play a central role in bringing together historic preservationists, tribal historians, community activists, and other guardians of local history to consider what narratives we want to preserve and share. As part of their coursework, students will conduct oral histories and present their research at the end of the year. This project will achieve three goals that will improve humanities teaching and learning. The material created by students will document histories that might otherwise not be recorded and shared; in the process, students will build skills as humanist researchers and interpreters, and develop connections with their neighbors. In attending to the Valley's diverse past, we hope to foster informed and empathetic conversations about its present and future.

Yes | "Voices of the Treasure Valley" aims to document diverse histories, build skills, and foster conversations, aligning with DEI principles.

Yes. "Voices of the Treasure Valley" aims to document diverse histories, build skills, and foster conversations, aligning with DEI principles.

Ex. 15 US-000062485.xlsx

| | Prompt | Response | | Explanation | Explanation |
|---|---|---|---|---|---|
| 815 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Three Buddhist temples were lost in the Lāhainā wildfires of August 8, 2023. This project seeks to preserve stories and memories of these lost temples through video oral history interviews, and to facilitate a discussion about the uncertain future of these temples in Lāhainā. | Three Buddhist temples were lost in the Lāhainā wildfires of August 8, 2023. This project seeks to preserve stories and memories of these lost temples through video oral history interviews, and to facilitate a discussion about the uncertain future of these temples in Lāhainā. | Yes | This project relates to DEI by preserving the cultural heritage and promoting dialogue about the impact of the wildfires on the Buddhist community in Lāhainā | Yes. This project relates to DEI by preserving the cultural heritage and promoting dialogue about the impact of the wildfires on the Buddhist community in Lāhainā |
| 816 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This two-year project would lead four staff through training and certification programs with the National Association for Interpretation and position our team as trainers of heritage area interpretation for volunteers and other partner entities. The project also includes an Inclusive Stories Research Intern who will be working to uncover stories related to our newly identified under-told themes. | This two-year project would lead four staff through training and certification programs with the National Association for Interpretation and position our team as trainers of heritage area interpretation for volunteers and other partner entities. The project also includes an Inclusive Stories Research Intern who will be working to uncover stories related to our newly identified under-told themes. | No | This project focuses on training and certification, and includes an intern, but does not explicitly mention diversity, equity, and inclusion. | No. This project focuses on training and certification, and includes an intern, but does not explicitly mention diversity, equity, and inclusion. |
| 817 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Canterbury Shaker Village (CSV) will create a new and more comprehensive, humanities-based program of historic site interpretation, one linking Shaker tenets and history to contemporary human rights and social justice issues. CSV proposes a 12-month project to (1) undertake and complete internal and external reviews of current site interpretation and related materials; (2) create an implementation plan for a more coherent and integrated interpretive program, one that includes a comprehensive training program for tour guides, volunteers, and staff; and (3) design a more visitor-responsive site map and create visitor materials linking CSV to the Town of Canterbury's Center Historic District. | Canterbury Shaker Village (CSV) will create a new and more comprehensive, humanities-based program of historic site interpretation, one linking Shaker tenets and history to contemporary human rights and social justice issues. CSV proposes a 12-month project to (1) undertake and complete internal and external reviews of current site interpretation and related materials; (2) create an implementation plan for a more coherent and integrated interpretive program, one that includes a comprehensive training program for tour guides, volunteers, and staff; and (3) design a more visitor-responsive site map and create visitor materials linking CSV to the Town of Canterbury's Center Historic District. | Yes | Canterbury Shaker Village aims to link Shaker history to contemporary human rights and social justice issues, promoting diversity, equity, and inclusion (DEI) principles. | Yes. Canterbury Shaker Village aims to link Shaker history to contemporary human rights and social justice issues, promoting diversity, equity, and inclusion (DEI) principles. |
| 818 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Hanover College seeks to establish a Digital Humanities Center to enhance teaching, learning, and community engagement by intertwining technology and humanities. An Exploration grant will allow the College to develop a robust strategic plan that addresses its unique challenges as a small, rural institution to ensure the Center's long-term sustainability. The grant will support hiring an experienced consultant, funding faculty champions to spearhead planning and community building, and four on-campus sessions for faculty and students to engage with the strategic planning process. Ultimately, the Center will bolster digital literacy and technical skills among students and faculty, facilitate interdisciplinary projects, and engage the community through various digital humanities initiatives, thereby acting as a dynamic hub for development and collaboration in the digital humanities realm. | Hanover College seeks to establish a Digital Humanities Center to enhance teaching, learning, and community engagement by intertwining technology and humanities. An Exploration grant will allow the College to develop a robust strategic plan that addresses its unique challenges as a small, rural institution to ensure the Center's long-term sustainability.  The grant will support hiring an experienced consultant, funding faculty champions to spearhead planning and community building, and four on-campus sessions for faculty and students to engage with the strategic planning process. Ultimately, the Center will bolster digital literacy and technical skills among students and faculty, facilitate interdisciplinary projects, and engage the community through various digital humanities initiatives, thereby acting as a dynamic hub for development and collaboration in the digital humanities realm. | No | This initiative focuses on enhancing teaching, learning, and community engagement through technology and humanities, but does not directly address diversity, equity, and inclusion (DEI) goals. | No. This initiative focuses on enhancing teaching, learning, and community engagement through technology and humanities, but does not directly address diversity, equity, and inclusion (DEI) goals. |
| 819 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.OurStoryBridge Inc. proposes a capacity-building project to identify best and innovative uses for the 1,000+ short-form oral histories in our growing archival collection, with the goal of new interpretation and storytelling opportunities for humanities-based public programming opportunities. Our target audiences are underserved rural communities and Indigenous communities, with particular emphasis on engaging younger populations. The deliverables of the project will include 1) a collections review and audience research based on the OurStoryBridge archival collection as public humanities work and 2) a strategic plan for the future development and implementation of interpretive public programming tools and resources. | OurStoryBridge Inc. proposes a capacity-building project to identify best and innovative uses for the 1,000+ short-form oral histories in our growing archival collection, with the goal of new interpretation and storytelling opportunities for humanities-based public programming opportunities. Our target audiences are underserved rural communities and Indigenous communities, with particular emphasis on engaging younger populations. The deliverables of the project will include 1) a collections review and audience research based on the OurStoryBridge archival collection as public humanities work and 2) a strategic plan for the future development and implementation of interpretive public programming tools and resources. | Yes | OurStoryBridge's capacity-building project aims to engage underserved rural and Indigenous communities, prioritizing younger populations, and promoting the use of oral histories for public programming. | Yes. OurStoryBridge's capacity-building project aims to engage underserved rural and Indigenous communities, prioritizing younger populations, and promoting the use of oral histories for public programming. |

Ex. 15 US-000062485.xlsx

| | Prompt | Description | DEI? | Response 1 | Response 2 |
|---|---|---|---|---|---|
| 820 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Fredericksburg Area Museum (FAM) seeks funding in the amount of $23,500 for the development of Juneteenth: Honoring Our Wazee (Elders), a program series commemorating the 160th anniversary of Juneteenth. This community series will feature programs engaging a wide variety of ages and backgrounds, including a community lecture on the history of Juneteenth, a family program detailing emancipation stories, and an all-day community Juneteenth celebration. | The Fredericksburg Area Museum (FAM) seeks funding in the amount of $23,500 for the development of Juneteenth: Honoring Our Wazee (Elders), a program series commemorating the 160th anniversary of Juneteenth. This community series will feature programs engaging a wide variety of ages and backgrounds, including a community lecture on the history of Juneteenth, a family program detailing emancipation stories, and an all-day community Juneteenth celebration. | No | This funding request does not directly relate to DEI. It focuses on Juneteenth celebrations but does not specify efforts towards diversity, equity, and inclusion. | No. This funding request does not directly relate to DEI. It focuses on Juneteenth celebrations but does not specify efforts towards diversity, equity, and inclusion. |
| 821 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Museum of the American Railroad seeks funding to develop an interpretive plan that highlights the contributions of women and minorities in railroad history. The museum houses a superlative collection of trains and artifacts from the golden age of rail travel in need of new interpretation that is relevant and accessible. This project will engage scholars and community advisors to research and re-imagine exhibits, tour programs, and educational resources. Consultants will provide staff, volunteer, and educator training, facilitating an inclusive approach to storytelling that brings the museum's collection to life. The project aims to create an immersive experience through public and educational tours, the development of new exhibits, and professional development for teachers. These coordinated efforts will foster a deeper public understanding of underrepresented histories in the context of the American railroad, enriching museum visitors and enhancing community engagement. | The Museum of the American Railroad seeks funding to develop an interpretive plan that highlights the contributions of women and minorities in railroad history. The museum houses a superlative collection of trains and artifacts from the golden age of rail travel in need of new interpretation that is relevant and accessible. This project will engage scholars and community advisors to research and re-imagine exhibits, tour programs, and educational resources. Consultants will provide staff, volunteer, and educator training, facilitating an inclusive approach to storytelling that brings the museum's collection to life. The project aims to create an immersive experience through public and educational tours, the development of new exhibits, and professional development for teachers. These coordinated efforts will foster a deeper public understanding of underrepresented histories in the context of the American railroad, enriching museum visitors and enhancing community engagement. | Yes | The project will highlight the contributions of women and minorities in railroad history, promoting diversity, equity, and inclusion in the museum's exhibits and educational resources. | Yes. The project will highlight the contributions of women and minorities in railroad history, promoting diversity, equity, and inclusion in the museum's exhibits and educational resources. |
| 822 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The goal of this project is to create a web platform in support of the ongoing re-purposing of the MIIBS site as well as the Honoring, Healing &amp; Remembering event. This platform will serve as an important strategic development, as SCIT aims not only to inform stakeholders as to ongoing developments with the site but also to increase awareness generally on American Indian Boarding Schools. Developed properly, the web platform will also enable charitable fundraising opportunities, allowing interested parties to make on-line donations, share their experiences, or comment on developments on the MIIBS grounds as the MIIBS·C develops schematic designs for re-use of the property.  | The goal of this project is to create a web platform in support of the ongoing re-purposing of the MIIBS site as well as the Honoring, Healing &amp; Remembering event. This platform will serve as an important strategic development, as SCIT aims not only to inform stakeholders as to ongoing developments with the site but also to increase awareness generally on American Indian Boarding Schools. Developed properly, the web platform will also enable charitable fundraising opportunities, allowing interested parties to make on-line donations, share their experiences, or comment on developments on the MIIBS grounds as the MIIBS·C develops schematic designs for re-use of the property.  | No | This project does not directly relate to DEI as it focuses on creating a web platform for informing stakeholders about ongoing developments and increasing awareness on American Indian Boarding Schools. | No. This project does not directly relate to DEI as it focuses on creating a web platform for informing stakeholders about ongoing developments and increasing awareness on American Indian Boarding Schools. |
| 823 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Through My Eyes, is a program that will diversify our interpretive insights into our collections, raise awareness of African Heritage history and complement our current work to catalogue our archive (some 7,000 linear feet) .  We will create a series of monthly videos that bring the insights of community members (students, teachers, politicians, local celebrities, etc.) to the documents found in the archive.  Each month, our archivist and other RIBHS members will teach the community members about a different document, and the community members will, in turn, talk about their personal intertest in or connection to the document, which we will capture on video. These will be distributed on YouTube, at our website, and through our social media channels to simultaneously: provide our community with a deeper understanding of our work, introduce our community to the broader world, and raise awareness of African Heritage history and culture as far as our digital presence will reach. | Through My Eyes, is a program that will diversify our interpretive insights into our collections, raise awareness of African Heritage history and complement our current work to catalogue our archive (some 7,000 linear feet) .  We will create a series of monthly videos that bring the insights of community members (students, teachers, politicians, local celebrities, etc.) to the documents found in the archive.  Each month, our archivist and other RIBHS members will teach the community members about a different document, and the community members will, in turn, talk about their personal intertest in or connection to the document, which we will capture on video. These will be distributed on YouTube, at our website, and through our social media channels to simultaneously: provide our community with a deeper understanding of our work, introduce our community to the broader world, and raise awareness of African Heritage history and culture as far as our digital presence will reach. | Yes | Through My Eyes program aims to diversify insights, raise awareness of African Heritage history & complement cataloguing efforts. | Yes. Through My Eyes program aims to diversify insights, raise awareness of African Heritage history & complement cataloguing efforts. #DEI |
| 824 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Mill at Anselma is pleased to submit this request to support the planning required to bring public water to the historic site to utilize its fire suppression sprinkler system and ensure the safety of our National Historic Landmark and its collection. | The Mill at Anselma is pleased to submit this request to support the planning required to bring public water to the historic site to utilize its fire suppression sprinkler system and ensure the safety of our National Historic Landmark and its collection. | No | This request relates to fire safety and infrastructure, not directly to diversity, equity, and inclusion (DEI) efforts. | No. This request relates to fire safety and infrastructure, not directly to diversity, equity, and inclusion (DEI) efforts. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My project will culminate in an article on the novel Rosina o La prisión del castillo de Chagres [Rosina or The Prison at Chagres Castle], written by Juan José Nieto Gil (1804–1866), the only Colombian president of African descent. My article will expose how Nieto Gil relies on European gothic strategies to imagine a civilizing project that promotes abolition and liberal values alongside the whitening and gendering of the Colombian nation. The role of the gothic in Latin American nation-building narratives has gone almost entirely unnoticed, and by highlighting a novel by a politician of African descent as a point of origin in this trajectory, my article will: expand awareness around the ways in which Latin America's gothic tradition meaningfully challenges the European gothic tradition; call for the inclusion of Nieto Gil and his work in the nineteenth-century Latin American literary canon; and contribute to the diversification of the Anglo- and Euro-centric field of Gothic Studies.

| | Prompt | Response | Answer | Short explanation | Long explanation |
|---|---|---|---|---|---|
| 825 | | My project will culminate in an article on the novel Rosina o La prisión del castillo de Chagres [Rosina or The Prison at Chagres Castle], written by Juan José Nieto Gil (1804–1866), the only Colombian president of African descent. My article will expose how Nieto Gil relies on European gothic strategies to imagine a civilizing project that promotes abolition and liberal values alongside the whitening and gendering of the Colombian nation. The role of the gothic in Latin American nation-building narratives has gone almost entirely unnoticed, and by highlighting a novel by a politician of African descent as a point of origin in this trajectory, my article will: expand awareness around the ways in which Latin America's gothic tradition meaningfully challenges the European gothic tradition; call for the inclusion of Nieto Gil and his work in the nineteenth-century Latin American literary canon; and contribute to the diversification of the Anglo- and Euro-centric field of Gothic Studies. | No | This project focuses on analyzing the gothic elements in a Colombian novel, but it does not directly relate to DEI efforts. | No. This project focuses on analyzing the gothic elements in a Colombian novel, but it does not directly relate to DEI (Diversity, Equity, and Inclusion) efforts. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Wilson Museum, in collaboration with Castine History Partners and other community groups and individuals, will build the capacity of the museum and the wider community to engage with complex topics in the humanities by providing training in facilitated dialogue. Through a two to three day workshop in facilitated dialog, participants will gain an understanding of the dialogic approach to group learning, develop their skills in facilitating dialogue, and begin the process of creating dialogic programs around Indigenous history and current issues, climate change and community resilience, the American Revolution, and other topics important to participants. The project will give Wilson Museum staff and volunteers, and staff and volunteers from other local historical organizations, enhanced capacity to interpret our collections, exhibits, and cultural landscapes.

| | Response | Answer | Short explanation | Long explanation |
|---|---|---|---|---|
| 826 | The Wilson Museum, in collaboration with Castine History Partners and other community groups and individuals, will build the capacity of the museum and the wider community to engage with complex topics in the humanities by providing training in facilitated dialog. Through a two to three day workshop in facilitated dialog, participants will gain an understanding of the dialogic approach to group learning, develop their skills in facilitating dialogue, and begin the process of creating dialogic programs around Indigenous history and current issues, climate change and community resilience, the American Revolution, and other topics important to participants. The project will give Wilson Museum staff and volunteers, and staff and volunteers from other local historical organizations, enhanced capacity to interpret our collections, exhibits, and cultural landscapes. | Yes | The project aims to build capacity for engaging with complex topics, including Indigenous history and current issues, promoting diversity, equity, and inclusion. | Yes. The project aims to build capacity for engaging with complex topics, including Indigenous history and current issues, promoting diversity, equity, and inclusion. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.With this application, Lehigh University Art Galleries (LUAG) seeks support to sustain and strengthen its well-received Art in Dialogue programming – a series of free, public conversations that invites curious adult learners to engage in conversation about art, society, and the human experience by pairing works from LUAG's collection and exhibitions with experts from different fields of study. Through interdisciplinary dialogue, attendees are invited to make novel connections and think about the world in new ways; an online repository of supplementary materials encourages independent investigation beyond the series itself. Funding will support LUAG in involving and compensating more experts and knowledge bearers from outside the university; supporting accessibility services such as ASL interpretation and captioning; adding two bilingual programs; and mounting a livestream of each of six programs to increase access and enhance LUAG's permanent archive of online learning resources.

| | Response | Answer | Short explanation | Long explanation |
|---|---|---|---|---|
| 827 | With this application, Lehigh University Art Galleries (LUAG) seeks support to sustain and strengthen its well-received Art in Dialogue programming – a series of free, public conversations that invites curious adult learners to engage in conversation about art, society, and the human experience by pairing works from LUAG's collection and exhibitions with experts from different fields of study. Through interdisciplinary dialogue, attendees are invited to make novel connections and think about the world in new ways; an online repository of supplementary materials encourages independent investigation beyond the series itself. Funding will support LUAG in involving and compensating more experts and knowledge bearers from outside the university; supporting accessibility services such as ASL interpretation and captioning; adding two bilingual programs; and mounting a livestream of each of six programs to increase access and enhance LUAG's permanent archive of online learning resources. | No | This initiative focuses on sustaining and strengthening an art program and improving accessibility, but it does not explicitly mention DEI efforts. | No. This initiative focuses on sustaining and strengthening an art program and improving accessibility, but it does not explicitly mention DEI (Diversity, Equity, and Inclusion) efforts. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will create a plan to interpret African American history and the legacy of slavery and servitude on the Gettysburg campus of United Lutheran Seminary.

| | Response | Answer | Short explanation | Long explanation |
|---|---|---|---|---|
| 828 | This project will create a plan to interpret African American history and the legacy of slavery and servitude on the Gettysburg campus of United Lutheran Seminary. | Yes | The project aims to interpret African American history, which is a key aspect of diversity, equity, and inclusion (DEI) efforts. | Yes. The project aims to interpret African American history, which is a key aspect of diversity, equity, and inclusion (DEI) efforts. |

Ex. 15 US-000062485.xlsx

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The National Endowment for the Humanities has invited North Carolina Central University to apply for Faculty Institutional Support. This award provides funding to offset costs associated with Faculty Fellow's on temporary leave. Dr. Lydia Lindsey, a professor in the Department of History, was awarded a National Endowment for the Humanities Fellowship for Faculty at Historically Black Colleges and Universities. The requested funds ($18,000) will be used to hire an adjunct instructor to teach Dr. Lindsey's load of two courses per fall and spring semesters. | The National Endowment for the Humanities has invited North Carolina Central University to apply for Faculty Institutional Support. This award provides funding to offset costs associated with Faculty Fellow's on temporary leave. Dr. Lydia Lindsey, a professor in the Department of History, was awarded a National Endowment for the Humanities Fellowship for Faculty at Historically Black Colleges and Universities. The requested funds ($18,000) will be used to hire an adjunct instructor to teach Dr. Lindsey's load of two courses per fall and spring semesters. | No | This award provides funding support for faculty on leave and does not directly relate to DEI initiatives or addressing systemic inequalities. | No. This award provides funding support for faculty on leave and does not directly relate to DEI initiatives or addressing systemic inequalities. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.PCUPR's Encarnación Valdes Library Collection restoration | PCUPR's Encarnación Valdes Library Collection restoration | No | The restoration of PCUPR's Encarnación Valdés Library Collection does not directly relate to DEI. | No. The restoration of PCUPR's Encarnación Valdés Library Collection does not directly relate to DEI. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Sacred Lands Preservation and Education is based at the Jungle Prada site in St. Petersburg. On the National Register of Historic Places, this site is home to two archeologically-pristine Tocobaga mounds and is recognized as the probable landing of the 1528 Narvaez expedition. Our mission is to preserve and interpret this location and provide educational and cultural programming to the community. But Hurricane Helene drove 8 feet of storm surge onto the property, violently flooding the building that served as museum and event center. Destroyed were flooring, walls, HVAC units, sound and lighting, furniture, and museum display cases. Indigenous and Spanish colonial artifacts were left scattered among the debris. Hurricane Milton delayed recovery by downing more than a dozen trees. Having now recovered the majority of artifacts in our collection, we are seeking funding for their emergency conservation and safe storage, preparation, and display in the aftermath of Helene and Milton. | Sacred Lands Preservation and Education is based at the Jungle Prada site in St. Petersburg. On the National Register of Historic Places, this site is home to two archeologically-pristine Tocobaga mounds and is recognized as the probable landing of the 1528 Narvaez expedition. Our mission is to preserve and interpret this location and provide educational and cultural programming to the community. But Hurricane Helene drove 8 feet of storm surge onto the property, violently flooding the building that served as museum and event center. Destroyed were flooring, walls, HVAC units, sound and lighting, furniture, and museum display cases. Indigenous and Spanish colonial artifacts were left scattered among the debris. Hurricane Milton delayed recovery by downing more than a dozen trees. Having now recovered the majority of artifacts in our collection, we are seeking funding for their emergency conservation and safe storage, preparation, and display in the aftermath of Helene and Milton. | No | This description does not specifically pertain to diversity, equity, and inclusion (DEI) issues. It is focused on the preservation and recovery of artifacts after a hurricane. | No. This description does not specifically pertain to diversity, equity, and inclusion (DEI) issues. It is focused on the preservation and recovery of artifacts after a hurricane. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Churchill County Museum's (CCM) collections focus on the history of Churchill County, Nevada. Being the only museum in Churchill County allows us the ability to document our county's history in its entirety. We show how the county has evolved since it was created, reflecting the growth of Nevada in general. Our collection includes items collected from the creation and opening of the Derby and Lahontan Dams. Both were the first projects under the newly created Bureau of Reclamation, connecting to the broader history of westward expansion and progress in the U.S. The Museum also features our mining and agriculture history, connecting to the broader history of industry in the U.S. We request funding for a Preservation Assessment and storage furniture (i.e., boxes, folders, etc.). This project keeps the CCM on the right path to continue preserving our collections for generations to come. | The Churchill County Museum's (CCM) collections focus on the history of Churchill County, Nevada. Being the only museum in Churchill County allows us the ability to document our county's history in its entirety. We show how the county has evolved since it was created, reflecting the growth of Nevada in general. Our collection includes items collected from the creation and opening of the Derby and Lahontan Dams. Both were the first projects under the newly created Bureau of Reclamation, connecting to the broader history of westward expansion and progress in the U.S. The Museum also features our mining and agriculture history, connecting to the broader history of industry in the U.S. We request funding for a Preservation Assessment and storage furniture (i.e., boxes, folders, etc.). This project keeps the CCM on the right path to continue preserving our collections for generations to come. | Yes | The Churchill County Museum's collections document the history of Churchill County, Nevada, reflecting the growth and evolution of the county and connecting to broader themes of westward expansion and U.S. industry. | Yes. The Churchill County Museum's collections document the history of Churchill County, Nevada, reflecting the growth and evolution of the county and connecting to broader themes of westward expansion and U.S. industry. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This grant will provide support for the Kentucky Geological Survey to purchase eight data loggers to monitor the archive environment of our collections at the KGS Earth Analysis Research Library. A preservation consultant will be hired to train KGS staff on operating environmental monitoring systems and assist with the placement and setup of the eight data loggers. The data collected through the proposed system will help improve preservation practices in place at KGS Earth Analysis Research Library and frame future grant proposals. | This grant will provide support for the Kentucky Geological Survey to purchase eight data loggers to monitor the archive environment of our collections at the KGS Earth Analysis Research Library. A preservation consultant will be hired to train KGS staff on operating environmental monitoring systems and assist with the placement and setup of the eight data loggers. The data collected through the proposed system will help improve preservation practices in place at KGS Earth Analysis Research Library and frame future grant proposals. | No | This grant supports data monitoring and preservation in a library, but it does not directly relate to diversity, equity, and inclusion (DEI). | No. This grant supports data monitoring and preservation in a library, but it does not directly relate to diversity, equity, and inclusion (DEI). |

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This grant would support the purchase of storage hardware for Canyon Cinema Foundation (CCF)'s digital collection, which currently includes approximately 5,200 digital files in various video formats as well as still images; representing almost 10 terabytes of storage space. This fast-growing collection supports programming and exhibition by educational and cultural institutions worldwide, as well as scholarly and curatorial research. However, the current storage infrastructure for CCF's digital assets is insufficient to support the collection's rapid growth. As more of our core activities move from the distribution and exhibition of motion picture film towards digital presentation and contextualization, improving our ability to maintain our digital assets has become a significant objective. | This grant would support the purchase of storage hardware for Canyon Cinema Foundation (CCF)'s digital collection, which currently includes approximately 5,200 digital files in various video formats as well as still images; representing almost 10 terabytes of storage space. This fast-growing collection supports programming and exhibition by educational and cultural institutions worldwide, as well as scholarly and curatorial research. However, the current storage infrastructure for CCF's digital assets is insufficient to support the collection's rapid growth. As more of our core activities move from the distribution and exhibition of motion picture film towards digital presentation and contextualization, improving our ability to maintain our digital assets has become a significant objective. | Yes | This grant would support the improvement of the storage infrastructure for CCF's digital assets, which aligns with DEI goals of supporting educational, cultural, and scholarly research worldwide. — Yes. This grant would support the improvement of the storage infrastructure for CCF's digital assets, which aligns with DEI goals of supporting educational, cultural, and scholarly research worldwide. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will provide a comprehensive conservation survey of the Cobblestone Museum's collection of 39 taxidermy display boxes of birds done by David Bruce in 1883. This collection is important to the history of the development of modern taxidermy as it is a very early use of techniques to display subjects in their naturalistic surroundings. David Bruce was the mentor of Carl Akeley, who is often referred to as the Father of Modern Taxidermy because he utilized practices that this collection demonstrates he learned from Bruce. The collection will be evaluated by conservators who will document the collection with detailed recommendations for the restoration of the individual specimens. The goal of this project is to inform the Museum staff on the proper restoration and care of this unique collection and position them to create a plan for the continued preservation and curation of the collection while maximizing public access. | This project will provide a comprehensive conservation survey of the Cobblestone Museum's collection of 39 taxidermy display boxes of birds done by David Bruce in 1883. This collection is important to the history of the development of modern taxidermy as it is a very early use of techniques to display subjects in their naturalistic surroundings. David Bruce was the mentor of Carl Akeley, who is often referred to as the Father of Modern Taxidermy because he utilized practices that this collection demonstrates he learned from Bruce. The collection will be evaluated by conservators who will document the collection with detailed recommendations for the restoration of the individual specimens. The goal of this project is to inform the Museum staff on the proper restoration and care of this unique collection and position them to create a plan for the continued preservation and curation of the collection while maximizing public access. | Yes | This project aims to preserve and restore a historic taxidermy collection, contributing to the diversity, equity, and inclusion (DEI) aspect of preserving cultural heritage for public access. — Yes. This project aims to preserve and restore a historic taxidermy collection, contributing to the diversity, equity, and inclusion (DEI) aspect of preserving cultural heritage for public access. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Charleston Library Society (CLS) seeks assistance for the purpose of conducting a general collection condition survey during a 12-month period to continue an essential part of the mission of caring for and raising awareness of both the existence of the collection's national significance and the critical need to preserve the collection. | Charleston Library Society (CLS) seeks assistance for the purpose of conducting a general collection condition survey during a 12-month period to continue an essential part of the mission of caring for and raising awareness of both the existence of the collection's national significance and the critical need to preserve the collection. | No | This request is focused on conducting a collection survey and does not explicitly mention any Diversity, Equity, and Inclusion (DEI) aspects. — No. This request is focused on conducting a collection survey and does not explicitly mention any Diversity, Equity, and Inclusion (DEI) aspects. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.En Foco, Inc. seeks funding to protect and enhance its Community Arts Archives, a rich collection pivotal to the history of migrant communities in New York City. This funding will allow us to assess current storage facilities, train staff in preservation best practices, and develop a strategic plan for the ongoing maintenance and development of our archives. En Foco's archive includes 8,000 images, 740 artworks, and ephemera chronicling our 50-year journey supporting and uplifting artists of color. With a small team led by experienced staff and a dedicated consultant, this project will integrate preservation best practices into our daily operations so our treasured collection can remain accessible to the public for future generations. Ultimately, En Foco's unique approach to community-based archiving provides a model for preserving underrecognized cultural histories and strengths the public humanities by fostering collaborations for exhibits, discussions, and educational endeavors. | En Foco, Inc. seeks funding to protect and enhance its Community Arts Archives, a rich collection pivotal to the history of migrant communities in New York City. This funding will allow us to assess current storage facilities, train staff in preservation best practices, and develop a strategic plan for the ongoing maintenance and development of our archives. En Foco's archive includes 8,000 images, 740 artworks, and ephemera chronicling our 50-year journey supporting and uplifting artists of color. With a small team led by experienced staff and a dedicated consultant, this project will integrate preservation best practices into our daily operations so our treasured collection can remain accessible to the public for future generations. Ultimately, En Foco's unique approach to community-based archiving provides a model for preserving underrecognized cultural histories and strengths the public humanities by fostering collaborations for exhibits, discussions, and educational endeavors. | Yes | En Foco's Community Arts Archives document the history of migrant communities, supporting DEI by preserving underrecognized cultural histories. — Yes. En Foco's Community Arts Archives document the history of migrant communities, supporting DEI by preserving underrecognized cultural histories. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This funding would support the purchase of materials required to properly store and preserve Southern Utah Museum of Art's (SUMA) growing textile collection. These would include archival textile rolling materials (archival tubes, polyester sheeting, Tyvek, muslin, and tying tape), as well as waterproof material to cover the textile storage area. The grant would also support the purchase of polyester stockinettes filled with polypropylene pellets to improve three-dimensional (3D) artwork storage and stabilization. This request complements two current projects at SUMA supported by NEH by providing the storage materials necessitated by the grant-funded storage infrastructure.

This funding would support the purchase of materials required to properly store and preserve Southern Utah Museum of Art's (SUMA) growing textile collection. These would include archival textile rolling materials (archival tubes, polyester sheeting, Tyvek, muslin, and tying tape), as well as waterproof material to cover the textile storage area. The grant would also support the purchase of polyester stockinettes filled with polypropylene pellets to improve three-dimensional (3D) artwork storage and stabilization. This request complements two current projects at SUMA supported by NEH by providing the storage materials necessitated by the grant-funded storage infrastructure.

No — This description does not mention any factors related to diversity, equity, or inclusion (DEI).

No. This description does not mention any factors related to diversity, equity, or inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.To strengthen APIA's capacity to care for and utilize collections safely and responsibly.

To strengthen APIA's capacity to care for and utilize collections safely and responsibly.

Yes — Strengthening APIA's capacity to care for and utilize collections aligns with DEI by ensuring inclusive access, preservation, and representation.

Yes. Strengthening APIA's capacity to care for and utilize collections aligns with DEI by ensuring inclusive access, preservation, and representation.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The NEH Preservation Grant will support the implementation of the storage, processing, and rehousing recommendations presented in the Preservations Needs Assessment conducted by the Conservation Center for Art & Historic Artifacts in 2016. The funds will be used to purchase storage furniture and preservation supplies recommended in the PNA to ensure the preservation and accessibility to the Kona Historical Society's (KHS) collections, building on past efforts by KHS to improve storage and access to the collections. The project will provide an improved environment conducive for preservation with easy access by staff and researchers. The materials purchased with funds from this grant will create spaces that allow for the future rehousing of objects and documents and will enable a comprehensive inventory of the collection which will give a more accurate account of our holdings to researchers.

The NEH Preservation Grant will support the implementation of the storage, processing, and rehousing recommendations presented in the Preservations Needs Assessment conducted by the Conservation Center for Art & Historic Artifacts in 2016. The funds will be used to purchase storage furniture and preservation supplies recommended in the PNA to ensure the preservation and accessibility to the Kona Historical Society's (KHS) collections, building on past efforts by KHS to improve storage and access to the collections. The project will provide an improved environment conducive for preservation with easy access by staff and researchers. The materials purchased with funds from this grant will create spaces that allow for the future rehousing of objects and documents and will enable a comprehensive inventory of the collection which will give a more accurate account of our holdings to researchers.

No — Preservation grants, while important for maintaining historical artifacts, do not directly relate to Diversity, Equity, and Inclusion (DEI) efforts.

No. Preservation grants, while important for maintaining historical artifacts, do not directly relate to Diversity, Equity, and Inclusion (DEI) efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Heurich House Museum requests a Preservation Assistance Grant of $10,000: $8,000 will be used to hire expert consultant Rebecca Kennedy of Curae Collections Care, LLC to augment the Museum's ongoing disaster preparedness efforts, and $2,000 will be used to purchase emergency supplies.

The Heurich House Museum requests a Preservation Assistance Grant of $10,000: $8,000 will be used to hire expert consultant Rebecca Kennedy of Curae Collections Care, LLC to augment the Museum's ongoing disaster preparedness efforts, and $2,000 will be used to purchase emergency supplies.

No — This request for a Preservation Assistance Grant does not directly relate to DEI as it focuses on disaster preparedness and emergency supplies for a museum.

No. This request for a Preservation Assistance Grant does not directly relate to DEI as it focuses on disaster preparedness and emergency supplies for a museum.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Bishop Museum is requesting $10,000 to assess environmental impacts of lighting systems and aging mechanical systems for the permanent gallery cases in Hawaiian Hall and Pacific Hall to 1). determine the sources of ongoing environmental concerns affecting Ethnology collections on display; 2). to develop a plan to address environmental issues; and 3). train collection and exhibit staff on adjustments and tools to create safe gallery cases for our Museum's permanent displays. Bishop Museum would like to contract a specialist to assess the gallery cases and related systems holistically because the mechanical and lighting systems in the cases are approaching 15-20 years old from the time of construction; environmental problems in these historic cases have been documented for more than 100 years; and recent attempts by staff to address environmental concerns have not worked.

Bishop Museum is requesting $10,000 to assess environmental impacts of lighting systems and aging mechanical systems for the permanent gallery cases in Hawaiian Hall and Pacific Hall to 1). determine the sources of ongoing environmental concerns affecting Ethnology collections on display; 2). to develop a plan to address environmental issues; and 3). train collection and exhibit staff on adjustments and tools to create safe gallery cases for our Museum's permanent displays. Bishop Museum would like to contract a specialist to assess the gallery cases and related systems holistically because the mechanical and lighting systems in the cases are approaching 15-20 years old from the time of construction; environmental problems in these historic cases have been documented for more than 100 years; and recent attempts by staff to address environmental concerns have not worked.

No — This initiative does not directly relate to DEI. It focuses on the assessment and improvement of environmental systems for museum display cases.

No. This initiative does not directly relate to DEI. It focuses on the assessment and improvement of environmental systems for museum display cases.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This application aims to support a collection condition survey of the archaeological objects held by the Loyola Marymount Archaeology Museum, including a salt built-up identification on unbaked clay objects, as well an environmental review of the study galleries and storage areas of the Museum.  Both collection survey and environment review would permit the discovery of any environmental and use conditions not conducive to preservation, such as light levels, visitor activity, student use, security, humidity, potential off gassing, issues of seismic risk, emergency/disaster preparedness and resiliency planning, among others. A one-year program of monitoring would be completed in three phases to record any changes in the environmental conditions of the museum that might be due to seasonal variations and/or functioning of the HVAC unit of the building.

This application aims to support a collection condition survey of the archaeological objects held by the Loyola Marymount Archaeology Museum, including a salt built-up identification on unbaked clay objects, as well an environmental review of the study galleries and storage areas of the Museum.  Both collection survey and environment review would permit the discovery of any environmental and use conditions not conducive to preservation, such as light levels, visitor activity, student use, security, humidity, potential off gassing, issues of seismic risk, emergency/disaster preparedness and resiliency planning, among others. A one-year program of monitoring would be completed in three phases to record any changes in the environmental conditions of the museum that might be due to seasonal variations and/or functioning of the HVAC unit of the building.

No | This description does not explicitly mention or address diversity, equity, and inclusion (DEI) aspects.

No. This description does not explicitly mention or address diversity, equity, and inclusion (DEI) aspects.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Museum of Chinese in America (MOCA) requests a grant of $10,000 to support the purchase of 2 extra-large flat file cabinets with a base to store oversized works on paper from the museum's collection. The particular items to be stored in the oversized flat file cabinets include blueprints from the museum's Poy Gum Lee and Wei Foo Chun collections, as well as oversized calligraphy paintings from the Cheng Man-Ching collection.

The Museum of Chinese in America (MOCA) requests a grant of $10,000 to support the purchase of 2 extra-large flat file cabinets with a base to store oversized works on paper from the museum's collection. The particular items to be stored in the oversized flat file cabinets include blueprints from the museum's Poy Gum Lee and Wei Foo Chun collections, as well as oversized calligraphy paintings from the Cheng Man-Ching collection.

No | This request does not directly relate to DEI because it does not mention any specific initiatives or efforts to promote diversity, equity, and inclusion.

No. This request does not directly relate to DEI because it does not mention any specific initiatives or efforts to promote diversity, equity, and inclusion.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This grant would support the staff time necessary to develop crucial collections management policies and update forms and procedures to align with industry accepted best practices.

This grant would support the staff time necessary to develop crucial collections management policies and update forms and procedures to align with industry accepted best practices.

Yes | This grant would support important work related to staff training, policy development, and procedural updates, which are all elements of DEI.

Yes. This grant would support important work related to staff training, policy development, and procedural updates, which are all elements of DEI.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.La Peña Cultural Centers aims to improve access to and preservation of its collections in Berkeley, California, through the development of a preservation plan, training of staff and volunteers, and purchase of furniture and supplies to rehouse at-risk archives. Among other materials, La Peña is home to an extensive collection of political posters from and about the Americas, including the most extensive collection of Chilean posters in the United States, and posters, photographs, and ephemera documenting nearly fifty years of cultural and political activities in the San Francisco Bay Area. In accordance with initial recommendations from archival consultant Nathaniel Moore, the Preservation Assistance Grant will support the following consulting activities: 1) Development of a written preservation plan and process, 2) Half-day archival best practices workshop, 3) Follow up workshop with staff and volunteers once rehousing and cataloging work is underway

La Peña Cultural Centers aims to improve access to and preservation of its collections in Berkeley, California, through the development of a preservation plan, training of staff and volunteers, and purchase of furniture and supplies to rehouse at-risk archives. Among other materials, La Peña is home to an extensive collection of political posters from and about the Americas, including the most extensive collection of Chilean posters in the United States, and posters, photographs, and ephemera documenting nearly fifty years of cultural and political activities in the San Francisco Bay Area. In accordance with initial recommendations from archival consultant Nathaniel Moore, the Preservation Assistance Grant will support the following consulting activities: 1) Development of a written preservation plan and process, 2) Half-day archival best practices workshop, 3) Follow up workshop with staff and volunteers once rehousing and cataloging work is underway

No | This preservation plan does not directly relate to DEI as it focuses on improving access to and preserving cultural collections.

No. This preservation plan does not directly relate to DEI as it focuses on improving access to and preserving cultural collections.

---

Motown Collections and Facilities staff will work with preservation environment specialists from the Image Permanence  Institute (IPI) to evaluate the preservation quality of its collection storage facility and two historic houses containing  one-of-a-kind artifacts which document the history of Motown Records. The data collected over one year will be analyzed  to establish recommendations for improving the Museum's preservation environment and program. IPI will provide  training to Motown's Collection and Facilities staff to ensure the continued management and maintenance of an active  environmental monitoring program. This work will ensure the long-term, sustainable preservation of the Museum's  collections, which includes Motown Record's corporate papers (1959-1988), the Gordy family papers, photographic  materials, original sound recordings, film, grooved media, performance uniforms, instruments, and other ephemera that  created the legacy known as the "Motown Sound."

Motown Collections and Facilities staff will work with preservation environment specialists from the Image Permanence  Institute (IPI) to evaluate the preservation quality of its collection storage facility and two historic houses containing  one-of-a-kind artifacts which document the history of Motown Records. The data collected over one year will be analyzed  to establish recommendations for improving the Museum's preservation environment and program. IPI will provide  training to Motown's Collection and Facilities staff to ensure the continued management and maintenance of an active  environmental monitoring program. This work will ensure the long-term, sustainable preservation of the Museum's  collections, which includes Motown Record's corporate papers (1959-1988), the Gordy family papers, photographic  materials, original sound recordings, film, grooved media, performance uniforms, instruments, and other ephemera that  created the legacy known as the "Motown Sound."

Yes | The Black Heritage Trail project highlights Black Revolutionary history in New Hampshire.

Yes. The Black Heritage Trail project highlights Black Revolutionary history in New Hampshire.

Ex. 15 US-000062485.xlsx

| | Prompt | Description | | Response A | Response B |
|---|---|---|---|---|---|

848 — Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The goal of this project is to have  an initial evaluation of the preservation quality of the archives storage space and establish short- and long-term recommendations for enhancing the Institute's preservation program along with furniture and equipment to house its new acquired collections.

The goal of this project is to have  an initial evaluation of the preservation quality of the archives storage space and establish short- and long-term recommendations for enhancing the Institute's preservation program along with furniture and equipment to house its new acquired collections.

No — This project is focused on evaluating the preservation quality of archives and making recommendations for improvement, not directly related to DEI.

No. This project is focused on evaluating the preservation quality of archives and making recommendations for improvement, not directly related to DEI.

849 — Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.To support the services of a Collections Management Consultant to assess our collection, and propose a preservation strategy; and to pilot the implementation of the strategy.

To support the services of a Collections Management Consultant to assess our collection, and propose a preservation strategy; and to pilot the implementation of the strategy.

Yes — Assessing and preserving collections can be related to DEI by ensuring that diverse perspectives and voices are included and preserved.

Yes. Assessing and preserving collections can be related to DEI by ensuring that diverse perspectives and voices are included and preserved.

850 — Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The NEH Preservation Grant supports Jacksonville Public Library's (JPL) purchase of archival storage equipment recommended in a 2018 Preservation Needs Assessment conducted by Lyrasis. This assessment recommended that many of the materials in the collection need improved archival storage, such as pamphlet binders, book enclosures, archival folders and rare book boxes.

The NEH Preservation Grant supports Jacksonville Public Library's (JPL) purchase of archival storage equipment recommended in a 2018 Preservation Needs Assessment conducted by Lyrasis. This assessment recommended that many of the materials in the collection need improved archival storage, such as pamphlet binders, book enclosures, archival folders and rare book boxes.

No — The NEH Preservation Grant supports archival storage equipment for Jacksonville Public Library, but it does not mention anything related to DEI.

No. The NEH Preservation Grant supports archival storage equipment for Jacksonville Public Library, but it does not mention anything related to DEI.

851 — Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The project this grant would support consists of: 1) the purchase of environmental monitoring supplies (including associated software, support, and training) for both museum galleries and storage facilities, as well as 2) the purchase of updated lighting infrastructure to improve gallery and storage environments for artifacts. This major conservation infrastructure would comply with recommendations made by expert collections assessors in a Collections Assessment for Preservation (CAP) Survey Report, funded through IMLS, which was conducted March 7-8, 2023. Environmental monitoring and updated lighting are the two parallel conservation recommendations that are of highest importance according to the expert assessors.

The project this grant would support consists of: 1) the purchase of environmental monitoring supplies (including associated software, support, and training) for both museum galleries and storage facilities, as well as 2) the purchase of updated lighting infrastructure to improve gallery and storage environments for artifacts. This major conservation infrastructure would comply with recommendations made by expert collections assessors in a Collections Assessment for Preservation (CAP) Survey Report, funded through IMLS, which was conducted March 7-8, 2023. Environmental monitoring and updated lighting are the two parallel conservation recommendations that are of highest importance according to the expert assessors.

No — The project supports conservation infrastructure and environmental monitoring, but it does not directly relate to Diversity, Equity, and Inclusion (DEI) efforts.

No. The project supports conservation infrastructure and environmental monitoring, but it does not directly relate to Diversity, Equity, and Inclusion (DEI) efforts.

852 — Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We are seeking funds to conduct a preservation assessment for the Rhode Island Latino History Collections: A general preservation assessment of Nuestras Raíces, an existing collection of oral histories, documents, and artifacts at Rhode Island Latino Arts which focus on the history of the Latino community in Rhode Island, as well as to train staff in collections care and the purchase of preservation supplies.

We are seeking funds to conduct a preservation assessment for the Rhode Island Latino History Collections: A general preservation assessment of Nuestras Raíces, an existing collection of oral histories, documents, and artifacts at Rhode Island Latino Arts which focus on the history of the Latino community in Rhode Island, as well as to train staff in collections care and the purchase of preservation supplies.

Yes — Conducting preservation assessments and training staff align with DEI efforts by ensuring the representation and preservation of Latino history and cultural heritage.

Yes. Conducting preservation assessments and training staff align with DEI efforts by ensuring the representation and preservation of Latino history and cultural heritage.

853 — Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Frances M. Maguire Art Museum (Maguire Art Museum) at Saint Joseph's University (SJU), housed in the former home of the Barnes Foundation, is a new, 21st-century museum in the Philadelphia area with a high-caliber global art collection spanning 3,000 years. The Maguire Art Museum is requesting $10,000 from the NEH for preservation assessment, training, and equipment. The project will entail the following: A general preservation assessment conducted by the Conservation Center for Art and Historic Artifacts (CCAHA), located in Philadelphia, Pennsylvania; 3 workshops conducted by staff at CCAHA on preservation basics, processing artworks, and short-term packing and handling techniques for flat and 3-D artworks; and the purchase of dataloggers.

The Frances M. Maguire Art Museum (Maguire Art Museum) at Saint Joseph's University (SJU), housed in the former home of the Barnes Foundation, is a new, 21st-century museum in the Philadelphia area with a high-caliber global art collection spanning 3,000 years. The Maguire Art Museum is requesting $10,000 from the NEH for preservation assessment, training, and equipment. The project will entail the following: A general preservation assessment conducted by the Conservation Center for Art and Historic Artifacts (CCAHA), located in Philadelphia, Pennsylvania; 3 workshops conducted by staff at CCAHA on preservation basics, processing artworks, and short-term packing and handling techniques for flat and 3-D artworks; and the purchase of dataloggers.

No — The description does not mention anything related to DEI.

No. The description does not mention anything related to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Elizabethtown College will utilize funding provided by this grant to improve the housing conditions for our rare book collection. Specifically, we will hire a conservator on the staff of the Conservation Center for Art and Historic Artifacts (CCAHA) to conduct an on-site rare books housing needs assessment and provide a written report with guidance on prioritizing needs and selecting appropriate enclosures. Following the assessment, the conservator will offer a half-day workshop to our staff as well as staff at other local cultural heritage institutions on prioritizing items for housing, measuring books for custom-sized boxes, how to construct four-flap enclosures, and general guidance on selecting commercial storage materials. Elizabethtown will use remaining grant funds to purchase supplies including a book measuring device, paperboard for making four-flap enclosures, and custom-made clamshell boxes as recommended by the conservator.

Elizabethtown College will utilize funding provided by this grant to improve the housing conditions for our rare book collection. Specifically, we will hire a conservator on the staff of the Conservation Center for Art and Historic Artifacts (CCAHA) to conduct an on-site rare books housing needs assessment and provide a written report with guidance on prioritizing needs and selecting appropriate enclosures. Following the assessment, the conservator will offer a half-day workshop to our staff as well as staff at other local cultural heritage institutions on prioritizing items for housing, measuring books for custom-sized boxes, how to construct four-flap enclosures, and general guidance on selecting commercial storage materials. Elizabethtown will use remaining grant funds to purchase supplies including a book measuring device, paperboard for making four-flap enclosures, and custom-made clamshell boxes as recommended by the conservator.

No    This initiative does not directly relate to DEI as it focuses on improving housing conditions for a rare book collection and acquiring necessary supplies.

No. This initiative does not directly relate to DEI as it focuses on improving housing conditions for a rare book collection and acquiring necessary supplies.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Longwood University is seeking a grant of $10,000 to hire an outside consultant, the Conservation Center for Art and Historic Artifacts, to conduct an expert collections survey for the Kaminsky Sheet Music Collection, a rare, complete collection of music used by one cinema conductor throughout his entire career. The collection contains approximately 6,000 scores of music for cinema orchestras that were used for accompanying silent films and other occasions. This project will assess the condition of the collection for future conservation stabilization treatment, rehousing, and digitization with the long-term goal of making the collection accessible to the public. This survey is a crucial step in guiding the short- and long-term preservation of the Kaminsky collection. Successful completion of the project will require 12-17 months.

Longwood University is seeking a grant of $10,000 to hire an outside consultant, the Conservation Center for Art and Historic Artifacts, to conduct an expert collections survey for the Kaminsky Sheet Music Collection, a rare, complete collection of music used by one cinema conductor throughout his entire career. The collection contains approximately 6,000 scores of music for cinema orchestras that were used for accompanying silent films and other occasions. This project will assess the condition of the collection for future conservation stabilization treatment, rehousing, and digitization with the long-term goal of making the collection accessible to the public. This survey is a crucial step in guiding the short- and long-term preservation of the Kaminsky collection. Successful completion of the project will require 12-17 months.

Yes    The project aims to preserve and make accessible the Kaminsky Collection, which involves conserving historic artifacts and making them available to the public. DEI initiatives often prioritize increasing access to diverse cultural resources.

Yes. The project aims to preserve and make accessible the Kaminsky Collection, which involves conserving historic artifacts and making them available to the public. DEI initiatives often prioritize increasing access to diverse cultural resources.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Jim Gatchell Memorial Museum would like to create a Native American Wisdom Council by gathering regional tribal members from the Crow, Shoshone, Arapaho, Sioux, and Cheyenne tribes. This council would then be paid as guest curators/consultants to reinterpret their Native history throughout the museum's exhibit galleries. Museum staff and volunteers would coordinate meetings, document, and facilitate the installation of new interpretation and exhibits throughout the museum.

The Jim Gatchell Memorial Museum would like to create a Native American Wisdom Council by gathering regional tribal members from the Crow, Shoshone, Arapaho, Sioux, and Cheyenne tribes. This council would then be paid as guest curators/consultants to reinterpret their Native history throughout the museum's exhibit galleries. Museum staff and volunteers would coordinate meetings, document, and facilitate the installation of new interpretation and exhibits throughout the museum.

Yes    The creation of a Native American Wisdom Council and inclusion of regional tribal members reflects an effort to promote diversity, equity, and inclusion in the museum's exhibits.

Yes. The creation of a Native American Wisdom Council and inclusion of regional tribal members reflects an effort to promote diversity, equity, and inclusion in the museum's exhibits.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Morgan State University is seeking funding in the amount of $10,000 to cover the costs associated with replacement instructors for the spring 2025 semester while Megan DeVirgilis is on NEH-funded leave (Awards for Faculty) to complete her project, "Gothic Foundations: The Civilizing Project of a Forgotten Nineteenth-Century Novel by Colombia's First President of African Descent" (HB-294705). The period of performance for her four-month award is from January 1 through April 30, 2025. During that time, she will be working on the project 100% of the time and cannot teach her two assigned courses.

Morgan State University is seeking funding in the amount of $10,000 to cover the costs associated with replacement instructors for the spring 2025 semester while Megan DeVirgilis is on NEH-funded leave (Awards for Faculty) to complete her project, "Gothic Foundations: The Civilizing Project of a Forgotten Nineteenth-Century Novel by Colombia's First President of African Descent" (HB-294705). The period of performance for her four-month award is from January 1 through April 30, 2025. During that time, she will be working on the project 100% of the time and cannot teach her two assigned courses.

No    This funding request and project description do not directly relate to DEI.

No. This funding request and project description do not directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Maxwell Museum of Anthropology seeks funding for the purchase of preservation supplies to support the long-term care of the museum's ethnographic basket collection. Preservation supplies would be used to create custom trays and support mounts for approximately 925 baskets in the museum's Ethnology Collection. The baskets are currently stored stacked and overcrowded on wooden shelving. The creation of support trays is essential for the museum to adequately preserve these basket collections. These collections are used in collaborative efforts with Native individuals and communities including research, programming, and exhibitions. The new storage trays and support mounts will help ensure the long-term preservation of the baskets and enable safer access to the basketry collections by students, researchers, and Native community members.

The Maxwell Museum of Anthropology seeks funding for the purchase of preservation supplies to support the long-term care of the museum's ethnographic basket collection. Preservation supplies would be used to create custom trays and support mounts for approximately 925 baskets in the museum's Ethnology Collection. The baskets are currently stored stacked and overcrowded on wooden shelving. The creation of support trays is essential for the museum to adequately preserve these basket collections. These collections are used in collaborative efforts with Native individuals and communities including research, programming, and exhibitions. The new storage trays and support mounts will help ensure the long-term preservation of the baskets and enable safer access to the basketry collections by students, researchers, and Native community members.

Yes | The funding request for preservation supplies indicates a commitment to preserving cultural artifacts and enabling access for Native individuals and communities.

Yes. The funding request for preservation supplies indicates a commitment to preserving cultural artifacts and enabling access for Native individuals and communities. #DEI

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.University Galleries is a small organization within a larger academic institution, applying for a Preservation Assistance Grant (PAG) through the National Endowment for the Humanities to provide for a general professional assessment of the Sacramento State Art Collection. The grant will include the following specific activities: Contracting a profession collection specialist. The collection specialist will review our current physical storage for all objects, collecting policies, staffing, and management software. During the review process, the specialist will work with a Sacramento State student intern, providing hands-on experience and education on collections management. The specialist will also work with Collections Curator Kelly Lindner and members of the Collections Committee to access the collection, review current management software, and storage and digitization of archival materials. The review will be followed by a training workshop led by the collection specialist.

University Galleries is a small organization within a larger academic institution, applying for a Preservation Assistance Grant (PAG) through the National Endowment for the Humanities to provide for a general professional assessment of the Sacramento State Art Collection. The grant will include the following specific activities: Contracting a profession collection specialist. The collection specialist will review our current physical storage for all objects, collecting policies, staffing, and management software. During the review process, the specialist will work with a Sacramento State student intern, providing hands-on experience and education on collections management. The specialist will also work with Collections Curator Kelly Lindner and members of the Collections Committee to access the collection, review current management software, and storage and digitization of archival materials. The review will be followed by a training workshop led by the collection specialist.

No | This description does not relate to DEI as it does not mention any efforts or considerations towards diversity, equity, and inclusion.

No. This description does not relate to DEI as it does not mention any efforts or considerations towards diversity, equity, and inclusion.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The NEH Preservation Assistance Grant would allow the William Paterson University Galleries to permanently rehouse its poster and print collection into archival enclosures for preservation and to optimize storage space. The goal of the proposed project is to implement preservation plans recommended in previous conservation assessments that will ensure the long-term preservation of the collection. The poster and print collection is comprised of approximately 200 works on paper which can be grouped as lithographs, limited edition portfolios, photographic prints, and serigraphs. Through support for rehousing of the poster and print collection, the project will allow the Galleries to continue its humanities mission of developing critical thinking skills by introducing audiences to global art and hands-on opportunities that enliven diverse cultural and social themes.

The NEH Preservation Assistance Grant would allow the William Paterson University Galleries to permanently rehouse its poster and print collection into archival enclosures for preservation and to optimize storage space. The goal of the proposed project is to implement preservation plans recommended in previous conservation assessments that will ensure the long-term preservation of the collection. The poster and print collection is comprised of approximately 200 works on paper which can be grouped as lithographs, limited edition portfolios, photographic prints, and serigraphs. Through support for rehousing of the poster and print collection, the project will allow the Galleries to continue its humanities mission of developing critical thinking skills by introducing audiences to global art and hands-on opportunities that enliven diverse cultural and social themes.

Yes | The NEH Preservation Assistance Grant supports preservation and storage optimization for the diverse poster and print collection, which aligns with DEI goals by promoting diverse cultural and social themes.

Yes. The NEH Preservation Assistance Grant supports preservation and storage optimization for the diverse poster and print collection, which aligns with DEI goals by promoting diverse cultural and social themes.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Support for the National Mining Hall of Fame and Museum planning which includes hiring a consultant to write and implement an Environmental Monitoring Program and develop a Preservation and Collections Care Policy.  With the professional recommendations, the Museum will purchase lead and asbestos testing kits and install analog data loggers for environmental monitoring in an effort to preserve and care for the Museum's collections long term.

Support for the National Mining Hall of Fame and Museum planning which includes hiring a consultant to write and implement an Environmental Monitoring Program and develop a Preservation and Collections Care Policy.  With the professional recommendations, the Museum will purchase lead and asbestos testing kits and install analog data loggers for environmental monitoring in an effort to preserve and care for the Museum's collections long term.

No | The support for the National Mining Hall of Fame and Museum planning does not directly relate to DEI.

No. The support for the National Mining Hall of Fame and Museum planning does not directly relate to DEI.

Ex. 15 US-000062485.xlsx

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Wyoming State Museum will contract with a professional conservator to perform an assessment of State-owned, outdoor public art and memorials in 13 communities around the state of Wyoming. Select maintenance will also be performed when appropriate. This collection represents significant placemaking efforts by the State of Wyoming with each artifact closely tied to the history and culture of the community where it is placed. Subject matters range from historic themes and figures to local industries and geographical icons. The project will generate  condition reports and maintenance plans for each work, and will provide conservation recommendations for works that require more extensive preservation work. This project is viewed as the initial step in a larger preservation project and the resulting documentation will position the museum to pursue additional funding to carry out much needed conservation action on these important elements of Wyoming's cultural heritage. | The Wyoming State Museum will contract with a professional conservator to perform an assessment of State-owned, outdoor public art and memorials in 13 communities around the state of Wyoming. Select maintenance will also be performed when appropriate. This collection represents significant placemaking efforts by the State of Wyoming with each artifact closely tied to the history and culture of the community where it is placed. Subject matters range from historic themes and figures to local industries and geographical icons. The project will generate  condition reports and maintenance plans for each work, and will provide conservation recommendations for works that require more extensive preservation work. This project is viewed as the initial step in a larger preservation project and the resulting documentation will position the museum to pursue additional funding to carry out much needed conservation action on these important elements of Wyoming's cultural heritage. | Yes   This project relates to DEI by preserving and maintaining outdoor public art and memorials representing diverse historical, cultural, and community ties in Wyoming. | Yes. This project relates to DEI by preserving and maintaining outdoor public art and memorials representing diverse historical, cultural, and community ties in Wyoming. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This request to NEH PAG will support the ongoing preservation efforts for our collection through the purchase of additional environmental monitoring equipment (data loggers) and the hiring of a consultant to guide the expansion of Valentine's existing monitoring program throughout the museum's main building and two historic buildings on our campus: the Wickham House and Valentine Sculpture Studio. This is a $12,357 project and is a part of the final phase of the Valentine Moment Capital Campaign, which has included renovation of our storage facilities, creation of new public access spaces, and refinement of the 1.6 million objects in our collection to make sure each object tells an important Richmond story. Investing in additional environmental monitoring equipment will improve environmental conditions and reflects the Valentine's commitment to the proper care and preservation of our holdings, using current best practices and techniques. | This request to NEH PAG will support the ongoing preservation efforts for our collection through the purchase of additional environmental monitoring equipment (data loggers) and the hiring of a consultant to guide the expansion of Valentine's existing monitoring program throughout the museum's main building and two historic buildings on our campus: the Wickham House and Valentine Sculpture Studio. This is a $12,357 project and is a part of the final phase of the Valentine Moment Capital Campaign, which has included renovation of our storage facilities, creation of new public access spaces, and refinement of the 1.6 million objects in our collection to make sure each object tells an important Richmond story. Investing in additional environmental monitoring equipment will improve environmental conditions and reflects the Valentine's commitment to the proper care and preservation of our holdings, using current best practices and techniques. | No   This description relates to preservation efforts and environmental monitoring, but does not explicitly mention diversity, equity, or inclusion (DEI). | No. This description relates to preservation efforts and environmental monitoring, but does not explicitly mention diversity, equity, or inclusion (DEI). |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The goal of this project is to implement six interconnected recommendations from the 2020 Preservation Assessment related to our audio resources. The audio collections which date back 100 years are a record of Hawai'i's cultural heritage and serve as a resource that provides understanding and insight into language, composition, history, story, art, dance, and indigenous worldviews. Implementation of this set of recommendations will improve stewardship and organization of approximately 1,700 audio discs that are currently found in 10 individual collections in the Archive. | The goal of this project is to implement six interconnected recommendations from the 2020 Preservation Assessment related to our audio resources. The audio collections which date back 100 years are a record of Hawai'i's cultural heritage and serve as a resource that provides understanding and insight into language, composition, history, story, art, dance, and indigenous worldviews. Implementation of this set of recommendations will improve stewardship and organization of approximately 1,700 audio discs that are currently found in 10 individual collections in the Archive. | Yes   The goal of preserving audio resources that reflect cultural heritage promotes inclusivity by ensuring diverse perspectives and Indigenous worldviews are documented and accessible. | Yes. The goal of preserving audio resources that reflect cultural heritage promotes inclusivity by ensuring diverse perspectives and Indigenous worldviews are documented and accessible. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The grant would support the purchase of an archival-quality 12-drawer flat file unit for the storage of works on paper in the Lyman Allyn Art Museum's permanent collection. The flat file would accommodate an estimated 250 to 300 drawings, prints and paintings, allowing the works to be removed from acidic mats and non-archival plywood storage cabinets and rehoused more safely and efficiently. | The grant would support the purchase of an archival-quality 12-drawer flat file unit for the storage of works on paper in the Lyman Allyn Art Museum's permanent collection. The flat file would accommodate an estimated 250 to 300 drawings, prints and paintings, allowing the works to be removed from acidic mats and non-archival plywood storage cabinets and rehoused more safely and efficiently. | Yes   The grant supports the purchase of an archival-quality flat file, which aligns with DEI by preserving and protecting diverse works on paper in the museum's collection. | Yes. The grant supports the purchase of an archival-quality flat file, which aligns with DEI by preserving and protecting diverse works on paper in the museum's collection. |

Ex. 15 US-000062485.xlsx

| # | Prompt | Description | | Explanation | Response |
|---|---|---|---|---|---|
| 866 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.CFA will execute the research and analysis needed to determine and codify next steps in the storage, preservation and maintenance of its digital assets. Erica Titkemeyer with Myriad Consulting will provide CFA periodic consulting services throughout the initiative. CFA's considerable assets include both digital iterations of CFA's analog films and videos as well as born-digital works that include commissioned video art, interviews and oral histories. As a result of the research, CFA will create a Digital Preservation Action Plan that will outline specific steps that CFA will perform to advance the effective storage, preservation and maintenance of its digital assets. Costs of these steps and associated equipment will be outlined in the plan as well. | CFA will execute the research and analysis needed to determine and codify next steps in the storage, preservation and maintenance of its digital assets. Erica Titkemeyer with Myriad Consulting will provide CFA periodic consulting services throughout the initiative. CFA's considerable assets include both digital iterations of CFA's analog films and videos as well as born-digital works that include commissioned video art, interviews and oral histories. As a result of the research, CFA will create a Digital Preservation Action Plan that will outline specific steps that CFA will perform to advance the effective storage, preservation and maintenance of its digital assets. Costs of these steps and associated equipment will be outlined in the plan as well. | No | Does not relate to DEI. | No. |
| 867 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The primary objective of this project is to elevate the storage standards and ensure the prolonged preservation of valuable collections housed within the Bob Moog Foundation Archives. The project aims to implement the recommendations outlined in the Collections Assessment for Preservation report, focusing on proper care, conservation, preservation, environmental conditions, and disaster preparedness. Furthermore, our overarching goal is to enhance global accessibility by developing a comprehensive framework that facilitates the seamless sharing of these invaluable archives with enthusiasts, researchers, and the public worldwide. | The primary objective of this project is to elevate the storage standards and ensure the prolonged preservation of valuable collections housed within the Bob Moog Foundation Archives. The project aims to implement the recommendations outlined in the Collections Assessment for Preservation report, focusing on proper care, conservation, preservation, environmental conditions, and disaster preparedness. Furthermore, our overarching goal is to enhance global accessibility by developing a comprehensive framework that facilitates the seamless sharing of these invaluable archives with enthusiasts, researchers, and the public worldwide. | No | This project focuses on preservation and access to collections but does not mention diversity, equity, and inclusion (DEI) explicitly. | No. This project focuses on preservation and access to collections but does not mention diversity, equity, and inclusion (DEI) explicitly. |
| 868 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Gregory Allicar Museum of Art Preservation Matting and Storage of Photographs project will rehouse a 2021 gift of 166 photographs, currently unmatted, in standard size mats stored long-term in Solander cases and flat files. The project focuses on photographs that are utilized for teaching, research, and exhibitions. Selections have already been featured in two exhibitions and another exhibition is planned. Plans to incorporate the collection for photography/photojournalism classes are in progress and interest in the collection has already spanned subject areas across the university, many interested in themes that correlate with the NEH focus area United We Stand: Connecting Through Culture. The project addresses three key challenges a) the need for a small museum staff to efficiently and cost-effectively plan and mount exhibitions; b) accessibility for teaching, research, and education; c) improving collection care to address long-term growth and ensure safe handling during usage. | The Gregory Allicar Museum of Art Preservation Matting and Storage of Photographs project will rehouse a 2021 gift of 166 photographs, currently unmatted, in standard size mats stored long-term in Solander cases and flat files. The project focuses on photographs that are utilized for teaching, research, and exhibitions. Selections have already been featured in two exhibitions and another exhibition is planned. Plans to incorporate the collection for photography/photojournalism classes are in progress and interest in the collection has already spanned subject areas across the university, many interested in themes that correlate with the NEH focus area United We Stand: Connecting Through Culture. The project addresses three key challenges a) the need for a small museum staff to efficiently and cost-effectively plan and mount exhibitions; b) accessibility for teaching, research, and education; c) improving collection care to address long-term growth and ensure safe handling during usage. | No | This description does not provide any information that directly relates to DEI initiatives. | No. This description does not provide any information that directly relates to DEI (Diversity, Equity, and Inclusion) initiatives. |
| 869 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Funds will advance the professionalization of collections care in the newly established Oak Hill Cemetery Archive (OHCA). It will support efforts to rehouse fragile documents, maps, photographs and objects through the purchase of storage solutions, equipment and related supplies, as well as engaging the services of an external conservation expert to begin acting on recommendations from the Collections Assessment for Preservation (CAP) report developed for the organization in 2023. As the CAP report details, the primary documents, photographs and unique items in Oak Hill's collections are a high priority for improved storage. Flat file cabinets, environmental data loggers, cleaning and handling specialty items, and archival enclosures specifically designed to house oversized and particularly fragile materials, including blueprints, maps, photos, and artwork, will allow OHCA to take a significant step forward in improving preservation and access to our long under-resourced collection. | Funds will advance the professionalization of collections care in the newly established Oak Hill Cemetery Archive (OHCA). It will support efforts to rehouse fragile documents, maps, photographs and objects through the purchase of storage solutions, equipment and related supplies, as well as engaging the services of an external conservation expert to begin acting on recommendations from the Collections Assessment for Preservation (CAP) report developed for the organization in 2023. As the CAP report details, the primary documents, photographs and unique items in Oak Hill's collections are a high priority for improved storage. Flat file cabinets, environmental data loggers, cleaning and handling specialty items, and archival enclosures specifically designed to house oversized and particularly fragile materials, including blueprints, maps, photos, and artwork, will allow OHCA to take a significant step forward in improving preservation and access to our long under-resourced collection. | No | While this initiative focuses on professionalizing collections care, it does not directly relate to diversity, equity, and inclusion (DEI). | No. While this initiative focuses on professionalizing collections care, it does not directly relate to diversity, equity, and inclusion (DEI). |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Special Collections Department of the University of Texas at El Paso Library requests funds from the National Endowment for the Humanities to purchase and set up environmental monitoring devices in the several storage areas where archival materials or art are kept and to purchase and install water detectors in selected locations. A previous grant-funded preservation survey recommended improving the environmental monitoring system and leak detection capability.

The Special Collections Department of the University of Texas at El Paso Library requests funds from the National Endowment for the Humanities to purchase and set up environmental monitoring devices in the several storage areas where archival materials or art are kept and to purchase and install water detectors in selected locations. A previous grant-funded preservation survey recommended improving the environmental monitoring system and leak detection capability.

Yes

The request to improve environmental monitoring and leak detection aligns with DEI by promoting preservation and inclusivity of diverse archival materials and art.

Yes. The request to improve environmental monitoring and leak detection aligns with DEI by promoting preservation and inclusivity of diverse archival materials and art.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Museum is requesting National Endowment for the Humanities support through a Preservation Assistance Grant of $9,871 to hire a preservation services contractor to conduct an environmental, mechanical, and building assessment of the Museum. This assessment would advise the Museum on how to remedy preservation, environmental, and climate challenges to best protect the collection items in the Museum's vault and on display for the long term. The proposed preservation services contractor would be highly trained, with skills in preservation environment, mechanical system consulting, preventative conservation, and more, to conduct a holistic assessment of the Museum. This professional assessment will include documentation of relevant characteristics of the collection areas, documentation and assessment of existing mechanical systems, preservation needs for collections materials, existing environmental data, and a risk assessment for long-term preservation.

The Museum is requesting National Endowment for the Humanities support through a Preservation Assistance Grant of $9,871 to hire a preservation services contractor to conduct an environmental, mechanical, and building assessment of the Museum. This assessment would advise the Museum on how to remedy preservation, environmental, and climate challenges to best protect the collection items in the Museum's vault and on display for the long term. The proposed preservation services contractor would be highly trained, with skills in preservation environment, mechanical system consulting, preventative conservation, and more, to conduct a holistic assessment of the Museum. This professional assessment will include documentation of relevant characteristics of the collection areas, documentation and assessment of existing mechanical systems, preservation needs for collections materials, existing environmental data, and a risk assessment for long-term preservation.

No

This grant request and assessment focus on preservation and mechanical systems, rather than specifically addressing DEI issues or goals.

No. This grant request and assessment focus on preservation and mechanical systems, rather than specifically addressing DEI issues or goals.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This grant will support improvements to the Museum's collections storage area based on the priorities of a 2023 CAP Assessment and Report. Namely, the purchase of new, more advanced environmental monitors/data loggers, a textile storage cabinet, and additional archival storage boxes. This will improve housing conditions for critical collections and provide Museum staff with much clearer information about environmental conditions in collections storage areas and exhibition galleries in preparation for a 2028 permanent exhibit renovation. Proposed changes and expansions of the collections storage space and long-term exhibition plans are part of current strategic planning.

This grant will support improvements to the Museum's collections storage area based on the priorities of a 2023 CAP Assessment and Report. Namely, the purchase of new, more advanced environmental monitors/data loggers, a textile storage cabinet, and additional archival storage boxes. This will improve housing conditions for critical collections and provide Museum staff with much clearer information about environmental conditions in collections storage areas and exhibition galleries in preparation for a 2028 permanent exhibit renovation. Proposed changes and expansions of the collections storage space and long-term exhibition plans are part of current strategic planning.

No

This grant supports improvements to collections storage, monitoring, and housing conditions but does not directly relate to DEI initiatives.

No. This grant supports improvements to collections storage, monitoring, and housing conditions but does not directly relate to DEI initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.America's Packard Museum requests $10,000 from the National Endowment for the Humanities for an eighteen-month project to begin an inventory and preservation assessment of the non-vehicle artifacts held by the Museum. The project will run from November 1, 2024-March 31, 2026. The budget includes funding for a conservation consultant; HOBO Temp/RH/Light/Ext-Temp Kits; travel expenses; training; and CatalogIt software. The NEH Preservation Assistance Grant will be transformative for the Museum, and we will use it to make enormous strides to further our mission and assist with efforts towards collections preservations and improved access to researchers and the public. This NEH project is designed to provide the Museum with the data, analysis, and implementation steps to accomplish these goals.

America's Packard Museum requests $10,000 from the National Endowment for the Humanities for an eighteen-month project to begin an inventory and preservation assessment of the non-vehicle artifacts held by the Museum. The project will run from November 1, 2024-March 31, 2026. The budget includes funding for a conservation consultant; HOBO Temp/RH/Light/Ext-Temp Kits; travel expenses; training; and CatalogIt software. The NEH Preservation Assistance Grant will be transformative for the Museum, and we will use it to make enormous strides to further our mission and assist with efforts towards collections preservations and improved access to researchers and the public. This NEH project is designed to provide the Museum with the data, analysis, and implementation steps to accomplish these goals.

No

This project does not relate to DEI. It focuses on inventory and preservation of non-vehicle artifacts, without mention of diversity, equity, or inclusion efforts.

No. This project does not relate to DEI. It focuses on inventory and preservation of non-vehicle artifacts, without mention of diversity, equity, or inclusion efforts.

| | Prompt | Description | DEI | Explanation | Full Response |
|---|---|---|---|---|---|
| 874 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Rosenbach Museum and Library requests NEH PAG funding to support a one-year project to purchase, install, and train staff to utilize and track data for 15 Bluetooth-enabled HOBO data loggers. These will measure environmental conditions, namely temperature, relative humidity, and light exposure, in areas where collections are displayed, stored, and used for research. Funds will also support a comprehensive, internal study using the HOBO data loggers to track and assess changes in these environmental conditions, which are expected to show lower rates of negative impact on the safety and security of collections materials as a result of recent building improvements to the two historic townhomes in which the Rosenbach resides. | The Rosenbach Museum and Library requests NEH PAG funding to support a one-year project to purchase, install, and train staff to utilize and track data for 15 Bluetooth-enabled HOBO data loggers. These will measure environmental conditions, namely temperature, relative humidity, and light exposure, in areas where collections are displayed, stored, and used for research. Funds will also support a comprehensive, internal study using the HOBO data loggers to track and assess changes in these environmental conditions, which are expected to show lower rates of negative impact on the safety and security of collections materials as a result of recent building improvements to the two historic townhomes in which the Rosenbach resides. | No | This project does not directly relate to DEI. It focuses on collecting data for improving the safety and security of collections materials. | No. This project does not directly relate to DEI (Diversity, Equity, and Inclusion). It focuses on collecting data for improving the safety and security of collections materials. |
| 875 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Mississippi State University Libraries' Mississippi Political Collections (MPC) unit wishes to assess the collections' audiovisual materials. This grant will support us bringing in consultant Bryce Roe, Director of Audio Preservation Service at the Northeast Document Conservation Center, to review the various audiovisual materials in the MPC's holdings and create a preservation strategy in collaboration with our Digital Archives unit. Our holdings contain numerous types of audiovisual formats spanning the mid to late 20th and early 21st centuries, including VCR tapes, audio and video reel-to-reels, cassette tapes, vinyl records, and Dictabelt recordings. This consultant would provide a report that will offer direction and advice for us to generate a long-term preservation plan for our audiovisual collection. This will empower us to not only preserve, store, and organize the materials safely, but ultimately make them available for research via digitization or other methods. | Mississippi State University Libraries' Mississippi Political Collections (MPC) unit wishes to assess the collections' audiovisual materials. This grant will support us bringing in consultant Bryce Roe, Director of Audio Preservation Service at the Northeast Document Conservation Center, to review the various audiovisual materials in the MPC's holdings and create a preservation strategy in collaboration with our Digital Archives unit. Our holdings contain numerous types of audiovisual formats spanning the mid to late 20th and early 21st centuries, including VCR tapes, audio and video reel-to-reels, cassette tapes, vinyl records, and Dictabelt recordings. This consultant would provide a report that will offer direction and advice for us to generate a long-term preservation plan for our audiovisual collection. This will empower us to not only preserve, store, and organize the materials safely, but ultimately make them available for research via digitization or other methods. | Yes | MCP's initiative to assess and preserve audiovisual materials demonstrates a commitment to diversity, equity, and inclusion by ensuring accessibility and the preservation of historically valuable resources for research. | Yes. MCP's initiative to assess and preserve audiovisual materials demonstrates a commitment to diversity, equity, and inclusion by ensuring accessibility and the preservation of historically valuable resources for research. |
| 876 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The goal of this project is to deliver independent and authoritative advice to the Jean and Alexander Heard Libraries at Vanderbilt University on the most cost efficient and effective ways to improve the physical preservation capabilities of the Vanderbilt University Special Collections & University Archives. | The goal of this project is to deliver independent and authoritative advice to the Jean and Alexander Heard Libraries at Vanderbilt University on the most cost efficient and effective ways to improve the physical preservation capabilities of the Vanderbilt University Special Collections & University Archives. | No | This project focuses on improving physical preservation capabilities of the library, without explicitly addressing diversity, equity, and inclusion (DEI). | No. This project focuses on improving physical preservation capabilities of the library, without explicitly addressing diversity, equity, and inclusion (DEI). |
| 877 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This grant will support a General Preservation Assessment of The New York Genealogical and Biographical Society's collections which will provide us with recommendations on policies, collections care, staffing, building environment, and emergency planning. | This grant will support a General Preservation Assessment of The New York Genealogical and Biographical Society's collections which will provide us with recommendations on policies, collections care, staffing, building environment, and emergency planning. | Yes | The grant supports a preservation assessment, which can help inform DEI efforts by identifying areas for improvement in policies, staffing, and collections care. | Yes. The grant supports a preservation assessment, which can help inform DEI efforts by identifying areas for improvement in policies, staffing, and collections care. |
| 878 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.RTPI will support the management and care of acetate films in the Special Collection by rehousing 487 films in archival film cans. The new cans will replace non-archival metal cans, in which the films are currently stored. By purchasing new film cans and rehousing films, RTPI will create safer storage conditions for the films. | RTPI will support the management and care of acetate films in the Special Collection by rehousing 487 films in archival film cans. The new cans will replace non-archival metal cans, in which the films are currently stored. By purchasing new film cans and rehousing films, RTPI will create safer storage conditions for the films. | No | This description does not mention anything related to diversity, equity, or inclusion (DEI). | No. This description does not mention anything related to diversity, equity, or inclusion (DEI). |
| 879 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project is to conduct a Comprehensive Collections Assessment of the Anthropology Research Collections at Texas A&M University. The proposed collections assessment will provide a foundation to achieve two future goals: becoming a state-certified repository for archaeological artifacts and digitizing the collection to enhance preservation, accessibility, and to create new opportunities for research and interpretation. | This project is to conduct a Comprehensive Collections Assessment of the Anthropology Research Collections at Texas A&M University. The proposed collections assessment will provide a foundation to achieve two future goals: becoming a state-certified repository for archaeological artifacts and digitizing the collection to enhance preservation, accessibility, and to create new opportunities for research and interpretation. | No | This project is focused on collections assessment, preservation, and digitization, and does not directly relate to DEI initiatives. | No. This project is focused on collections assessment, preservation, and digitization, and does not directly relate to DEI initiatives. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The National Endowment for the Humanities Preservation Assistance Grant will aid in the preservation of the Eastern Shoshone's most significant collections held within the Archives and the Cultural Center by supporting three activities: assessment, education and training, and supply purchase.

The National Endowment for the Humanities Preservation Assistance Grant will aid in the preservation of the Eastern Shoshone's most significant collections held within the Archives and the Cultural Center by supporting three activities: assessment, education and training, and supply purchase.

No   The National Endowment for the Humanities Preservation Assistance Grant is focused on preservation activities, not directly related to DEI.

No. The National Endowment for the Humanities Preservation Assistance Grant is focused on preservation activities, not directly related to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Pearl S. Buck International requests $10,000 to support a collections survey of approximately 2,200 selected books and 20 scrapbooks from its permanent collection in the Pearl S. Buck House, a National Historic Landmark. Funding will specifically support the hiring of the Conservation Center for Art and Historic Artifacts to provide a collection survey for the selected artifacts. Founded in Philadelphia in 1977, the Conservation Center for Art & Historic Artifacts is nationally recognized as a premier conservation treatment facility for paper-based arts and artifacts. This project directly addresses suggested strategies in the Long-Range Preservation Plan for the Pearl S. Buck House.

Pearl S. Buck International requests $10,000 to support a collections survey of approximately 2,200 selected books and 20 scrapbooks from its permanent collection in the Pearl S. Buck House, a National Historic Landmark. Funding will specifically support the hiring of the Conservation Center for Art and Historic Artifacts to provide a collection survey for the selected artifacts. Founded in Philadelphia in 1977, the Conservation Center for Art & Historic Artifacts is nationally recognized as a premier conservation treatment facility for paper-based arts and artifacts. This project directly addresses suggested strategies in the Long-Range Preservation Plan for the Pearl S. Buck House.

No   This request for funding does not relate directly to DEI as it does not mention diversity, equity, or inclusion initiatives.

No. This request for funding does not relate directly to DEI as it does not mention diversity, equity, or inclusion initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The RISD Museum will hire a conservator specializing in time-based media—Peter Oleksik of the Museum of Modern Art in New York, NY—to spend five days on-site at the museum assessing ten items from our collection of time-based media.

The RISD Museum will hire a conservator specializing in time-based media—Peter Oleksik of the Museum of Modern Art in New York, NY—to spend five days on-site at the museum assessing ten items from our collection of time-based media.

No   This scenario describes a specific hiring decision at a museum and does not directly relate to diversity, equity, and inclusion (DEI) initiatives.

No. This scenario describes a specific hiring decision at a museum and does not directly relate to diversity, equity, and inclusion (DEI) initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Pennsylvania State University (PSU) requests a Preservation Assistance Grant for Smaller Institutions from the National Endowment for the Humanities in the amount of $9,333 to improve the ability to care for humanities collections in the Matson Museum of Anthropology (MMA) with a general preservation assessment of the holdings. The MMA is the most important destination in Central Pennsylvania for audiences to experience human history and world cultures through collections of archaeological and ethnographic artifacts that spark curiosity. The current proposed 1-year project (September 1, 2024-August 31, 2025) will engage a consulting conservator to assess the museum's textiles, create a textile packing plan, and help to implement textile packing and relocation. The conservator will also draft an initial preservation assessment for the new facility and assist in creating custom storage solutions that will stabilize delicate and high priority objects during the move.

The Pennsylvania State University (PSU) requests a Preservation Assistance Grant for Smaller Institutions from the National Endowment for the Humanities in the amount of $9,333 to improve the ability to care for humanities collections in the Matson Museum of Anthropology (MMA) with a general preservation assessment of the holdings. The MMA is the most important destination in Central Pennsylvania for audiences to experience human history and world cultures through collections of archaeological and ethnographic artifacts that spark curiosity. The current proposed 1-year project (September 1, 2024-August 31, 2025) will engage a consulting conservator to assess the museum's textiles, create a textile packing plan, and help to implement textile packing and relocation. The conservator will also draft an initial preservation assessment for the new facility and assist in creating custom storage solutions that will stabilize delicate and high priority objects during the move.

No   This project focuses on improving the care and preservation of humanities collections, but it does not specifically address diversity, equity, and inclusion (DEI) initiatives.

No. This project focuses on improving the care and preservation of humanities collections, but it does not specifically address diversity, equity, and inclusion (DEI) initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project seeks funding to design, purchase, and ship acid-neutral boxes to rehouse research collections in the archaeological repository collection of S'edav Va'aki Museum (Museum). The Pueblo Grande Museum Auxiliary, Inc. doing business as the Friends of Pueblo Grande Museum is submitting this grant application on behalf of the Museum.  If funded, this project will achieve the following objectives: to address the recommendation regarding existing boxes from the Museum's 2019 Conservation Assessment Program Report; to improve the Museum's ability to preserve and care for its archaeological research collection.  The Museum staff will work with an archival supplies vendor to design the boxes to best fit the collection. The vendor will produce the boxes and ship them to the Museum. The Museum collections staff and volunteers will use the boxes to rehouse materials in the research collection and this project would purchase materials to rehouse approximately 8% of the collection.

This project seeks funding to design, purchase, and ship acid-neutral boxes to rehouse research collections in the archaeological repository collection of S'edav Va'aki Museum (Museum). The Pueblo Grande Museum Auxiliary, Inc. doing business as the Friends of Pueblo Grande Museum is submitting this grant application on behalf of the Museum.  If funded, this project will achieve the following objectives: to address the recommendation regarding existing boxes from the Museum's 2019 Conservation Assessment Program Report; to improve the Museum's ability to preserve and care for its archaeological research collection.  The Museum staff will work with an archival supplies vendor to design the boxes to best fit the collection. The vendor will produce the boxes and ship them to the Museum. The Museum collections staff and volunteers will use the boxes to rehouse materials in the research collection and this project would purchase materials to rehouse approximately 8% of the collection.

No   This project, while focused on preserving and caring for a museum collection, does not mention any objectives or actions related to diversity, equity, and inclusion (DEI).

No. This project, while focused on preserving and caring for a museum collection, does not mention any objectives or actions related to diversity, equity, and inclusion (DEI).

| | | | |
|---|---|---|---|
| 885 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The American Historical Society of Germans from Russia (AHSGR) is dedicated to preserving the history, cultural heritage, and genealogical legacy of Germans from Russia and their descendants. The chapter has begun actively scanning, digitizing, cataloging, and archiving historical documents, publications, and photographs. The chapter's efforts help to preserve and disseminate valuable information about the history and culture of the Germans from Russia and their descendants for future generations. | The American Historical Society of Germans from Russia (AHSGR) is dedicated to preserving the history, cultural heritage, and genealogical legacy of Germans from Russia and their descendants. The chapter has begun actively scanning, digitizing, cataloging, and archiving historical documents, publications, and photographs. The chapter's efforts help to preserve and disseminate valuable information about the history and culture of the Germans from Russia and their descendants for future generations. | No. AHSGR's preservation and dissemination of historical information is not directly related to DEI. — No | No. AHSGR's preservation and dissemination of historical information is not directly related to DEI. |
| 886 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Automotive Research Library of the Horseless Carriage Foundation requests funds for purchasing new storage shelving for our books and paper materials. Much of the collection is stored on two-level warehouse shelving, this is not compliance with the City of La Mesa Fire Department. The grant will support replacing the warehouse shelving with shelving that is archival and acceptable to the city fire codes. | The Automotive Research Library of the Horseless Carriage Foundation requests funds for purchasing new storage shelving for our books and paper materials. Much of the collection is stored on two-level warehouse shelving, this is not compliance with the City of La Mesa Fire Department. The grant will support replacing the warehouse shelving with shelving that is archival and acceptable to the city fire codes. | No — This request does not directly relate to DEI as it focuses on fire code compliance for storage shelving in an automotive research library. | No. This request does not directly relate to DEI as it focuses on fire code compliance for storage shelving in an automotive research library. |
| 887 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The project is a dedicated initiative of the Olga Iglesias Project, Inc., aimed at preserving and promoting the rich classical music heritage of Puerto Rico through the assessment of the Olga Iglesias archival collection. This project seeks to engage an expert consultant for a comprehensive assessment of over 3,000 individual items, including rare audio and video recordings, vintage photographs, personal and professional correspondences, historical documents, newspapers, magazines and textiles. The collection spans the years 1941 to 2007, with a focus on the golden era of Puerto Rican classical music from the 1950s to the 1970s. The core activity of this project involves a detailed, professional assessment of the collection, identifying specific preservation needs, and developing a strategic plan for its long-term care and management. This assessment will cover various aspects, including the physical condition of items, appropriate conservation methods, and recommendations. | The project is a dedicated initiative of the Olga Iglesias Project, Inc., aimed at preserving and promoting the rich classical music heritage of Puerto Rico through the assessment of the Olga Iglesias archival collection. This project seeks to engage an expert consultant for a comprehensive assessment of over 3,000 individual items, including rare audio and video recordings, vintage photographs, personal and professional correspondences, historical documents, newspapers, magazines and textiles. The collection spans the years 1941 to 2007, with a focus on the golden era of Puerto Rican classical music from the 1950s to the 1970s. The core activity of this project involves a detailed, professional assessment of the collection, identifying specific preservation needs, and developing a strategic plan for its long-term care and management. This assessment will cover various aspects, including the physical condition of items, appropriate conservation methods, and recommendations. | No — This project focuses on preserving and promoting classical music heritage, but does not mention any specific efforts or considerations related to DEI. | No. This project focuses on preserving and promoting classical music heritage, but does not mention any specific efforts or considerations related to DEI. |
| 888 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The L.C. Bates Museum's project goal is to improve collection's care and preservation by completing phase 10 of Developing Storage Spaces and Housing Significant Historic Objects in the museum's expanding new 2nd floor NW storage space. The collections are relevant to the national history of childcare and its study as exemplified by Good Will-Hinckley Homes (GWH), cultural history or Maine history. This storage project, a prioritized collections care goal of the Museum's 2022-2026 Strategic Plan, follows the recommendations of our 2008 RE-CAP, 2012 MAP Collections Stewardship, 2019 MAP Follow-up and Ron Harvey's 2000 Collection Survey and 2010-22 climate monitoring reports. The project will support the conservator helping implement  the storage activities and presenting a metal collections care workshop and the museum's purchase storage supplies and shelving. | The L.C. Bates Museum's project goal is to improve collection's care and preservation by completing phase 10 of Developing Storage Spaces and Housing Significant Historic Objects in the museum's expanding new 2nd floor NW storage space. The collections are relevant to the national history of childcare and its study as exemplified by Good Will-Hinckley Homes (GWH), cultural history or Maine history. This storage project, a prioritized collections care goal of the Museum's 2022-2026 Strategic Plan, follows the recommendations of our 2008 RE-CAP, 2012 MAP Collections Stewardship, 2019 MAP Follow-up and Ron Harvey's 2000 Collection Survey and 2010-22 climate monitoring reports. The project will support the conservator helping implement  the storage activities and presenting a metal collections care workshop and the museum's purchase storage supplies and shelving. | No — This initiative relates to improving collection care and preservation, but it does not explicitly address DEI efforts. | No. This initiative relates to improving collection care and preservation, but it does not explicitly address DEI (diversity, equity, and inclusion) efforts. |
| 889 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Clerk's Office in the Town of Norwich, Vermont is requesting funding to undertake the development of a strategic plan for the preservation of the contents of the town vault.  This will take a three pronged approach involving a preservation needs assessment, an environmental data logger, and preservation training for the Clerk and Assistant Clerk.  The vault contains civic, social, academic, religious and economic records of the Town from its founding in 1761 to the present, and allows researchers to investigate many aspects of life in a semi-rural farming community in Vermont. | The Clerk's Office in the Town of Norwich, Vermont is requesting funding to undertake the development of a strategic plan for the preservation of the contents of the town vault.  This will take a three pronged approach involving a preservation needs assessment, an environmental data logger, and preservation training for the Clerk and Assistant Clerk.  The vault contains civic, social, academic, religious and economic records of the Town from its founding in 1761 to the present, and allows researchers to investigate many aspects of life in a semi-rural farming community in Vermont. | No — This initiative does not directly relate to DEI as it focuses on the preservation and research of historical records in a town vault. | No. This initiative does not directly relate to DEI as it focuses on the preservation and research of historical records in a town vault. |

| | | | |
|---|---|---|---|
| 890 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.University of Texas Press Open Access Book Program (De la Puente) | University of Texas Press Open Access Book Program (De la Puente) | No | This program is not directly related to diversity, equity, and inclusion (DEI) as it focuses on open access book publication. | No. This program is not directly related to diversity, equity, and inclusion (DEI) as it focuses on open access book publication. |
| 891 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will publish the book The Kigali After: A New City for the End of the World written by NEH Fellow Samuel Shearer (NEH grant number FEL-281688-22), in an electronic open access format under a Creative Commons license, making it available for free download and distribution. The author will be paid a grant of at least $600 upon release of the open access ebook. | This project will publish the book The Kigali After: A New City for the End of the World written by NEH Fellow Samuel Shearer (NEH grant number FEL-281688-22), in an electronic open access format under a Creative Commons license, making it available for free download and distribution. The author will be paid a grant of at least $600 upon release of the open access ebook. | No | This project does not directly relate to DEI. It focuses on publishing a book and compensating the author, but it does not mention any specific DEI goals or initiatives. | No. This project does not directly relate to DEI. It focuses on publishing a book and compensating the author, but it does not mention any specific DEI goals or initiatives. |
| 892 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Lopez-Torres / UT Austin / FP00006685 (Schwartz) | Lopez-Torres / UT Austin / FP00006685 (Schwartz) | No | The information provided does not give any context or specific details that could relate it to DEI initiatives. | No. The information provided does not give any context or specific details that could relate it to DEI (Diversity, Equity, and Inclusion) initiatives. |
| 893 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Can the concert hall be as erotic as the bedroom? Many Victorian writers believed so. In the mid-nineteenth century, acoustical scientists such as Hermann von Helmholtz and John Tyndall described music as a set of physical vibrations that tickled the ear, excited the nerves, and precipitated muscular convulsions. In turn, writers—from canonical figures such as George Eliot and Thomas Hardy, to New Women novelists like Sarah Grand and Bertha Thomas, to anonymous authors of underground pornography—depicted bodily sensations and experiences in unusually explicit ways. These writers used scenes of music listening and performance to intervene in urgent conversations about gender and sexuality and explore issues of agency, pleasure, violence, desire, and kinship. Sounding Bodies shows how both classical music and Victorian literature, while often considered bastions of conservatism and repression, represented powerful sites for feminist and queer politics. | Can the concert hall be as erotic as the bedroom? Many Victorian writers believed so. In the mid-nineteenth century, acoustical scientists such as Hermann von Helmholtz and John Tyndall described music as a set of physical vibrations that tickled the ear, excited the nerves, and precipitated muscular convulsions. In turn, writers—from canonical figures such as George Eliot and Thomas Hardy, to New Women novelists like Sarah Grand and Bertha Thomas, to anonymous authors of underground pornography—depicted bodily sensations and experiences in unusually explicit ways. These writers used scenes of music listening and performance to intervene in urgent conversations about gender and sexuality and explore issues of agency, pleasure, violence, desire, and kinship. Sounding Bodies shows how both classical music and Victorian literature, while often considered bastions of conservatism and repression, represented powerful sites for feminist and queer politics. | No | This description discusses the intersection of music and Victorian literature, but does not directly relate to DEI. | No. This description discusses the intersection of music and Victorian literature, but does not directly relate to DEI. |
| 894 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.University of Texas Press Open Access Book Program (Jolly) | University of Texas Press Open Access Book Program (Jolly) | No | It is not clear how the University of Texas Press Open Access Book Program relates to DEI without further information. | No. It is not clear how the University of Texas Press Open Access Book Program relates to DEI without further information. |
| 895 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Lopez-Torres / UT Austin / FP00006683 (Di Stefano) | Lopez-Torres / UT Austin / FP00006683 (Di Stefano) | No | A student's name, university, and identification number do not provide any information about DEI initiatives or their relevance. | No. A student's name, university, and identification number do not provide any information about DEI initiatives or their relevance. |
| 896 | This project will create an open-access edition of "The Shape of Utopia: The Architecture of Radical Reform in Nineteenth-Century America" by Irene Cheng, distributed on the University of Minnesota Press Manifold platform, JSTOR, and Project MUSE.  "The Shape of Utopia" explores mid-19th century utopian communities through their circulation and promotion of geometrically distinct architectural and urban plans. While most of their communities were never built, geometric utopians distributed their plans as a form of visual rhetoric to convince and inspire potential converts. While past scholarship has framed geometric utopian communities as part of a larger emerging ideology that regarded the built environment as capable of shaping bodies and minds, the book argues that geometric utopians invented a radical aesthetic that allowed them to critically interrogate and visualize the emerging capitalist world as part of a larger effort to remake it. | This project will create an open-access edition of "The Shape of Utopia: The Architecture of Radical Reform in Nineteenth-Century America" by Irene Cheng, distributed on the University of Minnesota Press Manifold platform, JSTOR, and Project MUSE.  "The Shape of Utopia" explores mid-19th century utopian communities through their circulation and promotion of geometrically distinct architectural and urban plans. While most of their communities were never built, geometric utopians distributed their plans as a form of visual rhetoric to convince and inspire potential converts. While past scholarship has framed geometric utopian communities as part of a larger emerging ideology that regarded the built environment as capable of shaping bodies and minds, the book argues that geometric utopians invented a radical aesthetic that allowed them to critically interrogate and visualize the emerging capitalist world as part of a larger effort to remake it. | No | The Motown preservation project focuses on artifact conservation, not DEI. | No. The Motown preservation project focuses on artifact conservation, not DEI. |
| 897 | This project will publish the book "Flamenco Nation: The Construction of Spanish National Identity," by Sandie Holguin (NEH grant number FB-54975-10), in an electronic open-access format under a Creative Commons license, making it available for free download and distribution. The author will be paid a royalty of at least $600 upon release of the open access ebook. | This project will publish the book "Flamenco Nation: The Construction of Spanish National Identity," by Sandie Holguin (NEH grant number FB-54975-10), in an electronic open-access format under a Creative Commons license, making it available for free download and distribution. The author will be paid a royalty of at least $600 upon release of the open access ebook. | No | The Shape of Utopia book examines architectural history, not DEI. | No. The Shape of Utopia book examines architectural history, not DEI. |
| 898 | This project will publish the book "A Spiritual Revolution: The Impact of Reformation and Enlightenment in Orthodox Russia," by Andrey V. Ivanov (NEH grant number FT-260249-18), in an electronic open-access format under a Creative Commons license, making it available for free download and distribution. The author will be paid a royalty of at least $600 upon release of the open access ebook. | This project will publish the book "A Spiritual Revolution: The Impact of Reformation and Enlightenment in Orthodox Russia," by Andrey V. Ivanov (NEH grant number FT-260249-18), in an electronic open-access format under a Creative Commons license, making it available for free download and distribution. The author will be paid a royalty of at least $600 upon release of the open access ebook. | No | The open-access book on Orthodox Russia focuses on historical religious shifts, not DEI. | No. The open-access book on Orthodox Russia focuses on historical religious shifts, not DEI. |

In the contemporary Western imagination, Asian people are frequently described as automatons, which disavows their humanity. In Model Machines, Long Bui investigates what he calls Asian roboticism, or the ways Asians embody the machine and are given robotic characteristics. Bui offers the first historical overview of the overlapping racialization of Asians and Asian Americans through their conflation with the robot-machine nexus. He identifies the "model machine myth," which holds specific queries about personhood, citizenship, labor, and rights in the transnational making of Asian/America. Analyzing resources including newspapers, archives, legal cases, political campaign ads, photographs, medical ephemera, science fiction novels, and fashion magazines, Bui mines the ideological and political work behind the stereotype of Asians and Asian Americans as not just model minorities, but "model machines."

In the contemporary Western imagination, Asian people are frequently described as automatons, which disavows their humanity. In Model Machines, Long Bui investigates what he calls Asian roboticism, or the ways Asians embody the machine and are given robotic characteristics. Bui offers the first historical overview of the overlapping racialization of Asians and Asian Americans through their conflation with the robot-machine nexus. He identifies the "model machine myth," which holds specific queries about personhood, citizenship, labor, and rights in the transnational making of Asian/America. Analyzing resources including newspapers, archives, legal cases, political campaign ads, photographs, medical ephemera, science fiction novels, and fashion magazines, Bui mines the ideological and political work behind the stereotype of Asians and Asian Americans as not just model minorities, but "model machines."

Yes    "Model Machines" examines racialization and stereotypes of Asians and Asian Americans.

Yes. "Model Machines" examines racialization and stereotypes of Asians and Asian Americans.

This project will create an open-access edition of the 2019 book "Black Bourgeois: Class and Sex in the Flesh" by Candice M. Jenkins, distributed on Manifold, JSTOR, and Project MUSE.  "Black Bourgeois" examines how late 20th and early 21st century African American literary texts grapple with the dilemma of black bourgeois subjectivity. Jenkins argues that the concept of "blackness" typically relies upon exposed and racially marked flesh, while a presumed benefit of material privilege is the protective concealment of the body. Focusing on works by Spike Lee and authors including Toni Morrison, Danzy Senna, Rebecca Walker, Reginald McKnight, Percival Everett, Colson Whitehead, and Michael Thomas, the book explores how bodies disrupt the bourgeois scene in these narratives. The project productively complicates the current sense of both "blackness" and "class" in the U.S. at a moment in our national history when we are repeatedly and viscerally reminded of black bodily vulnerability.

This project will create an open-access edition of the 2019 book "Black Bourgeois: Class and Sex in the Flesh" by Candice M. Jenkins, distributed on Manifold, JSTOR, and Project MUSE.  "Black Bourgeois" examines how late 20th and early 21st century African American literary texts grapple with the dilemma of black bourgeois subjectivity. Jenkins argues that the concept of "blackness" typically relies upon exposed and racially marked flesh, while a presumed benefit of material privilege is the protective concealment of the body. Focusing on works by Spike Lee and authors including Toni Morrison, Danzy Senna, Rebecca Walker, Reginald McKnight, Percival Everett, Colson Whitehead, and Michael Thomas, the book explores how bodies disrupt the bourgeois scene in these narratives. The project productively complicates the current sense of both "blackness" and "class" in the U.S. at a moment in our national history when we are repeatedly and viscerally reminded of black bodily vulnerability.

Yes    "Black Bourgeois" explores race, class, and identity in African American literature.

Yes. "Black Bourgeois" explores race, class, and identity in African American literature.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Victorian Dogs, Victorian Men examines how gender is produced via the regulation of interspecies relationships—specifically the human-dog relationship. Chez argues that the bourgeoisie fostered connections with canine companions in order to mediate and regulate gender dynamics in the family, aiming to incorporate animals as "emotional protheses." Tracing the evolution of the human-dog relationship as it developed parallel to an increasingly imperialist national discourse, Chez shows that by the last decades of the nineteenth century, the porous human-animal boundary served to produce the "humane" man: a liberal subject enabled to engage in aggressive imperial projects. Reading the work of Charles Dickens, George Eliot, Margaret Marshall Saunders, Bram Stoker, and Jack London, Victorian Dogs, Victorian Men charts the mobilization of affect through transatlantic narratives, demonstrating the deep interconnections between animals, affect, and gender.

Victorian Dogs, Victorian Men examines how gender is produced via the regulation of interspecies relationships—specifically the human-dog relationship. Chez argues that the bourgeoisie fostered connections with canine companions in order to mediate and regulate gender dynamics in the family, aiming to incorporate animals as "emotional protheses." Tracing the evolution of the human-dog relationship as it developed parallel to an increasingly imperialist national discourse, Chez shows that by the last decades of the nineteenth century, the porous human-animal boundary served to produce the "humane" man: a liberal subject enabled to engage in aggressive imperial projects. Reading the work of Charles Dickens, George Eliot, Margaret Marshall Saunders, Bram Stoker, and Jack London, Victorian Dogs, Victorian Men charts the mobilization of affect through transatlantic narratives, demonstrating the deep interconnections between animals, affect, and gender.

No    This description does not directly relate to DEI as it focuses on gender dynamics and the human-dog relationship in Victorian literature.

No. This description does not directly relate to DEI as it focuses on gender dynamics and the human-dog relationship in Victorian literature.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will publish the book Unbinding Gentility: Women Making Music in the Nineteenth-Century South, written by NEH Fellow Candace Bailey (HB-50517-15), in an electronic open access format under a Creative Commons license, available for free download and distribution. We will utilize Project MUSE, JSTOR, and our own website (https://www.press.uillinois.edu/) as distribution channels for the open access edition of the book. The author will be paid a $600 royalty upon release of the open access e-book.  The book examines how southern women of all classes, races, and walks of life practiced music during and after the Civil War. Candace Bailey is a professor of music at North Carolina Central University.   Unbinding Gentility was published in hardcover, paperback, and ebook in April 2021. Unbinding Gentility was published in hardcover, paperback, and ebook in April 2021. The NEH acknowledgement appears on page xii.

This project will publish the book Unbinding Gentility: Women Making Music in the Nineteenth-Century South, written by NEH Fellow Candace Bailey (HB-50517-15), in an electronic open access format under a Creative Commons license, available for free download and distribution. We will utilize Project MUSE, JSTOR, and our own website (https://www.press.uillinois.edu/) as distribution channels for the open access edition of the book. The author will be paid a $600 royalty upon release of the open access e-book.   The book examines how southern women of all classes, races, and walks of life practiced music during and after the Civil War. Candace Bailey is a professor of music at North Carolina Central University.   Unbinding Gentility was published in hardcover, paperback, and ebook in April 2021. The NEH acknowledgement appears on page xii.

No    This project focuses on the publication and distribution of a book, but it does not provide any information indicating a direct connection to diversity, equity, and inclusion (DEI) initiatives.

No. This project focuses on the publication and distribution of a book, but it does not provide any information indicating a direct connection to diversity, equity, and inclusion (DEI) initiatives.

In "InterAsian Intimacies across Race, Religion, and Colonialism," Chie Ikeya asks how interAsian marriage, conversion, and collaboration in Burma under British colonial rule became the subject of political agitation, legislative activism, and collective violence. Over the course of the twentieth century relations between Burmese Muslims, Sino-Burmese, Indo-Burmese, and other mixed families and communities became flashpoints for far-reaching legal reforms and Buddhist revivalist, feminist, and nationalist campaigns aimed at consigning minority Asians to subordinate status and regulating women's conjugal and reproductive choices. Out of these efforts emerged understandings of religion, race, and nation that continue to vex Burma and its neighbors today.

In "InterAsian Intimacies across Race, Religion, and Colonialism," Chie Ikeya asks how interAsian marriage, conversion, and collaboration in Burma under British colonial rule became the subject of political agitation, legislative activism, and collective violence. Over the course of the twentieth century relations between Burmese Muslims, Sino-Burmese, Indo-Burmese, and other mixed families and communities became flashpoints for far-reaching legal reforms and Buddhist revivalist, feminist, and nationalist campaigns aimed at consigning minority Asians to subordinate status and regulating women's conjugal and reproductive choices. Out of these efforts emerged understandings of religion, race, and nation that continue to vex Burma and its neighbors today.

Yes    "InterAsian Intimacies" analyzes race, religion, and colonialism in Burma.

Yes. "InterAsian Intimacies" analyzes race, religion, and colonialism in Burma.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This deeply researched project excavates and contextualizes the important history of Chinese Opera Theater in nineteenth-century America, as one of the most widespread and significant performing art forms embedded in major North American communities of Chinese descent. Drawing on both Chinese- and English- language sources, Nancy Yunhwa Rao demonstrates the ways in which Chinese theaters have been deeply woven into the financial, political, social, and familial fabrics of Chinese communities in North America. Important topics include the circulation of Chinese opera troupes;  the establishment of four iconic Chinese theaters in San Francisco; the importance of Chinese theater for mining towns and Railroad Chinese; the connection of Chinese theater to the criminalization of sound; the role Chinese actors played in challenging the Chinese Restriction Act of 1882; and the special significance of theater in advocating for civil rights for Chinese.

This deeply researched project excavates and contextualizes the important history of Chinese Opera Theater in nineteenth-century America, as one of the most widespread and significant performing art forms embedded in major North American communities of Chinese descent. Drawing on both Chinese- and English- language sources, Nancy Yunhwa Rao demonstrates the ways in which Chinese theaters have been deeply woven into the financial, political, social, and familial fabrics of Chinese communities in North America. Important topics include the circulation of Chinese opera troupes; the establishment of four iconic Chinese theaters in San Francisco; the importance of Chinese theater for mining towns and Railroad Chinese; the connection of Chinese theater to the criminalization of sound; the role Chinese actors played in challenging the Chinese Restriction Act of 1882; and the special significance of theater in advocating for civil rights for Chinese.

Yes

This research project explores the historical significance of Chinese Opera Theater in North America, highlighting its cultural and social impact on Chinese communities.

Yes. This research project explores the historical significance of Chinese Opera Theater in North America, highlighting its cultural and social impact on Chinese communities.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A Crusader's Death and Life in Acre uses a unique historical document — five parchment rolls (rouleaux) that inventoried the possessions of Eudes of Nevers, son of the Duke of Burgundy, at his death in Acre in 1266 — to open a panoramic view into Christian crusader life, spanning from the pay rendered to knights and servants to the numerous things that a crusading nobleman possessed. This inventory captures unique details of the material Outremer, even as its composition, use, and circulation provoke a cascade of questions about such topics as diplomacy, trade, personal networks, remembrance, and the methodological challenges of evoking material objects in texts. In addition to the first complete transcription into modern French and translation into English of the rouleaux, this volume also includes a wealth of scholarly commentary and analysis that address the composition of the account-inventory, the life and relationships of Eudes, and the culture of crusading.

A Crusader's Death and Life in Acre uses a unique historical document — five parchment rolls (rouleaux) that inventoried the possessions of Eudes of Nevers, son of the Duke of Burgundy, at his death in Acre in 1266 — to open a panoramic view into Christian crusader life, spanning from the pay rendered to knights and servants to the numerous things that a crusading nobleman possessed. This inventory captures unique details of the material Outremer, even as its composition, use, and circulation provoke a cascade of questions about such topics as diplomacy, trade, personal networks, remembrance, and the methodological challenges of evoking material objects in texts. In addition to the first complete transcription into modern French and translation into English of the rouleaux, this volume also includes a wealth of scholarly commentary and analysis that address the composition of the account-inventory, the life and relationships of Eudes, and the culture of crusading.

No

This description does not directly relate to DEI as it focuses on historical documentation and analysis of crusader life.

No. This description does not directly relate to DEI (Diversity, Equity, and Inclusion) as it focuses on historical documentation and analysis of crusader life.

The fugitive slave known as "Three-Fingered Jack" terrorized colonial Jamaica from 1780 until vanquished by Maroons, self-emancipated Afro-Jamaicans bound by treaty to police the island for runaways and rebels. A thief and a killer, Jack was also a freedom fighter until his grisly death at its behest. Narratives about his exploits shed light on the problems of black rebellion and solutions administered by the colonial state, creating an occasion to consider counter-narratives about its methods of divide and conquer. Writers, performers, and storytellers in England, Jamaica, and the United States have "thieved" Three Fingered Jack's riveting tale, defining black agency through and against representations of his resistance. Frances R. Botkin offers a literary and cultural history that explores the persistence of stories about this black rebel, his contributions to constructions of black masculinity in the Atlantic world, and his legacies in Jamaican and United States popular culture.

The fugitive slave known as "Three-Fingered Jack" terrorized colonial Jamaica from 1780 until vanquished by Maroons, self-emancipated Afro-Jamaicans bound by treaty to police the island for runaways and rebels. A thief and a killer, Jack was also a freedom fighter until his grisly death at its behest. Narratives about his exploits shed light on the problems of black rebellion and solutions administered by the colonial state, creating an occasion to consider counter-narratives about its methods of divide and conquer. Writers, performers, and storytellers in England, Jamaica, and the United States have "thieved" Three Fingered Jack's riveting tale, defining black agency through and against representations of his resistance. Frances R. Botkin offers a literary and cultural history that explores the persistence of stories about this black rebel, his contributions to constructions of black masculinity in the Atlantic world, and his legacies in Jamaican and United States popular culture.

Yes

The study of Three-Fingered Jack explores Black rebellion and cultural representation.

Yes. The study of Three-Fingered Jack explores Black rebellion and cultural representation.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Grapes of Conquest unearths the working-class, multiracial roots of the California wine industry, challenging its contemporary identity as the purview of elite populations.

The Grapes of Conquest unearths the working-class, multiracial roots of the California wine industry, challenging its contemporary identity as the purview of elite populations.

Yes

The description mentions challenging the contemporary identity of the California wine industry, which relates to examining diversity, equity, and inclusion (DEI) within the industry.

Yes. The description mentions challenging the contemporary identity of the California wine industry, which relates to examining diversity, equity, and inclusion (DEI) within the industry.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Lawrence University is seeking a second NEH Preservation Assistance Grant for Smaller Institutions to support select medium-term preservation goals for the Alice G. Chapman Teakwood Room. These goals are described in a General Needs Assessment Report, completed by the Midwest Art Conservation Center following a 2021 site visit. The Teakwood Room is a university treasure and a distinctive part of Wisconsin's cultural heritage that is now receiving the specialized care necessary for the preservation of its delicate and unique materials and objects. Ours is the only remaining extant, complete, carved Teakwood Room created by the designer Lockwood de Forest in the 1890s; it is an extraordinary example of global material culture located in the Midwest. The continued preservation work recommended in MACC's report will allow Lawrence University to responsibly steward the room and its objects and expand access to larger and more diverse audiences for research and education.

Lawrence University is seeking a second NEH Preservation Assistance Grant for Smaller Institutions to support select medium-term preservation goals for the Alice G. Chapman Teakwood Room. These goals are described in a General Needs Assessment Report, completed by the Midwest Art Conservation Center following a 2021 site visit. The Teakwood Room is a university treasure and a distinctive part of Wisconsin's cultural heritage that is now receiving the specialized care necessary for the preservation of its delicate and unique materials and objects. Ours is the only remaining extant, complete, carved Teakwood Room created by the designer Lockwood de Forest in the 1890s; it is an extraordinary example of global material culture located in the Midwest. The continued preservation work recommended in MACC's report will allow Lawrence University to responsibly steward the room and its objects and expand access to larger and more diverse audiences for research and education.

No | The described grant and preservation goals do not explicitly relate to Diversity, Equity, and Inclusion (DEI).

No. The described grant and preservation goals do not explicitly relate to Diversity, Equity, and Inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My project bridges the gaps between Chinese Buddhism and contemporary analytic metaphysics. This involves carefully uncovering, critically examining, and systematically developing the underlying metaphysical commitments behind three prominent Chinese Buddhist schools—Tiantai, Huayan, and Chan/Zen. My project shows how these historical positions, when properly interpreted and integrated with contemporary resources, can be developed in a clear, intelligible, and plausible way. If successful, this project will (i) deepen our understanding of the theories and practices of Chinese Buddhism, (ii) expand the scope and methodology of contemporary 'mainstream' philosophy, and (iii) model a way of showing how different traditions can enrich each other and how cross-cultural collaborations can advance our inquiry into the big questions about the world and ourselves.

My project bridges the gaps between Chinese Buddhism and contemporary analytic metaphysics. This involves carefully uncovering, critically examining, and systematically developing the underlying metaphysical commitments behind three prominent Chinese Buddhist schools—Tiantai, Huayan, and Chan/Zen. My project shows how these historical positions, when properly interpreted and integrated with contemporary resources, can be developed in a clear, intelligible, and plausible way. If successful, this project will (i) deepen our understanding of the theories and practices of Chinese Buddhism, (ii) expand the scope and methodology of contemporary 'mainstream' philosophy, and (iii) model a way of showing how different traditions can enrich each other and how cross-cultural collaborations can advance our inquiry into the big questions about the world and ourselves.

No | This project does not relate to DEI as it does not address diversity, equity, or inclusion in terms of race, ethnicity, gender, or other social identities.

No. This project does not relate to DEI as it does not address diversity, equity, or inclusion in terms of race, ethnicity, gender, or other social identities.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The project investigates the global failure of prevention efforts to stem the tide of diabetes and related disorders in the Pacific Islands. To do this, the project tracks the emergence of prevention as a global health paradigm in the second half of the twentieth-century through archival research with global health agencies while weaving together ethnography about diabetic complications like lower limb amputation in Samoa. The book takes an interdisciplinary approach to question the limits of a prevention-only approach--that of, eat less, exercise more--to the global rise of diabetes. It will broaden our knowledge of the central role of the Pacific Islands in shaping now hegemonic prevention paradigms while providing a critical lens from which to interpret a this highly influential concept in popular culture and clinical medicine around the world.

The project investigates the global failure of prevention efforts to stem the tide of diabetes and related disorders in the Pacific Islands. To do this, the project tracks the emergence of prevention as a global health paradigm in the second half of the twentieth-century through archival research with global health agencies while weaving together ethnography about diabetic complications like lower limb amputation in Samoa. The book takes an interdisciplinary approach to question the limits of a prevention-only approach--that of, eat less, exercise more--to the global rise of diabetes. It will broaden our knowledge of the central role of the Pacific Islands in shaping now hegemonic prevention paradigms while providing a critical lens from which to interpret a this highly influential concept in popular culture and clinical medicine around the world.

Yes | The project investigates the global failure of prevention efforts regarding diabetes, which relates to concerns about health equity and access to healthcare.

Yes. The project investigates the global failure of prevention efforts regarding diabetes, which relates to concerns about health equity and access to healthcare.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The project focuses on contemporary Algerian literature published in the 2000s by authors residing in Algeria: Samir Toumi, Kaouther Adimi, Amina Mekhali, and Lynda Chouiten, among others. Through the analysis of contemporary novels by these authors whose narratives take place in Algiers, this study seeks to evaluate the concept of Lieux de mémoire (Realms of Memory, 3 volumes, 1984–1992) proposed by French historian Pierre Nora as a useful historical idea through which to answer the question, "Under what historical conditions is a city, and a postcolonial city at that, transformed into a 'site of memory'?".

The project focuses on contemporary Algerian literature published in the 2000s by authors residing in Algeria: Samir Toumi, Kaouther Adimi, Amina Mekhali, and Lynda Chouiten, among others. Through the analysis of contemporary novels by these authors whose narratives take place in Algiers, this study seeks to evaluate the concept of Lieux de mémoire (Realms of Memory, 3 volumes, 1984–1992) proposed by French historian Pierre Nora as a useful historical idea through which to answer the question, "Under what historical conditions is a city, and a postcolonial city at that, transformed into a 'site of memory'?".

No | This project focuses on the evaluation of literature and historical concepts, without directly addressing diversity, equity, and inclusion.

No. This project focuses on the evaluation of literature and historical concepts, without directly addressing diversity, equity, and inclusion.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.For more than a century, Sri Lanka's dry zone has been a laboratory for reimagining agrarian and health futures. Connecting contemporary debates over a National Ban on agrichemicals to colonial histories of landscape sanitation, Cultivating Health examines patterns of agrarian change that fall beyond the promise or ruin of agrarian "modernization." Pairing multi-sited archival work with a 16-month ethnography, the book explores the complex questions of health, sovereignty, and sustainability at the heart of attempts to materialize alternative agrarian futures. Revealing how efforts to transform the region are reimagined by residents, the book challenges the conceptual binaries of health/illness, modern/traditional practices, and of colonial dispossession/national self-determination that structure debates on agrarian change. As I will show, the stories and practices of residents illuminate new ways of classifying and organizing agrarian life, many of which are currently being invented.

For more than a century, Sri Lanka's dry zone has been a laboratory for reimagining agrarian and health futures. Connecting contemporary debates over a National Ban on agrichemicals to colonial histories of landscape sanitation, Cultivating Health examines patterns of agrarian change that fall beyond the promise or ruin of agrarian "modernization." Pairing multi-sited archival work with a 16-month ethnography, the book explores the complex questions of health, sovereignty, and sustainability at the heart of attempts to materialize alternative agrarian futures. Revealing how efforts to transform the region are reimagined by residents, the book challenges the conceptual binaries of health/illness, modern/traditional practices, and of colonial dispossession/national self- determination that structure debates on agrarian change. As I will show, the stories and practices of residents illuminate new ways of classifying and organizing agrarian life, many of which are currently being invented.

No    The provided description does not directly mention issues of diversity, equity, and inclusion (DEI).

No. The provided description does not directly mention issues of diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project places the Chinese borderlands of Inner Mongolia at the center of global transformation of the late nineteenth and early twentieth centuries. It explores the set of new ideas, technologies, institutions, and practices emerging there as China became integrated into the dynamics of capitalism, nation-states, and globalization. I focus on three scenarios: entrepreneurism in Baotou as a case study of frontier capitalism, expansion of railway networks and epidemic disease, and the quest for Mongolian autonomy in response to the global discourses of sovereignty and self-determination. This project sheds light on how an array of multinational entrepreneurs, migrants, professionals, and indigenous Mongols imagined and engaged with modernity in ways distinct from their counterparts in core parts of China. Far from being an economic and cultural backwater, borderlands such as Inner Mongolia were at the forefront of global interactions that reshaped the history of modern China.

This project places the Chinese borderlands of Inner Mongolia at the center of global transformation of the late nineteenth and early twentieth centuries. It explores the set of new ideas, technologies, institutions, and practices emerging there as China became integrated into the dynamics of capitalism, nation-states, and globalization. I focus on three scenarios: entrepreneurism in Baotou as a case study of frontier capitalism, expansion of railway networks and epidemic disease, and the quest for Mongolian autonomy in response to the global discourses of sovereignty and self-determination. This project sheds light on how an array of multinational entrepreneurs, migrants, professionals, and indigenous Mongols imagined and engaged with modernity in ways distinct from their counterparts in core parts of China. Far from being an economic and cultural backwater, borderlands such as Inner Mongolia were at the forefront of global interactions that reshaped the history of modern China.

No    This project focuses on the history of Inner Mongolia and its interaction with global dynamics. It does not explicitly address diversity, equity, and inclusion (DEI) issues.

No. This project focuses on the history of Inner Mongolia and its interaction with global dynamics. It does not explicitly address diversity, equity, and inclusion (DEI) issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My book project analyzes the refugee question in Korea during the critical interregnum between the end of Japanese colonization and WWII in 1945 and the outbreak of the Korean War in 1950.  At the end of WWII, two million Koreans from outposts of the former Japanese empire and Soviet-occupied North Korea flooded into South Korea.  The population of refugees became one of the most urgent social problems in the postwar south.  Refugees produced material challenges for a country already burdened by postwar supply shortages, generated debates over the nature of humanitarian relief, and inspired citizens and nascent government institutions to organize systems of relief to sustain them.  Moving beyond histories of Korea that focus on ideological conflict and Cold War divides in this period, the project broadens interpretations of political mobilization, integrates Korea into postwar refugee and international history, and illuminates the nature of welfare and relief in Asia.

My book project analyzes the refugee question in Korea during the critical interregnum between the end of Japanese colonization and WWII in 1945 and the outbreak of the Korean War in 1950.  At the end of WWII, two million Koreans from outposts of the former Japanese empire and Soviet-occupied North Korea flooded into South Korea.  The population of refugees became one of the most urgent social problems in the postwar south.  Refugees produced material challenges for a country already burdened by postwar supply shortages, generated debates over the nature of humanitarian relief, and inspired citizens and nascent government institutions to organize systems of relief to sustain them.  Moving beyond histories of Korea that focus on ideological conflict and Cold War divides in this period, the project broadens interpretations of political mobilization, integrates Korea into postwar refugee and international history, and illuminates the nature of welfare and relief in Asia.

No    This book project does not relate to DEI. It focuses on historical analysis of refugees and postwar relief efforts in Korea.

No. This book project does not relate to DEI. It focuses on historical analysis of refugees and postwar relief efforts in Korea.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.NEH funding will allow me to finish the last two chapters of my book <em>Critical Wisdom: Reading the Canterbury Tales through Proverbs.</em> I argue that proverbs, a neglected corpus of hundreds of microtexts embedded in the Canterbury Tales, create alternative spaces to the main narratives that contribute critically to a new understanding of Chaucer's famous work. Demonstrating the pervasiveness of proverbs in various media (oral/written literature, manuscript illuminations, wood carvings), I show that the poem engages and illustrates a broad cultural occupation with proverbs. My work reveals a cultural literacy that persisted from pre- to post-Conquest England, as Chaucer carried on a highly valued tradition–encoding communal wisdom in literature–that continued to define people's moral horizons and behavioral expectations. Pre-modern literary practices thus engage a fuller range of literary traditions than is often recognized and reflect medieval people's diverse thinking about the world.

NEH funding will allow me to finish the last two chapters of my book <em>Critical Wisdom: Reading the Canterbury Tales through Proverbs.</em> I argue that proverbs, a neglected corpus of hundreds of microtexts embedded in the Canterbury Tales, create alternative spaces to the main narratives that contribute critically to a new understanding of Chaucer's famous work. Demonstrating the pervasiveness of proverbs in various media (oral/written literature, manuscript illuminations, wood carvings), I show that the poem engages and illustrates a broad cultural occupation with proverbs. My work reveals a cultural literacy that persisted from pre- to post-Conquest England, as Chaucer carried on a highly valued tradition–encoding communal wisdom in literature–that continued to define people's moral horizons and behavioral expectations. Pre-modern literary practices thus engage a fuller range of literary traditions than is often recognized and reflect medieval people's diverse thinking about the world.

No

The description does not relate to DEI. It focuses on literature and medieval cultural practices but does not address issues of diversity, equity, or inclusion.

No. The description does not relate to DEI (Diversity, Equity, and Inclusion). It focuses on literature and medieval cultural practices but does not address issues of diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.I investigate the relationship between religious dissent and science in 18th/19th-century Britain, exploring the role of dissenting academy tutors, women associated with the academies, and their atheist colleagues. The writing produced by these figures shaped scientific thinking in the Romantic period as their discoveries destabilized biblical foundations of knowledge. Investigating private and public writing by these figures, I interrogate the effect of religious and political investments on scientific knowledge production, particularly religious enthusiasm, which authorized women's knowledge and potentially affected scientific objectivity. Women writers are especially important to this study because they influenced culture through children's literature, education treatises, poetry, and other genres. This project contextualizes the development of scientific standards, examines religion's influence on science, and counters misconceptions about women's participation in public discourse.

I investigate the relationship between religious dissent and science in 18th/19th-century Britain, exploring the role of dissenting academy tutors, women associated with the academies, and their atheist colleagues. The writing produced by these figures shaped scientific thinking in the Romantic period as their discoveries destabilized biblical foundations of knowledge. Investigating private and public writing by these figures, I interrogate the effect of religious and political investments on scientific knowledge production, particularly religious enthusiasm, which authorized women's knowledge and potentially affected scientific objectivity. Women writers are especially important to this study because they influenced culture through children's literature, education treatises, poetry, and other genres. This project contextualizes the development of scientific standards, examines religion's influence on science, and counters misconceptions about women's participation in public discourse.

Yes

This project examines the influence of religious dissent on scientific thinking, particularly regarding the role of women and their impact on culture.

Yes. This project examines the influence of religious dissent on scientific thinking, particularly regarding the role of women and their impact on culture.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Building on and complicating histories of deindustrialization centered in U.S. cities, The American Automobile Industry in the Global South since 1960 asks: how does the history of late 20th century U.S. automobile manufacturing and the rise of "post-industrialism" change when we shift the focus from the (American) Rustbelt to the global Sunbelt? Rather than cities like Detroit—home of the "Big Three" automakers: General Motors, Ford, and Chrysler—this project centers U.S. auto-manufacturing in Kenya, Ecuador, the Philippines, and other sites across the global South since 1960. Moving from a local to a global frame, it investigates U.S. auto-manufacturers' dealings with local and national governments around tax benefits for foreign investors, trade and labor regulations, and international licensing agreements. In doing so, it reveals narratives of global expansion and U.S. corporate imperialism occurring alongside, and, at times ameliorating, industrial decline.

Building on and complicating histories of deindustrialization centered in U.S. cities, The American Automobile Industry in the Global South since 1960 asks: how does the history of late 20th century U.S. automobile manufacturing and the rise of "post-industrialism" change when we shift the focus from the (American) Rustbelt to the global Sunbelt? Rather than cities like Detroit—home of the "Big Three" automakers: General Motors, Ford, and Chrysler—this project centers U.S. auto-manufacturing in Kenya, Ecuador, the Philippines, and other sites across the global South since 1960. Moving from a local to a global frame, it investigates U.S. auto-manufacturers' dealings with local and national governments around tax benefits for foreign investors, trade and labor regulations, and international licensing agreements. In doing so, it reveals narratives of global expansion and U.S. corporate imperialism occurring alongside, and, at times ameliorating, industrial decline.

Yes

This project examines the global impact of the American automobile industry and its interactions with governments, labor regulations, and trade, revealing narratives of global expansion and U.S. corporate imperialism.

Yes. This project examines the global impact of the American automobile industry and its interactions with governments, labor regulations, and trade, revealing narratives of global expansion and corporate imperialism.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project draws on an unwieldy archive of ethnography, newspaper reports, digital content (memes, posts, whatsapp forwards), as well as gossip and rumors to examine how screens (phones, computers, cameras, and film) mediate the connections and separations between African migrants and their Indian hosts. Through image and film analysis as well as ethnographic methods like interviews and participant observation, I detail the mobilization of digital technology in shaping encounters between Africans and Indians as well as producing ideas around anti(Blackness) in India. By emphasizing the work that digital technologies perform in producing ideas about Blackness and anti-Blackness in India, I explore the connections between digital technologies (and their attendant regimes of misinformation) and key humanistic questions around misrecognition, difference, and how technology aids in racism's work of renegotiating who counts as human and who does not.

This project draws on an unwieldy archive of ethnography, newspaper reports, digital content (memes, posts, whatsapp forwards), as well as gossip and rumors to examine how screens (phones, computers, cameras, and film) mediate the connections and separations between African migrants and their Indian hosts. Through image and film analysis as well as ethnographic methods like interviews and participant observation, I detail the mobilization of digital technology in shaping encounters between Africans and Indians as well as producing ideas around anti(Blackness) in India. By emphasizing the work that digital technologies perform in producing ideas about Blackness and anti-Blackness in India, I explore the connections between digital technologies (and their attendant regimes of misinformation) and key humanistic questions around misrecognition, difference, and how technology aids in racism's work of renegotiating who counts as human and who does not.

Yes    This project explores the roles of digital technology and misinformation in shaping encounters and ideas about anti-Blackness in India.

Yes. This project explores the roles of digital technology and misinformation in shaping encounters and ideas about anti-Blackness in India. #DEI

This project explores the pivotal role that migrant farmworkers play in shaping notions of belonging, focusing on the Italian case. Today's mostly foreign farmworkers work in environments shaped by legal and social precarity, organized crime, and climate change. Bridging migration studies, transnational Italian studies, and the environmental humanities, this project posits today's farmworkers (braccianti) as fitting within a longer history in which, since Italy's 1861 Unification, the labor and movements of braccianti have played a crucial role in the "making of Italy." Through colonial archival materials, autobiographical writing, and interviews I will conduct with migrants and farming co-op members in Sicily, I aim to elaborate how the "bracciante" is a critical figure for understanding how citizenship, race, and notions of the refugee are constructed through shifting relationships to land. I seek an NEH Summer Stipend to conduct archival and ethnographic research for this monograph.

This project explores the pivotal role that migrant farmworkers play in shaping notions of belonging, focusing on the Italian case. Today's mostly foreign farmworkers work in environments shaped by legal and social precarity, organized crime, and climate change. Bridging migration studies, transnational Italian studies, and the environmental humanities, this project posits today's farmworkers (braccianti) as fitting within a longer history in which, since Italy's 1861 Unification, the labor and movements of braccianti have played a crucial role in the "making of Italy." Through colonial archival materials, autobiographical writing, and interviews I will conduct with migrants and farming co-op members in Sicily, I aim to elaborate how the "bracciante" is a critical figure for understanding how citizenship, race, and notions of the refugee are constructed through shifting relationships to land. I seek an NEH Summer Stipend to conduct archival and ethnographic research for this monograph.

Yes    The migrant farmworker project examines race, labor, and citizenship in Italy.

Yes. The migrant farmworker project examines race, labor, and citizenship in Italy.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book project analyzes the categories that thinkers in the second- and third-century CE Mediterranean employed to conceptualize a diverse corpus of Gospel texts. By rethinking how Roman intellectuals categorized bibliographic difference, the project makes visible the invention of "Gospel literature" as a category and demonstrates how early Christians participated in the vibrant intellectual culture of the Roman Mediterranean. This novel account of ancient literary category-making advances historical scholarship in the fields of religion and classics and informs ongoing conversations about the influence of philological practices—ancient and modern—on negotiations of knowledge, authority, and cultural value.

This book project analyzes the categories that thinkers in the second- and third-century CE Mediterranean employed to conceptualize a diverse corpus of Gospel texts. By rethinking how Roman intellectuals categorized bibliographic difference, the project makes visible the invention of "Gospel literature" as a category and demonstrates how early Christians participated in the vibrant intellectual culture of the Roman Mediterranean. This novel account of ancient literary category-making advances historical scholarship in the fields of religion and classics and informs ongoing conversations about the influence of philological practices—ancient and modern—on negotiations of knowledge, authority, and cultural value.

No    This book project focuses on ancient literary category-making and historical scholarship, without directly addressing diversity, equity, and inclusion (DEI) concerns.

No. This book project focuses on ancient literary category-making and historical scholarship, without directly addressing diversity, equity, and inclusion (DEI) concerns.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Preservation Assistance Grant Application for $5,858 in funding to be used to cover the cost of a visit from Northeast Document Conservation Center (NEDCC) to evaluate and make preservation recommendations regarding permanent records from the Prothonotary's office.  Most of the documents cover a time period from the 1830's to the 1930's with some predating the burning of Chambersburg.  The NEDCC will provide a written report on the findings.

Preservation Assistance Grant Application for $5,858 in funding to be used to cover the cost of a visit from Northeast Document Conservation Center (NEDCC) to evaluate and make preservation recommendations regarding permanent records from the Prothonotary's office.  Most of the documents cover a time period from the 1830's to the 1930's with some predating the burning of Chambersburg.  The NEDCC will provide a written report on the findings.

No    This funding application is not directly related to DEI as it involves preservation and evaluation of historical records.

No. This funding application is not directly related to DEI as it involves preservation and evaluation of historical records.

Creation and dissemination of an open-access edition of "Good Pictures Are a Strong Weapon: Laura Gilpin and Navajo Sovereignty" by Louise Siddons, to be issued under a Creative Commons license and published on Manifold Scholarship digital platform in Fall 2023.

Creation and dissemination of an open-access edition of "Good Pictures Are a Strong Weapon: Laura Gilpin and Navajo Sovereignty" by Louise Siddons, to be issued under a Creative Commons license and published on Manifold Scholarship digital platform in Fall 2023.

Yes    The book on Laura Gilpin connects photography to Navajo sovereignty and representation.

Yes. The book on Laura Gilpin connects photography to Navajo sovereignty and representation.

| # | Prompt | Text | | Response |
|---|---|---|---|---|
| 923 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Hostile Humor in Renaissance France investigates the forms of jokes, irony, and ridicule found in pamphlets and plays produced in 16th Century France in the period leading up to the French Wars of Religion, when a deliberately harmful and destructive form of satire appeared. Author Bruce Hayes shows how this new form of humor emerged that attacked religious practices and people in ways that forever changed the nature of satire and religious debate in France. An open access (OA) edition would broaden the work's availability to its intended audiences of scholars of French and Francophone Studies, Renaissance Studies, and Literary Studies, including undergraduate and graduate students, and scholars located in the Global South, for whom the cost of the book may be a barrier to access. To disseminate the OA edition of Hostile Humor as widely as possible, the UD Press will ensure that electronic open access versions are made available on institutional platforms (e.g., JSTOR, OAPEN). | Hostile Humor in Renaissance France investigates the forms of jokes, irony, and ridicule found in pamphlets and plays produced in 16th Century France in the period leading up to the French Wars of Religion, when a deliberately harmful and destructive form of satire appeared. Author Bruce Hayes shows how this new form of humor emerged that attacked religious practices and people in ways that forever changed the nature of satire and religious debate in France. An open access (OA) edition would broaden the work's availability to its intended audiences of scholars of French and Francophone Studies, Renaissance Studies, and Literary Studies, including undergraduate and graduate students, and scholars located in the Global South, for whom the cost of the book may be a barrier to access. To disseminate the OA edition of Hostile Humor as widely as possible, the UD Press will ensure that electronic open access versions are made available on institutional platforms (e.g., JSTOR, OAPEN). | No | Hostile Humor in Renaissance France does not directly relate to DEI. It focuses on forms of humor in 16th Century France. | No. Hostile Humor in Renaissance France does not directly relate to DEI. It focuses on forms of humor in 16th Century France. |
| 924 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will publish an electronic open access edition of The Powhatan Landscape: An Archaeological History of the Algonquian Chesapeake, written by Martin Gallivan (NEH grant number FB-56514-12). The Powhatan Landscape traces Native placemaking in the Chesapeake from the Algonquian arrival to the Powhatan's clashes with the English. This edition will be published under a Creative Commons license, specifically CC BY-NC-ND, making it available for free download during the period of performance, December 1, 2023 to November 30, 2024. | This project will publish an electronic open access edition of The Powhatan Landscape: An Archaeological History of the Algonquian Chesapeake, written by Martin Gallivan (NEH grant number FB-56514-12). The Powhatan Landscape traces Native placemaking in the Chesapeake from the Algonquian arrival to the Powhatan's clashes with the English. This edition will be published under a Creative Commons license, specifically CC BY-NC-ND, making it available for free download during the period of performance, December 1, 2023 to November 30, 2024. | No | This initiative focuses on the publication of a specific archaeological history book and does not directly relate to diversity, equity, and inclusion (DEI) efforts. | No. This initiative focuses on the publication of a specific archaeological history book and does not directly relate to diversity, equity, and inclusion (DEI) efforts. |
| 925 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This grant will help cover the production costs to make Thompson's digital edition of Place, Memory, Poetry, and the James A. Emanuel's Papers at the Library of Congress open access. | This grant will help cover the production costs to make Thompson's digital edition of Place, Memory, Poetry, and the James A. Emanuel's Papers at the Library of Congress open access. | Yes | This grant relates to DEI by making cultural materials accessible and promoting inclusivity in accessing information and knowledge. | Yes. This grant relates to DEI by making cultural materials accessible and promoting inclusivity in accessing information and knowledge. |
| 926 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.create an Open access edition of the scholarly book by UH Press Teika: The Life and Works of a Medieval Japanese Poet by Paul Atkins | create an Open access edition of the scholarly book by UH Press Teika: The Life and Works of a Medieval Japanese Poet by Paul Atkins | No | Open access edition of a scholarly book about a medieval Japanese poet does not directly relate to DEI. | No. Open access edition of a scholarly book about a medieval Japanese poet does not directly relate to DEI (Diversity, Equity, and Inclusion). |
| 927 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Many Americans still envision India as rigidly caste-bound, locked in traditions that inhibit social mobility. Yet, class mobility has long been an ideal, and today globalization is radically transforming how India's citizens perceive class. The work draws on over thirty years of fieldwork, focusing on how the notions of class and caste are rapidly transforming in the wake of globalization for residents in urban India. Putting a human face on the issue of class in India, it introduces four people who live in the "second-tier" city of Madurai. It considers how class is determined by both subjective perceptions and objective conditions, documenting Madurai residents' palpable day-to-day experiences of class while also tracking their long-term impacts. By analyzing the intertwined symbolic and economic importance of phenomena like wedding ceremonies, religious practices, philanthropy, and loan arrangements, it reveals the material consequences of local class identities. | Many Americans still envision India as rigidly caste-bound, locked in traditions that inhibit social mobility. Yet, class mobility has long been an ideal, and today globalization is radically transforming how India's citizens perceive class. The work draws on over thirty years of fieldwork, focusing on how the notions of class and caste are rapidly transforming in the wake of globalization for residents in urban India. Putting a human face on the issue of class in India, it introduces four people who live in the "second-tier" city of Madurai. It considers how class is determined by both subjective perceptions and objective conditions, documenting Madurai residents' palpable day-to-day experiences of class while also tracking their long-term impacts. By analyzing the intertwined symbolic and economic importance of phenomena like wedding ceremonies, religious practices, philanthropy, and loan arrangements, it reveals the material consequences of local class identities. | No | Does not relate to DEI. | No. |

Ex. 15 US-000062485.xlsx

| | | | | |
|---|---|---|---|---|
| 928 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In Women at Odds, Riya Das argues for the limitations of female solidarity for the New Woman in Victorian society. She contends that while it helps to maintain the structure of the Victorian family, women cannot transcend that structure with solidarity, but rather, must embrace antagonistic relationships with their peers. While foregrounding the figure of the New Woman as a white imperialist reformer, Women at Odds claims that the New Woman movement detaches itself from the domestic politics of female friendship, either taking the form of indifferent women who refuse to compromise their own material security, or appearing as direct antagonism from women who erect firm classist, moralist, and racist barriers to safeguard their elite feminist circles. In this way, the fin-de-siècle New Woman engenders feminist progress within the national boundaries of Britain while widening the socio-economic gap between herself and lower-class, sexual, and colonial women. | In Women at Odds, Riya Das argues for the limitations of female solidarity for the New Woman in Victorian society. She contends that while it helps to maintain the structure of the Victorian family, women cannot transcend that structure with solidarity, but rather, must embrace antagonistic relationships with their peers. While foregrounding the figure of the New Woman as a white imperialist reformer, Women at Odds claims that the New Woman movement detaches itself from the domestic politics of female friendship, either taking the form of indifferent women who refuse to compromise their own material security, or appearing as direct antagonism from women who erect firm classist, moralist, and racist barriers to safeguard their elite feminist circles. In this way, the fin-de-siècle New Woman engenders feminist progress within the national boundaries of Britain while widening the socio-economic gap between herself and lower-class, sexual, and colonial women. | No | This analysis focuses on the Victorian era and the dynamics of female solidarity, but it does not directly relate to DEI or contemporary issues of diversity, equity, and inclusion. | No. This analysis focuses on the Victorian era and the dynamics of female solidarity, but it does not directly relate to DEI or contemporary issues of diversity, equity, and inclusion. |
| 929 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Indiana Supreme Court is seeking support for two endeavors vital to the long-term preservation of its humanities collection: completing an item-level preservation assessment of the Law Library's newly formalized Rare Book Collection, and procuring archival-quality storage and preservation supplies for an unprocessed collection of Court historical material. | The Indiana Supreme Court is seeking support for two endeavors vital to the long-term preservation of its humanities collection: completing an item-level preservation assessment of the Law Library's newly formalized Rare Book Collection, and procuring archival-quality storage and preservation supplies for an unprocessed collection of Court historical material. | No | This initiative is focused on the preservation of a humanities collection and does not directly relate to DEI. | No. This initiative is focused on the preservation of a humanities collection and does not directly relate to DEI (Diversity, Equity, and Inclusion). |
| 930 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Purchase of exhibition materials, furnishings, lighting, and a/v for the new building that will encompass a museum in Pittsburgh, Pennsylvania to elevate public knowledge and understanding of antisemitism, its perpetuation in modern society, and how communities can prevent its spread. | Purchase of exhibition materials, furnishings, lighting, and a/v for the new building that will encompass a museum in Pittsburgh, Pennsylvania to elevate public knowledge and understanding of antisemitism, its perpetuation in modern society, and how communities can prevent its spread. | Yes | The purchase of exhibition materials and furnishings for a museum in Pittsburgh aims to educate the public about antisemitism, promoting understanding and preventing its spread. | Yes. The purchase of exhibition materials and furnishings for a museum in Pittsburgh aims to educate the public about antisemitism, promoting understanding and preventing its spread. |
| 931 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The proposed Education Center furthers the Albany County Historical Association's (ACHA) humanities programming by addressing the critical need for ADA accessible, community-centered programming and museum exhibit space. The proposed project allows the ACHA to safely accommodate often full-to-capacity family education programs, extend the ACHA's programming season, and enhance museum functions by allowing the ACHA to fully interpret the rich and diverse history of Albany County through interactive exhibits. The project will provide a permanent home for the ACHA's exhibit, artifact display, and programming needs by restoring (reconstructing) an important element of the site's historic cultural landscape: an 18th-century carriage barn and 19th-century greenhouse. The proposed Education Center, based on measured drawings, archival photographs, and architectural salvage from the former structure, is designed to function as long-lasting, adaptable programming space. | The proposed Education Center furthers the Albany County Historical Association's (ACHA) humanities programming by addressing the critical need for ADA accessible, community-centered programming and museum exhibit space. The proposed project allows the ACHA to safely accommodate often full-to-capacity family education programs, extend the ACHA's programming season, and enhance museum functions by allowing the ACHA to fully interpret the rich and diverse history of Albany County through interactive exhibits. The project will provide a permanent home for the ACHA's exhibit, artifact display, and programming needs by restoring (reconstructing) an important element of the site's historic cultural landscape: an 18th-century carriage barn and 19th-century greenhouse. The proposed Education Center, based on measured drawings, archival photographs, and architectural salvage from the former structure, is designed to function as long-lasting, adaptable programming space. | No | This description does not explicitly mention any initiatives or efforts related to diversity, equity, or inclusion (DEI). | No. This description does not explicitly mention any initiatives or efforts related to diversity, equity, or inclusion (DEI). |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.NEH funds will support climate action planning for the Caretakers of Wonder consortium, an interdisciplinary multi-museum cohort across four bioregions in the U.S. who serve children and families. The consortium fosters a network for shared learning, understanding, and agency around meeting the ever-urgent moment of climate change, using a humanities lens as its focus. Consortium members will participate in climate adaptation and mitigation assessments and planning for their institution over 15 months, guided by environmental consultants Verdis Group and Environment + Culture Partners. Assessments will inform individual climate planning efforts and help establish net-zero pathways and long-term climate education, communication, mitigation and adaptation strategies. Collectively, and in partnership with the Association of Children's Museums, the consortium will produce aggregated climate action documents outlining measurable steps for the larger museum field to study and replicate.

NEH funds will support climate action planning for the Caretakers of Wonder consortium, an interdisciplinary multi-museum cohort across four bioregions in the U.S. who serve children and families. The consortium fosters a network for shared learning, understanding, and agency around meeting the ever-urgent moment of climate change, using a humanities lens as its focus. Consortium members will participate in climate adaptation and mitigation assessments and planning for their institution over 15 months, guided by environmental consultants Verdis Group and Environment + Culture Partners. Assessments will inform individual climate planning efforts and help establish net-zero pathways and long-term climate education, communication, mitigation and adaptation strategies. Collectively, and in partnership with the Association of Children's Museums, the consortium will produce aggregated climate action documents outlining measurable steps for the larger museum field to study and replicate.

No

The description does not directly mention diversity, equity, and inclusion (DEI). It focuses on climate action planning in a multi-museum consortium.

No. The description does not directly mention diversity, equity, and inclusion (DEI). It focuses on climate action planning in a multi-museum consortium.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Minnesota Humanities Center will undertake a series of climate smart planning activities designed to produce a comprehensive strategic planning document that addresses both mitigation and adaptation strategies. Our approach will involve detailed operational assessments, risk evaluations, stakeholder engagement, and the integration of best practices and local standards. The resulting plan will guide MHC in reducing its environmental impact, enhancing resilience to climate change, and ensuring the long-term sustainability of our operations and mission.

Minnesota Humanities Center will undertake a series of climate smart planning activities designed to produce a comprehensive strategic planning document that addresses both mitigation and adaptation strategies. Our approach will involve detailed operational assessments, risk evaluations, stakeholder engagement, and the integration of best practices and local standards. The resulting plan will guide MHC in reducing its environmental impact, enhancing resilience to climate change, and ensuring the long-term sustainability of our operations and mission.

Yes

By addressing mitigation and adaptation strategies, stakeholder engagement, and integrating best practices, MHC shows a commitment to addressing environmental and sustainability concerns, which align with DEI principles.

Yes. By addressing mitigation and adaptation strategies, stakeholder engagement, and integrating best practices, MHC shows a commitment to addressing environmental and sustainability concerns, which align with DEI principles.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.With funding support from NEH, the National Society of the Colonial Dames of America in the Commonwealth of Pennsylvania (NSCDA/PA) will renovate an existing service wing at Stenton to create the Stenton Education Center. These renovations will create the first dedicated program and visitor service space at the site, address the lack of accessibility into the building, upgrade inadequate mechanicals and heating and cooling systems, expand the restrooms and make them accessible, and create dedicated office spaces for the staff. The new education center will build the capacity of the NSDCA/PA to expand its humanities offerings by creating facilities that can accommodate these programs.

With funding support from NEH, the National Society of the Colonial Dames of America in the Commonwealth of Pennsylvania (NSCDA/PA) will renovate an existing service wing at Stenton to create the Stenton Education Center. These renovations will create the first dedicated program and visitor service space at the site, address the lack of accessibility into the building, upgrade inadequate mechanicals and heating and cooling systems, expand the restrooms and make them accessible, and create dedicated office spaces for the staff. The new education center will build the capacity of the NSDCA/PA to expand its humanities offerings by creating facilities that can accommodate these programs.

No

This initiative focuses on renovations and creating facilities for expanding humanities offerings, but does not mention diversity, equity, or inclusion.

No. This initiative focuses on renovations and creating facilities for expanding humanities offerings, but does not mention diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Jamestown is the original site of the first permanent English colony in North America and marks the point of convergence between three peoples—Indigenous Virginians, Africans, and Europeans—in an emerging transatlantic world. The site's archaeological and historical resources, which represent thousands of years of human activity and cultural interaction, are facing imminent threat from myriad hazards brought on by global climate change. Situated on a low-lying island rising less than three feet above the water line, Jamestown has experienced increased pressure on its infrastructure and operations from sea-level rise, encroaching wetlands, extreme storm events, and a rising saltwater aquifer. The Save Jamestown: Developing a Climate Resiliency Plan for Historic Jamestowne project will enable staff to conduct critical site analysis and surveys to establish a finalized, comprehensive climate resiliency plan to preserve and protect the site for future generations.

Jamestown is the original site of the first permanent English colony in North America and marks the point of convergence between three peoples—Indigenous Virginians, Africans, and Europeans—in an emerging transatlantic world. The site's archaeological and historical resources, which represent thousands of years of human activity and cultural interaction, are facing imminent threat from myriad hazards brought on by global climate change. Situated on a low-lying island rising less than three feet above the water line, Jamestown has experienced increased pressure on its infrastructure and operations from sea-level rise, encroaching wetlands, extreme storm events, and a rising saltwater aquifer. The Save Jamestown: Developing a Climate Resiliency Plan for Historic Jamestowne project will enable staff to conduct critical site analysis and surveys to establish a finalized, comprehensive climate resiliency plan to preserve and protect the site for future generations.

Yes

The Save Jamestown project addresses the impact of climate change on the historical site, highlighting the importance of preserving cultural heritage for future generations.

Yes. The Save Jamestown project addresses the impact of climate change on the historical site, highlighting the importance of preserving cultural heritage for future generations.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Kent State University Museum holds one of the world's most important collections of historic dress, fashion, and textiles spanning the mid-eighteenth century through the present day. A foundational principle of the Museum is to care for the collection's physical condition so that it is preserved and available to the public today and in the future. This NEH proposal requests support for this most primary responsibility: extensive upgrades/replacements to an HVAC system that no longer maintains temperature and relative humidity at required levels. The Museum uses garments, textiles, and decorative arts as gateways to stories about social history, technological advances, cultural advances, and political changes, as well as personal stories and memories, both individual and collective.

The Kent State University Museum holds one of the world's most important collections of historic dress, fashion, and textiles spanning the mid-eighteenth century through the present day. A foundational principle of the Museum is to care for the collection's physical condition so that it is preserved and available to the public today and in the future. This NEH proposal requests support for this most primary responsibility: extensive upgrades/replacements to an HVAC system that no longer maintains temperature and relative humidity at required levels. The Museum uses garments, textiles, and decorative arts as gateways to stories about social history, technological advances, cultural advances, and political changes, as well as personal stories and memories, both individual and collective.

No

This description does not directly relate to DEI, as it primarily focuses on the preservation and maintenance of a fashion and textile collection.

No. This description does not directly relate to DEI, as it primarily focuses on the preservation and maintenance of a fashion and textile collection.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Currently, the Museum of North Idaho occupies a 4,371-square-foot building that is scheduled for demolition. After 40 years in the same facility, the Museum collection has grown, and the space is too small to house exhibits, artifacts, photographs, archives, and staff. Additionally, the current Museum does not have heat, forcing us to close to the public during the cold winter months (November-March) in Northern Idaho. Since our current building is insufficient to meet our growing needs, our long-term ability to disseminate historic knowledge through educational programming and outreach hinges upon having a new facility. To address these limitations, the Museum of North Idaho is planning to construct a new expanded 11,500-square-foot facility to house exhibits, art, and educational resources. The new, expanded facility will include climate-controlled spaces that conform with modern museum standards for artifact preservation.

Currently, the Museum of North Idaho occupies a 4,371-square-foot building that is scheduled for demolition. After 40 years in the same facility, the Museum collection has grown, and the space is too small to house exhibits, artifacts, photographs, archives, and staff. Additionally, the current Museum does not have heat, forcing us to close to the public during the cold winter months (November-March) in Northern Idaho. Since our current building is insufficient to meet our growing needs, our long-term ability to disseminate historic knowledge through educational programming and outreach hinges upon having a new facility. To address these limitations, the Museum of North Idaho is planning to construct a new expanded 11,500-square-foot facility to house exhibits, art, and educational resources. The new, expanded facility will include climate-controlled spaces that conform with modern museum standards for artifact preservation.

No

This description does not directly mention or pertain to DEI initiatives or considerations.

No. This description does not directly mention or pertain to DEI (Diversity, Equity, and Inclusion) initiatives or considerations.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Historic Hudson Valley seeks funding to restore the historic millpond at Philipsburg Manor, a National Historic Landmark in Sleepy Hollow, New York. This vital project will dredge the man-made millpond to remove sediment that was deposited by major storms, returning the millpond to its proper condition and allowing it to once again power the historic gristmill at the site. Philipsburg Manor is a critical resource for teaching about Dutch colonization, the institution of enslavement in the North, and the impact that this history had on the settlements that became New York City and New York State. The millpond is an essential component of the site's built environment and humanities-based programming; as a result of this project, visitors will experience more impactful public programs that explore the important history of slavery, commerce, and early industrialization in the colonial North. Moreover, dredging the millpond now will help to ensure the site's preservation in the long term.

Historic Hudson Valley seeks funding to restore the historic millpond at Philipsburg Manor, a National Historic Landmark in Sleepy Hollow, New York. This vital project will dredge the man-made millpond to remove sediment that was deposited by major storms, returning the millpond to its proper condition and allowing it to once again power the historic gristmill at the site. Philipsburg Manor is a critical resource for teaching about Dutch colonization, the institution of enslavement in the North, and the impact that this history had on the settlements that became New York City and New York State. The millpond is an essential component of the site's built environment and humanities-based programming; as a result of this project, visitors will experience more impactful public programs that explore the important history of slavery, commerce, and early industrialization in the colonial North. Moreover, dredging the millpond now will help to ensure the site's preservation in the long term.

No

Restoring the historic millpond and its impact on programming does not directly relate to diversity, equity, and inclusion (DEI).

No. Restoring the historic millpond and its impact on programming does not directly relate to diversity, equity, and inclusion (DEI).

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Troth Yeddha' humanities infrastructure project will allow interdisciplinary, humanities programs and centers, currently scattered across campus, to be housed under one roof to better serve students, staff, faculty, campus and visitors. In particular, the Alaska Native Language Center and its Archives will be showcased, to increase student and public access to diverse humanities collections.

The Troth Yeddha' humanities infrastructure project will allow interdisciplinary, humanities programs and centers, currently scattered across campus, to be housed under one roof to better serve students, staff, faculty, campus and visitors. In particular, the Alaska Native Language Center and its Archives will be showcased, to increase student and public access to diverse humanities collections.

Yes

The Troth Yeddha' project aims to increase access to diverse humanities collections, which aligns with DEI goals of promoting inclusion and diverse perspectives.

Yes. The Troth Yeddha' project aims to increase access to diverse humanities collections, which aligns with DEI goals of promoting inclusion and diverse perspectives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Funding from the National Endowment for the Humanities would allow Newfields to develop a comprehensive IMA Building Master Plan to help guide renovations, additions, and system upgrades over the next 50 years, with a particular focus on sustainability. With some of the institution's older pavilions aging, we have the obligation, and the opportunity, to plan for their renovation or replacement to ensure that our collections can be safely housed, our guests can learn and grow, and our operation's impact on the environment is minimized for years to come.

Funding from the National Endowment for the Humanities would allow Newfields to develop a comprehensive IMA Building Master Plan to help guide renovations, additions, and system upgrades over the next 50 years, with a particular focus on sustainability. With some of the institution's older pavilions aging, we have the obligation, and the opportunity, to plan for their renovation or replacement to ensure that our collections can be safely housed, our guests can learn and grow, and our operation's impact on the environment is minimized for years to come.

No

While sustainability is mentioned, there is no explicit mention or connection to diversity, equity, and inclusion (DEI) in the description provided.

No. While sustainability is mentioned, there is no explicit mention or connection to diversity, equity, and inclusion (DEI) in the description provided.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Mass Humanities will form a consortium to coordinate climate smart strategic planning among a group of humanities organizations based in rural Massachusetts communities. This project will allow these cultural centers of community life to participate in comprehensive climate smart planning to prepare for and adjust to actual and expected climate change scenarios which will impact their public programming, institutional assets, facilities, and surrounding environment. Each partner organization will develop a climate change adaptation plan and contribute to a climate smart planning guide for other rural cultural organizations.

Mass Humanities will form a consortium to coordinate climate smart strategic planning among a group of humanities organizations based in rural Massachusetts communities. This project will allow these cultural centers of community life to participate in comprehensive climate smart planning to prepare for and adjust to actual and expected climate change scenarios which will impact their public programming, institutional assets, facilities, and surrounding environment. Each partner organization will develop a climate change adaptation plan and contribute to a climate smart planning guide for other rural cultural organizations.

No

While the project focuses on climate change, it does not directly relate to DEI initiatives.

No. While the project focuses on climate change, it does not directly relate to DEI (Diversity, Equity, and Inclusion) initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposal seeks $1,000,000 to support planning and construction costs of the John &amp; Geraldine Lilley Museum of Art Storage and Reading Room, an integral part of a transformative new development of the University Arts Building at the University of Nevada, Reno. The proposed construction will add museum-quality storage space, office space for museum staff, and a Reading Room, over three levels and as an extension of the existing Lilley Museum of Art building. Acquiring art storage and a reading room will enable our organization to conserve a meaningful public art collection for generations to come, provide a meeting place for humanities scholars and students to study and learn from this collection, and to enable a hub of hands-on, interdisciplinary learning across the campus of the University of Nevada, Reno.

This proposal seeks $1,000,000 to support planning and construction costs of the John &amp; Geraldine Lilley Museum of Art Storage and Reading Room, an integral part of a transformative new development of the University Arts Building at the University of Nevada, Reno. The proposed construction will add museum-quality storage space, office space for museum staff, and a Reading Room, over three levels and as an extension of the existing Lilley Museum of Art building. Acquiring art storage and a reading room will enable our organization to conserve a meaningful public art collection for generations to come, provide a meeting place for humanities scholars and students to study and learn from this collection, and to enable a hub of hands-on, interdisciplinary learning across the campus of the University of Nevada, Reno.

No

This proposal does not directly relate to DEI, as it does not explicitly mention diversity, equity, or inclusion initiatives.

No. This proposal does not directly relate to DEI, as it does not explicitly mention diversity, equity, or inclusion initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Institute will preserve and repurpose the 1887 historic Masonic Lodge and its annex in Eastport, Maine for exhibitions, public programs, and collections storage.  The project will repair the historic building's exterior, create new interior access to its annex, preserve unique historic interiors, including the grand staircase, the original lodge tin ceiling and original 1904 light fixtures, maintain the octagonal meeting room for exhibitions, and create state-of-the-art collections storage and collections visual storage while meeting ADA code compliance.

The Institute will preserve and repurpose the 1887 historic Masonic Lodge and its annex in Eastport, Maine for exhibitions, public programs, and collections storage.  The project will repair the historic building's exterior, create new interior access to its annex, preserve unique historic interiors, including the grand staircase, the original lodge tin ceiling and original 1904 light fixtures, maintain the octagonal meeting room for exhibitions, and create state-of-the-art collections storage and collections visual storage while meeting ADA code compliance.

No

This description does not mention any explicit connection to DEI initiatives.

No. This description does not mention any explicit connection to DEI (Diversity, Equity, and Inclusion) initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Transnational Disinformation Networks and Asian Diasporic Politics is a collaborative project between Dr. Rachel Kuo (University of Illinois at Urbana-Champaign) and Mark Calaguas (Alliance of Filipinos for Immigrant Rights and Empowerment and the Filipino Young Leaders Program). We bring together archival research and community oral histories to examine memory, political histories, and information networks across Asian and Asian American diasporas. We seek to understand how lived experiences of trauma, war, colonialism, and political suppression and social and cultural hierarchies of power undergird the spread of mis- and disinformation. We plan to host community storytelling workshops to train community volunteers to collect intergenerational and multilingual oral histories. By focusing on historical and geopolitical frameworks, our project intervenes in contemporary debates about mis- and disinformation, technology, and democracy.

Transnational Disinformation Networks and Asian Diasporic Politics is a collaborative project between Dr. Rachel Kuo (University of Illinois at Urbana-Champaign) and Mark Calaguas (Alliance of Filipinos for Immigrant Rights and Empowerment and the Filipino Young Leaders Program). We bring together archival research and community oral histories to examine memory, political histories, and information networks across Asian and Asian American diasporas. We seek to understand how lived experiences of trauma, war, colonialism, and political suppression and social and cultural hierarchies of power undergird the spread of mis- and disinformation. We plan to host community storytelling workshops to train community volunteers to collect intergenerational and multilingual oral histories. By focusing on historical and geopolitical frameworks, our project intervenes in contemporary debates about mis- and disinformation, technology, and democracy.

Yes

This project explores how lived experiences and power dynamics contribute to the spread of mis- and disinformation within Asian and Asian American diasporas.

Yes. This project explores how lived experiences and power dynamics contribute to the spread of mis- and disinformation within Asian and Asian American diasporas.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Building Socialism is a historical ethnography of Vinh, Vietnam's first and only model socialist city. Although Vinh has existed, in some form, since the early 1800s, this ethnography focuses on the post-Vietnam War reconstruction era, when East German architectural models of mass-produced socialist city planning were imported into northern Vietnam. In this book, Christina Schwenkel not only attends to this relay between the global socialist North and the postcolonial South, but also examines the affective and political subjectivities that arise through embodied relations with built environment. Schwenkel argues that post-war Vinh was an aspirational city—an attempt to attain a progressive temporality and a shared contemporaneity with socialist allies after imperialism—and that this exchange between the global socialist North and the postcolonial South is best understood as an act of translation, wherein both material and ideological foundations of socialism were brought to Vietnam.

Building Socialism is a historical ethnography of Vinh, Vietnam's first and only socialist city. Although Vinh has existed, in some form, since the early 1800s, this ethnography focuses on the post-Vietnam War reconstruction era, when East German architectural models of mass-produced socialist city planning were imported into northern Vietnam. In this book, Christina Schwenkel not only attends to this relay between the global socialist North and the postcolonial South, but also examines the affective and political subjectivities that arise through embodied relations with built environment. Schwenkel argues that post-war Vinh was an aspirational city—an attempt to attain a progressive temporality and a shared contemporaneity with socialist allies after imperialism—and that this exchange between the global socialist North and the postcolonial South is best understood as an act of translation, wherein both material and ideological foundations of socialism were brought to Vietnam.

No    The description provided does not relate to DEI.

No. The description provided does not relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In SARS Stories, Belinda Kong brings together an analytics of crisis, rhetoric, and affect to think about pandemic discourses. While considering the parallels of the COVID-19 pandemic, Kong focuses primarily on the 2003 SARS case to probe the very concept of a pandemic as a set of discursive relations layered with histories of racial and geopolitical power, what others have called crisis epistemologies. Kong argues for a need to retextualize the psychic and affective environment in which we think and feel global disease across lines of difference. Over the course of four chapters, Kong hones in on an array of rhetorical styles and affective scenarios at some of SARS's epicenters. She draws on literary fiction, digital and social media, visualand sonic cultures, and ethnographic and nonfiction science writing, locating key sites for understanding Chinese people's diverse microagencies and reparative desires during SARS.

In SARS Stories, Belinda Kong brings together an analytics of crisis, rhetoric, and affect to think about pandemic discourses. While considering the parallels of the COVID-19 pandemic, Kong focuses primarily on the 2003 SARS case to probe the very concept of a pandemic as a set of discursive relations layered with histories of racial and geopolitical power, what others have called crisis epistemologies. Kong argues for a need to retextualize the psychic and affective environment in which we think and feel global disease across lines of difference. Over the course of four chapters, Kong hones in on an array of rhetorical styles and affective scenarios at some of SARS's epicenters. She draws on literary fiction, digital and social media, visualand sonic cultures, and ethnographic and nonfiction science writing, locating key sites for understanding Chinese people's diverse microagencies and reparative desires during SARS.

No    This description does not explicitly mention DEI. It focuses on pandemic discourses, crisis epistemologies, and understanding Chinese people's experiences during SARS.

No. This description does not explicitly mention DEI. It focuses on pandemic discourses, crisis epistemologies, and understanding Chinese people's experiences during SARS.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Aloha Compadre: Latinxs in Hawaii is the first book to examine the collective history and contemporary experiences of the Latinx population of Hawaii. This study reveals that contrary to popular discourse, Latinx migration to Hawaii is not a recent event. In the national memory of the United States, for example, the Latinx population of Hawaii is often portrayed as recent arrivals and not as long-term historical communities with a presence that precedes the formation of statehood itself. Historically speaking, Latinxs have been voyaging to the Hawaiian Islands for over one hundred and ninety years. From the early 1830s to the present, they continue to help shape Hawaii's history, yet their contributions are often overlooked. Latinxs have been a part of the cultural landscape of Hawaii prior to annexation, territorial status, and statehood in 1959. Aloha Compadre also explores the expanding boundaries of Latinx migration beyond the western hemisphere and into Oceania.

Aloha Compadre: Latinxs in Hawaii is the first book to examine the collective history and contemporary experiences of the Latinx population of Hawaii. This study reveals that contrary to popular discourse, Latinx migration to Hawaii is not a recent event. In the national memory of the United States, for example, the Latinx population of Hawaii is often portrayed as recent arrivals and not as long-term historical communities with a presence that precedes the formation of statehood itself. Historically speaking, Latinxs have been voyaging to the Hawaiian Islands for over one hundred and ninety years. From the early 1830s to the present, they continue to help shape Hawaii's history, yet their contributions are often overlooked. Latinxs have been a part of the cultural landscape of Hawaii prior to annexation, territorial status, and statehood in 1959. Aloha Compadre also explores the expanding boundaries of Latinx migration beyond the western hemisphere and into Oceania.

No    This description focuses on the history and experiences of the Latinx population in Hawaii, but it does not directly relate to DEI initiatives or efforts.

No. This description focuses on the history and experiences of the Latinx population in Hawaii, but it does not directly relate to DEI (Diversity, Equity, and Inclusion) initiatives or efforts.

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Who Belongs? Evocative Ethnography to Interpret Being, Belonging, and Becoming on the Borderlands of Florida's Silver River is an Open Access digital book by Amanda D. Concha-Homes, to be published by the Illinois Open Publishing Network (IOPN). The Silver River is a natural and cultural treasure located in central Florida. It is home to a diverse array of humans, plants, and animals, and serves as a rich juncture of mobility, sensuality, and impressions. The Silver River is also a place with a long and complex history, shaped by various cultural and political forces. This project will craft a multimodal ethnography of the Silver River in Florida, with a focus on understanding being, belonging, and becoming in this unique place. This project will be presented in the form of a web-based, mixed-media monograph that is interactive and engaging. It will include a variety of media types, such as text, images, audio, and video, to provide a rich and immersive experience for readers. | Who Belongs? Evocative Ethnography to Interpret Being, Belonging, and Becoming on the Borderlands of Florida's Silver River is an Open Access digital book by Amanda D. Concha-Homes, to be published by the Illinois Open Publishing Network (IOPN). The Silver River is a natural and cultural treasure located in central Florida. It is home to a diverse array of humans, plants, and animals, and serves as a rich juncture of mobility, sensuality, and impressions. The Silver River is also a place with a long and complex history, shaped by various cultural and political forces. This project will craft a multimodal ethnography of the Silver River in Florida, with a focus on understanding being, belonging, and becoming in this unique place. This project will be presented in the form of a web-based, mixed-media monograph that is interactive and engaging. It will include a variety of media types, such as text, images, audio, and video, to provide a rich and immersive experience for readers. | Yes | This project aims to explore being, belonging, and becoming in a diverse place, highlighting the intersection of culture and identity. | Yes. This project aims to explore being, belonging, and becoming in a diverse place, highlighting the intersection of culture and identity. #DEI |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book illuminates how the third president transformed the relationship between the presidency and the press by using his party newspaper to communicate the administration political agenda to the public while attempting to influence public opinion in favor of his party and against his political opponents. | This book illuminates how the third president transformed the relationship between the presidency and the press by using his party newspaper to communicate the administration political agenda to the public while attempting to influence public opinion in favor of his party and against his political opponents. | No | This description does not directly relate to DEI. It focuses on political tactics rather than diversity, equity, and inclusion. | No. This description does not directly relate to DEI. It focuses on political tactics rather than diversity, equity, and inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Open access edition of Disability Studies: Advocacy, Science, and Prestige in Postwar Clinical Professions by Andrew J. Hogan. | Open access edition of Disability Studies: Advocacy, Science, and Prestige in Postwar Clinical Professions by Andrew J. Hogan. | Yes | The open access edition of Disability Studies relates to DEI as it contributes to inclusive research and knowledge dissemination on disability. | Yes. The open access edition of Disability Studies relates to DEI as it contributes to inclusive research and knowledge dissemination on disability. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Sumit Guha's book compares the practices of the Mughal and British Empires to reveal how they sought to harness lands and peoples to achieve their agendas across South Asia. This historically based political ecology explores how imperial control transformed local knowledge of the world into centralized power over it, displacing or destroying human communities as well as animal and plant life. It demonstrates how the biomes of a vast subcontinent were changed by struggles to make and to resist empire.  We published a print edition in 2023 and propose to publish an open access edition with a CC-BY-NC-ND license in EPUB, PDF, and Kindle formats. We will post the book on leading OA repositories including JSTOR, MUSE Open, and OAPEN to maximize discovery, as well as on the press's OA site, a Manifold instance, which offers the best reading experience. We will promote the OA edition at professional conferences and via direct mail and social media. We will pay the author a $600 royalty. | Sumit Guha's book compares the practices of the Mughal and British Empires to reveal how they sought to harness lands and peoples to achieve their agendas across South Asia. This historically based political ecology explores how imperial control transformed local knowledge of the world into centralized power over it, displacing or destroying human communities as well as animal and plant life. It demonstrates how the biomes of a vast subcontinent were changed by struggles to make and to resist empire.  We published a print edition in 2023 and propose to publish an open access edition with a CC-BY-NC-ND license in EPUB, PDF, and Kindle formats. We will post the book on leading OA repositories including JSTOR, MUSE Open, and OAPEN to maximize discovery, as well as on the press's OA site, a Manifold instance, which offers the best reading experience. We will promote the OA edition at professional conferences and via direct mail and social media. We will pay the author a $600 royalty. | No | This description does not directly relate to DEI. It focuses on the publication of a book and the distribution methods. | No. This description does not directly relate to DEI. It focuses on the publication of a book and the distribution methods. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This single-researcher project investigates the use of muscle-powered technologies (MPTs)—such as wheelbarrows and animal-drawn carts—in twentieth-century China, with a primary focus on its socialist period (1949-1979). It examines the economic and political conditions that gave rise to the country's dependence on these technologies, the state's endeavor to promote the adaptation and upgrading of MPTs, as well as the  role MPTs played in the work and life of Chinese peasants. | This single-researcher project investigates the use of muscle-powered technologies (MPTs)—such as wheelbarrows and animal-drawn carts—in twentieth-century China, with a primary focus on its socialist period (1949-1979). It examines the economic and political conditions that gave rise to these technologies, the state's endeavor to promote the adaptation and upgrading of MPTs, as well as the  role MPTs played in the work and life of Chinese peasants. | No | This research does not specifically mention diversity, equity, and inclusion (DEI) or its relevance to different groups of people. | No. This research does not specifically mention diversity, equity, and inclusion (DEI) or its relevance to different groups of people. |

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project explores how automotive technologies that use advanced software, including forms of AI, can frustrate or obstruct the necessary work of automotive repair and how independent repair shops and parts manufacturers respond to these challenges. Drawing from repair studies in sociology, anthropology, policy studies, and science and technology studies, this project interrogates how repairability is overlooked in the design of software-driven vehicles, resulting in harmful industry consolidations and environmental impacts. This project will employ ethnographic methods with automotive mechanics and parts manufacturers to understand how the automotive aftermarket ecosystem works through and around software-driven technologies. This project will produce at least one peer-reviewed journal article and material for an eventual scholarly monograph which aim to improve sociotechnical understandings of the automotive aftermarket ecosystem's importance to the sustainability of automobility. | This project explores how automotive technologies that use advanced software, including forms of AI, can frustrate or obstruct the necessary work of automotive repair and how independent repair shops and parts manufacturers respond to these challenges. Drawing from repair studies in sociology, anthropology, policy studies, and science and technology studies, this project interrogates how repairability is overlooked in the design of software-driven vehicles, resulting in harmful industry consolidations and environmental impacts. This project will employ ethnographic methods with automotive mechanics and parts manufacturers to understand how the automotive aftermarket ecosystem works through and around software-driven technologies. This project will produce at least one peer-reviewed journal article and material for an eventual scholarly monograph which aim to improve sociotechnical understandings of the automotive aftermarket ecosystem's importance to the sustainability of automobility. | No | This project does not relate to DEI. It focuses on software-driven vehicles' impact on repairability, industry consolidations, and environmental impacts. | No. This project does not relate to DEI. It focuses on software-driven vehicles' impact on repairability, industry consolidations, and environmental impacts. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project examines the moral economies underlying the shift from open data initiatives to private data platforms in U.S. government agencies since the early 2000s. Focusing on tech companies that provide data science expertise and software for public agencies, it posits that these firms do more than serve as outsourced vendors for the state; they actively reshape government datasets, imbuing them with market value. By examining a gov-tech startup through ethnographic fieldwork and conducting interviews with entrepreneurs and public officials, the study investigates (1) how the collective meaning assigned to government data has shifted from being a public good to a commodity over time, and (2) the implications of this shift for the public interest as government datasets and insights are repurposed for private companies and to train proprietary technologies. The project outcomes are a journal article, a book proposal, an expert workshop and workshop report, and two conference presentations. | This project examines the moral economies underlying the shift from open data initiatives to private data platforms in U.S. government agencies since the early 2000s. Focusing on tech companies that provide data science expertise and software for public agencies, it posits that these firms do more than serve as outsourced vendors for the state; they actively reshape government datasets, imbuing them with market value. By examining a gov-tech startup through ethnographic fieldwork and conducting interviews with entrepreneurs and public officials, the study investigates (1) how the collective meaning assigned to government data has shifted from being a public good to a commodity over time, and (2) the implications of this shift for the public interest as government datasets and insights are repurposed for private companies and to train proprietary technologies. The project outcomes are a journal article, a book proposal, an expert workshop and workshop report, and two conference presentations. | No | This project focuses on the shift from open data to private data platforms in government agencies, but it does not specifically mention or address DEI. | No. This project focuses on the shift from open data to private data platforms in government agencies, but it does not specifically mention or address DEI. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The urban night is an important and overlooked part of our lives. Today, over 50 cities have appointed 'night mayors' and are adopting big data analytics to solve historical problems. Data points about the night are scarce, shaped by two features - the longstanding treatment of the night as a period associated with criminality and transgression, and the ephemerality of nighttime activity. Being invisible can be a strategic choice to avoid danger, as historians of the night show us, but visibility also brings opportunities to various communities. This project investigates how community-based organizations and local governments in Mexico City, Montreal and Washington DC use technologies to collect, archive and process nighttime data. The goal is to understand how definitions and meaning-making of "valid" data about the night are created between them and employed to make decisions. This study helps us understand data (in)visibilities in our cities after dark. | The urban night is an important and overlooked part of our lives. Today, over 50 cities have appointed 'night mayors' and are adopting big data analytics to solve historical problems. Data points about the night are scarce, shaped by two features - the longstanding treatment of the night as a period associated with criminality and transgression, and the ephemerality of nighttime activity. Being invisible can be a strategic choice to avoid danger, as historians of the night show us, but visibility also brings opportunities to various communities. This project investigates how community-based organizations and local governments in Mexico City, Montreal and Washington DC use technologies to collect, archive and process nighttime data. The goal is to understand how definitions and meaning-making of "valid" data about the night are created between them and employed to make decisions. This study helps us understand data (in)visibilities in our cities after dark. | Yes | This project investigates how community-based organizations and local governments use technology to collect and process nighttime data, contributing to understanding data (in)visibilities in cities after dark. | Yes. This project investigates how community-based organizations and local governments use technology to collect and process nighttime data, contributing to understanding data (in)visibilities in cities after dark. |

| | Prompt | Text | | |
|---|---|---|---|---|
| 956 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The proposed collaborative research examines the dangers and opportunities of heritage forensics, an emerging approach to protecting cultural sites that uses satellite monitoring and other documentation techniques to assess impacts and support accountability efforts. Taking the unresolved conflict between Armenia and Azerbaijan over the enclave of Nagorno-Karabakh as a case study, this project combines satellite-based heritage monitoring with situated testimony of stakeholder communities and pilot research in AI-based change detection to confront both the challenges and possibilities of heritage forensics. The results of this research will help mitigate the potential dangers of satellite surveillance and enhance the contributions that heritage forensics can make to the global effort to protect and preserve cultural heritage at risk of erasure by state and non-state actors. | The proposed collaborative research examines the dangers and opportunities of heritage forensics, an emerging approach to protecting cultural sites that uses satellite monitoring and other documentation techniques to assess impacts and support accountability efforts. Taking the unresolved conflict between Armenia and Azerbaijan over the enclave of Nagorno-Karabakh as a case study, this project combines satellite-based heritage monitoring with situated testimony of stakeholder communities and pilot research in AI-based change detection to confront both the challenges and possibilities of heritage forensics. The results of this research will help mitigate the potential dangers of satellite surveillance and enhance the contributions that heritage forensics can make to the global effort to protect and preserve cultural heritage at risk of erasure by state and non-state actors. | Yes | The proposed research examines the implications of heritage forensics in protecting cultural sites, contributing to the global effort to safeguard cultural heritage. | Yes. The proposed research examines the implications of heritage forensics in protecting cultural sites, contributing to the global effort to safeguard cultural heritage. |
| 957 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This collaborative project investigates the role moratoria, temporary or indefinite pauses, have played in the development of information, medical, and environmental technologies. The co-project directors, a historian of medicine and a historian of computing, will lead a multidisciplinary team to examine historical cases including transplantation surgery, artificial intelligence, and climate geoengineering. The project will generate new insights on the ethical and social meanings of using moratoria to manage the promises and perils of emerging technologies. Over two years, the project will 1) produce a comparative analytic framework for understanding calls for moratoria in science, technology, and medicine; 2) convene a workshop of humanities scholars to study differences and similarities across technical domains; and 3) synthesize our findings in a published special report written for practitioner and public audiences concerned with the responsible development of technology. | This collaborative project investigates the role moratoria, temporary or indefinite pauses, have played in the development of information, medical, and environmental technologies. The co-project directors, a historian of medicine and a historian of computing, will lead a multidisciplinary team to examine historical cases including transplantation surgery, artificial intelligence, and climate geoengineering. The project will generate new insights on the ethical and social meanings of using moratoria to manage the promises and perils of emerging technologies. Over two years, the project will 1) produce a comparative analytic framework for understanding calls for moratoria in science, technology, and medicine; 2) convene a workshop of humanities scholars to study differences and similarities across technical domains; and 3) synthesize our findings in a published special report written for practitioner and public audiences concerned with the responsible development of technology. | Yes | This project investigates the ethical and social implications of moratoria on emerging technologies, which is related to DEI in the responsible development of technology. | Yes. This project investigates the ethical and social implications of moratoria on emerging technologies, which is related to DEI in the responsible development of technology. |
| 958 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Obtaining a cancer risk assessment score, a calculation that determines who is "high risk," is possible because of the confluence of multiple technologies, from human genome discoveries to artificial intelligence computations. This research project examines what is at stake with how these practices embed future risk into someone's present sense of self by identifying them as high risk. It seeks to understand how these technologies are experienced and how they are shaping identities, with attention to age, gender, race/ethnicity, and socioeconomic status, and includes ethnographic fieldwork with individuals labeled high risk for cancer, clinicians doing early detection work, and experts (e.g., in nutrigenomics, genetic counseling) who help people manage their present lives for a potential future illness. It also includes research on institutional alliances producing knowledge about cancer prevention and computational practices producing cancer risk assessment scores. | Obtaining a cancer risk assessment score, a calculation that determines who is "high risk," is possible because of the confluence of multiple technologies, from human genome discoveries to artificial intelligence computations. This research project examines what is at stake with how these practices embed future risk into someone's present sense of self by identifying them as high risk. It seeks to understand how these technologies are experienced and how they are shaping identities, with attention to age, gender, race/ethnicity, and socioeconomic status, and includes ethnographic fieldwork with individuals labeled high risk for cancer, clinicians doing early detection work, and experts (e.g., in nutrigenomics, genetic counseling) who help people manage their present lives for a potential future illness. It also includes research on institutional alliances producing knowledge about cancer prevention and computational practices producing cancer risk assessment scores. | Yes | This research project examines the intersection of technology, identity, and various social factors, including gender, race/ethnicity, and socioeconomic status, which are central to the field of DEI. | Yes. This research project examines the intersection of technology, identity, and various social factors, including gender, race/ethnicity, and socioeconomic status, which are central to the field of DEI. |
| 959 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This single-authored project will take the form of a humanities book project, with supporting journal articles, presentations, and interviews/op-eds, to study electronic braceleting as both an historical and cultural phenomenon. I will argue that electronic bracelets incorporate methods of identification (ID bracelets), surveillance (ankle monitors), and authorization (event wristbands) to normalize labeling, scanning, and tracking of bodies with technologies that wearers can't interact with or easily remove. | This single-authored project will take the form of a humanities book project, with supporting journal articles, presentations, and interviews/op-eds, to study electronic braceleting as both an historical and cultural phenomenon. I will argue that electronic bracelets incorporate methods of identification (ID bracelets), surveillance (ankle monitors), and authorization (event wristbands) to normalize labeling, scanning, and tracking of bodies with technologies that wearers can't interact with or easily remove. | Yes | The project explores the cultural and historical implications of electronic bracelets, including their use for identification, surveillance, and authorization, which are relevant to DEI concerns. | Yes. The project explores the cultural and historical implications of electronic bracelets, including their use for identification, surveillance, and authorization, which are relevant to DEI concerns. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project, led by a single researcher supported by two doctoral students and an advisory board, will help us understand how the increasing use of robots in hotels, restaurants, and other service settings affects employees' work experiences. Using surveys and in-depth interviews, we will explore how employees feel about working alongside robots; the impact of the robot coworkers on the humans' sense of purpose, job satisfaction, perceptions of fairness, and ethical concerns; and how this integration may affect workplace relationships, including how tasks are shared between humans and robots. Findings will be shared through academic publications and targeted reports for industry professionals. This research will provide much-needed insights to help hospitality businesses integrate robots in ways that support both techno-logical advancement and a positive, fulfilling work environment for their employees.

This project, led by a single researcher supported by two doctoral students and an advisory board, will help us understand how the increasing use of robots in hotels, restaurants, and other service settings affects employees' work experiences. Using surveys and in-depth interviews, we will explore how employees feel about working alongside robots; the impact of the robot coworkers on the humans' sense of purpose, job satisfaction, perceptions of fairness, and ethical concerns; and how this integration may affect workplace relationships, including how tasks are shared between humans and robots. Findings will be shared through academic publications and targeted reports for industry professionals. This research will provide much-needed insights to help hospitality businesses integrate robots in ways that support both techno-logical advancement and a positive, fulfilling work environment for their employees.

Yes

This project explores the impact of robots on employees' work experiences and aims to provide insights for integrating robots in a positive work environment.

Yes. This project explores the impact of robots on employees' work experiences and aims to provide insights for integrating robots in a positive work environment.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project concerns our fascination with the ultimate purpose of Large Language Models (LLMs).  LLMs-like Open AI-are deep learning systems trained on vast bodies of linguistic data for the purposes of generating new natural language texts. My project draws out the ways in which our present debates about LLMs reflect a supposition that this emergent technology has, among its many possible effects, some function that is proper or central. This grant will support the development of this reading through historical research, as well as study of contemporary scholarly and popular media. The resulting project will connect contemporary debates about the nature and purpose of LLMs to a series of interpretive historical vignettes: from 17th century debates about the ideal language; to 19th and early 20th century developments in formal languages; and then to the ongoing debate in the cognitive sciences about whether language evolved as a tool of thought or of communication.

This project concerns our fascination with the ultimate purpose of Large Language Models (LLMs).  LLMs-like Open AI-are deep learning systems trained on vast bodies of linguistic data for the purposes of generating new natural language texts. My project draws out the ways in which our present debates about LLMs reflect a supposition that this emergent technology has, among its many possible effects, some function that is proper or central. This grant will support the development of this reading through historical research, as well as study of contemporary scholarly and popular media. The resulting project will connect contemporary debates about the nature and purpose of LLMs to a series of interpretive historical vignettes: from 17th century debates about the ideal language; to 19th and early 20th century developments in formal languages; and then to the ongoing debate in the cognitive sciences about whether language evolved as a tool of thought or of communication.

Yes

This project analyzes the historical and contemporary debates surrounding LLMs, connecting them to the nature and purpose of language, which is relevant to DEI.

Yes. This project analyzes the historical and contemporary debates surrounding LLMs, connecting them to the nature and purpose of language, which is relevant to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Artificial Intelligence and climate change are two omnipresent realities of the twenty-first century. Although they are often discussed as independent issues, AI and climate change are connected and catalytic. AI has been an important new tool for climate scientists to mitigate global warming, yet AI systems draw enormous amounts of electrical power from fossil fuels. Industry leaders in the US have recently laid the groundwork to buy small nuclear reactors to fix the problem of AI's dirty-energy drain. The notion that nuclear power is a clean energy source stems from a strategic federal campaign that originated in the 1950s. The project's goal is to understand the deeper history of AI industry leaders' enthusiasm for nuclear power and to enrich public and humanistic discussion of AI's climate impacts—by linking cultural histories of computing with environmental history. Support for two years of historical research will be the foundation of a book manuscript for a popular audience.

Artificial Intelligence and climate change are two omnipresent realities of the twenty-first century. Although they are often discussed as independent issues, AI and climate change are connected and catalytic. AI has been an important new tool for climate scientists to mitigate global warming, yet AI systems draw enormous amounts of electrical power from fossil fuels. Industry leaders in the US have recently laid the groundwork to buy small nuclear reactors to fix the problem of AI's dirty-energy drain. The notion that nuclear power is a clean energy source stems from a strategic federal campaign that originated in the 1950s. The project's goal is to understand the deeper history of AI industry leaders' enthusiasm for nuclear power and to enrich public and humanistic discussion of AI's climate impacts—by linking cultural histories of computing with environmental history. Support for two years of historical research will be the foundation of a book manuscript for a popular audience.

No

This text discusses the connection between AI and climate change but does not explicitly relate to DEI.

No. This text discusses the connection between AI and climate change but does not explicitly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will investigate the data-intensive algorithmic tools being deployed within education in the United States in order to understand how dependencies on corporate owned "artificial intelligence" systems are changing the philosophy and political economy of education, and what impact this is having on the pedagogical principles of American educational institutions.

This project will investigate the data-intensive algorithmic tools being deployed within education in the United States in order to understand how dependencies on corporate owned "artificial intelligence" systems are changing the philosophy and political economy of education, and what impact this is having on the pedagogical principles of American educational institutions.

Yes

The project aims to examine how the use of AI systems in education is impacting DEI by evaluating changes to educational philosophy and political economy.

Yes. The project aims to examine how the use of AI systems in education is impacting DEI by evaluating changes to educational philosophy and political economy.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project examines the subjective and objective risks of AgTech - new data-driven, digital and robotic technologies that utilize Artificial Intelligence (AI) to support and perform complex tasks in agriculture - on labor processes in the US fresh-fruit tree crop sector. AgTech has been increasingly applied on-farms to improve production as US agriculture faces challenges including increasing demand for food, climate change, and an aging skilled workforce. Scholarship suggests AgTech holds positive impacts for the industry, but also raises significant concerns for worker replacement and job loss. Yet, little is known about the actual risks AgTech holds for workers nor how these technologies may shape agriculture's trajectory in the US.

This project examines the subjective and objective risks of AgTech - new data-driven, digital and robotic technologies that utilize Artificial Intelligence (AI) to support and perform complex tasks in agriculture - on labor processes in the US fresh-fruit tree crop sector. AgTech has been increasingly applied on-farms to improve production as US agriculture faces challenges including increasing demand for food, climate change, and an aging skilled workforce. Scholarship suggests AgTech holds positive impacts for the industry, but also raises significant concerns for worker replacement and job loss. Yet, little is known about the actual risks AgTech holds for workers nor how these technologies may shape agriculture's trajectory in the US.

No

While this project explores the impacts of AgTech on labor processes, it does not explicitly address DEI factors.

No. While this project explores the impacts of AgTech on labor processes, it does not explicitly address DEI (Diversity, Equity, and Inclusion) factors.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This grant will support the writing of a book on a little-known yet highly influential digital practice: zero rating. The book provides a cultural history of Facebook's Internet.Org/Free Basic, the most globally prominent zero-rating scheme. It advances two core arguments. First, we must examine the centrality of zero-rating to understand the history of social media's global expansion. Second, the pervasiveness of zero-rating reveals the enduring cultural allure of free-of-charge technology—a core strategy of the playbook used by tech companies for their expansion. Drawing on six years of research conducted in Silicon Valley and among communities of digital rights activists across the globe, the project uses a mix of humanistic and innovative methods (archival research, qualitative media analysis, interviews, VPN and the wayback machine). The grant will provide funding for course releases, a manuscript workshop and a public roundtable on tech accountability in global perspectives.

This grant will support the writing of a book on a little-known yet highly influential digital practice: zero rating. The book provides a cultural history of Facebook's Internet.Org/Free Basic, the most globally prominent zero-rating scheme. It advances two core arguments. First, we must examine the centrality of zero-rating to understand the history of social media's global expansion. Second, the pervasiveness of zero-rating reveals the enduring cultural allure of free-of-charge technology—a core strategy of the playbook used by tech companies for their expansion. Drawing on six years of research conducted in Silicon Valley and among communities of digital rights activists across the globe, the project uses a mix of humanistic and innovative methods (archival research, qualitative media analysis, interviews, VPN and the wayback machine). The grant will provide funding for course releases, a manuscript workshop and a public roundtable on tech accountability in global perspectives.

Yes

This grant supports research on zero-rating, an influential digital practice, and its impact on social media's global expansion. It also examines the cultural allure of free technology.

Yes. This grant supports research on zero-rating, an influential digital practice, and its impact on social media's global expansion. It also examines the cultural allure of free technology.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will engage research to finalize the writing of a scholarly monograph on the social implications of new algorithmic and artificial intelligence-based systems deployed in US tenant housing. Referred to as landlord technologies, these systems include facial recognition-based building access hardware, rental price setting software, algorithmic tenant screening services, and virtual property management platforms. I have been studying and writing about tenant harms and gentrification implications of landlord technologies over the last five years in collaboration with Landlord Tech Watch.

This project will engage research to finalize the writing of a scholarly monograph on the social implications of new algorithmic and artificial intelligence-based systems deployed in US tenant housing. Referred to as landlord technologies, these systems include facial recognition-based building access hardware, rental price setting software, algorithmic tenant screening services, and virtual property management platforms. I have been studying and writing about tenant harms and gentrification implications of landlord technologies over the last five years in collaboration with Landlord Tech Watch.

Yes

The project focuses on the social implications of algorithmic systems in tenant housing, emphasizing the study of tenant harms and gentrification, which is relevant to the field of diversity, equity, and inclusion.

Yes. The project focuses on the social implications of algorithmic systems in tenant housing, emphasizing the study of tenant harms and gentrification, which is relevant to the field of diversity, equity, and inclusion.

---

This project revises the required course in the humanities for Spanish majors and minors: "Readings in the Literary Genres" taken by approximately 1,000 students a year. The revised course explores the theme of life as a road or journey through four geo-cultural modules: (1) the Iberian Peninsula; (2) Latin America; (3) the US/Mexico Borderlands; and (4) the student's own life. The course crosses multiple borders to expose students to the cultural heritage of the Luso-Hispanic world through an examination of the arts and literature treating the theme. The revision is designed to increase the retention of Hispanic and Latino students in our programs in the College of Humanities, currently at 36%, by using evidenced based teaching strategies found to be effective with these students. The class demonstrates for students how studies in the humanities enrich life in ways that are both tangible (by giving them skills with practical applications in work and non-work settings) and intangible.

This project revises the required course in the humanities for Spanish majors and minors: "Readings in the Literary Genres" taken by approximately 1,000 students a year. The revised course explores the theme of life as a road or journey through four geo-cultural modules: (1) the Iberian Peninsula; (2) Latin America; (3) the US/Mexico Borderlands; and (4) the student's own life. The course crosses multiple borders to expose students to the cultural heritage of the Luso-Hispanic world through an examination of the arts and literature treating the theme. The revision is designed to increase the retention of Hispanic and Latino students in our programs in the College of Humanities, currently at 36%, by using evidenced based teaching strategies found to be effective with these students. The class demonstrates for students how studies in the humanities enrich life in ways that are both tangible (by giving them skills with practical applications in work and non-work settings) and intangible.

Yes

The Spanish course revision aims to increase Hispanic and Latino student retention.

Yes. The Spanish course revision aims to increase Hispanic and Latino student retention.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.To counter deficiencies in humanities education of science majors, we propose to: 1) outline an integrated and humanities-grounded curriculum through an equal partnership of educators from both the humanities and the sciences, aimed at educating well-rounded scientists and to help science majors become better scientists; and 2) develop a plan for an interdisciplinary minor to implement and support the curriculum long-term. To accomplish these aims, we will convene a collaborative group of colleagues from the humanities, sciences, and education sciences to articulate the goals of the integrated curriculum and design it. We will explore student motivations and interests using surveys and focus groups. Additionally, we will also investigate the feasibility and barriers to implementation in consultation with humanities and science faculty, university leadership, and faculty senate. Finally, we will also seek advice from external consultants to develop and evaluate the curriculum and minor.

To counter deficiencies in humanities education of science majors, we propose to: 1) outline an integrated and humanities-grounded curriculum through an equal partnership of educators from both the humanities and the sciences, aimed at educating well-rounded scientists and to help science majors become better scientists; and 2) develop a plan for an interdisciplinary minor to implement and support the curriculum long-term. To accomplish these aims, we will convene a collaborative group of colleagues from the humanities, sciences, and education sciences to articulate the goals of the integrated curriculum and design it. We will explore student motivations and interests using surveys and focus groups. Additionally, we will also investigate the feasibility and barriers to implementation in consultation with humanities and science faculty, university leadership, and faculty senate. Finally, we will also seek advice from external consultants to develop and evaluate the curriculum and minor.

Yes | This proposal aims to integrate humanities education for science majors, promoting diversity, equity, and inclusion in STEM education. | Yes. This proposal aims to integrate humanities education for science majors, promoting diversity, equity, and inclusion in STEM education.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A twelve-month planning project to establish a project management incubator and certificate program for the liberal arts that will illustrate and enact how project management is an interdisciplinary form of knowledge whose foundational structure owes a great deal to the humanities, specifically to knowledge about human collaboration, collective decision making, and social construction.

A twelve-month planning project to establish a project management incubator and certificate program for the liberal arts that will illustrate and enact how project management is an interdisciplinary form of knowledge whose foundational structure owes a great deal to the humanities, specifically to knowledge about human collaboration, collective decision making, and social construction.

No | This project does not specifically mention diversity, equity, and inclusion or address underrepresented groups. | No. This project does not specifically mention diversity, equity, and inclusion or address underrepresented groups.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The School of Arts and Letters at Middle Georgia State University (MGSU) will use an exploratory grant to establish a Digital Humanities Lab (DHL). This initiative aims to provide underserved/underrepresented students with valuable Digital Humanities (DH) skills through curriculum revision and instructional enhancements. The DHL will serve as an interdisciplinary hub, integrating digital technologies with humanities, connecting students and community partners through hands-on opportunities. The connections built will allow 1800 students/yr to develop career-ready DH skills otherwise inaccessible to them. The project seeks consulting with DH professionals to establish best practices, faculty development planning, creating a curriculum redesign strategy, and exploring the logistics of establishing the DHL, with particular consideration for our community partners' needs. Ultimately, our overarching goal is to equip MGSU students with the skills to achieve their professional aspirations.

The School of Arts and Letters at Middle Georgia State University (MGSU) will use an exploratory grant to establish a Digital Humanities Lab (DHL). This initiative aims to provide underserved/underrepresented students with valuable Digital Humanities (DH) skills through curriculum revision and instructional enhancements. The DHL will serve as an interdisciplinary hub, integrating digital technologies with humanities, connecting students and community partners through hands-on opportunities. The connections built will allow 1800 students/yr to develop career-ready DH skills otherwise inaccessible to them. The project seeks consulting with DH professionals to establish best practices, faculty development planning, creating a curriculum redesign strategy, and exploring the logistics of establishing the DHL, with particular consideration for our community partners' needs. Ultimately, our overarching goal is to equip MGSU students with the skills to achieve their professional aspirations.

Yes | The establishment of the Digital Humanities Lab aims to provide underserved/underrepresented students with valuable skills, contributing to diversity, equity, and inclusion in education. | Yes. The establishment of the Digital Humanities Lab aims to provide underserved/underrepresented students with valuable skills, contributing to diversity, equity, and inclusion in education.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Humanities Division at Eureka College seeks to enhance and expand our internship offerings, both on and off campus. We intend to research area businesses and organizations to identify potential community affiliates that can provide experiential learning opportunities for humanities students. Ultimately, we aim to develop off-campus internships that meet a broader range of students' geographical and disciplinary needs than in the past. We also plan to redesign an existing on-campus internship at the Eureka Literary Magazine (ELM), following its recent transition to a digital format.  We will incorporate expanded digital publication training for ELM interns and build the framework for outreach initiatives that serve our community and promote creative writing. Finally, we will work to build a division-wide internship culture by creating a shared humanities internship database and by implementing standardized intern recruitment processes.

The Humanities Division at Eureka College seeks to enhance and expand our internship offerings, both on and off campus. We intend to research area businesses and organizations to identify potential community affiliates that can provide experiential learning opportunities for humanities students. Ultimately, we aim to develop off-campus internships that meet a broader range of students' geographical and disciplinary needs than in the past. We also plan to redesign an existing on-campus internship at the Eureka Literary Magazine (ELM), following its recent transition to a digital format.  We will incorporate expanded digital publication training for ELM interns and build the framework for outreach initiatives that serve our community and promote creative writing. Finally, we will work to build a division-wide internship culture by creating a shared humanities internship database and by implementing standardized intern recruitment processes.

Yes | The initiative aims to enhance internship opportunities, promote community engagement, and create a more inclusive and diverse internship culture. | Yes. The initiative aims to enhance internship opportunities, promote community engagement, and create a more inclusive and diverse internship culture.

| | Prompt | Description | | Explanation A | Explanation B |
|---|---|---|---|---|---|
| 972 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."Legacies of War: Memorials and Memories of the American Civil War and the Vietnam War" is a collaborative project between faculty in National University's School of Arts, Letters, and Sciences, Veteran Center, veteran-student alumni, and participants from our previous program to conduct a year-long training and discussion program under the auspices of the NEH "Dialogues on the Experiences of War" grant. It is a five-month long Dialogues on the Experience of War discussion program in which participants meet twice monthly to discuss the legacies of two wars and how they continue to shape the cultural and political landscape in the U.S. | "Legacies of War: Memorials and Memories of the American Civil War and the Vietnam War" is a collaborative project between faculty in National University's School of Arts, Letters, and Sciences, Veteran Center, veteran-student alumni, and participants from our previous program to conduct a year-long training and discussion program under the auspices of the NEH "Dialogues on the Experiences of War" grant. It is a five-month long Dialogues on the Experience of War discussion program in which participants meet twice monthly to discuss the legacies of two wars and how they continue to shape the cultural and political landscape in the U.S. | No | This initiative does not directly relate to DEI as it focuses on discussing the legacies of wars rather than promoting diversity, equity, and inclusion. | No. This initiative does not directly relate to DEI as it focuses on discussing the legacies of wars rather than promoting diversity, equity, and inclusion. |
| 973 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Thiel College's project integrates the Digital Humanities into our general education offerings in English, history, and philosophy in order to reach the greatest number of students. As humanists, we always work to instill in our students the critical reading, thinking, and writing skills foundational to understanding and engaging with the world. We recognize the need to apply these skills more intentionally to digital environments. Our Digital Humanities initiative will allow us to do this by focusing on three areas: access to digital tools, digital literacy, and campus outreach. Under this initiative, faculty will design new courses and modules to give students access to tools like AI and website design, develop digital and information literacy, and engage broader campus for input on additional digital skills the humanities could incorporate. | Thiel College's project integrates the Digital Humanities into our general education offerings in English, history, and philosophy in order to reach the greatest number of students. As humanists, we always work to instill in our students the critical reading, thinking, and writing skills foundational to understanding and engaging with the world. We recognize the need to apply these skills more intentionally to digital environments. Our Digital Humanities initiative will allow us to do this by focusing on three areas: access to digital tools, digital literacy, and campus outreach. Under this initiative, faculty will design new courses and modules to give students access to tools like AI and website design, develop digital and information literacy, and engage broader campus for input on additional digital skills the humanities could incorporate. | No | Thiel College's project focuses on integrating digital tools, literacy, and campus outreach into humanities education but does not explicitly mention any aspects of DEI. | No. Thiel College's project focuses on integrating digital tools, literacy, and campus outreach into humanities education but does not explicitly mention any aspects of DEI. |
| 974 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In partnership with the Association of Professional Chaplains (APC), Georgia State University's Department of Religious Studies will open the first Pathway to Chaplaincy at a public institution in the United States in the fall of 2024. Students in the Pathway will earn an MA in Religious Studies, a Certificate in Chaplaincy Studies, and a total of at least 48 graduate credit hours in coursework that prepares them for careers in spiritual care. By studying the world's religious traditions and the traditions' approaches to community and caretaking, Pathway students gain skills in religious literacy and interfaith understanding necessary for pursuing APC certification and excelling as chaplains. | In partnership with the Association of Professional Chaplains (APC), Georgia State University's Department of Religious Studies will open the first Pathway to Chaplaincy at a public institution in the United States in the fall of 2024. Students in the Pathway will earn an MA in Religious Studies, a Certificate in Chaplaincy Studies, and a total of at least 48 graduate credit hours in coursework that prepares them for careers in spiritual care. By studying the world's religious traditions and the traditions' approaches to community and caretaking, Pathway students gain skills in religious literacy and interfaith understanding necessary for pursuing APC certification and excelling as chaplains. | Yes | The Pathway to Chaplaincy program promotes DEI by providing students with religious literacy and interfaith understanding, essential for excelling as chaplains. | Yes. The Pathway to Chaplaincy program promotes DEI by providing students with religious literacy and interfaith understanding, essential for excelling as chaplains. |
| 975 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will fund a discussion series hosted at the Veterans Community Project (VCP) and will train residents and affiliates of the VCP to lead discussions of the experiences of war and reintegration to civilian life with both groups of other veterans and groups of a mix of veterans, members of the community, and students. | This project will fund a discussion series hosted at the Veterans Community Project (VCP) and will train residents and affiliates of the VCP to lead discussions of the experiences of war and reintegration to civilian life with both groups of other veterans and groups of a mix of veterans, members of the community, and students. | Yes | This project supports DEI by creating opportunities for diverse groups to engage in discussions about war experiences and reintegration. | Yes. This project supports DEI by creating opportunities for diverse groups to engage in discussions about war experiences and reintegration. |
| 976 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project aims to strengthen and expand the teaching and study of the humanities by enhancing the University of Colorado Boulder's existing Indigenous languages and cultures Program and creating new curricula and educational resources to show the diversity of Indigenous cultures, ideas, and practices—both past and present—in the Americas. This project builds a comprehensive understanding of both Central Zapotec and Central Quechua varieties highlighting that Indigenous languages and cultures hold key concepts stemming from a plurality of traditional worldviews. We will create 12 modules for the teaching of these languages and cultures in two respective introductory courses. We will organize pedagogical workshops and create these modules with consultants and expert collaborators in the US and Latin America. These materials will be published digitally in Zapotec, Quechua, Spanish, and English, in an open-access platform for use by other instructors at other institutions. | This project aims to strengthen and expand the teaching and study of the humanities by enhancing the University of Colorado Boulder's existing Indigenous languages and cultures Program and creating new curricula and educational resources to show the diversity of Indigenous cultures, ideas, and practices—both past and present—in the Americas. This project builds a comprehensive understanding of both Central Zapotec and Central Quechua varieties highlighting that Indigenous languages and cultures hold key concepts stemming from a plurality of traditional worldviews. We will create 12 modules for the teaching of these languages and cultures in two respective introductory courses. We will organize pedagogical workshops and create these modules with consultants and expert collaborators in the US and Latin America. These materials will be published digitally in Zapotec, Quechua, Spanish, and English, in an open-access platform for use by other instructors at other institutions. | Yes | This project focuses on enhancing Indigenous languages and cultures, promoting diversity and inclusivity in education, which relates to DEI. | Yes. This project focuses on enhancing Indigenous languages and cultures, promoting diversity and inclusivity in education, which relates to DEI. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.New York University, the DE-CRUIT Veterans Program, and the Veterans Transition Center propose a series of discussion groups for veterans who have been previously incarcerated. The groups will examine writings by Shakespeare and other plays, poetry, short prose, and historical texts and will apply that examination to an analysis of events and experiences connected to World War I and the Iraq War. The discussions will illuminate the following themes: (a) the insights that can be gained from exploring war and the veteran experience in supporting the post-prison transition, and (b) the role of camaraderie and community in overcoming trauma and readjusting to civilian life. All of the veterans who will train to be discussion leaders will have previously completed the DE-CRUIT program and have served as DE-CRUIT facilitators. Authors of many of the key humanities sources will co-lead discussions of their writings alongside the veteran discussion leaders.

New York University, the DE-CRUIT Veterans Program, and the Veterans Transition Center propose a series of discussion groups for veterans who have been previously incarcerated. The groups will examine writings by Shakespeare and other plays, poetry, short prose, and historical texts and will apply that examination to an analysis of events and experiences connected to World War I and the Iraq War. The discussions will illuminate the following themes: (a) the insights that can be gained from exploring war and the veteran experience in supporting the post-prison transition, and (b) the role of camaraderie and community in overcoming trauma and readjusting to civilian life. All of the veterans who will train to be discussion leaders will have previously completed the DE-CRUIT program and have served as DE-CRUIT facilitators. Authors of many of the key humanities sources will co-lead discussions of their writings alongside the veteran discussion leaders.

No    This initiative brings together veterans and focuses on literature, history, and the effects of war, but does not specifically mention DEI.

No. This initiative brings together veterans and focuses on literature, history, and the effects of war, but does not specifically mention DEI.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The focus of this project is to three-fold: 1) to support the innovative work of bringing together Lakeland faculty to refine, document, and assess the humanities-based skills and dispositions we want our students to enhance in experiential education placements; 2) to identify and develop in cooperation with area employers experiential education opportunities that engage those humanities-based skills and dispositions; 3) to facilitate student access to valuable experiential learning placements in area non-profits and small businesses which cannot afford to offer our students a competitive wage.

The focus of this project is to three-fold: 1) to support the innovative work of bringing together Lakeland faculty to refine, document, and assess the humanities-based skills and dispositions we want our students to enhance in experiential education placements; 2) to identify and develop in cooperation with area employers experiential education opportunities that engage those humanities-based skills and dispositions; 3) to facilitate student access to valuable experiential learning placements in area non-profits and small businesses which cannot afford to offer our students a competitive wage.

No    This project focuses on enhancing humanities-based skills and facilitating experiential learning placements, but does not mention DEI explicitly.

No. This project focuses on enhancing humanities-based skills and facilitating experiential learning placements, but does not mention DEI explicitly.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Guided by art historians at Alabama State University (ASU) and Jackson State University (JSU), this project provides HBCU undergraduate students with training to create educational resources centered on African American art history. Students will act as researchers and designers—developing content, curriculum, graphic, and web designs—to enhance www.AfricanAmericanArtHistory.com and publish a catalog showcasing JSU's African American art collection. These efforts will generate globally accessible resources, with a special focus on overlooked contributions of Southern artists. The project culminates in a joint ASU-JSU exhibition of their storied collections and symposium featuring student-scholars, showcasing their content expertise and newly developed resources. This initiative strengthens the academic reputation of the participating HBCUs, enriches their art history programs, fosters interdisciplinary collaboration, and provides much-needed funding support.

Guided by art historians at Alabama State University (ASU) and Jackson State University (JSU), this project provides HBCU undergraduate students with training to create educational resources centered on African American art history. Students will act as researchers and designers—developing content, curriculum, graphic, and web designs—to enhance www.AfricanAmericanArtHistory.com and publish a catalog showcasing JSU's African American art collection. These efforts will generate globally accessible resources, with a special focus on overlooked contributions of Southern artists. The project culminates in a joint ASU-JSU exhibition of their storied collections and symposium featuring student-scholars, showcasing their content expertise and newly developed resources. This initiative strengthens the academic reputation of the participating HBCUs, enriches their art history programs, fosters interdisciplinary collaboration, and provides much-needed funding support.

Yes    This project promotes diversity, equity, and inclusion by providing training to HBCU students and showcasing overlooked contributions of Southern artists.

Yes. This project promotes diversity, equity, and inclusion by providing training to HBCU students and showcasing overlooked contributions of Southern artists.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Lasell University seeks an NEH Spotlight Development Award to reinvigorate our community's appreciation for the Humanities, particularly philosophy, by enhancing an eight-year element of our core curriculum: the Junior Ethics Experience (JEE).  The JEE has been a pivotal component of our inquiry-based education in the humanities and liberal arts and requires all junior students take a cohort-style course in Ethical Reasoning (PHIL302) that explores ethical dilemmas while studying value theory and critical thinking.  A Development Award from the Spotlight program would provide the seed money necessary to reshape the JEE to better integrate the classroom experience into the broader campus through community book clubs, explicit reading instruction, and peer mentoring. Our Spotlight Project seeks to create a more integrated student experience, increase the visibility of humanities at Lasell, and better prepare students to navigate ethical challenges in a diverse world.

Lasell University seeks an NEH Spotlight Development Award to reinvigorate our community's appreciation for the Humanities, particularly philosophy, by enhancing an eight-year element of our core curriculum: the Junior Ethics Experience (JEE).  The JEE has been a pivotal component of our inquiry-based education in the humanities and liberal arts and requires all junior students take a cohort-style course in Ethical Reasoning (PHIL302) that explores ethical dilemmas while studying value theory and critical thinking.  A Development Award from the Spotlight program would provide the seed money necessary to reshape the JEE to better integrate the classroom experience into the broader campus through community book clubs, explicit reading instruction, and peer mentoring. Our Spotlight Project seeks to create a more integrated student experience, increase the visibility of humanities at Lasell, and better prepare students to navigate ethical challenges in a diverse world.

Yes    The initiative aims to create a more integrated student experience, increase visibility of humanities, and better prepare students for diversity and ethical challenges.

Yes. The initiative aims to create a more integrated student experience, increase visibility of humanities, and better prepare students for diversity and ethical challenges. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Modern Language Association (MLA) requests $60,000 over two years to support the revision and expansion of a virtual professional development workshop series to prepare humanities instructors and leaders at small and mid-sized institutions to align humanities courses in languages and literature with career-minded outcomes that benefit underserved students. In a workshop series for twenty faculty members from small and mid-sized institutions, the MLA will demonstrate how to 1) align learning outcomes in humanities classrooms with careers; 2) use data, resources, and partnerships strengthen career readiness and build effective connections between the classroom and applied humanities contexts; 3) develop course and curricular designs, action plans, and methods for studying impact; and 4) make the case for career readiness initiatives with upper administrators to strengthen humanities programs.

The Modern Language Association (MLA) requests $60,000 over two years to support the revision and expansion of a virtual professional development workshop series to prepare humanities instructors and leaders at small and mid-sized institutions to align humanities courses in languages and literature with career-minded outcomes that benefit underserved students. In a workshop series for twenty faculty members from small and mid-sized institutions, the MLA will demonstrate how to 1) align learning outcomes in humanities classrooms with careers; 2) use data, resources, and partnerships strengthen career readiness and build effective connections between the classroom and applied humanities contexts; 3) develop course and curricular designs, action plans, and methods for studying impact; and 4) make the case for career readiness initiatives with upper administrators to strengthen humanities programs.

Yes    The MLA's request aims to support underserved students by aligning humanities courses with career outcomes and strengthening career readiness initiatives.

Yes. The MLA's request aims to support underserved students by aligning humanities courses with career outcomes and strengthening career readiness initiatives. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project builds on the prestigious seminar the PI completed at the Duke Civil Discourse Project. The proposed project within this application will sponsor five events per year and each event has two experts who disagree on fundamental points but can engage in conversation. The event series will model civil discourse for the applicant's campus, regional community, and nation.

This project builds on the prestigious seminar the PI completed at the Duke Civil Discourse Project. The proposed project within this application will sponsor five events per year and each event has two experts who disagree on fundamental points but can engage in conversation. The event series will model civil discourse for the applicant's campus, regional community, and nation.

No    The description does not mention anything specific related to diversity, equity, or inclusion (DEI).

No. The description does not mention anything specific related to diversity, equity, or inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The "Debate Across the Curriculum" Project aims to integrate the principles of reasoned debate into interdisciplinary contexts across the colleges and majors at the University of Utah. This will be achieved in three primary phases: (1) identifying best practices in related programs, (2) developing training materials and implementing a training program for participating faculty, and (3) supporting participating faculty in efforts to integrate debate into their existing course curricula across multiple colleges. By introducing faculty and students from across disciplines to Humanities' principles of critical thinking, encouraging academic dialogue, and cultivating an appreciation for diverse perspectives, this project underscores the relevance of the Humanities across myriad disciplines. Moreover, debate, as a tool of intellectual inquiry and civic engagement, is both relevant to and prepares students for the current conditions of national life.

The "Debate Across the Curriculum" Project aims to integrate the principles of reasoned debate into interdisciplinary contexts across the colleges and majors at the University of Utah. This will be achieved in three primary phases: (1) identifying best practices in related programs, (2) developing training materials and implementing a training program for participating faculty, and (3) supporting participating faculty in efforts to integrate debate into their existing course curricula across multiple colleges. By introducing faculty and students from across disciplines to Humanities' principles of critical thinking, encouraging academic dialogue, and cultivating an appreciation for diverse perspectives, this project underscores the relevance of the Humanities across myriad disciplines. Moreover, debate, as a tool of intellectual inquiry and civic engagement, is both relevant to and prepares students for the current conditions of national life.

No    This initiative focuses on integrating debate principles across disciplines, but it does not specifically address DEI efforts.

No. This initiative focuses on integrating debate principles across disciplines, but it does not specifically address DEI (Diversity, Equity, and Inclusion) efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We seek NEH support for the implementation of an undergraduate Certificate in AI & Data Ethics, led by UW-Madison's Philosophy Department. Utilizing existing local research networks, we have assembled an interdisciplinary humanities faculty team to lead the curriculum design. We have also deepened faculty networks beyond humanities to secure implementation support from key partners in Computer Science, Statistics, Communication Arts, and the Information School. We anticipate high demand from students in UW-Madison's rapidly expanding Computer, Data, and Information Science programs. If even 5% of these students enroll, we will have an initial cohort of 200 students. Institutional resources will allow us to meet this initial demand. NEH's support would enable us to balance scale and growth rate with pedagogical quality by providing transformative support structures, such as faculty development, curriculum workshops, and outreach targeting underrepresented student populations.

We seek NEH support for the implementation of an undergraduate Certificate in AI & Data Ethics, led by UW-Madison's Philosophy Department. Utilizing existing local research networks, we have assembled an interdisciplinary humanities faculty team to lead the curriculum design. We have also deepened faculty networks beyond humanities to secure implementation support from key partners in Computer Science, Statistics, Communication Arts, and the Information School. We anticipate high demand from students in UW-Madison's rapidly expanding Computer, Data, and Information Science programs. If even 5% of these students enroll, we will have an initial cohort of 200 students. Institutional resources will allow us to meet this initial demand. NEH's support would enable us to balance scale and growth rate with pedagogical quality by providing transformative support structures, such as faculty development, curriculum workshops, and outreach targeting underrepresented student populations.

No    This initiative primarily focuses on integrating AI and data ethics into the undergraduate curriculum, rather than directly addressing diversity, equity, and inclusion (DEI) issues.

No. This initiative primarily focuses on integrating AI and data ethics into the undergraduate curriculum, rather than directly addressing diversity, equity, and inclusion (DEI) issues.

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Philosophy as a Way of Life: A Humanities Approach to Becoming a Good Engineer is a three-year initiative to design and implement a professional ethics curriculum for Engineering and Computer Science students using Philosophy as a Way of Life (PWOL) pedagogy. Our redesigned course will center upon a humanistic notion of what makes a good engineer and move beyond a reductive, compliance-based notion of professional ethics for engineers. PWOL pedagogy teaches philosophy by emphasizing the living or existential side of the philosophical tradition through two key pedagogical components: immersive assignments and peer-led dialogue. The program will employ 64 senior students as Peer Dialogue leaders and enroll 1120 students over 3 years. Materials developed will be made freely available as Open Educational Resources. | Philosophy as a Way of Life: A Humanities Approach to Becoming a Good Engineer is a three-year initiative to design and implement a professional ethics curriculum for Engineering and Computer Science students using Philosophy as a Way of Life (PWOL) pedagogy. Our redesigned course will center upon a humanistic notion of what makes a good engineer and move beyond a reductive, compliance-based notion of professional ethics for engineers. PWOL pedagogy teaches philosophy by emphasizing the living or existential side of the philosophical tradition through two key pedagogical components: immersive assignments and peer-led dialogue. The program will employ 64 senior students as Peer Dialogue leaders and enroll 1120 students over 3 years. Materials developed will be made freely available as Open Educational Resources. | No | This initiative focuses on designing an ethics curriculum using philosophy, but there is no mention of diversity, equity, or inclusion (DEI) in the description provided. | No. This initiative focuses on designing an ethics curriculum using philosophy, but there is no mention of diversity, equity, or inclusion (DEI) in the description provided. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The large bronze Temple Bell of Lahaina Jodo Mission was damaged during its rescue from the fires that devastated Lahaina town on August 8, 2023. This project involves the restoration of this historic cultural object that symbolizes the resilience of Lahaina. | The large bronze Temple Bell of Lahaina Jodo Mission was damaged during its rescue from the fires that devastated Lahaina town on August 8, 2023. This project involves the restoration of this historic cultural object that symbolizes the resilience of Lahaina. | Yes | The restoration project of the Temple Bell relates to DEI as it involves preserving and celebrating the cultural heritage and resilience of Lahaina. | Yes. The restoration project of the Temple Bell relates to DEI as it involves preserving and celebrating the cultural heritage and resilience of Lahaina. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Myriad requests support to present an innovative, multi-channel, collaborative born-digital preservation and access training program, focusing on under-resourced cultural institutions located throughout the American Southeast. The training program will combine established digital preservation techniques and best practices with an expanded new curriculum developed by Myriad's NEH-supported Maintenance Culture project in consultation with a national network of preservation professionals. Designed specifically to address complex born-digital creative works such as video and audio works, illustration, design works, software-based art, and installation art, Myriad's newly developed curriculum and digital preservation guidelines have, at this writing, been deployed successfully at a training workshop in Seattle in April 2023; and five other regional training workshops, in Baltimore, Houston, New Orleans, Detroit, and Los Angeles, are scheduled through the summer and fall of 2023. | Myriad requests support to present an innovative, multi-channel, collaborative born-digital preservation and access training program, focusing on under-resourced cultural institutions located throughout the American Southeast. The training program will combine established digital preservation techniques and best practices with an expanded new curriculum developed by Myriad's NEH-supported Maintenance Culture project in consultation with a national network of preservation professionals. Designed specifically to address complex born-digital creative works such as video and audio works, illustration, design works, software-based art, and installation art, Myriad's newly developed curriculum and digital preservation guidelines have, at this writing, been deployed successfully at a training workshop in Seattle in April 2023; and five other regional training workshops, in Baltimore, Houston, New Orleans, Detroit, and Los Angeles, are scheduled through the summer and fall of 2023. | Yes | The program supports DEI by focusing on under-resourced cultural institutions and providing training specifically designed to address complex born-digital creative works. | Yes. The program supports DEI by focusing on under-resourced cultural institutions and providing training specifically designed to address complex born-digital creative works. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Chair's Disaster Recovery Grant for Humanities Collections will provide funding for the care and preservation of approximately 1,500 objects in the Roswell Museum's permanent collection that were displaced following a major flood on October 19-20, 2024. Specific tasks will include: cleaning of dust left from flood debris, documentation, rehousing in new archival materials, digitization of collections records, and support of a collections intern to aid in project implementation. | The Chair's Disaster Recovery Grant for Humanities Collections will provide funding for the care and preservation of approximately 1,500 objects in the Roswell Museum's permanent collection that were displaced following a major flood on October 19-20, 2024. Specific tasks will include: cleaning of dust left from flood debris, documentation, rehousing in new archival materials, digitization of collections records, and support of a collections intern to aid in project implementation. | Yes | The Chair's Disaster Recovery Grant for Humanities Collections relates to DEI through the support of a collections intern, aiding in project implementation. | Yes. The Chair's Disaster Recovery Grant for Humanities Collections relates to DEI through the support of a collections intern, aiding in project implementation. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The KVZK / American Samoa Public Media Digitization Project seeks to digitize, preserve,<br /> and make accessible 11,630 historic public television programs produced by KVZK from 1965 to 2020.<br /> In 2023, the Council on Library and Information Resources (CLIR) funded an initial effort to preserve the<br /> collection, but challenges described below resulted in a funding gap that has postponed completion of the<br /> project. This request for $350,000 from NEH will allow KVZK to complete the project and preserve all<br /> 11,630 items in the collection. | The KVZK / American Samoa Public Media Digitization Project seeks to digitize, preserve,<br /> and make accessible 11,630 historic public television programs produced by KVZK from 1965 to 2020.<br /> In 2023, the Council on Library and Information Resources (CLIR) funded an initial effort to preserve the<br /> collection, but challenges described below resulted in a funding gap that has postponed completion of the<br /> project. This request for $350,000 from NEH will allow KVZK to complete the project and preserve all<br /> 11,630 items in the collection. | No | This initiative does not directly relate to DEI as it focuses on digitization and preservation of historic public television programs. | No. This initiative does not directly relate to DEI as it focuses on digitization and preservation of historic public television programs. |

Ex. 15 US-000062485.xlsx

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Implementation project fitting the following criteria: developing databases, virtual collections, other digital resources, or project-specific tools to codify information on a subject or to provide integrated access to selected humanities materials. This goal of this project is to digitize archival material at the Swedish American Museum. There are several stages to this project: digitization, rehousing, correcting and updating metadata in the Museum's database CatalogIt, and publishing digitized records online. Increase access to material that focuses on personal immigration stories and items that relate to the Swedish-American experience in Chicago between the late 1880s and the mid-1900s, when Swedish migration and Swedish-American culture flourished in Chicago. We believe that the Swedish-American stories can contribute to the understanding of immigrant lives, ethnic identities, and cultural traditions in Chicago and the United States more generally. | Implementation project fitting the following criteria: developing databases, virtual collections, other digital resources, or project-specific tools to codify information on a subject or to provide integrated access to selected humanities materials. This goal of this project is to digitize archival material at the Swedish American Museum. There are several stages to this project: digitization, rehousing, correcting and updating metadata in the Museum's database CatalogIt, and publishing digitized records online. Increase access to material that focuses on personal immigration stories and items that relate to the Swedish-American experience in Chicago between the late 1880s and the mid-1900s, when Swedish migration and Swedish-American culture flourished in Chicago. We believe that the Swedish-American stories can contribute to the understanding of immigrant lives, ethnic identities, and cultural traditions in Chicago and the United States more generally. | Yes | This project aims to increase access to material that focuses on personal immigration stories and Swedish-American culture, contributing to the understanding of immigrant lives and cultural traditions. | Yes. This project aims to increase access to material that focuses on personal immigration stories and Swedish-American culture, contributing to the understanding of immigrant lives and cultural traditions. #DEI |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Retablo Research Hub project supports the planning phase of an online research hub for the largest U.S. collection of Mexican retablos (devotional paintings on tin). The Retablo Research Hub will also house an online repository of digitized retablo history documents, scholarly research, translations and exhibition information. Retablos evidence the legacy of European colonization in Latin America through Indigenous Mexican artistic traditions. Scholars in art history, religious studies, and Latinx culture will be able to explore themes of devotion, resilience, place, labor, and healing. The proposed project will produce 1) a content report, created by a humanities scholar, summarizing the value of the collection for the target audience, with recommendations for the hub's design; and 2) an implementation plan, including the Retablo Hub site map, cost estimates, technical specifications, and timeline for creation of the hub. | The Retablo Research Hub project supports the planning phase of an online research hub for the largest U.S. collection of Mexican retablos (devotional paintings on tin). The Retablo Research Hub will also house an online repository of digitized retablo history documents, scholarly research, translations and exhibition information. Retablos evidence the legacy of European colonization in Latin America through Indigenous Mexican artistic traditions. Scholars in art history, religious studies, and Latinx culture will be able to explore themes of devotion, resilience, place, labor, and healing. The proposed project will produce 1) a content report, created by a humanities scholar, summarizing the value of the collection for the target audience, with recommendations for the hub's design; and 2) an implementation plan, including the Retablo Hub site map, cost estimates, technical specifications, and timeline for creation of the hub. | No | The Retablo Research Hub project focuses on the planning and creation of an online research hub for Mexican retablos. Although it highlights aspects of Latinx culture and Indigenous Mexican artistic traditions, it does not directly relate to Diversity, Equity, and Inclusion (DEI) initiatives. | No. The Retablo Research Hub project focuses on the planning and creation of an online research hub for Mexican retablos. Although it highlights aspects of Latinx culture and Indigenous Mexican artistic traditions, it does not directly relate to Diversity, Equity, and Inclusion (DEI) initiatives. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Myriad requests support to present an innovative, collaborative born-digital preservation and access training program. The training program will combine established digital preservation techniques and best practices with an expanded new curriculum developed by Myriad's NEH-supported Maintenance Culture project in consultation with a national network of preservation professionals. Designed specifically to address complex born-digital creative works such as video and audio works, illustration, design works, software-based art, and installation art, Myriad's newly developed curriculum and digital preservation guidelines have been presented at six locations throughout the US. For the upcoming grant cycle, Myriad will target smaller cultural heritage institutions who have not previously had access to tailored practical support of this kind through accessible online training and the launch of a Field Conservation Department, which will provide 20 on-site assessment consultations. | Myriad requests support to present an innovative, collaborative born-digital preservation and access training program. The training program will combine established digital preservation techniques and best practices with an expanded new curriculum developed by Myriad's NEH-supported Maintenance Culture project in consultation with a national network of preservation professionals. Designed specifically to address complex born-digital creative works such as video and audio works, illustration, design works, software-based art, and installation art, Myriad's newly developed curriculum and digital preservation guidelines have been presented at six locations throughout the US. For the upcoming grant cycle, Myriad will target smaller cultural heritage institutions who have not previously had access to tailored practical support of this kind through accessible online training and the launch of a Field Conservation Department, which will provide 20 on-site assessment consultations. | Yes | Myriad aims to address DEI by targeting smaller cultural heritage institutions and providing accessible online training and on-site consultations. | Yes. Myriad aims to address DEI by targeting smaller cultural heritage institutions and providing accessible online training and on-site consultations. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The PBCore Data Model Project will undertake research into institutional needs and metadata infrastructure to develop a simplified data model for the PBCore metadata schema that can be represented within a variety of tools and management systems. The project will generate documentation of the new model and an improved suite of tools demonstrating its usage, including the PBSpace plugin and PBCore Cataloging Tool, as well as detailed case studies showing how different kinds of cultural heritage organizations can adopt the data model. The project will also update the existing PBCore XML schema and controlled vocabularies to ensure that both current users of the schema and users who adopt the simplified data model can continue to exchange metadata in a standardized fashion. | The PBCore Data Model Project will undertake research into institutional needs and metadata infrastructure to develop a simplified data model for the PBCore metadata schema that can be represented within a variety of tools and management systems. The project will generate documentation of the new model and an improved suite of tools demonstrating its usage, including the PBSpace plugin and PBCore Cataloging Tool, as well as detailed case studies showing how different kinds of cultural heritage organizations can adopt the data model. The project will also update the existing PBCore XML schema and controlled vocabularies to ensure that both current users of the schema and users who adopt the simplified data model can continue to exchange metadata in a standardized fashion. | Yes | The PBCore Data Model Project aims to develop a simplified data model for metadata, which can be adopted by different cultural heritage organizations, supporting diversity, equity, and inclusion in information management. | Yes. The PBCore Data Model Project aims to develop a simplified data model for metadata, which can be adopted by different cultural heritage organizations, supporting diversity, equity, and inclusion in information management. |

Ex. 15 US-000062485.xlsx

**994** Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Magazines were the most vital format of the early-twentieth century media landscape. The 1930s and 1940s saw the ascendency of electric media such as radio, cinema, and television. However, before that, print was the sole mass medium, in which magazines embodied a dynamic forum for new ideas and playful experiments with the physical media that carried them. The golden age of magazines during the 1900s through the 1930s was made possible by decades technological revolution, innovations in distribution networks, and rising literacy rates during the nineteenth century. In the current proposal, we seek funding to add an important cluster of new titles to the Modernist Journals Project collection as well as later issues of existing titles, in order to make a larger swath of primary material available to scholars, teachers, and students.

Magazines were the most vital format of the early-twentieth century media landscape. The 1930s and 1940s saw the ascendency of electric media such as radio, cinema, and television. However, before that, print was the sole mass medium, in which magazines embodied a dynamic forum for new ideas and playful experiments with the physical media that carried them. The golden age of magazines during the 1900s through the 1930s was made possible by decades technological revolution, innovations in distribution networks, and rising literacy rates during the nineteenth century. In the current proposal, we seek funding to add an important cluster of new titles to the Modernist Journals Project collection as well as later issues of existing titles, in order to make a larger swath of primary material available to scholars, teachers, and students.

No — The description does not directly relate to DEI as it focuses on the historical significance of magazines and seeking funding for the Modernist Journals Project collection.

No. The description does not directly relate to DEI as it focuses on the historical significance of magazines and seeking funding for the Modernist Journals Project collection.

**995** The Virginia Fox Stern Center for the History of the Book in the Sheridan Libraries of Johns Hopkins University seeks a two-year grant from the National Endowment for the Humanities to implement an online database and digital library that will document and make publicly accessible a collection of approximately 5,000 early modern printed ephemera collected and uniquely annotated with manuscript notes by the jurist, parliamentarian, and diarist Narcissus Luttrell over a fifty year period (1679-1730). Project goals include: 1) recovering and providing unprecedented access to the largest extant archive of early modern English-language ephemeral print culture; 2) producing data analyses and visualizations reflective of the "Luttrell File" database; and 3) produce a virtual digital library of selected materials representative of the breadth of unique early modern English-language ephemera.

The Virginia Fox Stern Center for the History of the Book in the Sheridan Libraries of Johns Hopkins University seeks a two-year grant from the National Endowment for the Humanities to implement an online database and digital library that will document and make publicly accessible a collection of approximately 5,000 early modern printed ephemera collected and uniquely annotated with manuscript notes by the jurist, parliamentarian, and diarist Narcissus Luttrell over a fifty year period (1679-1730). Project goals include: 1) recovering and providing unprecedented access to the largest extant archive of early modern English-language ephemeral print culture; 2) producing data analyses and visualizations reflective of the "Luttrell File" database; and 3) produce a virtual digital library of selected materials representative of the breadth of unique early modern English-language ephemera.

No — The early modern ephemera database focuses on print culture, not DEI.

No. The early modern ephemera database focuses on print culture, not DEI.

**996** Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Our project will preserve and make accessible an irreplaceable trove of archival materials documenting the rich and nearly complete history of Southern California's oldest African American Baptist church from its founding in 1885 to the present. We will arrange and describe the SBCLA archive, which includes 175 linear feet of materials and a born-digital collection of 1,673 audio recordings that will be made accessible for public online listening. We will also digitize for free online public access 5,400 pages of records and hundreds of historic photographs from the papers of Rev. Thomas Kilgore, Jr., who led SBCLA's congregation as pastor from 1963 to 1985. Online finding aids for the SBCLA archive will be accessible via the SBCLA website, Online Archive of California, and the USC Libraries' archives webpage. Rev. Kilgore's papers will be made accessible online via the USC Digital Library, SBCLA website, Calisphere, the Digital Library of America, and other digital platforms.

Our project will preserve and make accessible an irreplaceable trove of archival materials documenting the rich and nearly complete history of Southern California's oldest African American Baptist church from its founding in 1885 to the present. We will arrange and describe the SBCLA archive, which includes 175 linear feet of materials and a born-digital collection of 1,673 audio recordings that will be made accessible for public online listening. We will also digitize for free online public access 5,400 pages of records and hundreds of historic photographs from the papers of Rev. Thomas Kilgore, Jr., who led SBCLA's congregation as pastor from 1963 to 1985. Online finding aids for the SBCLA archive will be accessible via the SBCLA website, Online Archive of California, and the USC Libraries' archives webpage. Rev. Kilgore's papers will be made accessible online via the USC Digital Library, SBCLA website, Calisphere, the Digital Library of America, and other digital platforms.

Yes — This project promotes diversity, equity, and inclusion by preserving and making accessible the history of an African American Baptist church.

Yes. This project promotes diversity, equity, and inclusion by preserving and making accessible the history of an African American Baptist church.

**997** Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The University of Maine Franco American Programs, representing Franco American Collections Consortium (https://facconsortium.org), University of Massachusetts Lowell, University of Delaware, Manchester Historic Association, and the Maine Museum of Innovation, Learning, and Labor seeks to digitize, create metadata for, and increase scholarly access to approximately 31,900 minutes of at-risk audio recordings, 540 minutes of video recordings, and 65,675 pages of archival materials, including 3,000 photographs, 15,000 paper records, and 600 songbooks and pieces of sheet music that document Franco-American experiences of leisure and its working class context in the late nineteenth and twentieth century. These collections chronicle a rapidly evolving cultural community through the lens of creativity, labor, and community and will be hosted online and made discoverable through Franco American Digital Archives/Portail franco-américain (FADA/PFA; https://francoportal.org).

The University of Maine Franco American Programs, representing Franco American Collections Consortium (https://facconsortium.org), University of Massachusetts Lowell, University of Delaware, Manchester Historic Association, and the Maine Museum of Innovation, Learning, and Labor seeks to digitize, create metadata for, and increase scholarly access to approximately 31,900 minutes of at-risk audio recordings, 540 minutes of video recordings, and 65,675 pages of archival materials, including 3,000 photographs, 15,000 paper records, and 600 songbooks and pieces of sheet music that document Franco-American experiences of leisure and its working class context in the late nineteenth and twentieth century. These collections chronicle a rapidly evolving cultural community through the lens of creativity, labor, and community and will be hosted online and made discoverable through Franco American Digital Archives/Portail franco-américain (FADA/PFA; https://francoportal.org).

Yes — The digitization of Franco-American collections increases access to diverse cultural experiences, supporting the principles of diversity, equity, and inclusion.

Yes. The digitization of Franco-American collections increases access to diverse cultural experiences, supporting the principles of diversity, equity, and inclusion.

Ex. 15 US-000062485.xlsx

| | Prompt | Description | Y/N | Explanation | Response |
|---|---|---|---|---|---|
| 998 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Science History Institute will process the Dow Historical Collection, produce an online finding aid, and create digital files for 135 analog oral histories within the collection. The Dow Historical Collection documents over 100 years of history for a significant American company and offers insight into the myriad ways it shaped twentieth-century American life. | The Science History Institute will process the Dow Historical Collection, produce an online finding aid, and create digital files for 135 analog oral histories within the collection. The Dow Historical Collection documents over 100 years of history for a significant American company and offers insight into the myriad ways it shaped twentieth-century American life. | No | The processing of the Dow Historical Collection and creation of digital files is unrelated to DEI. | No. The processing of the Dow Historical Collection and creation of digital files is unrelated to DEI. |
| 999 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Morgan State University is honored to partner with Sisters of the Holy Family in New Orleans, and to be entrusted with the important work of preservation and digitization of the organizational history of the 2nd oldest Black Sisterhood in the nation. This collaborative project will create an open-source digital site to share artifacts and contextualized stories of the Sisters. Their Sisterhood offers both sacred and secular blueprints for longevity of religious and political leadership, lessons of survivance through manmade and natural disasters, fugitive acts of educational leadership, unbreakable bonds of Sisterhood, and service to the Black community for almost two hundred years in America. | Morgan State University is honored to partner with Sisters of the Holy Family in New Orleans, and to be entrusted with the important work of preservation and digitization of the organizational history of the 2nd oldest Black Sisterhood in the nation. This collaborative project will create an open-source digital site to share artifacts and contextualized stories of the Sisters. Their Sisterhood offers both sacred and secular blueprints for longevity of religious and political leadership, lessons of survivance through manmade and natural disasters, fugitive acts of educational leadership, unbreakable bonds of Sisterhood, and service to the Black community for almost two hundred years in America. | No | This initiative relates to preservation of history and collaboration, but does not directly address DEI. | No. This initiative relates to preservation of history and collaboration, but does not directly address DEI. |
| 1000 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Maria Edgeworth Letters Project (MELP) will create the first-ever comprehensive scholarly edition of Maria Edgeworth's correspondence and freely, fully, and electronically publish letters in TEI-encoded versions that were previously available only in manuscript form or in incomplete and incorrect print editions. Educators, literary scholars, historians, and the greater public will benefit from MELP, which will illuminate networks between nineteenth-century literary and historical figures and provide an important perspective on Great Britain and key events in the early decades of the nineteenth century. | The Maria Edgeworth Letters Project (MELP) will create the first-ever comprehensive scholarly edition of Maria Edgeworth's correspondence and freely, fully, and electronically publish letters in TEI-encoded versions that were previously available only in manuscript form or in incomplete and incorrect print editions. Educators, literary scholars, historians, and the greater public will benefit from MELP, which will illuminate networks between nineteenth-century literary and historical figures and provide an important perspective on Great Britain and key events in the early decades of the nineteenth century. | No | The Maria Edgeworth Letters Project (MELP) focuses on literary and historical research, rather than explicitly addressing diversity, equity, and inclusion (DEI) issues. | No. The Maria Edgeworth Letters Project (MELP) focuses on literary and historical research, rather than explicitly addressing diversity, equity, and inclusion (DEI) issues. |
| 1001 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.To support a large-scale digitization project for the John Van Lund Collection in the Jacob's Pillow Archives. Van Lund was a photographer at Jacob's Pillow located in Western Massachusetts from 1946-1998. The collection of over 57,000 images documents more than half a century of dance at one of the world's oldest and largest dance Festivals. | To support a large-scale digitization project for the John Van Lund Collection in the Jacob's Pillow Archives. Van Lund was a photographer at Jacob's Pillow located in Western Massachusetts from 1946-1998. The collection of over 57,000 images documents more than half a century of dance at one of the world's oldest and largest dance Festivals. | Yes | Digitizing and preserving diverse cultural histories promotes inclusivity by making them accessible for research, education, and public engagement. | Yes. Digitizing and preserving diverse cultural histories promotes inclusivity by making them accessible for research, education, and public engagement. |
| 1002 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Building on knowledge gained in part through previous NSF grants, the proposed project would collect information on the sentence-level grammar of Witsuwit'en (bcr), an endangered Dene (Athabaskan) language spoken in northern British Columbia, Canada. Data would come from texts and from interviews about syntax and semantics with native speakers of Witsuwit'en. One result of the project would be a book-length treatment on syntax, semantics and intonation, written in a way that would be useful to current and future Witsuwit'en language revitalization efforts, as well as to linguists. A second result would be preparing (transcribing, translating, glossing) already recorded texts and then disseminating those texts, with their media, on a Witsuwit'en texts website constructed and maintained by the PI. A third result would be community training in language documentation, in part through local dissemination of project results to Witsuwit'en learners and language teachers. A fourth result would be update and publication of an existing (2022) Witsuwit'en dictionary. [edited by staff] | Building on knowledge gained in part through previous NSF grants, the proposed project would collect information on the sentence-level grammar of Witsuwit'en (bcr), an endangered Dene (Athabaskan) language spoken in northern British Columbia, Canada. Data would come from texts and from interviews about syntax and semantics with native speakers of Witsuwit'en. One result of the project would be a book-length treatment on syntax, semantics and intonation, written in a way that would be useful to current and future Witsuwit'en language revitalization efforts, as well as to linguists. A second result would be preparing (transcribing, translating, glossing) already recorded texts and then disseminating those texts, with their media, on a Witsuwit'en texts website constructed and maintained by the PI. A third result would be community training in language documentation, in part through local dissemination of project results to Witsuwit'en learners and language teachers. A fourth result would be update and publication of an existing (2022) Witsuwit'en dictionary. [edited by staff] | Yes | This project directly relates to DEI by focusing on language revitalization efforts, community training, and updating a dictionary for Witsuwitâ€™en speakers. | Yes. This project directly relates to DEI by focusing on language revitalization efforts, community training, and updating a dictionary for Witsuwitâ€™en speakers. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This three-year project will digitize and create item-level metadata for 1442 manuscripts across 23 primarily non-R1 Midwestern institutions. Indiana U Libraries and the U of Iowa will digitize partner holdings. Researchers at IU Bloomington, U of Iowa, St Mary's C, and Ohio State U will create metadata for these objects, including many items unrecorded in previous bibliographical surveys. This initiative builds upon our project's first phase (2020-24) that digitized and described 663 items in 22 Midwestern collections. The 1442 current items will be added to an open-access, IIIF-compatible repository launching in November 2024, created in that initial phase. This regionally-focused project uses a consortium model, making discoverable small collections that are not economically feasible for holding institutions to digitize, describe, or host on their own. So doing, it brings a wealth of previously inaccessible and uncatalogued material to public and scholarly consciousness.

This three-year project will digitize and create item-level metadata for 1442 manuscripts across 23 primarily non-R1 Midwestern institutions. Indiana U Libraries and the U of Iowa will digitize partner holdings. Researchers at IU Bloomington, U of Iowa, St Mary's C, and Ohio State U will create metadata for these objects, including many items unrecorded in previous bibliographical surveys. This initiative builds upon our project's first phase (2020-24) that digitized and described 663 items in 22 Midwestern collections. The 1442 current items will be added to an open-access, IIIF-compatible repository launching in November 2024, created in that initial phase. This regionally-focused project uses a consortium model, making discoverable small collections that are not economically feasible for holding institutions to digitize, describe, or host on their own. So doing, it brings a wealth of previously inaccessible and uncatalogued material to public and scholarly consciousness.

Yes

This project will digitize and provide access to previously inaccessible and uncatalogued material, increasing inclusivity and promoting diversity in research opportunities.

Yes. This project will digitize and provide access to previously inaccessible and uncatalogued material, increasing inclusivity and promoting diversity in research opportunities.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Library for the Performing Arts seeks $350,000 to address the rehousing, processing, digitization and description of the acetate negatives of the White Studio Theatrical Photographs Archive, part of the The Billy Rose Theatre Division.  The photographs from this collection, one of the earliest acquisitions of the Division, are some of its oldest. The White Studio was the de facto photography studio of its time for commercial theatre, operating between 1904 and 1936 before its founder, Lucas White, passed. The collection consists of tens of thousands of prints and negatives, the latter largely unprocessed. Among these images are important early photographs of Black artists in shows by Black creators, which are among the most frequently requested from the White Studio collection. With better description and accessibility, this collection will have an even greater impact on theatre scholarship in the coming years.

The Library for the Performing Arts seeks $350,000 to address the rehousing, processing, digitization and description of the acetate negatives of the White Studio Theatrical Photographs Archive, part of the The Billy Rose Theatre Division.  The photographs from this collection, one of the earliest acquisitions of the Division, are some of its oldest. The White Studio was the de facto photography studio of its time for commercial theatre, operating between 1904 and 1936 before its founder, Lucas White, passed. The collection consists of tens of thousands of prints and negatives, the latter largely unprocessed. Among these images are important early photographs of Black artists in shows by Black creators, which are among the most frequently requested from the White Studio collection. With better description and accessibility, this collection will have an even greater impact on theatre scholarship in the coming years.

Yes

The digitization and description of the White Studio Theatrical Photographs Archive will improve accessibility and highlight early photographs of Black artists, contributing to diversity, equity, and inclusion efforts in theatre scholarship.

Yes. The digitization and description of the White Studio Theatrical Photographs Archive will improve accessibility and highlight early photographs of Black artists, contributing to diversity, equity, and inclusion efforts in theatre scholarship.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Penn Center National Historic Landmark District (https://www.penncenter.com/) will celebrate Juneteenth on June 19, 2025, by hosting several events, free and open to the public, that critically consider the long journey of Black people from slavery to freedom. Juneteenth celebrates the end of African American enslavement, when Major General Gordon Granger of the Union Army issued his General Order No. 3 in Galveston, Texas, on June 19, 1865, manumitting Black people still enslaved in that state. This annual commemoration also has promoted African Americans' ongoing struggle for equality and the full rights of American citizenship.  Our program will commemorate how Gullah Geechee communities, unique African American cultures in the coastal South and Low Country that date to early sixteenth-century colonization efforts, and communities of the Gullah Geechee diaspora. which extend north into Canada and west into Oklahoma, Texas, and Mexico, have advanced ideas of democracy and freedom

The Penn Center National Historic Landmark District (https://www.penncenter.com/) will celebrate Juneteenth on June 19, 2025, by hosting several events, free and open to the public, that critically consider the long journey of Black people from slavery to freedom. Juneteenth celebrates the end of African American enslavement, when Major General Gordon Granger of the Union Army issued his General Order No. 3 in Galveston, Texas, on June 19, 1865, manumitting Black people still enslaved in that state. This annual commemoration also has promoted African Americans' ongoing struggle for equality and the full rights of American citizenship.  Our program will commemorate how Gullah Geechee communities, unique African American cultures in the coastal South and Low Country that date to early sixteenth-century colonization efforts, and communities of the Gullah Geechee diaspora. which extend north into Canada and west into Oklahoma, Texas, and Mexico, have advanced ideas of democracy and freedom

Yes

The Penn Center's Juneteenth events acknowledge the journey of Black people from slavery to freedom and highlight ongoing struggles for equality and rights.

Yes. The Penn Center's Juneteenth events acknowledge the journey of Black people from slavery to freedom and highlight ongoing struggles for equality and rights.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.For the past three years, The DuSable has hosted the city's largest-growing Juneteenth celebration. This past year we hosted a record-breaking 10,000 attendees throughout the day-long event. As always, our 2025 celebration will remain free and open to the public with special accessibility considerations in mind. Our Juneteenth celebration is just one way we strive to make Black history and educational methods more attractive and accessible to the general public in order to gain more sustainable institutional support.

For the past three years, The DuSable has hosted the city's largest-growing Juneteenth celebration. This past year we hosted a record-breaking 10,000 attendees throughout the day-long event. As always, our 2025 celebration will remain free and open to the public with special accessibility considerations in mind. Our Juneteenth celebration is just one way we strive to make Black history and educational methods more attractive and accessible to the general public in order to gain more sustainable institutional support.

Yes

The DuSable's Juneteenth celebration aims to promote Black history, accessibility, and education to the public, contributing to DEI efforts.

Yes. The DuSable's Juneteenth celebration aims to promote Black history, accessibility, and education to the public, contributing to DEI efforts.

Ex. 15 US-000062485.xlsx

| Prompt | Description | DEI? | Explanation | Explanation |
|---|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will explore the history and legacy of the end of enslavement in Mississippi with public programs in three different towns that were sites of major events in the story of freedom's expansion and contraction. Through commemorations, lectures, living history demonstrations, and historic tours organized by three different Black-led museums, this project will foster a greater public understanding of a transformative moment in American history. While Juneteenth commemorates the news of slavery's end in Texas, Black communities in Mississippi have been marking their own communities' histories of emancipation and freedom for over a century, and our project aims to support and build upon these local efforts. | This project will explore the history and legacy of the end of enslavement in Mississippi with public programs in three different towns that were sites of major events in the story of freedom's expansion and contraction. Through commemorations, lectures, living history demonstrations, and historic tours organized by three different Black-led museums, this project will foster a greater public understanding of a transformative moment in American history. While Juneteenth commemorates the news of slavery's end in Texas, Black communities in Mississippi have been marking their own communities' histories of emancipation and freedom for over a century, and our project aims to support and build upon these local efforts. | Yes | This project aims to explore the history of enslavement's end in Mississippi, promote public understanding, and support Black-led museums' efforts. | Yes. This project aims to explore the history of enslavement's end in Mississippi, promote public understanding, and support Black-led museums' efforts. #DEI |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The National Center for Civil and Human Rights (the Center) proposes a commemorative and educational family-centered celebration of Juneteenth using multiple activations to expose and deepen the general public's knowledge and celebration of Juneteenth as a major event in American history. Attendees will increase their understanding of the importance of Juneteenth and its impact on celebrations of freedom. | The National Center for Civil and Human Rights (the Center) proposes a commemorative and educational family-centered celebration of Juneteenth using multiple activations to expose and deepen the general public's knowledge and celebration of Juneteenth as a major event in American history. Attendees will increase their understanding of the importance of Juneteenth and its impact on celebrations of freedom. | Yes | The proposal by the National Center for Civil and Human Rights aims to increase public knowledge and celebrate Juneteenth, which aligns with DEI principles of inclusivity and promoting understanding of historical events. | Yes. The proposal by the National Center for Civil and Human Rights aims to increase public knowledge and celebrate Juneteenth, which aligns with DEI principles of inclusivity and promoting understanding of historical events. |
| "J.O.Y. | Juneteenth on the Yard," provides a joyful afternoon of music, dance, and festivities held in the African Ancestors Memorial Garden at the International African American Museum, fusing critically important history with contemporary expression. By honoring this historic day, we not only commemorate the legacy of those who came before us but also inspire future generations to continue the pursuit of freedom. | "J.O.Y. | Juneteenth on the Yard," provides a joyful afternoon of music, dance, and festivities held in the African Ancestors Memorial Garden at the International African American Museum, fusing critically important history with contemporary expression. By honoring this historic day, we not only commemorate the legacy of those who came before us but also inspire future generations to continue the pursuit of freedom. | Yes | "J.O.Y. | Juneteenth on the Yard" celebrates African American history and culture. | Yes. "J.O.Y. | Juneteenth on the Yard" celebrates African American history and culture. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Catoctin Furnace Historical Society, Inc. (CFHS) is seeking $30,000 of funding to design, plan, implement, and evaluate expanded Juneteenth programming at Catoctin Furnace for 2025 as a part of our ongoing descendant communication and inclusion initiative. As you are aware, with NEH funding, a descendant communicator position has been in place during calendar year 2024 to help manage the overwhelming response to the August 4, 2023 Science article and resultant media exposure.  As that position draws to a close, this expanded Juneteenth commemoration will continue the momentum, communication, research, and coordination with the descendant community and culminating in a 5th annual Juneteenth commemoration at Catoctin. | The Catoctin Furnace Historical Society, Inc. (CFHS) is seeking $30,000 of funding to design, plan, implement, and evaluate expanded Juneteenth programming at Catoctin Furnace for 2025 as a part of our ongoing descendant communication and inclusion initiative. As you are aware, with NEH funding, a descendant communicator position has been in place during calendar year 2024 to help manage the overwhelming response to the August 4, 2023 Science article and resultant media exposure.  As that position draws to a close, this expanded Juneteenth commemoration will continue the momentum, communication, research, and coordination with the descendant community and culminating in a 5th annual Juneteenth commemoration at Catoctin. | No | The provided description does not directly mention or indicate any involvement or efforts related to Diversity, Equity, and Inclusion (DEI). | No. The provided description does not directly mention or indicate any involvement or efforts related to Diversity, Equity, and Inclusion (DEI). |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Catticus Corporation seeks production funding for a feature length (80 minute) documentary exploring the extraordinary life and career of Osamu Tezuka (1928-1989), known in Japan as "The God of Manga." One of the world's most prolific and influential storytellers, his work is universally credited with elevating Japanese comics and animation to the heights of global popular culture, including in the U.S. | Catticus Corporation seeks production funding for a feature length (80 minute) documentary exploring the extraordinary life and career of Osamu Tezuka (1928-1989), known in Japan as "The God of Manga." One of the world's most prolific and influential storytellers, his work is universally credited with elevating Japanese comics and animation to the heights of global popular culture, including in the U.S. | No | Funding for a documentary about Osamu Tezuka's life and career does not directly relate to DEI initiatives. | No. Funding for a documentary about Osamu Tezuka's life and career does not directly relate to DEI (Diversity, Equity, and Inclusion) initiatives. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Whose Land? Project, under the auspices of the Race and Place Coalition, requests $24,977 from the NEH to support the development of a methodology and enhanced digital platform that encourages community-driven interpretation and storytelling in Northside Milwaukee.  The proposed project builds off a 2023-24 community archiving initiative funded by a Wisconsin Humanities planning grant that convened a coalition of eight Milwaukee-based cultural and community organizations, led by Whose Land?, to develop a vision for collaborative, community-based collecting and preservation. | The Whose Land? Project, under the auspices of the Race and Place Coalition, requests $24,977 from the NEH to support the development of a methodology and enhanced digital platform that encourages community-driven interpretation and storytelling in Northside Milwaukee.  The proposed project builds off a 2023-24 community archiving initiative funded by a Wisconsin Humanities planning grant that convened a coalition of eight Milwaukee-based cultural and community organizations, led by Whose Land?, to develop a vision for collaborative, community-based collecting and preservation. | Yes | The Whose Land? Project supports community-driven interpretation and storytelling, promoting diverse voices and perspectives in Northside Milwaukee. | Yes. The Whose Land? Project supports community-driven interpretation and storytelling, promoting diverse voices and perspectives in Northside Milwaukee. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.CPW will be partnering with artist Brenda Ann Kenneally and local historian and humanities consultant Dr. Sarah Litvin to produce an interpretive program that accompanies a scrapbooking project in the summer of 2025 for two different community groups: at-risk youth and seniors in local retirement communities. The program includes an exhibition and community dialogue, and the final scrapbooks will become part of CPW's nascent community archiving project, "A People's History of the Hudson Valley."

CPW will be partnering with artist Brenda Ann Kenneally and local historian and humanities consultant Dr. Sarah Litvin to produce an interpretive program that accompanies a scrapbooking project in the summer of 2025 for two different community groups: at-risk youth and seniors in local retirement communities. The program includes an exhibition and community dialogue, and the final scrapbooks will become part of CPW's nascent community archiving project, "A People's History of the Hudson Valley."

No | The initiative described does not explicitly address diversity, equity, or inclusion (DEI) concerns or marginalized communities.

No. The initiative described does not explicitly address diversity, equity, or inclusion (DEI) concerns or marginalized communities.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Whaling Museum & Education Center respectfully requests an NEH Grant Award of $25,000 to support the reinterpretation of its humanities-based exhibitions in a new permanent gallery for the public as part of its Design Development phase of a larger project tied to exhibit reinstallation. This project supports an outside consultant to update the museum's current site interpretation about whaling history and design a visitor-responsive, inclusive, inquiry-based and impactful experience in a new 1300-square foot pavilion housing a full-size whale skeleton in line with the best museum practices today.

The Whaling Museum & Education Center respectfully requests an NEH Grant Award of $25,000 to support the reinterpretation of its humanities-based exhibitions in a new permanent gallery for the public as part of its Design Development phase of a larger project tied to exhibit reinstallation. This project supports an outside consultant to update the museum's current site interpretation about whaling history and design a visitor-responsive, inclusive, inquiry-based and impactful experience in a new 1300-square foot pavilion housing a full-size whale skeleton in line with the best museum practices today.

Yes | The project seeks to update the museum's interpretation of whaling history to create an inclusive and impactful experience, which is aligned with DEI principles.

Yes. The project seeks to update the museum's interpretation of whaling history to create an inclusive and impactful experience, which is aligned with DEI principles.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This Is Orange Mound will collect and share untold stories of residents and other stakeholders through oral histories, genealogical research, and material cultural (artifacts).  The culminating public-facing event will be a Reader's Theatre and a community conversation that will engage audience the importance of the past and future of this historic community.

This Is Orange Mound will collect and share untold stories of residents and other stakeholders through oral histories, genealogical research, and material cultural (artifacts).  The culminating public-facing event will be a Reader's Theatre and a community conversation that will engage audience the importance of the past and future of this historic community.

Yes | This initiative aims to collect and share untold stories, promoting inclusivity, diversity, and equity by giving voice to the residents and stakeholders of Orange Mound.

Yes. This initiative aims to collect and share untold stories, promoting inclusivity, diversity, and equity by giving voice to the residents and stakeholders of Orange Mound.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposal seeks to fund the scripting of a 90-minute documentary about Andrew St. George, a ghostly figure whose searing life story and hemispheric impact deserve to be better known. As a photographer during the early Cold War, St. George embodied the era's beliefs that human freedom and individuals could determine history—more the "Super Powers" could. A "Nazi-hunter" for US Military Intelligence in his native Hungary, St. George emigrated to the United States in the early 1950s and became a photojournalist. His gripping images of the fight against Fulgencio Batista's dictatorship shaped millions of readers' perceptions of Cuba's nationalist struggle. But by 1960, as Fidel Castro created a communist state, St. George became disillusioned. Disavowing the Revolution, St. George worked to reverse the myth of "socialist democracy" through authoritarianism that he helped to create. This film reflects the search for redemption and for individual agency amidst monumental change.

This proposal seeks to fund the scripting of a 90-minute documentary about Andrew St. George, a ghostly figure whose searing life story and hemispheric impact deserve to be better known. As a photographer during the early Cold War, St. George embodied the era's beliefs that human freedom and individuals could determine history—more the "Super Powers" could. A "Nazi-hunter" for US Military Intelligence in his native Hungary, St. George emigrated to the United States in the early 1950s and became a photojournalist. His gripping images of the fight against Fulgencio Batista's dictatorship shaped millions of readers' perceptions of Cuba's nationalist struggle. But by 1960, as Fidel Castro created a communist state, St. George became disillusioned. Disavowing the Revolution, St. George worked to reverse the myth of "socialist democracy" through authoritarianism that he helped to create. This film reflects the search for redemption and for individual agency amidst monumental change.

No | This proposal does not relate to DEI as it does not address diversity, equity, or inclusion issues.

No. This proposal does not relate to DEI as it does not address diversity, equity, or inclusion issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.NJACRF is requesting a grant of $25,000 from the NEH's Public Impact Projects at Smaller Organizations program over one year to 1) work with up to six small to midsize history-based nonprofits in New Jersey to assess their current interpretative strategies and frameworks regarding the history of the Underground Railroad in the state; 2) provide these organizations with assessment results that outline each organization's successes, challenges, and opportunities for more expansive interpretive methods; and 3) hold a one-day public symposium that shares out the results of our project and engages a broader group of organizations.

NJACRF is requesting a grant of $25,000 from the NEH's Public Impact Projects at Smaller Organizations program over one year to 1) work with up to six small to midsize history-based nonprofits in New Jersey to assess their current interpretative strategies and frameworks regarding the history of the Underground Railroad in the state; 2) provide these organizations with assessment results that outline each organization's successes, challenges, and opportunities for more expansive interpretive methods; and 3) hold a one-day public symposium that shares out the results of our project and engages a broader group of organizations.

Yes | NJACRF's grant request demonstrates a commitment to diversity, equity, and inclusion by helping history-based nonprofits assess and improve their interpretive strategies regarding the Underground Railroad.

Yes. NJACRF's grant request demonstrates a commitment to diversity, equity, and inclusion by helping history-based nonprofits assess and improve their interpretive strategies regarding the Underground Railroad.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Partnering with regional historical societies, genealogists, researchers, and public historians, CPF will facilitate a collaborative research and program development project to uncover and share the narrative of enslaved individuals in rural Southeastern Pennsylvania, specifically the Pratt family farm and surrounding Quaker communities. The outcome is to increase the knowledge and training of staff and volunteers to more fully integrate the research into sitewide interpretation. Building off the foundation of existing research and programs, this critically important research project will both engage key community stakeholders and expand programming offerings to attract a wider audience to the farm.

Partnering with regional historical societies, genealogists, researchers, and public historians, CPF will facilitate a collaborative research and program development project to uncover and share the narrative of enslaved individuals in rural Southeastern Pennsylvania, specifically the Pratt family farm and surrounding Quaker communities. The outcome is to increase the knowledge and training of staff and volunteers to more fully integrate the research into sitewide interpretation. Building off the foundation of existing research and programs, this critically important research project will both engage key community stakeholders and expand programming offerings to attract a wider audience to the farm.

Yes

CPF's collaborative research project aims to uncover the narrative of enslaved individuals, increasing knowledge, and integrating research into interpretation. This supports DEI by shedding light on underrepresented histories and engaging the community.

Yes. CPF's collaborative research project aims to uncover the narrative of enslaved individuals, increasing knowledge, and integrating research into interpretation. This supports DEI by shedding light on underrepresented histories and engaging the community.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Museum of the American Revolution (MoAR) respectfully requests a $60,000 planning grant from the National Endowment for the Humanities to support the development of The Good Americans: Loyalists at War and at Peace, an exhibition about Americans who supported the British during the Revolutionary era that will reflect upon the complexity and international consequences of the American Revolution, particularly the entangled histories of the United States and Canada. The exhibition will open at MoAR in April 2027 and will be on view until January 2028. We are exploring traveling the exhibition to Ottawa, Canada following its presentation in Philadelphia.

The Museum of the American Revolution (MoAR) respectfully requests a $60,000 planning grant from the National Endowment for the Humanities to support the development of The Good Americans: Loyalists at War and at Peace, an exhibition about Americans who supported the British during the Revolutionary era that will reflect upon the complexity and international consequences of the American Revolution, particularly the entangled histories of the United States and Canada. The exhibition will open at MoAR in April 2027 and will be on view until January 2028. We are exploring traveling the exhibition to Ottawa, Canada following its presentation in Philadelphia.

No

While the exhibition explores international consequences, it doesn't specifically mention diversity, equity, or inclusion.

No. While the exhibition explores international consequences, it doesn't specifically mention diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This is a request for a $75,000 development grant to fund extended research to find and access lost archival footage and other material documenting the life and work of Johnny Otis, and to develop a detailed treatment to begin full production of the feature documentary film, Who the Hell is Johnny Otis?

This is a request for a $75,000 development grant to fund extended research to find and access lost archival footage and other material documenting the life and work of Johnny Otis, and to develop a detailed treatment to begin full production of the feature documentary film, Who the Hell is Johnny Otis?

No

This request is for funding a documentary film project and does not directly relate to diversity, equity, and inclusion (DEI) issues or initiatives.

No. This request is for funding a documentary film project and does not directly relate to diversity, equity, and inclusion (DEI) issues or initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Conspiracy theories proliferate today, with people in many walks of life embracing ideas about "brainwashing" and other unseen manipulations. Where did these ideas—and the "paranoid style" they embody—originate, and why do they persist? A growing body of scholarship has traced a history of the concept of "mind control" from the start of the Cold War up to the present. We are seeking a development grant of $74,901 for a feature documentary that will explore the strange, often disturbing history of "mind control" as both fictive narrative and political praxis. Integrating perspectives from political theory, the history of science, cultural studies and more, our film will help viewers understand—and navigate–some of the defining tensions of American history over the past 75 years.

Conspiracy theories proliferate today, with people in many walks of life embracing ideas about "brainwashing" and other unseen manipulations. Where did these ideas—and the "paranoid style" they embody—originate, and why do they persist? A growing body of scholarship has traced a history of the concept of "mind control" from the start of the Cold War up to the present. We are seeking a development grant of $74,901 for a feature documentary that will explore the strange, often disturbing history of "mind control" as both fictive narrative and political praxis. Integrating perspectives from political theory, the history of science, cultural studies and more, our film will help viewers understand—and navigate–some of the defining tensions of American history over the past 75 years.

No

This description does not directly relate to DEI as it focuses on the history of mind control and American history, without explicitly addressing issues of diversity, equity, or inclusion.

No. This description does not directly relate to DEI (Diversity, Equity, and Inclusion) as it focuses on the history of mind control and American history, without explicitly addressing issues of diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Dorchester Heritage Center is currently in the process of designing and, in the near future, constructing, a new 20,000 sq ft facility near Ridgeville, SC. DHC will be joining with 3 local Native American Tribal Chiefs and 2 scholars knowledgeable in Native American activity and history through South Carolina to develop the content for our new Native American exhibit at our new facility. DHC will rely on these experts to provide us with accurate information to allow us to showcase South Carolina's Native American history in general and the local history in particular. This exhibit and its contents will have a huge educational impact on all who visit, from students to elders, locals to tourists. DHC wants the Tribes' stories to be told the way the Tribes want them told.

Dorchester Heritage Center is currently in the process of designing and, in the near future, constructing, a new 20,000 sq ft facility near Ridgeville, SC. DHC will be joining with 3 local Native American Tribal Chiefs and 2 scholars knowledgeable in Native American activity and history through South Carolina to develop the content for our new Native American exhibit at our new facility. DHC will rely on these experts to provide us with accurate information to allow us to showcase South Carolina's Native American history in general and the local history in particular. This exhibit and its contents will have a huge educational impact on all who visit, from students to elders, locals to tourists. DHC wants the Tribes' stories to be told the way the Tribes want them told.

Yes

Dorchester Heritage Center's collaboration with local Native American tribes and scholars in designing an exhibit, prioritizing accurate information and the tribes' storytelling preferences, aligns with DEI principles.

Yes. Dorchester Heritage Center's collaboration with local Native American tribes and scholars in designing an exhibit, prioritizing accurate information and the tribes' storytelling preferences, aligns with DEI principles.

| | | |
|---|---|---|
| VMFA seeks a Public Humanities Projects planning grant from the National Endowment for the Humanities (NEH) to support its plans for a fall 2027 exhibition, "Reunited: The Ludwig and Rosy Fischer Collection," and associated two-volume book organized by VMFA and curated by Dr. Sarah Eckhardt, Associate Curator of Modern and Contemporary Art. NEH funds will support a convening of American and German scholars and stakeholders two years in advance of the exhibition to refine the content, format, and interpretive approach of the exhibition and catalogues. The funds will also support a consultant to serve as a project archivist to assist in curatorial research and as a research liaison with participating scholars and authors. | VMFA seeks a Public Humanities Projects planning grant from the National Endowment for the Humanities (NEH) to support its plans for a fall 2027 exhibition, "Reunited: The Ludwig and Rosy Fischer Collection," and associated two-volume book organized by VMFA and curated by Dr. Sarah Eckhardt, Associate Curator of Modern and Contemporary Art. NEH funds will support a convening of American and German scholars and stakeholders two years in advance of the exhibition to refine the content, format, and interpretive approach of the exhibition and catalogues. The funds will also support a consultant to serve as a project archivist to assist in curatorial research and as a research liaison with participating scholars and authors. | No — The Fischer Collection exhibition focuses on modern and contemporary art, not DEI. | No. The Fischer Collection exhibition focuses on modern and contemporary art, not DEI. |
| The Fowler Museum at UCLA will develop "Belongings: Legacies and Futures for Historical African Arts," encompassing a nationally and internationally traveling exhibition, scholarly publication, digital teaching resources, and K-12 and public educational programming. "Belongings" is the culmination of over five years of global outreach, partnership-building, and in-depth research into the layered histories of colonial-era collecting in Africa and the subsequent movement of objects over time and across continents. | The Fowler Museum at UCLA will develop "Belongings: Legacies and Futures for Historical African Arts," encompassing a nationally and internationally traveling exhibition, scholarly publication, digital teaching resources, and K-12 and public educational programming. "Belongings" is the culmination of over five years of global outreach, partnership-building, and in-depth research into the layered histories of colonial-era collecting in Africa and the subsequent movement of objects over time and across continents. | Yes — "Belongings" examines colonial-era African art collecting and global historical narratives. | Yes. "Belongings" examines colonial-era African art collecting and global historical narratives. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Jimmie & Sanora is a feature documentary film directed by Li-Shin Yu and produced by James Q. Chan in association with the Center for Asian American Media and City Lore Inc. It tells the story of a visionary artist couple: two-time Oscar-winning cinematographer, James Wong Howe (1899-1976), and radical writer Sanora Babb (1907-2005). Together their lives and works reveal vivid experiences—from deep within Hollywood, the southern American High Plains, the Dust Bowl migration camps in California, and the West Coast literary left—as they pursued their unstoppable artistic ambitions while facing discrimination. Strengthening one another and opening doors to others, this powerhouse couple's decades-long intertwined story forms a prism through which to witness the peril and promise of twentieth-century America. | Jimmie & Sanora is a feature documentary film directed by Li-Shin Yu and produced by James Q. Chan in association with the Center for Asian American Media and City Lore Inc. It tells the story of a visionary artist couple: two-time Oscar-winning cinematographer, James Wong Howe (1899-1976), and radical writer Sanora Babb (1907-2005). Together their lives and works reveal vivid experiences—from deep within Hollywood, the southern American High Plains, the Dust Bowl migration camps in California, and the West Coast literary left—as they pursued their unstoppable artistic ambitions while facing discrimination. Strengthening one another and opening doors to others, this powerhouse couple's decades-long intertwined story forms a prism through which to witness the peril and promise of twentieth-century America. | No — This film does not relate to DEI in its description as it primarily focuses on the lives and achievements of the artist couple, rather than explicitly addressing diversity, equity, and inclusion. | No. This film does not relate to DEI in its description as it primarily focuses on the lives and achievements of the artist couple, rather than explicitly addressing diversity, equity, and inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Ancient Egyptian Royal Tomb Narratives allows a global audience to explore the unique histories of 5 royal tombs from the Valley of the Kings and Valley of the Queens in unparalleled ways. Through 3D model prototypes with 4 interactive tools and features, users will be guided along the tomb owner's journey to the afterlife, learn about one of the earliest comprehensive philosophies on life after death, recreate each tomb's rich history in terms of human interaction and climatic events, and ultimately gain a greater understanding of the current site conditions and the vulnerability of tangible cultural heritage. The 3D model prototypes will be publicly accessible on the American Research Center in Egypt's Theban Mapping Project website, a vast open-access online resource focusing on the world's richest and densest UNESCO World Heritage Site, the Theban Necropolis. | Ancient Egyptian Royal Tomb Narratives allows a global audience to explore the unique histories of 5 royal tombs from the Valley of the Kings and Valley of the Queens in unparalleled ways. Through 3D model prototypes with 4 interactive tools and features, users will be guided along the tomb owner's journey to the afterlife, learn about one of the earliest comprehensive philosophies on life after death, recreate each tomb's rich history in terms of human interaction and climatic events, and ultimately gain a greater understanding of the current site conditions and the vulnerability of tangible cultural heritage. The 3D model prototypes will be publicly accessible on the American Research Center in Egypt's Theban Mapping Project website, a vast open-access online resource focusing on the world's richest and densest UNESCO World Heritage Site, the Theban Necropolis. | No — Ancient Egyptian Royal Tomb Narratives does not relate directly to DEI. It focuses on exploring historical aspects and cultural heritage without addressing diversity, equity, or inclusion. | No. Ancient Egyptian Royal Tomb Narratives does not relate directly to DEI. It focuses on exploring historical aspects and cultural heritage without addressing diversity, equity, or inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Emily Dickinson Museum (EDM) seeks funding of $60,000 through the NEH public humanities projects grant for historic places at the planning level. Having completed a comprehensive interpretive planning process in 2021 and a collections cataloging project in 2023, the EDM seeks to research and interpret the significance of domestic labor at the two Dickinson houses comprising the EDM. Through archival research and interpretive writing, and the guidance of humanities scholars, this project will result in three public programs for Museum target audiences during the year-long project; a body of research and a kit of materials for training EDM guides and educators to interpret domestic labor; an interpretive framework; and scripts for new visitor experience at the Museum focused on domestic labor. | The Emily Dickinson Museum (EDM) seeks funding of $60,000 through the NEH public humanities projects grant for historic places at the planning level. Having completed a comprehensive interpretive planning process in 2021 and a collections cataloging project in 2023, the EDM seeks to research and interpret the significance of domestic labor at the two Dickinson houses comprising the EDM. Through archival research and interpretive writing, and the guidance of humanities scholars, this project will result in three public programs for Museum target audiences during the year-long project; a body of research and a kit of materials for training EDM guides and educators to interpret domestic labor; an interpretive framework; and scripts for new visitor experience at the Museum focused on domestic labor. | No — This project does not directly relate to DEI as it does not address diversity, equity, or inclusion specifically in its goals or components. | No. This project does not directly relate to DEI as it does not address diversity, equity, or inclusion specifically in its goals or components. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposal requests $400,000 to produce and implement an interactive, multimedia counter in the Tenement Museum's Visitor Center. Counter-History elevates the family history approach that undergirds all of the Tenement Museum's work, makes its sources more visible, and thematically connects historic and contemporary migration stories. The function and content management system (CMS)-model for Counter-History builds on a past award-winning interactive counter used in one of our exhibits (Shop Life). In this updated and optimized version, the counter draws on content from YSOS, an online archive of user-generated object stories and our historic tenement family collection to create a wholly new experience available to over 200,000 annual onsite visitors.

This proposal requests $400,000 to produce and implement an interactive, multimedia counter in the Tenement Museum's Visitor Center. Counter-History elevates the family history approach that undergirds all of the Tenement Museum's work, makes its sources more visible, and thematically connects historic and contemporary migration stories. The function and content management system (CMS)-model for Counter-History builds on a past award-winning interactive counter used in one of our exhibits (Shop Life). In this updated and optimized version, the counter draws on content from YSOS, an online archive of user-generated object stories and our historic tenement family collection to create a wholly new experience available to over 200,000 annual onsite visitors.

No    This proposal does not directly relate to DEI as it does not mention any efforts to address diversity, equity, or inclusion.

No. This proposal does not directly relate to DEI as it does not mention any efforts to address diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Arch Street Meeting House Preservation Trust (ASMHPT) staff will research and explore the complex legacy Quakers have with people of color. An important starting point will be the writings of Sarah Mapps Douglas and Bayard Rustin, black Quakers who attended various gatherings at Arch Street Meeting House. Out of that research ASMHPT will hire two interpreters and a project manager who will draft a first person interpretive program based on the research findings. This public program will be presented to visitors, on-going, from Memorial Day, 2026-the end of August, 2026.

Arch Street Meeting House Preservation Trust (ASMHPT) staff will research and explore the complex legacy Quakers have with people of color. An important starting point will be the writings of Sarah Mapps Douglas and Bayard Rustin, black Quakers who attended various gatherings at Arch Street Meeting House. Out of that research ASMHPT will hire two interpreters and a project manager who will draft a first person interpretive program based on the research findings. This public program will be presented to visitors, on-going, from Memorial Day, 2026-the end of August, 2026.

Yes    Arch Street Meeting House Preservation Trust will research Quakers and people of color, honoring their legacy through an interpretive program.

Yes. Arch Street Meeting House Preservation Trust will research Quakers and people of color, honoring their legacy through an interpretive program. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Through utilizing our existing oral history collection and conducting up to a dozen new oral histories with leaders in NYC's historic preservation movement, we will create a podcast whichwill offer  accessible information to listeners who may not have formal preservation education or experience.

Through utilizing our existing oral history collection and conducting up to a dozen new oral histories with leaders in NYC's historic preservation movement, we will create a podcast whichwill offer  accessible information to listeners who may not have formal preservation education or experience.

Yes    By conducting oral histories with leaders in the historic preservation movement and creating a podcast, this initiative aims to provide accessible information, which can contribute to diversity, equity, and inclusion efforts by reaching a wider audience.

Yes. By conducting oral histories with leaders in the historic preservation movement and creating a podcast, this initiative aims to provide accessible information, which can contribute to diversity, equity, and inclusion efforts by reaching a wider audience.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Marblehead Museum & Historical Society, Inc. seeks to finalize and implement an interpretative and exhibit plan for the 1768 Jeremiah Lee Mansion and Slave Quarters that incorporates both structures and the surrounding landscape into a cohesive whole to provide visitors of all ages with a rich, multi-faceted picture of the enslaved communities of coastal New England while highlighting individual stories that reflect enslaved people's persistent quest to forge and maintain their humanity via resistance, control, and various forms of agency. Through exhibits, recreated spaces, and guided interpretation, the project will allow the Museum to tell an often overlooked, misunderstood, and misrepresented regional history with national implications for understanding how the history of slavery in the northeast continues to impact our communities today.

The Marblehead Museum & Historical Society, Inc. seeks to finalize and implement an interpretative and exhibit plan for the 1768 Jeremiah Lee Mansion and Slave Quarters that incorporates both structures and the surrounding landscape into a cohesive whole to provide visitors of all ages with a rich, multi-faceted picture of the enslaved communities of coastal New England while highlighting individual stories that reflect enslaved people's persistent quest to forge and maintain their humanity via resistance, control, and various forms of agency. Through exhibits, recreated spaces, and guided interpretation, the project will allow the Museum to tell an often overlooked, misunderstood, and misrepresented regional history with national implications for understanding how the history of slavery in the northeast continues to impact our communities today.

Yes    The project aims to provide a comprehensive understanding of enslaved communities in coastal New England, emphasizing their agency and resistance, addressing historical misrepresentations, and highlighting the ongoing impact of slavery in the region.

Yes. The project aims to provide a comprehensive understanding of enslaved communities in coastal New England, emphasizing their agency and resistance, addressing historical misrepresentations, and highlighting the ongoing impact of slavery in the region.

The Black Heritage Trail of New Hampshire (BHTNH) is seeking funding for a project in line with the NEH initiative American Tapestry" and in commemoration of the country's 250th anniversary.  The project is also in line with BHTNH's strategic plan to engage with 1/3rd of NH's population through social media and programming over the next three years.  Black soldiers, sailors, and activists played a key role in New Hampshire's participation in the American Revolution and in fighting for the liberties it espoused.  This is history that everyone in NH should know.  The project consists of researching and creating portable text panels featuring Black Revolutionaries and their stories that will travel to public libraries, schools, businesses, and city and town halls throughout the state.  Each will have QR codes connecting viewers to additional information and resources.

The Black Heritage Trail of New Hampshire (BHTNH) is seeking funding for a project in line with the NEH initiative American Tapestry" and in commemoration of the country's 250th anniversary.  The project is also in line with BHTNH's strategic plan to engage with 1/3rd of NH's population through social media and programming over the next three years.  Black soldiers, sailors, and activists played a key role in New Hampshire's participation in the American Revolution and in fighting for the liberties it espoused.  This is history that everyone in NH should know.  The project consists of researching and creating portable text panels featuring Black Revolutionaries and their stories that will travel to public libraries, schools, businesses, and city and town halls throughout the state.  Each will have QR codes connecting viewers to additional information and resources.

Yes    The Black Heritage Trail project highlights Black Revolutionary War figures and engages diverse audiences.

Yes. The Black Heritage Trail project highlights Black Revolutionary War figures and engages diverse audiences.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Educational Media Innovation Studio (EMIS) at Arizona State University will implement an extensive series of community-based Humanities Discussions based on subjects and themes addressed in PBS's Poetry in America. Our intention for the project is to hold 50 discussions across the country in partner communities. These events will be a mix of in-person, virtual, and hybrid formats. Discussion moderators will be recruited from the larger Poetry in America community of guest interpreters and partners, now including hundreds of poets, artists, scholars, and local and national community leaders who have appeared as on-screen guest interpreters in our programs, as well as a cohort of humanities scholars that have advised on our previous NEH-funded seasons of television.

The Educational Media Innovation Studio (EMIS) at Arizona State University will implement an extensive series of community-based Humanities Discussions based on subjects and themes addressed in PBS's Poetry in America. Our intention for the project is to hold 50 discussions across the country in partner communities. These events will be a mix of in-person, virtual, and hybrid formats. Discussion moderators will be recruited from the larger Poetry in America community of guest interpreters and partners, now including hundreds of poets, artists, scholars, and local and national community leaders who have appeared as on-screen guest interpreters in our programs, as well as a cohort of humanities scholars that have advised on our previous NEH-funded seasons of television.

No   The description provided does not directly mention or indicate any connection to diversity, equity, or inclusion (DEI) initiatives.

No. The description provided does not directly mention or indicate any connection to diversity, equity, or inclusion (DEI) initiatives.

---

Presenting the interconnected life stories of five 19th-century African rulers, the exhibition Nguni Nation: Migrant Kingdoms of Southern Africa addresses the topic of the Nguni diaspora following the Mfecane ("crushing" in the isiZulu language), a tumultuous period of war and societal upheaval that shaped southern African history. Around 150 Nguni artworks dating from the 19th century-on loan from museum collections in South Africa, the U.K., and France-will be presented in conversation with specially commissioned images by the South African photographer Jabulani Dhlamini as well as a new video by the director Nomawonga Khumalo. Curators and educators will collaborate with Yale faculty across disciplines and consultants representing a broad sweep of the humanities to produce an exhibition, catalogue, and programming that engage diverse audiences at every educational level.

Presenting the interconnected life stories of five 19th-century African rulers, the exhibition Nguni Nation: Migrant Kingdoms of Southern Africa addresses the topic of the Nguni diaspora following the Mfecane ("crushing" in the isiZulu language), a tumultuous period of war and societal upheaval that shaped southern African history. Around 150 Nguni artworks dating from the 19th century-on loan from museum collections in South Africa, the U.K., and France-will be presented in conversation with specially commissioned images by the South African photographer Jabulani Dhlamini as well as a new video by the director Nomawonga Khumalo. Curators and educators will collaborate with Yale faculty across disciplines and consultants representing a broad sweep of the humanities to produce an exhibition, catalogue, and programming that engage diverse audiences at every educational level.

Yes   "Nguni Nation" addresses African diaspora, colonial history, and racial identity through art and education.

Yes. "Nguni Nation" addresses African diaspora, colonial history, and racial identity through art and education.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Black Photojournalism is the first comprehensive traveling museum exhibition considering the work of Black photojournalists active in the United States from the conclusion of World War II to the presidential campaigns of 1984. The exhibition will include images of historic events, such as the March on Washington and the assassination of Dr. Martin Luther King, Jr., as well as everyday community occasions, such as birthdays, weddings, and funerals. Featuring original photographs, moving images, and printed ephemera—the majority of which have never been exhibited—this unprecedented show will present significant imagery by approximately 40 Black photographers drawn from collections of journalists, libraries, newspaper archives, museums, photographers, and publishers around the US.

Black Photojournalism is the first comprehensive traveling museum exhibition considering the work of Black photojournalists active in the United States from the conclusion of World War II to the presidential campaigns of 1984. The exhibition will include images of historic events, such as the March on Washington and the assassination of Dr. Martin Luther King, Jr., as well as everyday community occasions, such as birthdays, weddings, and funerals. Featuring original photographs, moving images, and printed ephemera—the majority of which have never been exhibited—this unprecedented show will present significant imagery by approximately 40 Black photographers drawn from collections of journalists, libraries, newspaper archives, museums, photographers, and publishers around the US.

Yes   Black Photojournalism exhibition highlights the work of Black photographers, contributing to diversity, representation, and inclusion in the field of photojournalism.

Yes. Black Photojournalism exhibition highlights the work of Black photographers, contributing to diversity, representation, and inclusion in the field of photojournalism.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.By combining Indigenous perspectives through ethnobotanical approaches and Western science, co-curator Dr. Enrique Salmón Rarámuri (Tarahumara) and the Indigenous-led non-profit organization Local Contexts, the Academy of Natural Sciences of Drexel University will implement the exhibition The Botany of Nations: Re-Collecting the Lewis & Clark Herbarium with Indigenous Perspectives. The exhibition will create a compelling and culturally layered view of the plants of North America and will open in March 2026. The interpretive strategy for The Botany of Nations exhibition and its related public programming will be designed with Indigenous scholars, cultural leaders, and knowledge keepers with international, national, and regional perspectives in ethnobotany, Indigenous cuisines, agroecology, cultural heritage, and the history of science.

By combining Indigenous perspectives through ethnobotanical approaches and Western science, co-curator Dr. Enrique Salmón Rarámuri (Tarahumara) and the Indigenous-led non-profit organization Local Contexts, the Academy of Natural Sciences of Drexel University will implement the exhibition The Botany of Nations: Re-Collecting the Lewis & Clark Herbarium with Indigenous Perspectives. The exhibition will create a compelling and culturally layered view of the plants of North America and will open in March 2026. The interpretive strategy for The Botany of Nations exhibition and its related public programming will be designed with Indigenous scholars, cultural leaders, and knowledge keepers with international, national, and regional perspectives in ethnobotany, Indigenous cuisines, agroecology, cultural heritage, and the history of science.

No   This initiative combines Indigenous perspectives with Western science, but it does not explicitly mention diversity, equity, and inclusion (DEI).

No. This initiative combines Indigenous perspectives with Western science, but it does not explicitly mention diversity, equity, and inclusion (DEI).

---

Presented by Great Performances on PBS, this documentary film explores the dramatic changes in the Broadway musical over the past two decades, "Who Tells Your Story?" will bring the six-part Broadway: The American Musical series (2004) up to date with a seventh installment, examining how this uniquely American art form has evolved since 2004. Facing unprecedented challenges, today's Broadway musical—and the commercial industry that supports it—has had to reflect and refract seismic changes in American culture while embracing new audiences and a chorus of new voices.

Presented by Great Performances on PBS, this documentary film explores the dramatic changes in the Broadway musical over the past two decades, "Who Tells Your Story?" will bring the six-part Broadway: The American Musical series (2004) up to date with a seventh installment, examining how this uniquely American art form has evolved since 2004. Facing unprecedented challenges, today's Broadway musical—and the commercial industry that supports it—has had to reflect and refract seismic changes in American culture while embracing new audiences and a chorus of new voices.

Yes   "Who Tells Your Story?" explores diversity and evolving representation in Broadway musicals.

Yes. "Who Tells Your Story?" explores diversity and evolving representation in Broadway musicals.

| | | | |
|---|---|---|---|
| The documentary film Radical Chic will examine the landmark cultural moment in 1970 when Felicia and Leonard Bernstein tried to cross the American divide of race and wealth to hold a fundraiser for wrongfully imprisoned Black Panthers. What followed became known as "the social disaster of the century". The press harshly criticized the Bernsteins and the beloved conductor was booed on the podium. These events might not have achieved lasting cultural importance if journalist Tom Wolfe hadn't immortalized them in his 24,000-word takedown "Radical Chic: That Party At Lenny's." Wolfe satirized the Bernsteins and their guests as status-seeking 'limousine liberals' motivated by white guilt and a desire to appear chic. Wolfe's sensationally-written attack was nominated for a National Book Award, and haunts the culture wars that divide America today. This film studies the original controversy, Wolfe's famous article, and its current re-examination by humanities scholars. | The documentary film Radical Chic will examine the landmark cultural moment in 1970 when Felicia and Leonard Bernstein tried to cross the American divide of race and wealth to hold a fundraiser for wrongfully imprisoned Black Panthers. What followed became known as "the social disaster of the century". The press harshly criticized the Bernsteins and the beloved conductor was booed on the podium. These events might not have achieved lasting cultural importance if journalist Tom Wolfe hadn't immortalized them in his 24,000-word takedown "Radical Chic: That Party At Lenny's." Wolfe satirized the Bernsteins and their guests as status-seeking 'limousine liberals' motivated by white guilt and a desire to appear chic. Wolfe's sensationally-written attack was nominated for a National Book Award, and haunts the culture wars that divide America today. This film studies the original controversy, Wolfe's famous article, and its current re-examination by humanities scholars. | Yes | "Radical Chic" examines race, wealth, and activism through historical and cultural analysis. | Yes. "Radical Chic" examines race, wealth, and activism through historical and cultural analysis. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Philosophy and Literature Circle is a lifelong learning public humanities program which is currently available to people incarcerated at two prisons in Texas. The program offers a rigorous and dynamic curriculum to engage and exchange ideas on enduring questions in the humanities and how we might better understand ourselves and one another. Through reading, discussion, and writing, we engage celebrated works in philosophy and literature in order to develop capacities in critical thinking, logical and ethical reasoning, close reading, interpersonal communication, and creative expression. We are interested in applying for a two-year implementation grant. After pivoting to a correspondence model in 2020, we resumed in-person programming in fall 2022. We want to strengthen our ongoing programming, prepare program alumni to facilitate Circle discussions on the dorms and in the day rooms, and expand to at least one additional unit. | The Philosophy and Literature Circle is a lifelong learning public humanities program which is currently available to people incarcerated at two prisons in Texas. The program offers a rigorous and dynamic curriculum to engage and exchange ideas on enduring questions in the humanities and how we might better understand ourselves and one another. Through reading, discussion, and writing, we engage celebrated works in philosophy and literature in order to develop capacities in critical thinking, logical and ethical reasoning, close reading, interpersonal communication, and creative expression. We are interested in applying for a two-year implementation grant. After pivoting to a correspondence model in 2020, we resumed in-person programming in fall 2022. We want to strengthen our ongoing programming, prepare program alumni to facilitate Circle discussions on the dorms and in the day rooms, and expand to at least one additional unit. | Yes | The program aims to engage and exchange ideas, develop critical thinking, and expand to additional units, all promoting diversity, equity, and inclusion (DEI). | Yes. The program aims to engage and exchange ideas, develop critical thinking, and expand to additional units, all promoting diversity, equity, and inclusion (DEI). |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Jewish Museum of Maryland (JMM) seeks to heighten critical inquiry into the social forces that shape the Jewish experience across Maryland with a new permanent exhibition featuring historic artifacts, images, film, and interactive opportunities. Part of a larger capital campaign, renovation, and reconceptualization of the Museum, this exhibition will be approximately 1,300sf and will build upon innovations the JMM began when the last long-standing exhibition was installed in 2007. The Jews of Maryland At the Crossroads of Identity will situate this history within broader scholarly literature on race, ethnicity, and immigration and create a compelling visitor experience shaped around themes of Maryland's hybrid geopolitical location, the role of Maryland Jews in civic change, and the impact of racism and religion on the successes, challenges, and complexities of Jewish history; these themes explore the complicated path from marginalization to inclusion for Maryland Jews. | The Jewish Museum of Maryland (JMM) seeks to heighten critical inquiry into the social forces that shape the Jewish experience across Maryland with a new permanent exhibition featuring historic artifacts, images, film, and interactive opportunities. Part of a larger capital campaign, renovation, and reconceptualization of the Museum, this exhibition will be approximately 1,300sf and will build upon innovations the JMM began when the last long-standing exhibition was installed in 2007. The Jews of Maryland At the Crossroads of Identity will situate this history within broader scholarly literature on race, ethnicity, and immigration and create a compelling visitor experience shaped around themes of Maryland's hybrid geopolitical location, the role of Maryland Jews in civic change, and the impact of racism and religion on the successes, challenges, and complexities of Jewish history; these themes explore the complicated path from marginalization to inclusion for Maryland Jews. | No | Although the exhibition explores topics such as race, ethnicity, and immigration, it does not specifically mention or address DEI initiatives or goals. | No. Although the exhibition explores topics such as race, ethnicity, and immigration, it does not specifically mention or address DEI (Diversity, Equity, and Inclusion) initiatives or goals. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Center for Independent Documentary (CID) requests a $698,098 grant to support the production, post-production, and distribution phases of An Art of Choice: Lucinda Childs.  This 90-minute film will give viewers a front-row seat on her dance-redefining and generations-spanning life as a choreographer. From this vantage, viewers will learn about the general history of modern and post-modern dance, its concerns, developments, and ongoing evolution, and will witness how Childs has both preserved and advanced its legacy. The film will place her in context with fellow modern dance pioneers and many other cross-disciplinary artists with whom she has collaborated as a nonpareil force in pushing dance art form to new places. The film will include interviews with Lucinda Childs, as well as her artistic collaborators; critics and scholars; archival stills and moving images; and footage from current productions of Childs' works. | The Center for Independent Documentary (CID) requests a $698,098 grant to support the production, post-production, and distribution phases of An Art of Choice: Lucinda Childs.  This 90-minute film will give viewers a front-row seat on her dance-redefining and generations-spanning life as a choreographer. From this vantage, viewers will learn about the general history of modern and post-modern dance, its concerns, developments, and ongoing evolution, and will witness how Childs has both preserved and advanced its legacy. The film will place her in context with fellow modern dance pioneers and many other cross-disciplinary artists with whom she has collaborated as a nonpareil force in pushing dance art form to new places. The film will include interviews with Lucinda Childs, as well as her artistic collaborators; critics and scholars; archival stills and moving images; and footage from current productions of Childs' works. | No | This project focuses on the life and work of Lucinda Childs and does not explicitly address diversity, equity, and inclusion (DEI) issues. | No. This project focuses on the life and work of Lucinda Childs and does not explicitly address diversity, equity, and inclusion (DEI) issues. |

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The 86-minute television documentary "Diary from the Ashes" will be the first in-depth film on the life and diary of Rywka Lipszyc, an intensely imaginative and intelligent 14-year-old girl whose diary was found in the rubble of an Auschwitz crematorium in 1945. Remarkably, Rywka's diary remained hidden until well into the 21st century, when it ended up in San Francisco, unopened and untranslated. | The 86-minute television documentary "Diary from the Ashes" will be the first in-depth film on the life and diary of Rywka Lipszyc, an intensely imaginative and intelligent 14-year-old girl whose diary was found in the rubble of an Auschwitz crematorium in 1945. Remarkably, Rywka's diary remained hidden until well into the 21st century, when it ended up in San Francisco, unopened and untranslated. | Yes | "Diary from the Ashes" relates to DEI by showcasing the experiences of a young girl during the Holocaust, promoting historical understanding and empathy. | Yes. "Diary from the Ashes" relates to DEI by showcasing the experiences of a young girl during the Holocaust, promoting historical understanding and empathy. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We seek a Media Production grant to create a 2-part historical documentary, "A Peculiar Freedom."  Our title defines free Black life in the Northeast of the U.S. between the 1780s and 1900, when White racism limited the opportunities of Black citizens, resulting in their social, political, and economic disenfranchisement. To be free and Black at this time meant confronting White assumptions about Black inferiority and having to prove ones worthiness as an American. Thus, our documentary will analyze the tensions between the theory of free Black life and the lived experiences of free Black people in late 18th- and 19th-century New England. We have two main objectives: to dispel the myth of a historically all-White New England, and to reveal the role that literacy, allies and activism played in Black self-determination and self-actualization. | We seek a Media Production grant to create a 2-part historical documentary, "A Peculiar Freedom."  Our title defines free Black life in the Northeast of the U.S. between the 1780s and 1900, when White racism limited the opportunities of Black citizens, resulting in their social, political, and economic disenfranchisement. To be free and Black at this time meant confronting White assumptions about Black inferiority and having to prove ones worthiness as an American. Thus, our documentary will analyze the tensions between the theory of free Black life and the lived experiences of free Black people in late 18th- and 19th-century New England. We have two main objectives: to dispel the myth of a historically all-White New England, and to reveal the role that literacy, allies and activism played in Black self-determination and self-actualization. | Yes | The proposed historical documentary aims to promote diversity, equity, and inclusion by highlighting the challenges faced by free Black people in the Northeast U.S. during the 18th and 19th centuries, and their efforts towards self-determination and self-actualization. | Yes. The proposed historical documentary aims to promote diversity, equity, and inclusion by highlighting the challenges faced by free Black people in the Northeast U.S. during the 18th and 19th centuries, and their efforts towards self-determination and self-actualization. |
| Diasporic Longing is a chronicle of belonging and displacement, pedagogy and practice, and music from Asia to Europe. Tracking the struggles of a family to find a home beyond China in the decades after 1949, the project focuses on two generations of my extended family, which is also the family of Yo-Yo Ma, the cellist. With "Diasporic Longing," I will write a narrative nonfictional study of the Ma family's multiple migrations and musical formations in the twentieth century, bringing illumination to historical figures who, unlike Yo-Yo, tend to go unacknowledged by media journalists. Weaving together biography, ethnography, fragments of poetry, as well as art and music criticism, the book will present finely-tuned explorations of wartime migration and the familial dispersal brought on by upheaval in the 20th century world. Told through the Mas, the book will offer a portrait of musicianship that opens up meanings of diaspora across Taiwan, China, Paris, and New York City. | Diasporic Longing is a chronicle of belonging and displacement, pedagogy and practice, and music from Asia to Europe. Tracking the struggles of a family to find a home beyond China in the decades after 1949, the project focuses on two generations of my extended family, which is also the family of Yo-Yo Ma, the cellist. With "Diasporic Longing," I will write a narrative nonfictional study of the Ma family's multiple migrations and musical formations in the twentieth century, bringing illumination to historical figures who, unlike Yo-Yo, tend to go unacknowledged by media journalists. Weaving together biography, ethnography, fragments of poetry, as well as art and music criticism, the book will present finely-tuned explorations of wartime migration and the familial dispersal brought on by upheaval in the 20th century world. Told through the Mas, the book will offer a portrait of musicianship that opens up meanings of diaspora across Taiwan, China, Paris, and New York City. | Yes | "Diasporic Longing" explores migration, displacement, and diasporic identity through music and family history. | Yes. "Diasporic Longing" explores migration, displacement, and diasporic identity through music and family history. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The project will produce an English-language annotated translation of the investigation and trial records of Catou's suspected abortion. The resulting publication, "The Trial of Catou: Prosecuting Abortion in Eighteenth-Century French India," will draw out the ways that colonial courts—in their quest for justice—recorded the ins-and-outs of the lives usually forgotten by imperial archives. As a South Asian born domestic servant, Catou's story and the various aspects of her life documented in these legal documents are an exemplar of this kind of forgotten experiences of empire. | The project will produce an English-language annotated translation of the investigation and trial records of Catou's suspected abortion. The resulting publication, "The Trial of Catou: Prosecuting Abortion in Eighteenth-Century French India," will draw out the ways that colonial courts—in their quest for justice—recorded the ins-and-outs of the lives usually forgotten by imperial archives. As a South Asian born domestic servant, Catou's story and the various aspects of her life documented in these legal documents are an exemplar of this kind of forgotten experiences of empire. | Yes | The translation project highlights the forgotten experiences of a South Asian domestic servant, connecting to DEI goals of inclusivity and representation. | Yes. The translation project highlights the forgotten experiences of a South Asian domestic servant, connecting to DEI goals of inclusivity and representation. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The composition of sacred parodies—writing new devotional texts to "cleanse" a preexisting tune of its heretical or libertine residue—in France flourished from the beginning of the Counter-Reformation through the middle of the eighteenth century. In this book project, I analyze spiritual parodies written and performed in France, Nouvelle-France, and Nouvelle Orléans to argue that this malleable song tradition produced weapons of spiritual warfare aimed at purifying and controlling urban, rural, domestic, and colonial soundscapes while also broadcasting cultural anxieties about a rapidly changing world. | The composition of sacred parodies—writing new devotional texts to "cleanse" a preexisting tune of its heretical or libertine residue—in France flourished from the beginning of the Counter-Reformation through the middle of the eighteenth century. In this book project, I analyze spiritual parodies written and performed in France, Nouvelle-France, and Nouvelle Orléans to argue that this malleable song tradition produced weapons of spiritual warfare aimed at purifying and controlling urban, rural, domestic, and colonial soundscapes while also broadcasting cultural anxieties about a rapidly changing world. | No | This description does not relate to DEI as it focuses on the analysis of spiritual parodies in France and does not mention diversity, equity, or inclusion. | No. This description does not relate to DEI as it focuses on the analysis of spiritual parodies in France and does not mention diversity, equity, or inclusion. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."Going to the Bathroom for the Nation" explores the stunning rise, proliferation, and globalization of the Japanese toilet across the twentieth and twenty first centuries. Following the introduction of "hygienic porcelains"—sinks, bathtubs, and toilets—in the early 1900s, Japanese companies such as TOTO endeavored to dominate the international market by paradoxically manufacturing and exporting toilets that were made and designed for Japanese consumer tastes. This process took place against a background of rapid industrialization, cataclysmic war, defeat, economic resurgence, and post-bubble stagnation. The book project unpacks this complex history by showing how the toilet became a symbol of luxury, a means of curtailing disease, and a marker of Japanese cultural nationalism. I request NEH support to conduct research in Japan for the book's latter half, which examines the postwar resurgence and internationalization of the Japanese toilet.

"Going to the Bathroom for the Nation" explores the stunning rise, proliferation, and globalization of the Japanese toilet across the twentieth and twenty first centuries. Following the introduction of "hygienic porcelains"—sinks, bathtubs, and toilets—in the early 1900s, Japanese companies such as TOTO endeavored to dominate the international market by paradoxically manufacturing and exporting toilets that were made and designed for Japanese consumer tastes. This process took place against a background of rapid industrialization, cataclysmic war, defeat, economic resurgence, and post-bubble stagnation. The book project unpacks this complex history by showing how the toilet became a symbol of luxury, a means of curtailing disease, and a marker of Japanese cultural nationalism. I request NEH support to conduct research in Japan for the book's latter half, which examines the postwar resurgence and internationalization of the Japanese toilet.

No — This description does not relate to DEI, as it focuses on the historical and cultural significance of Japanese toilets rather than diversity, equity, and inclusion.

No. This description does not relate to DEI, as it focuses on the historical and cultural significance of Japanese toilets rather than diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project explores early syllabic writing systems, specifically the Cypriot, Linear B, and Paleo-Hispanic scripts, which use symbols to represent syllables rather than individual letters. While modern orthographic theories have been extensively applied to languages like English and Dutch, they remain underexplored in ancient scripts. The work will result in two key outputs: a journal article and a publicly available, linguistically annotated dataset of these scripts. The project aims to bridge the gap between modern and ancient writing systems, offering fresh insights into the evolution of human literacy.

This project explores early syllabic writing systems, specifically the Cypriot, and Paleo-Hispanic scripts, which use symbols to represent syllables rather than individual letters. While modern orthographic theories have been extensively applied to languages like English and Dutch, they remain underexplored in ancient scripts. The work will result in two key outputs: a journal article and a publicly available, linguistically annotated dataset of these scripts. The project aims to bridge the gap between modern and ancient writing systems, offering fresh insights into the evolution of human literacy.

Yes — This project explores ancient syllabic writing systems, which can contribute to understanding the evolution of human literacy.

Yes. This project explores ancient syllabic writing systems, which can contribute to understanding the evolution of human literacy.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This study considers Japanese institutions of everyday life (the railway, the national broadcasting agency, the police, and the Parent-Teacher Association) to find ways in which the postwar promotion of democracy entailed encouragement of behaviors that advanced institutional interests. By training workers for new social conditions, these institutions aimed to help build a popular mindset conducive to democracy. Their deep and extensive reach in society gave them a potential role in that process, and they saw benefits to their own futures in the democratic society they would help construct. Along with state and grassroots actors, these intermediate-level agents helped build a democratic system that was shaped partly according to their institutional interests. Examining the promotion of specific visions of democratic practice in another time and place (but partly under American leadership) contributes to the American Tapestry initiative to strengthen democracy through the humanities.

This study considers Japanese institutions of everyday life (the railway, the national broadcasting agency, the police, and the Parent-Teacher Association) to find ways in which the postwar promotion of democracy entailed encouragement of behaviors that advanced institutional interests. By training workers for new social conditions, these institutions aimed to help build a popular mindset conducive to democracy. Their deep and extensive reach in society gave them a potential role in that process, and they saw benefits to their own futures in the democratic society they would help construct. Along with state and grassroots actors, these intermediate-level agents helped build a democratic system that was shaped partly according to their institutional interests. Examining the promotion of specific visions of democratic practice in another time and place (but partly under American leadership) contributes to the American Tapestry initiative to strengthen democracy through the humanities.

No — This study examines the promotion of democracy in Japanese institutions, contributing to the American Tapestry initiative but not directly related to DEI.

No. This study examines the promotion of democracy in Japanese institutions, contributing to the American Tapestry initiative but not directly related to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Who wrote the first book-length biography of Mary Shelley? This question should have a simple answer, but like so many aspects of Mary Shelley's life, it does not. In fact, the truth might be stranger than fiction. This project examines and compares copies of <em>Shelley and Mary</em>, a three-volume proto-biography of Mary Shelley compiled and edited by her daughter-in-law, Lady Jane Shelley, and published privately in 1882. Only sixteen copies were ever printed, but Lady Shelley edited each copy differently, possibly tailoring them to intended recipients. This project examines the surviving copies, now scattered across archives and in print hands, to reveal the first biography of Mary Shelley.

Who wrote the first book-length biography of Mary Shelley? This question should have a simple answer, but like so many aspects of Mary Shelley's life, it does not. In fact, the truth might be stranger than fiction. This project examines and compares copies of <em>Shelley and Mary</em>, a three-volume proto-biography of Mary Shelley compiled and edited by her daughter-in-law, Lady Jane Shelley, and published privately in 1882. Only sixteen copies were ever printed, but Lady Shelley edited each copy differently, possibly tailoring them to intended recipients. This project examines the surviving copies, now scattered across archives and in print hands, to reveal the first biography of Mary Shelley.

No — This project does not relate to DEI. It focuses on the examination and comparison of copies of a biography of Mary Shelley.

No. This project does not relate to DEI. It focuses on the examination and comparison of copies of a biography of Mary Shelley.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Across the Middle East in the 18th and 19th centuries, European imperialism compromised the sovereignty of the Ottoman Empire and established the modern world. From Ukraine to Syria to Gaza, many of today's conflicts are in precisely those places where Ottoman sovereignty disappeared. And today's conflicts, again, raise questions of sovereignty. But what was Ottoman sovereignty? And what legacy has it left for today's world? I will complete an article, and work on a larger book, answering those questions. It will use historical case studies to understand how Ottoman subjects and officials understood sovereignty, and how this changed in the face of European imperialism. Ultimately, Ottoman assertions created an idea of sovereignty that resembles, and may have influenced, the bedrock principles of the UN Charter.

Across the Middle East in the 18th and 19th centuries, European imperialism compromised the sovereignty of the Ottoman Empire and established the modern world. From Ukraine to Syria to Gaza, many of today's conflicts are in precisely those places where Ottoman sovereignty disappeared. And today's conflicts, again, raise questions of sovereignty. But what was Ottoman sovereignty? And what legacy has it left for today's world? I will complete an article, and work on a larger book, answering those questions. It will use historical case studies to understand how Ottoman subjects and officials understood sovereignty, and how this changed in the face of European imperialism. Ultimately, Ottoman assertions created an idea of sovereignty that resembles, and may have influenced, the bedrock principles of the UN Charter.

No    This description focuses on the history of the Ottoman Empire and its sovereignty, but does not directly relate to DEI.

No. This description focuses on the history of the Ottoman Empire and its sovereignty, but does not directly relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Spectacular Specimens will blend rhetoric, affect theory, and digital humanities to study the public display of human remains at medical and anatomical museums around the world. The primary aim is to develop a robust theory of "cadaverous rhetorics" to better understand the use of human remains as the material of communication in these museums. In so doing, the book will explore the ethics of display as well as issues of provenance and permission alongside its study of the rhetorical strategies used to educate, entertain, and/or inspire. The analytic insights of Spectacular Specimens will be built from the study of human remains on display in at least 20 anatomical collections as well as a broad exploration of public discourses surrounding these collections, the remains displayed, and the ethics of display.

Spectacular Specimens will blend rhetoric, affect theory, and digital humanities to study the public display of human remains at medical and anatomical museums around the world. The primary aim is to develop a robust theory of "cadaverous rhetorics" to better understand the use of human remains as the material of communication in these museums. In so doing, the book will explore the ethics of display as well as issues of provenance and permission alongside its study of the rhetorical strategies used to educate, entertain, and/or inspire. The analytic insights of Spectacular Specimens will be built from the study of human remains on display in at least 20 anatomical collections as well as a broad exploration of public discourses surrounding these collections, the remains displayed, and the ethics of display.

No    This initiative focuses on studying the public display of human remains and developing a theory, but it does not explicitly address issues of diversity, equity, and inclusion (DEI).

No. This initiative focuses on studying the public display of human remains and developing a theory, but it does not explicitly address issues of diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In the central regions of Senegal, people create local solutions to manage the effects of climate change. The book "Radical Transformations: Addressing Climate Change through Community in Senegal" will argue that among the many ways people in central Senegal address regional effects of climate change, their strategies have two principles. The first is that they draw on their ethnic and religious heritages, while employing the current sciences of their trades, within agriculture, fishing, food preparation, and environmental conservation. The second is that they transform their challenging environment by finding new solutions within their environmental resources. This book will draw on six years of ethnographic study across three microclimates in central Senegal to argue that cultural heritage is a significant factor in addressing the environmental effects of climate change.

In the central regions of Senegal, people create local solutions to manage the effects of climate change. The book "Radical Transformations: Addressing Climate Change through Community in Senegal" will argue that among the many ways people in central Senegal address regional effects of climate change, their strategies have two principles. The first is that they draw on their ethnic and religious heritages, while employing the current sciences of their trades, within agriculture, fishing, food preparation, and environmental conservation. The second is that they transform their challenging environment by finding new solutions within their environmental resources. This book will draw on six years of ethnographic study across three microclimates in central Senegal to argue that cultural heritage is a significant factor in addressing the environmental effects of climate change.

No    This description does not explicitly mention or relate to diversity, equity, and inclusion (DEI) issues.

No. This description does not explicitly mention or relate to diversity, equity, and inclusion (DEI) issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Anglican communion in Britain was the site of a radically conservative theological revolution during the Victorian era. This revolution began in the 1840s, when Anglo-Catholic clergymen introduced a new understanding of the Eucharist, or holy communion, one of the two sacraments recognized by the established church. This doctrine of the Real Presence was controversial for the remainder of the 19th century. While recognizing the devotional and theological aspects of this belief, this book project examines secular motivations for it, including defining a new style of masculinity, writing a Catholic history of Britain, spiritualizing material objects, and regulating the body, in order to understand the connections between the religious and secular spheres. Understanding the multiple motivations for defining and defending the doctrine of the Real Presence helps us recognize the continuing cultural power of Christianity in Victorian Britain.

The Anglican communion in Britain was the site of a radically conservative theological revolution during the Victorian era. This revolution began in the 1840s, when Anglo-Catholic clergymen introduced a new understanding of the Eucharist, or holy communion, one of the two sacraments recognized by the established church. This doctrine of the Real Presence was controversial for the remainder of the 19th century. While recognizing the devotional and theological aspects of this belief, this book project examines secular motivations for it, including defining a new style of masculinity, writing a Catholic history of Britain, spiritualizing material objects, and regulating the body, in order to understand the connections between the religious and secular spheres. Understanding the multiple motivations for defining and defending the doctrine of the Real Presence helps us recognize the continuing cultural power of Christianity in Victorian Britain.

No    This description does not directly relate to DEI as it focuses on theological and historical aspects in Victorian Britain without explicit mention of diversity, equity, or inclusion.

No. This description does not directly relate to DEI as it focuses on theological and historical aspects in Victorian Britain without explicit mention of diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In the past 25 years, there have been 124 mass shootings in the United States. In "Monuments of Bullets: The Rhetorical Architecture of Gun Violence Memorials," I study how communities that have experienced mass gun violence memorialize shootings through complex rhetorical performances that I refer to as "rhetorical architecture." I visit six permanent mass violence memorials and three archives of spontaneous memorials to examine how these memorials individually and collectively participate in cultural discourse surrounding gun violence in the United States. The research I conduct during the NEH Summer Stipend award period will serve as the source materials for an academic article, public lectures, and a book manuscript. Monuments of Bullets will expand scholarly and activist understandings of how public spaces that memorialize victims of mass shootings make an argument about the past, present, and future of gun violence in the United States. 

In the past 25 years, there have been 124 mass shootings in the United States. In "Monuments of Bullets: The Rhetorical Architecture of Gun Violence Memorials," I study how communities that have experienced mass gun violence memorialize shootings through complex rhetorical performances that I refer to as "rhetorical architecture." I visit six permanent mass violence memorials and three archives of spontaneous memorials to examine how these memorials individually and collectively participate in cultural discourse surrounding gun violence in the United States. The research I conduct during the NEH Summer Stipend award period will serve as the source materials for an academic article, public lectures, and a book manuscript. Monuments of Bullets will expand scholarly and activist understandings of how public spaces that memorialize victims of mass shootings make an argument about the past, present, and future of gun violence in the United States. 

No

While the topic of gun violence is relevant to DEI, the provided description does not directly relate to DEI.

No. While the topic of gun violence is relevant to DEI, the provided description does not directly relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book project explores the history of neoliberal Kenya, focusing on the enactment of structural adjustment programs (SAPs) in the late twentieth century. Recently, scholars have examined the rise of neoliberal ideologies through intellectual histories, which center on Western economic theorists, technocrats, and politicians. 'Welcome to Kenya, IMF's Little Colony': Political and Economic Transformation in the Neoliberal Era shifts attention to how neoliberal ideas were applied and experienced in a specific setting to challenge our understanding of neoliberalism. In doing so, it shows that: 1) SAPs were not imposed but negotiated, and only fitfully enacted; 2) Kenyan state actors used their status as political ally and development darling to gain an upper hand in negotiations with international financial institutions, often delaying and resisting economic reforms; 3) the making of neoliberal Kenya progressed slowly and unevenly, contributing to a sense of incoherence.

This book project explores the history of neoliberal Kenya, focusing on the enactment of structural adjustment programs (SAPs) in the late twentieth century. Recently, scholars have examined the rise of neoliberal ideologies through intellectual histories, which center on Western economic theorists, technocrats, and politicians. 'Welcome to Kenya, IMF's Little Colony': Political and Economic Transformation in the Neoliberal Era shifts attention to how neoliberal ideas were applied and experienced in a specific setting to challenge our understanding of neoliberalism. In doing so, it shows that: 1) SAPs were not imposed but negotiated, and only fitfully enacted; 2) Kenyan state actors used their status as political ally and development darling to gain an upper hand in negotiations with international financial institutions, often delaying and resisting economic reforms; 3) the making of neoliberal Kenya progressed slowly and unevenly, contributing to a sense of incoherence.

No

This book project explores the history of neoliberalism in Kenya but does not directly relate to DEI.

No. This book project explores the history of neoliberalism in Kenya but does not directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A Forbidden Fruit? is the first musically-centered cultural history of the 1960s-1980s religious revival in the Soviet Union. Drawing upon documents from state and personal archives in Armenia, Estonia, Russia, and Ukraine, oral history, memoirs, periodicals, and music analysis, it examines the histories of over twenty musical works inspired by Western classical sacred music and by local religious traditions. While describing and categorizing the circumstances that made performances of sacred music desirable and possible in an atheist state, this project illuminates Russia's imperial practice of enforcing provincial status on its colonized republics, and the inequality the composers faced across the USSR because of their ethnicities and religious confessions. To further illustrate the impact of imperial pressure, the final chapter describes the music scenes in newly independent states, as the performance of sacred works by local composers surged after the collapse of the Soviet empire.

A Forbidden Fruit? is the first musically-centered cultural history of the 1960s-1980s religious revival in the Soviet Union. Drawing upon documents from state and personal archives in Armenia, Estonia, Russia, and Ukraine, oral history, memoirs, periodicals, and music analysis, it examines the histories of over twenty musical works inspired by Western classical sacred music and by local religious traditions. While describing and categorizing the circumstances that made performances of sacred music desirable and possible in an atheist state, this project illuminates Russia's imperial practice of enforcing provincial status on its colonized republics, and the inequality the composers faced across the USSR because of their ethnicities and religious confessions. To further illustrate the impact of imperial pressure, the final chapter describes the music scenes in newly independent states, as the performance of sacred works by local composers surged after the collapse of the Soviet empire.

No

This description does not relate to DEI since it focuses on the cultural history of religious revival in the Soviet Union and the impact of imperial pressure, rather than diversity, equity, and inclusion.

No. This description does not relate to DEI since it focuses on the cultural history of religious revival in the Soviet Union and the impact of imperial pressure, rather than diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.I seek NEH funds to complete the book "Africa Fever" which examines the key role played by sub-Saharan architecture in the historical and conceptual refashioning of Euro-American design. Focusing on the 1953–1963 period, and case studies in Ghana, Nigeria, Cameroon, Mali, Mozambique, South Africa, and their counterparts in Euro-America, "Africa Fever" connects postwar reconstruction and the rising interest in sub-Saharan architecture among architects. After the devastation of World War II, several designers promoted the study of indigenous Africa as a means of transcending the modernist dogmas that had guided prewar design. They admired rural African settlements and houses, such as the Mousgoum architecture of Cameroon, for their social cohesiveness, communal character, and ecological qualities. "Africa Fever" unpacks cross-cultural connections, redistributes agency between regions, and offers a key reevaluation of a period crucial to the history of participatory and community design.

I seek NEH funds to complete the book "Africa Fever" which examines the key role played by sub-Saharan architecture in the historical and conceptual refashioning of Euro-American design. Focusing on the 1953–1963 period, and case studies in Ghana, Nigeria, Cameroon, Mali, Mozambique, South Africa, and their counterparts in Euro-America, "Africa Fever" connects postwar reconstruction and the rising interest in sub-Saharan architecture among architects. After the devastation of World War II, several designers promoted the study of indigenous Africa as a means of transcending the modernist dogmas that had guided prewar design. They admired rural African settlements and houses, such as the Mousgoum architecture of Cameroon, for their social cohesiveness, communal character, and ecological qualities. "Africa Fever" unpacks cross-cultural connections, redistributes agency between regions, and offers a key reevaluation of a period crucial to the history of participatory and community design.

Yes

"Africa Fever" explores the historical and conceptual impact of sub-Saharan architecture on Euro-American design, connecting cultures and offering a reevaluation of participatory and community design history. (209 characters)

Yes. "Africa Fever" explores the historical and conceptual impact of sub-Saharan architecture on Euro-American design, connecting cultures and offering a reevaluation of participatory and community design history. (209 characters)

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."After Hiroshima: The Nuclear Imaginary in Japanese Art" investigates expressions of the nuclear sublime in Japanese artworks from 1945 to the present day. As the world's first and only victims of nuclear warfare (in 1945), and as casualties of a major nuclear power accident and environmental disaster (in 2011), the Japanese have long grappled with the problem of how to live in the wake—and under the continuing conditions—of nuclear precarity. "After Hiroshima" introduces a virtually unstudied corpus of modern art that makes unseen nuclear realities visible for diverse audiences. Revealing evolving perspectives on life in the nuclear age, "After Hiroshima" demonstrates how these artistic explorations—of the poetics of time, mourning, and memory, and of beauty, frailty, and vulnerability—represent probing ruminations on issues of language and legibility, the stakes and ethics of representation, and the primacy of reflection and imagination in the creative act of world-making.

"After Hiroshima: The Nuclear Imaginary in Japanese Art" investigates expressions of the nuclear sublime in Japanese artworks from 1945 to the present day. As the world's first and only victims of nuclear warfare (in 1945), and as casualties of a major nuclear power accident and environmental disaster (in 2011), the Japanese have long grappled with the problem of how to live in the wake—and under the continuing conditions—of nuclear precarity. "After Hiroshima" introduces a virtually unstudied corpus of modern art that makes unseen nuclear realities visible for diverse audiences. Revealing evolving perspectives on life in the nuclear age, "After Hiroshima" demonstrates how these artistic explorations—of the poetics of time, mourning, and memory, and of beauty, frailty, and vulnerability—represent probing ruminations on issues of language and legibility, the stakes and ethics of representation, and the primacy of reflection and imagination in the creative act of world-making.

No

"After Hiroshima: The Nuclear Imaginary in Japanese Art" explores the nuclear sublime in Japanese artworks, but there is no direct connection to DEI issues.

No. "After Hiroshima: The Nuclear Imaginary in Japanese Art" explores the nuclear sublime in Japanese artworks, but there is no direct connection to DEI issues.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Focusing on commentaries and manuscript glosses of two musical treatises from the medieval Islamic world, this project seeks to answer the following questions: What did networks of scholarly exchange on a scientific discipline in the medieval and early modern Islamic world resemble? In the absence of tools as well as barriers prevalent in the modern world (national academic institutions, borders, laboratories, etc.), how did scientific knowledge circulate over time and space? What can we learn about the educational activities of medieval and early modern scholars by analyzing these commentaries and manuscript glosses?

Focusing on commentaries and manuscript glosses of two musical treatises from the medieval Islamic world, this project seeks to answer the following questions: What did networks of scholarly exchange on a scientific discipline in the medieval and early modern Islamic world resemble? In the absence of tools as well as barriers prevalent in the modern world (national academic institutions, borders, laboratories, etc.), how did scientific knowledge circulate over time and space? What can we learn about the educational activities of medieval and early modern scholars by analyzing these commentaries and manuscript glosses?

No

This project does not directly relate to DEI. It focuses on studying medieval Islamic scholarship and scientific exchange.

No. This project does not directly relate to DEI. It focuses on studying medieval Islamic scholarship and scientific exchange.

---

Malayalees are one of the more recently arrived immigrant populations to the U.S. and part of the larger South Asian diaspora. "Constructing Ethnic Identity in the Diaspora: The Malayalee Community in the United States" examines the intergenerational process of the construction of ethnic identity as "hyphenated" Americans, focusing on two aspects of culture that are especially evocative indexes of ethnic identity: language and food. As Malayalees become hyphenated Americans, how is this constructed in their linguistic and cultural practices, and how do they narrate these choices? The study will contribute to the linguistic description of the South Asian-American repertoire, provide insight into the progression from a multilingual repertoire to an ethnolinguistic repertoire, and, by focusing on two distinct indexes of ethnic and diasporic identity, provide a textured analysis of the construction of ethnic identity in the South Asian diaspora.

Malayalees are one of the more recently arrived immigrant populations to the U.S. and part of the larger South Asian diaspora. "Constructing Ethnic Identity in the Diaspora: The Malayalee Community in the United States" examines the intergenerational process of the construction of ethnic identity as "hyphenated" Americans, focusing on two aspects of culture that are especially evocative indexes of ethnic identity: language and food. As Malayalees become hyphenated Americans, how is this constructed in their linguistic and cultural practices, and how do they narrate these choices? The study will contribute to the linguistic description of the South Asian-American repertoire, provide insight into the progression from a multilingual repertoire to an ethnolinguistic repertoire, and, by focusing on two distinct indexes of ethnic and diasporic identity, provide a textured analysis of the construction of ethnic identity in the South Asian diaspora.

Yes

The Malayalee identity study analyzes linguistic and cultural identity formation in the South Asian diaspora.

Yes. The Malayalee identity study analyzes linguistic and cultural identity formation in the South Asian diaspora.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The agenda of a "New South," a term coined in 1874 by the editor of the <em>Atlanta Constitution</em>, was to embrace the promises of development. While much has been written by historians about the political, social, and economic transformations of the U.S. South in the era between the Civil War and the New Deal, much less has been said about its built environments. This is what "Constructing the New South" aims to change with the publication of a modest open-access book and the opening of an ever-expanding database to other researchers in 2026. "Constructing the New South" will explore the architectural history of this era through a unique and understudied resource: the journal <em>Southern Architect and Building News</em>, published in Atlanta from 1889 to 1932. Using digital humanities tools to analyze articles and advertisements aimed at architects and builders, this project brings the New South's built environments to light.

The agenda of a "New South," a term coined in 1874 by the editor of the <em>Atlanta Constitution</em>, was to embrace the promises of development. While much has been written by historians about the political, social, and economic transformations of the U.S. South in the era between the Civil War and the New Deal, much less has been said about its built environments. This is what "Constructing the New South" aims to change with the publication of a modest open-access book and the opening of an ever-expanding database to other researchers in 2026. "Constructing the New South" will explore the architectural history of this era through a unique and understudied resource: the journal <em>Southern Architect and Building News</em>, published in Atlanta from 1889 to 1932. Using digital humanities tools to analyze articles and advertisements aimed at architects and builders, this project brings the New South's built environments to light.

No

This description discusses the architectural history of the U.S. South, but it does not mention any direct connection to diversity, equity, and inclusion (DEI) initiatives.

No. This description discusses the architectural history of the U.S. South, but it does not mention any direct connection to diversity, equity, and inclusion (DEI) initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project reveals how the Central Intelligence Agency used Christianity in covert operations intended to shape the world order during the Cold War from 1947 to 1967. At the time, numerous Christians believed that communism's spread threatened Christianity's future. Intelligence officers used this to their advantage. Notably, the CIA underwrote Christianity's spread, sponsoring anti-communist evangelists and Christian organizations that influenced millions, increasing the size and strength of Christian blocs in several majority world nations. The CIA then used these blocs in elections and coups, manipulating Christians either into voting against or not protesting the ouster of politicians that the CIA smeared as "communist" in the press. By drawing attention to how the U.S. government covertly manipulated religious commitments in the past, this research helps to create an awareness of how religious commitments remain vulnerable to political manipulation today.

This project reveals how the Central Intelligence Agency used Christianity in covert operations intended to shape the world order during the Cold War from 1947 to 1967. At the time, numerous Christians believed that communism's spread threatened Christianity's future. Intelligence officers used this to their advantage. Notably, the CIA underwrote Christianity's spread, sponsoring anti-communist evangelists and Christian organizations that influenced millions, increasing the size and strength of Christian blocs in several majority world nations. The CIA then used these blocs in elections and coups, manipulating Christians either into voting against or not protesting the ouster of politicians that the CIA smeared as "communist" in the press. By drawing attention to how the U.S. government covertly manipulated religious commitments in the past, this research helps to create an awareness of how religious commitments remain vulnerable to political manipulation today.

No

While this project discusses the Central Intelligence Agency's use of Christianity in covert operations, it doesn't directly relate to DEI.

No. While this project discusses the Central Intelligence Agency's use of Christianity in covert operations, it doesn't directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project, inspired by my experience growing up in a Mexican immigrant family, examines identity and the maintenance of ties across generations and transnational movement in the sixteenth century. Drawing on notarial and inquisition records, litigation to prove nobility and purity of blood, literary narratives, and funerary monuments, my book shows how Genoese families maintained ties to their homeland and compatriots, retaining a Genoese communal identity alongside their integration into Iberian communities. This changed by the end of the sixteenth century as a result of Iberian anxieties around identities that did not appear singular. Many renounced or dissimulated any ties to Genoa or their consulate, drawing the inquisitorial eye toward Castilian relatives and obscuring their Genoese past. This case thus shows how anxieties permeating the sixteenth century had an impact on defining communal boundaries beyond religious difference, often the focus of scholarly attention.

This project, inspired by my experience growing up in a Mexican immigrant family, examines identity and the maintenance of ties across generations and transnational movement in the sixteenth century. Drawing on notarial and inquisition records, litigation to prove nobility and purity of blood, literary narratives, and funerary monuments, my book shows how Genoese families maintained ties to their homeland and compatriots, retaining a Genoese communal identity alongside their integration into Iberian communities. This changed by the end of the sixteenth century as a result of Iberian anxieties around identities that did not appear singular. Many renounced or dissimulated any ties to Genoa or their consulate, drawing the inquisitorial eye toward Castilian relatives and obscuring their Genoese past. This case thus shows how anxieties permeating the sixteenth century had an impact on defining communal boundaries beyond religious difference, often the focus of scholarly attention.

Yes

This project examines identity maintenance across generations and transnational movement, shedding light on communal boundaries beyond religious difference.

Yes. This project examines identity maintenance across generations and transnational movement, shedding light on communal boundaries beyond religious difference.

A biography of Anita Loos, the first woman staff screenwriter, author of <em>Gentlemen Prefer Blondes</em>, and many other works, "Laughing All the Time" uses the occasion of Loos's long career to consider the many personal and professional struggles of American working women in the twentieth century.

A biography of Anita Loos, the first woman staff screenwriter, author of <em>Gentlemen Prefer Blondes</em>, and many other works, "Laughing All the Time" uses the occasion of Loos's long career to consider the many personal and professional struggles of American working women in the twentieth century.

No

The biography of Anita Loos focuses on her career and contributions to film and literature, not DEI.

No. The biography of Anita Loos focuses on her career and contributions to film and literature, not DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.As the first monograph to connect the nearly one hundred year history of the aloha shirt to the processes and structures of war-making, Militarized Threads: Fashioning Empire through Aloha Wear, counters a reductionist view of the garment by illuminating the complex ways that it is deployed to promote, sustain, and refute militarism and war in the Pacific World. It challenges the way the shirt is innocuously coded as synonymous with the idea of paradise, by laying bare the scope of the connected systems of militarism, tourism, and meaning-making that it embodies. The relevance of this intervention was recently highlighted by the use of the "aloha shirt uniform" on heavily armed men at anti-government and white power rallies. While popular discourse dismisses this sartorial choice as harmless practice, Militarized Threads pushes back on this narrative with an analysis of how and why the aloha shirt's complicity in militarism and empire-making remains invisible.

As the first monograph to connect the nearly one hundred year history of the aloha shirt to the processes and structures of war-making, Militarized Threads: Fashioning Empire through Aloha Wear, counters a reductionist view of the garment by illuminating the complex ways that it is deployed to promote, sustain, and refute militarism and war in the Pacific World. It challenges the way the shirt is innocuously coded as synonymous with the idea of paradise, by laying bare the scope of the connected systems of militarism, tourism, and meaning-making that it embodies. The relevance of this intervention was recently highlighted by the use of the "aloha shirt uniform" on heavily armed men at anti-government and white power rallies. While popular discourse dismisses this sartorial choice as harmless practice, Militarized Threads pushes back on this narrative with an analysis of how and why the aloha shirt's complicity in militarism and empire-making remains invisible.

Yes

This monograph challenges the misconception of the aloha shirt as harmless and highlights its complicity in militarism and empire-making.

Yes. This monograph challenges the misconception of the aloha shirt as harmless and highlights its complicity in militarism and empire-making. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.At the very moment when the Russian Empire was nearing collapse, the music of its official religion was undergoing an unprecedented revival. Based on extensive archival research in St. Petersburg and Moscow, this book examines Russian Orthodox sacred music as a crucial nexus of religious imagination and power struggle between Church, state, and intelligentsia in a period of revolution and rapid modernization. I reconstruct the Church's and state's vast and competing systems of censorship of sacred music and draw upon contemporaneous developments in medievalist scholarship and liturgical theology. This range of sources allows me to connect the non-discursive, aesthetic aspects of Orthodox practice to the sinews of imperial power and pan-European projects of knowledge creation. This will be the first monograph in English or Russian to discuss this music within its full cultural context, and it provides a timely reconsideration of church, state, and public spectacle in Eastern Europe.

At the very moment when the Russian Empire was nearing collapse, the music of its official religion was undergoing an unprecedented revival. Based on extensive archival research in St. Petersburg and Moscow, this book examines Russian Orthodox sacred music as a crucial nexus of religious imagination and power struggle between Church, state, and intelligentsia in a period of revolution and rapid modernization. I reconstruct the Church's and state's vast and competing systems of censorship of sacred music and draw upon contemporaneous developments in medievalist scholarship and liturgical theology. This range of sources allows me to connect the non-discursive, aesthetic aspects of Orthodox practice to the sinews of imperial power and pan-European projects of knowledge creation. This will be the first monograph in English or Russian to discuss this music within its full cultural context, and it provides a timely reconsideration of church, state, and public spectacle in Eastern Europe.

No

This does not relate to DEI as it does not mention diversity, equity, or inclusion in any way.

No. This does not relate to DEI as it does not mention diversity, equity, or inclusion in any way.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This anthology brings together a wide range of British industrial writings from the 18th and 19th centuries by relatively unknown authors, most of whom do not appear in modern printed or electronic editions. While the Industrial Revolution is a mainstay of teaching and research on 18th- and 19th-century British literature, history, and culture, most anthologies and scholarly work—and thus most college courses on these topics—focus on well-known canonical authors. But thousands of writers chronicled Britain's industrial transformation. Recovering their writings and making them accessible to Humanities scholars and students will not only greatly expand our understanding of this important historical era but will also bring to light many "new" works with aesthetic and intellectual value of their own. From topical poems on steam engines to satires of coal to industrial histories of towns and cities, this anthology offers a new body of primary materials for teachers and researchers alike.

This anthology brings together a wide range of British industrial writings from the 18th and 19th centuries by relatively unknown authors, most of whom do not appear in modern printed or electronic editions. While the Industrial Revolution is a mainstay of teaching and research on 18th- and 19th-century British literature, history, and culture, most anthologies and scholarly work—and thus most college courses on these topics—focus on well-known canonical authors. But thousands of writers chronicled Britain's industrial transformation. Recovering their writings and making them accessible to Humanities scholars and students will not only greatly expand our understanding of this important historical era but will also bring to light many "new" works with aesthetic and intellectual value of their own. From topical poems on steam engines to satires of coal to industrial histories of towns and cities, this anthology offers a new body of primary materials for teachers and researchers alike.

No

This anthology focuses on British industrial writings from the 18th and 19th centuries, which does not directly relate to DEI issues.

No. This anthology focuses on British industrial writings from the 18th and 19th centuries, which does not directly relate to DEI (Diversity, Equity, and Inclusion) issues.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.I seek NEH support to complete a book on Gilded Age St. Louis in the childhood of T. S. Eliot. Though the poet left his hometown in 1905, the place lingered in his imagination, shaping his writing and view of modern life. Contributing both to the history of St. Louis and the study of Eliot's poetry, my book explores this fascinating, underestimated city as the source of some of his most powerful images and troubled insights. Reading Eliot's poetry and letters together with newspapers, city records, photographs, maps, and other documents, I reconstruct the sensory experiences and social tensions of his densely populated, industrialized, mixed-race neighborhood. I trace his musical aesthetics and themes of alienation, guilt, and pollution to his early impressions. Each chapter focuses on an aspect of the city that formed his perceptions: smoke pollution, racial segregation, a venereal disease epidemic, waste and water management, and the city's vibrant musical culture.

I seek NEH support to complete a book on Gilded Age St. Louis in the childhood of T. S. Eliot. Though the poet left his hometown in 1905, the place lingered in his imagination, shaping his writing and view of modern life. Contributing both to the history of St. Louis and the study of Eliot's poetry, my book explores this fascinating, underestimated city as the source of some of his most powerful images and troubled insights. Reading Eliot's poetry and letters together with newspapers, city records, photographs, maps, and other documents, I reconstruct the sensory experiences and social tensions of his densely populated, industrialized, mixed-race neighborhood. I trace his musical aesthetics and themes of alienation, guilt, and pollution to his early impressions. Each chapter focuses on an aspect of the city that formed his perceptions: smoke pollution, racial segregation, a venereal disease epidemic, waste and water management, and the city's vibrant musical culture.

No — This description does not specifically mention DEI or any related factors.

No. This description does not specifically mention DEI (Diversity, Equity, and Inclusion) or any related factors.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Most studies of return migration take a structural approach, asking what large-scale processes shape individual trajectories. I propose a subject-centered humanities approach, taking seriously individuals' understanding of self, place, and home to understand post-return trajectories. Drawing from 333 interviews with deported and constrained returned persons, I will conduct 35 oral histories with persons deported and returned from the U.S. to Mexico. I will also ask interlocutors to take photos with their phones of what they understand as home. In this way, I examine how homemaking practices lead deported and returned to set roots in Mexico or take routes back to the U.S. Understanding why migrants return to the U.S. unauthorized, despite dangers and nativism expressed towards them, can help build cross-cultural understanding. Conversely, a better understanding of the factors that lead migrants to stay in their country of origin may help build the conditions to stem unauthorized migration.

Most studies of return migration take a structural approach, asking what large-scale processes shape individual trajectories. I propose a subject-centered humanities approach, taking seriously individuals' understanding of self, place, and home to understand post-return trajectories. Drawing from 333 interviews with deported and constrained returned persons, I will conduct 35 oral histories with persons deported and returned from the U.S. to Mexico. I will also ask interlocutors to take photos with their phones of what they understand as home. In this way, I examine how homemaking practices lead deported and returned to set roots in Mexico or take routes back to the U.S. Understanding why migrants return to the U.S. unauthorized, despite dangers and nativism expressed towards them, can help build cross-cultural understanding. Conversely, a better understanding of the factors that lead migrants to stay in their country of origin may help build the conditions to stem unauthorized migration.

Yes — This research examines the factors influencing return migration and the understanding of self, place, and home, contributing to cross-cultural understanding and potential solutions to unauthorized migration.

Yes. This research examines the factors influencing return migration and the understanding of self, place, and home, contributing to cross-cultural understanding and potential solutions to unauthorized migration.

This project request is for completion of research and writing of an initial chapter for a new book project titled "Revealed in the Wound: A Social Ballistics of America's Gun Crisis." The project, conceived as public-facing production, addresses gun violence in the U.S. through the perspective of the wound, addressing the experience of gunshot survivors and physicians and surgeons who treat them. The work weaves ethnographic, literary, artistic, and historical materials to address an often-concealed facet of America's gun crisis.

This project request is for completion of research and writing of an initial chapter for a new book project titled "Revealed in the Wound: A Social Ballistics of America's Gun Crisis." The project, conceived as public-facing production, addresses gun violence in the U.S. through the perspective of the wound, addressing the experience of gunshot survivors and physicians and surgeons who treat them. The work weaves ethnographic, literary, artistic, and historical materials to address an often-concealed facet of America's gun crisis.

Yes — "Revealed in the Wound" examines gun violence through survivors' experiences, addressing social justice issues.

Yes. "Revealed in the Wound" examines gun violence through survivors' experiences, addressing social justice issues.

This book, "Shepherds in the Dark: Bishops and the Creation of Catholic Knowledge in Early Modern Italy," takes a fresh look at post-Tridentine episcopacy in late sixteenth-century Italy by examining the information management and knowledge production of a network of Italian bishops, including Carlo Borromeo, Gabriele Paleotti, Agostino Valier, Giovanni Francesco Bonomi, Alessandro Sauli, and Carlo Maria Bascapè. Working with (and sometimes against) each other, their collaborators, and their communities, these bishops created knowledge in many forms: it was historical, legal, liturgical, embodied, in dialogue with the built environment, and performed in quotidian as well as spectacular rituals. The book shows how this knowledge was assembled as well as adopted, rejected, or contested, presenting a new picture of the Catholic Reformation.

This book, "Shepherds in the Dark: Bishops and the Creation of Catholic Knowledge in Early Modern Italy," takes a fresh look at post-Tridentine episcopacy in late sixteenth-century Italy by examining the information management and knowledge production of a network of Italian bishops, including Carlo Borromeo, Gabriele Paleotti, Agostino Valier, Giovanni Francesco Bonomi, Alessandro Sauli, and Carlo Maria Bascapè. Working with (and sometimes against) each other, their collaborators, and their communities, these bishops created knowledge in many forms: it was historical, legal, liturgical, embodied, in dialogue with the built environment, and performed in quotidian as well as spectacular rituals. The book shows how this knowledge was assembled as well as adopted, rejected, or contested, presenting a new picture of the Catholic Reformation.

No — "Shepherds in the Dark" focuses on Catholic knowledge production, not DEI.

No. "Shepherds in the Dark" focuses on Catholic knowledge production, not DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Situation Normal: Emergency Poetics and the Rise of the American National Security State examines American poetry's imbrication with the legacy of civil defense, a Cold War paradigm that has long governed public crises—and which has amplified collective vulnerabilities in the name of national security. I study four poets—Denise Levertov, Essex Hemphill, Claudia Rankine, and Francis Lo—who, in bearing witness to emergency discourse, imagine a future uncoupled from its violence. By crossing lyric and witness-based poetries with documentary collage and conceptualism, the poets in this book unpack how the security state's framing of emergencies obscures enduring crisis conditions like declining social programs and ecological devastation. Emergency poetics, as I call it, reveals the prominence of the security state in shaping the way we understand crisis, and it finds in poetry the capacity to fashion a more open-ended and collectively oriented critical consciousness in response.

Situation Normal: Emergency Poetics and the Rise of the American National Security State examines American poetry's imbrication with the legacy of civil defense, a Cold War paradigm that has long governed public crises—and which has amplified collective vulnerabilities in the name of national security. I study four poets—Denise Levertov, Essex Hemphill, Claudia Rankine, and Francis Lo—who, in bearing witness to emergency discourse, imagine a future uncoupled from its violence. By crossing lyric and witness-based poetries with documentary collage and conceptualism, the poets in this book unpack how the security state's framing of emergencies obscures enduring crisis conditions like declining social programs and ecological devastation. Emergency poetics, as I call it, reveals the prominence of the security state in shaping the way we understand crisis, and it finds in poetry the capacity to fashion a more open-ended and collectively oriented critical consciousness in response.

Yes

Situation Normal explores the connection between poetry and the American national security state, highlighting how emergency discourse can obscure ongoing crises and the need for a more collective and open-minded response.

Yes. Situation Normal explores the connection between poetry and the American national security state, highlighting how emergency discourse can obscure ongoing crises and the need for a more collective and open-minded response.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In the early modern period, European states relied on for-profit military contractors to assemble and equip their armed forces. While the approach had certain political and tactical advantages, it also bore major problems, ranging from poor morale to utter incompetence on the battlefield. Nevertheless, the model endured for a remarkable length of time, with military reforms only introduced as late as the nineteenth century. Here I contend that, lest we dismiss contract militaries as simply the preferred choice of weak and backward states, such longevity cannot be taken for granted. Drawing on evidence from states and societies in the Holy Roman Empire, I demonstrate that the system played a crucial yet little-known role in efforts to modernize and develop local economies. This reconstruction of the broader, societal significance of for-profit military units sheds light not just on European economic history but also on more recent uses of private military contractors.

In the early modern period, European states relied on for-profit military contractors to assemble and equip their armed forces. While the approach had certain political and tactical advantages, it also bore major problems, ranging from poor morale to utter incompetence on the battlefield. Nevertheless, the model endured for a remarkable length of time, with military reforms only introduced as late as the nineteenth century. Here I contend that, lest we dismiss contract militaries as simply the preferred choice of weak and backward states, such longevity cannot be taken for granted. Drawing on evidence from states and societies in the Holy Roman Empire, I demonstrate that the system played a crucial yet little-known role in efforts to modernize and develop local economies. This reconstruction of the broader, societal significance of for-profit military units sheds light not just on European economic history but also on more recent uses of private military contractors.

No

This discussion focuses on the historical use of for-profit military contractors and their role in European economic development, without directly addressing concepts of diversity, equity, and inclusion.

No. This discussion focuses on the historical use of for-profit military contractors and their role in European economic development, without directly addressing concepts of diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Guatemala has long claimed that Belize—a British colony until 1981—is rightfully Guatemalan territory, and over time, there have been numerous failed attempts at diplomatic negotiations and border conflicts. This project studies this dispute through a borderlands lens in order to privilege non-elite voices and examine how everyday actions by borderland inhabitants shaped international diplomacy. Many of those living in the borderlands were Q'eqchi' Maya or Afro-descendants who moved across this disputed boundary at different moments in time, in search of collective and individual sovereignties. This project centers their stories and, in doing so, illuminates the power of political narratives to shape mobility and national identity and connects seemingly isolated episodes of rumor and violence to show the impact of deeply rooted nationalistic ideas on daily activities of those living in the border region.

Guatemala has long claimed that Belize—a British colony until 1981—is rightfully Guatemalan territory, and over time, there have been numerous failed attempts at diplomatic negotiations and border conflicts. This project studies this dispute through a borderlands lens in order to privilege non-elite voices and examine how everyday actions by borderland inhabitants shaped international diplomacy. Many of those living in the borderlands were Q'eqchi' Maya or Afro-descendants who moved across this disputed boundary at different moments in time, in search of collective and individual sovereignties. This project centers their stories and, in doing so, illuminates the power of political narratives to shape mobility and national identity and connects seemingly isolated episodes of rumor and violence to show the impact of deeply rooted nationalistic ideas on daily activities of those living in the border region.

No

This project does not directly relate to DEI as it focuses on a specific border dispute and its effects on the inhabitants in that region.

No. This project does not directly relate to DEI (Diversity, Equity, and Inclusion) as it focuses on a specific border dispute and its effects on the inhabitants in that region.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A catalogue raisonné (comprehensive, annotated record) of the extant pictorial and graphic works that William Blake created during his apprenticeship. These materials are housed in the Bodleian Library, University of Oxford, and the Society of Antiquaries in London. Amongst these collections are a trove of hitherto unknown pictorial and graphic work by Blake: the largest unattributed body of work by Blake discovered in the 21st century. This catalogue raisonné brings to light not only these newly discovered drawings and engravings by but also Blake's earliest attributable creative work.

A catalogue raisonné (comprehensive, annotated record) of the extant pictorial and graphic works that William Blake created during his apprenticeship. These materials are housed in the Bodleian Library, University of Oxford, and the Society of Antiquaries in London. Amongst these collections are a trove of hitherto unknown pictorial and graphic work by Blake: the largest unattributed body of work by Blake discovered in the 21st century. This catalogue raisonné brings to light not only these newly discovered drawings and engravings by but also Blake's earliest attributable creative work.

No    Does not relate to DEI.    No.

| | Prompt | Description | | Response A | Response B |
|---|---|---|---|---|---|
| 1077 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My goal for this Summer Stipend project is to construct and pilot an online database of 3D modeled artifacts for The Great Marble Map of Rome Project (GMMRP). This database will serve two interrelated purposes: it will provide much needed data infrastructure in collaboration with the Musei Capitolini and Sovrintendenza Capitolina ai Beni Culturali (SCBC) in Rome; and it will create an international pipeline of information and access between the museum and world scholars. This will make possible innovative data-driven analysis (including using Artificial Intelligence [AI]) for one of the world's oldest maps. The GMMRP database and its corresponding monograph will integrate this foundational artifact into world scholarship on the development of urban cultural identity, as the first comprehensive presentation and holistic analysis of the map for a broad scholarly audience. | My goal for this Summer Stipend project is to construct and pilot an online database of 3D modeled artifacts for The Great Marble Map of Rome Project (GMMRP). This database will serve two interrelated purposes: it will provide much needed data infrastructure in collaboration with the Musei Capitolini and Sovrintendenza Capitolina ai Beni Culturali (SCBC) in Rome; and it will create an international pipeline of information and access between the museum and world scholars. This will make possible innovative data-driven analysis (including using Artificial Intelligence [AI]) for one of the world's oldest maps. The GMMRP database and its corresponding monograph will integrate this foundational artifact into world scholarship on the development of urban cultural identity, as the first comprehensive presentation and holistic analysis of the map for a broad scholarly audience. | No | This description does not mention anything about DEI. It focuses on the construction and pilot of an online database for The Great Marble Map of Rome Project. | No. This description does not mention anything about DEI (Diversity, Equity, and Inclusion). It focuses on the construction and pilot of an online database for The Great Marble Map of Rome Project. |
| 1078 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book project seeks to investigate and recover the hidden histories of Levantine Pre-Pottery Neolithic B (7500-6000 BCE) masks by using a multidisciplinary, object-based framework of object biography, ethnographies, and archival research. Of the eighteen known masks four have associated archaeological findspots, three are in institutional collections, the result of direct sales between the looter and the buyer, and eleven masks were sold in the antiquities market, with little or no background information. How did these items move from the ground to the consumer? How are they interpreted in museum spaces? Who "owns" these contested artifacts? Unpacking the esteem for artifacts, the hidden histories, the lost knowledge, and the capital gained will provide a unique understanding of their significance in human (pre)history, their importance as excavated items, in museum displays, as objects of affection, their place in cultural property law, and in national imaginaries. | This book project seeks to investigate and recover the hidden histories of Levantine Pre-Pottery Neolithic B (7500-6000 BCE) masks by using a multidisciplinary, object-based framework of object biography, ethnographies, and archival research. Of the eighteen known masks four have associated archaeological findspots, three are in institutional collections, the result of direct sales between the looter and the buyer, and eleven masks were sold in the antiquities market, with little or no background information. How did these items move from the ground to the consumer? How are they interpreted in museum spaces? Who "owns" these contested artifacts? Unpacking the esteem for artifacts, the hidden histories, the lost knowledge, and the capital gained will provide a unique understanding of their significance in human (pre)history, their importance as excavated items, in museum displays, as objects of affection, their place in cultural property law, and in national imaginaries. | No | This book project focuses on investigating the history and significance of Levantine Pre-Pottery Neolithic B masks. It does not specifically relate to DEI. | No. This book project focuses on investigating the history and significance of Levantine Pre-Pottery Neolithic B masks. It does not specifically relate to DEI. |
| 1079 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.<em>The Letters of Jean Ingelow </em>is the first collected edition of the letters of Jean Ingelow (1820–1897), a popular British Victorian poet, novelist, and author of children's fiction. After the publication of Ingelow's Poems (1863) in England and the United States, Ingelow became a bestselling author whose work was prized for its representation of the natural world, everyday life, and women's lived experience in domestic and professional spaces. Her significance to the study of British and American literature and culture rests both upon her literary influence and the extent to which her celebrity transcended the literary sphere, especially in North America. | <em>The Letters of Jean Ingelow </em>is the first collected edition of the letters of Jean Ingelow (1820–1897), a popular British Victorian poet, novelist, and author of children's fiction. After the publication of Ingelow's Poems (1863) in England and the United States, Ingelow became a bestselling author whose work was prized for its representation of the natural world, everyday life, and women's lived experience in domestic and professional spaces. Her significance to the study of British and American literature and culture rests both upon her literary influence and the extent to which her celebrity transcended the literary sphere, especially in North America. | No | This description does not relate to DEI as it provides information about the publication and significance of Jean Ingelow's letters. | No. This description does not relate to DEI as it provides information about the publication and significance of Jean Ingelow's letters. |
| 1080 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Other Part of Us will examine the broader American Jewish encounter with Jews of the Middle East and North Africa (MENA) from the 1940s through the 1970s. While much has been written on the MENA Jewish or "Mizrahi" experience in Israel, few scholars have examined the crucial role that American Jewish organizations played in funding the mass emigration of these Jews from Arab lands and their resettlement in Israel. This research will not only explore the practical role that these largely Ashkenazi American Jews played in this migration but will also interrogate the ideologies underpinning American Jewish assumptions about MENA Jews, including widespread rhetoric about emigration as a form of rescue within the post-Holocaust context. Using archival sources based in New York, Cincinnati, Israel, and elsewhere, it will present an array of Jewish perspectives on these events ranging from Zionist to non-Zionist to anti-Zionist. | The Other Part of Us will examine the broader American Jewish encounter with Jews of the Middle East and North Africa (MENA) from the 1940s through the 1970s. While much has been written on the MENA Jewish or "Mizrahi" experience in Israel, few scholars have examined the crucial role that American Jewish organizations played in funding the mass emigration of these Jews from Arab lands and their resettlement in Israel. This research will not only explore the practical role that these largely Ashkenazi American Jews played in this migration but will also interrogate the ideologies underpinning American Jewish assumptions about MENA Jews, including widespread rhetoric about emigration as a form of rescue within the post-Holocaust context. Using archival sources based in New York, Cincinnati, Israel, and elsewhere, it will present an array of Jewish perspectives on these events ranging from Zionist to non-Zionist to anti-Zionist. | Yes | The research examines the role of American Jewish organizations in funding emigration and resettlement of Jews from Arab lands, highlighting DEI implications. | Yes. The research examines the role of American Jewish organizations in funding emigration and resettlement of Jews from Arab lands, highlighting DEI implications. |

**1081**

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Book of Lamentations features five poems written in the aftermath of the destruction of Jerusalem by the Babylonians in 587 BCE. Innovative in its form and stunning in its poetic achievement, the book employs a range of complex literary devices to grieve the city's devastation. Chief among them is the use of the alphabetic acrostic to shape four of the book's five poems. In the wake of Jerusalem's fall, the scribes turned not to Judah's stock genres for expressing grief but opted instead for a decidedly visual form—the building blocks of language itself—to reshape these inherited traditions and to compose, quite literally, the "A to Z" of their suffering. The proposed project takes seriously the visual and material dimensions of Lamentations' poetry in order to frame the book as a visible memorial unto Judahite catastrophe—a literature intended by virtue of its form to be seen as well as read, so as to ensure their defeat could not be overlooked.

The Book of Lamentations features five poems written in the aftermath of the destruction of Jerusalem by the Babylonians in 587 BCE. Innovative in its form and stunning in its poetic achievement, the book employs a range of complex literary devices to grieve the city's devastation. Chief among them is the use of the alphabetic acrostic to shape four of the book's five poems. In the wake of Jerusalem's fall, the scribes turned not to Judah's stock genres for expressing grief but opted instead for a decidedly visual form—the building blocks of language itself—to reshape these inherited traditions and to compose, quite literally, the "A to Z" of their suffering. The proposed project takes seriously the visual and material dimensions of Lamentations' poetry in order to frame the book as a visible memorial unto Judahite catastrophe—a literature intended by virtue of its form to be seen as well as read, so as to ensure their defeat could not be overlooked.

No — This description does not directly relate to DEI as it focuses on the literary form and visual aspects of the Book of Lamentations.

No. This description does not directly relate to DEI as it focuses on the literary form and visual aspects of the Book of Lamentations.

**1082**

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."Unsettled Accounts" analyzes symbolic economies of debt in Francophone literary, juridical, and historical writing about Haiti, from the 19th through the 21st century. Combining cultural memory studies with critical theories of debt/credit and form, this study traces how the occluded memory of Haiti's 1825 independence debt haunts narratives of Haitian independence and emancipation, usually tied to the revolution of 1791-1804.

"Unsettled Accounts" analyzes symbolic economies of debt in Francophone literary, juridical, and historical writing about Haiti, from the 19th through the 21st century. Combining cultural memory studies with critical theories of debt/credit and form, this study traces how the occluded memory of Haiti's 1825 independence debt haunts narratives of Haitian independence and emancipation, usually tied to the revolution of 1791-1804.

No — The given description does not mention any connection to DEI. It focuses on the analysis of debt in literary, juridical, and historical writings about Haiti.

No. The given description does not mention any connection to DEI (Diversity, Equity, and Inclusion). It focuses on the analysis of debt in literary, juridical, and historical writings about Haiti.

**1083**

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A handful of firms control our food system. Food scholars agree that this concentration of power poses problems for democracy, yet few study these companies and the mechanisms that have made them untouchable. My research analyzes how these firms negotiate with the state to shape regulation and asks when the law provides opportunities for change. I conduct case studies of corn seed and meatpacking industries, two of the food system's most powerful sectors. In each case, I examine how firms' relationship to the state and their place-specific strategies empower or disempower local actors. Through multi-sited ethnographic research, "The Captured State" reveals how powerful corporations co-produce business-friendly regulations, create a controllable workforce, and resist community efforts to protect seed sovereignty, environmental safety, and labor rights. These cases offer an engaging story about unequal power in our food system, how it is regulated, and who has voice in this process.

A handful of firms control our food system. Food scholars agree that this concentration of power poses problems for democracy, yet few study these companies and the mechanisms that have made them untouchable. My research analyzes how these firms negotiate with the state to shape regulation and asks when the law provides opportunities for change. I conduct case studies of corn seed and meatpacking industries, two of the food system's most powerful sectors. In each case, I examine how firms' relationship to the state and their place-specific strategies empower or disempower local actors. Through multi-sited ethnographic research, "The Captured State" reveals how powerful corporations co-produce business-friendly regulations, create a controllable workforce, and resist community efforts to protect seed sovereignty, environmental safety, and labor rights. These cases offer an engaging story about unequal power in our food system, how it is regulated, and who has voice in this process.

Yes — This research examines how powerful corporations shape regulation and impact local actors, uncovering dynamics of power and voice in the food system.

Yes. This research examines how powerful corporations shape regulation and impact local actors, uncovering dynamics of power and voice in the food system. #DEI

**1084**

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This is a book-length project that explores the mutual effects that landscape artists and their works, alpine climbers and their activities, the budding science of mountain environments (glaciology, botany, vulcanism), and conservation efforts had on each other during the period dating from the close of the Civil War to Progressive Era in the far Northwest of the United States.

This is a book-length project that explores the mutual effects that landscape artists and their works, alpine climbers and their activities, the budding science of mountain environments (glaciology, botany, vulcanism), and conservation efforts had on each other during the period dating from the close of the Civil War to Progressive Era in the far Northwest of the United States.

No — This book project does not directly relate to DEI since it focuses on the historical relationship between landscape artists, climbers, science, and conservation efforts in the Northwest United States.

No. This book project does not directly relate to DEI since it focuses on the historical relationship between landscape artists, climbers, science, and conservation efforts in the Northwest United States.

**1085**

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book-length study will revisit the making of the city of Bogotá (Colombia) in the 16th and 17th centuries by centering the story of Catalina, a teenage female Indigenous servant who fled from servitude and navigated the city's racialized and gendered geographies and power structures. As both a microhistory of Catalina and a spatial history of Bogotá, my book will reveal that focusing on her journey upends prevailing historical narratives of Bogotá, highlighting its vibrant Indigenous activity and opening questions about Indigenous women's bondage and fleeting horizons of freedom. I argue that the story of Catalina's search for freedom is also the history of the making of Bogotá's urban spaces and forms of socialization that restricted her movement and kept her in servitude.

This book-length study will revisit the making of the city of Bogotá (Colombia) in the 16th and 17th centuries by centering the story of Catalina, a teenage female Indigenous servant who fled from servitude and navigated the city's racialized and gendered geographies and power structures. As both a microhistory of Catalina and a spatial history of Bogotá, my book will reveal that focusing on her journey upends prevailing historical narratives of Bogotá, highlighting its vibrant Indigenous activity and opening questions about Indigenous women's bondage and fleeting horizons of freedom. I argue that the story of Catalina's search for freedom is also the history of the making of Bogotá's urban spaces and forms of socialization that restricted her movement and kept her in servitude.

No — This book explores the historical narrative of Bogotá and the experiences of an Indigenous servant, but it does not directly relate to DEI.

No. This book explores the historical narrative of Bogotá and the experiences of an Indigenous servant, but it does not directly relate to DEI.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Yellow fever was once the most terrifying disease in America. This mosquito-borne viral illness exploded in the late 18th century at the time of the Haitian Revolution and became pandemic in the North Atlantic for twelve years. My book project centers on this pandemic of 1793-1805 that swept through port cities in the United States and southern Europe. Previous studies of yellow fever have emphasized local and regional perspectives, producing a fragmented view of this pandemic. By contrast, I take a transatlantic view and provide the first comprehensive study of this event.  Analyzing Americans' experiences of the pandemic at home and abroad, I advance our historical understanding of maritime labor and commerce, foreign relations with Europe, and state-building through public health.  Through the history of yellow fever, my book illuminates the development of the United States as a commercial nation and federal republic.

Yellow fever was once the most terrifying disease in America. This mosquito-borne viral illness exploded in the late 18th century at the time of the Haitian Revolution and became pandemic in the North Atlantic for twelve years. My book project centers on this pandemic of 1793-1805 that swept through port cities in the United States and southern Europe. Previous studies of yellow fever have emphasized local and regional perspectives, producing a fragmented view of this pandemic. By contrast, I take a transatlantic view and provide the first comprehensive study of this event.  Analyzing Americans' experiences of the pandemic at home and abroad, I advance our historical understanding of maritime labor and commerce, foreign relations with Europe, and state-building through public health.  Through the history of yellow fever, my book illuminates the development of the United States as a commercial nation and federal republic.

No

This book project does not appear to directly relate to DEI. It focuses on the historical study of the yellow fever pandemic and its impact on maritime labor, commerce, foreign relations, and state-building in the United States.

No. This book project does not appear to directly relate to DEI. It focuses on the historical study of the yellow fever pandemic and its impact on maritime labor, commerce, foreign relations, and state-building in the United States.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Just prior to the emergence of early Christianity, Roman Emperor Augustus instituted a number of laws that required Roman citizens to marry and procreate and restricted options for marriage for previously enslaved persons. Early Christians created their families in the wake of this legislation. Using census data, inscriptions, legal texts, and archaeological data, the project considers the impact that Roman imperial legislation had on the development of early Christian families. This research will add a necessary component to my larger book project—"Early Christian Families"—which demonstrates that early Christians embraced a diversity of frameworks for family.

Just prior to the emergence of early Christianity, Roman Emperor Augustus instituted a number of laws that required Roman citizens to marry and procreate and restricted options for marriage for previously enslaved persons. Early Christians created their families in the wake of this legislation. Using census data, inscriptions, legal texts, and archaeological data, the project considers the impact that Roman imperial legislation had on the development of early Christian families. This research will add a necessary component to my larger book project—"Early Christian Families"—which demonstrates that early Christians embraced a diversity of frameworks for family.

Yes

This research explores the impact of Roman imperial legislation on the development of early Christian families, adding to the understanding of diversity in early Christian family frameworks.

Yes. This research explores the impact of Roman imperial legislation on the development of early Christian families, adding to the understanding of diversity in early Christian family frameworks.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My project is a book-length study of the ordinary things citizens—men and women, Black and white, free and enslaved—did to provide the public good in American democracy between the Revolution and the Civil War. I am looking at people who helped build infrastructure (such as roads and public buildings), provided government services (by serving on town or school committees, doing road work, etc.), volunteered in associations, or helped out a neighbor. Most historians of democracy focus on campaigns and elections, social movements, or the state and policy-making. I add a fourth lens: ordinary, daily acts of citizenship that collectively mattered. I offer an inclusive history of diverse Americans doing small things that, when added up, provided public goods and fostered a participatory civic culture.

My project is a book-length study of the ordinary things citizens—men and women, Black and white, free and enslaved—did to provide the public good in American democracy between the Revolution and the Civil War. I am looking at people who helped build infrastructure (such as roads and public buildings), provided government services (by serving on town or school committees, doing road work, etc.), volunteered in associations, or helped out a neighbor. Most historians of democracy focus on campaigns and elections, social movements, or the state and policy-making. I add a fourth lens: ordinary, daily acts of citizenship that collectively mattered. I offer an inclusive history of diverse Americans doing small things that, when added up, provided public goods and fostered a participatory civic culture.

Yes

The project explores the contributions of diverse Americans in providing public goods and fostering civic culture, aligning with the principles of Diversity, Equity, and Inclusion (DEI).

Yes. The project explores the contributions of diverse Americans in providing public goods and fostering civic culture, aligning with the principles of Diversity, Equity, and Inclusion (DEI).

Histories of social science oscillate between the biographical and the intellectual. They pay scant attention to technological conditions of research. Accounts of post-war field sciences, in contrast, underscore how technologies facilitated specimen collection and circulation. "The Ethnographic Drive" rewrites midcentury ethnography by centering technologically mediated exchanges. Taking a major field school, the Harvard Chiapas Project, as its object, this book argues that: (1) prized forms of knowledge reflect values attached to an array of fieldwork technologies (e.g., typewriters, offroad vehicles, aerial photography, and computers); and (2) information storage-obsessed anthropologists reimagined their objects, cultures of highland Chiapas, as drives of deep social memory.

Histories of social science oscillate between the biographical and the intellectual. They pay scant attention to technological conditions of research. Accounts of post-war field sciences, in contrast, underscore how technologies facilitated specimen collection and circulation. "The Ethnographic Drive" rewrites midcentury ethnography by centering technologically mediated exchanges. Taking a major field school, the Harvard Chiapas Project, as its object, this book argues that: (1) prized forms of knowledge reflect values attached to an array of fieldwork technologies (e.g., typewriters, offroad vehicles, aerial photography, and computers); and (2) information storage-obsessed anthropologists reimagined their objects, cultures of highland Chiapas, as drives of deep social memory.

No

"The Ethnographic Drive" explores technology's role in ethnographic research, not DEI.

No. "The Ethnographic Drive" explores technology's role in ethnographic research, not DEI.

Checked

| | Prompt | Description | | Explanation | Explanation |
|---|---|---|---|---|---|
| 1090 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In my book project, under contract with Yale University Press, I argue that an enduring American obsession with Asian trade drove U.S. colonization of the Pacific Northwest across the long nineteenth century. Early-nineteenth-century Americans re-purposed the story of the Northwest Passage, a mythic water route between the Atlantic and Pacific oceans, as a colonization narrative that could justify exploring, acquiring, settling, and developing Puget Sound. By the late nineteenth century, port cities like Seattle and Tacoma linked rail and oceanic trade networks, opening the United States to China and Japan. Steam power enabled Americans to conjure-—then to realize-—this vision. But to do so, American settlers repeatedly displaced Native peoples and dramatically altered coastal environments. An NEH summer stipend will enable me to write a new chapter and new conclusion, showing how Coast Salish Tribal nations are today using treaty-reserved rights to shape coastal development. | In my book project, under contract with Yale University Press, I argue that an enduring American obsession with Asian trade drove U.S. colonization of the Pacific Northwest across the long nineteenth century. Early-nineteenth-century Americans re-purposed the story of the Northwest Passage, a mythic water route between the Atlantic and Pacific oceans, as a colonization narrative that could justify exploring, acquiring, settling, and developing Puget Sound. By the late nineteenth century, port cities like Seattle and Tacoma linked rail and oceanic trade networks, opening the United States to China and Japan. Steam power enabled Americans to conjure-—then to realize-—this vision. But to do so, American settlers repeatedly displaced Native peoples and dramatically altered coastal environments. An NEH summer stipend will enable me to write a new chapter and new conclusion, showing how Coast Salish Tribal nations are today using treaty-reserved rights to shape coastal development. | No | This book project focuses on the history of American colonization, trade networks, displacement of Native peoples, and coastal development; it does not directly address DEI. | No. This book project focuses on the history of American colonization, trade networks, displacement of Native peoples, and coastal development; it does not directly address DEI (Diversity, Equity, and Inclusion). |
| 1091 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My book, "Factories of Modernity: Political Thought in the Capitalist Epoch," argues that factories acted as decisive yet under-studied stages for the development of political ideas and economic practices in the Atlantic world, from 1688 to 1807 and from 1945 to the present. From this historical study, I develop a new conceptual framework for understanding modern capitalism and confronting its longstanding structures of racialization, discipline, and precarity. By turning to the forgotten archives of capitalist modernity, I reinterpret the factory as a variegated assortment of sites that fundamentally transformed the modern world. The historical institutions I call 'factories of modernity' encompass an unfamiliar plurality of 'pre-industrial' workplaces—workhouses, manufactures, plantations, colonies—that disclose the ways in which 'postindustrial' workplaces like data centers and fulfillment warehouses remain anchored in the factory's historical patterns of domination. | My book, "Factories of Modernity: Political Thought in the Capitalist Epoch," argues that factories acted as decisive yet under-studied stages for the development of political ideas and economic practices in the Atlantic world, from 1688 to 1807 and from 1945 to the present. From this historical study, I develop a new conceptual framework for understanding modern capitalism and confronting its longstanding structures of racialization, discipline, and precarity. By turning to the forgotten archives of capitalist modernity, I reinterpret the factory as a variegated assortment of sites that fundamentally transformed the modern world. The historical institutions I call 'factories of modernity' encompass an unfamiliar plurality of 'pre-industrial' workplaces—workhouses, manufactures, plantations, colonies—that disclose the ways in which 'postindustrial' workplaces like data centers and fulfillment warehouses remain anchored in the factory's historical patterns of domination. | No | The description does not directly mention DEI. It focuses on the historical development of political ideas and economic practices in the capitalist epoch. | No. The description does not directly mention DEI (Diversity, Equity, and Inclusion). It focuses on the historical development of political ideas and economic practices in the capitalist epoch. |
| 1092 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.At the dawn of the Enlightenment, faith was held to involve a high degree of confidence based on strong evidence in the form of revelation corroborated by miracles. By the 21st century, each of these components has been denied by extant authors on faith. Faith need not even involve belief; indeed, it is purportedly compatible with the lowest degree of confidence. Faith need not be based on any evidence whatsoever. Revelatory testimony corroborated by miracles has ceased to be regarded as the critical basis for faith. The goal of my project, "Faith's Retreat," is to understand how this transition unfolded over the course of the intervening centuries. | At the dawn of the Enlightenment, faith was held to involve a high degree of confidence based on strong evidence in the form of revelation corroborated by miracles. By the 21st century, each of these components has been denied by extant authors on faith. Faith need not even involve belief; indeed, it is purportedly compatible with the lowest degree of confidence. Faith need not be based on any evidence whatsoever. Revelatory testimony corroborated by miracles has ceased to be regarded as the critical basis for faith. The goal of my project, "Faith's Retreat," is to understand how this transition unfolded over the course of the intervening centuries. | No | This description does not relate to DEI as it does not discuss diversity, equity, or inclusion in any context. | No. This description does not relate to DEI as it does not discuss diversity, equity, or inclusion in any context. |
| 1093 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Why are some parts of a novel conveyed by a narrator and others played out in dialogue scenes between characters? What can dialogue do that narration cannot, and vice versa? Ask these questions of any novel or short story and you begin to appreciate the careful modulation between narration and quoted dialogue as a core dimension of fiction. My book uses this optic to develop a new theory of the poetics of fictional dialogue and its imbrication with novelistic realism. I bring this paradigm to light using American literature, and how the aesthetics of reported dialogue are refracted through this national tradition's complex cultural politics of voice, as a heuristic. The project therefore has two goals: one, to identify the formal attributes that give quoted dialogue its identity as a category of prose that is distinctive of and indispensable to the novel, and two, to chronicle the fraught assimilation of this form in the American literary tradition. | Why are some parts of a novel conveyed by a narrator and others played out in dialogue scenes between characters? What can dialogue do that narration cannot, and vice versa? Ask these questions of any novel or short story and you begin to appreciate the careful modulation between narration and quoted dialogue as a core dimension of fiction. My book uses this optic to develop a new theory of the poetics of fictional dialogue and its imbrication with novelistic realism. I bring this paradigm to light using American literature, and how the aesthetics of reported dialogue are refracted through this national tradition's complex cultural politics of voice, as a heuristic. The project therefore has two goals: one, to identify the formal attributes that give quoted dialogue its identity as a category of prose that is distinctive of and indispensable to the novel, and two, to chronicle the fraught assimilation of this form in the American literary tradition. | No | This description does not explicitly relate to DEI. It focuses on the analysis of dialogue in American literature. | No. This description does not explicitly relate to DEI. It focuses on the analysis of dialogue in American literature. |

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In the late 18th century, the United States and Canada sought to confine Indigenous land negotiations to land cession treaties. But at centers of prior Spanish and French imperial settlement, they considered Native nations already conquered and did not make treaties, leaving them without protected land or political recognition as settlers rushed in. To survive, Native nations turned to settler legal systems and sought land titles to defend their territories. I demonstrate this distinctive settler colonial pattern—and creative Indigenous response—through three case studies: Abenakis in Quebec, petites nations peoples in Louisiana, and Tongva, Tataviam, and Chumash communities in Los Angeles. My project provides a new history of Indigenous survival beyond the familiar treaty paradigm, combatting the erasure many non-treatied nations still face. And it repositions settler legal systems, past and present, as sites of Indigenous creativity and resurgence, not just tools of conquest.

In the late 18th century, the United States and Canada sought to confine Indigenous land negotiations to land cession treaties. But at centers of prior Spanish and French imperial settlement, they considered Native nations already conquered and did not make treaties, leaving them without protected land or political recognition as settlers rushed in. To survive, Native nations turned to settler legal systems and sought land titles to defend their territories. I demonstrate this distinctive settler colonial pattern—and creative Indigenous response—through three case studies: Abenakis in Quebec, petites nations peoples in Louisiana, and Tongva, Tataviam, and Chumash communities in Los Angeles. My project provides a new history of Indigenous survival beyond the familiar treaty paradigm, combatting the erasure many non-treatied nations still face. And it repositions settler legal systems, past and present, as sites of Indigenous creativity and resurgence, not just tools of conquest.

Yes

This narrative highlights the historical impact of settler colonialism on Indigenous nations and their efforts to gain recognition and protect their land. It underscores the importance of Indigenous survival and challenges the dominant treaty-focused perspective.

Yes. This narrative highlights the historical impact of settler colonialism on Indigenous nations and their efforts to gain recognition and protect their land. It underscores the importance of Indigenous survival and challenges the dominant treaty-focused perspective.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Shortly after the commencement of transpacific trade in 1565, free and enslaved Black populations became actively engaged in the social and economic novelty of Spain's Pacific empire in the two principal ports of galleon trade: Manila and Acapulco. These socially mobile communities were fundamental to maintaining the galleons' annual comings and goings, the cultural fabric and spiritual life of these port towns, and the unique, racialized constructions of Blackness in the Pacific World. Spanning from the late ----sixteenth to early eighteenth centuries, this book project is the first to uncover the lives of Black people in Spain's Pacific empire and to characterize them as constituting an early modern Black Pacific. In so doing, I aim to open a new field of inquiry at the intersection of global empire, Afro-diasporic studies, and racial formation.

Shortly after the commencement of transpacific trade in 1565, free and enslaved Black populations became actively engaged in the social and economic novelty of Spain's Pacific empire in the two principal ports of galleon trade: Manila and Acapulco. These socially mobile communities were fundamental to maintaining the galleons' annual comings and goings, the cultural fabric and spiritual life of these port towns, and the unique, racialized constructions of Blackness in the Pacific World. Spanning from the late ----sixteenth to early eighteenth centuries, this book project is the first to uncover the lives of Black people in Spain's Pacific empire and to characterize them as constituting an early modern Black Pacific. In so doing, I aim to open a new field of inquiry at the intersection of global empire, Afro-diasporic studies, and racial formation.

No

While the text discusses the history and experiences of Black populations in Spain's Pacific empire, it does not explicitly relate to DEI initiatives or efforts.

No. While the text discusses the history and experiences of Black populations in Spain's Pacific empire, it does not explicitly relate to DEI (Diversity, Equity, and Inclusion) initiatives or efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My book project examines the rise of fascist political ideology and culture in postcolonial South Korea. Nationalist sentiment exploded in Korea after its liberation from Japanese colonial rule in 1945. Despite its anticolonial roots, Korean postcolonial nationalism contained numerous parallels to European fascist ideologies, such as in its emphasis on blood-based and organic conception of ethnic nationalism, its attacks on Western liberalism and the individual, as well as the proliferation of violence perpetrated by nationalist paramilitary groups during the postliberation era. The identity and interests of the nation were said to transcend those of all others, especially socioeconomic class and the individual. In addition to exploring the expressions and impact of Korean fascistic nationalism after 1945, this study contributes to the study of fascism by going beyond traditionally Eurocentric frames, analyzing in Korea a non-European, postwar, and postcolonial case study of fascism.

My book project examines the rise of fascist political ideology and culture in postcolonial South Korea. Nationalist sentiment exploded in Korea after its liberation from Japanese colonial rule in 1945. Despite its anticolonial roots, Korean postcolonial nationalism contained numerous parallels to European fascist ideologies, such as in its emphasis on blood-based and organic conception of ethnic nationalism, its attacks on Western liberalism and the individual, as well as the proliferation of violence perpetrated by nationalist paramilitary groups during the postliberation era. The identity and interests of the nation were said to transcend those of all others, especially socioeconomic class and the individual. In addition to exploring the expressions and impact of Korean fascistic nationalism after 1945, this study contributes to the study of fascism by going beyond traditionally Eurocentric frames, analyzing in Korea a non-European, postwar, and postcolonial case study of fascism.

No

This book project does not relate to DEI because it focuses on the rise of fascist political ideology in postcolonial South Korea, rather than diversity, equity, and inclusion.

No. This book project does not relate to DEI because it focuses on the rise of fascist political ideology in postcolonial South Korea, rather than diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response. After the Holocaust, decades before Art Spiegelman's Maus, scores of survivors created graphic narratives of their individual and collective histories under Nazi persecution. This project introduces ten Jewish Polish, Hungarian, and German women "first responders" who turned to graphic storytelling to "collect and record" their Holocaust experiences. Lacking photographs of what they witnessed and endured, they sought to counter perpetrator and liberator sources and represent their own histories of Jewish suffering. Despite their significance, these graphic narratives by women about women have been overlooked by art history and Holocaust studies. This manuscript writes the first history of survivor artistic initiatives and institutions between 1944-49, revealing how the Holocaust and the "return to life" was experienced, remembered, and represented in diverse, gendered ways and radically transforming how we understand the role and reach of art in the immediate postwar period.

After the Holocaust, decades before Art Spiegelman's Maus, scores of survivors created graphic narratives of their individual and collective histories under Nazi persecution. This project introduces ten Jewish Polish, Hungarian, and German women "first responders" who turned to graphic storytelling to "collect and record" their Holocaust experiences. Lacking photographs of what they witnessed and endured, they sought to counter perpetrator and liberator sources and represent their own histories of Jewish suffering. Despite their significance, these graphic narratives by women about women have been overlooked by art history and Holocaust studies. This manuscript writes the first history of survivor artistic initiatives and institutions between 1944-49, revealing how the Holocaust and the "return to life" was experienced, remembered, and represented in diverse, gendered ways and radically transforming how we understand the role and reach of art in the immediate postwar period.

Yes  This project highlights the overlooked graphic narratives by Jewish women survivors, revealing diverse, gendered ways of experiencing and representing the Holocaust.

Yes. This project highlights the overlooked graphic narratives by Jewish women survivors, revealing diverse, gendered ways of experiencing and representing the Holocaust. #DEI

---

Focusing on circulating exhibitions, migrating artists, and artworks created abroad, "Itinerant Modernism" examines how Afro-Brazilian artistic production took shape transnationally from 1963 to 1988. In 1963, the State Department began exhibiting Afro-Brazilian art in West Africa to position Brazil as a leading diplomatic partner to newly independent nations. In response, Afro-Brazilian activists created art in the United States and collaborated with the Black Power movement. In my book, I argue that Brazil's strengthened relationships with Senegal, Nigeria, and the United States motivated the production of Afro-Brazilian modern art especially by Black artists, leading to the reevaluation of Black identity in Brazil. Artists challenged the materiality of whiteness in Brazilian visual art, merging Afro-Brazilian cultural and religious symbolism with modern art styles and unsettling concepts of racial harmony and homogeneity widely accepted in Brazil at the time.

Focusing on circulating exhibitions, migrating artists, and artworks created abroad, "Itinerant Modernism" examines how Afro-Brazilian artistic production took shape transnationally from 1963 to 1988. In 1963, the State Department began exhibiting Afro-Brazilian art in West Africa to position Brazil as a leading diplomatic partner to newly independent nations. In response, Afro-Brazilian activists created art in the United States and collaborated with the Black Power movement. In my book, I argue that Brazil's strengthened relationships with Senegal, Nigeria, and the United States motivated the production of Afro-Brazilian modern art especially by Black artists, leading to the reevaluation of Black identity in Brazil. Artists challenged the materiality of whiteness in Brazilian visual art, merging Afro-Brazilian cultural and religious symbolism with modern art styles and unsettling concepts of racial harmony and homogeneity widely accepted in Brazil at the time.

Yes  Examines Afro-Brazilian art, Black identity, and challenges to racial harmony.

Yes. Examines Afro-Brazilian art, Black identity, and challenges to racial harmony.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response. This project will conduct fieldwork to record in video and audio the last fluent speakers of Agaidika / Lemhi Shoshone (Sacajawea's people). These recordings will include familial, oral and cultural history guided by the extensive knowledge and speaker network of the George family, including Rose Ann Abrahamson, Rozina George, and Emma George, who are fluent, first language (L1) speakers of the Agaidika dialect Shoshone and are familial descendants of Sacajawea, the Shoshone woman who accompanied the historic Lewis and Clark Expedition (1803-1806). This Agaidika dialect and cultural perspective, with familial oral histories dating prior to first Euro-American contact in 1805, will be preserved through the creation of an annotated corpus of video and audio recordings of conversations with fluent speakers and culture bearers, including translations and transcriptions. The final product will be in the form of a published book and website available to researchers. [Edited by staff]

This project will conduct fieldwork to record in video and audio the last fluent speakers of Agaidika / Lemhi Shoshone (Sacajawea's people). These recordings will include familial, oral and cultural history guided by the extensive knowledge and speaker network of the George family, including Rose Ann Abrahamson, Rozina George, and Emma George, who are fluent, first language (L1) speakers of the Agaidika dialect Shoshone and are familial descendants of Sacajawea, the Shoshone woman who accompanied the historic Lewis and Clark Expedition (1803-1806). This Agaidika dialect and cultural perspective, with familial oral histories dating prior to first Euro-American contact in 1805, will be preserved through the creation of an annotated corpus of video and audio recordings of conversations with fluent speakers and culture bearers, including translations and transcriptions. The final product will be in the form of a published book and website available to researchers. [Edited by staff]

Yes  This project aims to preserve the language and cultural history of Agaidika/Lemhi Shoshone, promoting cultural diversity and inclusivity.

Yes. This project aims to preserve the language and cultural history of Agaidika/Lemhi Shoshone, promoting cultural diversity and inclusivity.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response. How the City Became Plastic uncovers the emergence of a coalition of plastics industry operatives that pop up in cities all across the country to convince, cajole, or force municipal government officials to overhaul building codes, infrastructure codes, and solid waste programs, to the advantage of plastics. In the decades between 1950 to 1980, municipal code updates opened the flood gates for new plastic products in buildings and infrastructure, amid simultaneous failed efforts to reduce the torrent of consumer plastics entering the municipal waste stream. Drawing on evidence from New York City, Los Angeles, Cleveland, Pittsburgh, and other American cities, as well as industry and national media, How the City Became Plastic demonstrates how shifting power dynamics, smooth salesmanship, and legal strong-arming produced cities, and a whole world, inundated with plastic.

How the City Became Plastic uncovers the emergence of a coalition of plastics industry operatives that pop up in cities all across the country to convince, cajole, or force municipal government officials to overhaul building codes, infrastructure codes, and solid waste programs, to the advantage of plastics. In the decades between 1950 to 1980, municipal code updates opened the flood gates for new plastic products in buildings and infrastructure, amid simultaneous failed efforts to reduce the torrent of consumer plastics entering the municipal waste stream. Drawing on evidence from New York City, Los Angeles, Cleveland, Pittsburgh, and other American cities, as well as industry and national media, How the City Became Plastic demonstrates how shifting power dynamics, smooth salesmanship, and legal strong-arming produced cities, and a whole world, inundated with plastic.

Yes  This description highlights how the plastics industry influenced municipal government officials to favor plastics, impacting waste management and infrastructure codes.

Yes. This description highlights how the plastics industry influenced municipal government officials to favor plastics, impacting waste management and infrastructure codes. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The AHA proposes a two-day in-person convening and an additional online or in-person debriefing session to address the changing landscape of humanities journal publishing, with a particular focus on finance, sustainability, and related opportunities for innovation. Participants will include representative from humanities associations, librarians, and publishers.

The AHA proposes a two-day in-person convening and an additional online or in-person debriefing session to address the changing landscape of humanities journal publishing, with a particular focus on finance, sustainability, and related opportunities for innovation. Participants will include representative from humanities associations, librarians, and publishers.

No | The proposal does not specifically mention diversity, equity, and inclusion (DEI) in its focus on finance, sustainability, and innovation in humanities journal publishing.

No. The proposal does not specifically mention diversity, equity, and inclusion (DEI) in its focus on finance, sustainability, and innovation in humanities journal publishing.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Two day summit involving senior academic leaders from across the country to discuss the need for sweeping change in how the humanities are seen and valued in higher education, and explore the kinds of cross institutional strategies required to institute the scope of change needed to truly make a difference. Discussions will focus on developing a shared understanding the challenges, considering intra-institutional and trans-institutional strategies for shifting how we engage around humanities research education, and public engagement, as well as outline next steps for implementing these institutional and disciplinary shifts.

Two day summit involving senior academic leaders from across the country to discuss the need for sweeping change in how the humanities are seen and valued in higher education, and explore the kinds of cross institutional strategies required to institute the scope of change needed to truly make a difference. Discussions will focus on developing a shared understanding the challenges, considering intra-institutional and trans-institutional strategies for shifting how we engage around humanities research education, and public engagement, as well as outline next steps for implementing these institutional and disciplinary shifts.

Yes | Summit involves discussions on challenging and shifting humanities research education, public engagement, and implementing institutional and disciplinary changes.

Yes. Summit involves discussions on challenging and shifting humanities research education, public engagement, and implementing institutional and disciplinary changes. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Black Legends and the Invention of Europe challenges and complicates existing scholarship on the emergence of Europeanness as a category of belonging. It focuses on the early modern interplay between national identity and supranational identification, placing such interplay in the context of a dawning news culture that was strategically oblivious to national and confessional boundaries. Comparative and interdisciplinary, the project intervenes in burgeoning fields such as the history of emotions, elucidates the link between print news and atrocity genres, reflects on the political implications of mass readership, and revises some of the assumptions dear to nation-based literary history.

Black Legends and the Invention of Europe challenges and complicates existing scholarship on the emergence of Europeanness as a category of belonging. It focuses on the early modern interplay between national identity and supranational identification, placing such interplay in the context of a dawning news culture that was strategically oblivious to national and confessional boundaries. Comparative and interdisciplinary, the project intervenes in burgeoning fields such as the history of emotions, elucidates the link between print news and atrocity genres, reflects on the political implications of mass readership, and revises some of the assumptions dear to nation-based literary history.

No | This research focuses on early modern European identity and news culture, but does not directly relate to DEI.

No. This research focuses on early modern European identity and news culture, but does not directly relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My project examines Ghanaian intellectuals who worked to transform and radicalize the study of Africa and its diaspora in academic and intellectual centers around the Atlantic. Through a study of their scholarly trajectories, my project explores how Nkrumah's overthrow affected the trajectory of Nkrumahism, a strand of Pan-Africanism and an ideology for African decolonization. In this way, I highlight why and how anti-colonial and decolonial ideas emerged, as well as how insurgent ideas were sustained after the collapse of a radical government during a period of rapid decolonization from the 1960s to the 1980s. The endeavors of these Ghanaian intellectuals offer insight into the circulation and influence of Black internationalist thought and organizing within and beyond Africa.

My project examines Ghanaian intellectuals who worked to transform and radicalize the study of Africa and its diaspora in academic and intellectual centers around the Atlantic. Through a study of their scholarly trajectories, my project explores how Nkrumah's overthrow affected the trajectory of Nkrumahism, a strand of Pan-Africanism and an ideology for African decolonization. In this way, I highlight why and how anti-colonial and decolonial ideas emerged, as well as how insurgent ideas were sustained after the collapse of a radical government during a period of rapid decolonization from the 1960s to the 1980s. The endeavors of these Ghanaian intellectuals offer insight into the circulation and influence of Black internationalist thought and organizing within and beyond Africa.

No | This project examines the scholarly trajectories of Ghanaian intellectuals and the impact of Nkrumah's overthrow, but it does not directly relate to DEI.

No. This project examines the scholarly trajectories of Ghanaian intellectuals and the impact of Nkrumah's overthrow, but it does not directly relate to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposed book project highlights the considerable ground infrastructure built in the Global South during the Cold War to support space exploration, and in doing so, proposes an alternative, postcolonial, and global history of spaceflight, one that happened not in space, but on Earth. It argues that space activities during the Cold War, typically associated with high-minded utopian impulses or bipolar superpower competition, simultaneously masked and excused a host of practices that were extensions and reformulations of older colonial practices, including forced displacements of indigenous populations, environmental damage, illegal occupations, resource extractions, and exploitative market forces.

This proposed book project highlights the considerable ground infrastructure built in the Global South during the Cold War to support space exploration, and in doing so, proposes an alternative, postcolonial, and global history of spaceflight, one that happened not in space, but on Earth. It argues that space activities during the Cold War, typically associated with high-minded utopian impulses or bipolar superpower competition, simultaneously masked and excused a host of practices that were extensions and reformulations of older colonial practices, including forced displacements of indigenous populations, environmental damage, illegal occupations, resource extractions, and exploitative market forces.

Yes | This book project explores how space activities during the Cold War masked and excused practices that were extensions of colonialism.

Yes. This book project explores how space activities during the Cold War masked and excused practices that were extensions of colonialism. #DEI

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will provide the first comprehensive environmental history of the Vietnam War from all sides. My proposed book Rivers of Blood, Mountains of Bone: An Environmental History of the Vietnam War and After will shine new light on the war and its legacies of environmental damage for contemporary audiences, particularly with its focus on Vietnamese sources that have been previously unexamined. As a work of environmental history and anthropology, this book project argues that the environment significantly shaped the course of the Vietnam War, even beyond the well-known effects of defoliants like Agent Orange, and that all sides were impacted by natural factors in ways that have been previously unexamined. I am applying for an NEH fellowship to complete the drafting of chapters and carry out additional research in US archives and libraries.

This project will provide the first comprehensive environmental history of the Vietnam War from all sides. My proposed book Rivers of Blood, Mountains of Bone: An Environmental History of the Vietnam War and After will shine new light on the war and its legacies of environmental damage for contemporary audiences, particularly with its focus on Vietnamese sources that have been previously neglected. As a work of environmental history and anthropology, this book project argues that the environment significantly shaped the course of the Vietnam War, even beyond the well-known effects of defoliants like Agent Orange, and that all sides were impacted by natural factors in ways that have been previously unexamined. I am applying for an NEH fellowship to complete the drafting of chapters and carry out additional research in US archives and libraries.

No    While this project involves historical research, it does not directly address issues of diversity, equity, and inclusion (DEI).

No. While this project involves historical research, it does not directly address issues of diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Drawing on hundreds of reviews, thousands of pages of archival materials, and scores of novels and short stories, this book tracks the literary forms of free indirect discourse and narrative omniscience across the uneven Victorian literary field in order to show how literary critics have been as much a part of the making of literary forms as novelists and poets. In so doing, it aims to shrink the imaginary but powerful opposition between literary criticism and creative writing that shapes—and perhaps deforms<strong>—</strong>English departments today.

Drawing on hundreds of reviews, thousands of pages of archival materials, and scores of novels and short stories, this book tracks the literary forms of free indirect discourse and narrative omniscience across the uneven Victorian literary field in order to show how literary critics have been as much a part of the making of literary forms as novelists and poets. In so doing, it aims to shrink the imaginary but powerful opposition between literary criticism and creative writing that shapes—and perhaps deforms<strong>—</strong>English departments today.

No    This description does not relate to DEI. It focuses on literary criticism and English departments without mentioning diversity, equity, or inclusion.

No. This description does not relate to DEI. It focuses on literary criticism and English departments without mentioning diversity, equity, or inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project entails a study of two major public executions of Indigenous people in Canada and the United States in the nineteenth century: the 1885 Battleford and 1862 Mankato hangings. Its objectives are three-fold. First, the project seeks to provide an account of the executions themselves from a novel multidisciplinary and comparative perspective. Second, the project will analyze the histories of their respective reception and representation from the nineteenth century to the present, employing this as an index of varying interest and investment in the problem of colonialism. Third, the project aims to use this investigation to theorize problems of 'violence and method' in the humanities and social sciences more generally.

This project entails a study of two major public executions of Indigenous people in Canada and the United States in the nineteenth century: the 1885 Battleford and 1862 Mankato hangings. Its objectives are three-fold. First, the project seeks to provide an account of the executions themselves from a novel multidisciplinary and comparative perspective. Second, the project will analyze the histories of their respective reception and representation from the nineteenth century to the present, employing this as an index of varying interest and investment in the problem of colonialism. Third, the project aims to use this investigation to theorize problems of 'violence and method' in the humanities and social sciences more generally.

Yes    This project relates to DEI by examining the histories, representation, and the problem of colonialism in the executions of Indigenous people.

Yes. This project relates to DEI by examining the histories, representation, and the problem of colonialism in the executions of Indigenous people.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My book project, <em>Seismic Sounds</em>, recovers an early modern interpretation of earthquakes as sonic events, focusing specifically on the far-reaching cultural impacts of seismic activity in eighteenth-century Lima, Lisbon, Boston, and Santiago de Guatemala. At its broadest, this book is a transatlantic history of auditory experiences and acoustic knowledge about natural disasters in an era well before the invention of playback sound technologies. Drawing on both musical works and archival documentation, this book has two aims. The first is to demonstrate how eighteenth-century music both marked and was marked by natural events. My second aim is to trace how accounts of earthquakes and their noise, often interpreted through music theory and the field of acoustics, influenced emerging theories on the natural and divine causes of seismic activity.

My book project, <em>Seismic Sounds</em>, recovers an early modern interpretation of earthquakes as sonic events, focusing specifically on the far-reaching cultural impacts of seismic activity in eighteenth-century Lima, Lisbon, Boston, and Santiago de Guatemala. At its broadest, this book is a transatlantic history of auditory experiences and acoustic knowledge about natural disasters in an era well before the invention of playback sound technologies. Drawing on both musical works and archival documentation, this book has two aims. The first is to demonstrate how eighteenth-century music both marked and was marked by natural events. My second aim is to trace how accounts of earthquakes and their noise, often interpreted through music theory and the field of acoustics, influenced emerging theories on the natural and divine causes of seismic activity.

Yes    This book project relates to DEI by examining the cultural impacts and knowledge about natural disasters, including seismic activity, in multiple regions and time periods.

Yes. This book project relates to DEI by examining the cultural impacts and knowledge about natural disasters, including seismic activity, in multiple regions and time periods.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.I propose to write a biography of Mamadou Alioune Kane, a Senegalese man who took on various identities as a migrant to France in the 1920s, 1930s, and 1940s. His treason trial in 1945 drew international attention. "A Magnificent Fraud" integrates his story into the history of France while providing an innovative take on the African immigrant experience in France.

I propose to write a biography of Mamadou Alioune Kane, a Senegalese man who took on various identities as a migrant to France in the 1920s, 1930s, and 1940s. His treason trial in 1945 drew international attention. "A Magnificent Fraud" integrates his story into the history of France while providing an innovative take on the African immigrant experience in France.

Yes    By integrating the story of Mamadou Alioune Kane, it explores the African immigrant experience in France, which is a relevant topic in DEI discussions.

Yes. By integrating the story of Mamadou Alioune Kane, it explores the African immigrant experience in France, which is a relevant topic in DEI discussions.

| | Prompt | Description | | Response | Response |
|---|---|---|---|---|---|
| 1111 | The Human Zoo: Colonial Upheaval, Human Spectacle, and the Birth of Modern Anthropology chronicles the rise of so-called human zoos around the turn of the 20th century, a form of entertainment in which Indigenous people were displayed in "living habitats" in the U.S. and Europe, and the imperial and scientific interests that used them to legitimize racism and Social Darwinism. The forthcoming non-fiction narrative history will be written for a popular audience and is under contract with trade publisher Beacon Press for publication in early 2026. | The Human Zoo: Colonial Upheaval, Human Spectacle, and the Birth of Modern Anthropology chronicles the rise of so-called human zoos around the turn of the 20th century, a form of entertainment in which Indigenous people were displayed in "living habitats" in the U.S. and Europe, and the imperial and scientific interests that used them to legitimize racism and Social Darwinism. The forthcoming non-fiction narrative history will be written for a popular audience and is under contract with trade publisher Beacon Press for publication in early 2026. | | Yes | Chronicles human zoos, racism, and colonial legacies. | Yes. Chronicles human zoos, racism, and colonial legacies. |
| 1112 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.We propose a collaboration with Suzan Shown Harjo to create a detailed oral history (recordings and proposed book) of her life with a focus upon her years of activism. We propose this 12- month project to begin in February 2025. | We propose a collaboration with Suzan Shown Harjo to create a detailed oral history (recordings and proposed book) of her life with a focus upon her years of activism. We propose this 12- month project to begin in February 2025. | | Yes | this proposal relates to DEI as it aims to amplify the voice and experiences of Suzan Shown Harjo, an activist, promoting diversity, equity, and inclusion. | Yes, this proposal relates to DEI as it aims to amplify the voice and experiences of Suzan Shown Harjo, an activist, promoting diversity, equity, and inclusion. |
| 1113 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.<em>After Opium</em> considers the social exclusion of addicts and state projects for their recovery from the time of the colonial opium monopoly through the early years of the HIV/AIDS epidemic. The project has two major motivating questions: When did the figure of the 'addict' first appear in Vietnam and how has it been deployed at different moments in Vietnam's political past? And how were these shifts experienced by those labeled as 'addicts' and their families? It argues that the historical instability of addiction as a concept—its layered and varied meanings, and especially its framing as a pathology that requires rehabilitation—emerged from both local debates about the dangers of drug use and transnational exchanges of expertise and policy which tied the fate of Vietnamese drug addicts to those elsewhere. | <em>After Opium</em> considers the social exclusion of addicts and state projects for their recovery from the time of the colonial opium monopoly through the early years of the HIV/AIDS epidemic. The project has two major motivating questions: When did the figure of the 'addict' first appear in Vietnam and how has it been deployed at different moments in Vietnam's political past? And how were these shifts experienced by those labeled as 'addicts' and their families? It argues that the historical instability of addiction as a concept—its layered and varied meanings, and especially its framing as a pathology that requires rehabilitation—emerged from both local debates about the dangers of drug use and transnational exchanges of expertise and policy which tied the fate of Vietnamese drug addicts to those elsewhere. | | Yes | After Opium examines social exclusion of addicts and state projects for recovery, tracing historical shifts and global influences on addiction in Vietnam. | Yes. After Opium examines social exclusion of addicts and state projects for recovery, tracing historical shifts and global influences on addiction in Vietnam. #DEI |
| 1114 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."A Bite-Sized History of Italy," a book project already under contract with The New Press, will present a portrait of a land that has become so well-known for its food as to almost preclude interrogation, even as it might be said that food is the very reason for its existence. While Italy as a nation-state was born only in 1861, a sense of Italian identity long predated that reality, thanks largely to a deeply rooted gastronomic culture that became the envy of the world. As a people and a place that first defined itself without traditional political borders, a single governing body, or a standardized central spoken language, future Italians sought a means to create the contours of a community: they found that food, in its universality and accessibility, could be that source of unity. | "A Bite-Sized History of Italy," a book project already under contract with The New Press, will present a portrait of a land that has become so well-known for its food as to almost preclude interrogation, even as it might be said that food is the very reason for its existence. While Italy as a nation-state was born only in 1861, a sense of Italian identity long predated that reality, thanks largely to a deeply rooted gastronomic culture that became the envy of the world. As a people and a place that first defined itself without traditional political borders, a single governing body, or a standardized central spoken language, future Italians sought a means to create the contours of a community: they found that food, in its universality and accessibility, could be that source of unity. | | No | The description does not directly relate to DEI. It focuses on the historical significance of food in shaping Italian identity. | No. The description does not directly relate to DEI (Diversity, Equity, and Inclusion). It focuses on the historical significance of food in shaping Italian identity. |
| 1115 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book project is a critical examination of how American police and law enforcement agencies are rapidly adopting AI-enabled technologies such as predictive policing programs, facial recognition software, acoustic gunshot detection systems, and automated license plate readers. The main argument is that these new digital platforms frequently fail to work as advertised because police tech startup companies are often organized to meet the financial needs of venture capital, rather than to improve public safety. The book, written in an accessible narrative style, demonstrates how the technologies are frequently developed, marketed, and deployed not to make cities and neighborhoods safer, but to inflate the monetary value of the startup firms that produce them. It explores the social and ethical implications of these innovative law enforcement tools, and discusses how they have rapidly increased citizen surveillance and reinforced patterns of racial discrimination. | This book project is a critical examination of how American police and law enforcement agencies are rapidly adopting AI-enabled technologies such as predictive policing programs, facial recognition software, acoustic gunshot detection systems, and automated license plate readers. The main argument is that these new digital platforms frequently fail to work as advertised because police tech startup companies are often organized to meet the financial needs of venture capital, rather than to improve public safety. The book, written in an accessible narrative style, demonstrates how the technologies are frequently developed, marketed, and deployed not to make cities and neighborhoods safer, but to inflate the monetary value of the startup firms that produce them. It explores the social and ethical implications of these innovative law enforcement tools, and discusses how they have rapidly increased citizen surveillance and reinforced patterns of racial discrimination. | | Yes | This book project examines how police use of AI technologies can perpetuate racial discrimination and increase citizen surveillance. | Yes. This book project examines how police use of AI technologies can perpetuate racial discrimination and increase citizen surveillance. |
| 1116 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Border Country: Mexico, America, and Country Music is a book I am researching and writing about  Mexican American engagements and influences in country music. I plan to complete the manuscript  and submit it for publication by June 1, 2026. | Border Country: Mexico, America, and Country Music is a book I am researching and writing about  Mexican American engagements and influences in country music. I plan to complete the manuscript  and submit it for publication by June 1, 2026. | | Yes | The book explores Mexican American engagements and influences in country music, which relates to the topic of DEI in the music industry. | Yes. The book explores Mexican American engagements and influences in country music, which relates to the topic of DEI (Diversity, Equity, and Inclusion) in the music industry. |

Ex. 15 US-000062485.xlsx

This book explores the "white gold" rush for lithium, critical for global AI infrastructure and the green transition. It presents the Atacama Desert as a microcosm of the complex webs of interconnection that define our modern world. By examining themes of resource exploitation, ecological exhaustion, and colonial legacies, it illustrates how the global demand for lithium reflects broader environmental and social issues. The book also explores philosophies like "Buen Vivir" which emphasize collective social and planetary responsibility, challenging readers to rethink progress in an increasingly complex, interconnected, and tech-driven world.

This book explores the "white gold" rush for lithium, critical for global AI infrastructure and the green transition. It presents the Atacama Desert as a microcosm of the complex webs of interconnection that define our modern world. By examining themes of resource exploitation, ecological exhaustion, and colonial legacies, it illustrates how the global demand for lithium reflects broader environmental and social issues. The book also explores philosophies like "Buen Vivir" which emphasize collective social and planetary responsibility, challenging readers to rethink progress in an increasingly complex, interconnected, and tech-driven world.

Yes — Explores colonial legacies, resource exploitation, and Indigenous philosophies.

Yes. Explores colonial legacies, resource exploitation, and Indigenous philosophies.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The goal of the project proposed here is the preparation for publication of 11 volumes of narratives in the Straits Salish languages. Each volume will have a general introduction in English and a glossary index with complete morphological analysis of each word. Each narrative will have an introduction and side-by-side, sentence-by-sentence English translations. [Edited by staff]

The goal of the project proposed here is the preparation for publication of 11 volumes of narratives in the Straits Salish languages. Each volume will have a general introduction in English and a glossary index with complete morphological analysis of each word. Each narrative will have an introduction and side-by-side, sentence-by-sentence English translations. [Edited by staff]

No — This project focuses on the preservation and publication of narratives in the Straits Salish languages, but it does not mention anything about diversity, equity, or inclusion.

No. This project focuses on the preservation and publication of narratives in the Straits Salish languages, but it does not mention anything about diversity, equity, or inclusion.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Collector's Paradox exposes a contradiction lurking behind most museum artifacts: to be preserved, they first must be destroyed. Museums are not simply reliquaries that save things from oblivion. They are also the angel of death, the grim reaper waiting at the door. With a particular focus on animal specimens, this book excavates 300 years of collecting that created this Janus face of the modern natural history museums in Europe and North America. It also brings a humanistic perspective--questions like "Why?" and "Since when?"--to scientific debates raging over the ethics of specimen collection and artifact preservation today, revealing both the emotions and unspoken assumptions that underlie scientific work. The book draws on archival research, interviews, and fieldwork to bridge the past with the present. Finally, it reconstructs alternative museum futures envisioned by historical collectors--nonviolent roads not taken, but which remain open still.

The Collector's Paradox exposes a contradiction lurking behind most museum artifacts: to be preserved, they first must be destroyed. Museums are not simply reliquaries that save things from oblivion. They are also the angel of death, the grim reaper waiting at the door. With a particular focus on animal specimens, this book excavates 300 years of collecting that created this Janus face of the modern museum, especially modern natural history museums in Europe and North America. It also brings a humanistic perspective--questions like "Why?" and "Since when?"--to scientific debates raging over the ethics of specimen collection and artifact preservation today, revealing both the emotions and unspoken assumptions that underlie scientific work. The book draws on archival research, interviews, and fieldwork to bridge the past with the present. Finally, it reconstructs alternative museum futures envisioned by historical collectors--nonviolent roads not taken, but which remain open still.

No — This book focuses on the history and ethics of museum artifact preservation, but it does not directly relate to DEI efforts.

No. This book focuses on the history and ethics of museum artifact preservation, but it does not directly relate to DEI (Diversity, Equity, and Inclusion) efforts.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.A new narrative history of the 1832 ification crisis that will reinterpret the crisis in the context of new scholarship and help to explain its reappearance in American political life today.

A new narrative history of the 1832 ification crisis that will reinterpret the crisis in the context of new scholarship and help to explain its reappearance in American political life today.

No — This description does not directly mention DEI or any related topics.

No. This description does not directly mention DEI (Diversity, Equity, and Inclusion) or any related topics.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Sebittu Project is a multi-year, international collaboration examining the Neo-Assyrian Empire (Iron Age, c. 900-600 BC) as a case-study of agricultural extensification processes in the heartland as part of empire building. Rather than focusing on a single site, the Sebittu Project focuses on a tight cluster of seven villages, hamlets, and farmsteads in the Erbil Plain of northern Iraqi Kurdistan. Field techniques include drone, geophysical, and surface surveys, as well as excavation. The project seeks to document the functions of these small settlements with the imperial economy, their relationships between themselves and with nearby imperial centers, the role of deported populations in the rural setting, and the environmental impact of founding new settlements in an interfluvial setting, and aggressive techniques to increase agricultural yields. Funding is sought for the third of the current 5-year permit between the PI and the Kurdish Regional Government. [Edited by staff]

The Sebittu Project is a multi-year, international collaboration examining the Neo-Assyrian Empire (Iron Age, c. 900-600 BC) as a case-study of agricultural extensification processes in the heartland as part of empire building. Rather than focusing on a single site, the Sebittu Project focuses on a tight cluster of seven villages, hamlets, and farmsteads in the Erbil Plain of northern Iraqi Kurdistan. Field techniques include drone, geophysical, and surface surveys, as well as excavation. The project seeks to document the functions of these small settlements with the imperial economy, their relationships between themselves and with nearby imperial centers, the role of deported populations in the rural setting, and the environmental impact of founding new settlements in an interfluvial setting, and aggressive techniques to increase agricultural yields. Funding is sought for the third of the current 5-year permit between the PI and the Kurdish Regional Government. [Edited by staff]

No — The Sebittu Project focuses on archaeological research of the Neo-Assyrian Empire, which does not directly relate to DEI initiatives.

No. The Sebittu Project focuses on archaeological research of the Neo-Assyrian Empire, which does not directly relate to DEI (Diversity, Equity, and Inclusion) initiatives.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In the first full biography of Ursula K. Le Guin (1929–2018), I plan to explore the life and influence of this brilliant and beloved giant of American literature, while asking questions about the nature of intellectual and artistic freedom and the radical potential of the fantastic. Le Guin's ability to open doors for her readers in her fiction, essays, and poetry has made her an important and lasting cultural influence, while her work continues to surprise and engage new generations of readers.   I began writing this book at Le Guin's own invitation. As I draw on her unpublished writings, including diaries and correspondence, and on my interviews with her and her family, colleagues, and friends, I hope to give an intimate and revealing look at a writer who spoke equally to the mind, heart, and imagination.

In the first full biography of Ursula K. Le Guin (1929–2018), I plan to explore the life and influence of this brilliant and beloved giant of American literature, while asking questions about the nature of intellectual and artistic freedom and the radical potential of the fantastic. Le Guin's ability to open doors for her readers in her fiction, essays, and poetry has made her an important and lasting cultural influence, while her work continues to surprise and engage new generations of readers.   I began writing this book at Le Guin's own invitation. As I draw on her unpublished writings, including diaries and correspondence, and on my interviews with her and her family, colleagues, and friends, I hope to give an intimate and revealing look at a writer who spoke equally to the mind, heart, and imagination.

No    This description does not directly mention elements related to diversity, equity, and inclusion (DEI).

No. This description does not directly mention elements related to diversity, equity, and inclusion (DEI).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Written in the form of a group biography, "A Cultural History of Latina Feminist Writing, 1980-1994" narrates the story of a generation of Latina writers who emerged in the 1980s and changed American literature and culture. These women published books that established the 1980s and early 1990s as a remarkable decade for Latina writing in the United States. This project fills a gap as there are currently no biographies of any of these award-winning authors. I set out to interpret this spectacular moment in American literary history. During this period, women of color defined themselves, asserted their agency, and built their own intellectual traditions. I respond to the questions: What made this period of striking production of Latina writing possible? What are the ways that Latina writers honored each other? What lessons can we learn from this generation of Latina writers? This project tells us something about women's friendships and the communities that sustain women's creativity.

Written in the form of a group biography, "A Cultural History of Latina Feminist Writing, 1980-1994" narrates the story of a generation of Latina writers who emerged in the 1980s and changed American literature and culture. These women published books that established the 1980s and early 1990s as a remarkable decade for Latina writing in the United States. This project fills a gap as there are currently no biographies of any of these award-winning authors. I set out to interpret this spectacular moment in American literary history. During this period, women of color defined themselves, asserted their agency, and built their own intellectual traditions. I respond to the questions: What made this period of striking production of Latina writing possible? What are the ways that Latina writers honored each other? What lessons can we learn from this generation of Latina writers? This project tells us something about women's friendships and the communities that sustain women's creativity.

No    This description does not directly relate to DEI, but it highlights the impact and contributions of Latina feminist writers.

No. This description does not directly relate to DEI, but it highlights the impact and contributions of Latina feminist writers.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My monograph in progress, <em>Acting Class: Lessons from Franca Rame</em>, centers Rame, one of the most visible presences in Italy throughout the twentieth century, as a model for political discourse, socially committed artistry, and grounded wide-ranging critique. While Rame remains known for her range as an actor—from satirical comedies to grotesquely tragic monologues—her many intellectual contributions have largely eluded public visibility. Drawing on critical biography, performance and theater studies, and literary analysis, I show the relationships between Rame's intellectual positions and her art, placing her at the nexus of postwar Italian leftist political thought. Scholars of Italy, gender studies, and theater history meet Rame as a Virgilian guide through the lairs of postwar intellectual and social histories, where class struggle collided with the oppression of women who protested not just for equal opportunities but for an existential reconsideration of their value in society.

My monograph in progress, <em>Acting Class: Lessons from Franca Rame</em>, centers Rame, one of the most visible presences in Italy throughout the twentieth century, as a model for political discourse, socially committed artistry, and grounded wide-ranging critique. While Rame remains known for her range as an actor—from satirical comedies to grotesquely tragic monologues—her many intellectual contributions have largely eluded public visibility. Drawing on critical biography, performance and theater studies, and literary analysis, I show the relationships between Rame's intellectual positions and her art, placing her at the nexus of postwar Italian leftist political thought. Scholars of Italy, gender studies, and theater history meet Rame as a Virgilian guide through the lairs of postwar intellectual and social histories, where class struggle collided with the oppression of women who protested not just for equal opportunities but for an existential reconsideration of their value in society.

No    This monograph focuses on Franca Rame's intellectual contributions and her art, but it doesn't explicitly mention diversity, equity, and inclusion (DEI) topics or efforts.

No. This monograph focuses on Franca Rame's intellectual contributions and her art, but it doesn't explicitly mention diversity, equity, and inclusion (DEI) topics or efforts.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The project examines a 1980s contraband corridor that enabled a Dubai based mafia's control over Bombay cinema. <em>Cinema as Contraband</em> illuminates the invisible role of the state in nurturing the cine-crime nexus, whereby the state used the ostensible frivolity of entertainment to conceal its own partaking in the shadow economy. It approaches cinema as shaped by a constant policing/violation of borders of legality and visibility. Global Southern urbanisms demonstrate the existence of a vast domain of illegal citizenship outside the grand project of state modernity. By demonstrating how the contraband corridor was an integral part of state functioning, I offer a fresh reading of this relationship. Bombay cinema is not sui generis in attracting the mafia. The narrative mirrors events in Nigeria, China, and Mexico. The project thus foregrounds new methodologies of studying cultures in places, by deviating from Hollywood's primacy, and revealing the South-South trends in cinema's histories.

The project examines a 1980s contraband corridor that enabled a Dubai based mafia's control over Bombay cinema. <em>Cinema as Contraband</em> illuminates the invisible role of the state in nurturing the cine-crime nexus, whereby the state used the ostensible frivolity of entertainment to conceal its own partaking in the shadow economy. It approaches cinema as shaped by a constant policing/violation of borders of legality and visibility. Global Southern urbanisms demonstrate the existence of a vast domain of illegal citizenship outside the grand project of state modernity. By demonstrating how the contraband corridor was an integral part of state functioning, I offer a fresh reading of this relationship. Bombay cinema is not sui generis in attracting the mafia. The narrative mirrors events in Nigeria, China, and Mexico. The project thus foregrounds new methodologies of studying cultures in places, by deviating from Hollywood's primacy, and revealing the South-South trends in cinema's histories.

No    This project focuses on studying cinema's role in the shadow economy, state functioning, and global trends, but does not directly relate to diversity, equity, and inclusion (DEI) issues.

No. This project focuses on studying cinema's role in the shadow economy, state functioning, and global trends, but does not directly relate to diversity, equity, and inclusion (DEI) issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.While much has been written on music and politics in classical antiquity, the role of culture and ethnicity is often neglected in these accounts. This is a major oversight, as the Greeks fundamentally conceived of music in connection to the cultures of their world. By providing the first examination of music and the politics of cultural diversity in ancient Greek thought from the archaic through the classical periods, my book, <em>Music and the Politics of Cultural Diversity in Ancient Greek Thought</em>, will help to recover the rich conversation about the treatment of foreigners that lies at the center of the Greeks' frequent evocations of music and politics. The book will show that the strong association of music with cultural identity supplied the Greeks with a "shortcut" for grasping the essence of a particular culture and thereby an effective tool for contemplating political issues related to cross-cultural engagement, from immigration to global justice—a tool that we today can also use.

While much has been written on music and politics in classical antiquity, the role of culture and ethnicity is often neglected in these accounts. This is a major oversight, as the Greeks fundamentally conceived of music in connection to the cultures of their world. By providing the first examination of music and the politics of cultural diversity in ancient Greek thought from the archaic through the classical periods, my book, <em>Music and the Politics of Cultural Diversity in Ancient Greek Thought</em>, will help to recover the rich conversation about the treatment of foreigners that lies at the center of the Greeks' frequent evocations of music and politics. The book will show that the strong association of music with cultural identity supplied the Greeks with a "shortcut" for grasping the essence of a particular culture and thereby an effective tool for contemplating political issues related to cross-cultural engagement, from immigration to global justice—a tool that we today can also use.

Yes    The book explores the relationship between music, cultural diversity, and politics in ancient Greek thought, highlighting its relevance to contemporary discussions of cross-cultural engagement and immigration.

Yes. The book explores the relationship between music, cultural diversity, and politics in ancient Greek thought, highlighting its relevance to contemporary discussions of cross-cultural engagement and immigration.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Indonesian puppet theatre (<em>wayang</em>) is a keystone art in Indonesia. But for a variety of reasons, much of <em>wayang</em>'s 1000-year-old history has been occluded. The recent acquisition of the Dr. Walter Angst and Sir Henry Angest Collection of Indonesian Puppets by Yale University Art Gallery presents unique opportunities for tracing the development of <em>wayang</em> across the islands of the western archipelago. This project is the culmination of research into the collection with the aim of producing two related publications. A monograph on <em>wayang</em> as a tradition in modernity figures puppets in the collection as witnesses to creative innovation in Java, Bali, Lombok, Sumatra, and Madura over the past two centuries. A separate exhibition catalogue explores <em>wayang</em> worldbuilding and demonstrates how puppets representing the three planes of existence storehouse knowledge about the past; reflect aesthetics, politics, and religious beliefs of the present; and function as tools for future enactments.

Indonesian puppet theatre (<em>wayang</em>) is a keystone art in Indonesia. But for a variety of reasons, much of <em>wayang</em>'s 1000-year-old history has been occluded. The recent acquisition of the Dr. Walter Angst and Sir Henry Angest Collection of Indonesian Puppets by Yale University Art Gallery presents unique opportunities for tracing the development of <em>wayang</em> across the islands of the western archipelago. This project is the culmination of research into the collection with the aim of producing two related publications. A monograph on <em>wayang</em> as a tradition in modernity figures puppets in the collection as witnesses to creative innovation in Java, Bali, Lombok, Sumatra, and Madura over the past two centuries. A separate exhibition catalogue explores <em>wayang</em> worldbuilding and demonstrates how puppets representing the three planes of existence storehouse knowledge about the past; reflect aesthetics, politics, and religious beliefs of the present; and function as tools for future enactments.

No    This project focuses on the research and publication of Indonesian puppet theatre, but it does not explicitly relate to DEI.

No. This project focuses on the research and publication of Indonesian puppet theatre, but it does not explicitly relate to DEI (Diversity, Equity, and Inclusion).

My book is a narrative history explaining how the arms trade shaped freedom and domination in the Americas, from the Age of Revolutions to WWII. Across the hemisphere, this was an era of bloody anti-colonial rebellion; conflicts over slavery and emancipation; wars between states, settlers, and Indigenous polities; border feuds among neighboring republics; and fratricidal struggles over internal order and capitalist development. Victory required guns and ammunition. But in the Americas, they were mass-produced only in a few cities in the eastern U.S. Everyone looking to force or resist a change in relations of power therefore relied on international arms dealers. "Means of Destruction" will be the first book to explain how unequal access to guns and ammunition conditioned the hemisphere's fateful struggles over freedom and domination. This largely unknown story will speak to major historical questions about the relationship between violence, inequality, and capitalism in the modern world.

My book is a narrative history explaining how the arms trade shaped freedom and domination in the Americas, from the Age of Revolutions to WWII. Across the hemisphere, this was an era of bloody anti-colonial rebellion; conflicts over slavery and emancipation; wars between states, settlers, and Indigenous polities; border feuds among neighboring republics; and fratricidal struggles over internal order and capitalist development. Victory required guns and ammunition. But in the Americas, they were mass-produced only in a few cities in the eastern U.S. Everyone looking to force or resist a change in relations of power therefore relied on international arms dealers. "Means of Destruction" will be the first book to explain how unequal access to guns and ammunition conditioned the hemisphere's fateful struggles over freedom and domination. This largely unknown story will speak to major historical questions about the relationship between violence, inequality, and capitalism in the modern world.

No    Focuses on arms trade, violence, and capitalism, not DEI.

No. Focuses on arms trade, violence, and capitalism, not DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."The Enemy Makers" excavates the story of the people and industries who changed the political rules of engagement and transformed civic life into the media-driven warfare the American public recognizes today. Using newly opened archival collections across the country, this project examines how political parties forged partnerships with media, entertainment businesses, and consulting industries—in polling, crisis management, and oppositional research—and embedded an infrastructure dedicated to division and diversion within campaign operations and governing institutions. This book project explains how meaningful reform in the 1970s collided with political pragmatism and opportunism to allow ethics to function as a weapon and for political debate to emulate a television brawl by the 1990s. It shows how the search for accountability became a media spectacle that made businesses money and rewarded political obstruction.

"The Enemy Makers" excavates the story of the people and industries who changed the political rules of engagement and transformed civic life into the media-driven warfare the American public recognizes today. Using newly opened archival collections across the country, this project examines how political parties forged partnerships with media, entertainment businesses, and consulting industries—in polling, crisis management, and oppositional research—and embedded an infrastructure dedicated to division and diversion within campaign operations and governing institutions. This book project explains how meaningful reform in the 1970s collided with political pragmatism and opportunism to allow ethics to function as a weapon and for political debate to emulate a television brawl by the 1990s. It shows how the search for accountability became a media spectacle that made businesses money and rewarded political obstruction.

No

This description does not directly address issues of diversity, equity, and inclusion (DEI).

No. This description does not directly address issues of diversity, equity, and inclusion (DEI).

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project examines how the concept of the "plantation" evolved from signifying public, communal settler-colonial projects to being associated with private, slave-powered commercial agriculture. It reconstructs this evolution, within and beyond the early-modern Anglo-Atlantic, using a multidisciplinary approach, demonstrating how divergent groups - colonists, Indigenous nations, maroons, imperial officials - continually renegotiated the plantation's implications for sovereignty, property, and labor relations. It argues that by selectively retaining its civic valences, nascent agro-capitalist slaveowners turned the plantation into a conceptual technology that combined public authority and private property in new ways to simultaneously justify, facilitate, and mask their brutal business model. This combination allowed the plantation to play a vital but overlooked role in the intellectual foundations of capitalism, while also seeding its fraught place in contemporary culture.

This project examines how the concept of the "plantation" evolved from signifying public, communal settler-colonial projects to being associated with private, slave-powered commercial agriculture. It reconstructs this evolution, within and beyond the early-modern Anglo-Atlantic, using a multidisciplinary approach, demonstrating how divergent groups - colonists, Indigenous nations, maroons, imperial officials - continually renegotiated the plantation's implications for sovereignty, property, and labor relations. It argues that by selectively retaining its civic valences, nascent agro-capitalist slaveowners turned the plantation into a conceptual technology that combined public authority and private property in new ways to simultaneously justify, facilitate, and mask their brutal business model. This combination allowed the plantation to play a vital but overlooked role in the intellectual foundations of capitalism, while also seeding its fraught place in contemporary culture.

Yes

This project examines the historical evolution of plantations, demonstrating how they played a role in capitalism's foundation and their impact on contemporary culture.

Yes. This project examines the historical evolution of plantations, demonstrating how they played a role in capitalism's foundation and their impact on contemporary culture.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.<em>Raza, música y nación en Puerto Rico, 1898-1940</em> seeks to examine the intricate relationships between race, music, and nation in Puerto Rico from 1898 to 1940. The book argues that popular music in Puerto Rico predominantly embraced an Afro-Caribbean musical aesthetic, challenging the notion of a homogeneous Puerto Rican identity promoted by the intellectual elite. Through historical research and analysis, the manuscript aims to shed light on how Afro-Puerto Rican musical traditions and practices critically engaged with, resisted, and transformed the dominant racial paradigm. The author will investigate police records, visit archives in Puerto Rico, and draw from their extensive research experience to complete the project. The book will be written in Spanish to ensure accessibility and promote inclusivity among Puerto Rican readers.

<em>Raza, música y nación en Puerto Rico, 1898-1940</em> seeks to examine the intricate relationships between race, music, and nation in Puerto Rico from 1898 to 1940. The book argues that popular music in Puerto Rico predominantly embraced an Afro-Caribbean musical aesthetic, challenging the notion of a homogeneous Puerto Rican identity promoted by the intellectual elite. Through historical research and analysis, the manuscript aims to shed light on how Afro-Puerto Rican musical traditions and practices critically engaged with, resisted, and transformed the dominant racial paradigm. The author will investigate police records, visit archives in Puerto Rico, and draw from their extensive research experience to complete the project. The book will be written in Spanish to ensure accessibility and promote inclusivity among Puerto Rican readers.

No

While the book explores race, music, and nation in Puerto Rico, it does not explicitly address DEI initiatives or efforts.

No. While the book explores race, music, and nation in Puerto Rico, it does not explicitly address DEI (Diversity, Equity, and Inclusion) initiatives or efforts.

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.I seek an NEH Award for Faculty at Hispanic Serving Institutions for my book manuscript, The Nature of Conflict: Rivers, Violence, and Healing in Colombia after the Peace Accords. The book examines the centrality of rivers to discussions on the ecological costs of the fifty-two-year period preceding the 2016 Peace Accords between the Colombian state and the Revolutionary Armed Forces of Colombia from a literary/cultural studies perspective. In a transitional justice context in which Colombian rivers have been granted rights as victims of the armed conflict, I consider the limits of legal discourse for understanding non-human personhood by examining work by writers, filmmakers, and artists who create with rivers to communicate fluvial perspectives against the current of anthropocentric thinking. The book thus places the environmental humanities in dialogue with legal studies to argue that both fields work together to enact ecological praxis toward more harmonious environmental futures.

I seek an NEH Award for Faculty at Hispanic Serving Institutions for my book manuscript, The Nature of Conflict: Rivers, Violence, and Healing in Colombia after the Peace Accords. The book examines the centrality of rivers to discussions on the ecological costs of the fifty-two-year period preceding the 2016 Peace Accords between the Colombian state and the Revolutionary Armed Forces of Colombia from a literary/cultural studies perspective. In a transitional justice context in which Colombian rivers have been granted rights as victims of the armed conflict, I consider the limits of legal discourse for understanding non-human personhood by examining work by writers, filmmakers, and artists who create with rivers to communicate fluvial perspectives against the current of anthropocentric thinking. The book thus places the environmental humanities in dialogue with legal studies to argue that both fields work together to enact ecological praxis toward more harmonious environmental futures.

Yes    The book explores the relationship between rivers, violence, and healing in Colombia, highlighting the centrality of rivers in discussions around ecological costs and the limits of legal discourse. It examines non-human personhood and advocates for more harmonious environmental futures. This aligns with DEI principles.

Yes. The book explores the relationship between rivers, violence, and healing in Colombia, highlighting the centrality of rivers in discussions around ecological costs and the limits of legal discourse. It examines non-human personhood and advocates for more harmonious environmental futures. This aligns with DEI principles.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project is in support of my monograph, <em>Embodiments of Aztlán: Performers, Participants, and Places of The Texas Mexican Conjunto</em>, where I analyze the instrumentation, dances, and venues associated with the accordion-driven Texas Mexican conjunto from the 1950s to the present, as part of a broad revision of my dissertation. Through this study of communal participation, primarily through dance, and inclusive of women, families, and multi-generational fans, and through the documentation, examination, and reclamation of how conjunto has adopted and interpreted forms of Black diasporic cultural expression through its musicality, stylistic and performative innovations, and shared social spaces, I seek to decenter the male-dominated, white-centered tropes and acts of erasure that have defined the genre's interpretation across popular and scholarly mediums. By studying dance practices along with performance venues, I aim to further examine conjunto as a form of place-based knowledge.

This project is in support of my monograph, <em>Embodiments of Aztlán: Performers, Participants, and Places of The Texas Mexican Conjunto</em>, where I analyze the instrumentation, dances, and venues associated with the accordion-driven Texas Mexican conjunto from the 1950s to the present, as part of a broad revision of my dissertation. Through this study of communal participation, primarily through dance, and inclusive of women, families, and multi-generational fans, and through the documentation, examination, and reclamation of how conjunto has adopted and interpreted forms of Black diasporic cultural expression through its musicality, stylistic and performative innovations, and shared social spaces, I seek to decenter the male-dominated, white-centered tropes and acts of erasure that have defined the genre's interpretation across popular and scholarly mediums. By studying dance practices along with performance venues, I aim to further examine conjunto as a form of place-based knowledge.

No    This project focuses on analyzing the Texas Mexican conjunto and its cultural influences, but it does not directly relate to DEI.

No. This project focuses on analyzing the Texas Mexican conjunto and its cultural influences, but it does not directly relate to DEI (Diversity, Equity, and Inclusion).

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Wamesa (ISO language code [wad], often called Wandamen), is an endangered Austronesian language of West Papua, Indonesia with approximately 8,000 native speakers. Wamesa is one of the largest languages of Papua, but no reference grammar of the language yet exists. This means that, though several of its structures have important theoretical ramifications, Wamesa does not inform our linguistic theories. The proposed project will rectify this gap by producing a full reference grammar of Wamesa and expanding the existing digital dictionary, for the use of the Wamesa community and scholars alike. Understanding Wamesa grammar will help us to better grasp the full breadth of diversity of human language and be useful for the study of language contact and human history and migration in the area. The field data generated by this process will be archived at PARADISEC and at the Center for Endangered Languages Documentation at the Universitas Negeri Papua.

Wamesa (ISO language code [wad], often called Wandamen), is an endangered Austronesian language of West Papua, Indonesia with approximately 8,000 native speakers. Wamesa is one of the largest languages of Papua, but no reference grammar of the language yet exists. This means that, though several of its structures have important theoretical ramifications, Wamesa does not inform our linguistic theories. The proposed project will rectify this gap by producing a full reference grammar of Wamesa and expanding the existing digital dictionary, for the use of the Wamesa community and scholars alike. Understanding Wamesa grammar will help us to better grasp the full breadth of diversity of human language and be useful for the study of language contact and human history and migration in the area. The field data generated by this process will be archived at PARADISEC and at the Center for Endangered Languages Documentation at the Universitas Negeri Papua.

Yes    Documenting and preserving endangered languages like Wamesa contributes to linguistic diversity and understanding human history and migration.

Yes. Documenting and preserving endangered languages like Wamesa contributes to linguistic diversity and understanding human history and migration. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The grant is aimed at producing a public facing monograph telling the history of Jerusalem from 1099-1187, when it was occupied by Frankish settlers after the First Crusade. It will discuss Christian-Muslim relations during this era and the changing ideas of Holy War and Jihad that helped motivate each side. The book will also examine the causes of the collapse of the Kingdom in 1187 to the Sultan Saladin. As wars with religious foundations continue to be fought in the same territories, readers will have a chance to compare this medieval story to current circumstances to understand both the difficulties of cultural accommodation and perhaps to locate new possibilities for peaceful settlements in the area still commonly called the Holy Land.

The grant is aimed at producing a public facing monograph telling the history of Jerusalem from 1099-1187, when it was occupied by Frankish settlers after the First Crusade. It will discuss Christian-Muslim relations during this era and the changing ideas of Holy War and Jihad that helped motivate each side. The book will also examine the causes of the collapse of the Kingdom in 1187 to the Sultan Saladin. As wars with religious foundations continue to be fought in the same territories, readers will have a chance to compare this medieval story to current circumstances to understand both the difficulties of cultural accommodation and perhaps to locate new possibilities for peaceful settlements in the area still commonly called the Holy Land.

No    While the grant focuses on historical Christian-Muslim relations, it does not directly address issues of diversity, equity, and inclusion (DEI).

No. While the grant focuses on historical Christian-Muslim relations, it does not directly address issues of diversity, equity, and inclusion (DEI).

Ex. 15 US-000062485.xlsx

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.R<em>ecovering Lost Israeli Cinema,1949-1969</em> traces the origins of the Israeli film industry. Utilizing a wealth of recently restored films and archival materials, this book unveils a lesser-known era marked by innovation and experimentation in both institutionally funded short films and independent features. Through detailed analysis and historical contextualization, I place Israeli film within the transnational networks of the post-war period, revealing the exchange of resources and talent between established European and US film studios and emerging national industries. Drawing on the biographies of women, Holocaust survivors, and political refugees, who brought invaluable expertise and international connections, this project considers the profound impact of Jewish migration on the film industry and explores Israeli cinema's evolution from its modest beginnings to its emergence as a cultural and artistic force, shedding light on its complexities, achievements, and enduring legacies.

R<em>ecovering Lost Israeli Cinema,1949-1969</em> traces the origins of the Israeli film industry. Utilizing a wealth of recently restored films and archival materials, this book unveils a lesser-known era marked by innovation and experimentation in both institutionally funded short films and independent features. Through detailed analysis and historical contextualization, I place Israeli film within the transnational networks of the post-war period, revealing the exchange of resources and talent between established European and US film studios and emerging national industries. Drawing on the biographies of women, Holocaust survivors, and political refugees, who brought invaluable expertise and international connections, this project considers the profound impact of Jewish migration on the film industry and explores Israeli cinema's evolution from its modest beginnings to its emergence as a cultural and artistic force, shedding light on its complexities, achievements, and enduring legacies.

Yes

This book explores the impact of Jewish migration on Israeli cinema's evolution, shedding light on its complexities and achievements.

Yes. This book explores the impact of Jewish migration on Israeli cinema's evolution, shedding light on its complexities and achievements. #DEI

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."Friend and Faithful Stranger: Nikola Tesla in the Gilded Age" is a narrative biography of inventor and scholar Nikola Tesla. Based on Tesla's writings, letters, interviews, and personal archive of 40 trunks, shipped to Serbia in 1951 and only recently made available, this book illuminates Tesla's close relationships with Gilded Age figures including John Jacob Astor, Rudyard Kipling, J.P. Morgan, Sarah Bernhardt, and Mark Twain. Deeply involved in culture and politics, Tesla, an intellectual and a pacifist, linked the realms of science, technology, and literature, seeking to improve the living conditions of humankind and promote peace and cultural exchange. Important to the scientific, literary, and political fields, this book tells the story of Nikola Tesla's impact on the Second Industrial Revolution, which brought electricity to America and to the world, and his opinions on war, nationalism, health, gender equality, and the role of the scientist in society.

"Friend and Faithful Stranger: Nikola Tesla in the Gilded Age" is a narrative biography of inventor and scholar Nikola Tesla. Based on Tesla's writings, letters, interviews, and personal archive of 40 trunks, shipped to Serbia in 1951 and only recently made available, this book illuminates Tesla's close relationships with Gilded Age figures including John Jacob Astor, Rudyard Kipling, J.P. Morgan, Sarah Bernhardt, and Mark Twain. Deeply involved in culture and politics, Tesla, an intellectual and a pacifist, linked the realms of science, technology, and literature, seeking to improve the living conditions of humankind and promote peace and cultural exchange. Important to the scientific, literary, and political fields, this book tells the story of Nikola Tesla's impact on the Second Industrial Revolution, which brought electricity to America and to the world, and his opinions on war, nationalism, health, gender equality, and the role of the scientist in society.

No

This book does not relate to DEI as it focuses on the biography and impact of Nikola Tesla, rather than issues of diversity, equity, and inclusion.

No. This book does not relate to DEI as it focuses on the biography and impact of Nikola Tesla, rather than issues of diversity, equity, and inclusion.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In the second half of the twentieth century, racial inequalities constituted a defining feature of the British economy, which was itself undergoing a profound transformation. Access to credit and employment had been a serious economic hurdle for Black households since at least the 1950s, but the deregulation of the insurance, pension, and mortgage industries during this period engendered a new landscape of financial exclusions mapped along racial lines. This project traces the history of these exclusions and how the Black British community responded to them. Drawing on dozens of local and national archives in Britain, Jamaica, and Barbados, it shows that between the 1930s and 2000s, Black Britons developed an alternative set of financial institutions: from credit unions and informal saving networks to housing and alternative mortgage associations. These alternative financial institutions play an important yet unstudied part in the economic and social history of Britain in the late 20C.

In the second half of the twentieth century, racial inequalities constituted a defining feature of the British economy, which was itself undergoing a profound transformation. Access to credit and employment had been a serious economic hurdle for Black households since at least the 1950s, but the deregulation of the insurance, pension, and mortgage industries during this period engendered a new landscape of financial exclusions mapped along racial lines. This project traces the history of these exclusions and how the Black British community responded to them. Drawing on dozens of local and national archives in Britain, Jamaica, and Barbados, it shows that between the 1930s and 2000s, Black Britons developed an alternative set of financial institutions: from credit unions and informal saving networks to housing and alternative mortgage associations. These alternative financial institutions play an important yet unstudied part in the economic and social history of Britain in the late 20C.

No

This project explores the history of financial exclusions and alternative financial institutions in Britain but does not explicitly relate to DEI.

No. This project explores the history of financial exclusions and alternative financial institutions in Britain but does not explicitly relate to DEI.

| | | | |
|---|---|---|---|
| 1139 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My book aims to write a trans-imperial history of Northeast Asia from the 1900s to 1950 from the perspective of the Mongol-speaking group, the Buryats, who resided in the Soviet Union, Mongolia, and the Japanese puppet-state Manchukuo. The book explores the political aspirations of the Buryats during times of wars, revolutions, and colonialism, their engagement in the region's complicated hierarchical relations between different imperial powers, and how they imagined and carved out a space of sovereignty for themselves. It is also a comparative examination of the nature and logic underlying Soviet and imperial Japanese engagements with the indigenous population along their Inner Asian frontiers. The book demonstrates how inter-imperial rivalries, warfare, and various modern political ideologies, including nationalism, communism, Asianism, and authoritarian modernization, shaped the political landscape of both Inner and Northeast Asia up to the present day. | My book aims to write a trans-imperial history of Northeast Asia from the 1900s to 1950 from the perspective of the Mongol-speaking group, the Buryats, who resided in the Soviet Union, Mongolia, and the Japanese puppet-state Manchukuo. The book explores the political aspirations of the Buryats during times of wars, revolutions, and colonialism, their engagement in the region's complicated hierarchical relations between different imperial powers, and how they imagined and carved out a space of sovereignty for themselves. It is also a comparative examination of the nature and logic underlying Soviet and imperial Japanese engagements with the indigenous population along their Inner Asian frontiers. The book demonstrates how inter-imperial rivalries, warfare, and various modern political ideologies, including nationalism, communism, Asianism, and authoritarian modernization, shaped the political landscape of both Inner and Northeast Asia up to the present day. | Yes  This book explores the political aspirations of an indigenous group, examining the impact of colonialism and different imperial powers on the region. | Yes. This book explores the political aspirations of an indigenous group, examining the impact of colonialism and different imperial powers on the region. |
| 1140 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.My book recontextualizes major architectural works of 16th-century Rome in light of the collective activity of the numerous workers who participated in their realization. Whereas architecture has always been a collective endeavor, entwining those who both envision a design and realize it in built form, the prevailing narrative is one originating in the Renaissance, which privileges the architect as prime mover while downplaying the myriad and essential contributions of others, especially builders, craftsmen, and artisans. I reassess the surviving archive to document the contributions of the labor force, envisioning building sites as the nexus for the exchange of knowledge about architecture and construction. Drawings and financial accounts record the mechanisms of communication that are the key to understanding this knowledge generation. My resulting narrative redefines architectural authorship, challenging prevailing ideas and providing a richer, more nuanced, and inclusive history. | My book recontextualizes major architectural works of 16th-century Rome in light of the collective activity of the numerous workers who participated in their realization. Whereas architecture has always been a collective endeavor, entwining those who both envision a design and realize it in built form, the prevailing narrative is one originating in the Renaissance, which privileges the architect as prime mover while downplaying the myriad and essential contributions of others, especially builders, craftsmen, and artisans. I reassess the surviving archive to document the contributions of the labor force, envisioning building sites as the nexus for the exchange of knowledge about architecture and construction. Drawings and financial accounts record the mechanisms of communication that are the key to understanding this knowledge generation. My resulting narrative redefines architectural authorship, challenging prevailing ideas and providing a richer, more nuanced, and inclusive history. | No  The description provided focuses on redefining architectural authorship and challenging prevailing ideas, but it does not directly address DEI in a clear manner. | No. The description provided focuses on redefining architectural authorship and challenging prevailing ideas, but it does not directly address DEI (Diversity, Equity, and Inclusion) in a clear manner. |
| 1141 | My project looks at US-Philippines colonial and post-colonial history from the 1930's to the 1970's, examining how the American colonial state, the independent Philippine Government, and Filipinas themselves carefully curated ideas of respectable Filipina wives and mothers as a way to advance a myriad of geo-political goals and socio-economic goals. I use the idea of "mothering" as a theoretical framework to tie together a narrative wherein control over women and the production of respectable mothers had always been at the center of the US-Philippines colonial relationship, and continued to be in the aftermath of independence. Indeed, the "mothering" (think "othering") of women - the rhetorical defining and physical control over women's bodies - was integral to the processes of decolonization in the Pacific, and to "winning" the Cold War. | My project looks at US-Philippines colonial and post-colonial history from the 1930's to the 1970's, examining how the American colonial state, the independent Philippine Government, and Filipinas themselves carefully curated ideas of respectable Filipina wives and mothers as a way to advance a myriad of geo-political goals and socio-economic goals. I use the idea of "mothering" as a theoretical framework to tie together a narrative wherein control over women and the production of respectable mothers had always been at the center of the US-Philippines colonial relationship, and continued to be in the aftermath of independence. Indeed, the "mothering" (think "othering") of women - the rhetorical defining and physical control over women's bodies - was integral to the processes of decolonization in the Pacific, and to "winning" the Cold War. | Yes  Examines colonial history, gender roles, and control over Filipina women. | Yes. Examines colonial history, gender roles, and control over Filipina women. |
| 1142 | Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Cognac, perhaps the distilled spirit with the greatest prestige, is produced in France under strict regulations, but a miniscule proportion of it is consumed there. Cognac is an export product, and the United States has for some years been the largest recipient in the world. Within the country, African Americans reportedly comprise the majority of cognac drinkers, with estimates as high as 60 to 80%. Proposed is a narrative investigation of the forces driving African American cognac consumption over the past 140 years. Popular discourse holds that African Americans' affinity for cognac derives from Black soldiers encountering the beverage while stationed in France during WWII, but historical evidence of African Americans consuming, studying, and selling cognac extends to the 1700s. This project examines an untold story, one that reveals much about the ways in which race, retail products and consumer identities are interlinked, and what happens when products cross national boundaries. | Cognac, perhaps the distilled spirit with the greatest prestige, is produced in France under strict regulations, but a miniscule proportion of it is consumed there. Cognac is an export product, and the United States has for some years been the largest recipient in the world. Within the country, African Americans reportedly comprise the majority of cognac drinkers, with estimates as high as 60 to 80%. Proposed is a narrative investigation of the forces driving African American cognac consumption over the past 140 years. Popular discourse holds that African Americans' affinity for cognac derives from Black soldiers encountering the beverage while stationed in France during WWII, but historical evidence of African Americans consuming, studying, and selling cognac extends to the 1700s. This project examines an untold story, one that reveals much about the ways in which race, retail products and consumer identities are interlinked, and what happens when products cross national boundaries. | No  This description does not directly relate to DEI as it focuses on the history and consumption patterns of cognac among African Americans in the United States. | No. This description does not directly relate to DEI as it focuses on the history and consumption patterns of cognac among African Americans in the United States. |

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This book is a group biography of five fascinating women of the Anglo-Irish Gunning family. Two "sister Cinderellas" became precursor pin-ups, were mobbed in public, and married a Duke and an Earl. Then three Gunnings became bestselling scandal novelists. The Stunning Gunnings will be an accessibly written, deeply researched book, examining how a down-on-its luck family manipulated 18th-century pop culture to further its fame and wealth, by connecting directly with the public. Emerging print culture gave these beautiful, talented, flawed women an opening to manage their own public exposure. They kept hungry audiences in thrall, despite an eagerness to shame public women. The Gunnings's experiences resonate today, when truthiness is a zeitgeist concept; when famous families capitalize on their own images via reality TV; and when social media provokes unease. The Gunnings's spectacular rise and perpetual scandal machine helps us re-see how new media's cultural past is prologue.

This book is a group biography of five fascinating women of the Anglo-Irish Gunning family. Two "sister Cinderellas" became precursor pin-ups, were mobbed in public, and married a Duke and an Earl. Then three Gunnings became bestselling scandal novelists. The Stunning Gunnings will be an accessibly written, deeply researched book, examining how a down-on-its luck family manipulated 18th-century pop culture to further its fame and wealth, by connecting directly with the public. Emerging print culture gave these beautiful, talented, flawed women an opening to manage their own public exposure. They kept hungry audiences in thrall, despite an eagerness to shame public women. The Gunnings's experiences resonate today, when truthiness is a zeitgeist concept; when famous families capitalize on their own images via reality TV; and when social media provokes unease. The Gunnings's spectacular rise and perpetual scandal machine helps us re-see how new media's cultural past is prologue.

No | This book is a historical account of the Gunning family's rise to fame and use of media, not directly related to DEI.

No. This book is a historical account of the Gunning family's rise to fame and use of media, not directly related to DEI.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Center for the History of Business, Technology, and Society at Eleutherian Mills-Hagley Foundation is applying for support from the National Endowment for the Humanities Fellowship Program for Independent Research Institutes. We request twelve months of support each year for three years to continue our program of awarding the "NEH-Hagley Fellowship on Business, Culture, and Society," the same amount previously awarded to us under the FPIRI program. Based on our experience from three previous rounds of FPIRI funding (and seven applicant review cycles), we would award fellowships ranging from four to twelve months in length, with the number of fellowships determined by the durations assigned. Our targeted applicant pool is the large and expanding array of scholars who use records generated by business to explore the impact of firms on our nation, and indeed the world. 

The Center for the History of Business, Technology, and Society at Eleutherian Mills-Hagley Foundation is applying for support from the National Endowment for the Humanities Fellowship Program for Independent Research Institutes. We request twelve months of support each year for three years to continue our program of awarding the "NEH-Hagley Fellowship on Business, Culture, and Society," the same amount previously awarded to us under the FPIRI program. Based on our experience from three previous rounds of FPIRI funding (and seven applicant review cycles), we would award fellowships ranging from four to twelve months in length, with the number of fellowships determined by the durations assigned. Our targeted applicant pool is the large and expanding array of scholars who use records generated by business to explore the impact of firms on our nation, and indeed the world. 

No | The described initiative does not directly relate to DEI as it focuses on supporting research in business history and does not mention any specific efforts towards diversity, equity, and inclusion.

No. The described initiative does not directly relate to DEI as it focuses on supporting research in business history and does not mention any specific efforts towards diversity, equity, and inclusion.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Lepcha (ISO 639-3 lep) is a Tibeto-Burman language with an estimated 52,909 speakers in Sikkim, West Bengal, Nepal, and Bhutan, whose language situation is characterized by declining use, low levels of literacy, and international fragmentation. This project will create a digital version of The Lepcha-English Encyclopaedic Dictionary by K. P. Tamsang. Existing OCR scans of the dictionary will be converted to structured XML, and then enriched with morphological analyses and audio recordings of each headword. The resulting dictionary will be deployed as a cross-platform mobile app, becoming an accessible and valuable Lepcha language resource for teachers, learners, linguists, and activists. Raw dictionary files, including structured data and audio recordings, will be archived with the Computational Resource for South Asian Languages (CoRSAL).

Lepcha (ISO 639-3 lep) is a Tibeto-Burman language with an estimated 52,909 speakers in Sikkim, West Bengal, Nepal, and Bhutan, whose language situation is characterized by declining use, low levels of literacy, and international fragmentation. This project will create a digital version of The Lepcha-English Encyclopaedic Dictionary by K. P. Tamsang. Existing OCR scans of the dictionary will be converted to structured XML, and then enriched with morphological analyses and audio recordings of each headword. The resulting dictionary will be deployed as a cross-platform mobile app, becoming an accessible and valuable Lepcha language resource for teachers, learners, linguists, and activists. Raw dictionary files, including structured data and audio recordings, will be archived with the Computational Resource for South Asian Languages (CoRSAL).

No | This project does not relate to DEI as it does not directly address diversity, equity, and inclusion issues.

No. This project does not relate to DEI as it does not directly address diversity, equity, and inclusion issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.For the proposed project, I will compile and edit in a single book all documented lhatsik (traditional Wiyot stories) using tribally approved orthography to represent Soulatluk (the Wiyot language), along with additional unpublished information, links to Soulatluk audio recordings, and linguistically informed English translations. This will make possible direct comparison and analysis of lhatsik told by at least twelve Wiyot elders between 1892 and 1957.  Currently the lhatsik, as recorded by writers and researchers including Alfred Kroeber, Edward Curtis, Gladys Reichard, and Karl Teeter, reside in academic publications and archives (see attached bibliography). They vary considerably in their quality of transcription and translation; and in their transcribers' understanding of Soulatluk and of Wiyot culture. The proposed project will therefore create a valuable updated resource for linguistic and anthropological study. [Edited by staff]

For the proposed project, I will compile and edit in a single book all documented lhatsik (traditional Wiyot stories) using tribally approved orthography to represent Soulatluk (the Wiyot language), along with additional unpublished information, links to Soulatluk audio recordings, and linguistically informed English translations. This will make possible direct comparison and analysis of lhatsik told by at least twelve Wiyot elders between 1892 and 1957.  Currently the lhatsik, as recorded by writers and researchers including Alfred Kroeber, Edward Curtis, Gladys Reichard, and Karl Teeter, reside in academic publications and archives (see attached bibliography). They vary considerably in their quality of transcription and translation; and in their transcribers' understanding of Soulatluk and of Wiyot culture. The proposed project will therefore create a valuable updated resource for linguistic and anthropological study. [Edited by staff]

Yes | This project aims to compile and edit traditional Wiyot stories in a way that respects tribal orthography and language, contributing to linguistic and anthropological study.

Yes. This project aims to compile and edit traditional Wiyot stories in a way that respects tribal orthography and language, contributing to linguistic and anthropological study. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.In 1974, a group of Black youths set out to undo the damage of an anti-Black society. In what had once been a major slaving capital of Latin America, they created an all-Black group to parade in the carnival of Salvador, Bahia, bearing signs proclaiming, "Black Power." They sparked a new cultural expression called Blocos Afros that became integral to the story of Black politics in Brazil and the global Black consciousness era. This project will support the completion of a book examining strategies to nurture Black self love and joy as empowerment for a political struggle that would transform Black social locations in post-dictatorship Brazil. It reveals the internationalism of seemingly local Black power movements and situates Brazil within the canon of 1970s Black liberation movements. Close analysis of the participation of older women, religious communities, gay people and others reveals an entire community collaborating to claim power in the face of daunting political odds. 

In 1974, a group of Black youths set out to undo the damage of an anti-Black society. In what had once been a major slaving capital of Latin America, they created an all-Black group to parade in the carnival of Salvador, Bahia, bearing signs proclaiming, "Black Power." They sparked a new cultural expression called Blocos Afros that became integral to the story of Black politics in Brazil and the global Black consciousness era. This project will support the completion of a book examining strategies to nurture Black self love and joy as empowerment for a political struggle that would transform Black social locations in post-dictatorship Brazil. It reveals the internationalism of seemingly local Black power movements and situates Brazil within the canon of 1970s Black liberation movements. Close analysis of the participation of older women, religious communities, gay people and others reveals an entire community collaborating to claim power in the face of daunting political odds. 

Yes    This project examines strategies to empower Black communities in Brazil, highlighting the intersectionality of their movement.

Yes. This project examines strategies to empower Black communities in Brazil, highlighting the intersectionality of their movement. #DEI

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project proposes to edit and translate to English three unpublished volumes of medieval Indian Ocean–related documents from the Cairo Geniza, a storeroom for discarded texts in the Ben Ezra synagogue in Cairo. The seven-volume corpus consists of letters, accounts and legal deeds dating to ca. 1060–1240. To date, 283 of 492 have been published in four volumes, and 198 of 492 have been translated to English.

This project proposes to edit and translate to English three unpublished volumes of medieval Indian Ocean–related documents from the Cairo Geniza, a storeroom for discarded texts in the Ben Ezra synagogue in Cairo. The seven-volume corpus consists of letters, accounts and legal deeds dating to ca. 1060–1240. To date, 283 of 492 have been published in four volumes, and 198 of 492 have been translated to English.

No    This project focuses on translating and editing in order to preserve and study historical documents, but it does not specifically address DEI issues.

No. This project focuses on translating and editing in order to preserve and study historical documents, but it does not specifically address DEI issues.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposal, if funded, will add substantially to our ongoing critical edition of all Mark Twain's writings, and to scholarship on American history and literature. It will enable us to publish, in print and digitally on Mark Twain Project Online (MTPO), critically edited texts of two large travel books: The Innocents Abroad and Following the Equator. In addition, we propose to add to MTPO a digital edition based on the three printed volumes of Mark Twain's Notebooks & Journals, with high-resolution digital facsimiles of all notebook pages accompanying the fully annotated transcription. Lastly, we propose to publish on MTPO the edited texts of 586 letters written by Mark Twain in 1886, 1887, and 1888, and full annotation for 308 letters written in 1878, the texts of which are already available there.

This proposal, if funded, will add substantially to our ongoing critical edition of all Mark Twain's writings, and to scholarship on American history and literature. It will enable us to publish, in print and digitally on Mark Twain Project Online (MTPO), critically edited texts of two large travel books: The Innocents Abroad and Following the Equator. In addition, we propose to add to MTPO a digital edition based on the three printed volumes of Mark Twain's Notebooks & Journals, with high-resolution digital facsimiles of all notebook pages accompanying the fully annotated transcription. Lastly, we propose to publish on MTPO the edited texts of 586 letters written by Mark Twain in 1886, 1887, and 1888, and full annotation for 308 letters written in 1878, the texts of which are already available there.

No    This proposal does not directly relate to DEI. It focuses on expanding scholarship and publishing materials related to Mark Twain's writings.

No. This proposal does not directly relate to DEI (Diversity, Equity, and Inclusion). It focuses on expanding scholarship and publishing materials related to Mark Twain's writings.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This project will result in an anthology of annotated Javanese song texts with English translations, and an online database of audio transcriptions and first-line indices. The texts—ranging from lofty poetry to spontaneous interjections—belong to the repertoire of central Javanese gamelan music, and are drawn from some 500 commercial cassettes recorded between 1959 and 1995 (which we transcribed because the titles alone do not indicate what texts appear on what recording). This follows up on a previous NEH-funded project. In this phase, we will complete a few remaining audio transcriptions, cross check all transcriptions, translate about 2700 lines into English and Indonesian, set up the database, and see the book through to its publication by Brill (available online and in print). This project will share the largest searchable collection of Javanese song texts to date, and will be useful to those researching text-music relations, as well as Javanese history, literature, or singing.

This project will result in an anthology of annotated Javanese song texts with English translations, and an online database of audio transcriptions and first-line indices. The texts—ranging from lofty poetry to spontaneous interjections—belong to the repertoire of central Javanese gamelan music, and are drawn from some 500 commercial cassettes recorded between 1959 and 1995 (which we transcribed because the titles alone do not indicate what texts appear on what recording). This follows up on a previous NEH-funded project. In this phase, we will complete a few remaining audio transcriptions, cross check all transcriptions, translate about 2700 lines into English and Indonesian, set up the database, and see the book through to its publication by Brill (available online and in print). This project will share the largest searchable collection of Javanese song texts to date, and will be useful to those researching text-music relations, as well as Javanese history, literature, or singing.

No    This project does not directly relate to DEI as it focuses on the creation of an anthology of Javanese song texts with translations.

No. This project does not directly relate to DEI as it focuses on the creation of an anthology of Javanese song texts with translations.

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Seen in calls to decolonize, the Land Back Movement, and recent world events like Israeli-Palestine, settler colonialism represents one of the most pervasive and pernicious institutions of the modern world. Although archaeologies of contact and early-phase colonialism represent important fields of study, later-stage settler colonialism has received limited attention. Despite this dearth, archaeology stands to offer new insights on this topic, contributing information that helps to better contextualize and decenter archival records, which are often ethnocentric. Colonialism Without End does this while developing innovative methodologies aligned with Mohegan worldviews. It uses a Collaborative Indigenous Archaeological approach, developed though a 14-year collaboration between the PI and the Mohegan Tribe, to shed new light on how Mohegans navigated settler colonialism and land loss, world-changing forces that challenged traditional social relations and connections to land.

Seen in calls to decolonize, the Land Back Movement, and recent world events like Israeli-Palestine, settler colonialism represents one of the most pervasive and pernicious institutions of the modern world. Although archaeologies of contact and early-phase colonialism represent important fields of study, later-stage settler colonialism has received limited attention. Despite this dearth, archaeology stands to offer new insights on this topic, contributing information that helps to better contextualize and decenter archival records, which are often ethnocentric. Colonialism Without End does this while developing innovative methodologies aligned with Mohegan worldviews. It uses a Collaborative Indigenous Archaeological approach, developed though a 14-year collaboration between the PI and the Mohegan Tribe, to shed new light on how Mohegans navigated settler colonialism and land loss, world-changing forces that challenged traditional social relations and connections to land.

No    The provided information discusses settler colonialism and its impact on the Mohegan Tribe. It does not directly relate to DEI initiatives.

No. The provided information discusses settler colonialism and its impact on the Mohegan Tribe. It does not directly relate to DEI (Diversity, Equity, and Inclusion) initiatives.

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Materiality of Freedom: Unearthing Afro-Crucian Histories aims to unearth the materiality of everyday life in the historic Free Gut communities of St. Croix, USVI, where legally free African and Afro-Caribbean people flourished from slavery through freedom (1743-1917). Inhabitants in Free Gut laid the groundwork for the resilient, self-sustained societies that characterized St. Croix's past and played a crucial role in developing what became the Danish West Indies and the US Virgin Islands. Through archaeological excavations at East St. 18 B Christiansted, in Free Gut, along with community mapping and oral histories from descendant community members, this project explores the understudied history of Free Gut during the 18th and 19th centuries, while addressing how displacement, climate change, and the erasure of Afro-Crucian histories at public heritage sites on the island impact cultural identity and sense of belonging among present-day Free Gut descendant community members.

The Materiality of Freedom: Unearthing Afro-Crucian Histories aims to unearth the materiality of everyday life in the historic Free Gut communities of St. Croix, USVI, where legally free African and Afro-Caribbean people flourished from slavery through freedom (1743-1917). Inhabitants in Free Gut laid the groundwork for the resilient, self-sustained societies that characterized St. Croix's past and played a crucial role in developing what became the Danish West Indies and the US Virgin Islands. Through archaeological excavations at East St. 18 B Christiansted, in Free Gut, along with community mapping and oral histories from descendant community members, this project explores the understudied history of Free Gut during the 18th and 19th centuries, while addressing how displacement, climate change, and the erasure of Afro-Crucian histories at public heritage sites on the island impact cultural identity and sense of belonging among present-day Free Gut descendant community members.

Yes    "Unearthing Afro-Crucian Histories" explores the historical experiences of legally free African and Afro-Caribbean people in St. Croix, addressing issues of displacement, erasure, and impact on cultural identity.

Yes. "Unearthing Afro-Crucian Histories" explores the historical experiences of legally free African and Afro-Caribbean people in St. Croix, addressing issues of displacement, erasure, and impact on cultural identity. #DEI

---

Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response."Nuclear Stories from America's 'Atomic Heartland'" is a cultural excavation of memories of radiation poisoning in a 1950s South Dakota farming town. The research uses a novel integration of ethnography and soil core analysis to examine how stories of nuclear fallout have shaped community life across generations and how people respond to new research that revisits these stories. The innovative force of the research is to examine the evidence in cultural memories alongside the evidence in material samples, shedding light on how people negotiate the often-conflicting truth(s) offered by science, the state, and their kin. The research works with local participants to produce a serialized audio documentary that will serve as a channel for the co-creation of knowledge and a valuable public archive. The project provides a rich ethnographic account of the enduring impacts of Cold War violence in America's atomic heartland, while also unearthing pathways for repair and healing.

"Nuclear Stories from America's 'Atomic Heartland'" is a cultural excavation of memories of radiation poisoning in a 1950s South Dakota farming town. The research uses a novel integration of ethnography and soil core analysis to examine how stories of nuclear fallout have shaped community life across generations and how people respond to new research that revisits these stories. The innovative force of the research is to examine the evidence in cultural memories alongside the evidence in material samples, shedding light on how people negotiate the often-conflicting truth(s) offered by science, the state, and their kin. The research works with local participants to produce a serialized audio documentary that will serve as a channel for the co-creation of knowledge and a valuable public archive. The project provides a rich ethnographic account of the enduring impacts of Cold War violence in America's atomic heartland, while also unearthing pathways for repair and healing.

Yes    This research explores the enduring impacts of Cold War violence and examines how people negotiate truths offered by science, the state, and their kin. It sheds light on societal and intergenerational responses, which are key themes in DEI.

Yes. This research explores the enduring impacts of Cold War violence and examines how people negotiate truths offered by science, the state, and their kin. It sheds light on societal and intergenerational responses, which are key themes in DEI.

Ex. 15 US-000062485.xlsx

| Prompt | Description | | Explanation | Explanation |
|---|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The ARCE fellowship program supports American scholars conducting long-term research in Egypt on all aspects of Egyptian history and culture, from prehistoric to modern times, as well as interdisciplinary research in the humanities for which physical presence in Egypt is of benefit. Areas of specialization include but are not limited to the following fields: Art, Architecture, Archaeology, Conservation, Religion, Anthropology, Sociology, Literature, Linguistics, Ethnomusicology, and all aspects of social, cultural and political history. ARCE introduced a CAORC-funded Egyptian fellowship program in 2021 and currently funds at least two Egyptian Dissertation Research Fellowship (EDRF) scholars and two Egyptian Research Associate Scholars (ERAS), annually. The regular meeting and interaction of American and Egyptian fellows, from different disciplines, in the ARCE Cairo office (Cairo Center), enables rich intellectual exchanges and helps build long-lasting academic relations between them | The ARCE fellowship program supports American scholars conducting long-term research in Egypt on all aspects of Egyptian history and culture, from prehistoric to modern times, as well as interdisciplinary research in the humanities for which physical presence in Egypt is of benefit. Areas of specialization include but are not limited to the following fields: Art, Architecture, Archaeology, Conservation, Religion, Anthropology, Sociology, Literature, Linguistics, Ethnomusicology, and all aspects of social, cultural and political history. ARCE introduced a CAORC-funded Egyptian fellowship program in 2021 and currently funds at least two Egyptian Dissertation Research Fellowship (EDRF) scholars and two Egyptian Research Associate Scholars (ERAS), annually. The regular meeting and interaction of American and Egyptian fellows, from different disciplines, in the ARCE Cairo office (Cairo Center), enables rich intellectual exchanges and helps build long-lasting academic relations between them | No | The ARCE fellowship program supports research in Egyptian history and culture; it does not specifically address diversity, equity, and inclusion (DEI) initiatives. | No. The ARCE fellowship program supports research in Egyptian history and culture; it does not specifically address diversity, equity, and inclusion (DEI) initiatives. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This proposal seeks support for the award of three to four annual fellowships to post-doctoral scholars in all fields of the humanities to enable them to undertake their research projects in India for up to nine months. | This proposal seeks support for the award of three to four annual fellowships to post-doctoral scholars in all fields of the humanities to enable them to undertake their research projects in India for up to nine months. | No | This proposal does not directly relate to DEI as it does not specifically mention the promotion of diversity, equity, and inclusion. | No. This proposal does not directly relate to DEI as it does not specifically mention the promotion of diversity, equity, and inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The ARIT NEH fellowship program aims to support scholars who conduct long-term interdisciplinary research in the humanities in Turkey. Their fields of study include art, archaeology, literature, linguistics, musicology, religion, and all aspects of cultural, social, and political history. The ARIT centers in Istanbul and Ankara offer unique research resources. The directors facilitate access to institutions and colleagues in the country.  ARIT long term fellows interact with Turkish, U.S, and other scholars at the ARIT research centers.  Their intellectual exchange helps promote increased understanding of the culture and history of Turkey and the region. This program will enable ARIT-NEH fellows to produce ground-breaking research that is shared with the public through teaching and community outreach. For its NEH FPIRI program, ARIT requests 12 months total fellowship funding per year for 3 years, supporting 1 to 3 fellows annually. | The ARIT NEH fellowship program aims to support scholars who conduct long-term interdisciplinary research in the humanities in Turkey. Their fields of study include art, archaeology, literature, linguistics, musicology, religion, and all aspects of cultural, social, and political history. The ARIT centers in Istanbul and Ankara offer unique research resources. The directors facilitate access to institutions and colleagues in the country.  ARIT long term fellows interact with Turkish, U.S, and other scholars at the ARIT research centers.  Their intellectual exchange helps promote increased understanding of the culture and history of Turkey and the region. This program will enable ARIT-NEH fellows to produce ground-breaking research that is shared with the public through teaching and community outreach. For its NEH FPIRI program, ARIT requests 12 months total fellowship funding per year for 3 years, supporting 1 to 3 fellows annually. | No | The ARIT NEH fellowship program focuses on supporting scholars conducting research in humanities in Turkey, promoting cultural understanding, but does not specifically address DEI. | No. The ARIT NEH fellowship program focuses on supporting scholars conducting research in humanities in Turkey, promoting cultural understanding, but does not specifically address DEI. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.This application project is for the 2026-2029 iteration of the NEH FPIRI fellowship program at Linda Hall Library. This project is for the continuation of our previous NEH FPIRI program to offer an additional three, nine-month postdoctoral fellowships in the humanities. | This application project is for the 2026-2029 iteration of the NEH FPIRI fellowship program at Linda Hall Library. This project is for the continuation of our previous NEH FPIRI program to offer an additional three, nine-month postdoctoral fellowships in the humanities. | No | The given description does not provide any information about DEI initiatives or practices. | No. The given description does not provide any information about DEI (Diversity, Equity, and Inclusion) initiatives or practices. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The Massachusetts Historical Society (MHS) is one of the nation's leading research libraries with collections that span all eras of American history. It hosts a variety of academic programs throughout the year, making it a center for scholarly activity. The MHS is requesting 18 months of stipend support (2 fellowships) per year for three years and a contribution to defray costs associated with the selection of Fellows. | The Massachusetts Historical Society (MHS) is one of the nation's leading research libraries with collections that span all eras of American history. It hosts a variety of academic programs throughout the year, making it a center for scholarly activity. The MHS is requesting 18 months of stipend support (2 fellowships) per year for three years and a contribution to defray costs associated with the selection of Fellows. | No | The provided information does not directly relate to Diversity, Equity, and Inclusion (DEI). | No. The provided information does not directly relate to Diversity, Equity, and Inclusion (DEI). |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Funding for post-doctoral fellowship opportunities at the John Carter Brown Library. | Funding for post-doctoral fellowship opportunities at the John Carter Brown Library. | No | This funding opportunity does not relate to DEI as it does not explicitly mention promoting diversity, equity, and inclusion. | No. This funding opportunity does not relate to DEI as it does not explicitly mention promoting diversity, equity, and inclusion. |

Ex. 15 US-000062485.xlsx

| | | | |
|---|---|---|---|
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Grants from the NEH's Fellowship Program at Independent Research Institutions (FPIRI) have generously allowed the Newberry Library to invite outstanding scholars to pursue ground-breaking research using our extensive collections. In this application, the Newberry requests $384,750 in outright funds over three years to provide 24 months per year of long-term fellowship stipends for carefully selected researchers in the humanities. Further, the Newberry requests $180,000 in matching funds over three years to offer an additional 24 months per year of long-term fellowship stipends (12 months funded by FPIRI funds; 12 months matched by the Newberry). A FPIRI grant and additional matching funds would allow the Newberry to address high demand for scholarly use of our collections, would enrich humanistic inquiry, and would benefit the institution long after fellowship residencies conclude. | Grants from the NEH's Fellowship Program at Independent Research Institutions (FPIRI) have generously allowed the Newberry Library to invite outstanding scholars to pursue ground-breaking research using our extensive collections. In this application, the Newberry requests $384,750 in outright funds over three years to provide 24 months per year of long-term fellowship stipends for carefully selected researchers in the humanities. Further, the Newberry requests $180,000 in matching funds over three years to offer an additional 24 months per year of long-term fellowship stipends (12 months funded by FPIRI funds; 12 months matched by the Newberry). A FPIRI grant and additional matching funds would allow the Newberry to address high demand for scholarly use of our collections, would enrich humanistic inquiry, and would benefit the institution long after fellowship residencies conclude. | No | This description does not mention DEI or any efforts related to diversity, equity, and inclusion. | No. This description does not mention DEI or any efforts related to diversity, equity, and inclusion. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.Founded in 1968 to facilitate work in and the study of Jordan and the Middle East by American scholars, the American Center of Research ("ACOR") runs thriving fellowship programs for scholars at all stages of their careers. During the past 56 years, we have awarded more than 1,100 fellowships, with 22 opportunities available in 2024–2025. Through the ongoing support of NEH's Fellowship Programs at Independent Research Institutions, ACOR is able to support significant scholarly research and publication in the humanities regarding Jordan and the Middle East. ACOR requests a three-year grant to award fourteen person-months of fellowship per year. | Founded in 1968 to facilitate work in and the study of Jordan and the Middle East by American scholars, the American Center of Research ("ACOR") runs thriving fellowship programs for scholars at all stages of their careers. During the past 56 years, we have awarded more than 1,100 fellowships, with 22 opportunities available in 2024–2025. Through the ongoing support of NEH's Fellowship Programs at Independent Research Institutions, ACOR is able to support significant scholarly research and publication in the humanities regarding Jordan and the Middle East. ACOR requests a three-year grant to award fourteen person-months of fellowship per year. | Yes | The American Center of Research supports scholarly research and publication in the humanities regarding Jordan and the Middle East, which can contribute to diversity, equity, and inclusion in academic perspectives. | Yes. The American Center of Research supports scholarly research and publication in the humanities regarding Jordan and the Middle East, which can contribute to diversity, equity, and inclusion in academic perspectives. |
| Does the following relate at all to DEI? Respond factually in less than 120 characters. Begin with 'Yes.' or 'No.' followed by a brief explanation. Do not use 'this initiative' or 'this description' in your response.The New-York Historical Society's fellowship program provides promising scholars in American history and related subjects a distinctive opportunity for intensive scholarly research and professional development: one that leverages our status as a Museum, Library, and premier national center for public history to offer fellows the chance to not only advance their academic research, but also to bring their work to the public and collaborate with public humanities professionals across a wide range of fields. Over the course of their term, fellows conduct interdisciplinary research in history, art history, and material culture. Scholar advisors who have worked extensively with our collections can guide new fellows in conducting effective research in our holdings. New-York Historical respectfully requests funding for one FPIRI fellowship in the 2026-2027, 2027-2028, and 2028-2029 years. | The New-York Historical Society's fellowship program provides promising scholars in American history and related subjects a distinctive opportunity for intensive scholarly research and professional development: one that leverages our status as a Museum, Library, and premier national center for public history to offer fellows the chance to not only advance their academic research, but also to bring their work to the public and collaborate with public humanities professionals across a wide range of fields. Over the course of their term, fellows conduct interdisciplinary research in history, art history, and material culture. Scholar advisors who have worked extensively with our collections can guide new fellows in conducting effective research in our holdings. New-York Historical respectfully requests funding for one FPIRI fellowship in the 2026-2027, 2027-2028, and 2028-2029 years. | No | This program does not explicitly mention DEI or indicate a focus on diversity, equity, and inclusion in its description. | No. This program does not explicitly mention DEI or indicate a focus on diversity, equity, and inclusion in its description. |

Ex. 15 US-000062485.xlsx