# EXHIBIT 29

**From:** "McDonald, Michael" <mmcdonald@neh.gov>
**To:** "Voyatzis, Lisette" <evoyatzis@neh.gov>
**Subject:** FW: NEH Grants Termination
**Date:** Wed, 02 Apr 2025 16:12:16 -0000
**Importance:** Normal
**Attachments:** Notice_of_Grant_Termination_(NEH)_v(s).pdf;
Notice_of_Grant_Termination_(NEH)_v(s).docx

---

**From:** Justin Fox - A <justin.fox@gsa.gov>
**Sent:** Tuesday, April 1, 2025 10:26 PM
**To:** McDonald, Michael <mmcdonald@neh.gov>; Wolfson, Adam <awolfson@neh.gov>
**Cc:** Nate Cavanaugh - Q2 <nate.cavanaugh@gsa.gov>
**Subject:** RE: NEH Grants Termination

Mike – Please see attached grant termination letter which we plan to use for Organizations and State and Jurisdictional Humanities Councils. We will address these first and individuals / scholarship grants once the orgs are finished as those are more personalized.

Additionally, see below typical language sent to each of the grantees receiving a notification. If it's your preference, we can set up an email like Grant_Notification@neh.gov and add language to the beginning of the email saying "At the direction of the Acting Chairman for NEH," instead of sending from your email or signing off with your name in the signature. Your details are already in the attachment. Let us know on below and attached tomorrow.

---

Subject: Notice of Grant Termination – Effective [April 1, 2025]

Dear [Organization Name],

We regret to inform you that your NEH grant has been terminated. Please see the attached grant termination notice.

With Regards,
Michael McDonald [alternatively: NEH Management]
Acting Chairman, National Endowment for the Humanities

**From:** McDonald, Michael <mmcdonald@neh.gov>
**Sent:** Tuesday, April 1, 2025 8:06 PM
**To:** Justin Fox - A <justin.fox@gsa.gov>; Wolfson, Adam <awolfson@neh.gov>
**Cc:** Nate Cavanaugh - Q2 <nate.cavanaugh@gsa.gov>
**Subject:** Re: NEH Grants Termination

Hi Justin,

I've looked over the two attachments and I don't have any questions or concerns. I'll be waiting for the follow-up language on the termination notices. Thanks.

Mike

US-000002717

**From:** Justin Fox - A <justin.fox@gsa.gov>
**Sent:** Tuesday, April 1, 2025 7:55:50 PM
**To:** McDonald, Michael <mmcdonald@neh.gov>; Wolfson, Adam <awolfson@neh.gov>
**Cc:** Nate Cavanaugh - Q2 <nate.cavanaugh@gsa.gov>
**Subject:** RE: NEH Grants Termination

Thank you, Mike. As discussed, please see attached for your review.

In accordance with the President's February 19, 2025 EO to eliminate all non-statutorily required activities and functions (See Commencing the Reduction of the Federal Bureaucracy, E.O. 14217), we will begin to execute the attached with your permission.

I'll follow-up with the documents and language for the termination notices. Let us know on the attached.

Thanks,
Justin


**From:** McDonald, Michael <mmcdonald@neh.gov>
**Sent:** Tuesday, April 1, 2025 5:05 PM
**To:** Justin Fox - A <justin.fox@gsa.gov>
**Subject:** RE: NEH Grants Termination

Hi Justin,

We've completed our review.  Our initialed version is attached.

Mike

**From:** Justin Fox - A <justin.fox@gsa.gov>
**Sent:** Tuesday, April 1, 2025 4:17 PM
**To:** McDonald, Michael <mmcdonald@neh.gov>; Wolfson, Adam <awolfson@neh.gov>
**Cc:** Nate Cavanaugh - Q2 <nate.cavanaugh@gsa.gov>
**Subject:** RE: NEH Grants Termination

Mike – Updated attached. Call me once you receive.

**From:** Justin Fox - A <justin.fox@gsa.gov>
**Sent:** Tuesday, April 1, 2025 3:50 PM
**To:** 'McDonald, Michael' <mmcdonald@neh.gov>; 'Wolfson, Adam' <awolfson@neh.gov>
**Cc:** Nate Cavanaugh - Q2 <nate.cavanaugh@gsa.gov>
**Subject:** NEH Grants Termination

Mike – As discussed, we've collected the grants you flagged to keep and a few of those pertaining to America 250th or within priorities of the administration.

We need your final approval on grants to keep which are related to America 250, otherwise they will be terminated. I'll call you in about an hour to check on progress, call me with questions given the time sensitivity.

Thanks,

US-000002718

Justin

---

**From:** McDonald, Michael <mmcdonald@neh.gov>
**Sent:** Tuesday, April 1, 2025 10:07 AM
**To:** Justin Fox - A <justin.fox@gsa.gov>
**Subject:** The N/A spreadsheet

Hi Justin,

Our IT guy solved the problem this morning.  Unfortunately, we didn't save the copy from yesterday.  Instead, we had to review the document again this morning.  I've attached a copy of the spreadsheet that contains our annotations.  And even though I'm getting it to you late, I'm glad we had the opportunity to go over it again if only to clarify our thoughts about the process.

