# EXHIBIT 34



**NATIONAL ENDOWMENT FOR THE HUMANITIES**
**NOTICE OF GRANT TERMINATION**

April 3, 2025

Ms. Elizabeth Nicole Kadetsky

Dear NEH Grantee,

This letter provides notice that the National Endowment for the Humanities (NEH) is terminating your federal grant (Grant Application No. FZ30047524) effective April 3, 2025, in accordance with the termination clause in your Grant Agreement.

Your grant no longer effectuates the agency's needs and priorities and conditions of the Grant Agreement and is subject to termination due to several reasonable causes, as outlined in *2CFR§200.340.* For instance, NEH has reasonable cause to terminate your grant in light of the fact that the NEH is repurposing its funding allocations in a new direction in furtherance of the President's agenda.  The President's February 19, 2025 executive order mandates that the NEH eliminate all non-statutorily required activities and functions.  *See Commencing the Reduction of the Federal Bureaucracy*, E.O. 14217 (Feb. 19, 2025).Your grant's immediate termination is necessary to safeguard the interests of the federal government, including its fiscal priorities. Any objections or appeals to this termination will be managed in strict accordance with the President's Executive Orders, including but not limited to: E.O. 14217 (Feb. 19, 2025), *Commencing the Reduction of the Federal Bureaucracy*; E.O. 14151 (Jan. 20, 2025), *Ending Radical and Wasteful Government DEI Programs and Preferencing*; E.O. 14168 (Jan. 20, 2025), *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*; and E.O. 14190 (Jan. 29, 2025), *Ending Radical Indoctrination in K–12 Schooling*. The termination of your grant represents an urgent priority for the administration, and due to exceptional circumstances, adherence to the traditional notification process is not possible.  Therefore, the NEH hereby terminates your grant in its entirety effective April 3, 2025.

Please remember that your obligations under the Grant Agreement continue to apply.  Additionally, an audit may be conducted by the NEH after the termination of your grant.

Please contact Grant_Notifications@nehemail.onmicrosoft.com with only urgent questions.

Sincerely,

/s/ *Michael McDonald*

Michael McDonald
Acting Chairman, National Endowment for the Humanities
400 7th Street S.W., Washington, DC 20506

NEH_AR_000094