# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, WILLIAM
GOLDSTEIN, ELIZABETH KADETSKY,
VALERIE ORLANDO, KATALIN BALOG,
BENJAMIN HOLTZMAN, LEE JASPERSE,
and NICOLE JENKINS, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

NATIONAL ENDOWMENT FOR THE
HUMANITIES, et al.,

Defendants.

Case No. 1:25-cv-03923

Consolidated with No. 1:25-cv-03657

## NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and supporting declarations, the undersigned, on behalf of Plaintiffs and the certified class, hereby move this Court for an order granting a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure and *Savoie v. Merchants Bank*, 84 F.3d 52 (2d Cir. 1996), enjoining Defendant National Endowment for the Humanities to reserve 15% of grant disbursements to class members pending resolution of Plaintiffs' anticipated motion for attorneys' fees, which will seek no more than that amount.

Dated: May 29, 2026

Respectfully submitted,

*/s/ Jamie Crooks*
Jamie Crooks
Michael Lieberman

1

Amanda Vaughn
Yinka Onayemi
FAIRMARK PARTNERS, LLP
400 7th Street NW, Suite 304
Washington, DC 20004
Telephone: (619) 507-4182
jamie@fairmarklaw.com
michael@fairmarklaw.com
amanda@fairmarklaw.com
yinka@fairmarklaw.com

*Attorneys for Plaintiffs and the Class*