**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE AUTHORS GUILD, WILLIAM GOLDSTEIN, ELIZABETH KADETSKY, VALERIE ORLANDO, KATALIN BALOG, BENJAMIN HOLTZMAN, LEE JASPERSE, and NICOLE JENKINS, on behalf of themselves and all others similarly situated,<br><br>                 Plaintiffs,<br><br>        v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES, et al.,<br><br>                 Defendants. | Case No. 25-cv-03923<br><br>Consolidated with: Case No. 25-cv-3657 |

**MOTION TO ESTABLISH BRIEFING, NOTICE, AND OBJECTION SCHEDULE FOR ANY MOTION FOR ATTORNEYS' FEES AND EXPENSES**

In light of the Government's recently filed Notice of Appeal, ECF 174,[1] and in the interest of ensuring the attorneys' fees issues proceed in an orderly fashion and with transparency to the Class, Plaintiffs in the *Authors Guild* matter respectfully request that the Court establish the below-described briefing, notice, and objection schedule regarding attorneys' fees and expenses.

The Government consents to the briefing schedule relating to fees and takes no position on the notice and objection schedule for class members.

The grounds for this request are as follows:

On May 29, 2026, Plaintiffs filed a Motion for Preliminary Injunction ("Holdback Motion"), seeking an order requiring Defendants to reserve 15% of all grant disbursements to class members resulting from the Court's summary judgment order, pending this Court's resolution of

---

[1] All docket citations are to the docket in the *Authors Guild* matter, No. 25-cv-03923.

Plaintiffs' anticipated motion for attorneys' fees. ECF 170. The Government opposed the motion, ECF 171, and Plaintiffs replied, ECF 173. The motion remains pending.

On July 6, 2026, the Government filed a Notice of Appeal from the Court's order granting a permanent injunction in favor of Plaintiffs and the certified class. ECF 174. The Government's appeal underscores the importance of the Court's resolving the pending Holdback Motion, because the Court's resolution of that motion will affect how the Government disburses grant funds to Class members during the pendency of the appeal. NEH is processing reinstatement requests and has already reinstated some grants.

The Parties agree it is possible that the appeal may affect Plaintiffs' entitlement to, or extent of entitlement to, attorneys' fees and expenses. To ensure an orderly process and to provide full information and transparency to Class members during the appeal, Plaintiffs respectfully request that the Court establish the below-described briefing, notice, and objection schedule.

The Government consents to the proposed briefing schedule with respect to fees for parties and takes no position on the notice and objection schedule for class members:

**<u>Party Briefing</u>**

1. Any motion by Plaintiffs for attorneys' fees and expenses ("Fee Motion") shall be due within 30 calendar days of the date on which the Second Circuit issues its judgment and mandate.

2. Any opposition to the Fee Motion by any party shall be due 30 days after the submission of the Fee Motion.

3. Any reply brief in support of the Fee Motion shall be due 14 days after the submission of any opposition to the Fee Motion.

**<u>Class Member Notice and Objections</u>**

1. Within 14 calendar days of any order granting, in whole or in part, the Holdback Motion, Plaintiffs shall transmit that order to each Class Member to the extent practicable.

2. Within 14 calendar days of the filing of the Fee Motion, Plaintiffs shall transmit the Fee Motion and Notice of Fee Motion to each Class Member, along with information about the timeline and process for objecting to the Fee Motion.

3. Any Class Member with an interest in the resolution of the Fee Motion may file and serve a written objection to the Fee Motion within 42 calendar days of the filing of the Fee Motion. Any objections by the objecting Class Member must include: (a) the case name *The Authors Guild v. Nat'l Endowment for the Humanities*, Case No. 1:25-cv-03923 (S.D.N.Y.); (b) the Objector's name, address, email address, and the identity of and contact information for any attorney representing the Objector; (c) the legal or factual basis for the objection; (d) documentation sufficient to prove the Objector's membership in the Class; and (e) whether the objection applies only to the Objector, to a subset of the Class, or to the Class as a whole. If the Objector does not timely and validly submit his or her objection, his or her views may not be considered by the Court or any court on appeal.

