# FP
# Fairmark Partners, LLP

400 7th Street NW |Suite 304
Washington, DC 20004 | *https://fairmarklaw.com*

July 28, 2026

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *The Authors Guild et al. v. National Endowment for the Humanities et al.*, No. 25-cv-3923 (consolidated with No. 25-cv-03657)

Dear Judge McMahon:

For reasons explained herein, Plaintiffs in the above-captioned matter respectfully move for expedited decision on their Motion for Preliminary Injunction, *see* ECF No. 170 (May 29, 2026) ("PI Motion"), before August 1, 2026.

In the PI Motion, Plaintiffs requested that the Court direct the Government to reserve 15% of grant disbursements to Class Members, because at the appropriate time Plaintiffs plan to seek up to that amount in attorneys' fees under the common-fund doctrine. *See* ECF 170-1 ("PI Memo"). As relevant here, Plaintiffs argued they would suffer irreparable harm if the PI Motion were not granted before grants were reinstated and funds were disbursed. *See id*. at 21 (citing *Savoie v. Merchs. Bank*, 84 F.3d 52, 58 (2d Cir. 1996)).

Plaintiffs recently learned from a grantee that the Government has indicated it will begin reinstating at least some grants as early as August 1, a fact the Government has since confirmed with undersigned counsel. Plaintiffs also recently learned from another grantee that the Government has indicated it will, in some cases, disburse the remaining grant funds in one lump payment (as opposed to, *e.g.*, the typical quarterly payment schedule).

Plaintiffs, therefore, respectfully make this Motion to bring this timeline to the Court's attention, because a ruling on the PI Motion (in either direction) before grant disbursements resume in earnest would allow the Parties to proceed with clarity as to whether the Government must withhold the requested amount, or any other amount.

Plaintiffs asked the Government during a meet and confer on July 17 if it would agree to provisionally implement a voluntary holdback of 15% pending the Court's resolution of the PI Motion, and the Government declined.

July 28, 2026
Page 2 of 2

Respectfully submitted,

Jamie Crooks, Esq.
Managing Partner
FAIRMARK PARTNERS, LLP

cc (via electronic mail):  All Counsel of Record (via CM/ECF)