## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, WILLIAM
GOLDSTEIN, ELIZABETH KADETSKY,
VALERIE ORLANDO, KATALIN BALOG,
BENJAMIN HOLTZMAN, LEE JASPERSE, and
NICOLE JENKINS, on behalf of themselves and
all others similarly situated,

                Plaintiffs,

        v.

NATIONAL ENDOWMENT FOR THE
HUMANITIES, et al.,

                Defendants.

Case No. 25-cv-03923

Consolidated with: Case No. 25-cv-3657

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/26

## [PROPOSED] ORDER ESTABLISHING
## BRIEFING, NOTICE, AND OBJECTION SCHEDULE

The Court has reviewed Plaintiffs' Motion To Establish Briefing, Notice, And Objection Schedule For Any Motion For Attorneys' Fees And Expenses (the "Motion to Establish Briefing Schedule"). It is hereby **ORDERED** that the Motion to Establish Briefing Schedule is GRANTED. It is further **ORDERED** that:

1. Any motion by Plaintiffs for attorneys' fees and expenses ("Fee Motion") shall be due within 30 days of the date on which the Second Circuit issues its judgment and mandate.

2. Any opposition to the Fee Motion by any party shall be due 30 days after the submission of the Fee Motion.

3. Any reply brief in support of the Fee Motion shall be due 14 days after the submission of any opposition to the Fee Motion.

4. Within 14 days of any order granting, in whole or in part, the Holdback Motion (ECF 170 in No. 25-cv-03923), Plaintiffs shall transmit that order to each Class Member affected by that order.

5. Within 14 days of the filing of the Fee Motion, Plaintiffs shall transmit the Fee Motion and Notice of Fee Motion to each Class Member, along with information about the timeline and process for objecting to the Fee Motion set forth in Paragraph 6, below.

6. Any Class Member with an interest in the resolution of the Fee Motion may file and serve a written objection to the Fee Motion within 42 days of the filing of the Fee Motion. Any objections by the objecting Class Member must include: (a) the case name *The Authors Guild v. Nat'l Endowment for the Humanities*, Case No. 1:25-cv-03923 (S.D.N.Y.); (b) the Objector's name, address, email address, and the identity of and contact information for any attorney representing the Objector; (c) the legal or factual basis for the objection; (d) documentation sufficient to prove the Objector's membership in the Class; and (e) whether the objection applies only to the Objector, to a subset of the Class, or to the Class as a whole. If the Objector does not timely and validly submit his or her objection, his or her views may not be considered by the Court or any court on appeal.

7. Plaintiffs may file and serve responses to any such objection no later than 56 days after the filing of the Fee Motion.

8. Defendants may file and serve responses regarding any such objection or response thereto no later than 70 days after the filing of the Fee Motion.

Dated: 9/30/2026

The Honorable Colleen McMahon
United States District Judge