As you know, after our staff reviewed all the awards made over the past four years and rated them "high, medium, or low" in terms of promoting DEI, Adam and I carefully reviewed the staff's work over two full days, and sent you that first spreadsheet, which we feel very confident about.  It's also the list that we sent to OMB.

The attached list concerns, as you know, applications that staff rated N/A—that is, involving projects that seemed to have no applicability to promoting DEI.  And we feel much less confident about it.

This is because many of the "DEI Rationale" comments relating to projects on the attached spreadsheet say things such as "does not relate directly to DEI topics" or, more emphatically, "there is no direct connection to DEI."

We think these projects are harmless when it comes to promoting DEI.

But in the interest of time, because we know you want to more quickly, we didn't give these applications the individualized consideration that we did to those in the first spreadsheet.

Accordingly, we only explicitly initialed a few important projects—such as the papers of George Washington—whose cancellation would not reflect well on any of us.  And the same could be said for many other listed projects.

It would take too long at this point to review the N/A list appropriately.  Therefore, our recommendation is that wherever the "DEI Rationale" on the spreadsheet makes clear that there is no DEI component to the project, there is no justification for canceling the project's funding and you should allow it to continue.

But you have also told us that in addition to canceling projects because they may promote DEI ideology, the DOGE Team also wishes to cancel funding to assist in deficit reduction.  Either way, as you've made clear, it's your decision on whether to discontinue funding any of the projects on this list.

Mike

US-000002719



## NATIONAL ENDOWMENT FOR THE HUMANITIES
## NOTICE OF GRANT TERMINATION

April 1, 2025

[POCName]

[POCE]


Dear NEH Grantee,

This letter provides notice that the National Endowment for the Humanities (NEH) is terminating your federal grant (Grant Application No. [GrantExternal]) effective April 1, 2025, in accordance with the termination clause in your Grant Agreement.

Your grant no longer effectuates the agency's needs and priorities, materially fails to comply with the terms and conditions of the Grant Agreement, and is subject to termination due to several reasonable causes. For instance, the NEH has reasonable cause to terminate your grant in light of the fact that the NEH is repurposing its funding allocations in a new direction in furtherance of the President's agenda. The President's February 19, 2025 executive order mandates that the NEH eliminate all non-statutorily required activities and functions. *See Commencing the Reduction of the Federal Bureaucracy*, E.O. 14217 (Feb. 19, 2025). Your grant's immediate termination is necessary to safeguard the interests of the federal government, including its fiscal priorities. The termination of your grant represents an urgent priority for the administration, and due to exceptional circumstances, adherence to the traditional notification process is not possible. Therefore, the NEH hereby terminates your grant in its entirety effective April 1, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. Additionally, an audit may be conducted by the NEH after the termination of your grant.

Please contact mcdonaldm@neh.gov with only urgent questions. We wish you well.

Sincerely,

/s/ *Michael McDonald*

Michael McDonald
Acting Chairman, National Endowment for the Humanities
mcdonaldm@neh.gov
400 7th Street S.W., Washington, DC 20506

US-000002720



**NATIONAL ENDOWMENT FOR THE HUMANITIES**
**NOTICE OF GRANT TERMINATION**

April 1, 2025

[POCName]

[POCE]


Dear NEH Grantee,

This letter provides notice that the National Endowment for the Humanities (NEH) is terminating your federal grant (Grant Application No. [GrantExternal]) effective April 1, 2025, in accordance with the termination clause in your Grant Agreement.

Your grant no longer effectuates the agency's needs and priorities, materially fails to comply with the terms and conditions of the Grant Agreement, and is subject to termination due to several reasonable causes. For instance, the NEH has reasonable cause to terminate your grant in light of the fact that the NEH is repurposing its funding allocations in a new direction in furtherance of the President's agenda. The President's February 19, 2025 executive order mandates that the NEH eliminate all non-statutorily required activities and functions. *See Commencing the Reduction of the Federal Bureaucracy*, E.O. 14217 (Feb. 19, 2025). Your grant's immediate termination is necessary to safeguard the interests of the federal government, including its fiscal priorities. The termination of your grant represents an urgent priority for the administration, and due to exceptional circumstances, adherence to the traditional notification process is not possible. Therefore, the NEH hereby terminates your grant in its entirety effective April 1, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. Additionally, an audit may be conducted by the NEH after the termination of your grant.

Please contact mcdonaldm@neh.gov with only urgent questions. We wish you well.

Sincerely,

*/s/ Michael McDonald*

Michael McDonald
Acting Chairman, National Endowment for the Humanities
mcdonaldm@neh.gov
400 7th Street S.W., Washington, DC 20506

US-000002721