4. Plaintiffs may file and serve responses to any such objection no later than 56 days after the filing of the Fee Motion.

5. Defendants may file and serve responses regarding any such objection or response thereto no later than 70 days after the filing of the Fee Motion.

## CONCLUSION

The *Authors Guild* Plaintiffs respectfully request that the Court establish the above-described briefing, notice, and objection schedule. A proposed order has been filed herewith.

Dated: July 22, 2026                    Respectfully submitted,

                                        By:    */s/ Jamie Crooks*

                                        Jamie Crooks (*pro hac vice*)
                                        Michael Lieberman (*pro hac vice*)
                                        Amanda R. Vaughn (*pro hac vice*)
                                        Yinka Onayemi
                                        FAIRMARK PARTNERS, LLP
                                        400 7th Street, NW, Suite 304
                                        Washington, DC 20004
                                        Tel: 619.507.4182
                                        jamie@fairmarklaw.com
                                        michael@fairmarklaw.com
                                        amanda@fairmarklaw.com
                                        yinka@fairmarklaw.com

                                        *Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE AUTHORS GUILD, WILLIAM GOLDSTEIN, ELIZABETH KADETSKY, VALERIE ORLANDO, KATALIN BALOG, BENJAMIN HOLTZMAN, LEE JASPERSE, and NICOLE JENKINS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES, et al.,<br><br>    Defendants. | Case No. 25-cv-03923<br><br>Consolidated with: Case No. 25-cv-3657 |

**[PROPOSED] ORDER ESTABLISHING**
**BRIEFING, NOTICE, AND OBJECTION SCHEDULE**

The Court has reviewed Plaintiffs' Motion To Establish Briefing, Notice, And Objection Schedule For Any Motion For Attorneys' Fees And Expenses (the "Motion to Establish Briefing Schedule"). It is hereby **ORDERED** that the Motion to Establish Briefing Schedule is GRANTED. It is further **ORDERED** that:

1. Any motion by Plaintiffs for attorneys' fees and expenses ("Fee Motion") shall be due within 30 days of the date on which the Second Circuit issues its judgment and mandate.

2. Any opposition to the Fee Motion by any party shall be due 30 days after the submission of the Fee Motion.

3. Any reply brief in support of the Fee Motion shall be due 14 days after the submission of any opposition to the Fee Motion.

4.  Within 14 days of any order granting, in whole or in part, the Holdback Motion (ECF 170 in No. 25-cv-03923), Plaintiffs shall transmit that order to each Class Member affected by that order.

5.  Within 14 days of the filing of the Fee Motion, Plaintiffs shall transmit the Fee Motion and Notice of Fee Motion to each Class Member, along with information about the timeline and process for objecting to the Fee Motion set forth in Paragraph 6, below.

6.  Any Class Member with an interest in the resolution of the Fee Motion may file and serve a written objection to the Fee Motion within 42 days of the filing of the Fee Motion. Any objections by the objecting Class Member must include: (a) the case name *The Authors Guild v. Nat'l Endowment for the Humanities*, Case No. 1:25-cv-03923 (S.D.N.Y.); (b) the Objector's name, address, email address, and the identity of and contact information for any attorney representing the Objector; (c) the legal or factual basis for the objection; (d) documentation sufficient to prove the Objector's membership in the Class; and (e) whether the objection applies only to the Objector, to a subset of the Class, or to the Class as a whole. If the Objector does not timely and validly submit his or her objection, his or her views may not be considered by the Court or any court on appeal.

7.  Plaintiffs may file and serve responses to any such objection no later than 56 days after the filing of the Fee Motion.

8.  Defendants may file and serve responses regarding any such objection or response thereto no later than 70 days after the filing of the Fee Motion.

Dated: _____                                      _____
                                                       The Honorable Colleen McMahon
                                                       United States District Judge